AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION;<br><br>GAY LESBIAN BISEXUAL TRANSGENDER<br>HISTORICAL SOCIETY; (see attachment 1)<br><br>*Plaintiff(s)*<br>v.<br>DONALD J. TRUMP, in his official capacity as<br>President of the United States; (see attachment 1)<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-01824 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  see attachment 2

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jennifer C. Pizer
> Lambda Legal Defense and Education Fund, Inc.
> 800 South Figueroa Street, Suite 1260
> Los Angeles, California 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

San Francisco AIDS Foundation et al v. Donald J. Trump et al

Attachment 1

Complaint Caption pages

JENNIFER C. PIZER (SBN 152327)
*jpizer@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

JOSE ABRIGO*
*jabrigo@lambdalegal.org*
OMAR GONZALEZ-PAGAN*
*ogonzalez-pagan@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

CAMILLA B. TAYLOR*
*ctaylor@lambdalegal.org*
KENNETH D. UPTON, JR*
*kupton@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

KAREN L. LOEWY*
*kloewy@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

*Attorneys for Plaintiffs*

*Additional counsel on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

------------------------------------------------------------------- x

SAN FRANCISCO AIDS FOUNDATION;

GAY LESBIAN BISEXUAL TRANSGENDER HISTORICAL SOCIETY;

ASIAN AND PACIFIC ISLANDER WELLNESS CENTER, INC. d/b/a SAN FRANCISCO COMMUNITY HEALTH CENTER;

LOS ANGELES LGBT CENTER;

PRISMA COMMUNITY CARE;

LESBIAN AND GAY COMMUNITY SERVICES CENTER, INC. d/b/a THE LGBT COMMUNITY CENTER;

BRADBURY-SULLIVAN LGBT COMMUNITY CENTER;

BALTIMORE SAFE HAVEN CORP.; and

FORGE, INC.,

       *Plaintiffs*,

 v.

Case No._____

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

| | |
|---|---|
| DONALD J. TRUMP, in his official capacity as President of the United States; | : |
| U.S. DEPARTMENT OF JUSTICE; | : |
| PAMELA BONDI, in her official capacity as Attorney General of the United States; | : |
| U.S. DEPARTMENT OF LABOR; | : |
| VINCE MICONE, in his official capacity as Acting Secretary of Labor; | : |
| OFFICE OF FEDERAL CONTRACTS COMPLIANCE PROGRAMS; | : |
| MICHAEL SCHLOSS, in his official capacity as Acting Director of Office of Federal Contracts Compliance Programs; | : |
| OFFICE OF MANAGEMENT AND BUDGET; | : |
| RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; | : |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; | : |
| ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; | : |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; | : |
| SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; | : |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION; | : |
| WILLIAM J. BOSANKO, in his official capacity as Deputy Archivist of the United States; | : |
| NATIONAL ENDOWMENT FOR THE HUMANITIES; and | : |
| SHELLY C. LOWE, in her official capacity as Chair of the National Endowment for the Humanities, | : |
| *Defendants*. | : |

------------------------------------------------------------X

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

San Francisco AIDS Foundation et al v. Donald J. Trump et al

**Attachment 2-Defendants for Service:**

Donald J. Trump, in his official capacity as President of the United States
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500

Michael Schloss, in his official capacity as Acting Director of Office of Federal Contracts
Office of Federal Contracts Compliance Programs
Office No. C-3325
200 Constitution Avenue NW
Washington, DC 20210

National Archives and Records Administration
8601 Adelphi Road
College Park, MD 20740-6001

National Endowment for the Humanities
400 7th Street, SW
Washington, DC 20506

Office of Federal Contracts Compliance Programs
United States Department of Labor
Office No. C-3325
200 Constitution Avenue NW
Washington, DC 20210

Office of Management and Budget
Executive Office of the President
725 17th Street, NW
Washington, DC 20503

Pamela Bondi, in her official capacity as Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services
United States Department of Health and Human Services
Hubert Humphrey Building
200 Independence Avenue, S.W.
Washington, DC 20201

San Francisco AIDS Foundation et al v. Donald J. Trump et al

**Attachment 2-Defendants for Service continued:**

Russell Vought, in his official capacity as Director of Office of Management and Budget
Office of Management and Budget
Executive Office of the President
725 17th Street, NW
Washington, DC 20503

Shelly C. Lowe, in her official capacity as Chair of the National Endowment for the Humanities
National Endowment for the Humanities
400 7th Street, SW
Washington, DC 20506

Scott Turner, in his official capacity as Secretary of Housing and Urban Development
U.S. Department of Housing and Urban Development
451 7th Street, S.W.
Washington, DC 20410

United States Department of Health and Human Services
Hubert Humphrey Building
200 Independence Avenue, S.W.
Washington, DC 20201

U.S. Department of Housing and Urban Development
451 7th Street, S.W.
Washington, DC 20410

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

U.S. Department of Labor
200 Constitution Avenue NW
Washington, DC 20210

Vince Micone, in his official capacity as Acting Secretary of Labor
United States Department of Labor
200 Constitution Avenue NW
Washington, DC 20210

San Francisco AIDS Foundation et al v. Donald J. Trump et al

**Attachment 2-Defendants for Service continued:**

William J. Bosanko, in his official capacity as Deputy Archivist of the United States
National Archives and Records Administration
8601 Adelphi Road
College Park, MD 20740-6001