| | |
|---|---|
| JENNIFER C. PIZER (SBN 152327) | CAMILLA B. TAYLOR* |
| jpizer@lambdalegal.org | ctaylor@lambdalegal.org |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | KENNETH D. UPTON, JR* |
| 800 South Figueroa Street, Suite 1260 | kupton@lambdalegal.org |
| Los Angeles, California 90017-2521 | LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. |
| Telephone: (213) 382-7600 | 3656 North Halsted Street |
| | Chicago, Illinois 60613-5974 |
| JOSE ABRIGO* | Telephone: (312) 663-4413 |
| jabrigo@lambdalegal.org | |
| OMAR GONZALEZ-PAGAN* | KAREN L. LOEWY* |
| ogonzalez-pagan@lambdalegal.org | kloewy@lambdalegal.org |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. |
| 120 Wall Street, 19th Floor | 815 16th Street NW, Suite 4140 |
| New York, New York 10005-3919 | Washington, DC 20006-4101 |
| Telephone: (212) 809-8585 | Telephone: (202) 804-6245 |

*Attorneys for Plaintiffs*          *Additional counsel on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

---

SAN FRANCISCO AIDS FOUNDATION;

GAY LESBIAN BISEXUAL TRANSGENDER HISTORICAL SOCIETY;

ASIAN AND PACIFIC ISLANDER WELLNESS CENTER, INC. d/b/a SAN FRANCISCO COMMUNITY HEALTH CENTER;

LOS ANGELES LGBT CENTER;

PRISMA COMMUNITY CARE;

LESBIAN AND GAY COMMUNITY SERVICES CENTER, INC. d/b/a THE LGBT COMMUNITY CENTER;

BRADBURY-SULLIVAN LGBT COMMUNITY CENTER;

BALTIMORE SAFE HAVEN CORP; and

FORGE, INC.,

     *Plaintiffs*,

Case No._____

**PLAINTIFF BALTIMORE SAFE HAVEN CORP.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

---

|   |   |
|---|---|
| v. | : |
| DONALD J. TRUMP, in his official capacity as President of the United States; | : |
| U.S. DEPARTMENT OF JUSTICE; | : |
| PAMELA BONDI, in her official capacity as Attorney General of the United States; | : |
| U.S. DEPARTMENT OF LABOR; | : |
| VINCE MICONE, in his official capacity as Acting Secretary of Labor; | : |
| OFFICE OF FEDERAL CONTRACTS COMPLIANCE PROGRAMS; | : |
| MICHAEL SCHLOSS, in his official capacity as Acting Director of Office of Federal Contracts Compliance Programs; | : |
| OFFICE OF MANAGEMENT AND BUDGET; | : |
| RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; | : |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; | : |
| ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; | : |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; | : |
| SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; | : |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION; | : |
| WILLIAM J. BOSANKO, in his official capacity as Deputy Archivist of the United States; | : |
| NATIONAL ENDOWMENT FOR THE HUMANITIES; and | : |
| SHELLY C. LOWE, in her official capacity as Chair of the National Endowment for the Humanities, | : |
| *Defendants*. | : |

-----------------------------------------------------------------X

AND INTERESTED ENTITIES OR PERSONS

4903-1582-1340

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

The undersigned is counsel of record for Plaintiff Baltimore Safe Haven Corp. and hereby submits the following disclosure statement pursuant to Civil Local Rule 3-15:

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated this 20th of February, 2025.                    Respectfully,

                              s/   *Jennifer C. Pizer*
                              JENNIFER C. PIZER (SBN 152327)
                              *jpizer@lambdalegal.org*
                              LAMBDA LEGAL DEFENSE AND
                                  EDUCATION FUND, INC.
                              800 South Figueroa Street, Suite 1260
                              Los Angeles, California 90017-2521
                              Telephone: (213) 382-7600

                              CAMILLA B. TAYLOR*
                              *ctaylor@lambdalegal.org*
                              KENNETH D. UPTON, JR.*
                              *kupton@lambdalegal.org*
                              LAMBDA LEGAL DEFENSE AND
                                  EDUCATION FUND, INC.
                              3656 North Halsted Street
                              Chicago, Illinois 60613-5974
                              Telephone: (312) 663-4413

                              JOSE ABRIGO*
                              *jabrigo@lambdalegal.org*
                              OMAR GONZALEZ-PAGAN*
                              *ogonzalez-pagan@lambdalegal.org*
                              LAMBDA LEGAL DEFENSE AND
                                  EDUCATION FUND, INC.
                              120 Wall Street, 19th Floor
                              New York, New York 10005-3919
                              Telephone: (212) 809-8585

[*Counsel block continued on next page*]

KAREN L. LOEWY*
*kloewy@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

PELECANOS*
*pelecanos@lambdalegal.org*
Boulder County, Colorado
Telephone: (213) 351-6051
c/o Jennifer C. Pizer, local counsel
    LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
    800 S. Figueroa St., Ste 1260
    Los Angeles, California 90017-2521

*Counsel for All Plaintiffs*

* Application for admission *pro hac vice* forthcoming.