JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

JOSE ABRIGO*
jabrigo@lambdalegal.org
OMAR GONZALEZ-PAGAN*
ogonzalez-pagan@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

CAMILLA B. TAYLOR*
ctaylor@lambdalegal.org
KENNETH D. UPTON, JR*
kupton@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

*Attorneys for Plaintiffs*

*Additional counsel on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION; GAY LESBIAN BISEXUAL TRANSGENDER HISTORICAL SOCIETY; ASIAN AND PACIFIC ISLANDER WELLNESS CENTER, INC. d/b/a SAN FRANCISCO COMMUNITY HEALTH CENTER; LOS ANGELES LGBT CENTER; PRISMA COMMUNITY CARE; LESBIAN AND GAY COMMUNITY SERVICES CENTER, INC. d/b/a THE LGBT COMMUNITY CENTER; BRADBURY-SULLIVAN LGBT COMMUNITY CENTER; BALTIMORE SAFE HAVEN CORP; and FORGE, INC., *Plaintiffs*, | Case No._____ <br><br> **PLAINTIFF GAY LESBIAN BISEXUAL TRANSGENDER HISTORICAL SOCIETY'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

PLAINTIFF GAY LESBIAN BISEXUAL TRANSGENDER HISTORICAL SOCIETY'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS

v.

DONALD J. TRUMP, in his official capacity as President of the United States;

U.S. DEPARTMENT OF JUSTICE;

PAMELA BONDI, in her official capacity as Attorney General of the United States;

U.S. DEPARTMENT OF LABOR;

VINCE MICONE, in his official capacity as Acting Secretary of Labor;

OFFICE OF FEDERAL CONTRACTS COMPLIANCE PROGRAMS;

MICHAEL SCHLOSS, in his official capacity as Acting Director of Office of Federal Contracts Compliance Programs;

OFFICE OF MANAGEMENT AND BUDGET;

RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget;

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES;

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services;

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;

SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development;

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION;

WILLIAM J. BOSANKO, in his official capacity as Deputy Archivist of the United States;

NATIONAL ENDOWMENT FOR THE HUMANITIES; and

SHELLY C. LOWE, in her official capacity as Chair of the National Endowment for the Humanities,

                        *Defendants*.

-----------------------------------------------------------------X

PLAINTIFF GAY LESBIAN BISEXUAL TRANSGENDER HISTORICAL SOCIETY'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS

4916-1041-6924

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

The undersigned is counsel of record for Plaintiff Gay Lesbian Bisexual Transgender Historical Society and hereby submits the following disclosure statement pursuant to Civil Local Rule 3-15:

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated this 20th of February, 2025.                    Respectfully,

s/  *Jennifer C. Pizer*
JENNIFER C. PIZER (SBN 152327)
*jpizer@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

CAMILLA B. TAYLOR*
*ctaylor@lambdalegal.org*
KENNETH D. UPTON, JR.*
*kupton@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

JOSE ABRIGO*
*jabrigo@lambdalegal.org*
OMAR GONZALEZ-PAGAN*
*ogonzalez-pagan@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

[*Counsel block continued on next page*]

PLAINTIFF GAY LESBIAN BISEXUAL TRANSEXUAL HISTORICAL SOCIETY'S CERTIFICATION OF
CONFLICTS AND INTERESTED ENTITIES OR PERSONS

4916-1041-6924

KAREN L. LOEWY*
*kloewy@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

PELECANOS*
*pelecanos@lambdalegal.org*
Boulder County, Colorado
Telephone: (213) 351-6051
c/o Jennifer C. Pizer, local counsel
    LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
    800 S. Figueroa St., Ste 1260
    Los Angeles, California 90017-2521

*Counsel for All Plaintiffs*

* Application for admission *pro hac vice* forthcoming.

2

PLAINTIFF GAY LESBIAN BISEXUAL TRANSEXUAL HISTORICAL SOCIETY'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS

4916-1041-6924