| | |
|---|---|
| JENNIFER C. PIZER (SBN 152327) | CAMILLA B. TAYLOR* |
| *jpizer@lambdalegal.org* | *ctaylor@lambdalegal.org* |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | KENNETH D. UPTON, JR* |
| 800 South Figueroa Street, Suite 1260 | *kupton@lambdalegal.org* |
| Los Angeles, California 90017-2521 | LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. |
| Telephone: (213) 382-7600 | 3656 North Halsted Street |
| | Chicago, Illinois 60613-5974 |
| JOSE ABRIGO* | Telephone: (312) 663-4413 |
| *jabrigo@lambdalegal.org* | |
| OMAR GONZALEZ-PAGAN* | KAREN L. LOEWY* |
| *ogonzalez-pagan@lambdalegal.org* | *kloewy@lambdalegal.org* |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. |
| 120 Wall Street, 19th Floor | 815 16th Street NW, Suite 4140 |
| New York, New York 10005-3919 | Washington, DC 20006-4101 |
| Telephone: (212) 809-8585 | Telephone: (202) 804-6245 |
| | |
| *Attorneys for Plaintiffs* | *Additional counsel on signature page* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

----------------------------------------------------------------- x

SAN FRANCISCO AIDS FOUNDATION;

GAY LESBIAN BISEXUAL TRANSGENDER HISTORICAL SOCIETY;

ASIAN AND PACIFIC ISLANDER WELLNESS CENTER, INC. d/b/a SAN FRANCISCO COMMUNITY HEALTH CENTER;

LOS ANGELES LGBT CENTER;

PRISMA COMMUNITY CARE;

LESBIAN AND GAY COMMUNITY SERVICES CENTER, INC. d/b/a THE LGBT COMMUNITY CENTER;

BRADBURY-SULLIVAN LGBT COMMUNITY CENTER;

BALTIMORE SAFE HAVEN CORP; and

FORGE, INC.,

    *Plaintiffs*,

v.

Case No._____

**PLAINTIFF SAN FRANCISCO AIDS FOUNDATION'S CORPORATE DISCLOSURE STATEMENT**

|     |                                                                                                                                  |     |
| --- | -------------------------------------------------------------------------------------------------------------------------------- | --- |
| 1   | DONALD J. TRUMP, in his official capacity as President of the United States;                                                     | :   |
| 2   | U.S. DEPARTMENT OF JUSTICE;                                                                                                      | :   |
| 3   | PAMELA BONDI, in her official capacity as Attorney General of the United States;                                                 | :   |
| 4   | U.S. DEPARTMENT OF LABOR;                                                                                                        | :   |
| 5   | VINCE MICONE, in his official capacity as Acting Secretary of Labor;                                                             | :   |
| 6   | OFFICE OF FEDERAL CONTRACTS COMPLIANCE PROGRAMS;                                                                                 | :   |
| 7   | MICHAEL SCHLOSS, in his official capacity as Acting Director of Office of Federal Contracts Compliance Programs;                 | :   |
| 8,9 |                                                                                                                                  |     |
| 10  | OFFICE OF MANAGEMENT AND BUDGET;                                                                                                 | :   |
| 11  | RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget;                                     | :   |
| 12  | U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES;                                                                                    | :   |
| 13,14 | ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services;                                    | :   |
| 15  | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;                                                                                | :   |
| 16,17 | SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development;                                          | :   |
| 18  | NATIONAL ARCHIVES AND RECORDS ADMINISTRATION;                                                                                    | :   |
| 19  | WILLIAM J. BOSANKO, in his official capacity as Deputy Archivist of the United States;                                           | :   |
| 20  | NATIONAL ENDOWMENT FOR THE HUMANITIES; and                                                                                       | :   |
| 21,22 | SHELLY C. LOWE, in her official capacity as Chair of the National Endowment for the Humanities,                                | :   |
| 23  |                           *Defendants*.                                                                                          | :   |
| 24  | ------------------------------------------------------------X                                                                    |     |

PLAINTIFF SAN FRANCISCO AIDS FOUNDATION'S CORPORATE DISCLOSURE STATEMENT
4909-7301-6604

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff San Francisco AIDS Foundation ("**SFAF**") discloses the following:

1. SFAF is a 501(c)(3) non-profit, non-governmental entity based in San Francisco, California.
2. SFAF has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated this 20th of February, 2025.                          Respectfully,

    s/  *Jennifer C. Pizer*
JENNIFER C. PIZER (SBN 152327)
*jpizer@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

CAMILLA B. TAYLOR*
*ctaylor@lambdalegal.org*
KENNETH D. UPTON, JR.*
*kupton@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

JOSE ABRIGO*
*jabrigo@lambdalegal.org*
OMAR GONZALEZ-PAGAN*
*ogonzalez-pagan@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

[*Counsel block continued on next page*]

PLAINTIFF SAN FRANCISCO AIDS FOUNDATION'S CORPORATE DISCLOSURE STATEMENT
4909-7301-6604

KAREN L. LOEWY*
*kloewy@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

PELECANOS*
*pelecanos@lambdalegal.org*
Boulder County, Colorado
Telephone: (213) 351-6051
c/o Jennifer C. Pizer, local counsel
    LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
    800 S. Figueroa St., Ste 1260
    Los Angeles, California 90017-2521

*Counsel for All Plaintiffs*

* Application for admission *pro hac vice* forthcoming.