UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO A.I.D.S. FOUNDATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-01824-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE AND ZOOM HEARING**<br><br>Re: Dkt. No. 40 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for June 10, 2025 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due by June 3, 2025. This proceeding will be held via a Zoom webinar.

Dated: February 26, 2025

　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　Clerk of Court, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Dianna Shoblo, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR