PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, *et al.;*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.,*<br><br>Defendants. | Case No. 25-cv-1824-JST<br><br>**STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION (DKT. NO. 41)** |

Pursuant to Civil Local Rules 7-3(b) and 7-11, Federal Defendants submits this Statement of Non-Opposition to Plaintiffs' Administrative Motion to File an Oversized Brief (Dkt. No. 41).

Respectfully submitted,

DATED: March 3, 2025
PATRICK D. ROBBINS
Acting United States Attorney

 */s/ Christopher F. Jeu*
BY: CHRISTOPHER F. JEU
Assistant United States Attorney
Attorneys for Federal Defendants