UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO A.I.D.S. FOUNDATION, et al., <br> Plaintiffs, <br> v. <br> DONALD J. TRUMP, et al., <br> Defendants. | Case No. 25-cv-01824-JST <br><br> **ORDER** |

The Court gives notice that Judge Tigar maintains a social relationship with Pamela Johann, the Chief of the Civil Division of the United States Attorney's Office. The United States Attorney has assured Judge Tigar that in any case pending before him, Ms. Johann will have no supervisory or other responsibility for the case, and those responsibilities will be transferred to the Acting Civil Chief of the United States Attorney's Office.

**IT IS SO ORDERED.**

Dated: March 3, 2025



JON S. TIGAR
United States District Judge