| | |
|---|---|
| JENNIFER C. PIZER (SBN 152327) | CAMILLA B. TAYLOR* |
| jpizer@lambdalegal.org | ctaylor@lambdalegal.org |
| PELECANOS* | KENNETH D. UPTON, JR* |
| pelecanos@lambdalegal.org | kupton@lambdalegal.org |
| LAMBDA LEGAL DEFENSE AND | LAMBDA LEGAL DEFENSE AND |
| EDUCATION FUND, INC. | EDUCATION FUND, INC. |
| 800 South Figueroa Street, Suite 1260 | 3656 North Halsted Street |
| Los Angeles, California 90017-2521 | Chicago, Illinois 60613-5974 |
| Telephone: (213) 382-7600 | Telephone: (312) 663-4413 |
| | |
| JOSE ABRIGO* | KAREN L. LOEWY* |
| jabrigo@lambdalegal.org | kloewy@lambdalegal.org |
| OMAR GONZALEZ-PAGAN* | LAMBDA LEGAL DEFENSE AND |
| ogonzalez-pagan@lambdalegal.org | EDUCATION FUND, INC. |
| LAMBDA LEGAL DEFENSE AND | 815 16th Street NW, Suite 4140 |
| EDUCATION FUND, INC. | Washington, DC 20006-4101 |
| 120 Wall Street, 19th Floor | Telephone: (202) 804-6245 |
| New York, New York 10005-3919 | |
| Telephone: (212) 809-8585 | *Appearance Pro Hac Vice |

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, et al.; | Case No. 4:25-cv-1824-JTS |
| *Plaintiffs*, | **DECLARATION OF IYA DAMMONS OF BALTIMORE SAFE HAVEN CORP IN SUPPORT OF PLAINTIFF'S COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al. | |
| *Defendants*. | |

I, Iya Dammons, hereby state as follows:

1. I am the Founder & Executive Director of Baltimore Safe Haven Corp ("BSH"), a not-for-profit 501(c)(3) organization based in Baltimore, Maryland. BSH is rooted in its mission to empower transgender, lesbian, gay, bisexual, queer, intersex, and asexual ("TLGBQIA+") individuals in Baltimore who are navigating survival modes by providing inclusive and supportive spaces, resources, and opportunities. Our mission is to foster an environment where every member of the TLGBQIA+ community not only survives but thrives, promoting resilience, dignity, and inclusivity as we collectively work towards a more compassionate and equitable Baltimore.

2. I submit this Declaration in support of Plaintiffs' Complaint and Motion for a Preliminary Injunction, which seek to prevent Defendant agencies and their leadership from enforcing Executive Order No. 14168 "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," issued January 20, 2025; Executive Order No. 14151 "Ending Radical and Wasteful DEI Programs and Preferencing," issued January 20, 2025; and Executive Order No. 14173 "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," issued January 21, 2025 (collectively, the "Executive Orders"), and related agency directives that seek to enforce illegal, *ultra vires* Presidential action.

3. BSH was founded in 2018 with a visionary mission: to forge a supportive community and essential resource for TLGBQIA+ individuals, especially focusing on Black transgender women navigating survival mode living. As someone with lived experience, I founded BSH as a mutual aid organization focused on providing life-saving support for survival sex workers and other marginalized TLGBQIA+ individuals. Our work began with a comprehensive wellness and outreach program, meeting people where they were—on the stroll, in encampments, and in

overlooked parts of the city—providing safer sex education, overdose prevention tools, and peer support.

4. Within a year, BSH was granted 501(c)(3) status and was able to begin applying for grant funding to expand our mission. We received $100,000 in pass-through grant funding from the Substance Abuse and Mental Health Services Administration ("SAMHSA") via the Maryland Department of Health and used it to advance our mobile outreach work and open a brick-and-mortar drop-in center. There we could provide hot meals, showers, laundry services, and case management, as well as a safe, affirming environment where people could rest, connect with peers, and access harm reduction services related to substance use. Over time our drop-in center has expanded its services to include behavioral health coordination and crisis intervention, integrated physical health services including HIV testing and sexual health care, workforce support, and legal support.

5. Our mobile outreach programs continue to this day, including weekly overnight mobile outreach on Fridays and Saturdays to high-risk areas, providing basic needs and survival support; health and harm reduction services such as sterile syringes, naloxone kits, safe sex supplies, HIV testing and linkage to other medical care services; and peer support and navigation to TLGBQIA+ community members in need.

6. In 2020, BSH launched our first housing program—an emergency and transitional housing program aimed at underserved youth aged 18–24. This work was supported by pass-through Housing and Urban Development ("HUD") grants from the Maryland Department of Health and the Mayor's Office of Homelessness Services through the City of Baltimore. Since then, we have expanded our housing supports significantly, providing homelessness prevention services aimed at assisting TLGBQIA+ individuals at risk of homelessness, emergency and

transitional housing, permanent supportive housing for older adults, housing placement assistance, and housing stability support.

7. BSH also provides extensive community programming, fostering cultural resilience, advocacy, and peer support through community-driven initiatives. This includes a Ballroom Arts & Health Initiative integrating Black TLGBQIA+ ballroom culture with health and wellness resources; quarterly community Events focusing on advocacy, wellness, and celebration of TLGBQIA+ resilience; Baltimore Trans Pride, an advocacy march and resource block party with 30+ local TLGBQIA+ supportive organizations; safe spaces for mental health support, shared experiences, and collective healing; and programs tailored for aging TLGBQIA+ individuals, ensuring safe, affirming housing and community connections.

8. Currently, approximately 80% of BSH's budget comes from federal grant money. In 2024, we launched a capital campaign to establish BSH's first permanent home—the Safe Haven Campus, a one-stop TLGBQIA+ housing and resource center, bringing together housing, harm reduction, healthcare, workforce development, and community-building initiatives under one roof. Congressman Kweisi Mfume secured an appropriation of $1 million of HUD Community Development funding to help us purchase the building, which was supposed to become available to us shortly after the beginning of the year. We had completed the purchase of the building on December 31, 2024 and uploaded all of the required documents to the HUD portal for drawing down federal funding. Soon after the Executive Orders issued, we were receiving notifications that the funding was available to us and had been deposited into our account, but it was not. We became very concerned that the funding was being held up because of the Executive Orders' restrictions on BSH's core work. We could not get a hold of any HUD staff member who could provide us with any insight. Finally, on February 18, 2025, the money was deposited into our account.

9. BSH also receives approximately $3 million in operating funds via federal grant money, whether directly or as a subgrantee. These include the following for 2025 as part of multi-year agreements:

    a. We receive two grants of HUD dollars from the Mayor's Office of Homeless Services through the City of Baltimore. The first is for $239,000 in funding from the HUD Youth Homelessness Demonstration Project to fund our transitional housing program for 18–24-year-olds. The second is for $751,000 in funding from HUD's Continuum of Care Program's Transitional Housing/Rapid Rehousing component to fund our transitional housing and rental assistance programs.

    b. We receive a $182,000 grant of funding from the Centers for Disease Control and Prevention ("CDC") via the Baltimore City Health Department ("BCHD"). The funding was provided to the BCHD through the CDC's High Impact HIV and Surveillance Programs for Health Departments, part of the CDC's longstanding "Ending the HIV Epidemic" initiative. When the BCHD issued its request for proposals from subgrantees, it specifically invited proposals for HIV-prevention programs with a focus on transgender people in the zip codes BSH most regularly serves.

    c. We receive a $630,000 grant of SAMHSA funds through the Maryland Department of Health to support our harm reduction efforts, with a focus towards preventing overdoses and HIV transmission. While the Department's RFP for this grant was more generally about optimizing services for people who use drugs, BSH's proposal focused on expanding harm reduction efforts to TLGBQIA+ individuals living in survival mode in Baltimore.

10. The Executive Orders threaten this funding. Respecting transgender people and advancing our civil rights is central to BSH's identity, advocacy, and mission, and a necessary

part of every aspect of the services we provide. BSH's origin as an organization created by transgender people for transgender people makes it imperative that we not only fight injustices against transgender people but provide our services to our community in a culturally competent way. It is the cornerstone of our identity.

11. Even though we serve everyone, we are a trans-led organization and being forced to hide or diminish that part of our identity would harm both us and our clients. It would harm us because we are unique in that we are Baltimore's only trans-led drop-in wellness center. And it would also harm our clients by eroding their trust in us, since many clients turn to us specifically because of our trans-centered background and approach. Being forced to abandon that focus would turn us into just another agency that does not serve the transgender community, leaving no one to ensure that the multiply marginalized transgender people we serve have access to basic necessities—housing, food, and the ability to survive. It would diminish our community and our leadership.

12. BSH takes an equitable approach to providing services, focusing our resources on underserved communities and, in fact, many of our grants require us to take this approach. Our programming purposely centers around Black transgender women, recognizing that this population experiences the most significant barriers created by racism, homophobia, transphobia, and sexism. Our staff's work is rooted in their own lived experience and in peer-led initiatives because there is no substitute for having walked the walk and experienced things and come out on the other side. Understanding of the system is what allows community-led solutions to come through. The Executive Orders would require us to ignore that Black transgender women do not have the same access to healthcare, housing, or economic mobility—every measure of health and wellness. Not only would this do tremendous harm to the TLGBQIA+ people who look to us for care and support, but we would lose the ability to identify other marginalized populations in need

of the same supports and services, such as cisgender women engaging in survival sex work and aging populations.

13. BSH is an example of what DEI should be; not words or a job title, but having the power to make decision, provide solutions, and work with others to make chances and advocate in different spaces. For example, we share spaces with BLM, reproductive and bodily autonomy groups, and criminal justice reform groups. Simply put, DEI is our ethos.

14. The Executive Orders will have a disastrous effect on BSH's work because it will stop our funding. There is simply no way to do our work and fulfill our mission in a way that does not directly center the experiences of marginalized TLGBQIA+ people. The Executive Orders attempt to erase even the word that describes who our people are and interrupt critical initiatives and services solely because they are being provided to certain underserved communities. Their goal is to get rid of us on every front and to take away the progress we have made, even if it harms the general community. Ultimately, they will cause our clients to die—either through self-harm, murder, untreated disease, overdose, or being arrested because they are unhoused. Without this funding, the populations we serve would suffer in immeasurable ways.

15. Our municipal and state grant partners are sharing with us mixed messages from their federal grantors. We get the impression that they are ready to sacrifice our subgrants to keep their broader funding. They have not put anything in writing or made any public statements, but that is the message we are getting through side conversations, in which they have told us that whatever we put in the proposals is what they are sending along so there is no shielding our trans-focused proposals from the federal grantors.

16. At an institutional level, the loss of this funding would be devastating as the core of our programs would be jeopardized. Financially, it would take us years to rebuild BHS.

Although we could try to fundraise, many of our philanthropic partners are also federally funded, so the Executive Orders would not allow us to turn to them for support. In the short term, BHS would not be able to operate as it currently does.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 24, 2025

Respectfully submitted,

*Iya Dammons*

DECLARATION OF IYA DAMMONS ISO PLS.' COMPL. AND MOT. FOR PI, CASE NO. ___
4:25-cv-1824-JTS