1   JENNIFER C. PIZER (SBN 152327)        CAMILLA B. TAYLOR*
    *jpizer@lambdalegal.org*              *ctaylor@lambdalegal.org*
2   PELECANOS*                           KENNETH D. UPTON, JR*
    pelecanos@lambdalegal.org            *kupton@lambdalegal.org*
3   LAMBDA LEGAL DEFENSE AND             LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.                 EDUCATION FUND, INC.
4   800 South Figueroa Street, Suite 1260  3656 North Halsted Street
5   Los Angeles, California 90017-2521   Chicago, Illinois 60613-5974
    Telephone: (213) 382-7600            Telephone: (312) 663-4413
6
7   JOSE ABRIGO*                         KAREN L. LOEWY*
    *jabrigo@lambdalegal.org*            *kloewy@lambdalegal.org*
8   OMAR GONZALEZ-PAGAN*                 LAMBDA LEGAL DEFENSE AND
    *ogonzalez-pagan@lambdalegal.org*    EDUCATION FUND, INC.
9   LAMBDA LEGAL DEFENSE AND             815 16th Street NW, Suite 4140
    EDUCATION FUND, INC.                 Washington, DC 20006-4101
10  120 Wall Street, 19th Floor          Telephone: (202) 804-6245
    New York, New York 10005-3919
11  Telephone: (212) 809-8585            *Appearance Pro Hac Vice*

12

*Counsel for Plaintiffs*

13

14              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
15                      **OAKLAND DIVISION**

16

17  SAN FRANCISCO AIDS FOUNDATION, et    Case No. 4:25-cv-1824-JTS
    al.;
18                                       **DECLARATION OF JOE**
                            *Plaintiffs,*  **HOLLENDONER, CHIEF**
19                                       **EXECUTIVE OFFICER OF THE LOS**
            v.                           **ANGELES LGBT CENTER, OFFICER**
20                                       **OF THE LGBT COMMUNITY**
    DONALD J. TRUMP, in his official capacity as  **CENTER, IN SUPPORT OF**
21   President of the United States, et al.  **PLAINTIFF'S COMPLAINT AND**
                                         **MOTION FOR PRELIMINARY**
                            *Defendants.*  **INJUNCTION**
22

23

24

25

26

27

28

I, Joe Hollendoner, hereby state as follows:

1. I am the Chief Executive Officer of the Los Angeles LGBT Center ("LA LGBT Center"), a nonprofit 501(c)(3) organization based in Los Angeles, California, that provides a variety of services to members of the lesbian, gay, bisexual, transgender, and queer ("LGBTQ") communities. I have served in this capacity since 2022. I joined the staff of the LA LGBT Center in 2021.

2. I am submitting this Declaration in support of Plaintiffs' Complaint and Motion for Preliminary Injunction, which seeks to prevent Defendant agencies and their leadership from enforcing Executive Order No. 14168 "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" ("Gender Order"), issued January 20, 2025; Executive Order No. 14151 "Ending Radical and Wasteful DEI Programs and Preferencing" ("DEI-1 Order"), issued January 20, 2025; and Executive Order No. 14173 "Ending Illegal Discrimination and Restoring Merit-Based Opportunity" ("DEI-2 Order"), issued January 21, 2025 (collectively, the "Executive Orders"), and related agency directives.

3. The LA LGBT Center was founded in 1969 and offers programs, services, and global advocacy that span four broad categories: health, social services and housing, culture and education, and leadership and advocacy. The mission of the LA LGBT Center is to fight bigotry and build a world where LGBT people thrive as healthy, equal, and complete members of society. Today the LA LGBT Center's more than 800 employees provide services for more LGBTQ people than any other organization in the world, with more than 500,000 client visits per year.

4. As the largest provider of services to LGBTQ people in the world, many of the LA LGBT Center's patients tell us that they come to the LA LGBT Center seeking culturally competent health care due to being denied care or being discriminated against based on their real or perceived sexual orientation, gender identity, transgender status, and HIV status. The LA LGBT

1

Center's client population is disproportionately low-income and experiences high rates of chronic physical and mental conditions, homelessness, unstable housing, trauma and discrimination, and stigmatization in health care and social services. Our client population is diverse with respect to race and class, and more than 55% of our clients self-report that they are non-white or of Latinx heritage. Many of our clients come to the LA LGBT Center from different areas of California, other states, and even other nations to seek services in a safe and affirming environment.

5. Respecting transgender people and advancing their civil rights is central to the LA LGBT Center's identity, advocacy, and mission, and a necessary part of every aspect of the services we provide. Indeed, nearly every aspect of the services provided by the LA LGBT Center directly or indirectly impacts the transgender community, and the LA LGBT Center has provided its services to more than 6,000 transgender individuals over the past ten years—the majority of such services relating to their medical care.

6. The LA LGBT Center is one of the nation's largest and most experienced providers of LGBTQ health and mental health care. At the LA LGBT Center, we provide a wide spectrum of healthcare services, including, but not limited to, HIV treatment, testing, and prevention care, and mental health care. The LA LGBT Center also has medical providers who specialize in the care of transgender patients and who provide a full range of primary care services in addition to hormone therapy, pre- and post-surgical care, and trans-sensitive pap smears, pelvic exams, and prostate exams. The LA LGBT Center's broad array of healthcare services are all under one organization, from counseling and therapy to pharmaceutical and nutrition needs. In many cases, these services are quite literally lifesaving.

7. The LA LGBT Center is also a federal contractor, subcontractor, grantee, and subgrantee. The federal government is contractually obligated to provide the LA LGBT Center an estimated 22 million dollars of funding for use over multiple years. A significant portion of the

2

LA LGBT Center's revenue comes from federal programs, including, but not limited to, direct funding from the Department of Justice (DOJ) Office of Violence Against Women and the Department of Health & Human Services (HHS) divisions: Centers for Disease Control and Prevention (CDC); Health Resources and Services Administration (HRSA) Bureau of Primary Health Care, under which the LA LGBT Center is a Federally Qualified Health Center (FQHC); and the Administration for Children Youth & Families.

8. As an FQHC, the LA LGBT Center is required to serve anyone on a nondiscriminatory basis who walks into its doors. We accept a variety of health insurance plans, including Medi-Cal (California's Medicaid program), Medicare, and most private insurance plans, in addition to providing services to uninsured individuals. We work with these individuals to help them access insurance through Covered California (California's Affordable Care Act "exchange"), and/or navigate other medical- and drug-assistance programs. Where insurance is not available, our services are offered on a sliding-scale basis, based on the ability to pay. We pride ourselves on providing leading-edge health care, regardless of individuals' ability to pay.

9. In order to help patients navigate healthcare services, program, and insurance, the LA LGBT Center employs "navigators," which is a term for patient-facing staff members who provide assistance and support to patients facing barriers to care. To build trust and understanding, navigators often reflect the identities of those most impacted by health disparities, such as people of color, LGBTQ people, and people living with HIV. Navigators link patients to various services. A navigator's job is to reduce and eliminate any barriers that someone may have to accessing health care. Navigators complete evidence-based internal and external trainings and are equipped with tools to work with clients in priority populations. Navigators engage patients receiving services to ensure ongoing engagement and retention in care, including establishing patient health and wellness goals and working with clients to achieve those goals. They learn how to become a

3

trusted source for people who often lack trust in health care providers due to previous experiences. Through relationship building and rapport building, navigators are successful in connecting patients to medical providers, mental health services, and other health offerings.

10. Some of the LA LGBT Center's navigators work with high-risk populations to help them access and remain on Pre-Exposure Prophylaxis (PrEP), a biomedical intervention that prevents HIV. Other navigators specialize in housing stabilization, retention in care for People Living with HIV (PLWH), substance use recovery, seniors, or young people. For example, Black and Latinx gay men experience disproportionate rates of new HIV diagnoses in Los Angeles County. This is due to systemic factors, such as housing insecurity, stigma in healthcare settings, employment discrimination, transportation barriers, and more. Navigators connect individuals to HIV and STI testing and treatment, PrEP and PEP, HIV care, housing resources, healthcare, mental health services, medication adherence, social supports, and other social services. Navigators thus serve as critical patient and provider resources to support ongoing and regular engagement in health care and social services. Navigators work within a larger care team of providers, nurses, social workers, and case managers to holistically address current or anticipated barriers to care and ongoing engagement in care. Navigators use an intersectional lens to inform their interventions to meet clients where they are, validate their experiences, and contextualize their experiences within a context of institutional and structural racism, homophobia, transphobia, sexism, and xenophobia.

11. In addition to client services, like some of the work performed by the LA LGBT Center's navigators, which is conducted pursuant to a federally funded grant that specifically funds outreach to gay Black and Latinx men about barriers to care, we also conduct research. The LA LGBT Center receives federal funding for research programs and is currently a participant in multiple federally funded studies, including through the NIH and CDC. Many of the LA LGBT Center's federally funded grants require the LA LGBT Center to acknowledge, address, and

4

combat HIV stigma and discrimination. For example, the LA LGBT Center participates in the MACS/WIHS Combined Cohort Study (MWCCS), the longest-running study of HIV and AIDS in the United States. Since early in the epidemic, the NIH has supported this study to understand the impact of HIV on every aspect of health and wellbeing. As people living with HIV can now lead long and healthy lives, the focus of the study has shifted to the impact of the disease on aging, the long-term impacts of antiretroviral medications, as well as chronic conditions such as cardiovascular disease, pulmonary disease, neurologic, and sleep disorders. Another example is the mStudy, a longitudinal study seeking to understand how drug use affects the immune system of HIV-positive and HIV-negative men who have sex with men.

12. The LA LGBT Center works hard in numerous ways to identify and address disparities in access to health care and patient health inequities based on race, sex, national origin, and LGBTQ status. In addition to client services and research, the LA LGBT Center provides training to its own staff. Internal staff training educates the LA LGBT Center's staff on identifying and acknowledging disparities in underlying health conditions, understanding cultural and historical barriers to care, and combating implicit bias that could interfere with patient-provider interactions, the ability of patients to receive equitable access to care and patient outcomes. We have a Chief Equity Officer whose mission is to create a space where everyone—staff, as well as the community at large—feels safe in their intersectional identities. We have implemented an equity framework on such issues to train our staff, from the Board to volunteers, which is meant to acknowledge and address systemic racism and the role of implicit bias in contributing to health disparities, including anti-LGBTQ bias. Lack of such training would exacerbate health care disparities that LGBTQ people, trans people, and people of color face in the broader health care environment—a directly contradictory outcome to the LA LGBT Center's grant mandates and fundamentally at odds with the LA LGBT Center's mission to provide the highest quality care to patients and clients without

5

discrimination. Without addressing topics such as implicit bias and grappling with historical racism and anti-LGBTQ bias in the medical and social sciences fields, the LA LGBT Center cannot successfully fulfill the obligations of its federal funding. Such training is inherent in the work the LA LGBT Center has been funded to do.

13. In addition to training its own staff on cultural competency, the LA LGBT Center performs external trainings for partner organizations, providers, and the public. Our medical provider trainings mitigate the risk that providers subject patients to trauma and undermine doctor-patient trust, which can result from a provider harboring damaging sex-based stereotypes about LGBTQ people, particularly transgender people, and related bias—whether implicit or explicit. A transgender patient who experiences such discrimination will be far less likely to receive the health care treatment that they need because, after being discriminated against, they are unlikely to seek other care out of fear of repeated rejections. In turn, this type of delay has obvious and serious medical ramifications—both for the individuals and for public health at large—which results in increased costs to the LA LGBT Center and the health care system generally. The LA LGBT Center also provides numerous mental health related services, which are particularly important for our many patients who have experienced traumatic discrimination based on sexual orientation, gender identity, transgender status, HIV status, and other factors. The LA LGBT Center has received federal funding to perform trainings for providers at other institutions, this includes funding from the HHS Family and Youth Services Bureau, which funds the LA LGBT Center's operation of the National LGBTQ Institute on Intimate Partner Violence, and a grant from the DOJ Office on Violence Against Women to provide training and technical assistance on serving LGBTQ youth survivors of domestic violence, sexual assault, dating violence, stalking, and the overlap with commercial sexual exploitation.

14. The LA LGBT Center's Youth Services team also conducts external trainings directed at cultural competency in working with LGBTQ foster youth and in creating safe and affirming schools, amongst other topic areas. Many of the recipients of these trainings, including schools and the California Department of Child and Family Services also receive federal funding. We also have staff at our Trans Wellness Center who regularly facilitate cultural competency trainings at numerous workplaces, and to other social service providers specific to the experience of transgender, gender non-conforming, and intersex communities. Many of these trainings, if not all of them, contain an explicit acknowledgment of systemic racism and implicit biases with respect to race, sex, and LGBTQ status. Additionally, most trainings have a significant focus on the experiences of the transgender community, including the systemic barriers that the transgender community faces and the resulting harm caused by these barriers.

15. The baseless and confusing Executive Orders threaten the work of the LA LGBT Center. One of the many examples of that threat relates to our National LGBTQ Institute on Intimate Partner Violence ("the Institute"). This federally funded Institute provides training and technical assistance to domestic violence and sexual assault providers across the country to ensure services are inclusive of LGBTQ people. The Institute was initially known as a Capacity Center when work began on it in 2013. Then in 2017, that work evolved into a National Institute as part of the federal Domestic Violence Resource Network, now rebranded as the federal Gender Based Violence Resource Network. In September 2020, the LA LGBT Center was awarded the federal contract to operate the Institute, which was formally relaunched a year later. This work is necessary because queer and transgender people experience disproportionate rates of violence and need care that is affirming of their sexual orientation and gender identity or expression.

16. While the Center remains resolute in conducting the trainings that we are contractually obligated to provide, we are already seeing the dire consequences of these Executive Orders.

7

Domestic violence and sexual assault providers across the country have already begun removing information about the LGBTQ inclusivity of their programs. These censorship actions are directly motivated by President Trump and his administration's assertions that their federal funding will be pulled, and is a prime example of the deliberate lack of clarity baked into these Executive Orders—an intentional ambiguity designed to confuse, intimidate, and stifle organizations by weaponizing undefined terms like "gender ideology" and "DEI preferencing." In addition, our Institute staff have heard domestic violence programs announce that they would no longer serve transgender survivors or are questioning if their program is still allowed to serve transgender survivors because of the Executive Orders. The actions of our partners leave countless survivors— particularly transgender and nonbinary people—without competent care when they are in crisis.

17. The staff at the LA LGBT Center who perform these internal and external trainings are now concerned that their programming and presentations will be used as a justification for suspending or terminating the LA LGBT Center's federal funding from grants and contracts. Such censorship can defeat the purpose of the training and leave the audience without the tools necessary to ensure nondiscriminatory services to vulnerable communities. Besides the trainings, the LA LGBT Center staff members are also concerned about how to speak on behalf of the LA LGBT Center or interact in culturally inclusive and affirming ways with our patients and clients. Notwithstanding the practical difficulties of interpreting the Executive Orders, each staff member must worry about what they are allowed to say about the LA LGBT Center's mission and the importance of having an affirming and nondiscriminatory environment in which to seek medical care and other services for LGBTQ people, particularly transgender people, people from marginalized communities, and people of color. As a practical matter, it also appears that the Executive Orders restrict the LA LGBT Center's ability to advertise our services, and the Executive Orders restrict other federally funded organizations from partnering with us or

8

1
2
participating in our trainings, which naturally undermines the LA LGBT Center's ability to meet its obligations under federal grant funding.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
18. And critically, the Gender Executive Order prohibits the promotion of "gender ideology," seeming to condition federal funding on the denial of the very existence of transgender people. It is impossible for the LA LGBT Center to fulfill its mission and provide any of its services to transgender patients and clients without acknowledging and recognizing transgender people for who they are. Part of the LA LGBT Center's mission is to "fight against bigotry" and to help "build a better world—a world in which LGBTQ people can be healthy, equal, and complete members of society." Accordingly, our values of "courage" and "liberation" require us to "center the members of our community who need our care the most" and "to ensure the safety and freedom of *all* LGBTQ people." This includes recognizing the existence, identities, and experience of our transgender and gender diverse community members. Because we must do so in every aspect of our work, it is impossible for the LA LGBT Center to comply with or accede to the Gender Executive Order's requirement that we deny the existence of transgender people. We exist to serve all members of the LGBTQ community, and we will not abandon transgender people, a vulnerable segment of our community, as a condition of federal funding that is necessary to provide our wide array of services to thousands of people across the Greater Los Angeles area, and indeed, the world.

20
21
22
23
24
25
26
27
19. Trainings—whether internal or external—only comprise one part of the comprehensive services we offer to accomplish our mission, and the Executive Orders call into question whether other substantive work performed by the LA LGBT Center could be subject to scrutiny. For example, nowhere do the Executive Orders explain exactly what it means to "promote" so-called "gender ideology." Similarly, the Executive Orders do not define the terms "diversity, equity, and inclusion," "DEI," "diversity, equity, inclusion, and accessibility," or "DEIA." The term "equity" when used independently from "diversity, equity, inclusion, and accessibility" is particularly

28

9

vague and ambiguous. One of the Executive Orders says it is terminating "equity-related" grants and contracts, along with other DEI and DEIA activities. One of the Executive Orders also mandates OMB to excise references to DEI and DEIA *principles, under whatever name they may appear* from Federal acquisition, contracting, grants, and financial assistance procedures. The LA LGBT Center's staff, therefore, cannot be certain what speech or activity might be considered DEI or DEIA "principles" even without using the actual terms "DEI" or "DEIA." Beyond the confusing, undefined terminology, the LA LGBT Center and its partner organizations cannot figure out to what extent these Executive Orders seek to censor speech and actions beyond our grant-funded work. Does it extend to anything and everything our organizations say and do?

20. The LA LGBT Center also engages in numerous targeted initiatives that may—or may not—fall within the ambit of the ambiguous language of the Executive Orders. Consider the following examples. The LA LGBT Center engages in advertising around Pre-Exposure Prophylaxis ("PrEP") and HIV prevention, particularly targeting young queer men of color, which is intended to build trust and community around the LA LGBT Center's medical care and prevention services. The LA LGBT Center's Trans Wellness Center has a specific focus on care for transgender and non-binary clients. The LA LGBT Center also has programs for monolingual Spanish speakers, programs on violence prevention with an emphasis on transgender women of color, programs providing post-incarceration linkages into services, and provides information to assist sex workers in negotiating safety. These offerings are fundamental to the LA LGBT Center's mission, and our staff must be fluent in these and related concepts that may be considered as "promoting" "gender ideology" or relating to "DEI," "DEIA," or "Equity" as those terms are used in the Executive Orders.

21. Notwithstanding the Executive Orders, a significant number of LGBTQ patients fear going to a healthcare provider due to negative past experiences directly related to their sexual

10

orientation, gender identity, or transgender status. The LA LGBT Center's providers have personally observed patients arriving at the LA LGBT Center with acute medical conditions that could have been avoided but-for the patients' reluctance to seek routine and necessary medical care for fear of discrimination. Even so, under the Executive Orders, the stories that the LA LGBT Center staff are hearing about discrimination in health care have shifted dramatically. The Executive Orders have resulted in a marked increase in anxiety, depression, and distress in our patients. They express deep concern and sometimes even panic that the Executive Orders will prevent them from receiving the life-saving care that they require. We are hearing this from all sectors of the LGBTQ community, including folks living with HIV, those who are undocumented, patients on gender affirming therapy, and individuals needing hormonal contraception for pregnancy prevention and menstrual related concerns. Medical providers are spending a significant amount of time in clinical encounters discussing these concerns and offering reassurance that we intend to continue providing care to all of our patients regardless of the external political environment. However, this does put added stress on our providers and care team, who are themselves very concerned about the ways that the Executive Orders will impact them personally and professionally.

22. At its core, the LA LGBT Center's mission includes ensuring LGBTQ individuals, particularly transgender people, of all backgrounds can be healthy, equal, and complete members of society. The Executive Orders make it difficult, if not impossible, for the LA LGBT Center to continue providing the same level of social, mental, and physical health care and related social services to its patients, external partners, and the public.

23. The Executive Orders are part of a calculated assault on transgender rights, seeking to undermine and even deny the dignity, safety, and existence of our transgender and gender diverse community. While the LA LGBT Center plainly cannot accomplish its mission—and its mandates

11

1  under existing grants—should the Executive Orders be allowed to stand, we will not allow bigotry,

2  misinformation, or fearmongering to dictate who gets to access care. The LA LGBT Center is firm

3  in its commitment that every transgender person deserves to live safely, authentically, and with

4  dignity.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JOE HOLLENDONER, MSW IN SUPPORT OF PLAINTIFFS' COMPLAINT
AND MOTION FOR PRELIMINARY INJUNCTION, CASE NO.  4:25-cv-1824-JTS

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3    Dated: February 25, 2025                    Respectfully submitted,

4

5                                                _____

6                                                Joe Hollendoner

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          13