1   JENNIFER C. PIZER (SBN 152327)            CAMILLA B. TAYLOR*
    *jpizer@lambdalegal.org*                  *ctaylor@lambdalegal.org*
2   PELECANOS*                                KENNETH D. UPTON, JR*
    pelecanos@lambdalegal.org                 *kupton@lambdalegal.org*
3   LAMBDA LEGAL DEFENSE AND                  LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.                      EDUCATION FUND, INC.
4   800 South Figueroa Street, Suite 1260     3656 North Halsted Street
5   Los Angeles, California 90017-2521        Chicago, Illinois 60613-5974
    Telephone: (213) 382-7600                 Telephone: (312) 663-4413
6
7   JOSE ABRIGO*                              KAREN L. LOEWY*
    *jabrigo@lambdalegal.org*                 *kloewy@lambdalegal.org*
8   OMAR GONZALEZ-PAGAN*                      LAMBDA LEGAL DEFENSE AND
    *ogonzalez-pagan@lambdalegal.org*         EDUCATION FUND, INC.
9   LAMBDA LEGAL DEFENSE AND                  815 16th Street NW, Suite 4140
    EDUCATION FUND, INC.                      Washington, DC 20006-4101
10  120 Wall Street, 19th Floor               Telephone: (202) 804-6245
    New York, New York 10005-3919
11  Telephone: (212) 809-8585                 *Appearance Pro Hac Vice*

12                        *Counsel for Plaintiffs*

13

14              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
15                    **OAKLAND DIVISION**

16
    SAN FRANCISCO AIDS FOUNDATION, et      Case No. 4:25-cv-1824-JTS
17  al.;
                                           **DECLARATION OF LANCE TOMA**
18                        *Plaintiffs*,    **OF SAN FRANCISCO COMMUNITY**
                                           **HEALTH CENTER, IN SUPPORT OF**
19        v.                               **PLAINTIFF'S COMPLAINT AND**
                                           **MOTION FOR PRELIMINARY**
20  DONALD J. TRUMP, in his official capacity as   **INJUNCTION**
       President of the United States, et al.
21
22                        *Defendants*.

23

24

25

26

27

28

I, Lance Toma, hereby state as follows:

1.    I am the Chief Executive Officer at the Asian and Pacific Islander Wellness Center, Inc. d/b/a San Francisco Community Health Center ("SFCHC"), a nonprofit 501(c)(3) organization based in San Francisco, California.  SFCHC is rooted in its mission to transform lives by advancing health, wellness, and equality for communities most affected by health inequities.  We believe that the most vulnerable and marginalized members of our community deserve access to the highest-quality whole-person health care; we work to foster resilience, strength, connection, and belonging for our communities.  Our organization has proudly served the San Francisco Bay Area for nearly 40 years, with a dedicated focus on providing culturally competent, comprehensive health care services to underserved populations, including LGBTQ individuals (with a concerted focus on transgender individuals), people of color, individuals experiencing homelessness, and people living with or vulnerable to HIV.

2.    I submit this Declaration in support of Plaintiffs' Complaint and Motion for a Preliminary Injunction, which seeks to prevent Defendant agencies and their leadership from enforcing Executive Order No. 14168 "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" ("Gender Order"), issued January 20, 2025; Executive Order No. 14151 "Ending Radical and Wasteful DEI Programs and Preferencing" ("DEI-1 Order"), issued January 20, 2025; and Executive Order No. 14173 "Ending Illegal Discrimination and Restoring Merit-Based Opportunity" ("DEI-2 Order"), issued January 21, 2025 (collectively, the "Executive Orders"), and related agency directives that seek to enforce these Presidential actions.

3.    SFCHC was founded in 1987 as a response to the 1980s AIDS crisis, specifically addressing the impact of the HIV epidemic on Asian and Pacific Islander communities.  In 2007,

we took over operations of a city-wide transgender drop-in and resources center.  In 2012, we began overseeing all HIV efforts in the Tenderloin neighborhood of San Francisco for those experiencing homelessness and housing instability.  In 2015 we became recognized as a federally qualified health center ("FQHC") which allowed us to increase our clinical capacity to provide respectful, compassionate, trauma-informed, free, and low-cost comprehensive primary medical, behavioral, and dental health care, alongside substance use disorder treatment, mental health counseling, gender affirming care, case management, and HIV prevention and outreach services. We contribute to uplift the health, wellness, and dignity of our communities comprised of individuals living with HIV, immigrants, transgender community members, and homeless individuals.  We are also a local, statewide, and national capacity building provider, disseminating our evidence-based models to support partner organizations throughout the country to effectively serve the highest-need and hardest-to-reach communities.

4.    Because we are committed to ensuring that our workforce is comprised of those with the lived experience of our clients, 48% of our 180 employees identify as trans or gender non-conforming, 76% are people of color, and 28% identify as gay, lesbian, or bisexual.  Of our health center's over 5000 patients, 25% are trans or gender non-conforming; 70% are people of color; and 60% are homeless or marginally housed.  The lifesaving health outcomes we achieve in partnership with our clients and patients is a testament to the culturally tailored programming we have designed to meet the needs of those we serve.

5.    We currently receive several federal funding grants from components of the U.S. Department for Health and Human Services, including the U.S. Centers for Disease Control and Prevention (CDC) and the Substance Abuse and Mental Health Services Administration (SAMHSA).  More detail of those awards are outlined below:

2

DECLARATION OF LANCE TOMA IN SUPPORT OF PLAINTIFFS' COMPLAINT
AND MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JTS

| Information | Description |
|---|---|
| Title: Comprehensive High-Impact HIV Prevention Programs for Young Men of Color Who Have Sex With Men and Young Transgender Persons of Color<br><br>Duration: April 1, 2022–March 31–2027<br><br>Amount: $400,000 annually | This grant funds the San Francisco Bay Transgender Alliance for Health Resources (STAHR), a program to reduce and prevent new cases of HIV transmission among young trans people of color (YTPC) and their partners in San Francisco and Alameda Counties in accordance with both the HIV National Strategic Plan and the CDC's High-Impact, Status-Neutral HIV Prevention approach. |
| Title: Community-Based Approaches to Reducing Sexually Transmitted Diseases<br><br>Duration: September 30, 2023–September 29, 2026<br><br>Amount: $305,500 annually | This grant funds TransHOPE (Transgender Health Outreach, Promotion, and Engagement), an innovative, peer-based initiative to identify new approaches to building community, supporting health and wellness, and decreasing disparities in sexually transmitted diseases among young transgender women ages 18–34. |
| Title: Minority AIDS Initiative: Prevention Navigator Program for Racial/Ethnic Minorities<br><br>Duration: September 30, 2023–September 29, 2028<br><br>Amount: $300,000 annually | This grant funds TransLink, an innovative, peer-focused initiative designed to significantly reduce the risk of substance use, HIV infection, and STI and viral hepatitis infection among homeless and unstably housed adult transgender women living in San Francisco's hard-hit Tenderloin neighborhood. |
| Title: Minority AIDS Initiative: High Risk Populations<br><br>Duration: September 30, 2023–September 29, 2028<br><br>Amount: $500,000 annually | This grant funds Project REACT (Responsive Equitable Action for Community Treatment), an innovative, peer-focused, community-driven initiative which takes a syndemic approach to addressing the interwoven crises of substance use, HIV infection, and STI and viral hepatitis infection among homeless and unstably housed persons of color living in San Francisco's Tenderloin neighborhood, with a primary focus on Black/African American and Latin American substance users and on transgender substance users of color. |

6.    We also receive a Health Resources and Services Administration (HRSA) multi-year

base grant of $1,432,805 annually because of our FQHC designation.  This figure includes funding

3

from Community Health Center Programs (Section 330(e) of the Public Health Service Act), Health Care for the Homeless (Special Populations -- Section 330(h) of the Public Health Service Act), and Ending the HIV Epidemic.

7.   We also receive HRSA Ryan White and Ending HIV Epidemic funding through San Francisco Department of Public Health contracts totaling $2.2 million annually

8.   Shortly after the Executive Orders were signed, we received multiple termination/stop work orders.  They are listed below:

a.      On January 29, 2025, we received notices for both of our CDC awards, instructing us to "immediately terminate, to the maximum extent, all programs, personnel, activities, or contracts promoting "diversity, equity, and inclusion" (DEI) at every level and activity, regardless of your location or the citizenship of employees or contractors, that are supported with funds from this award."  A copy of this notice is attached as **Exhibit A**.

b.      On January 31, 2025, we received notices for both of our CDC awards, instructing us to "immediately terminate, to the maximum extent, all programs, personnel, activities, or contracts promoting or inculcating gender ideology at every level and activity, regardless of your location or the citizenship of employees or contractors, that are supported with funds from this award."  A copy of this notice is attached as **Exhibit B**.

c.      On February 1, 2025, we received a notice of termination for Comprehensive High-Impact HIV Prevention Programs for Young Men of Color Who Have Sex With Men and Young Transgender Persons of Color award effective January 31, 2025.  A redacted copy of the termination notice is attached as **Exhibit C**. Subsequently, we received a notice that the termination was rescinded on February 12, 2025.  A redacted copy of the termination recission notice is attached as **Exhibit D**.

d.    We received an email from HRSA on February 5, 2025, that read, "Dear Recipient: HRSA rescinds the notice titled "Important Message for HRSA Award Recipients" that was sent to all HRSA grantees on January 31, 2025. If you have questions, please contact us at DGMOCommunications@hrsa.gov.  Thank you."  To the best of my knowledge, we did not receive the original notice and only received the notice about the recission.

9.    The terse and vaguely worded Executive Orders referencing DEI do not provide adequate definitions of the terms "diversity", "equity", and "inclusion".  The Gender Order cruelly attempts to redefine gender and forbids the recognition of transgender people's identities.  Because of this, coupled with our understanding of the purpose of our federal grants and other legal obligations, we cannot understand how to comply with the Executive Orders, and we are left with the threat that the entirety of our health center's programs and services could be at risk—and potentially come to an abrupt end.  The DEI-1 Order and DEI-2 Order threaten the termination of our programs and services which are grounded in historical health equity and racial justice underpinnings.  The Executive Orders appear to dismiss the long-fought efforts of communities like ours that have spent decades advocating alongside our federal partners to disaggregate data and reveal the institutional inequities that have disproportionately impacted the delivery of care to the most vulnerable members of society.  These data revealed findings that prompted a response by previous federal administrations to fund racial and gender-specific programs and services and to focus on medically underserved communities.  The Executive Orders's language effectively erases these critical data and threatens the very existence of all our health center's programs and services.

5

DECLARATION OF LANCE TOMA IN SUPPORT OF PLAINTIFFS' COMPLAINT
AND MOTION FOR PRELIMINARY INJUNCTION, CASE NO.  4:25-cv-01824-JTS

10. The ultimate impact of the Executive Orders is that the very existence of transgender and gender non-conforming individuals will be eliminated in the eyes of the federal government, and transgender and gender non-conforming individuals will be stripped of the lifesaving and culturally-tailored whole person healthcare resources that are critical their individual wellness and self-realization. Furthermore, transgender and gender non-conforming individuals will be increasingly subject to an engulfing climate of fear, terror, and discrimination.

11. At our healthcare center, we have already seen a dramatic increase in depression, anxiety, and suicidal ideology amongst our patients, clients, and staff members. Without the preventative care SFCHC provides to these vulnerable and stigmatized communities, negative health outcomes will explode, emergency room visits will overburden our City's safety net system, and diseases such as HIV and viral hepatitis will rampantly and unnecessarily spread within these communities and beyond. We anticipate a rate of new HIV infections as we have not seen in many decades, which will take years and millions of dollars to bring back down amidst many lives lost. As the only primary care provider for homeless individuals in San Francisco, if our street medicine services were to stop, ongoing care and lifesaving treatment will be halted, and health outcomes will decline immediately.

12. Because of the Executive Orders, the following programs and services offered by SFCHC are at risk:

a.      Our Primary Medical, Behavioral, and Dental Health Care Services program fill persistent gaps in the mainstream health care system, which has failed to meet the needs of many of our queer, transgender, unhoused, and HIV-positive neighbors, communities of color, and otherwise historically marginalized people. Located in the Tenderloin neighborhood, the epicenter of homelessness, substance use, mental illness, and

DECLARATION OF LANCE TOMA IN SUPPORT OF PLAINTIFFS' COMPLAINT
AND MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JTS

HIV in San Francisco, SFCHC casts a wide net in welcoming the city's most marginalized individuals. Approximately 50% of the San Francisco's unhoused population lives in the Tenderloin neighborhood, which also contains the city's Transgender District, which has served as a haven for transgender people since the 1920s.

b.    Our Street Medicine Team is committed to eliminating barriers to high-quality health services for the unhoused community on and around the streets of the Tenderloin neighborhood; this team of talented and compassionate clinicians, case managers, and health workers provide street-based primary and behavioral health care, urgent wound care and treatment for opioid addiction and connect individuals to additional services they need to stay healthy. Our street medicine team is on the frontlines of the opioid crisis in the Tenderloin neighborhood, which has seen more than 25% of the city's overdose deaths in recent years.

c.    Our Community Living Room program is a vibrant community hub open five days a week for the Tenderloin neighborhood, especially those experiencing the stress of homelessness and housing instability. Guests are invited indoors to a place of belonging to enjoy a warm meal, find community, and engage in the array of services we offer. This space is primarily run by Community Ambassadors, who are hired and trained directly from the community—many have experienced housing instability, struggled with substance use and mental illness, engaged in sex work, and come from immigrant communities.

d.    Our Trans Thrive program is our five-day a week stand-alone drop-in and resource center run for and by the trans community. It is a safe and welcoming space where transgender and gender non-conforming individuals can access gender affirming resources,

DECLARATION OF LANCE TOMA IN SUPPORT OF PLAINTIFFS' COMPLAINT
AND MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JTS

behavioral health care, psychoeducational groups, social events and activities, and case management. In the past six months, we have served 692 unique clients. Of these clients 81% identity as transgender women, 17% as transgender men, 2% as gender non-conforming; 34% as Latin American, 25% as Black, 16% as Asian and Pacific Islander, 15% as White, and 10% as other.

      e.    Our Taimon Booton Navigation Center is San Francisco's only emergency shelter designed for trans and non-binary unhoused individuals and is lifesaving for this very reason. Being unhoused in San Francisco is dangerous, especially for the transgender community, as general population shelters are generally not trained to be trans-competent or to create a safe and welcoming environment for gender-diverse people. Today we are at capacity with 64 beds and will be adding 10 more beds in the next few months. In the past year, we have had 150 guests, 30 have been moved to permanent supportive housing, and 10 are awaiting housing placements.

      f.    Our TransLink program is a beacon of empowerment and support for homeless and unstably housed transgender women facing systemic challenges. This peer-focused initiative is designed to significantly reduce the risk of substance use, HIV and viral hepatitis infections, and other sexually transmitted infections.

      g.    Our San Francisco Transgender Alliance for Health Resources program is San Francisco's Health Access Point focused on meeting the comprehensive health and HIV needs of transgender women in San Francisco and Oakland. Led by a team of trans-identified staff members, it also provides comprehensive training and technical assistance to reduce HIV, Hepatitis C, and other sexually transmitted infections, while improving health and quality of life.

DECLARATION OF LANCE TOMA IN SUPPORT OF PLAINTIFFS' COMPLAINT
AND MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JTS

h.     Our What's T program is a drop-in space for young transgender people of color, providing empowerment through community building, education, collaboration, sexual health education, free health screenings, fun events, and targeted programming aimed at uplifting our clients.

i.     Our Project Empower Her program is a transformative national initiative designed to empower transgender women and girls to first design and subsequently implement a unique STI prevention and community building program.  This program has dual objectives towards sexual health and safety, and as well as community building and sisterhood.

j.     Our Black Health Center of Excellence program provides high quality, multi-disciplinary, culturally competent health care to African Americans living with HIV/AIDS at the intersection of poverty, mental health needs, substance use, incarceration, and housing insecurity.  This program strives to reduce harm, to improve health status and quality of life for clients, and to integrate multiple health professions into a team-based, multi-disciplinary approach to care.

k.     Our Stop The Hate program is a groundbreaking initiative addressing the alarming rise of anti-Asian and Pacific Islander ("API") LGBTQ hate, violence, and crime in our community.  We believe in fostering a safe and inclusive environment where everyone can thrive without fear of discrimination or violence.  This program combats anti-API LGBTQ hate with support groups, non-violence trainings, holistic health, mental health resources, medical and legal aid referrals, hate incidents reporting, and senior escort services.

l.    The Lotus Project is San Francisco's Health Access Point for and by API gay, bisexual, queer men and transgender women, aiming to reduce HIV and other communicable illnesses through community building, safe spaces, health services, and inclusive social events that foster health, wellness, and friendship.

m.    The Tenderloin Center of Excellence program serves people living with HIV who are or were affected by homelessness and for whom the traditional medical system has failed by providing drop-in services and holistic programming with a focus on engaging clients in HIV primary medical care.  Our clients have the opportunity to connect with community, eat breakfast, watch TV, use the internet, make phone calls, participate in art therapy, attend support groups focused on mental health and harm reduction, and access case management and navigation.

n.    Our LBTQ Health Equity Initiative is a capacity building effort targeting providers in the Northern California region to enhance their ability to deliver culturally responsive health services for LGBTQ communities, addressing systemic bias and the lack of tailored care.

13. Our work is deeply informed by public health data, which demonstrates that communities of color, LGBTQ individuals, and people living with HIV experience disproportionately poor health outcomes.  These disparities are rooted in historical and structural discrimination, including racism, xenophobia, misogyny, homophobia, and transphobia.  To address these inequities, SFCHC employs evidence-based, community-defined, culturally competent care models that acknowledge the unique needs and life experiences of our client populations.  Our programs are designed not only to treat illness but also to address the social determinants of health that contribute to persistent disparities.

14. The transgender community, in particular, faces significant barriers to accessing health care. Transgender individuals are more likely to experience health care discrimination, economic insecurity, life-threatening violence, and homelessness, all of which contribute to poorer health outcomes. At SFCHC, we have seen firsthand how affirming, gender-inclusive care dramatically improves health outcomes for transgender clients, especially transgender women of color who are at elevated risk for HIV. Our services include gender-affirming hormone therapy, mental health support, HIV treatment and prevention, linkage to care, navigation and referrals to gender-affirming surgery, case management, and primary medical care, all of which are provided in culturally sensitive environments that cultivate community and a sense of belonging.

15. The Executive Orders fundamentally undermine our ability to provide these critical services. By prohibiting the acknowledgment of gender identities that differ from sex assigned at birth, the Gender Order forces us to effectively deny the existence of trans and gender-diverse people and thus abandon evidence-based community tailored practices that are essential to transgender health care. The inability to use clients' correct names and pronouns and treat them with lifesaving, evidence-based care will erode trust, reduce engagement in care, and ultimately lead to worse health outcomes. Under the Gender Order, clinicians who have taken the oath to "first do no harm" and have been entrusted to care for their gender-diverse patients would be compelled by the federal government to inflict harm and neglect on the most vulnerable patients they have promised to protect. For transgender clients living with HIV, this loss of trust can result in missed medical appointments, decreased medication adherence, and increased HIV transmission rates within the broader community.

16. Similarly, DEI-1 Order's attack on DEI initiatives directly threatens our capacity to train our staff in the cultural competencies necessary to serve our diverse client base. Our critical

DECLARATION OF LANCE TOMA IN SUPPORT OF PLAINTIFFS' COMPLAINT
AND MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JTS

DEI trainings, including of transgender-sensitivity trainings, equip healthcare providers with the skills to address implicit bias, understand cultural health beliefs, and build rapport and trust required with clients from marginalized communities.  Our providers gain comfort in treating racially and gender diverse patients, increased awareness of racial health disparities, improved fluency in gender-affirming medical terminology, and heightened familiarity with navigating the use of pronouns.  These trainings are necessary to deliver sensitive, life-saving medical care with competency.  Without these trainings, providers may unintentionally perpetuate the same systemic inequities our work seeks to dismantle and alienate patients.  The loss of DEI-informed practices will create barriers to culturally competent care, particularly for communities of color who already experience negative health outcomes due to systemic racism.

17. Furthermore, DEI-2 Order 's call to end so-called "preference" in public health programs jeopardizes our targeted interventions for high-risk populations.  Public health principles clearly demonstrate the importance of prioritizing services for populations with elevated health risks.  Our HIV prevention programs, for example, include targeted outreach and testing for transgender women of color, who face disproportionately high HIV acquisition rates.  Our API HIV programs address cultural barriers and shame that have prevented access to HIV and mental health resources.  Our Black Health programming focuses in on the specific mistrust of our medical and healthcare system to bridge access to providers who can build the necessary trust and rapport to combat stigma prevalent in communities of color.  If we are forced to implement a "colorblind" or "gender-neutral" approach, we will lose the ability to respond effectively to epidemiological data that guide our community-defined, evidence-based interventions.

18. The Executive Orders's impact is not theoretical—it is already being felt in our community.  Staff members have expressed confusion and fear about whether their clinical

practices, which have been grounded in decades of medical and public health research, may now violate federal mandates.  Most distressingly, some clients have reported increased anxiety about the continuity of their care, fearing that the federal government's actions signal a broader rollback of LGBTQ health protections.

19. At SFCHC, we know that existing health care providers often fail to meet the needs of many of our queer, trans, unhoused, HIV+ neighbors, communities of color, and otherwise historically marginalized people. As such, at SFCHC, we fight to close these gaps by providing health services that are compassionate and humanizing, where all of our patients receive the highest quality of care, regardless of their identities, backgrounds, or experiences.  Among the health services we provide primary care, oral health, mental and behavioral health, HIV care, and gender-affirming medical care. For our transgender patients, affirmation and recognition of their identities is important and integral to the provision of all of these services, not just those related to gender-affirming care, which is vital for the day-to-day survival for transgender clients, as their care enables them to physically, emotionally, and psychologically "show up" and be who they are in our society which is increasing hostile to the transgender community.

20. In order for us to effectively treat patients we must be able to recognize the whole person. Refusal to acknowledge a transgender patient's identity may cause distrust between provider and patient and lead to worsening health outcomes. Abruptly discontinuing or inconsistently any type of care, whether it relates to gender affirmation or HIV treatment, may cause catastrophic, life-threatening harms to patients.  Stopping access to necessary care can have a negative impact on patients' mental health and stress from restricted access to care will lead to increased anxiety, depression and suicidal ideation.  The ensuing chronic, elevated levels of stress and resulting hopelessness in gender-diverse patients can then lead to countless additional adverse

health outcomes ranging from worsening hypertension and management of chronic diseases like HIV, diabetes, and hyperlipidemia, as well as increased substance use and other risk-taking behaviors.  In short, the threat posed by the interruption to lifesaving care due to fear of discrimination or lack of affirmation is terrorizing for transgender clients, and leaves clinicians helpless to assist patients in their plight.  Identity documentation aligned with the true gender of our transgender clients is also of tremendous concern.  Not having access to this leaves our clients open to discriminatory actions when accessing benefits and resources.

21. Our providers have been actively addressing the intense fear and outright discrimination inflicted upon our transgender clients, who are expressing increased suicidal ideation and reporting more physical isolation that will lead to exacerbated depressive symptoms and substance abuse.

22. We have already heard about the impact the Executive Orders are having on our patients.  They include the following:

a.      One patient expressed concern about the Executive Orders and what they may mean for her access to affirming care.  They fear these possibilities will be taken away, causing her to revert to a body she does not feel comfortable in.  Because she is an undocumented person, she expressed fear of being sent back to her country of origin, where she would receive no help to complete her gender transition.

b.      A non-binary individual has been undergoing gender-affirming therapy for years, but they are concerned that due to the Executive Orders, some insurers may stop covering gender-affirming care and procedures.  They worry that their next visit to the doctor will be met with "we can't help you anymore," and the thought of having to go through the grueling process of finding a new provider or even being denied care

indefinitely feels overwhelming, especially since they rely on their mental health support to survive.

c.    One of our Black transgender female clients expressed her knowledge of how this administration has deemed there to be only two genders - male and female - and that she is grateful that all of her legal documentation already states "female". However, she still feels her care, her rights, and her very existence could be taken from her at any moment, without warning. This has activated her PTSD, leaving her in a constant state of anxiety and with increasingly severe depressive symptoms. At times she is unable to leave her home, deeply concerned about possible violence against her as a transgender individual. She is deeply distraught after having fought so hard and survived to where she is today, feeling now that all of her efforts may have been in vain.

d.    A transgender male client is in the middle of a legal process to update his name and gender on his official documents, but the Executive Orders have made him fear that this process could become more complicated or even impossible.  His mismatched IDs have already caused problems at the Department of Motor Vehicles, and he is terrified that the system will reject his request for an accurate ID.  Without correct, consistent identification, he worries about being denied housing and health care and for his overall safety in society.

e.    A transgender woman was working at a tech company, but after being open about her gender identity, she was fired.  Now she is struggling to find a new job, as she is concerned that her outdated ID documents do not match her gender identity and that this will present a barrier to her being hired anywhere.  Her anxiety about employment discrimination keeps her from being able to make ends meet, and she is increasingly

anxious about losing access to health care, making it even harder for her to complete her transition.

   f.   A transgender woman is homeless and was in the process of changing her name and gender on her identification when the Executive Orders were announced. Currently, her birth certificate, passport, and driver's license all have different names or gender markers on them.  She recently enrolled in a job-skills training program but was exited from the program because the staff overseeing this program were unable to "verify her identity."  She is now extremely worried and anxious about achieving financial stability and access to more permanent housing.

   g.   A young transgender man receiving gender-affirming care had to move to Beaumont, Texas, to support an ill family member, but was forced to return back to our care prematurely because he did not feel safe there, nor could he find a clinician to reliably provide his gender-affirming testosterone therapy.

   h.   A transgender women unable to secure employment while going through her transition was forced into survival sex work and became HIV-positive.  This led her to develop profound depression and use of fentanyl as a means of coping with her suffering. She maintained that engaging with SFCHC's case management and gender affirming care was her only lifeline to survival.

23. If the Executive Orders are allowed to stand, SFCHC will face the impossible choice of abandoning our mission to provide targeted, culturally competent care to marginalized communities, or forfeit the federal funding supporting many of our lifesaving services.  We receive significant funding through HRSA's Ryan White HIV/AIDS Program, HRSA's Bureau of Primary Health Care, CDC, SAMHSA and other federal initiatives (like the Minority AIDS Initiative)

designed to address health disparities. Without these resources, we will be forced to reduce services, shutter programs, and turn away clients who rely on us for essential care.

24. For example, a young, unhoused transgender woman is receiving shelter and case management services at our emergency shelter as well as affirming health care and behavioral health therapy. She insists she "would be dead" if it were not for the support and care received from our clinic. She had been rejected by her family and was unable to secure a job while going through her transition, which would have left her homeless and destitute if not for SFCHC. And a homeless transgender client just moved into his own apartment in San Francisco and successfully gained employment with our support. With the threat of possibly losing services from us, he is making plans to flee the country and seek asylum in another country due to fear that attacks from the federal government could escalate with a possible result of placing transgender people in camps.

25. The public health consequences of these cuts would be catastrophic, resulting in a resurgence of HIV transmission rates, which we have worked for decades to reduce. A higher burden of HIV prevalence in our communities increase risk of transmission for all Americans, having profound public health implications for generations to come. Mental health crises, exacerbated by the loss of affirming services, would also rise. Overdose deaths would rebound because clients will be more and more isolated without dependable and reliable safe spaces. The transgender community, already facing disproportionate rates of violence, homelessness, and health disparities, would be pushed further to the margins. Current suicidal ideation experienced by our transgender clients will lead to suicide attempts and death. Moreover, increased fear around transgender people accessing medical care will have a corrosive effect on broader public health by limiting access to routine vaccinations and STI, reducing our herd immunity to common infections and facilitating spread of STIs.

DECLARATION OF LANCE TOMA IN SUPPORT OF PLAINTIFFS' COMPLAINT
AND MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JTS

26. One of my colleagues at SFCHC recently told me "as a trans woman working in the community to provide essential services, I've witnessed firsthand the profound impact that the recent executive orders have had on our community. Not only has it caused immense distress for our clients, but it has also created a palpable fear and anxiety among my colleagues. We are all navigating these very scary times together, and the uncertainty is overwhelming. Many of our clients rely on the programs and support we provide to improve their quality of life whether it's accessing gender affirming care, housing, or mental health support. The potential loss of these programs would be devastating, as they are often a lifeline for those who are most vulnerable. The stress and uncertainty this situation have created are taking a serious toll on everyone."

27. SFCHC stands committed to the principle that health care is a human right, and that equitable, inclusive care is essential to achieving health justice. We urge the Court to enjoin the implementation of the Executive Orders, and prevent irreparable harm to our clients, our organization, and the broader community we serve.

///

DECLARATION OF LANCE TOMA IN SUPPORT OF PLAINTIFFS' COMPLAINT
AND MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JTS

1
2          I declare under penalty of perjury under the laws of the United States of America that the
3    foregoing is true and correct.
4    Dated: February 24, 2025                    Respectfully submitted,
5
6                                                Lance Toma
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

 U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES          Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

January 29, 2025

Dear Recipient:

This Centers for Disease Control and Prevention (CDC) award is funded in whole or in part with United States Government funds.

To implement Executive Orders entitled *Ending Radical and Wasteful Government DEI Programs and Preferencing* and *Initial Rescissions of Harmful Executive Orders and Action,* you must immediately terminate, to the maximum extent, all programs, personnel, activities, or contracts promoting "diversity, equity, and inclusion" (DEI) at every level and activity, regardless of your location or the citizenship of employees or contractors, that are supported with funds from this award. Any vestige, remnant, or re-named piece of any DEI programs funded by the U.S. government under this award are immediately, completely, and permanently terminated.

No additional costs must be incurred that would be used to support any DEI programs, personnel, or activities.

If you are a global recipient and have previously received this notification regarding DEI activities, please follow those instructions accordingly.

# EXHIBIT B



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES          Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

Dear Recipient:

This Centers for Disease Control and Prevention (CDC) award is funded in whole or in part with United States Government funds.

To implement the Executive Order entitled *Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government (Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government – The White House),* and in accordance with Office of Personnel Management's Initial Guidance (Memorandum to Heads and Acting Heads of Departments and Agencies: Initial Guidance Regarding President Trump's Executive Order Defending Women), you must immediately terminate, to the maximum extent, all programs, personnel, activities, or contracts promoting or inculcating gender ideology at every level and activity, regardless of your location or the citizenship of employees or contractors, that are supported with funds from this award. Any vestige, remnant, or re-named piece of any gender ideology programs funded by the U.S. government under this award are immediately, completely, and permanently terminated.

No additional costs must be incurred that would be used to support any gender ideology programs, personnel, or activities.

Any questions should be directed to PRISM@cdc.gov

# EXHIBIT C

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU65PS923732-03-01
FAIN# NU65PS923732
Federal Award Date: 01/31/2025

## Recipient Information

**1. Recipient Name**
ASIAN AND PACIFIC ISLANDER WELLNESS
CENTER, INC.
730 Polk St FL 4
San Francisco, CA 94109-7813
415-292-3400

**2. Congressional District of Recipient**
12

**3. Payment System Identifier (ID)**
███████

**4. Employer Identification Number (EIN)**
███████

**5. Data Universal Numbering System (DUNS)**
███████

**6. Recipient's Unique Entity Identifier (UEI)**
███████

**7. Project Director or Principal Investigator**
███████
Chief Operating Officer
███████@sfcommunityhealth.org

**8. Authorized Official**
███████
Chief Financial Officer
███████@sfcommunityhealth.org

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mr. Ryan Springer
Grants Management Specialist (GMS)
rji2@cdc.gov
678-475-4693

**10. Program Official Contact Information**
Scott R Strobel
Program Officer
oyp8@cdc.gov
111-111-1111

## Federal Award Information

**11. Award Number**
6 NU65PS923732-03-01

**12. Unique Federal Award Identification Number (FAIN)**
NU65PS923732

**13. Statutory Authority**
This Program is authorized under section 318 of the Public Health Service Act (42 U.S.C. Section 247c, as amended)

**14. Federal Award Project Title**
San Francisco Bay Transgender Alliance for Health Resources (STAHR): Year 2 Supplemental Funding
SAFE SPACES EVALUATION

**15. Assistance Listing Number**
93.939

**16. Assistance Listing Program Title**
HIV Prevention Activities_Non-Governmental Organization Based

**17. Award Action Type**
Terminate

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 04/01/2024 **- End Date** 01/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21.** Authorized Carryover | $0.00 |
| **22.** Offset | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $400,000.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $400,000.00 |
| **26. Period of Performance Start Date** 04/01/2022 **- End Date** 01/31/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $1,262,500.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Stephanie Latham
Team Lead, Grants Management Officer

## 30. Remarks

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU65PS923732-03-01
FAIN# NU65PS923732
Federal Award Date: 01/31/2025

## Recipient Information

**Recipient Name**
ASIAN AND PACIFIC ISLANDER WELLNESS
CENTER, INC.
730 Polk St FL 4
San Francisco, CA 94109-7813
415-292-3400

**Congressional District of Recipient**
12

**Payment Account Number and Type**
██████████

**Employer Identification Number (EIN) Data**
██████

**Universal Numbering System (DUNS)**
████████

**Recipient's Unique Entity Identifier (UEI)**
████████████

**31. Assistance Type**
Cooperative Agreement
**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a.  **Salaries and Wages** | $118,022.00 |
| b.  **Fringe Benefits** | $29,505.00 |
| c.  **Total Personnel Costs** | $147,527.00 |
| d.  Equipment | $0.00 |
| e.  Supplies | $31,500.00 |
| f.  Travel | $0.00 |
| g.  Construction | $0.00 |
| h.  Other | $16,512.00 |
| i.  Contractual | $163,000.00 |
| j.  **TOTAL DIRECT COSTS** | **$358,539.00** |
| k.  **INDIRECT COSTS** | **$41,461.00** |
| l.  **TOTAL APPROVED BUDGET** | **$400,000.00** |
| m.  **Federal Share** | **$400,000.00** |
| n.  **Non-Federal Share** | **$0.00** |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 2-9390BJ1 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 2-9390JS5 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 3-9390BJ1 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 3-9390JS5 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 3-9390KZS | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 4-9390BJ1 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |
| 4-9390JS5 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU65PS923732-03-01
FAIN# NU65PS923732
Federal Award Date: 01/31/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

ASIAN AND PACIFIC ISLANDER WELLNESS CENTER, INC.          6 NU65PS923732-03-01

1. Terms

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate this award in accordance with the President's Executive Order, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Federal Government and Office of Personnel Management guidance issued January 29, 2025.

No additional activities can be conducted, and no additional costs may be incurred. Un-obligated balances will be de-obligated.

**Closeout**: Submit all closeout reports identified below within 120 days of the period of performance end date of January 31, 2025. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 45 CFR PART 75.371.

**Final Performance/Progress Report**: This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following: • Statement of progress made toward the achievement of originally stated aims. • Description of results (positive or negative) considered significant. • List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $5,000 or more. If no equipment was acquired under the award, a negative report is required

# EXHIBIT D

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU65PS923732-03-02
FAIN# NU65PS923732
Federal Award Date: 02/11/2025

## Recipient Information

**1. Recipient Name**
ASIAN AND PACIFIC ISLANDER WELLNESS
CENTER, INC.
730 Polk St FL 4
San Francisco, CA 94109-7813
415-292-3400

**2. Congressional District of Recipient**
12

**3. Payment System Identifier (ID)**
████████

**4. Employer Identification Number (EIN)**
████████

**5. Data Universal Numbering System (DUNS)**
████████

**6. Recipient's Unique Entity Identifier (UEI)**
████████

**7. Project Director or Principal Investigator**
████████
Chief Operating Officer
███@sfcommunityhealth.org

**8. Authorized Official**
████████
Chief Financial Officer
███@sfcommunityhealth.org

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mr. Ryan Springer
Grants Management Specialist (GMS)
rji2@cdc.gov
678-475-4693

**10. Program Official Contact Information**
Scott R Strobel
Program Officer
oyp8@cdc.gov
111-111-1111

## Federal Award Information

**11. Award Number**
6 NU65PS923732-03-02

**12. Unique Federal Award Identification Number (FAIN)**
NU65PS923732

**13. Statutory Authority**
This Program is authorized under section 318 of the Public Health Service Act (42 U.S.C. Section 247c, as amended)

**14. Federal Award Project Title**
San Francisco Bay Transgender Alliance for Health Resources (STAHR): Year 2 Supplemental Funding
SAFE SPACES EVALUATION

**15. Assistance Listing Number**
93.939

**16. Assistance Listing Program Title**
HIV Prevention Activities_Non-Governmental Organization Based

**17. Award Action Type**
NGA Revision

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 04/01/2024 **- End Date** 03/31/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $400,000.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $400,000.00 |
| **26.** Period of Performance Start Date 04/01/2022 **- End Date** 03/31/2027 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $1,262,500.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Stephanie Latham
Team Lead, Grants Management Officer

## 30. Remarks

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU65PS923732-03-02
FAIN#  NU65PS923732
Federal Award Date: 02/11/2025

## Recipient Information

**Recipient Name**
ASIAN AND PACIFIC ISLANDER WELLNESS
CENTER, INC.
730 Polk St FL 4
San Francisco, CA 94109-7813
415-292-3400

**Congressional District of Recipient**
12

**Payment Account Number and Type**

**Employer Identification Number (EIN) Data**

**Universal Numbering System (DUNS)**

**Recipient's Unique Entity Identifier (UEI)**

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---:|
| a. | **Salaries and Wages** | $118,022.00 |
| b. | **Fringe Benefits** | $29,505.00 |
| c. | **Total Personnel Costs** | $147,527.00 |
| d. | Equipment | $0.00 |
| e. | Supplies | $31,500.00 |
| f. | Travel | $0.00 |
| g. | Construction | $0.00 |
| h. | Other | $16,512.00 |
| i. | Contractual | $163,000.00 |
| j. | **TOTAL DIRECT COSTS** | **$358,539.00** |
| k. | **INDIRECT COSTS** | **$41,461.00** |
| l. | **TOTAL APPROVED BUDGET** | **$400,000.00** |
| m. | **Federal Share** | **$400,000.00** |
| n. | **Non-Federal Share** | **$0.00** |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 2-9390BJ1 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 2-9390JS5 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 3-9390BJ1 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 3-9390JS5 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 3-9390KZS | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 4-9390BJ1 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |
| 4-9390JS5 | 22NU65PS923732 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU65PS923732-03-02
FAIN# NU65PS923732
Federal Award Date: 02/11/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

ASIAN AND PACIFIC ISLANDER WELLNESS CENTER, INC.          6 NU65PS923732-03-02

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

In compliance with the Temporary Restraining Order issued on January 31, 2025, in the United States District Court in the District of Rhode Island, the purpose of this amendment is to **rescind** the **Termination** Notice of Award issued January 31, 2025.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.