PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, *et al.;*,<br><br>  Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.,*<br><br>  Defendants. | Case No. 25-cv-1824-JST<br><br>**CORRECTED STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION (DKT. NO. 41)** |

Federal Defendants respectfully submit this Corrected Statement of Non-Opposition to Plaintiffs' Administrative Motion to File an Oversized Brief. *See* Dkt. Nos. 41 and 44. In accordance with the Court's Order, Dkt. No. 46, Federal Defendants further state that Kenneth W. Brakebill, Acting Chief, Civil Division, has supervisory responsibility of this case.

Respectfully submitted,

DATED: March 4, 2025

PATRICK D. ROBBINS
Acting United States Attorney

*/s/ Christopher F. Jeu*
BY: CHRISTOPHER F. JEU
Assistant United States Attorney
Attorneys for Federal Defendants

CORRECTED STATEMENT OF NON-OPPOSITION TO PLS.' ADMIN. MOTION
Case No. 25-cv-1824-JST

2