UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO A.I.D.S. FOUNDATION, et al.,

    Plaintiffs,

v.

DONALD J. TRUMP, et al.,

    Defendants.

Case No. 25-cv-01824-JST

**ORDER RE: AMICUS CURIAE BRIEFS**

The Court has received inquiries from parties wishing to file amicus curiae briefs with respect to Plaintiffs' motion for preliminary injunction. "The 'classic role' of amicus curiae is to assist a court in a case of public interest by 'supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration.'" *California by & through Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1163–64 (N.D. Cal. 2019) (quoting *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982)).

Motions for leave to file amicus briefs are due by March 24, 2025. Such motions must be accompanied by the proposed brief.

**IT IS SO ORDERED.**

Dated: March 10, 2025

_____
JON S. TIGAR
United States District Judge