| | |
|---|---|
| PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney<br>KENNETH W. BRAKEBILL (CABN 196696)<br>Acting Chief, Civil Division<br>CHRISTOPHER F. JEU (CABN 247865)<br>Assistant United States Attorney<br>60 South Market Street, Suite 1200<br>San Jose, California 95113<br>Telephone: (408) 535-5082<br>FAX: (408) 535-5066<br>Christopher.Jeu@usdoj.gov<br><br>*Attorneys for Federal Defendants*<br><br>JENNIFER C. PIZER (SBN 152327)<br>jpizer@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, California 90017-2521<br>Telephone: (213) 382-7600<br><br>JOSE ABRIGO*<br>jabrigo@lambdalegal.org<br>OMAR GONZALEZ-PAGAN*<br>ogonzalez-pagan@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>120 Wall Street, 19th Floor<br>New York, New York 10005-3919<br>Telephone: (212) 809-8585 | CAMILLA B. TAYLOR*<br>ctaylor@lambdalegal.org<br>KENNETH D. UPTON, JR.*<br>kupton@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>3656 North Halsted Street<br>Chicago, Illinois 60613-5974<br>Telephone: (312) 663-4413<br><br>KAREN L. LOEWY*<br>kloewy@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>815 16th Street NW, Suite 4140<br>Washington, DC 20006-4101<br>Telephone: (202) 804-6245<br><br>PELECANOS*<br>pelecanos@lambdalegal.org<br>Boulder County, Colorado<br>Telephone: (213) 351-6051<br>c/o Jennifer C. Pizer, local counsel<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>800 S. Figueroa St., Ste 1260<br>Los Angeles, California 90017-2521<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, *et al.*;,<br><br>            Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>            Defendants. | Case No. 25-cv-1824-JST<br><br>**STIPULATED REQUEST FOR EXTENSION OF BRIEFING SCHEDULE RE: MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2 and 6-3, Plaintiffs and Federal Defendants respectfully request that the Court extend the briefing schedule for Plaintiffs' Motion for Preliminary Injunction as follows. This stipulated request is based on the following:

1. WHEREAS, on February 20, 2025, Plaintiffs filed the Complaint. Dkt. No. 1;

2. WHEREAS, on March 3, 2025, Plaintiffs filed a Motion for Preliminary Injunction. Dkt. No. 47;

3. WHEREAS, under Civil Local Rule 7, Defendants' Response is currently due by March 17, 2025; and Plaintiffs' Reply is due by March 24, 2025. Plaintiffs noticed a hearing on the motion for May 22, 2025, at 2:00 p.m. *See* Dkt. No. 47;

4. WHEREAS, the Court issued an Order re: Amicus Curiae Briefs, in which motions for leave to file amicus briefs are due by March 24, 2025. *See* Dkt. No. 49;

5. WHEREAS, the Parties have discussed modification of the briefing schedule to accommodate scheduling constraints and have stipulated to request an extension to the briefing schedule;

6. THEREFORE, the Parties respectfully request the that the Court extend the briefing schedule as follows:

   a. Defendants' Response to Plaintiff's Motion for Preliminary Injunction: due by April 11, 2025;

   b. Plaintiffs' Reply in Support of the Motion for Preliminary Injunction: due by April 18, 2025; and

   c. Motions for Leave to File Amicus Briefs: due by April 18, 2025.

   d. The hearing on the motions: May 22, 2025, at 2:00 p.m. or another date TBD by the Court.

7. The Parties have requested no previous time modifications in this case

//

//

STIPULATED REQUEST FOR EXTENSION RE: BRIEFING SCHEDULE; [PROPOSED] ORDER
Case No. 25-cv-1824-JST

2

8. This Stipulated Request will extend the briefing schedule by approximately three and a half-weeks, but it will otherwise have no effect on the schedule for this case.

Respectfully submitted,

DATED: March 13, 2025

PATRICK D. ROBBINS
Acting United States Attorney

 /s/ Christopher F. Jeu
BY: CHRISTOPHER F. JEU

Assistant United States Attorney
Attorneys for Federal Defendants

/s/ Jennifer C. Pizer .
JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

CAMILLA B. TAYLOR*
ctaylor@lambdalegal.org
KENNETH D. UPTON, JR.*
kupton@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

JOSE ABRIGO*
jabrigo@lambdalegal.org
OMAR GONZALEZ-PAGAN*
ogonzalez-pagan@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

PELECANOS*
pelecanos@lambdalegal.org
Boulder County, Colorado
Telephone: (213) 351-6051
c/o Jennifer C. Pizer, local counsel
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 S. Figueroa St., Ste 1260
Los Angeles, California 90017-2521

*Counsel for All Plaintiffs*

\* Appearance pro hac vice

## **ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: March 13, 2025      By:  */s/ Christopher F. Jeu*
CHRISTOPHER F. JEU
Assistant United States Attorney
Attorney for Federal Defendants