# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The briefing schedule for Plaintiffs' Motion for Preliminary Injunction is modified as follows. *See* Dkt. No. 49.

| Event | Due Date |
|---|---|
| Defendants' Response to Plaintiff's Motion for Preliminary Injunction | April 11, 2025 |
| Plaintiffs' Reply in Support of the Motion for Preliminary Injunction | April 18, 2025 |
| Motions for Leave to File Amicus Briefs | April 18, 2025 |
| Hearing on the Motion for Preliminary Injunction | May 22, 2025, at 2:00 p.m. or another date TBD by the Court |

DATED: March 14, 2025

_____
THE HONORABLE JON S. TIGAR
United States District Judge