| | |
|---|---|
| JENNIFER C. PIZER (SBN 152327)<br>jpizer@lambdalegal.org<br>PELECANOS*<br>pelecanos@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, California 90017-2521<br>Telephone: (213) 382-7600<br><br>JOSE ABRIGO*<br>jabrigo@lambdalegal.org<br>OMAR GONZALEZ-PAGAN*<br>ogonzalez-pagan@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>120 Wall Street, 19th Floor<br>New York, New York 10005-3919<br>Telephone: (212) 809-8585<br><br>CAMILLA B. TAYLOR*<br>ctaylor@lambdalegal.org<br>KENNETH D. UPTON, JR*<br>kupton@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>3656 North Halsted Street<br>Chicago, Illinois 60613-5974<br>Telephone: (312) 663-4413 | KAREN L. LOEWY*<br>kloewy@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>815 16th Street NW, Suite 4140<br>Washington, DC 20006-4101<br>Telephone: (202) 804-6245<br><br>*Counsel for Plaintiffs*<br>*\*Appearance Pro Hac Vice*<br><br>PARDIS GHEIBI (D.C. Bar No. 90004767)<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 305-3246<br>Pardis.Gheibi@usdoj.gov<br><br>PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney<br>Kenneth W. Brakebill (CABN 196696)<br>Acting Chief, Civil Division<br>CHRISTOPHER F. JEU (CABN 247865)<br>Assistant United States Attorney<br>60 South Market Street, Suite 1200<br>San Jose, California 95113<br>Telephone: (408) 535-5082<br>FAX: (408) 535-5066<br>Christopher.Jeu@usdoj.gov<br><br>*Attorneys for Federal Defendants* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, *et al.*;<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.;*<br><br>*Defendants*. | Case No. 4:25-cv-1824-JST<br><br>**STIPULATED REQUEST FOR LEAVE TO SUPPLEMENT RECORD IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, the Plaintiffs, with consent of the Defendants, jointly seek leave for Plaintiffs to supplement the record in support of their pending Motion for Preliminary Injunction (ECF No. 47) with declarations concerning enforcement efforts that are occurring subsequent to the filing of the motion. The motion was filed on March 3, 2025. By Stipulated Order (ECF No. 51), the briefing schedule was amended as follows:

| Event | Due Date |
| --- | --- |
| Defendants' Response to Plaintiff's Motion for Preliminary Injunction | April 11, 2025 |
| Plaintiffs' Reply in Support of the Motion for Preliminary Injunction | April 18, 2025 |
| Motions for Leave to File Amicus Briefs | April 18, 2025 |
| Hearing on the Motion for Preliminary Injunction | May 22, 2025, at 2:00 p.m. or another date TBD by the Court |

In the ordinary course, Plaintiffs would file their supplemental declarations with their reply brief on April 18. The parties have agreed, however, that Plaintiffs may file the supplemental declarations earlier—no later than Monday, April 7, 2025—to allow Defendants an opportunity to respond to them in their opposition brief.

Granting Plaintiffs leave to supplement the record prior to filing their reply will have no effect on the current briefing schedule or hearing date.

For these reasons, the Parties stipulate and respectfully request that the Court grant Plaintiffs leave to file, on or before Monday, April 7, 2025, supplemental declarations concerning events that have occurred after their Motion for Preliminary Injunction was filed.

DATED: April 3, 2025.                             Respectfully submitted,

 /s/  Kenneth D. Upton, Jr.
KENNETH D. UPTON, JR*
*kupton@lambdalegal.org*
CAMILLA B. TAYLOR*
*ctaylor@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

|     |     |
| --- | --- |
| 1   |     |
| 2   | JENNIFER C. PIZER (SBN 152327) |
|     | *jpizer@lambdalegal.org* |
| 3   | PELECANOS* |
|     | pelecanos@lambdalegal.org |
| 4   | LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. |
| 5   | 800 South Figueroa Street, Suite 1260 |
|     | Los Angeles, California 90017-2521 |
| 6   | Telephone: (213) 382-7600 |
| 7   | JOSE ABRIGO* |
|     | *jabrigo@lambdalegal.org* |
| 8   | OMAR GONZALEZ-PAGAN* |
|     | *ogonzalez-pagan@lambdalegal.org* |
| 9   | LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. |
| 10  | 120 Wall Street, 19th Floor |
|     | New York, New York 10005-3919 |
| 11  | Telephone: (212) 809-8585 |
| 12  | KAREN L. LOEWY* |
|     | *kloewy@lambdalegal.org* |
| 13  | LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. |
| 14  | 815 16th Street NW, Suite 4140 |
|     | Washington, DC 20006-4101 |
| 15  | Telephone: (202) 804-6245 |
| 16  | *Counsel for Plaintiffs* |
| 17  | /s/ Pardis Gheibi |
|     | PARDIS GHEIBI (D.C. Bar No. 90004767) |
| 18  | Trial Attorney, U.S. Department of Justice |
|     | Civil Division, Federal Programs Branch |
| 19  | 1100 L Street, N.W. |
|     | Washington, D.C. 20005 |
| 20  | Telephone: (202) 305-3246 |
|     | Pardis.Gheibi@usdoj.gov |
| 21  | PATRICK D. ROBBINS (CABN 152288) |
| 22  | Acting United States Attorney |
|     | Kenneth W. Brakebill (CABN 196696) |
| 23  | Acting Chief, Civil Division |
|     | CHRISTOPHER F. JEU (CABN 247865) |
| 24  | Assistant United States Attorney |
|     | 60 South Market Street, Suite 1200 |
| 25  | San Jose, California 95113 |
|     | Telephone: (408) 535-5082 |
| 26  | FAX: (408) 535-5066 |
|     | Christopher.Jeu@usdoj.gov |
| 27  | *Attorneys for Federal Defendants* |
| 28  |     |

- 3 -

STIPULATED REQUEST FOR LEAVE TO SUPPLEMENT RECORD;
[PROPOSED] ORDER; Case No. 4:25-cv-1824-JST

**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3). I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: April 3, 2025.                    By: */s/ Kenneth D. Upton, Jr.*

                                                    KENNETH D. UPTON, JR
                                                    Counsel for Plaintiffs.

STIPULATED REQUEST FOR LEAVE TO SUPPLEMENT RECORD;
[PROPOSED] ORDER; Case No. 4:25-cv-1824-JST