| | |
|---|---|
| JENNIFER C. PIZER (SBN 152327) *jpizer@lambdalegal.org* PELECANOS* *pelecanos@lambdalegal.org* LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. 800 South Figueroa Street, Suite 1260 Los Angeles, California 90017-2521 Telephone: (213) 382-7600 | CAMILLA B. TAYLOR* *ctaylor@lambdalegal.org* KENNETH D. UPTON, JR* *kupton@lambdalegal.org* LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. 3656 North Halsted Street Chicago, Illinois 60613-5974 Telephone: (312) 663-4413 |
| JOSE ABRIGO* *jabrigo@lambdalegal.org* OMAR GONZALEZ-PAGAN* *ogonzalez-pagan@lambdalegal.org* LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. 120 Wall Street, 19th Floor New York, New York 10005-3919 Telephone: (212) 809-8585 | KAREN L. LOEWY* *kloewy@lambdalegal.org* LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. 815 16th Street NW, Suite 4140 Washington, DC 20006-4101 Telephone: (202) 804-6245 *Counsel for Plaintiffs* *\*Appearance Pro Hac Vice* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, *et al.*; <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*; <br><br> Defendants. | Case No. 4:25-cv-1824-JST <br><br> **DECLARATION OF KENNETH D. UPTON, JR. IN SUPPORT OF STIPULATED REQUEST TO SUPPLEMENT RECORD** |

I, KENNETH D. UPTON, JR., declare as follows.

1. I am Senior Counsel with Lambda Legal Defense and Education Fund, Inc., I am counsel of record for the plaintiffs, and I am authorized to make this declaration in support of the Parties' Stipulated Request for Leave to Supplement the Record. The following statements are within the scope of my personal knowledge and if called upon to do so, I could and would testify competently to the same.

2. On March 21, 2025, the undersigned reached out to counsel for Defendants to

- inquire whether defendants would voluntarily agree not to take any grant or termination actions against the Plaintiffs until the pending preliminary injunction motion could be heard on May 22;
- update counsel for Defendants that at least one Plaintiff had received information that some of its funding would be terminated, and others were learning that termination notices were imminent; and
- offer to file supplemental declarations setting forth the evolving subsequent events in advance of Defendants' deadline to file their opposition brief so counsel would have an opportunity to address the termination efforts if they chose to do so.

3. That same day, counsel for Defendants responded, declining to voluntarily stay any termination actions, acknowledging the additional information provided, and agreeing to early filing of supplemental declarations no later than Monday, April 7, 2025.

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of April 2025, at Chicago, Illinois.

/s/ *Kenneth D. Upton, Jr.*
Kenneth D. Upton, Jr.
*Counsel for Plaintiffs*

DECLARATION OF KENNETH D. UPTON, JR IN SUPPORT OF STIPULATED REQUEST FOR LEAVE TO SUPPLEMENT RECORD,
Case No. 4:25-cv-1824-JST