1  **[PROPOSED] ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Plaintiffs are granted leave to supplement the record in support of their Motion for Preliminary Injunction (ECF No. 47) with additional declarations, to be filed on or before April 7, 2025, describing events that have occurred after they filed their pending motion.

DATED: April 4, 2025

_____
THE HONORABLE JON S. TIGAR
United States District Judge