JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
PELECANOS*
pelecanos@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

JOSE ABRIGO*
jabrigo@lambdalegal.org
OMAR GONZALEZ-PAGAN*
ogonzalez-pagan@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

CAMILLA B. TAYLOR*
ctaylor@lambdalegal.org
KENNETH D. UPTON, JR*
kupton@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

* *Appearance pro hac vice.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

---

SAN FRANCISCO AIDS FOUNDATION;
  *et al.*,

  *Plaintiffs*,

  v.

DONALD J. TRUMP, in his official capacity
  as President of the United States; *et al.*,

  *Defendants*.

---

Case No. 4:25-cv-01824-JST

**SUPPLEMENTAL DECLARATION OF ROBERTO ORDEÑANA, EXECUTIVE DIRECTOR OF THE GLBT HISTORICAL SOCIETY, IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1

SUPPLEMENTAL DECLARATION OF ROBERTO ORDENANA IN SUPPORT OF PLAINTIFFS'
COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824

I, Roberto Ordeñana, hereby state as follows:

1. I am the Executive Director at the GLBT Historical Society. I have personal knowledge of the facts stated herein and, if called upon, could competently testify thereto.

2. I submit this declaration to inform the Court of the termination of a grant previously awarded to GLBT Historical Society by the National Endowment for the Humanities ("NEH").

3. On August 26, 2024, GLBT Historical Society received approval from NEH for a grant of $10,000 under Federal Award ID Number PG-300781-24 as part of the American Tapestry initiative.

4. The American Tapestry initiative leverages the humanities to strengthen democracy, advance equity, address climate change, and specifically aims to preserve our cultural inheritance. This initiative emphasizes equity by supporting projects that ensure diverse historical narratives are preserved and accessible, enhancing public education and understanding of historically marginalized communities.[1]

5. The grant was specifically intended to support the purchase, shipping, and installation of preservation furniture for the storage and preservation of approximately 1,500 rare and unique LGBTQ archival posters within GLBT Historical Society's Dr. John P. De Cecco Archives and Special Collections.

6. These posters represent critical visual and documentary evidence of LGBTQ community engagement with the cultural, political, and social dynamics of Northern California. They provide essential documentation of marginalized queer communities whose historical contributions and experiences are frequently overlooked or lost. Thus, preserving these materials directly supports the grant's objectives to preserve our cultural inheritance and advance equity for all.

---

[1] https://www.neh.gov/news/american-tapestry-weaving-together-past-present-and-future

7. The GLBT Historical Society applied for this grant on January 11, 2024, detailing the project's alignment with NEH's preservation and equity goals. On August 26, 2024, NEH formally approved the grant. A copy of the Notice of Award is attached hereto as **Exhibit A**.

8. The preservation initiative was recommended by professional assessments to prevent damage from potential environmental risks, thus safeguarding irreplaceable historical records essential for researchers, scholars, educators, artists, and the broader public. The GLBT Historical Society uses these archival collections extensively in exhibits, educational programs, and public outreach, significantly contributing to community awareness and understanding of LGBTQ history and experiences, consistent with the American Tapestry's goals of cultural preservation and advancing equity.

9. Despite initial approval and our reliance on such, on April 2, 2025, NEH terminated the grant effective immediately. A copy of the termination notice is attached hereto as **Exhibit B**.

10. This termination significantly impacts our capacity to preserve critical historical materials and undermines our commitment to equitable access to LGBTQ historical narratives, including crucial elements of transgender history.

11. We still do not understand why the grant was terminated. Our grant application was clearly within the stated purposes of the American Tapestry initiative. While the termination letter cites to an executive order that purportedly mandates that the NEH eliminate all non-statutorily required activities and functions, the law that lead to the creation of the NEH states that, "It is vital to democracy to honor and preserve its multicultural artistic heritage as well as support new ideas, and therefore it is essential to provide financial assistance to its artists and the organizations that support their work." A printout of the NEH webpage for the National Foundation on the Arts and the Humanities Act of 1965 (P.L. 89-209) is attached hereto as **Exhibit C**.

12. What is more, the termination letter includes language that is very disconnected from the stated program purpose, including vague justifications such as "new direction in furtherance of the President's agenda," "termination is necessary to safeguard the interests of the

federal government," "represents an urgent priority," and references to "exceptional circumstances." The language used suggests urgency and a threat to the government's interests but provides no meaningful explanation or rationale for why the grant poses such an immediate concern.

13. Given the above, on April 4, 2025, we reached out to the NEH for further explanation about the termination; what our ongoing obligations under the grant are, if any; and how, if at all, we would be able to recoup expenses already incurred in connection with the grant. On April 7, 2025 we received a response that "no further information is available at this time" and to "refer to the termination notice from the Acting Chair for information." A copy of the inquiry to the NEH is attached hereto as **Exhibit D.**

14. Regardless of this termination, we intend to continue to apply and compete for NEH grant funding opportunities that align with and help us fulfill our mission. However, pursuant to the Gender Order and the DEI-1 and DEI-2 Orders, the NEH has added guidance to its Notices of Funding Opportunities (NOFOs) restricting such funding opportunities from the "promotion of gender ideology," "environmental justice initiatives or activities," "discriminatory equity ideology," and DEI/DEIA. A printout of the NEH webpage titled "NEH Implementation of Recent Executive Orders," last updated March 20, 2025, is attached hereto as **Exhibit E**.

/
/
/
/
/
/
/
/
/

4

SUPPLEMENTAL DECLARATION OF ROBERTO ORDENANA IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824

/

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 7, 2025

Respectfully submitted,

_____
Roberto Ordeñana