# EXHIBIT A



August 26, 2024

Daniel Bao
Finance Director
GLBT Historical Society

Federal Award ID Number: PG-300781-24

Dear Mr. Bao:

I am delighted to inform you that the National Endowment for the Humanities (NEH) has approved an award of $10,000.00 in support of your institution's project. The application was considered carefully during the NEH review process, which includes peer review along with deliberation by the National Council on the Humanities and the Office of the Chair.

Support for your project comes in part from NEH's "American Tapestry: Weaving Together Past, Present, and Future," a special initiative that leverages the humanities to strengthen our democracy, advance equity for all, and address our changing climate.

The award documents from the NEH Office of Grant Management, which provide information on the period of performance and the terms and conditions that apply to your project, are available in eGMS Reach, NEH's electronic grant management system. Please review the award materials carefully. Address your questions either to the grants administrator or to the program officer whose names appear in the terms and conditions.

A notice of award has also been sent to the project's director, Kelsi Evans.

Congratulations on your award. I wish you every success.

Sincerely,

Richard C. Brundage
Director, Office of Grant Management