# EXHIBIT D



| Logs |   |
|---|---|

**4/4/2025 7:29 PM - Daniel Bao**

To Whom it May Concern,

I am following up on your termination letter dated April 2, 2025, regarding our NEH grant (Federal Award ID Number PG-300781-24). The reasons stated in the termination notice were unclear.

Given the alignment of our grant application with the stated purposes of the American Tapestry initiative, we are unable to understand why our grant posed any concern.

Could you please provide further explanation regarding the reasons for this termination?

What are our ongoing obligations under this grant?

Would we be able to recuperate expenses already incurred under this grant?

Thank you very much for your prompt attention to this matter.

Daniel Bao on behalf of Roberto Ordenana

📄 NoticeofGrantTermination_PG30078124.pdf

**4/7/2025 1:24 PM - Adam Oppenheim (NEH)**

Thank you for reaching out. The Acting Chair has made the decision to terminate awards. We are aware that termination letters were sent from the email address Grant_Notifications@nehmail.onmicrosoft.com. The Office of Grant Management does not have any further information at this time. Please refer to your termination notice from the Acting Chair for information and follow up with the contact listed in the termination letter from that email address.

## Send a Comment

| Comment |  |
|---|---|



| | |
|---|---|
| | Design    HTML |
| Attach | Accepted file formats: PDF (.pdf), Microsoft Word (.doc/.docx), Microsoft Excel (.xls/.xlsx), Images (.jpg, .gif, .png, .bmp, .tif).<br><br>Maximum file size: 100 MB.<br><br>Select |
| | ✖ Close Message    ✉ Send Message |



[NEH Privacy Policy](#)

OMB number: 3136-0134  (Expires: 10/31/2027)

Pursuant to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid control number.