# EXHIBIT E


NATIONAL ENDOWMENT
FOR THE HUMANITIES

# NEH Implementation of Recent Executive Orders

# Media contacts

For media inquiries, please email media@neh.gov.

This page provides updates on the recent Executive Orders and their implications on the National Endowment for the Humanities (NEH). It is updated regularly; please check back for the latest information.

*Page last updated: March 20, 2025*

---

### Changes in NEH Notices of Funding Opportunities (NOFOs)

As a federal agency, NEH is required to comply with Executive Orders issued by the President that pertain to activities conducted by the agency. If litigants challenge the legitimacy of any Executive Orders that the President has issued and that NEH has been following, NEH will comply with all judicial rulings that result from any such litigation.

This will entail periodic changes in NEH's funding guidelines which NEH will seek to implement as soon as possible. Please regularly consult this page for updates.

**Update March 20, 2025**

To comply with a recent court injunction (NADOHE v. Trump), NEH removed "promotion of discriminatory equity ideology" and "support for diversity, equity, and inclusion (DEI) or diversity, equity, inclusion, and accessibility (DEIA) initiatives and activities" from the agency's NOFO restrictions.

On March 15, the court issued a stay of this preliminary injunction.  Accordingly, to comply with the Administration's Executive Orders and the court's most recent decision, NEH will reinstate these prohibitions in the agency's NOFOs.

NEH will continue to monitor the situation closely and adjust as needed.

**Frequently Asked Questions**

You can direct your questions through this webform.  We are receiving a large volume of submissions, and we will not be able to respond individually.  As we collect your questions, we will compile and post frequently asked questions (FAQs) on this page.  Please check back regularly to access these FAQs.

**Question:**  Why has NEH added guidance to its NOFOs on the "promotion of gender ideology," "environmental justice initiatives or activities," "discriminatory equity ideology," and DEI/DEIA?

**Answer:** As a federal agency, NEH is required to comply with all relevant Executive Orders issued by the Administration. NEH updated the Funding Restrictions section of its NOFOs to comply with several recent Executive Orders, including "Ending Radical and Wasteful Government DEI Programs and Preferencing," "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," and "Ending Radical Indoctrination in K-12 Schooling." You can learn more about these Executive Orders by visiting the White House's Presidential Actions webpage.

NEH will promptly comply with all relevant Executive Orders and court actions while keeping you apprised of agency policy changes.

**Question:** How will NEH decide whether a proposed project contravenes any of the Administration's recent Executive Orders, such as "Ending Radical and Wasteful Government DEI Programs and Preferencing" and "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government"?

> **Answer:** As per standard practice, NEH peer reviewers evaluate an application based on the program's published Review Criteria. At a later point in the process, NEH staff and leadership, along with the agency's General Counsel, will consider, as needed, whether an award of federal funds to a specific application might violate the new guidelines. In accordance with NEH's authorizing legislation, the NEH Chair will make all final funding decisions about which applications will receive public support.

**Question:** I submitted my application before NEH added its new funding restrictions regarding gender ideology and environmental justice to its NOFOs, and the deadline for the program has since passed.  Is there a way for me to revise or edit my application?

> **Answer:** Once an application has been submitted and the program deadline has passed, it cannot be revised or edited.

**Question:** NEH recently cancelled an informational webinar for the program to which I intended to apply. I don't want to invest my time in applying if NEH plans to discontinue the program. Can you confirm whether the program will be cancelled and whether it's still worth applying?

> **Answer:** While NEH has paused some outreach activities , such as webinars, as it responds to the new Executive Orders, programs listed on the website remain active. We encourage you to consult current application instructions that incorporate the new guidance. NEH will make an announcement if a program is cancelled or discontinued. Please note that NEH will not be renewing its Cultural and Community Resilience program, a program that was developed partly as a response to the Covid-19 pandemic.

**Question:** Does the addition of the new guidance on gender ideology and environmental justice mean that NEH will not fund projects on, for example, the suffragist movement or this history of conservation policies in the United States?

> **Answer:** No, not necessarily. The restrictions only apply to the categories mentioned in the relevant Executive Orders. We encourage you to read the relevant Executive Orders and consider whether your project's topic -- jointly with its goals, methodology, activities, and intended audience -- seems allowable.

**Question:** Is NEH still accepting applications with a focus on countries, regions, cultures, or literatures other than that of the United States and Europe?

> Answer: Yes, please consult the NOFOs for each program regarding specific eligibility criteria and the program's aims.