JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
PELECANOS*
pelecanos@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

JOSE ABRIGO*
jabrigo@lambdalegal.org
OMAR GONZALEZ-PAGAN*
ogonzalez-pagan@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

CAMILLA B. TAYLOR*
ctaylor@lambdalegal.org
KENNETH D. UPTON, JR*
kupton@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

*Appearance pro hac vice.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

---

SAN FRANCISCO AIDS FOUNDATION; *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,

    *Defendants*.

---

Case No. 4:25-cv-01824-JST

**SUPPLEMENTAL DECLARATION OF JOE HOLLENDONER, CHIEF EXECUTIVE OFFICER OF THE LOS ANGELES LGBT CENTER, IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1

SUPPLEMENTAL DECLARATION OF JOE HOLLENDONER IN SUPPORT OF PLAINTIFFS'
COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JST

I, Joe Hollendoner, hereby state as follows:

1. I am the Chief Executive Officer of the Los Angeles LGBT Center ("LA LGBT Center"), a nonprofit 501(c)(3) organization based in Los Angeles, California, that provides a variety of services to members of the lesbian, gay, bisexual, transgender, and queer ("LGBTQ") communities. I have served in this capacity since 2022. I joined the staff of the LA LGBT Center in 2021.

2. On February 25, 2025, I executed a Declaration (ECF No. 47-5) in support of Plaintiffs' Complaint and Motion for a Preliminary Injunction, filed on March 3, 2025 (ECF No. 47) to prevent Defendant agencies and their leadership from enforcing Executive Order No. 14168 "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" ("Gender Order"), issued January 20, 2025; Executive Order No. 14151 "Ending Radical and Wasteful DEI Programs and Preferencing" ("DEI-1 Order"), issued January 20, 2025; and Executive Order No. 14173 "Ending Illegal Discrimination and Restoring Merit-Based Opportunity" ("DEI-2 Order"), issued January 21, 2025 (collectively, the "Executive Orders"), and related agency directives.

3. Since executing that Declaration on February 25, 2025, I learned that Defendant National Institutes of Health ("NIH") has terminated a federal grant awarded to the University of California, Los Angeles ("UCLA") under which the LA LGBT Center is a subawardee. I also learned that LA LGBT Center has been advised by an Federal agency employee that it must remove certain words or acronyms, including "LGBT," "queer," "transgender," etc. from any new materials created in connection with our Intimate Partner Violence Training Program or the funding received for that program, pursuant to a $1.5 million grant from the Office of Family Violence and Prevention Services ("OFVPS"), is likely to be terminated.

4. I am submitting this supplemental declaration to inform the Court of these recent developments and the negative impacts they have had and will continue to have on LA LGBT Center and the people that it serves.

**A.     NIH Grant Terminations**

<u>Race & Place Grant</u>

5.     Upon information and belief, on or about September 5, 2024, UCLA won a grant from NIH (the "NIH Grant") to study the intersection of race and substance use and HIV outcomes in Los Angeles County under the project title: "Race & Place: The Impacts of Racial Inequality on Substance Use and HIV Outcomes in Los Angeles" (the "Race & Place Study"). The NIH Grant was for the period September 15, 2024 through July 31, 2029.

6.     The Notice of Award for the NIH Grant is attached as **Exhibit A**.

7.     Based on findings in prior related studies, the population of substance using men who have sex with men ("MSM") of color who are living with HIV are among the most marginalized, underserved, and stigmatized members of the LGBTQ community. As a result, these individuals suffer from high rates of homeliness, food insecurity, unemployment, lack of access to medical and mental health care, and lack of access to substance us recovery services, among other basic needs. The Race & Place Study, therefore, is intended to identify and address factors contributing to racial inequities in HIV care. Through comprehensive research and analysis, the study seeks to develop and implement improved healthcare delivery models aimed at enhancing racial equity and reducing disparities in HIV treatment and outcomes. The findings from this study are intended to inform public health strategies and policies, ultimately contributing to more equitable healthcare systems and improved health outcomes for racially diverse populations affected by HIV.

8.     On January 31, 2025, LA LGBT Center was awarded a Cost Reimbursable Subaward by UCLA under the NIH Grant pursuant to which LA LGBT Center is performing all phases of study implementation for the Race & Place Study. The subgrant to the LA LGBT Center totaled $2,068,560.

9.     The Cost Reimbursement Research Subaward Agreement between UCLA and LA LGBT Center is attached as **Exhibit B**.

10. LA LGBT Center's work on the Race & Place Study includes recruiting, enrolling, and maintaining the optimal study cohort, conducting study visits, coordinating retention, performing data collection and entry, providing data reports, responding to queries, and maintaining participant files.

11. LA LGBT Center also employs peer navigators and case managers that are responsible for meeting with study participants and addressing their social, medical, and mental health needs. LA LGBT Center also employs research coordinators and laboratory technicians who oversee phlebotomy, collection and processing of specimens.

12. At least two of LA LGBT Center's employees dedicated to the Race & Place Study are fully funded by the NIH Grant.

13. LA LGBT Center's work in the Race & Place Study is consistent with the requirements of 42 U.S.C. § 283p, which directs that the Director of NIH "shall, as appropriate, encourage efforts to improve research related to the health of sexual and gender minority populations, including by—(1) facilitating increased participation of sexual and gender minority populations in clinical research supported by the National Institutes of Health [and] (2) facilitating the development of valid and reliable methods for research relevant to sexual and gender minority populations[.]"

14. Upon information and belief, on or about March 20, 2025, UCLA received a Notice of Termination, purporting to immediately terminate the NIH Grant (the "Termination Notice").

15. According to the Termination Notice, the NIH Grant was terminated because "[r]esearch programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness."

16. The Termination Notice further justified the NIH Grant's termination by claiming that "so-called diversity, equity, and inclusion ('DEI') studies are often used to support unlawful

SUPPLEMENTAL DECLARATION OF JOE HOLLENDONER IN SUPPORT OF PLAINTIFFS'
COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JST

1  discrimination on the basis of race and other protected characteristics, which harms the health of Americans."

2  17.  The Termination Notice is attached as **Exhibit C**.

3  18.  This termination is devastating to the LA LGBT Center and the communities that were to be served by the Race & Place Study. Without access to this essential funding stream, the Race & Place Study simply cannot continue and will cease to exist. As a result, participants in the study will go without many of the important services they receive for participating including, critically, substance use and HIV treatment.

4  19.  Additionally, without the funding from the NIH Grant, the LA LGBT Center will be forced to terminate the two employees dedicated to the Race & Place Study and whose positions are entirely funded by the NIH Grant.

<u>Gender-Affirming Stigma Intervention to Improve Substance Misuse and HIV Risk among Transgender Women Grant</u>

20.  Upon information and belief, the Illinois Institute of Technology in July 2024 won an NIH Grant ("Gender NIH Grant") to investigate health disparities and outcomes among transgender and gender-diverse populations, focusing on substance use, mental health, and barriers to healthcare access to inform evidence-based interventions and improve public health strategies.

21.  On August 1, 2024 the LA LGBT Center was awarded a subaward under this grant in the amount of $12,536.

22.  A copy of the subaward letter is attached as **Exhibit D.**

23.  The LA LGBT Center uses these funds to partially fund at least one employee to conduct recruitment and enrollment of participants into this clinical trial.

24.  On March 21, 2025 the grant was terminated based on "Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs."

5

25. The Termination Notice is attached as **Exhibit E.**

26. The termination letter indicates that no corrective action was deemed possible due to the fundamental incompatibility of the grant's premise with current NIH priorities, directly aligned with the implementation of the contested Executive Order.

27. The NIH Grants are not the only federal funding that the LA LGBT Center relies upon and experiencing the termination of the NIH Grant has only heightened the concerns and challenges we are already facing because of the Executive Orders that were detailed in my February 25 Declaration. And now, enforcement of the Executive Orders against us is not only imminent but is clearly already occurring and I am concerned that the NIH Grant is just the first of many existing federal grants LA LGBT Center receives funding under that will be terminated.

**B. The Domestic Violence National Resource Center Grant.**

28. LA LGBT Center also receives a $2.25 million grant (the "DV Resource Center Grant") from the OFVPS, a component of Defendant U.S. Department of Health & Human Services, to serve as a national resource center focused on domestic violence related to the LGBTQ+ community. As part of that training and technical assistance program, the LA LGBT Center is required to submit all training materials for approval before they go into the field.

29. A purpose of the OFVPS is to award grants to create and maintain national and special issue resource centers focused on preventing and addressing family, domestic, and dating violence. These centers provide resource information, training, and technical assistance to enhance the capacity of individuals, organizations, governmental entities, and communities in delivering effective intervention services. 42 USC §10410(a)(2).

30. In addition to these, the statute authorizes grants to "support training and technical assistance that address emerging issues related to family violence, domestic violence, or dating violence, to entities demonstrating related expertise." 42 USC §10410(a)(2)(B)(ii). The LA LGBT Center was funded to be such a national resource center for LGBTQ+ related domestic violence issues.

31. Recently, the LA LGBT Center was advised that it must remove terms like "LGBT," "queer," "trans," "transgender," etc. from materials submitted to the agency or else it risks having the DV Resource Center Grant terminated.

32. Loss of the DV Resource Center Grant would mean that LA LGBT Center would no longer be able to provide its intimate partner violence training and those living in abusive relationships would suffer as a result. LA LGBT Center, therefore, is put in an impossible position. Do we continue to do what we have always done and what is central to our mission and recognize the existence of members of the LGBTQ community, including transgender individuals, or do we recast our work to combat financial harm to our organization and prevent the elimination of certain programs? Even if we wanted to do the latter (we do not), it is not possible: "LGBT," one of the prohibited terms, is in our very name.

/
/
/
/
/
/
/
/
/
/
/
/
/
/

7

SUPPLEMENTAL DECLARATION OF JOE HOLLENDONER IN SUPPORT OF PLAINTIFFS'
COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 7, 2025

Respectfully submitted,

_____
Joe Hollendoner