# EXHIBIT A



**Notice of Award**
RESEARCH
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON DRUG ABUSE

---

**SECTION I – AWARD DATA – 1R01DA061345-01**

**Principal Investigator(s):**
Pamina Mae Gorbach (contact), DRPH
Marjan Javanbakht, PHD
Terrell Winder, PHD

**Award e-mailed to:** awards@research.ucla.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $439,153 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIVERSITY OF CALIFORNIA LOS ANGELES in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Drug Abuse of the National Institutes of Health under Award Number R01DA061345. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,


Grants Management Officer
NATIONAL INSTITUTE ON DRUG ABUSE

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**




| | |
|---|---|
| **Federal Direct Costs** | $346,066 |
| **Federal F&A Costs** | $93,087 |
| **Approved Budget** | $439,153 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $439,153 |
| **TOTAL FEDERAL AWARD AMOUNT** | $439,153 |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $439,153 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $439,153 | $439,153 |
| 2 | $647,451 | $647,451 |
| 3 | $723,562 | $723,562 |
| 4 | $725,865 | $725,865 |
| 5 | $695,843 | $695,843 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**
**Payment System Identifier:**   1956006143A1
**Document Number:**   RDA061345A
**PMS Account Type:**   P (Subaccount)
**Fiscal Year:**   2024

| IC | CAN | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| DA | 8472628 | $439,153 | $647,451 | $723,562 | $725,865 | $695,843 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: CM/ALW / **OC**: 41021 / **Released**:  08/28/2024
**Award Processed:** 09/05/2024 12:31:06 AM

## SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01DA061345-01

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm

## SECTION III – STANDARD TERMS AND CONDITIONS – 1R01DA061345-01

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

  a. The grant program legislation and program regulation cited in this Notice of Award.
  b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
  c. 45 CFR Part 75.
  d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
  e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
  f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01DA061345. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html.

- For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  DA SPECIFIC AWARD CONDITIONS – 1R01DA061345-01**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**This award contains grant-specific restrictions. These restrictions may only be lifted by a revised Notice of Award (NoA).**

**PERSONNEL COSTS RESTRICTED – OTHER SUPPORT REQUIRED**
Funds awarded for the salary, fringe benefits, and associated facilities and administrative costs of Drs. Nina Harawa, Hillary Aralis, Latoya Small,and Susie Cassels are restricted and may not be used until revised other support is reviewed and accepted by NIDA staff. The Authorized Organizational Representative must provide updated other support information that reflects no more than 12 person months' total effort for the individual(s) listed.  This information must be submitted to the NIDA Grants Management Specialist and Program Official listed in eRA Commons **within 15 days** of the issue date of this award**.**

**HUMAN SUBJECTS RESTRICTION- IRB REQUIRED**
This award is issued without a currently valid certification of Institutional Review Board (IRB) approval for this project with the following restriction:  Only activities that are clearly severable and independent from activities that involve human subjects may be conducted under this award until the project has received IRB approval consistent with 45 CFR Part 46 and certification of IRB approval has been submitted to and accepted by NIDA.  No funds may be drawn down from the payment system and no obligations may be made against Federal funds for research involving human subjects by the recipient or any other site engaged in such research for any period not covered by an OHRP-approved Assurance and IRB approval consistent with 45 CFR Part 46.  Failure to comply with the above requirements may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action.

See the NIH Grants Policy Statement, section on Human Subjects Protections http://grants.nih.gov/policy/nihgps/index.htm for specific requirements related to the protection of human subjects, which are applicable to this term and condition of award.

**FY2024 FUNDING**

The award amount for the current year is based upon IRG/Council recommendations, cost analysis, program priorities and availability of funds.

**BUDGET PERIOD**
Future year anniversary dates for this grant will be August 1 and the Research Performance Progress Report (RPPR) is due on June 15.

**NOFO REQUIREMENTS**
This award is subject to the requirements detailed inRFA-DA-23-061, entitled NIDA REI: Reaching Equity at the Intersection of HIV and Substance Use: Novel Approaches to Address HIV Related Health Disparities in Underserved Racial and/or Ethnic Populations (R01 Clinical Trial Optional), posted on 10/04/2022 which are incorporated by reference as terms and conditions of this award.

The NOFO is available here: https://grants.nih.gov/grants/guide/rfa-files/RFA-DA-23-061.html

**CONSORTIUM ACTIVITY**
This award includes funds awarded for consortium activities. Consortia are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS), Section on Consortium Agreements - http://grants.nih.gov/policy/nihgps/index.htm.

The recipient is reminded of the *NIH Final Updated Policy Guidance for Subaward/Consortium Written Agreements* as published in the NIH Guide notice NOT-OD-23-182 on September 15, 2023 with an effective date of January 1, 2024. The notice can be found here: https://grants.nih.gov/grants/guide/notice-files/NOT-OD-23-182.html

**MULTIPLE PI**
The following principal investigators (PIs) are associated with this project:

- Pamina Gorbach DrPH
- Terrel Winder
- Marjan Javanbakht PhD

Dr. Gorbach is the contact PI for correspondence purposes. As this grant has multiple PIs, all NIH Grant policies regarding multiple PIs, including, but not limited to, all prior approval requirements, must be followed accordingly, see NIH Grants Policy Statement, section on Multiple Program Director/Principal Investigators, found at http://grants.nih.gov/policy/nihgps/index.htm.

**GRADUATE STUDENT CAP**
The maximum amount NIH will award for the support of a graduate student on a research grant or a cooperative agreement is tied to the National Research Service Award (NRSA) zero-level stipend in effect at the time the grant award is issued on the Federal award date. The schedule for NRSA stipends can be found at http://grants.nih.gov/training/nrsa.htm. Consistent with cost principles for Institutions of Higher Education (IHEs) described in 45 CFR 75.431 and 45 CFR 75.466, the compensation of graduate students supported by research grants must be reasonable. These operating principles associated with the compensation of students performing necessary work on NIH funded research projects are described in detail in the *NIH Grants Policy Statement* at http://grants.nih.gov/policy/nihgps/index.htm. The amount provided for compensation includes salary or wages, fringe benefits, and tuition remission.

**DATA AND SAFETY MONITORING BOARD (DSMB)**
This award is subject to the NIDA Guidelines for Establishing and Operating a Data and Safety Monitoring Board.

**DATA AND SAFETY MONITORING PLAN**
This award is subject to the Data and Safety Monitoring Plan (DSMP) submitted and approved by NIDA via the application dated 11/14/2023. Any changes in the DSMP must be reviewed and approved by the NIDA Program Official. If changes are approved, the approval will be reflected on the Notice of Award (NoA) via revision. If changes are not approved, the Principal Investigator

must revise the DSMP to the satisfaction of the NIDA Program Official.  The Principal Investigator must provide a DSMP for any new trial that is to be conducted under this grant.

**REMINDER FOR SINGLE IRB**
The recipient is reminded that NIH requires sites engaged in NIH-funded, multi-site research conducted at more than one domestic site to rely upon approval by a single Institutional Review Board (sIRB) as required by the Revised Common Rule at 45 CFR Part 46.114 and the NIH sIRB Policy (NOT-OD-16-094: Final NIH Policy on the Use of a Single Institutional Review Board for Multi-Site Research). More information on this requirement can be found in the NIHGPS 4.1.15 Human Subjects Protections (nih.gov). Institutional Review Board (IRB) approval(s) is required for each new protocol and performance site prior to implementation of human subjects research.  No funds may be drawn down from the payment system and no obligations may be made against Federal funds for research involving human subjects at any site engaged in such research for any period not covered by an Office for Human Research Protections Assurance and an IRB approval consistent with the requirements of 45 CFR Part 46.

**NIDA TERMS**
In conjunction with the Acknowledgment of Federal Funding Requirement (as specified in the NIH Grants Policy Statement, Appropriation Mandates http://grants.nih.gov/policy/nihgps/index.htm), in order to most effectively disseminate research results, advance notice should be given to NIDA that research findings are about to be published so that we may coordinate accurate and timely release to the media. This information will be embargoed until the publication date. Please see the NIDA Special Considerations Page for guidance on coordination with the NIDA Press Office at https://www.drugabuse.gov/funding/special-considerations-for-nida-funding, or contact the NIDA Press Office at media@nida.nih.gov.

Please see Special Considerations for NIDA Funding Opportunities and Awards at https://www.drugabuse.gov/funding/special-considerations-for-nida-funding.


Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.



**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01DA061345-01

**INSTITUTION:** UNIVERSITY OF CALIFORNIA LOS ANGELES

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| ■■■■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ |
| ■■■■■■ | ■■■ | | | | |
| ■■■■■■ | | | | | |
| ■■■■■■ | | | ■■■ | ■■■ | ■■■ |
| ■■■■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL FEDERAL DC | $346,066 | $575,642 | $653,823 | $656,126 | $618,603 |
| TOTAL FEDERAL F&A | $93,087 | $71,809 | $69,739 | $69,739 | $77,240 |
| TOTAL COST | $439,153 | $647,451 | $723,562 | $725,865 | $695,843 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| F&A Cost Rate 1 | 57.5% | 57.5% | 57.5% | 57.5% | 57.5% |
| F&A Cost Base 1 | $161,891 | $124,886 | $121,286 | $121,286 | $134,331 |
| F&A Costs 1 | $93,087 | $71,809 | $69,739 | $69,739 | $77,240 |