# EXHIBIT B

# UCLA Cost Reimbursement Research Subaward Agreement (nonFDP)

**Federal Awarding Agency:** National Institutes of Health (NIH)

| Pass-Through Entity (PTE): | Subrecipient: |
|---|---|
| The Regents of the University of California | Los Angeles LGBT Center |

**PTE PI:** Pamina Gorbach

**Sub PI:** Marjan Javanbakht

**PTE Federal Award No:** 1R01DA061345-01

**Subaward No:** 

**PTE FAU No:** 445963-GP-30942

**Project Title:** Race & Place: The Impacts of Racial Inequality on Substance Use and HIV Outcomes in Los Angeles

**Subaward Period of Performance** (Budget Period):
Start: 09/15/2024   End: 07/31/2025

**Amount Funded This Action** (USD):$ 141,826.00

**Estimated Project Period** (if incrementally funded):
Start: 09/15/2024   End: 07/31/2029

**Incrementally Estimated Total** (USD): $ 2,068,560.00

## Terms and Conditions

1. PTE hereby awards a cost reimbursable subaward, as described above, to Subrecipient. The Statement of Work and Budget for this Subaward are as shown in **Attachment 5**. The Subrecipient will make reasonable efforts in performing the Statement of Work under this Subaward and services will be rendered at a level commensurate with professional standards acceptable in the discipline and within the scope of the project. The Subrecipient shall provide all necessary and qualified personnel, equipment, material and facilities to accomplish the programmatic and technical activities applicable to **Attachment 5**. In its performance of Subaward work, Subrecipient shall be an independent entity and not an employee or agent of PTE and, as such, no employees or staff of Subrecipient assigned to perform work under this Subaward shall be entitled to any benefits applicable to employees of PTE.

2. Subrecipient shall submit invoices not more often than monthly and not less frequently than quarterly for allowable costs incurred. Upon the receipt of proper invoices, the PTE agrees to process payments in accordance with this Subaward and 2 CFR 200.305. All invoices shall be submitted using Subrecipient's standard invoice, but at a minimum shall include current and cumulative costs (including cost sharing if shown in **Attachment 5**) by budget category in accordance with the Subrecipient's approved budget in **Attachment 5**, the current period for which reimbursement is being requested, Subaward number listed above, the PTE Full Accounting Unit (FAU) number listed above, and certification, as required in 2 CFR 200.415 (a). Invoices that do not reference PTE Subaward number shall be returned to Subrecipient. Upon PTE request, Subrecipient shall provide supporting invoice documentation prior to or subsequent to PTE approving any invoice. Invoices and questions concerning invoice receipt or payments shall be directed to the party's Financial Contact, shown in **Attachment 3**.

3. A final invoice marked "FINAL" must be submitted to PTE's Financial Contact, as shown in **Attachment 3A**, not later than 45 days after the Project Period end date. The final invoice shall constitute Subrecipient's final financial report.

4. All payments shall be considered provisional and are subject to adjustment within the total estimated cost in the event such adjustment is necessary as a result of an adverse audit finding against the Subrecipient.

5. Matters concerning the technical performance of this Subaward shall be directed to the appropriate party's Principal Investigator as shown in **Attachments 3A and 3B**. Technical reports are required as shown in **Attachment 4**.

6. Matters concerning the request or negotiation of any changes in the terms, conditions, or amounts cited in this Subaward, and any changes requiring prior approval, shall be directed to each party's Authorized Official Contact, as shown in **Attachments 3A and 3B**. Any such change made to this Subaward requires the written approval of each party's Authorized Official, as shown in **Attachments 3A and 3B** via bilateral Subaward amendment.

7. Neither party shall assign, transfer or subcontract its rights, interest, or obligations hereunder without written consent of the other party via amendment per Article 6. Purchase of a controlling interest by a third party shall be deemed an assignment.

8. Each party shall be responsible for its negligent acts or omissions and the negligent acts or omissions of its employees, officers, or directors, to the extent allowed by law. Each party shall protect, indemnify, and save the other harmless from and against any damage, cost or liability for any or all injuries to persons or property arising out of the performance of this Subaward but only in proportion to and to the extent such damage, cost or liability results from the negligence or willful misconduct of the indemnifying party, its officers, agents or employees.

9. Subrecipient shall maintain at its expense, during the Subaward project period, insurance as specified **Attachment 1**.

10. Either party may terminate this Subaward with 30 days written notice to the appropriate party's Authorized Official Contact, as shown in **Attachments 3A and 3B**. PTE shall pay Subrecipient for termination costs as allowable under Uniform Guidance, 2 CFR 200, or 45 CFR Part 75 Appendix IX, as applicable.

11. By signing this Subaward, including the **Attachments 1 - 6** which are hereby incorporated by reference, Subrecipient certifies that it will perform the Statement of Work in accordance with the terms and conditions of this Subaward and the applicable terms of the Federal Award, as referenced in **Attachment 2**. The parties further agree that they intend this Subaward to comply with all applicable laws, regulations and requirements.

**By an Authorized Official of Pass-through Entity:**

Name: Kristin Lund   Date:

Title: Assistant Director, UCLA OCGA Outgoing Subawards Team

**By an Authorized Official of Subrecipient:**

Robyn Goldman

Digitally signed by Robyn Goldman
DN: DC=net, DC=mail, OU=LAGLC, OU=Business Units, OU=Finance, OU=Users, CN=Robyn Goldman, E=robyn.goldman@lagbtcenter.org
Reason: I am the author of this document
Location:
Date: 2025.01.23 11:38:18-08'00'
Foxit PDF Editor version: 2023.3.0

Date: 01/23/2025

Name: Robyn Goldman

Title: Chief Financial Officer

PATS 20242156 02-00 (FG)   Req 194811483

**Attachment 1**
**Certifications and Assurances**

Subaward Number:

**Certification Regarding Lobbying (2 CFR 200.450):** By signing this Subaward, the Subrecipient Authorized Official certifies, to the best of his/her knowledge and belief, that no Federal appropriated funds have been paid or will be paid, by or on behalf of the Subrecipient, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement in accordance with 2 CFR 200.450.

If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or intending to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the Subrecipient shall complete and submit Standard Form -LLL, "Disclosure Form to Report Lobbying", to the PTE.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by 31 U.S.C. 1352. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

**Debarment, Suspension, and Other Responsibility Matters (2 CFR 200.213 and 2 CFR 180):** By signing this Subaward, the Subrecipient Authorized Official certifies, to the best of his/her knowledge and belief that neither the Subrecipient nor its principals are presently debarred, suspended, proposed for debarment, declared ineligible or voluntarily excluded from participation in this transaction by any federal department or agency, in accordance with 2 CFR 200.213 and 2 CFR 180.

**Audit and Access to Records:** Per 2 CFR 200.501- 200.521, Subrecipient certifies that it will provide notice of any adverse findings which impact this Subaward and will provide access to records as required by parts 2 CFR 200.336, 200.337, and 200.201 as applicable. If Subrecipient is not subject to the Single Audit Act, then Subrecipient will provide notice of the completion of any required audits and provide access to such audits upon request.

**Program for Enhancement of Contractor Employee Protections (41 U.S.C 4712):** Subrecipient is hereby notified that they are required to: inform their employees working on any federal award that they are subject to the whistleblower rights and remedies of the pilot program; inform their employees in writing of employee whistleblower protections under 41 U.S.C §4712 in the predominant native language of the workforce; and include such requirements in any agreement made with a subcontractor or subgrantee.

**Subaward Certifications:** The Subrecipient shall require that the language of the certifications above in this Attachment 1 be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

**Use of Name:** Neither party shall use the other party's name, trademarks, or other logos in any publicity, advertising, or news release without the prior written approval of an authorized representative of that party. The parties agree that each party may use factual information regarding the existence and purpose of the relationship that is the subject of this Subaward for legitimate business purposes, to satisfy any reporting and funding obligations, or as required by applicable law or regulation without written permission from the other party. In any such statement, the relationship of the parties shall be accurately and appropriately described.

**Insurance:** Subrecipient certifies by signing this Subaward it will maintain at its expense, during the Subaward Project Period, insurance acceptable to PTE in terms as follows:
1) Professional Liability:
a. Each Occurrence $2,000,000                b. General Aggregate (Bodily Injury, Property Damage) $5,000,000
If such insurance is written on a claim made form, it shall continue for three years following termination of this Subaward. The insurance shall have a retroactive date of placement prior to or coinciding with the effective date of this Subaward.
2) General liability:
a. Comprehensive or Commercial Form Each Occurrence $2,000,000    b. Products, Completed Operations Aggregate $5,000,000
c. Personal and Advertising Injury $2,000,000              d. General Aggregate* $5,000,000
*However, if such insurance is written on a commercial claims made form, following Subaward termination coverage shall survive for a period of not less than three years. Coverage shall provide for a retroactive date of placement coinciding with the Subaward effective date.
3) Business Automobile Liability (Minimum Limits) for owned, scheduled, non-owned or hired automobiles used in the performance of this Subaward with combined single limit of not less than $1,000,000 per occurrence.
4) Workers' Compensation as required under Subrecipient's State law.
5) Subrecipient, upon request, shall furnish PTE with a certificate or certificates of insurance, signed by an Authorized Representative of Subrecipient's insurer(s) or of Subrecipient, if self-insured, evidencing compliance with the above requirements. It should be expressly understood, however, that the coverages and limits required above shall not in any way limit the liability of Subrecipient. Subrecipient's insurance policy/policies shall be primary. This provision, however, shall only apply in proportion and to the extent of Subrecipient's negligence. PTE shall be added to the policy or policies (Workers' Compensation excepted) as an Additional Insured, and a Severability of Interest Clause and a Cross Liability Clause shall extend to PTE as an additional insured. This provision, however, shall only apply in proportion to and to the extent of the negligent acts or omissions of Subrecipient, its officers, agents, or employees. The insurance coverages evidenced by the Certificate(s) of Insurance shall not be modified, changed or canceled below the levels above except after thirty (30) days prior written notice to PTE.

## Attachment 2
### Federal Award Terms and Conditions

Subaward Number

## Required Data Elements

The data elements required by Uniform
Guidance are incorporated  in the Federal Award in Attachment 6.

## This Subaward Is:

■ Research & Development     ■ Subject to FFATA

Key Personnel Per NOA

Marjan Javanbakht

## General Terms and Conditions

By signing this Subaward, Subrecipient agrees to the following:

1. To abide by the conditions on activities and restrictions on expenditure of federal funds in appropriations acts that are applicable to this Subaward to the extent those restrictions are pertinent. This includes any recent legislation noted on the Federal Awarding Agency's website:

   http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf

2. 2 CFR 200 and 45 CFR Part 75.

3. The Federal Awarding Agency's grants policy guidance, including addenda in effect as of the beginning date of the period of performance or as amended found at:

   http://grants.nih.gov/policy/notices.htm

4. Research Terms and Conditions, as applicable and as incorporated by the Federal Awarding Agency, including any Federal Awarding Agency's Specific Requirements found:

   in the attached Notice of Award     except the following:

   a. Any payment mechanisms and financial reporting requirements described in the applicable Federal Awarding Agency Terms and Conditions as references above are replaced with Terms and Conditions (1) through (4) of this Subaward page one (1).
   b. No-cost extensions require the written approval of the PTE. Any requests for a no-cost extension shall be directed to the Authorized Official Contact, shown in Attachment 3A, not less than 45 days prior to the desired effective date of the requested change.
   c. Title to equipment as defined in 2 CFR 200.33 that is purchased or fabricated with research funds or Subrecipient cost sharing funds, as direct costs of the project or program, shall vest in the Subrecipient subject to the conditions specified in 2 CFR 200.313.
   d. Subrecipient PI and Key Personnel (as listed above) are essential to the work conducted under this Subaward. Prior approval must be sought for a change in Subrecipient PI and Key Personnel.
   e. Prior approvals, including carry forward if restricted in Attachment 4, are to be sought from the PTE Authorized Official, shown in Attachment 3A, and not the Federal Awarding Agency.

### Multiple PIs (MPI)

 This subaward is subject to an MPI Leadership Plan. Both parties will follow the finalized MPI Leadership Plan.

## Special Terms and Conditions:

**Copyrights:**
Subrecipient grants to PTE an irrevocable, royalty-free, worldwide, non-exclusive right and license to use, reproduce, make derivative works, display, distribute copies, and perform publicly, and authorize others to do so, any copyrights or copyrighted material (including any any written progress reports and deliverables and computer software and its documentation and/or databases) first developed and/or delivered under this Subaward for the purpose of education or research, and for the purpose of meeting PTE's obligations to the U.S. Federal Government under its PTE Federal Award.

**Data Rights:**
Subrecipient grants to PTE the right to use data created in the performance of this Subaward for the purpose of education or research, and for the purpose of meeting PTE's obligations to the U.S. Federal Government under its PTE Federal Award.

■ **Data Sharing and Access** (Check if applicable):
Subrecipient agrees to comply with the Federal Awarding Agency's data sharing and access requirements as reflected in the NOA (or in the special terms below) and the Data Management/Sharing Plan submitted to the Federal Awarding Agency and provided upon request.

**Treatment of program income:** Additive

**Promoting Objectivity in Research (COI):**

Subrecipient's federally-compliant Financial Conflicts of Interest policy (COI) will apply.

In applying its own COI policy, by execution of this Subaward, Subrecipient certifies that its policy complies with the requirements of the relevant Federal Awarding Agency as identified herein: | NIH - 42 CFR Part 50 Subpart F |

Subrecipient shall report any financial conflict of interest to PTE's Administrative Representative or COI contact, as designated on Attachment 3A. Any financial conflicts of interest identified shall, when applicable, subsequently be reported to Federal Awarding Agency. Such report shall be made before expenditure of funds authorized in this Subaward and within 45 days of any subsequently identified COI.

**Work Involving Human or Vertebrate Animals** (Select Applicable Options)

■ Human Subjects      ☐ Vertebrate Animals      ☐ No Human or Vertebrate Animals Use Allowed under this Subaward

Subrecipient agrees that any non-exempt human and/or vertebrate animal research protocol conducted under this Subaward shall be reviewed and approved by its Institutional Review Board (IRB) and/or its Institutional Animal Care and Use Committee (IACUC), as applicable and that it will maintain current and duly approved research protocols for all periods of the Subaward involving human and/or vertebrate animal research. Subrecipient certifies that its IRB and/or IACUC are in full compliance with applicable state and federal laws and regulations. The Subrecipient certifies that any submitted IRB / IACUC approval represents a valid, approved protocol that is entirely consistent with the Project associated with this Subaward. In no event shall Subrecipient invoice or be reimbursed for any human or vertebrate animals related expenses incurred in a period where any applicable IRB / IACUC approval is not properly in place.

*The PTE requires verification of IRB and/or IACUC approval be sent to the* | Principal Investigator | *as follows:*

IRB

| Prior to execution of this agreement |

---

This section left intentionally blank

---

**Additional Terms**

-Subrecipient agrees to provide the PTE with supporting documentation for all invoices/expenditures sufficient to evaluate allowability and compliance to abide by the conditions on activities and restrictions on expenditure of federal funds applicable Federal Awarding Agency.

-Subrecipients may not issue any subawards to entities not already authorized under this Subaward (as shown in Attachment 5, budget) without the express prior written consent of PTE. All assurances, certifications, and terms included in this Subaward shall be flowed down to all second/lower tier subaward(s).

-This subaward is issued without a currently valid certification of Institutional Review Board (IRB) approval for this project with the following restriction: Only activities that are clearly severable and independent from activities that involve human subjects may be conducted under this award until the project has received IRB approval and certification of IRB approval has been submitted to and accepted by PTE.

Prohibition on Certain Telecommunication and Video Surveillance Services or Equipment: Pursuant to 2 CFR 200.216, Subrecipient will not obligate or expend funds received under this Subaward to: (1) procure or obtain; (2) extend or renew a contract to procure or obtain; or (3) enter into a contract (or extend or renew a contract) to procure or obtain equipment, services, or systems that uses covered telecommunications equipment or services (as described in Public Law 115-232, section 889) as a substantial or essential component of any system, or as a critical technology as part of any system.

| | |
|---|---|
| **Attachment 3A**<br>**Pass-Through Entity (PTE) Contacts** | Subaward Number: |

## PTE Information

Entity Name: The Regents of the University of California

Legal Address:
University of California Los Angeles (UCLA),
Office of Contract and Grant Administration (OCGA),
10889 Wilshire Boulevard, Suite 700,
Los Angeles, CA 90095-1406                    >>> via remote work

Website: https://ocga.research.ucla.edu/

## PTE Contacts

Central Email: UCLAsubawards@research.ucla.edu (note: NOT for invoices; see below for invoices)

Principal Investigator Name: Pamina Gorbach

Email: ▓▓▓▓▓▓▓▓▓▓        Telephone Number: ▓▓▓▓▓▓

Administrative Contact Name: Francisco Garcia

Email: ▓▓▓▓▓▓▓▓        Telephone Number: ▓▓▓▓▓▓

COI Contact email (if different to above): ▓▓▓▓▓▓▓▓ (note: NOT for invoices; see below for invoices)

Financial Contact Name: Ramces Jimenez

Email: ▓▓▓▓▓▓▓▓        Telephone Number: Ramces Jimenez

Email invoices? (●) Yes ( ) No    Invoice email (if different): ▓▓▓▓▓▓▓▓

Authorized Official Name: Kristin Lund

Email: ▓▓▓▓▓▓▓▓        Telephone Number: ▓▓▓▓▓▓

## PI Address:

▓▓▓▓▓▓▓▓

## Administrative Address:

▓▓▓▓▓▓▓▓

## Invoice Address:

noreply@invoices.ucla.edu
(Recommended cc to the above noted PTE Financial Contact. For submission, invoices should be converted to an electronic image format (PDF preferred) and include the Subaward number.)

## Attachment 3B
### Subrecipient Contacts

Subaward Number:

**Subrecipient Information for FFATA reporting**

Entity's UEI Name:

EIN No.:

Institution Type:

UEI:

Currently registered in SAM.gov: ● Yes ○ No

Exempt from reporting executive compensation: ○ Yes ○ No *(if no, complete 3Bpg2)*

Parent DUNS/UEI:

*This section for U.S. Entities:*    Zip Code Look-up

Congressional District:    Zip Code+4:

Place of Performance Address:

**Subrecipient Contacts**

Central Email:

Website:

Principal Investigator Name: Marjan Javanbakht

Email:    Telephone Number:

Administrative Contact Name:

Email:    Telephone Number:

Financial Contact Name:

Email:    Telephone Number:

Invoice/Payment Email:

Authorized Official Name:

Email:    Telephone Number:

**Legal Address:**

**Administrative Address:**

**Payment Address:**

UCLA 3B.1 SEPT 2017

**Attachment 3B-2** Highest Compensated
Officers

Only complete page if NOT Exempt from reporting executive compensation

Subaward Number:

## Subrecipient:

Institution Name: Los Angeles LGBT Center

PI Name: Marjan Javanbakht

## Highest Compensated Officers

The names and total compensation of the five most highly compensated officers of the entity(ies) must be listed if the entity in the preceding fiscal year received 80 percent or more of its annual gross revenues in Federal awards; and $25,000,000 or more in annual gross revenues from Federal awards; and the public does not have access to this information about the compensation of the senior executives of the entity through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. See FFATA § 2(b)(1) Internal Revenue Code of 1986.

Officer 1 Name:

Officer 1 Compensation:

Officer 2 Name:

Officer 2 Compensation:

Officer 3 Name:

Officer 3 Compensation:

Officer 4 Name:

Officer 4 Compensation:

Officer 5 Name:

Officer 5 Compensation:

Subaward Number:

## Attachment 4
### Reporting and Prior Approval Terms

If box is checked, Subrecipient agrees to submit the following reports (PTE contacts are identified in Attachment 3A):

**Technical Reports:**

☐ Monthly technical/progress reports will be submitted to the PTE's Principal Investigator within 15 days of of the end of the month.

☐ Quarterly technical/progress reports will be submitted within 30 days after the end of each project quarter to the PTE's Principal Investigator

☑ Annual technical/progress reports will be submitted within 90 days prior to the end of each Budget Period to the PTE's Principal Investigator. Such report shall also include a detailed budget for the next budget period, updated other support for key personnel, effort report for current budget period, certification of appropriate education in the conduct of human subject research of any new key personnel (if applicable), and annual IRB/IACUC approval (if applicable).

☑ A Final technical/progress report will be submitted to the PTE's Principal Investigator within 45 days of the end of the Project Period or after termination of this award, whichever comes first.

☑ Technical/progress reports on the project as may be required by PTE's Principal Investigator in order for the PTE to satisfy its reporting obligations to the Federal Awarding Agency.

**Prior Approvals in addition to those in Attachment 2:**

Carryover:
Carryover is automatic

**Other Reports:**

☑ In accordance with 37 CFR 401.14, Subrecipient agrees to notify PTE's Financial Contact 45 days after Subrecipient's inventor discloses invention(s) in writing to Subrecipient's personnel responsible for patent matters. The Subrecipient will submit a final invention report using Federal Awarding Agency specific forms to the PTE's Financial Contact within 45 days of the end of the Project Period to be included as part of the PTE's final invention report to the Federal Awarding Agency. A negative report is required upon request.

☐ Property Inventory Report (only when required by Federal Awarding Agency), specific requirements below.

☑ **Other Special Reporting Requirements:**

-Invoices should be submitted to PTE's invoice processing system via e-mail to noreply@invoices.ucla.edu, with a recommended cc to the PTE Financial Contact email address shown in Attachment 3A. For submission, invoices should be converted to an electronic image format (PDF preferred). As noted on page one, invoices that do not include the Subaward number shall be returned to Subrecipient.

- If an FCOI has been identified and reported to PTE by Subrecipient per Attachment 2, Subrecipient must submit a report on the status of the FCOI and any changes to the management plan to the PTE COI Contact in Attachment 3A at the same time that the Subrecipient's annual and final progress/technical reports referenced above are sent to the PTE's PI.

- Any increase in the major budget categories (ex. personnel, supplies, travel, and other expenses) by 10 percent of the line or more (as shown in Attachment 5) requires prior written approval of PTE's Authorized Official Contact, shown in Attachment 3A.

- Purchase of equipment, as defined in 2 CFR 200.33, is not authorized under this Subaward and requires prior written approval of PTE's Authorized Official Contact, shown in Attachment 3A.

- If the Subrecipient PI, or any Key Personnel (defined as those listed on the attached Federal Award in Attachment 7), will withdraw from the Subaward project entirely, be absent from the project during any continuous period of 3 months or more, or reduce time devoted to the project by 25 percent or more from the level that was approved at the time of initial competing year award as shown in Attachment 5, such change requires prior written approval of PTE's Authorized Official Contact, shown in Attachment 3A.

Subaward Number:

| **Attachment 5** |
|---|
| Statement of Work, Cost Sharing, Indirects & Budget |

## Statement of Work

○ Below  ● Attached, [ 2 ] pages

If award is FFATA eligible and SOW exceeds 4000 characters, include a *Subrecipient Federal Award Project Description*

## Budget Information

**Indirect Information** Indirect Cost Rate (IDC) Applied  [ 21.80 ] %

Rate Type: [ Modified Total Direct Costs ]  [          ]

**Cost Sharing**  [ No ]

If Yes, include Amount: $ [          ]

**Budget Details**    ○ Below  ● Attached, [ 19 ] pages

*Cost sharing:* funds counting towards satisfying cost sharing requirement must adhere to federal regulations, including but not limited to being verifiable from the records of Subrecipient. As applicable, these records must reflect how the value is placed on any third party contributions.

## Budget Totals

Direct Costs  $ [ See ]

Indirect Costs  $ [ Attached ]

Total Costs  $ [ Breakdown ]

*All amounts are in United States Dollars*

**Los Angeles LGBT Center**

**Scope of Work**

**Race & Place: The Impacts of Racial Inequality on Substance Use and HIV Outcomes in Los Angeles**

**9/15/2024 – 7/31/2029**

The staff of the Los Angeles LGBT Center (the Center) will conduct all phases of study implementation to recruit and maintain the optimal cohort. Staff will recruit, enroll, conduct study visits, coordinate retention, perform data collection and entry, provide data reports and respond to queries; and maintain participant files. Based on 10 years of experience with this cohort, we will rely on community-driven strategies to enroll new participants and retain existing participants.

The entire team works closely with UCLA administrative staff to troubleshoot, comply with protocol amendments, prepare and submit IRB documentation, and maintain compliance with good clinical practice.

The Site Supervisor and Research Coordinator schedule study visits; communicate through personalized means to remind participants of visits (e.g., text, email, phone call); coordinate all aspects of study visits; administer computer surveys; conduct targeted outreach for enrollment of new participants (through internal promotion within Center Clinics, through flyer distribution, through attending community events and meeting with other community-based organizations); and conduct screening and enrollment of new participants. The research team attends team meetings, annual local meetings and trainings as required. The research team contributes to design of advertising and outreach materials to provide community perspective on cultural competence, language, images, etc. The team meets as needed with Principal Investigators to provide feedback on retention and study operations and also to address the challenges of working with the study population that struggles with housing insecurity, substance use and other issues.

The Peer Navigator and Case Manager will address social, medical, and mental health needs of participants. Based upon our findings in the original mSTUDY cohort, this population of substance using MSM of color who are living with HIV are among the most marginalized, underserved, and stigmatized members of the LGBTQ population. To reduce high rates of homelessness, food insecurity, unemployment, lack of access to medical and mental health care, and lack of access to substance use recovery services, among other basic needs, the Peer Navigator and Case Manager will build trust with participants and work together with them to connect them to services, assist with insurance, immigration, and legal issues, and help develop trust between the participants and service providers.

The research coordinators and laboratory technician oversee phlebotomy, collection and processing of specimens, coordination with courier to arrange transfer of laboratory specimens, and packaging and shipping of specimens. The technician maintains and monitors mSTUDY medical supply inventory for specimen collection supplies.

The Site Principal Investigator and administrative/operations staff maintain adequate space and resources for study implementation; meet on a regular basis to monitor study enrollment and retention; meet with staff on a regular basis to troubleshoot study issues; maintain computer software and

equipment; perform regular maintenance and calibration on mSTUDY equipment and devices; manage and monitor budget, finance, and contractual activities; contribute to reports to funders and others as needed; collaborate with other mSTUDY investigators in the design and implementation of sub-studies; contribute to mSTUDY publications. For this study, the Site Principal Investigator will work closely with the Center's Chief Equity Officer to align the study's anti-racist framework with the agency's work on developing best practices to address the health disparities and socioeconomic impacts of system racism on the study population.

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - Budget Period  1

**Enter name of Organization:** Los Angeles LGBT Center

**UEI:** P81BR8HLB7C8

**Budget Type:** ☐ Project   ☒ Subaward/Consortium

**Budget Period: 1**   **Start Date:** 07/01/2024   **End Date:** 06/30/2025

## A. Senior/Key Person

| Prefix | First | Middle | Last | Suffix | | | | Base Salary ($) | Months | | | Requested Salary ($) | Fringe Benefits ($) | Funds Requested ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Cal. | Acad. | Sum. | | | |
| | Marjan | | Javanbakht | | | | | 212,100.00 | 0.60 | | | 10,605.00 | 2,183.00 | 12,788. |

**Project Role:** PD/PI

Add Attachment    Delete Attachment    View Attachment

**Additional Senior Key Persons:**   **Total Funds requested for all Senior Key Persons in the attached file**   12,788.

**Total Senior/Key Person**   12,788.

## B. Other Personnel

| Number of Personnel | Project Role | Months | | | Requested Salary ($) | Fringe Benefits ($) | Funds Requested ($) |
|---|---|---|---|---|---|---|---|
| | | Cal. | Acad. | Sum. | | | |
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 1 | Director of Research | 1.20 | | | 14,815.00 | 3,049.00 | 17,864. |
| 1 | Research Administrative Coordinator | 0.60 | | | 3,595.00 | 740.00 | 4,335. |
| 1 | Laboratory Technician | 1.20 | | | 7,200.00 | 1,482.00 | 8,682.00 |
| 1 | Study Site Supervisor | 1.20 | | | 7,608.00 | 1,566.00 | 9,174. |
| 1 | Research Coordinator | 3.00 | | | 17,977.00 | 3,700.00 | 21,677. |

| 5 | Total Number Other Personnel | | | **Total Other Personnel** | | | 61,732. |

**Total Salary, Wages and Fringe Benefits (A+B)**   74,520.00

## C. Equipment Description

**List items and dollar amount for each item exceeding $5,000**

| Equipment Item | Funds Requested ($) |
|---|---|
| | |

| Additional Equipment: | Add Attachment | Delete Attachment | View Attachment |
|---|---|---|---|
| | | | |

Total funds requested for all equipment listed in the attached file

**Total Equipment**

## D. Travel

| | Funds Requested ($) |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico and U.S. Possessions) | |
| 2. Foreign Travel Costs | 314.00 |
| **Total Travel Cost** | 314.00 |

## E. Participant/Trainee Support Costs

| | Funds Requested ($) |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other | |

Number of Participants/Trainees

**Total Participant/Trainee Support Costs**

## F. Other Direct Costs

| | Funds Requested ($) |
|---|---|
| 1. Materials and Supplies | 14,800.00 |
| 2. Publication Costs | |
| 3. Consultant Services | |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Client Services: Food, Transportation | 11,000.00 |
| 9. Participant Incentives | 10,600.00 |
| 10. Laboratory Testing | 4,933.00 |
| 11. Software License | 2,000.00 |
| 12. Facilities: Building Maintenance & Security | 7,414.00 |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| **Total Other Direct Costs** | 50,747.00 |

## G. Direct Costs

| | Funds Requested ($) |
|---|---|
| **Total Direct Costs (A thru F)** | 125,581.00 |

## H. Indirect Costs

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($) |
|---|---|---|---|
| Federally Negotiated NICRA | 21.80 | 74,520.00 | 16,245.00 |
| | | **Total Indirect Costs** | 16,245.00 |

**Cognizant Federal Agency**
(Agency Name, POC Name, and POC Phone Number)

## I. Total Direct and Indirect Costs

| | Funds Requested ($) |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | 141,826.00 |

## J. Fee

| | Funds Requested ($) |
|---|---|

## K. Total Costs and Fee

| | Funds Requested ($) |
|---|---|
| **Total Costs and Fee (I + J)** | 141,826.00 |

## L. Budget Justification

(Only attach one file.)   Budget Justification NIDA REI - LA LGl   [Add Attachment]   [Delete Attachment]   [View Attachment]

RESEARCH & RELATED BUDGET - Budget Period **2**

OMB Number: 4040-0001
Expiration Date: 11/30/2025

**Budget Type:** ☐ Project  ☒ Subaward/Consortium

**Enter name of Organization:** Los Angeles LGBT Center

**UEI:** P81BR8HLB7C8

**Budget Period: 2**  **Start Date:** 07/01/2025  **End Date:** 06/30/2026

## A. Senior/Key Person

| Prefix | First | Middle | Last | Suffix | Base Salary ($) | Months Cal. | Months Acad. | Months Sum. | Requested Salary ($) | Fringe Benefits ($) | Funds Requested ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Marjan | | Javanbakht | | 212,100.00 | | 0.60 | | 10,605.00 | 2,873.00 | 13,478.00 |

**Project Role:** PD/PI

**Additional Senior Key Persons:**  [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

**Total Funds requested for all Senior Key Persons in the attached file**  13,478.00

**Total Senior/Key Person**  13,478.00

## B. Other Personnel

| Number of Personnel | Project Role | Months Cal. | Months Acad. | Months Sum. | Requested Salary ($) | Fringe Benefits ($) | Funds Requested ($) |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 1 | Director of Research | 1.20 | | | 15,275.00 | 4,138.00 | 19,413.00 |
| 1 | Research Administrative Coordinator | 0.60 | | | 3,698.00 | 1,003.00 | 4,701.00 |
| 1 | Laboratory Technician | 1.20 | | | 7,423.00 | 2,011.00 | 9,434.00 |
| 1 | Study Site Supervisor | 6.00 | | | 39,223.00 | 10,625.00 | 49,848.00 |
| 1 | Research Coordinator | 9.00 | | | 55,474.00 | 15,028.00 | 70,502.00 |
| 3 | Peer Navigator | 9.00 | | | 53,703.00 | 14,547.00 | 68,250.00 |

**8**  **Total Number Other Personnel**

**Total Other Personnel**  222,148.00

**Total Salary, Wages and Fringe Benefits (A+B)**  235,626.00

## C. Equipment Description

List items and dollar amount for each item exceeding $5,000

| Equipment Item | Funds Requested ($) |
|---|---|

Additional Equipment:

[ Add Attachment ]    [ Delete Attachment ]    [ View Attachment ]

Total funds requested for all equipment listed in the attached file

Total Equipment

## D. Travel

| | Funds Requested ($) |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico and U.S. Possessions) | |
| 2. Foreign Travel Costs | 314.00 |
| Total Travel Cost | 314.00 |

## E. Participant/Trainee Support Costs

| | Funds Requested ($) |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other | |

Number of Participants/Trainees

Total Participant/Trainee Support Costs

**F. Other Direct Costs**

| | | Funds Requested ($) |
|---|---|---|
| 1. | Materials and Supplies | 7,000.00 |
| 2. | Publication Costs | |
| 3. | Consultant Services | |
| 4. | ADP/Computer Services | |
| 5. | Subawards/Consortium/Contractual Costs | |
| 6. | Equipment or Facility Rental/User Fees | |
| 7. | Alterations and Renovations | |
| 8. | Client Services: Food, Transportation | 13,750.00 |
| 9. | Participant Incentives | 42,500.00 |
| 10. | Laboratory Testing | 24,663.00 |
| 11. | Facilities: Building Maintenance & Security | 23,442.00 |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| | Total Other Direct Costs | 111,355.00 |

**G. Direct Costs**

| | Funds Requested ($) |
|---|---|
| Total Direct Costs (A thru F) | 347,295.00 |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($) |
|---|---|---|---|
| Federally Negotiated NICRA | 21.80 | 235,626.00 | 51,366.00 |

| | Funds Requested ($) |
|---|---|
| Total Indirect Costs | 51,366.00 |

**Cognizant Federal Agency**
(Agency Name, POC Name, and
POC Phone Number)

**I. Total Direct and Indirect Costs**

| | Funds Requested ($) |
|---|---|
| Total Direct and Indirect Institutional Costs (G + H) | 398,661.00 |

**J. Fee**

| | Funds Requested ($) |
|---|---|

**K. Total Costs and Fee**

| | Funds Requested ($) |
|---|---|
| Total Costs and Fee (I + J) | 398,661.00 |

**L. Budget Justification**

(Only attach one file.) Budget Justification NIDA REI - LA LGI   Add Attachment   Delete Attachment   View Attachment

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - Budget Period 3

**Budget Type:** ☐ Project   ☒ Subaward/Consortium

**Enter name of Organization:** Los Angeles LGBT Center

**UEI:** P81BR8HLB7C8

**Budget Period:** 3   **Start Date:** 07/01/2026   **End Date:** 06/30/2027

## A. Senior/Key Person

| Prefix | First | Middle | Last | Suffix | Base Salary ($) | Months Cal. | Months Acad. | Months Sum. | Requested Salary ($) | Fringe Benefits ($) | Funds Requested ($) |
|--------|-------|--------|------|--------|-----------------|-------------|--------------|-------------|----------------------|---------------------|---------------------|
| | Marjan | | Javanbakht | | 212,100.00 | 0.60 | | | 10,605.00 | 3,081.00 | 13,686.00 |

**Project Role:** PD/PI

Add Attachment   Delete Attachment   View Attachment

**Additional Senior Key Persons:**

**Total Funds requested for all Senior Key Persons in the attached file**

**Total Senior/Key Person**   13,686.00

## B. Other Personnel

| Number of Personnel | Project Role | Months Cal. | Months Acad. | Months Sum. | Requested Salary ($) | Fringe Benefits ($) | Funds Requested ($) |
|---------------------|--------------|-------------|--------------|-------------|----------------------|---------------------|---------------------|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 1 | Director of Research | 1.20 | | | 15,870.00 | 4,611.00 | 20,481.00 |
| 1 | Research Administrative Coordinator | 0.60 | | | 3,833.00 | 1,114.00 | 4,947.00 |
| 1 | Laboratory Technician | 1.20 | | | 7,712.00 | 2,241.00 | 9,953.00 |
| 1 | Study Site Supervisor | 6.00 | | | 40,750.00 | 11,840.00 | 52,590.00 |
| 1 | Research Coordinator | 9.00 | | | 57,493.00 | 16,702.00 | 74,195.00 |
| 3 | Peer Navigator | 18.00 | | | 111,183.00 | 32,304.00 | 143,487.00 |

| 8 | **Total Number Other Personnel** | | | | **Total Other Personnel** | | 305,653.00 |

**Total Salary, Wages and Fringe Benefits (A+B)**   319,339.00

## C. Equipment Description

List items and dollar amount for each item exceeding $5,000

| Equipment Item | Funds Requested ($) |
|---|---|
| | |

**Additional Equipment:** [ Add Attachment ]  [ Delete Attachment ]  [ View Attachment ]

Total funds requested for all equipment listed in the attached file

**Total Equipment** | |

## D. Travel

| | Funds Requested ($) |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico and U.S. Possessions) | |
| 2. Foreign Travel Costs | 314.00 |
| **Total Travel Cost** | 314.00 |

## E. Participant/Trainee Support Costs

| | Funds Requested ($) |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other | |
| **Total Participant/Trainee Support Costs** | |

Number of Participants/Trainees [ ]

## F. Other Direct Costs

| | | Funds Requested ($) |
|---|---|---|
| 1. Materials and Supplies | | 7,000.00 |
| 2. Publication Costs | | |
| 3. Consultant Services | | |
| 4. ADP/Computer Services | | |
| 5. Subawards/Consortium/Contractual Costs | | |
| 6. Equipment or Facility Rental/User Fees | | |
| 7. Alterations and Renovations | | |
| 8. Client Services: Food, Transportation | | 13,750.00 |
| 9. Participant Incentives | | 42,500.00 |
| 10. Laboratory Testing | | 24,663.00 |
| 11. Facilities: Building Maintenance & Security | | 31,770.00 |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |

| | Funds Requested ($) |
|---|---|
| **Total Other Direct Costs** | 119,683.00 |

## G. Direct Costs

| | Funds Requested ($) |
|---|---|
| **Total Direct Costs (A thru F)** | 439,336.00 |

## H. Indirect Costs

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($) |
|---|---|---|---|
| Federally Negotiated NICRA | 21.80 | 319,339.00 | 69,616.00 |

| | Funds Requested ($) |
|---|---|
| **Total Indirect Costs** | 69,616.00 |

**Cognizant Federal Agency**
(Agency Name, POC Name, and POC Phone Number)

## I. Total Direct and Indirect Costs

| | Funds Requested ($) |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | 508,952.00 |

## J. Fee

| | Funds Requested ($) |
|---|---|

## K. Total Costs and Fee

| | Funds Requested ($) |
|---|---|
| **Total Costs and Fee (I + J)** | 508,952.00 |

## L. Budget Justification

(Only attach one file.) | Budget Justification NIDA REI - LA LGI | Add Attachment | Delete Attachment | View Attachment

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - Budget Period  4

**Enter name of Organization:** Los Angeles LGBT Center

**UEI:** P81BR8HLB7C8

**Budget Type:** ☐ Project   ☒ Subaward/Consortium

**Budget Period:** 4   **Start Date:** 07/01/2027   **End Date:** 06/30/2028

## A. Senior/Key Person

| Prefix | First | Middle | Last | Suffix | Project Role | Base Salary ($) | Months Cal. | Months Acad. | Months Sum. | Requested Salary ($) | Fringe Benefits ($) | Funds Requested ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Marjan |  | Javanbakht |  |  | 212,100.00 | 0.60 |  |  | 10,605.00 | 3,216.00 | 13,821 |

**Project Role:** PD/PI

**Additional Senior Key Persons:** ☐   [Add Attachment] [Delete Attachment] [View Attachment]

Total Funds requested for all Senior Key Persons in the attached file

**Total Senior/Key Person**  13,821

## B. Other Personnel

| Number of Personnel | Project Role | Months Cal. | Months Acad. | Months Sum. | Requested Salary ($) | Fringe Benefits ($) | Funds Requested ($) |
|---|---|---|---|---|---|---|---|
|  | Post Doctoral Associates |  |  |  |  |  |  |
|  | Graduate Students |  |  |  |  |  |  |
|  | Undergraduate Students |  |  |  |  |  |  |
|  | Secretarial/Clerical |  |  |  |  |  |  |
| 1 | Director of Research | 1.20 |  |  | 16,425.00 | 4,982.00 | 21,407.00 |
| 1 | Research Administrative Coordinator | 0.60 |  |  | 3,958.00 | 1,201.00 | 5,159.00 |
| 1 | Laboratory Technician | 1.20 |  |  | 7,982.00 | 2,421.00 | 10,403.00 |
| 1 | Study Site Supervisor | 6.00 |  |  | 42,176.00 | 12,792.00 | 54,968.00 |
| 1 | Research Coordinator | 9.00 |  |  | 59,434.00 | 18,026.00 | 77,460.00 |
| 3 | Peer Navigator | 18.00 |  |  | 114,798.00 | 34,818.00 | 149,616.00 |

| 8 | **Total Number Other Personnel** | | | | | **Total Other Personnel** | 319,013.00 |

**Total Salary, Wages and Fringe Benefits (A+B)**  332,834.00

## C. Equipment Description

List items and dollar amount for each item exceeding $5,000

| Equipment Item | Funds Requested ($) |
|---|---|
| | |

| | |
|---|---|
| Additional Equipment: | Add Attachment | Delete Attachment | View Attachment |

Total funds requested for all equipment listed in the attached file

Total Equipment

## D. Travel

| | Funds Requested ($) |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico and U.S. Possessions) | |
| 2. Foreign Travel Costs | 314.00 |
| Total Travel Cost | 314.00 |

## E. Participant/Trainee Support Costs

| | Funds Requested ($) |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other | |
| Total Participant/Trainee Support Costs | |

Number of Participants/Trainees

## F. Other Direct Costs

| | | Funds Requested ($) |
|---|---|---|
| 1. | Materials and Supplies | 7,000.00 |
| 2. | Publication Costs | |
| 3. | Consultant Services | |
| 4. | ADP/Computer Services | |
| 5. | Subawards/Consortium/Contractual Costs | |
| 6. | Equipment or Facility Rental/User Fees | |
| 7. | Alterations and Renovations | |
| 8. | Client Services: Food, Transportation | 13,750.00 |
| 9. | Participant Incentives | 44,600.00 |
| 10. | Laboratory Testing | 24,663.00 |
| 11. | Facilities: Building Maintenance & Security | 33,113.00 |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| | **Total Other Direct Costs** | 123,126.00 |

## G. Direct Costs

| | Funds Requested ($) |
|---|---|
| **Total Direct Costs (A thru F)** | 456,274.00 |

## H. Indirect Costs

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($) |
|---|---|---|---|
| Federally Negotiated NICRA | 21.80 | 332,834.00 | 72,558.00 |
| **Total Indirect Costs** | | | 72,558.00 |

**Cognizant Federal Agency**
(Agency Name, POC Name, and POC Phone Number)

## I. Total Direct and Indirect Costs

| | Funds Requested ($) |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | 528,832.00 |

## J. Fee

| | Funds Requested ($) |
|---|---|
| | |

## K. Total Costs and Fee

| | Funds Requested ($) |
|---|---|
| **Total Costs and Fee (I + J)** | 528,832.00 |

## L. Budget Justification

(Only attach one file.)  Budget Justification NIDA REI - LA LGl    Add Attachment    Delete Attachment    View Attachment

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - Budget Period 5

**UEI:** P81BR8HLB7C8

**Budget Type:** ☐ Project  ☒ Subaward/Consortium

**Enter name of Organization:** Los Angeles LGBT Center

**Budget Period:** 5    **Start Date:** 07/01/2028    **End Date:** 06/30/2029

## A. Senior/Key Person

| Prefix | First | Middle | Last | Suffix | | Base Salary ($) | Cal. | Acad. | Sum. | Requested Salary ($) | Fringe Benefits ($) | Funds Requested ($) |
|--------|-------|--------|------|--------|---|-----------------|------|-------|------|----------------------|---------------------|---------------------|
| | Marjan | | Javanbakht | | | 212,100.00 | 0.60 | | | 10,605.00 | 3,439.00 | 14,044.00 |

**Project Role:** PD/PI

Additional Senior Key Persons:

[Add Attachment] [Delete Attachment] [View Attachment]

Total Funds requested for all Senior Key Persons in the attached file

**Total Senior/Key Person** 14,044.00

## B. Other Personnel

| Number of Personnel | Project Role | | Months | | | Requested Salary ($) | Fringe Benefits ($) | Funds Requested ($) |
|---------------------|--------------|------|--------|------|----------------------|---------------------|---------------------|
| | | Cal. | Acad. | Sum. | | | |
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 1 | Director of Research | 0.60 | | | 8,500.00 | 2,757.00 | 11,257.00 |
| 1 | Research Administrative Coordinator | 0.60 | | | 4,091.00 | 1,328.00 | 5,419.00 |
| 1 | Laboratory Technician | 1.20 | | | 8,262.00 | 2,679.00 | 10,941.00 |
| 1 | Study Site Supervisor | 6.00 | | | 43,652.00 | 14,157.00 | 57,809.00 |
| 1 | Research Coordinator | 9.00 | | | 61,514.00 | 19,949.00 | 81,463.00 |
| 3 | Peer Navigator | 18.00 | | | 118,530.00 | 38,439.00 | 156,969.00 |

| 8 | **Total Number Other Personnel** | | | | **Total Other Personnel** | | 323,858.00 |

**Total Salary, Wages and Fringe Benefits (A+B)** 337,902.00

## C. Equipment Description

List items and dollar amount for each item exceeding $5,000

| Equipment Item | Funds Requested ($) |
|---|---|
| | |

Additional Equipment: _____

[Add Attachment]    [Delete Attachment]    [View Attachment]

Total funds requested for all equipment listed in the attached file

Total Equipment _____

## D. Travel

| | Funds Requested ($) |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico and U.S. Possessions) | |
| 2. Foreign Travel Costs | 157.00 |

Total Travel Cost    157.00

## E. Participant/Trainee Support Costs

| | Funds Requested ($) |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other | |

Number of Participants/Trainees _____    Total Participant/Trainee Support Costs

## F. Other Direct Costs

| | | Funds Requested ($) |
|---|---|---|
| 1. | Materials and Supplies | 4,000.00 |
| 2. | Publication Costs | |
| 3. | Consultant Services | |
| 4. | ADP/Computer Services | |
| 5. | Subawards/Consortium/Contractual Costs | |
| 6. | Equipment or Facility Rental/User Fees | |
| 7. | Alterations and Renovations | |
| 8. | Client Services: Food, Transportation | 6,875.00 |
| 9. | Participant Incentives | 21,250.00 |
| 10. | Laboratory Testing | 12,825.00 |
| 11. | Facilities: Building Maintenance & Security | 33,617.00 |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| | **Total Other Direct Costs** | 78,567.00 |

## G. Direct Costs

| | Funds Requested ($) |
|---|---|
| **Total Direct Costs (A thru F)** | 416,626.00 |

## H. Indirect Costs

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($) |
|---|---|---|---|
| Federally Negotiated NICRA | 21.80 | 337,902.00 | 73,663.00 |
| | | **Total Indirect Costs** | 73,663.00 |

**Cognizant Federal Agency**
(Agency Name, POC Name, and
POC Phone Number)

## I. Total Direct and Indirect Costs

| | Funds Requested ($) |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | 490,289.00 |

## J. Fee

| | Funds Requested ($) |
|---|---|
| | |

## K. Total Costs and Fee

| | Funds Requested ($) |
|---|---|
| **Total Costs and Fee (I + J)** | 490,289.00 |

## L. Budget Justification

(Only attach one file.)    Budget Justification NIDA REI - LA LGl    Add Attachment    Delete Attachment    View Attachment

# RESEARCH & RELATED BUDGET - Cumulative Budget

**Totals ($)**

| | |
|---|---|
| **Section A, Senior/Key Person** | 67,817.00 |
| **Section B, Other Personnel** | 1,232,404.00 |
| Total Number Other Personnel | 37 |
| **Total Salary, Wages and Fringe Benefits (A+B)** | 1,300,221.00 |
| **Section C, Equipment** | |
| **Section D, Travel** | 1,413.00 |
| 1. Domestic | |
| 2. Foreign | 1,413.00 |
| **Section E, Participant/Trainee Support Costs** | |
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other | |
| 6. Number of Participants/Trainees | |
| **Section F, Other Direct Costs** | 483,478.00 |
| 1. Materials and Supplies | 39,800.00 |
| 2. Publication Costs | |
| 3. Consultant Services | |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Other 1 | 59,125.00 |
| 9. Other 2 | 161,450.00 |
| 10. Other 3 | 91,747.00 |
| 11. Other 4 | 123,942.00 |
| 12. Other 5 | 7,414.00 |
| 13. Other 6 | |
| 14. Other 7 | |
| 15. Other 8 | |
| 16. Other 9 | |
| 17. Other 10 | |

| | |
|---|---|
| **Section G, Direct Costs (A thru F)** | 1,785,112.00 |
| **Section H, Indirect Costs** | 283,448.00 |
| **Section I, Total Direct and Indirect Costs (G + H)** | 2,068,560.00 |
| **Section J, Fee** | |
| **Section K, Total Costs and Fee (I + J)** | 2,068,560.00 |

**BUDGET JUSTIFICATION**

## KEY PERSONNEL

**Marjan Javanbakht, PhD. – Site Principal Investigator** (.6 calendar months, Years 1-5): Dr. Javanbakht is a faculty researcher at the Los Angeles LGBT Center and an Adjunct Professor at the UCLA Fielding School of Public Health, Department of Epidemiology. Dr. Javanbakht has been a key member of the mSTUDY administrative team since the beginning of the study, playing a major role in the study design, ongoing modification of quantitative survey tools, stewardship of study data, management of data cleaning and analysis. She was funded for an R21 mSTUDY sub study examining the impact of anti-bacterial mouthwash on Gonorrhoea incidence in the mSTUDY cohort. She has contributed to numerous mSTUDY peer reviewed publications. In her role as Site Principal Investigator for the proposed research, Dr. Javanbakht will be responsible for overall research design, conduct, study team management, analyses, dissemination, and adherence of the study to the community based participatory principles that guide the Center's research program.

## PERSONNEL

**TBD - Peer navigator 1** (0 CM in Year 1, 3 CM in Year 2, 6 CM in years 3-5) The Peer Navigator will be an individual with lived experience and someone who identifies as a sexual minority male (SMM) who will work with the mSTUDY participants to link them to the services and support they need to improve their HIV and substance use outcomes.  They will be knowledgeable about the resources available for SMM living with HIV and who use drugs.  They will collaborate with the mSTUDY study coordinator and team to maintain contact with a sub-set of the study participants that they are assigned to.  They will meet with mSTUDY participants at all the LGBT Center community sites.

**TBD - Peer navigator 2** (0 CM in Year 1, 3 CM in Year 2, 6 CM in years 3-5) The Peer Navigator will be an individual with lived experience and someone who identifies as a sexual minority male (SMM) who will work with the mSTUDY participants to link them to the services and support they need to improve their HIV and substance use outcomes.  They will be knowledgeable about the resources available for SMM living with HIV and who use drugs.  They will collaborate with the mSTUDY study coordinator and team to maintain contact with a sub-set of the study participants that they are assigned to.  They will meet with mSTUDY participants at all the LGBT Center community sites.

**TBD - Peer navigator 3** (0 CM in Year 1, 3 CM in Year 2, 6 CM in years 3-5) The Peer Navigator will be an individual with lived experience and someone who identifies as a sexual minority male (SMM) who will work with the mSTUDY participants to link them to the services and support they need to improve their HIV and substance use outcomes.  They will be knowledgeable about the resources available for SMM living with HIV and who use drugs.  They will collaborate with the mSTUDY study coordinator and team to maintain contact with a sub-set of the study participants that they are assigned to.  They will meet with mSTUDY participants at all the LGBT Center community sites.

**Risa Flynn – Director of Research** (1.2 CM Yrs.1-5) Ms. Flynn is the Director of Clinical Research at the Los Angeles LGBT Center and has over 25 years of research administration experience in clinical, biobehavioral, and biomedical research, health policy, health education, and public health. Ms. Flynn has directed mSTUDY implementation at the Center since 2014. She will continue to manage administrative, contractual, fiscal, and site regulatory activities. She will serve as the primary point of contact with the UCLA and UCSB study teams and manage communication between and among the project sites. She will manage recruitment, hiring and training for study staff, organize and participate in all site study meetings, and integrate study activities into the workflow of the Center's clinic and community sites.

**Mika Baumgardner – Research Administrative Coordinator** (1.2 CM years 1-4, .6 CM Year 5) Mr. Baumgardner has served in this role for 2 years in support of all LA LGBT Center clinical and biobehavioral studies. They will provide administrative support including: general and medical supply ordering and inventory, maintenance of regulatory documents, meeting scheduling and agendas, annual grant reporting, manage

participant incentives and tracking, support recruitment outreach and events at community sites, coordinate development and production of advertising materials and manage study presence on social media.

**Susy Arreola – Laboratory Technician** (1.2 CM Years 1-5) Ms. Arreola has served as the mSTUDY cohort phlebotomist and lab technician for ten years. She will perform specimen collection, processing, storage, shipping, record keeping, LDMS data entry, and query resolution.

**Enrique Castrejon- Study Site Supervisor** (1.2 CM Year 1, 6 CM Years 2-5) Mr. Castrejon was a research coordinator on the mSTUDY team since the study's beginning in 2014 and took over the role of Site Study Supervisor in 2019. Mr. Castrejon has developed relationships with participants built upon trust and respect; his continued leadership of the study will ensure retention and successful recruitment of the new cohort. He supervises study implementation to ensure strict adherence to protocol, quality control, successful recruitment, and optimal retention. He has primary responsibility for design of recruitment and retention strategies, training, technology infrastructure implementation and troubleshooting. He will manage operational communications with the UCLA and UCSB administrative staff, all study tracking documents, data entry into OpenClinica and SISTAT. He responds to requests for data, reports, and study updates; monitors and adjusts workflow as needed for optimal use of resources. He leads internal weekly meetings, all-site meetings, and others as assigned.

**Jacqueline Lewis – Research Coordinator** (3 CM Year 1, 9 CM Years 2 – 5) Ms. Lewis has served as Research Coordinator for the mSTUDY cohort since 2020. She will continue to support outreach, recruitment, enrollment, retention activities and all phases of study implementation. She schedules participants, places reminder calls/emails, conducts the visit, coordinates administration of the ACASI, manages participant incentives, contacts the courier for specimen pick up, enters data into OPENCLINICA, LDMS, SISTAT data platforms as well as site tracking documents. She attends weekly internal site meetings, bi-monthly all-site meetings, and others as assigned.

## OTHER

**Participant Food – ($26,875 total: $5,000 in Year 1, $6250 in years 2-4, $3125 in Year 5)**
Based upon profiles of current mSTUDY cohort, approximately 75% of the cohort is expected to report at least some food insecurity. 75% of year 1 cohort (N = 200) will be offered grocery store gift cards in the amount of $15 and 25% of year 1 cohort will be offered grocery store gift cards in the amount of $5.00. In years 2 – 4, 75% of cohort (N=250) will be offered grocery store gift cards in the amount of $15 and 25% of cohort will be offered grocery store gift cards in the amount of $5. In year 5, 75% of cohort (N= 125) will be offered grocery store gift cards in the amount of $15 and 25% of year 5 cohort will be offered grocery store gift cards in the amount of $5.00.

**Participant Travel – ($32,250 total: $6,00 in year 1, $7500 in years 2 – 4, and $3750 in Year 5)** Funds are requested to support participant travel for study visits. In year 1, we'll reimburse 200 participants $15 per visit x 2 visits = $6,000. In years 2 – 4, we'll reimburse 250 participants $15 per visit x 2 visits = $7500. In year 5 we'll reimburse 125 participants $15 per visit x 2 visits = $3,750.

**Participant Incentives**

**Incentives for Qualitative Interviews ($2100 in year 1 and $2100 in Year 4)**
30 participants and 30 providers will be invited to participate in qualitative interviews in Years 1 and 4. They will be compensated $35 for their time. 60 x 2 x $35 = $4200

**Incentives for study visits ($157,250 total: $8500 in year 1, $42,500 in years 2-4, and $21,250 in Year 5)**
50 participants x $85 x 2 visits = $8500 in Year 1; 250 participants x $85 x 2 visits = $42,500 in years 2-4; 125 participants x $85 x 2 visits = $21,250 in Year 5.

**Laboratory Tests ($91,745 total: $4933 in Year 1, $24,663 in Years 2-4, and $12,825 in Year 5)**

We will test for HIV viral load, CD4 count, and substance use. Estimating that about 50% of the cohort will be in HIV care at the Center, we'll be able to abstract the HIV outcomes data from electronic medical records so we've budgeted for outside lab costs for the other half of the cohort. Lab tests @ $98.65 per participant x 25 participants x 2 visits in Year 1 = $4933; Lab tests @ $98.65 per participant x 125 participants x 2 visits = $24,633 in years 2-4; Lab tests @$98.65 x 85 participants x 2 visits = $12,825 in year 5.

**Supplies - General ($9000 - $5,000 Year 1 and $1,000 in each of Years 2-5)**
We request funding for general supplies including paper, envelopes, postage, filing supplies, photocopy costs, minor office equipment, birthday/holiday cards for participant retention, etc. Costs estimated at $36 per participant (N = 250) for 2 visits per year over 5 years.

**Supplies – Medical ($25,800 - $4800 in year 1, $6000 in years 2-4, and $3000 in Year 5)** We request funding for medical supplies including phlebotomy equipment (needles, syringes, tubes, tourniquets, etc.), biohazard bags, dry ice for shipping, cryovials, labels, barcode scanner, etc. Medical supplies are estimated at $12 per participant: 200 participants x $12 x 2 visits in year 1 = $4800; 250 participants x $12 x 2 visits in years 2 – 4 = $6000 per year; 125 participants x $12 x 2 visits in year 5 = $3000.

**Computer Equipment ($5,000 in Year 1)**
We request funding for 2 laptop computers and associated equipment @ $2,500 each for the Peer Navigator and Case Manager.

**Software License ($2,000 in Year 2)**
We request funding to support the cost of the *Clinical Conductor* clinical research management system software platform, used to schedule and track participant visits, generate visit windows, manage staff resources, and send visit reminders.

**Mileage ($314 in years 1-4, $157 in Year 5)**
We request funding to reimburse staff for travel between the Center's community sites. We request funding for 2 staff to make 1 trip per month: 2 staff x 20 miles average per trip x 12 trips annually x .655 per mile reimbursement = $314 in Years 1 – 4; funding is requested for 6 months' worth of mileage in year 5.

**Allocated Facilities Costs ($7,414 in Year 1, $23,442 in year 2, $31,770 in Year 3, $33,113 in Year 4, $33,617 in Year 5)** This budgeted element represents the costs of the operation, maintenance, and security of the space used solely for the funded activity. These costs are required to ensure that services are provided in a clean, safe, and operational environment. Costs reflected in the budgeted amount are provisional and are not included in agency indirect expenses. These costs are based on the number of FTEs and space occupied for the project.

**Indirect Costs ($16,245 in Year 1, $51,366 in Year 2, $69,616 in Year 3, $72,558 in Year 4, $73,663 in Year 5)** Indirect costs are calculated at our federally negotiated NICRA rate of 21.8% of personnel costs.

Subaward Number:

---

## Attachment 6

**Notice of Award (NOA) and any additional documents**

---

⦿  The following pages include the NOA and if applicable any additional documentation referenced throughout this Subaward.

◯  Not incorporating the NOA or any additional documentation to this Subaward.

Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE ON DRUG ABUSE

**Notice of Award**
FAIN# R01DA061345
**Federal Award Date**
09/05/2024

## Recipient Information

**1. Recipient Name**
UNIVERSITY OF CALIFORNIA, LOS ANGELES
10889 WILSHIRE BLVD STE 700
LOS ANGELES, CA 90024

**2. Congressional District of Recipient**
36

**3. Payment System Identifier (ID)**
1956006143A1

**4. Employer Identification Number (EIN)**
956006143

**5. Data Universal Numbering System (DUNS)**
092530369

**6. Recipient's Unique Entity Identifier**
RN64EPNH8JC6

**7. Project Director or Principal Investigator**
Pamina Mae Gorbach, DRPH (Contact)
Professor
pgorbach@ucla.edu
310-794-2555

**8. Authorized Official**



## Federal Agency Information
**9. Awarding Agency Contact Information**



**10. Program Official Contact Information**

## Federal Award Information

**11. Award Number**
1R01DA061345-01

**12. Unique Federal Award Identification Number (FAIN)**
R01DA061345

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Race & Place: The Impacts of Racial Inequality on Substance Use and HIV Outcomes in Los Angeles

**15. Assistance Listing Number**
93.279

**16. Assistance Listing Program Title**
Drug Abuse and Addiction Research Programs

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---:|
| **19.** Budget Period Start Date 09/15/2024 – **End Date** 07/31/2025 | |
| **20.** Total Amount of Federal Funds Obligated by this Action | $439,153 |
|    20 a.  Direct Cost Amount | $346,066 |
|    20 b.  Indirect Cost Amount | $93,087 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $439,153 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $439,153 |
| **26.** Project Period Start Date 09/15/2024 – **End Date** 07/31/2029 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $439,153 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



RESEARCH
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE ON DRUG ABUSE



---

**SECTION I − AWARD DATA − 1R01DA061345-01**

---

**Principal Investigator(s):**
Pamina Mae Gorbach (contact), DRPH
Marjan Javanbakht, PHD
Terrell Winder, PHD

**Award e-mailed to:** awards@research.ucla.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $439,153 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIVERSITY OF CALIFORNIA LOS ANGELES in support of the above referenced project. This award is pursuant to the authority of 42 USC 241  42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Drug Abuse of the National Institutes of Health under Award Number R01DA061345. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,


████████████
Grants Management Officer
NATIONAL INSTITUTE ON DRUG ABUSE

---

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

 

| | |
|---|---:|
| **Federal Direct Costs** | $346,066 |
| **Federal F&A Costs** | $93,087 |
| **Approved Budget** | $439,153 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $439,153 |
| **TOTAL FEDERAL AWARD AMOUNT** | $439,153 |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $439,153 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $439,153 | $439,153 |
| 2 | $647,451 | $647,451 |
| 3 | $723,562 | $723,562 |
| 4 | $725,865 | $725,865 |
| 5 | $695,843 | $695,843 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**
| | |
|---|---|
| **Payment System Identifier:** | 1956006143A1 |
| **Document Number:** | RDA061345A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| DA | 8472628 | $439,153 | $647,451 | $723,562 | $725,865 | $695,843 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC:** CM/ALW / **OC:** 41021 / **Released**: 08/28/2024
**Award Processed:** 09/05/2024 12:31:06 AM

## SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01DA061345-01

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

## SECTION III – STANDARD TERMS AND CONDITIONS – 1R01DA061345-01

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

   a.   The grant program legislation and program regulation cited in this Notice of Award.
   b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
   c.   45 CFR Part 75.
   d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
   e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
   f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01DA061345. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html.

For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  DA SPECIFIC AWARD CONDITIONS – 1R01DA061345-01**


Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.


**This award contains grant-specific restrictions. These restrictions may only be lifted by a revised Notice of Award (NoA).**

**PERSONNEL COSTS RESTRICTED – OTHER SUPPORT REQUIRED**
Funds awarded for the salary, fringe benefits, and associated facilities and administrative costs of Drs. Nina Harawa, Hillary Aralis, Latoya Small,and Susie Cassels are restricted and may not be used until revised other support is reviewed and accepted by NIDA staff. The Authorized Organizational Representative must provide updated other support information that reflects no more than 12 person months' total effort for the individual(s) listed.  This information must be submitted to the NIDA Grants Management Specialist and Program Official listed in eRA Commons **within 15 days** of the issue date of this award**.**

**HUMAN SUBJECTS RESTRICTION- IRB REQUIRED**
This award is issued without a currently valid certification of Institutional Review Board (IRB) approval for this project with the following restriction:  Only activities that are clearly severable and independent from activities that involve human subjects may be conducted under this award until the project has received IRB approval consistent with 45 CFR Part 46 and certification of IRB approval has been submitted to and accepted by NIDA.  No funds may be drawn down from the payment system and no obligations may be made against Federal funds for research involving human subjects by the recipient or any other site engaged in such research for any period not covered by an OHRP-approved Assurance and IRB approval consistent with 45 CFR Part 46.  Failure to comply with the above requirements may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action.

See the NIH Grants Policy Statement, section on Human Subjects Protections http://grants.nih.gov/policy/nihgps/index.htm for specific requirements related to the protection of human subjects, which are applicable to this term and condition of award.


**FY2024 FUNDING**

The award amount for the current year is based upon IRG/Council recommendations, cost analysis, program priorities and availability of funds.

**BUDGET PERIOD**
Future year anniversary dates for this grant will be August 1 and the Research Performance Progress Report (RPPR) is due on June 15.

**NOFO REQUIREMENTS**
This award is subject to the requirements detailed inRFA-DA-23-061, entitled NIDA REI: Reaching Equity at the Intersection of HIV and Substance Use: Novel Approaches to Address HIV Related Health Disparities in Underserved Racial and/or Ethnic Populations (R01 Clinical Trial Optional), posted on 10/04/2022 which are incorporated by reference as terms and conditions of this award.

The NOFO is available here: https://grants.nih.gov/grants/guide/rfa-files/RFA-DA-23-061.html

**CONSORTIUM ACTIVITY**
This award includes funds awarded for consortium activities.  Consortia are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS), Section on Consortium Agreements - http://grants.nih.gov/policy/nihgps/index.htm.

The recipient is reminded of the *NIH Final Updated Policy Guidance for Subaward/Consortium Written Agreements* as published in the NIH Guide notice NOT-OD-23-182 on September 15, 2023 with an effective date of January 1, 2024.  The notice can be found here: https://grants.nih.gov/grants/guide/notice-files/NOT-OD-23-182.html

**MULTIPLE PI**
The following principal investigators (PIs) are associated with this project:

- Pamina Gorbach DrPH
- Terrel Winder
- Marjan Javanbakht PhD

Dr. Gorbach is the contact PI for correspondence purposes.  As this grant has multiple PIs, all NIH Grant policies regarding multiple PIs, including, but not limited to, all prior approval requirements, must be followed accordingly, see NIH Grants Policy Statement, section on Multiple Program Director/Principal Investigators, found at http://grants.nih.gov/policy/nihgps/index.htm.

**GRADUATE STUDENT CAP**
The maximum amount NIH will award for the support of a graduate student on a research grant or a cooperative agreement is tied to the National Research Service Award (NRSA) zero-level stipend in effect at the time the grant award is issued on the Federal award date.  The schedule for NRSA stipends can be found at  http://grants.nih.gov/training/nrsa.htm.  Consistent with cost principles for Institutions of Higher Education (IHEs) described in 45 CFR 75.431 and 45 CFR 75.466, the compensation of graduate students supported by research grants must be reasonable.  These operating principles associated with the compensation of students performing necessary work on NIH funded research projects are described in detail in the *NIH Grants Policy Statement* at  http://grants.nih.gov/policy/nihgps/index.htm.  The amount provided for compensation includes salary or wages, fringe benefits, and tuition remission.

**DATA AND SAFETY MONITORING BOARD (DSMB)**
This award is subject to the NIDA Guidelines for Establishing and Operating a Data and Safety Monitoring Board.

**DATA AND SAFETY MONITORING PLAN**
This award is subject to the Data and Safety Monitoring Plan (DSMP) submitted and approved by NIDA via  the application dated 11/14/2023.  Any changes in the DSMP must be reviewed and approved by the NIDA Program Official.  If changes are approved, the approval will be reflected on the Notice of Award (NoA) via revision.  If changes are not approved, the Principal Investigator

must revise the DSMP to the satisfaction of the NIDA Program Official.  The Principal Investigator must provide a DSMP for any new trial that is to be conducted under this grant.

**REMINDER FOR SINGLE IRB**
The recipient is reminded that NIH requires sites engaged in NIH-funded, multi-site research conducted at more than one domestic site to rely upon approval by a single Institutional Review Board (sIRB) as required by the Revised Common Rule at 45 CFR Part 46.114 and the NIH sIRB Policy (NOT-OD-16-094: Final NIH Policy on the Use of a Single Institutional Review Board for Multi-Site Research). More information on this requirement can be found in the NIHGPS 4.1.15 Human Subjects Protections (nih.gov). Institutional Review Board (IRB) approval(s) is required for each new protocol and performance site prior to implementation of human subjects research.  No funds may be drawn down from the payment system and no obligations may be made against Federal funds for research involving human subjects at any site engaged in such research for any period not covered by an Office for Human Research Protections Assurance and an IRB approval consistent with the requirements of 45 CFR Part 46.

**NIDA TERMS**
In conjunction with the Acknowledgment of Federal Funding Requirement (as specified in the NIH Grants Policy Statement, Appropriation Mandates http://grants.nih.gov/policy/nihgps/index.htm), in order to most effectively disseminate research results, advance notice should be given to NIDA that research findings are about to be published so that we may coordinate accurate and timely release to the media. This information will be embargoed until the publication date. Please see the NIDA Special Considerations Page for guidance on coordination with the NIDA Press Office at https://www.drugabuse.gov/funding/special-considerations-for-nida-funding, or contact the NIDA Press Office at media@nida.nih.gov.

Please see Special Considerations for NIDA Funding Opportunities and Awards at https://www.drugabuse.gov/funding/special-considerations-for-nida-funding.

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01DA061345-01

**INSTITUTION:** UNIVERSITY OF CALIFORNIA LOS ANGELES

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|--------|--------|--------|--------|--------|--------|
| ▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL FEDERAL DC | $346,066 | $575,642 | $653,823 | $656,126 | $618,603 |
| TOTAL FEDERAL F&A | $93,087 | $71,809 | $69,739 | $69,739 | $77,240 |
| TOTAL COST | $439,153 | $647,451 | $723,562 | $725,865 | $695,843 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| F&A Cost Rate 1 | 57.5% | 57.5% | 57.5% | 57.5% | 57.5% |
| F&A Cost Base 1 | $161,891 | $124,886 | $121,286 | $121,286 | $134,331 |
| F&A Costs 1 | $93,087 | $71,809 | $69,739 | $69,739 | $77,240 |

Version: 25 - 2/15/2024 9:51 AM | Generated on: 9/5/2024 12:31 AM