JENNIFER C. PIZER (SBN 152327)
*jpizer@lambdalegal.org*
PELECANOS*
*pelecanos@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

JOSE ABRIGO*
*jabrigo@lambdalegal.org*
OMAR GONZALEZ-PAGAN*
*ogonzalez-pagan@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

CAMILLA B. TAYLOR*
*ctaylor@lambdalegal.org*
KENNETH D. UPTON, JR*
*kupton@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

KAREN L. LOEWY*
*kloewy@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

* *Appearance pro hac vice.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

-------------------------------------------------------- x
                           :

SAN FRANCISCO AIDS FOUNDATION;
    *et al.*,

              *Plaintiffs*,

    v.

DONALD J. TRUMP, in his official capacity
    as President of the United States; *et al.*,

              *Defendants*.

-------------------------------------------------------- x

Case No. 4:25-cv-01824-JST

**SUPPLEMENTAL DECLARATION OF TYLER TERMEER, CHIEF EXECUTIVE OFFICER OF SAN FRANCISCO AIDS FOUNDATION, IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1

1    I, Dr. Tyler TerMeer, hereby state as follows:

2    1.    I am the Chief Executive Officer of San Francisco AIDS Foundation ("SFAF"), a

3 nonprofit 501(c)(3) organization based in San Francisco, California.  SFAF works to promote

4 health, wellness, and social justice for communities affected by HIV through advocacy, education,

5 and direct services.  I have served in this capacity since February 14, 2022.

6    2.    On February 24, 2025, I executed a Declaration (ECF No. 47-9) in support of

7 Plaintiffs' Complaint and Motion for a Preliminary Injunction, filed on March 3, 2025 (ECF No.

8 47) to prevent Defendant agencies and their leadership from enforcing Executive Order No. 14168

9 "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the

10 Federal Government" ("Gender Order"), issued January 20, 2025; Executive order No. 14151

11 "Ending Radical and Wasteful DEI Programs and Preferencing" ("DEI-1 Order"), issued January

12 20, 2025; and Executive Order No. 14173 "Ending Illegal Discrimination and Restoring Merit-

13 Based Opportunity" ("DEI-2 Order"), issued January 21, 2025 (collectively, the "Executive

14 Orders"), and related agency directives.

15    3.    Since executing that Declaration on February 24, 2025, I learned that Defendant

16 National Institutes of Health ("NIH") has terminated a federal grant awarded to the University of

17 California, San Francisco ("UCSF") under which SFAF is a subawardee. I have also learned that

18 the Substance Abuse and Mental Health Services Administration ("SAMHSA"), a component of

19 Defendant U.S. Department of Health and Human Services ("HHS"), recently terminated a grant

20 to the California Department of Health Care Services under which SFAF is a subrecipient.

21    4.    I am submitting this supplemental declaration to inform the Court of these recent

22 developments and the negative impacts they have had and will continue to have on SFAF and the

23 people that it serves.

24    **A.    NIH Grant Termination**

25    5.    Upon information and belief, on or about July 18, 2024, UCSF won a $1,628,180

26 grant from NIH (the "NIH Grant") to study the effectiveness of Doxy-PEP, a post-exposure

27

28

2

prophylaxis to prevent bacterial sexually transmitted infections ("STIs") like chlamydia, gonorrhea, and syphilis. The NIH Grant was for the period July 18, 2024 through June 30, 2029 (the "Doxy-PEP Study").

6.      The Notice of Award for the NIH Grant is attached as **Exhibit A**.

7.      On July 18, 2024, SFAF was awarded a Cost Reimbursement Subaward by UCSF under the NIH Grant pursuant to which SFAF is studying the effectiveness of Doxy-PEP in a target population of transgender women and men who have sex with men ("MSM"). Prior research has shown that members of this population are at high risk of the bacterial STIs Doxy-PEP is designed to prevent.

8.      The Cost Reimbursement Subaward Agreement between UCSF and SFAF is attached as **Exhibit B**.  SFAF receives approximately $50,000 per year under the NIH Grant. SFAF's work in the Doxy-PEP study includes recruiting, enrolling, and maintaining the optimal study cohort, coordinating with care providers to ensure those enrolled in the study who agree to take Doxy-PEP continue to do so, and follow-up with those who decline to take Doxy-PEP after 12 months.  SFAF's work also includes follow-up with those taking Doxy-PEP every three months to ensure completion of a study questionnaire and continued STI testing to monitor the effectiveness of Doxy-PEP and the evaluate bacterial resistance. SFAF has a full-time research associate working on the Doxy-PEP study and the NIH Grant was intended to fund 25% of that individual's compensation in 2025 and 50% of their compensation for the four years thereafter.

9.      Upon information and belief, on or about March 18, 2025, UCLA received a Notice of Termination, purporting to immediately terminate the NIH Grant (the "Termination Notice").

10.     According to the Termination Notice, the NIH Grant was terminated because "[r]esearch programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities."

11.     The Termination Notice is attached as **Exhibit C**.

SUPPLEMENTAL DECLARATION OF TYLER TERMEER IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JTS

12.      We do not understand the reasoning behind this grant termination. The NIH Director is directed to "encourage efforts to improve research related to the health of sexual and gender minority populations." 42 USC § 283p. Our application and subsequent grant award fall squarely within this Congressional mandate and the purported basis of this termination directly contradicts one of the purposes of the NIH.

13.      Without the funding from the NIH Grant, SFAF will likely be forced to terminate the research associate assigned to the Doxy-PEP study.

**B. The SAMHSA Grant**

14.      SFAF receives approximately $125,000 of pass-through funding per year from SAMHSA.  This funding flows to SFAF from The Center at Sierra Health Foundation, via the California Department of Health Care Services, and is part of the State of California's Behavioral Health Recovery Services Project (the "SAMHSA Grant").

15.      The Behavioral Health Recovery Services Project is intended to improve access to behavioral health across the state.  The Center at Sierra Health Foundation serves as the administrative entity for the state and awards subrecipient agreements to organizations that provide behavioral health recovery services to individuals experiencing severe mental illness, serious emotional disturbance, and substance use disorder.

16.      On April 16, 2024, SFAF was awarded a Subrecipient Agreement by The Center at Sierra Health Foundation to fund its work enhancing access and equity in substance use treatment services through strengthening the Treatment on Demand Coalition. SFAF utilized the grant funds pay for 1.0 FTE dedicated to organizing and working with other behavioral health recovery service providers to expand substance use treatment and address racial disparities in overdose and treatment outcomes in San Francisco. This work specifically targets communities most impacted by health disparities, including LGBTQ+, BIPOC, PWID, and TGNB individuals who face intersecting challenges related to discrimination, homophobia, transphobia, poverty, homelessness, substance use, mental health issues, and HIV stigma.

SUPPLEMENTAL DECLARATION OF TYLER TERMEER IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JTS

17.    The Subrecipient Agreement is attached as **Exhibit D**.

18.    The funds received under the SAMHSA Grant pays one employee's full-time salary and, without the funding, that position will need to be eliminated.

19.    On April 1, 2025, SFAF was advised by The Center at Sierra Health Foundation that the SAMHSA Grant was terminated effective March 24, 2025.  A copy of the notice SFAF received is attached as **Exhibit E**.

20.    Loss of the SAMHSA Grant would mean that SFAF is no longer able to convene and coordinate behavioral health recovery service providers to enhance access and equity in substance use treatment services and would likely have to terminate one full-time employee.

21.    The NIH Grant and the SAMSHA Grant are not the only federal funding that SFAF relies upon and experiencing the termination of those grants has only heightened the concerns and challenges we are already facing as a result of the Executive Orders that were detailed in my February 24 Declaration. And now, enforcement of the Executive Orders against us is not only imminent but is clearly already occurring and I am concerned that the NIH and SAMHSA Grants are just the first of many existing federal grants SFAF receives funding under that will be terminated.

/

/

/

/

/

/

/

/

/

5

1   I declare under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct.

3   Dated: April 7, 2025                    Respectfully submitted,

4

5

6   _____

7   Dr. Tyler TerMeer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

SUPPLEMENTAL DECLARATION OF TYLER TERMEER IN SUPPORT OF PLAINTIFFS' COMPLAINT
AND MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JTS