# EXHIBIT B

# FDP Cost Reimbursement Subaward

Run Template

| Federal Awarding Agency: | National Institutes of Health (NIH) |
|---|---|

| Pass-Through Entity (PTE): | Subrecipient: |
|---|---|
| The Regents of the University of California San Francisco | San Francisco AIDS Foundation |
| PTE PI: Annie Luetkemeyer | Sub PI: Hyman Scott, MD MPH |
| PTE Federal Award No: 1R01AI181732-01A1 | Subaward No: 15484sc |

Project Title: The Doxy-PEP Impact Study: a multi-city US longitudinal cohort to evaluate doxy-PEP field effectiveness, investigate associated antimicrobial resistance, and establish doxy-PEP to need ratios

| Subaward Budget Period: | Amount Funded This Action (USD): $ 52822 |
|---|---|
| Start: 7/18/2024  [?]   End: 6/30/2025  [?] | |
| Estimated Period of Performance: | Incrementally Estimated Total (USD): $ 306425 |
| Start: 7/18/2024    End: 6/30/2029 | |

## Terms and Conditions

1. PTE hereby awards a cost reimbursable subaward, (as determined by 2 CFR 200.331), to Subrecipient. The Statement of Work and budget for this Subaward are as shown in Attachment 5. In its performance of Subaward work, Subrecipient shall be an independent entity and not an employee or agent of PTE.

2. Subrecipient shall submit invoices not more often than monthly and not less frequently than quarterly for allowable costs incurred. Upon the receipt of proper invoices, the PTE agrees to process payments in accordance with this Subaward and 2 CFR 200.305. All invoices shall be submitted using Subrecipient's standard invoice, but at a minimum shall include current and cumulative costs (including cost sharing), breakdown by major cost category, Subaward number, and certification, as required in 2 CFR 200.415(a). Invoices that do not reference PTE Subaward number shall be returned to Subrecipient. Invoices and questions concerning invoice receipt or payments shall be directed to the party's Financial Contact, shown in Attachment 3A.

3. A final statement of cumulative costs incurred, including cost sharing, marked "FINAL" must be submitted to PTE's Financial Contact, as shown in Attachment 3A, not later than 60 days after the final Budget Period end date. The final statement of costs shall constitute Subrecipient's final financial report.

4. All payments shall be considered provisional and are subject to adjustment within the total estimated cost in the event such adjustment is necessary as a result of an adverse audit finding against the Subrecipient.

5. Matters concerning the technical performance of this Subaward shall be directed to the appropriate party's Principal Investigator as shown in Attachments 3A and 3B. Technical reports are required as shown in Attachment 4.

6. Matters concerning the request or negotiation of any changes in the terms, conditions, or amounts cited in this Subaward, and any changes requiring prior approval, shall be directed to the PTE's Authorized Official Contact and the Subrecipient's Authorized Official Contact shown in Attachments 3A and 3B. Any such change made to this Subaward requires the written approval of each party's Authorized Official as shown in Attachments 3A and 3B.

7. The PTE may issue non-substantive changes to the Budget Period(s) and Budget Unilaterally. Unilateral modification shall be considered valid 14 days after receipt unless otherwise indicated by Subrecipient when sent to Subrecipient's Authorized Official Contact, as shown in Attachment 3B.

8. Each party shall be responsible for its negligent acts or omissions and the negligent acts or omissions of its employees, officers, or directors, to the extent allowed by law.

9. Either party may terminate this Subaward with 30 days written notice. Notwithstanding, if the Awarding Agency terminates the Federal Award, PTE will terminate in accordance with Awarding Agency requirements. PTE notice shall be directed to the Authorized Official Contact, and Subrecipient notice shall be directed to the Authorized Official Contact as shown in Attachments 3A and 3B. PTE shall pay Subrecipient for termination costs as allowable under Uniform Guidance, 2 CFR 200, or 45 CFR Part 75 Appendix IX, as applicable

10. By signing this Subaward, including the attachments hereto which are hereby incorporated by reference, Subrecipient certifies that it will perform the Statement of Work in accordance with the terms and conditions of this Subaward and the applicable terms of the Federal Award, including the appropriate Research Terms and Conditions ("RTCs") of the Federal Awarding Agency, as referenced in Attachment 2. The parties further agree that they intend this subaward to comply with all applicable laws, regulations, and requirements.

| By an Authorized Official of the PTE: | By an Authorized Official of the Subrecipient: |
|---|---|
| *Scott Mayhew* (DocuSigned by) | (signature) |
| 9/24/2024 | 09 / 23 / 2024 |
| Date | Date |
| Name: Scott Mayhew | Name: Peter Parisot |
| Title: Contract Officer | Title: Chief Legal Officer |

<table>
<tr><td></td><td>Subaward Number:</td></tr>
</table>

**Attachment 1**
**Certifications and Assurances**

Subaward Number:
15484sc

**Certification Regarding Lobbying (2 CFR 200.450)**
By signing this Subaward, the Subrecipient Authorized Official certifies, to the best of his/her knowledge and belief, that no Federal appropriated funds have been paid or will be paid, by or on behalf of the Subrecipient, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement in accordance with 2 CFR 200.450.

If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or intending to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the Subrecipient shall complete and submit Standard Form -LLL, "Disclosure Form to Report Lobbying," to the PTE.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by 31 U.S.C. 1352. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

**Debarment, Suspension, and Other Responsibility Matters (2 CFR 200.214 and 2 CFR 180)**
By signing this Subaward, the Subrecipient Authorized Official certifies, to the best of his/her knowledge and belief that neither the Subrecipient nor its principals are presently debarred, suspended, proposed for debarment, declared ineligible or voluntarily excluded from participation in this transaction by any federal department or agency, in accordance with 2 CFR 200.213 and 2 CFR 180.

**Audit and Access to Records**
Subrecipient certifies that it will provide PTE with notice of any adverse findings which impact this Subaward. Subrecipient certifies compliance with applicable provisions of 2 CFR 200.501-200.521. If Subrecipient is not required to have a Single Audit as defined by 200.501, Awarding Agency requirements, or the Single Audit Act, then Subrecipient will provide notice of the completion of any required audits and will provide access to such audits upon request. Subrecipient will provide access to records as required by parts 2 CFR 200.337 and 200.338 as applicable.

**Program for Enhancement of Contractor Employee Protections (41 U.S.C 4712)**
Subrecipient is hereby notified that they are required to: inform their employees working on any federal award that they are subject to the whistleblower rights and remedies of the program; inform their employees in writing of employee whistleblower protections under 41 U.S.C §4712 in the predominant native language of the workforce; and include such requirements in any agreement made with a subcontractor or subgrantee.

The Subrecipient shall require that the language of the certifications above in this Attachment 1 be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

**Use of Name**
Neither party shall use the other party's name, trademarks, or other logos in any publicity, advertising, or news release without the prior written approval of an authorized representative of that party. The parties agree that each party may use factual information regarding the existence and purpose of the relationship that is the subject of this Subaward for legitimate business purposes, to satisfy any reporting and funding obligations, or as required by applicable law or regulation without written permission from the other party. In any such statement, the relationship of the parties shall be accurately and appropriately described.

**Prohibition on Certain Telecommunication and Video Surveillance Services or Equipment**
Pursuant to 2 CFR 200.216, Subrecipient will not obligate or expend funds received under this Subaward to: (1) procure or obtain; (2) extend or renew a contract to procure or obtain; or (3) enter into a contract (or extend or renew a contract) to procure or obtain equipment, services, or systems that uses covered telecommunications equipment or services (as described in Public Law 115-232, section 889) as a substantial or essential component of any system, or as a critical technology as part of any system.

**Attachment 2**
**Federal Award Terms and Conditions**

Subaward Number

| 15484sc |

## Required Data Elements

The data elements required by Uniform
Guidance are incorporated | in the attached Federal Award. | [?]

Awarding Agency Institute (If Applicable)

| |

| Federal Award Issue Date | FAIN | Assistance Listing No. |

Assistance Listing Program Title (ALPT)

| |

Key Personnel Per NOA

### This Subaward Is:

[■] Research & Development     [■] Subject to FFATA

[?] | |

## General Terms and Conditions

By signing this Subaward, Subrecipient agrees to the following:

1. To abide by the conditions on activities and restrictions on expenditure of federal funds in appropriations acts that are applicable to this Subaward to the extent those restrictions are pertinent. This includes any recent legislation noted on the Federal Awarding Agency's website:

   | http://grants.nih.gov/policy/notices.htm |

2. 2 CFR 200 and 45 CFR Part 75.

3. The Federal Awarding Agency's grants policy guidance, including addenda in effect as of the beginning date of the period of performance or as amended found at:

   | http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf |

4. Research Terms and Conditions, including any Federal Awarding Agency's Specific Requirements found at:

   | https://www.nsf.gov/awards/managing/rtc.jsp | except for the following :

   a. No-cost extensions require the written approval of the PTE. Any requests for a no-cost extension shall be directed to the | Administrative | Contact shown in Attachment 3A, not less than 30 days prior to the desired effective date of the requested change.

   b. Any payment mechanisms and financial reporting requirements described in the applicable Federal Awarding Agency Terms and Conditions and Agency-Specific Requirements are replaced with Terms and Conditions (1) through (4) of this Subaward; and

   c. Any prior approvals are to be sought from the PTE and not the Federal Awarding Agency.

   d. Title to equipment as defined in 2 CFR 200.1 that is purchased or fabricated with research funds or Subrecipient cost sharing funds, as direct costs of the project or program, shall vest in the Subrecipient subject to the conditions specified in 2 CFR 200.313.

   e. Prior approval must be sought for a change in Subrecipient PI or change in Key Personnel (defined as listed on the NOA).

5. Treatment of program income: | Additive |

## Special Terms and Conditions:

**Data Sharing and Access:**
Subrecipient agrees to comply with the Federal Awarding Agency's data sharing and/or access requirements as reflected in the NOA or the Federal Awarding Agency's standard terms and conditions as referenced in General Terms and Conditions 1-4 above.

| No additional requirements |

**Data Rights:**
Subrecipient grants to PTE the right to use data created in the performance of this Subaward solely for the purpose of and only to the extent required to meet PTE's obligations to the Federal Government under its PTE Federal Award.

**Copyrights:**
| Subrecipient Shall Grant | to PTE an irrevocable, royalty-free, non-transferable, non-exclusive right and license to use, reproduce, make derivative works, display, and perform publicly any copyrights or copyrighted material (including any computer software and its documentation and/or databases) first developed and delivered under this Subaward solely for the purpose of and only to the extent required to meet PTE's obligations to the Federal Government under its PTE Federal Award.

Subrecipient grants to PTE the right to use any written progress reports and deliverables created under this Subaward solely for the purpose of and only to the extent required to meet PTE's obligations to the Federal Government under its PTE Federal Award.

**Promoting Objectivity in Research (COI):**
Subrecipient must designate herein which entity's Financial Conflicts of Interest policy (COI) will apply: | Subrecipient |

If applying its own COI policy, by execution of this Subaward, Subrecipient certifies that its policy complies with the requirements of the relevant Federal Awarding Agency as identified herein: | NIH - 42 CFR Part 50 Subpart F |

Subrecipient shall report any financial conflict of interest to PTE's Administrative Representative or COI contact, as designated on Attachment 3A. Any financial conflicts of interest identified shall, when applicable, subsequently be reported to Federal Awarding Agency. Such report shall be made before expenditure of funds authorized in this Subaward and within 45 days of any subsequently identified COI.

**Work Involving Human or Vertebrate Animals** (Select Applicable Options)

☐ No Human or Vertebrate Animals

☐ IRB | Upon Request |

■ Human Subjects

☐ Vertebrate Animals

The PTE requires verification of IRB and/or IACUC approval be sent to | Principal Investigator | as required above:

Subrecipient agrees that any non-exempt human and/or vertebrate animal research protocol conducted under this Subaward shall be reviewed and approved by the appropriate Institutional Review Board (IRB) and/or its Institutional Animal Care and Use Committee (IACUC), as applicable and that it will maintain current and duly approved research protocols for all periods of the Subaward involving human and/or vertebrate animal research. Subrecipient certifies that the appropriate IRB and/or IACUC are in full compliance with applicable state and federal laws and regulations. The Subrecipient certifies that any submitted IRB / IACUC approval represents a valid, approved protocol that is entirely consistent with the Project associated with this Subaward. In no event shall Subrecipient invoice or be reimbursed for any human or vertebrate animals related expenses incurred in a period where any applicable IRB / IACUC approval is not properly in place.

**Human Subjects Data** (Select One) | Human subjects data will not be addressed in this agreement |

This section left intentionally blank

NIH Terms and Conditions

The Clinical Trial Indicator in Section IV of the PTE's NOA is stated as: | No | ?

Multiple PIs (MPI)

| This subaward is not subject to an MPI Leadership Plan. | ?

Certificate of Confidentiality:

The Parties agree that this research funded in whole or in part by the National Institutes of Health ("NIH"), is subject to NIH Policy NOT-OD-17-109 (the "Policy") and therefore is deemed under the Policy to be issued a Certificate of Confidentiality ("Certificate") should the conditions outlined within the Policy apply. Accordingly, the subrecipients who collect or receive identifiable, sensitive information are required to adhere to the Policy and protect the privacy of individuals who are subjects of such research in accordance with the Policy and subsection 301(d) of the Public Health Service Act (the "PHS Act").

**Additional Terms** ?

**Attachment 3A**
**Pass-Through Entity (PTE) Contacts**

Subaward Number:

15484sc

**PTE  Information**

Entity Name: The Regents of the University of California San Francisco

Legal Address:
c/o Office of Sponsored Research, Box 0962
490 Illinois Street, 4th Floor
San Francisco, CA 94143

Website: osr.ucsf.edu

**PTE Contacts**

Central Email: ███████████████████

Principal Investigator Name: Annie Luetkemeyer

Email: ████████████████    Telephone Number:

Administrative Contact Name: Hope Friedland

Email: ████████████████    Telephone Number:

COI Contact email (if different to above): ████████████

Financial Contact Name: Jen Lau

Email: j███████████████    Telephone Number:

Email invoices? ⦿ Yes ◯ No    Invoice email (if different): ████████████████

Authorized Official Name: Manager, Subcontracts Team

Email: ████████████████    Telephone Number:

**PI Address:**

c/o Office of Sponsored Research, Box 0962
490 Illinois Street, 4th Floor
San Francisco, CA 94143

**Administrative Address:**

c/o Office of Sponsored Research, Box 0962
490 Illinois Street, 4th Floor
San Francisco, CA 94143

**Invoice Address:**

1855 Folsom Street, #425
San Francisco, CA 94143-0812

**Attachment 3B**

Research Subaward Agreement
Subrecipient Contacts

Subaward Number:

15484sc

## Subrecipient Information for FFATA reporting

Entity's UEI/DUNS Name: San Francisco AIDS Foundation

EIN No.: 94-2927405    Institution Type: Other

UEI / DUNS: L85GDP5FVVU5    Currently registered in SAM.gov: (X) Yes ( ) No

Parent UEI / DUNS: ____    Exempt from reporting executive compensation: Yes ( )  No (X)
*(if no, complete 3B pg2)*

## Place of Performance Information for FFATA reporting
Physical Address, City, State (if U.S.) and Country:

470 Castro Street, San Francisco, California

*U.S. Entities only (insert information for Place of Performance):*
Congressional District: 11th    Zip Code+4: 94114-2482    Zip Code Look-up

## Subrecipient Contacts

Central Email: ▮▮▮

Website: www.sfaf.org

Principal Investigator Name: Jorge Roman

Email: ▮▮▮    Telephone Number: ▮▮▮

Administrative Contact Name: Javier Saucedo

Email: ▮▮▮    Telephone Number: ▮▮▮

Financial Contact Name: Jenny Hsieh

Email: ▮▮▮    Telephone Number: ▮▮▮

Invoice Email: ▮▮▮

Authorized Official Name: Peter Parisot

Email: ▮▮▮    Telephone Number: ▮▮▮

**Legal Address:**

940 Howard Street, San Francisco, California 94109

**Administrative Address:**

940 Howard Street, San Francisco, California 94109

**Payment Address:**

940 Howard Street, San Francisco, California 94109

| **Attachment 3B-2**<br>**Highest Compensated Officers** | Subaward Number:<br>15484sc |
|---|---|

## Subrecipient:

Institution Name: San Francisco AIDS Foundation

PI Name: Hyman Scott, MD MPH

## Highest Compensated Officers

The names and total compensation of the five most highly compensated officers of the entity(ies) must be listed if the entity in the preceding fiscal year received 80 percent or more of its annual gross revenues in Federal awards; and $25,000,000 or more in annual gross revenues from Federal awards; and the public does not have access to this information about the compensation of the senior executives of the entity through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. See FFATA § 2(b)(1)    Internal Revenue Code of 1986.

Officer 1 Name: Lara

Officer 1 Compensation: 291,814

Officer 2 Name: Tyler

Officer 2 Compensation: 283,988

Officer 3 Name: Russell

Officer 3 Compensation: 279,045

Officer 4 Name: Chris

Officer 4 Compensation: 206,958

Officer 5 Name: Kevin

Officer 5 Compensation: 204,143

Subaward Number:

**Attachment 4**
**Reporting and Prior Approval Terms**

15484sc

Subrecipient agrees to submit the following reports (PTE contacts are identified in Attachment 3A):

**Technical Reports:**

☐ Monthly technical/progress reports will be submitted to the PTE's [Administrative Contact] within [15] days of of the end of the month.

☐ Quarterly technical/progress reports will be submitted within 30 days after the end of each project quarter to the PTE's [Administrative Contact].

☑ Annual technical / progress reports will be submitted within [60] days prior to the end of each budget period to the PTE's [Principal Investigator]. Such report shall also include a detailed budget for the next Budget Period, updated other support for key personnel, certification of appropriate education in the conduct of human subject research of any new key personnel, and annual IRB or IACUC approval, if applicable.

☑ A Final technical/progress report will be submitted to the PTE's [Principal Investigator] within [60] days of the end of the Project Period or after termination of this award, whichever comes first.

☑ Technical/progress reports on the project as may be required by PTE's [Principal Investigator] in order for the PTE to satisfy its reporting obligations to the Federal Awarding Agency.

**Prior Approvals:**

Carryover:

[Carryover is automatic]

**Other Reports:**

☑ In accordance with 37 CFR 401.14, Subrecipient agrees to notify both the Federal Awarding Agency via iEdison and PTE's [Administrative Contact] within 60 days after Subrecipient's inventor discloses invention(s) in writing to Subrecipient's personnel responsible for patent matters. The Subrecipient will submit a final invention report using Federal Awarding Agency specific forms to the PTE's [Administrative Contact] within 60 days of the end of the Project Period to be included as part of the PTE's final invention report to the Federal Awarding Agency.

A negative report is required: [No]

☐ Property Inventory Report (only when required by Federal Awarding Agency), specific requirements below.

**Additional Technical and Reporting Requirements:** [?]

| | Subaward Number: |
|---|---|
| **Attachment 5**<br>Statement of Work, Cost Sharing, Indirects & Budget | 15484sc |

## Statement of Work

◯ Below  ⦿ Attached, ⬚1⬚ pages

If award is FFATA eligible and SOW exceeds 4000 characters, include a *Subrecipient Federal Award Project Description*

## Budget Information

**Indirect Information** Indirect Cost Rate (IDC) Applied  ⬚33⬚ %

Rate Type:  ⬚Modified Total Direct Costs⬚

**Cost Sharing** ⬚?⬚  ⬚No⬚

If Yes, include Amount: $ ⬚⬚

**Budget Details**   ◯ Below  ⦿ Attached, ⬚4⬚ pages

### Budget Totals

Direct Costs  $ ⬚39716⬚

Indirect Costs  $ ⬚13106⬚

Total Costs  $ ⬚52822⬚

*All amounts are in United States Dollars*

**Statement of Work**
**San Francisco AIDS Foundation**

Hyman Scott, MD, MPH is the Medical Director of Clinical Research at Bridge HIV at the San Francisco Department of Public Health, an Assistant Professor of Medicine at the University of California, San Francisco (UCSF) and Chief Medical Officer of Research at San Francisco AIDS Foundation. Dr. Scott will serve as the Site PI of the San Francisco AIDS Foundation and oversee the conduct of the project.

The research coordinator at SF AIDS Foundation will assist and coordinate recruitment and organization of participants. This role will oversee all aspects of the study including recruitment, enrolling, and retention of study participants, and collection and oversight of shipping of biologic specimens. Dr. Hyman Scott will supervise this position.

Site specific activities will include:

- Participation in weekly/bi-weekly team call to discuss study implementation.
- Establish workflows within current clinical practice to identify persons who are male sex at birth and eligible to receive doxy-PEP according to local and/or national guidelines to whom doxy-PEP will be offered. Opportunities to reach potential participants include connecting with potential participants the time of new STI diagnosis/treatment, at the time of HIV PrEP initiation or continuation visit, or by provider referral.
- Describe doxy-PEP and the DoxyDemo study to eligible candidates.
- Consent and enroll eligible persons who accept doxyPEP. Coordination with care provider to ensure doxy-PEP is initiated within established local clinic workflows.
- Verbally consent and enroll persons who decline to initiate doxy-PEP and offer follow up at month 12.
- Conduct study procedures for doxy-PEP Accepters, including contact every three months to ensure completion of questionnaire and chart review for interval STIs, targeted bacterial infections and antibiotic use, coordination at the time of STI for in person swabs for resistance evaluation, annual in-person visit for Staph and rectal microbiome swab.
- Manage participant stipends according to protocols
- Data management which includes maintenance of source documents, data entry into study database, and resolution of data queries.
- Regulatory responsibilities including on-site maintenance of most current study protocol and ICF, documentation of staff training necessary for clinical study conduct, including Human Subjects Protection and IATA (for those who will be shipping specimens), and timely study team notification of any incidents requiring reporting to the IRB.

OMB Number: 4040-0001
Expiration Date: 12/31/2022

## RESEARCH & RELATED BUDGET - Budget Period 1

**UEI:** L85GDP5FVVU5

**Enter name of Organization:** San Francisco AIDS Foundation

**Budget Type:** ☐ Project   ☒ Subaward/Consortium

**Budget Period:** 1   **Start Date:** 07/18/2024   **End Date:** 06/30/2025

### A. Senior/Key Person

| Prefix | First | Middle | Last | Suffix | Base Salary ($) | Months Cal. | Months Acad. | Months Sum. | Requested Salary ($) | Fringe Benefits ($) | Funds Requested ($) |
|--------|-------|--------|------|--------|-----------------|-------------|--------------|-------------|----------------------|---------------------|---------------------|
|        | Scott |        | Hyman |       |                 | 0.01        |              |             | 0.00                 | 0.00                | 0.00                |

**Project Role:** PD/PI

[Add Attachment]  [Delete Attachment]  [View Attachment]

**Additional Senior Key Persons:**

**Total Funds requested for all Senior Key Persons in the attached file**

**Total Senior/Key Person** 0.

### B. Other Personnel

| Number of Personnel | Project Role | Months Cal. | Months Acad. | Months Sum. | Requested Salary ($) | Fringe Benefits ($) | Funds Requested ($) |
|---------------------|--------------|-------------|--------------|-------------|----------------------|---------------------|---------------------|
|                     | Post Doctoral Associates |  |  |  |  |  |  |
|                     | Graduate Students |  |  |  |  |  |  |
|                     | Undergraduate Students |  |  |  |  |  |  |
|                     | Secretarial/Clerical |  |  |  |  |  |  |
| 1                   | Research Assistant | 3.00 |  |  | 18,750.00 | 5,156.00 | 23,906.00 |

| 1 | Total Number Other Personnel | | | **Total Other Personnel** | | | 23,906.00 |

**Total Salary, Wages and Fringe Benefits (A+B)**  23,906.00

Doc ID: 5ced8f6d79e398e68ae80bace7384e0e01e136e

## C. Equipment Description

List items and dollar amount for each item exceeding $5,000

| Equipment item | Funds Requested ($) |
|---|---|
| | |

| Additional Equipment: | | Add Attachment | Delete Attachment | View Attachment |
|---|---|---|---|---|
| | | | | |

Total funds requested for all equipment listed in the attached file

**Total Equipment** |  |

## D. Travel

| | Funds Requested ($) |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico and U.S. Possessions) | 1,250.00 |
| 2. Foreign Travel Costs | |

**Total Travel Cost** | 1,250.00 |

## E. Participant/Trainee Support Costs

| | Funds Requested ($) |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other | |

| | Number of Participants/Trainees | Total Participant/Trainee Support Costs | |
|---|---|---|---|

Doc ID: 5ced8f6d79e398e68ae80bace7384e0b1e136e

**F. Other Other Direct Costs**

| | | Funds Requested ($) |
|---|---|---|
| 1. | Materials and Supplies | 6,580.00 |
| 2. | Publication Costs | |
| 3. | Consultant Services | |
| 4. | ADP/Computer Services | |
| 5. | Subawards/Consortium/Contractual Costs | |
| 6. | Equipment or Facility Rental/User Fees | |
| 7. | Alterations and Renovations | |
| 8. | Participant Costs | 7,980.00 |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| | Total Other Direct Costs | 14,560.00 |

**G. Direct Costs**

| | Funds Requested ($) |
|---|---|
| Total Direct Costs (A thru F) | 39,716.00 |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($) |
|---|---|---|---|
| Modified Total Direct Costs | 33.00 | 39,716.00 | 13,106.00 |
| | | Total Indirect Costs | 13,106.00 |

**Cognizant Federal Agency**
(Agency Name, POC Name, and POC Phone Number)  Department of Health and Human Services, Elmas Martin 415-437-7820

**I. Total Direct and Indirect Costs**

| | Funds Requested ($) |
|---|---|
| Total Direct and Indirect Institutional Costs (G + H) | 52,822.00 |

**J. Fee**

| Funds Requested ($) |
|---|
| |

**K. Total Costs and Fee**

| | Funds Requested ($) |
|---|---|
| Total Costs and Fee (I + J) | 52,822.00 |

**L. Budget Justification**

(Only attach one file.)  SFAF Budget Justification 1.2.pdf    Add Attachment    Delete Attachment    View Attachment

Budget Justification – San Francisco AIDS Foundation

**Section A** - Senior/Key Personnel

**Hyman Scott, MD MPH** (Site Principle Investigator): Please see City and County of San Francisco Budget Justification

**OTHER PERSONNEL**

**Ricardo Montoya, Research Coordinator:** The research coordinator will assist and coordinate recruitment and organization of participants. As research coordinator, Ricardo will oversee all aspects of the proposal including management of local IRB approvals; recruitment, enrolling, and retention of study participants; and collection and oversight of shipping of biologic specimens.  Ricardo will devote 25% FTE in Year 1, 50% FTE in Year 2; 50% FTE in Year 3; 50% FTE in Year 4; and 0% FTE in Year 5 – 6 Calendar Months.   Benefits for SFAF are an average of 27.5%.

Total Salary and benefits requested = $167,345 for the 5 years of the project.

**Section B -** Subtotal other Personnel

**TRAVEL**

There is Investigator meeting travel, Domestic Scientific Meeting and International Scientific Meeting. For Year 1, budgeted travel to a domestic scientific meeting at $1,250. For Year 2, budgeted travel to an international scientific meeting at $1,250.  For Year 3 and 4, budgeted travel to an investigator meeting at $1,250 per year. For Year 5, budgeted travel to a domestic scientific meeting at $1,250.

Total Travel requested = $6,250 for the 5 years of the project

**OTHER DIRECT COSTS**

Materials and Supplies: Year 1, requesting $2,500 for office supplies, recruitment materials, CRFs. $1,500 is requested for a laptop and tablets. $400 is requested for storage and shipping. $1,952 is requested for Staph Cultures. $228 is requested for STI Evaluations. Year 1 total is $6,580. Year 2 requesting $600 in storage and shipping, $2,928 in Staph Cultures, $342 in STI Evaluations. Year 2 total is $3,870. Year 3 requesting $600 in storage and shipping, $2,928 in Staph Cultures, $342 in STI Evaluations. Year 3 total is $3,870. Year 4 requesting $400 in storage and shipping, $1,952 in Staph Cultures, $228 in STI Evaluations. Year 4 total is $2,580. Total Materials and Supplies cost is $16,900.

Participant costs: $7,980 is requested in Year 1 and 4. $11,970 in Year 2 and 3. These expenses will cover around 167 participant payments to incentivize visits, in person STI resistance testing, bi-monthly surveys, and qualitative interviews. Total participant cost is $39,900.

Total Other Direct Costs requested = $56,800

**INDIRECT COSTS**
SFAF has a federally negotiated indirect cost rate of 33.0%.

Subaward Number:

15484sc

---

## Attachment 6

### Notice of Award (NOA) and any additional documents

---

⊙  The following pages include the NOA and if applicable any additional documentation referenced throughout this Subaward.

◯  Not incorporating the NOA or any additional documentation to this Subaward.

Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Notice of Award
FAIN# R01AI181732
**Federal Award Date**
07/18/2024

## Recipient Information

**1. Recipient Name**
REGENTS OF THE UNIVERSITY OF
CALIFORNIA, SAN FRANCISCO, THE
1855 FOLSOM ST STE 425
SAN FRANCISCO, CA 94103

**2. Congressional District of Recipient**
11

**3. Payment System Identifier (ID)**
1946036493A6

**4. Employer Identification Number (EIN)**
946036493

**5. Data Universal Numbering System (DUNS)**
094878337

**6. Recipient's Unique Entity Identifier**
KMH5K9V7S518

**7. Project Director or Principal Investigator**
Anne Frey Luetkemeyer, MD (Contact)

Annie.Luetkemeyer@ucsf.edu
141-547-6408

**8. Authorized Official**
David Derpich

## Federal Agency Information

**9. Awarding Agency Contact Information**
Jade Carley Loewenstein
Grants Management Specialist
NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
jade.loewenstein@nih.gov
(240) 669-2102

**10. Program Official Contact Information**
ELEANORE JENNIFER Chuang

NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
eleanore.chuang@nih.gov
(240) 747-7858

## Federal Award Information

**11. Award Number**
1R01AI181732-01A1

**12. Unique Federal Award Identification Number (FAIN)**
R01AI181732

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
The Doxy-PEP Impact Study: a multi-city US longitudinal cohort to evaluate doxy-PEP field effectiveness, investigate associated antimicrobial resistance, and establish doxy-PEP to need ratios

**15. Assistance Listing Number**
93.855

**16. Assistance Listing Program Title**
Allergy and Infectious Diseases Research

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 07/18/2024 – End Date 06/30/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $1,628,180 |
| 20 a.  Direct Cost Amount | $1,442,295 |
| 20 b.  Indirect Cost Amount | $185,885 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $1,628,180 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $1,628,180 |
| **26. Project Period Start Date** 07/18/2024 – End Date 06/30/2029 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $1,628,180 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Jordan A. Kindbom

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Doc ID: 5ced8f6d79e398e68ae80bace7384e0e0b1e136e



Notice of Award

RESEARCH
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

**SECTION I – AWARD DATA – 1R01AI181732-01A1**

**Principal Investigator(s):**
CONNIE L CELUM, MD
Anne Frey Luetkemeyer (contact), MD

**Award e-mailed to:** cgrasteam@ucsf.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $1,628,180 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to The Regents of the UCSF in support of the above referenced project. This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Allergy And Infectious Diseases of the National Institutes of Health under Award Number R01AI181732. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Jordan A. Kindbom
Grants Management Officer
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Additional information follows

Doc ID: 5ced8f6d79e398e68ae80bace7384e0e0b1e136e

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | $55,442 |
| **Fringe Benefits** | $12,587 |
| **Personnel Costs (Subtotal)** | $68,029 |
| **Materials & Supplies** | $7,900 |
| **Travel** | $2,333 |
| **Other** | $37,184 |
| **Subawards/Consortium/Contractual Costs** | $1,326,849 |
| | |
| **Federal Direct Costs** | $1,442,295 |
| **Federal F&A Costs** | $185,885 |
| **Approved Budget** | $1,628,180 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $1,628,180 |
| **TOTAL FEDERAL AWARD AMOUNT** | $1,628,180 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $1,628,180 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 1 | $1,628,180 | $1,628,180 |
| 2 | $1,493,206 | $1,493,206 |
| 3 | $1,480,679 | $1,480,679 |
| 4 | $1,473,241 | $1,473,241 |
| 5 | $1,535,743 | $1,535,743 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1946036493A6 |
| **Document Number:** | RAI181732A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| AI | 8472364 | $1,628,180 | $1,493,206 | $1,480,679 | $1,473,241 | $1,535,743 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC:** M37C BR / **OC:** 41021 / **Released:** 07/09/2024
**Award Processed:** 07/18/2024 12:17:20 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01AI181732-01A1**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R01AI181732-01A1**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.  The grant program legislation and program regulation cited in this Notice of Award.
    b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.  45 CFR Part 75.
    d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
    f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

Doc ID: 5ced8f6d79e398e68ae80bace7384e0e0b1e136e

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01AI181732. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.

Version: 35   3/15/2024 9:31 AM | Generated on: 7/18/2024 12:17 AM

- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – AI SPECIFIC AWARD CONDITIONS – 1R01AI181732-01A1**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

The budget period anniversary start date for future year(s) will be **July 1.**

\*\*\*

This Notice of Award (NoA) includes funds for **University of Washington** in the amount of **$638,432.00**.

This Notice of Award (NoA) includes funds for the **City & County of San Francisco - Department of Public Health** in the amount of **$80,124.00**.

This Notice of Award (NoA) includes funds for the **Public Health Foundation Enterprises, Inc.** in the amount of **$44,879.00**.

This Notice of Award (NoA) includes funds for the **San Francisco AIDS Foundation** in the amount of **$52,822.00**.

This Notice of Award (NoA) includes funds for **Emory University** in the amount of **$173,535.00**.

This Notice of Award (NoA) includes funds for **University of Miami** in the amount of **$166,451.00**.

This Notice of Award (NoA) includes funds for **Wayne State University** in the amount of **$171,146.00**.

\*\*\*

In accordance with the NIAID Financial Management Plan, NIAID does not provide funds for inflationary increases. Future budget year(s) committed amounts were adjusted accordingly. See https://www.niaid.nih.gov/grants-contracts/financial-management-plan.

\*\*\*

Commitment overlap is not permitted, and occurs when an individual's time commitment exceeds 100 percent (i.e., 12 person months), whether or not salary support is requested. Therefore, no individual's time commitment may exceed 100 percent (i.e., 12 person months).  Reductions in

Doc ID: 5ced8f6d79e398e68ae80bace7384e0e0b1e136e

NIH support due to commitment overlap must be made in accordance with NIH policy as outlined in the NIH Grants Policy Statement.

\*\*\*

This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award. Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46. Failure to comply with the terms and conditions of award may result in the disallowance of costs and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement.

\*\*\*

Highly Pathogenic Agents:

NIAID defines a Highly Pathogenic Agent as an infectious Agent or Toxin that may warrant a biocontainment safety level of BSL3 or higher according to the current edition of the CDC/NIH Biosafety in Microbiological and Biomedical Laboratories (BMBL) (https://www.cdc.gov/labs/BMBL.html). Research funded under this grant must adhere to the BMBL, including using the BMBL-recommended biocontainment level at a minimum. If the Institutional Biosafety Committee (IBC) (or equivalent body) or designated institutional biosafety official recommends a higher biocontainment level, the higher recommended containment level must be used.
When submitting future Progress Reports indicate at the beginning of the report:

If no research with a Select Agent (see 42 CFR 73 for the relevant human Select Agents and Toxins; and 7 CFR 331 and 9 CFR 121 for the relevant animal and plant Select Agents and Toxins at https://www.selectagents.gov/regulations/ and https://www.selectagents.gov/sat/list.htm) and/or has been performed or is planned to be performed under this grant.

If the IBC or equivalent body or official has determined, for example, by conducting a risk assessment, that the work being planned or performed under this grant may be conducted at a biocontainment safety level that is lower than BSL3.

If the work involves Select Agents and/or Highly Pathogenic Agents, also address the following points:

Any NIAID pre-approved changes in the use of the Select Agents and/or Highly Pathogenic Agents including its restricted experiments that have resulted in a change in the required biocontainment level, and any resultant change in location, if applicable, as determined by the IBC or equivalent body or official.

If work with a new or additional Select Agents and/or Highly Pathogenic Agents is proposed in the upcoming project period, provide:

   o A list of the new and/or additional Agent(s) that will be studied;
   o A description of the work that will be done with the Agent(s), and whether or not the work is a restricted experiment;
   o The title and location for each biocontainment resource/facility, including the name of the organization that operates the facility, and the biocontainment level at which the work will be conducted, with documentation of approval by the IBC or equivalent body or official. It is important to note if the work is being done in a new location;
   o Any biosafety incidents that occurred and were reported to NIH/NIAID.

Data Management and Sharing Policy: Applicable

Doc ID: 5ced8f6d79e398e68ae80bace7384e0e0b1e136e

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01AI181732-01A1

**INSTITUTION:** The Regents of the UCSF

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Salaries and Wages | $55,442 | $20,445 | $20,071 | $40,010 | $216,945 |
| Fringe Benefits | $12,587 | $6,583 | $6,275 | $14,682 | $68,091 |
| Personnel Costs (Subtotal) | $68,029 | $27,028 | $26,346 | $54,692 | $285,036 |
| Materials & Supplies | $7,900 | $3,600 | $3,100 | $400 | |
| Travel | $2,333 | $10,155 | $1,226 | $1,430 | $1,915 |
| Other | $37,184 | $44,868 | $44,948 | $19,438 | $4,330 |
| Subawards/Consortium/Contractual Costs | $1,326,849 | $1,352,738 | $1,356,662 | $1,348,667 | $1,051,482 |
| Publication Costs | | | | | $4,000 |
| TOTAL FEDERAL DC | $1,442,295 | $1,438,389 | $1,432,282 | $1,424,627 | $1,346,763 |
| TOTAL FEDERAL F&A | $185,885 | $54,817 | $48,397 | $48,614 | $188,980 |
| TOTAL COST | $1,628,180 | $1,493,206 | $1,480,679 | $1,473,241 | $1,535,743 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| F&A Cost Rate 1 | 64% | 64% | 64% | 64% | 64% |
| F&A Cost Base 1 | $290,446 | $85,651 | $75,620 | $75,960 | $295,281 |
| F&A Costs 1 | $185,885 | $54,817 | $48,397 | $48,614 | $188,980 |

Version: 35  3/15/2024 9:31 AM | Generated on: 7/18/2024 12:17 AM

Doc ID: 5ced8f6d79e398e68ae80bace7384e0e0b1e136e

**Dropbox Sign**

Audit trail

| | |
|---|---|
| **Title** | Doxy-PEP Impact Study 15484sc00 |
| **File name** | 15484sc00.pdf |
| **Document ID** | 5ced8f6d79e398e68ae80bace7384e0e0b1e136e |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | • Signed |

## Document History

| | | |
|---|---|---|
| SENT | **09 / 23 / 2024**<br>17:21:52 UTC | Sent for signature to Peter Parisot (██████████) from finteam@sfaf.org<br>IP: 73.158.228.207 |
| VIEWED | **09 / 23 / 2024**<br>18:43:11 UTC | Viewed by Peter Parisot (██████████)<br>IP: ████████ |
| SIGNED | **09 / 23 / 2024**<br>18:43:35 UTC | Signed by Peter Parisot (██████████)<br>IP: ████████ |
| COMPLETED | **09 / 23 / 2024**<br>18:43:35 UTC | The document has been completed. |

Powered by **Dropbox Sign**

**DocuSign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 5A2C99F4AADB41C29D0E829CE7FC7DFB | | Status: Completed |
| Subject: Complete with Docusign: 15484sc00 PE.pdf | | |
| Source Envelope: | | |
| Document Pages: 23 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Scott Mayhew |
| AutoNav: Disabled | | 1855 Folsom St |
| EnvelopeId Stamping: Disabled | | Suite 601 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | San Francisco, CA  94103 |
| | | ████████████ |
| | | IP Address: ████████████ |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Scott Mayhew | Location: DocuSign |
| 9/24/2024 10:40:36 AM | ████████████ | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Scott Mayhew | *Scott Mayhew* | Sent: 9/24/2024 10:41:10 AM |
| Scott.Mayhew@ucsf.edu | ─5702F52F124F441... | Viewed: 9/24/2024 10:41:23 AM |
| Contract Officer, Office of Sponsored Research | | Signed: 9/24/2024 10:41:51 AM |
| University of California, San Francisco | Signature Adoption: Pre-selected Style | Freeform Signing |
| Security Level: Email, Account Authentication (Optional) | Using IP Address: ████████████ | |
| **Electronic Record and Signature Disclosure:** Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 9/24/2024 10:41:10 AM |
| Certified Delivered | Security Checked | 9/24/2024 10:41:23 AM |
| Signing Complete | Security Checked | 9/24/2024 10:41:51 AM |
| Completed | Security Checked | 9/24/2024 10:41:51 AM |

| Payment Events | Status | Timestamps |
|---|---|---|