# EXHIBIT E

April 1, 2025

Dear Behavioral Health Recovery Services Project partner,

On Friday, March 28, 2025, the California Department of Health Care Services (DHCS) notified The Center at Sierra Health Foundation that federal funds supporting the Behavioral Health Recovery Services Project (BHRSP, or HEAR US) had been terminated by the federal government as of March 24, 2025.

At this time, the State is terminating their prime contract (#21-10382) with The Center. Consequently, we are directing you to cease incurring all program and administrative costs post March 24, 2025. As DHCS stated to The Center:

> "[This] means that DHCS may not receive the full grant award from SAMHSA, and may not be able to pay for any services provided, invoiced, or work performed after March 24, 2025...Contractor is on notice that if it continues to perform work after SAMHSA's termination of the grant, that work will not be compensated by DHCS. Contractor is encouraged to take reasonable steps to minimize or halt the incurrence of additional costs."

**Going forward, please submit all expenses incurred through March 24, 2025 by April 22, 2025.** In the coming days, we will continue working closely with our colleagues at DHCS to develop further guidance and will share updates with you as soon as possible.

We are incredibly proud of the vital work that you and other BHRSP partners have done to protect the health of the communities we serve and love. We recognize that this abrupt and severe disruption will signifi cantly impact the wellbeing of the people you serve, your staff and your organization. We will hold a meeting in the near future with BHRSP partners to provide the latest updates and to respond to questions.

If you have immediate concerns, please contact Matt Curtis, Managing Director for Health Equity and Access, at ████████████████████.

With thanks and solidarity,

Kaying Hang
President, The Center at Sierra Health Foundation

Cc: Chet P. Hewitt, CEO