| | |
|---|---|
| JENNIFER C. PIZER (SBN 152327)<br>jpizer@lambdalegal.org<br>PELECANOS*<br>pelecanos@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, California 90017-2521<br>Telephone: (213) 382-7600<br><br>JOSE ABRIGO*<br>jabrigo@lambdalegal.org<br>OMAR GONZALEZ-PAGAN*<br>ogonzalez-pagan@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>120 Wall Street, 19th Floor<br>New York, New York 10005-3919<br>Telephone: (212) 809-8585<br><br>CAMILLA B. TAYLOR*<br>ctaylor@lambdalegal.org<br>KENNETH D. UPTON, JR*<br>kupton@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>3656 North Halsted Street<br>Chicago, Illinois 60613-5974<br>Telephone: (312) 663-4413 | KAREN L. LOEWY*<br>kloewy@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>815 16th Street NW, Suite 4140<br>Washington, DC 20006-4101<br>Telephone: (202) 804-6245<br><br>*Counsel for Plaintiffs*<br>*Appearance Pro Hac Vice<br><br>PARDIS GHEIBI (D.C. Bar No. 90004767)<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 305-3246<br>Email: pardis.gheibi@usdoj.gov<br><br>PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney<br>KENNETH W. BRAKEBILL (CABN 196696)<br>Acting Chief, Civil Division<br>CHRISTOPHER F. JEU (CABN 247865)<br>Assistant United States Attorney<br>60 South Market Street, Suite 1200<br>San Jose, California 95113<br>Telephone: (408) 535-5082<br>FAX: (408) 535-5066<br>Christopher.Jeu@usdoj.gov<br><br>*Attorneys for Federal Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, *et al.*;,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 25-cv-1824-JST<br><br>**STIPULATED REQUEST TO EXPAND PAGE LIMITS RE: MOTION FOR PRELIMINARY INJUNCTION BRIEFING; [PROPOSED] ORDER** |

STIPULATED REQUEST TO EXPAND PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION BRIEFING; [PROPOSED] ORDER
Case No. 25-cv-1824-JST

1

Pursuant to Civil Local Rules 7-3 and 7-11, Plaintiffs and Federal Defendants respectfully request that the Court expand the page limits for the briefing regarding Plaintiffs' Motion for a Preliminary Injunction as follows:

1. WHEREAS, on February 20, 2025, Plaintiffs filed the Complaint. Dkt. No. 1;

2. WHEREAS, on March 3, 2025, the Court issued an order granting Plaintiffs leave to file an oversized brief in support of Plaintiffs' Motion for a Preliminary Injunction. Dkt. No. 45.

3. WHEREAS, on March 3, 2025, Plaintiffs filed a Motion for Preliminary Injunction. Dkt. No. 47;

4. WHEREAS, on April 4, 2025, the Court issued an order granting Plaintiffs leave to supplement the record;

5. WHEREAS, the Parties have discussed an expansion of the page limits for their respective briefing Plaintiffs' Motion for a Preliminary Injunction and have agreed to request the following page limits:

- Defendants' Opposition to Motion for Preliminary Injunction: 45 pages
- Plaintiffs' Reply in Support of Motion for Preliminary Injunction: 25 pages

6. THEREFORE, the Parties respectfully request that the Court expand the page limits regarding the Parties' briefing regarding Plaintiffs' Motion for a Preliminary Injunction as follows:

- Defendants' Opposition to Motion for Preliminary Injunction: 45 pages
- Plaintiffs' Reply in Support of Motion for Preliminary Injunction: 25 pages

Respectfully submitted,

DATED: April 11, 2025

PATRICK D. ROBBINS
Acting United States Attorney

 */s/ Christopher F. Jeu*
BY: CHRISTOPHER F. JEU

Assistant United States Attorney
Attorneys for Federal Defendants

DATED: April 11, 2025

/s/ *Jennifer C. Pizer* .
JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

CAMILLA B. TAYLOR*
ctaylor@lambdalegal.org
KENNETH D. UPTON, JR.*
kupton@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

JOSE ABRIGO*
jabrigo@lambdalegal.org
OMAR GONZALEZ-PAGAN*
ogonzalez-pagan@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

PELECANOS*
pelecanos@lambdalegal.org
Boulder County, Colorado
Telephone: (213) 351-6051
c/o Jennifer C. Pizer, local counsel
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 S. Figueroa St., Ste 1260
Los Angeles, California 90017-2521

*Counsel for All Plaintiffs*

* Appearance pro hac vice

STIPULATED REQUEST TO EXPAND PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION BRIEFING; [PROPOSED] ORDER
Case No. 25-cv-1824-JST

3

**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: April 11, 2025     By:     */s/ Christopher F. Jeu*
CHRISTOPHER F. JEU
Assistant United States Attorney
Attorney for Federal Defendants