**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The page limits regarding Plaintiffs' Motion for Preliminary Injunction, *see* Dkt. No. 47, is modified as follows.

| Event | Page Limit |
| --- | --- |
| Defendants' Response to Plaintiff's Motion for Preliminary Injunction | 45 pages |
| Plaintiffs' Reply in Support of the Motion for Preliminary Injunction | 25 pages |

DATED:_____

_____
THE HONORABLE JON S. TIGAR
United States District Judge