PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
JOSEPH E. BORSON
Assistant Branch Director
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, *et al.*,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 25-cv-1824-JST<br><br>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY<br><br>Hearing Date: May 22, 2025<br>Time: 2:00 pm<br>Judge: Hon. Jon S. Tigar<br>Place: Oakland Courthouse<br>Courtroom 1 |

Defendants respectfully file this notice of supplemental authority in connection with Plaintiffs' pending motion for a preliminary injunction. *See* ECF No. 47.

On April 14, 2025, a United States District Court for the Northern District of Illinois issued a Memorandum Opinion on plaintiff's motion for a preliminary injunction, which challenged two of the three Executive Orders at issue in the instant suit. *See Chicago Women in Trades v. Trump* (*CWIT*), No. 1:25-cv-02005, ECF No. 68 (N.D. Ill. 2025) (attached hereto as Ex. A).

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorneys for Defendants*

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
CASE NO. 25-CV-01824 JST

1