| | |
|---|---|
| JENNIFER C. PIZER (SBN 152327) | KAREN L. LOEWY* |
| *jpizer@lambdalegal.org* | *kloewy@lambdalegal.org* |
| PELECANOS* | LAMBDA LEGAL DEFENSE AND |
| *pelecanos@lambdalegal.org* | EDUCATION FUND, INC. |
| LAMBDA LEGAL DEFENSE AND | 815 16th Street NW, Suite 4140 |
| EDUCATION FUND, INC. | Washington, DC 20006-4101 |
| 800 South Figueroa Street, Suite 1260 | Telephone: (202) 804-6245 |
| Los Angeles, California 90017-2521 | |
| Telephone: (213) 382-7600 | *Counsel for Plaintiffs* |
| | *Appearance Pro Hac Vice |
| JOSE ABRIGO* | |
| *jabrigo@lambdalegal.org* | PARDIS GHEIBI (D.C. Bar No. 90004767) |
| OMAR GONZALEZ-PAGAN* | Trial Attorney, U.S. Department of Justice |
| *ogonzalez-pagan@lambdalegal.org* | Civil Division, Federal Programs Branch |
| LAMBDA LEGAL DEFENSE AND | 1100 L Street, N.W. |
| EDUCATION FUND, INC. | Washington, D.C. 20005 |
| 120 Wall Street, 19th Floor | Tel.: (202) 305-3246 |
| New York, New York 10005-3919 | Email: pardis.gheibi@usdoj.gov |
| Telephone: (212) 809-8585 | |
| | PATRICK D. ROBBINS (CABN 152288) |
| CAMILLA B. TAYLOR* | Acting United States Attorney |
| *ctaylor@lambdalegal.org* | KENNETH W. BRAKEBILL (CABN 196696) |
| KENNETH D. UPTON, JR* | Acting Chief, Civil Division |
| *kupton@lambdalegal.org* | CHRISTOPHER F. JEU (CABN 247865) |
| LAMBDA LEGAL DEFENSE AND | Assistant United States Attorney |
| EDUCATION FUND, INC. | 60 South Market Street, Suite 1200 |
| 3656 North Halsted Street | San Jose, California 95113 |
| Chicago, Illinois 60613-5974 | Telephone: (408) 535-5082 |
| Telephone: (312) 663-4413 | FAX: (408) 535-5066 |
| | Christopher.Jeu@usdoj.gov |
| | |
| | *Attorneys for Federal Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, *et al.*; | ) Case No. 25-cv-1824-JST ) |
| Plaintiffs, | ) ) |
| v. | ) **STIPULATION FOR EXTENSION** |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | ) **UNDER CIVIL L.R. 6-1(a)** ) ) ) |
| Defendants. | ) ) ) |

STIPULATION FOR EXTENSION
Case No. 25-cv-1824-JST

1

Pursuant to Civil Local Rule 6-1(a), the Parties, through their counsel, stipulate as follows:

1. Plaintiffs filed the Complaint on February 20, 2025. *See* Dkt. No. 1.

2. Plaintiffs served the U.S. Attorney's Office on February 24, 2025.

3. Defendants are currently required to answer or otherwise respond to the Complaint by April 25, 2025.

4. On March 3, 2025, Plaintiffs filed a Motion for Preliminary Injunction. *See* Dkt. No. 47.

5. Counsel for the Parties conferred and stipulate to extend Federal Defendants' deadline to respond to the Complaint to thirty (30) days after the Court's ruling on Plaintiffs' Motion for a Preliminary Injunction.

6. This extension of time will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, under Civil Local Rule 6-1(a), the Parties stipulate that Federal Defendants will have until thirty (30) days after the Court's ruling on Plaintiffs' Motion for a Preliminary Injunction to answer or otherwise respond to the complaint.

Dated: April 18, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorneys for Federal Defendants*


*/s/ Jennifer C. Pizer .*
JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

CAMILLA B. TAYLOR*
ctaylor@lambdalegal.org
KENNETH D. UPTON, JR.*
kupton@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

JOSE ABRIGO*
jabrigo@lambdalegal.org
OMAR GONZALEZ-PAGAN*
ogonzalez-pagan@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

PELECANOS*
pelecanos@lambdalegal.org
Boulder County, Colorado
Telephone: (213) 351-6051
c/o Jennifer C. Pizer, local counsel
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 S. Figueroa St., Ste 1260
Los Angeles, California 90017-2521

*Counsel for All Plaintiffs*

\* Appearance pro hac vice

**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: April 18, 2025

/s/ Pardis Gheibi