JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
PELECANOS*
pelecanos@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

JOSE ABRIGO*
jabrigo@lambdalegal.org
OMAR GONZALEZ-PAGAN*
ogonzalez-pagan@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

CAMILLA B. TAYLOR*
ctaylor@lambdalegal.org
KENNETH D. UPTON, JR*
kupton@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

* *Appearance pro hac vice.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

---

SAN FRANCISCO AIDS FOUNDATION; *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,

    *Defendants*.

---

Case No. 4:25-cv-01824-JST

**SUPPLEMENTAL DECLARATION OF JOSE ABRIGO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1

SUPPLEMENTAL DECLARATION OF JOSE ABRIGO IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JST

I, Jose Abrigo, hereby state as follows:

1. I am over 18 years of age, of sound mind, and fully capable of making this declaration. I have personal knowledge of the facts set forth in this declaration, they are true and correct, and I would be able to testify about these facts if I were called as a witness at a hearing or trial.

2. I am a licensed attorney in the State of New York. I am Senior Attorney and HIV Project Director at Lambda Legal, and counsel for Plaintiffs in this action.

3. I submit this supplemental declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

4. On March 6, 2025, in a joint address to Congress, President Trump declared, "We've ended the tyranny of so-called diversity, equity, and inclusion policies all across the entire federal government and, indeed, the private sector and our military. And our country will be woke no longer." **Exhibit R-1** is a true and correct transcript of the joint address.

5. In the address President Trump also stated, "And I signed an order making it the official policy of the United States government that there are only two genders: male and female." *Id.*

6. On February 10, 2025, the U.S. Department of Health and Human Services issued a Secretarial Directive on DEI-related Funding instructing HHS to "avoid[] the expenditure of federal funds on programs, **or with contractors or vendors, that promote or take part in diversity, equity, and inclusion ("DEI") initiatives**." (Emphasis added). **Exhibit R-2** is a true and correct copy of the February 10, 2025 secretarial directive.

7. On February 13, 2025, a memorandum was distributed to National Institute of Health ("NIH") grant management officers that announced hard funding restrictions" on "awards where the program promotes or takes part in diversity, equity, and inclusion [sic] ('DEI') initiatives" with those restrictions applying "to new and continuation awards made on or after February 14, 2025." **Exhibit R-3** is a true and correct copy of the February 13, 2025 memorandum titled

2

SUPPLEMENTAL DECLARATION OF JOSE ABRIGO IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JST

"Supplemental Guidance to Memo Entitled- NIH Review of Agency Priorities Based on the New Administration's Goals."

8. Public reporting concerning the February 13 memorandum has documented that "the agency conducted a keyword search to identify 'DEI' grants." **Exhibit R-4** is a true and correct copy of the article "UPDATE: NIH reimposes 'DEI' funding freeze despite court order," authored by Judd Legum and published in Popular Information on February 24, 2025 at the following address: https://popular.info/p/update-nih-reimposes-dei-funding.

9. On or about March 4, 2025, NIH issued staff guidance titled "Staff Guidance – Award Assessments for Alignment with Agency Priorities – March 2025," which, *inter alia*, requires the termination of any NIH grants related to "DEI" or "transgender issues" and provides the following language for such terminations:

> DEI: Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

> Transgender issues: Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs.

**Exhibit R-5** is a true and correct copy of the March 4, 2025 staff guidance.

10. On March 13, 2025, Michelle G. Bulls sent an email to other NIH with the subject "Award Revision Guidance and List of Terminated Grants via letter on 3/12" and "updated categories for you to use when issuing NOAs to officially terminate the awards where letters were issued." **Exhibit R-6** is a true and correct copy of the March 13, 2025 email and the attachment thereto of updated categories.

11. On March 15, 2025, an article was published that reports that the National Institutes of Health (NIH) and the National Science Foundation (NSF) have implemented a list of 197 terms

3

that, if included in grant proposals, may trigger additional reviews. These terms include words like "transgender," "gender identity," "diversity," "equity," "inclusion," "racism," or "implicit bias," among others. **Exhibit R-7** is a true and correct copy of the article titled "These 197 Terms May Trigger Reviews Of Your NIH, NSF Grant Proposals," authored by Bruce Y. Lee and published by Forbes at the following address: https://www.forbes.com/sites/brucelee/2025/03/15/these-197-terms-may-trigger-reviews-of-your-nih-nsf-grant-proposals/.

12. Upon information and belief, on March 25, 2025, a memorandum was sent to NIH grants specialists to terminate all grants related to "DEI" and "transgender issues." **Exhibit R-8** is a true and correct copy of the article titled "Exclusive: NIH to cut grants for COVID research, documents reveal," authored by Max Kozlov and published by Nature Magazine on March 26, 2025 at the following address: https://www.nature.com/articles/d41586-025-00954-y.

13. Public reporting compiled an analysis of all 800 terminated NIH grants. The terminations disproportionately affect research on HIV/AIDS (28.7% of terminated grants), and the health of transgender people (24.3%. Projects from the National Institute on Minority Health and Health Disparities were especially hard hit as the NIH institute losing the most. **Exhibit R-9** is a true and correct copy of the article titled "How Trump 2.0 is slashing NIH-backed research — in charts," authored by Max Kozlov and Chris Ryan and published by Nature Magazine on April 10, 2025 at the following address: https://www.nature.com/articles/d41586-025-01099-8.

14. On April 11, 2025, Defendant U.S. Department of Health and Human Services, along with the U.S. Department of Education and General Services Administration, sent a letter to Harvard University requiring the discontinuation of all DEI as a condition of federal funding. The Letter specifically stated, in part:

> **Discontinuation of DEI.** The University must immediately shutter **all diversity, equity, and inclusion (DEI) programs**, offices, committees, positions, and initiatives, under whatever name, and stop **all DEI-based policies, including DEI-based disciplinary or speech control policies, under whatever name**; demonstrate that it has done so to the satisfaction of the federal government; and demonstrate to the satisfaction of the federal government that these reforms are durable and effective through structural and personnel changes.

(emphasis added). **Exhibit R-10** is a true and correct copy of April 11, 2025 letter.

15. On February 26, 2025, public reporting revealed that an internal email that the U.S. Department of Housing and Urban Development ("HUD") was moving to cancel "all awards" for eight contractors after a "DOGE review of their websites and LinkedIn profiles. Many of the eight targeted contractors featured language around diversity initiatives on their websites and LinkedIn profiles. **Exhibit R-11** is a true and correct copy of the article titled "DOGE Cites 'DEI,' LinkedIn Profiles It Doesn't Like In Killing Off HUD Contracts," authored by Josh Kovensky and published by Talking Points Memo on February 26, 2025 at the following address: https://talkingpointsmemo.com/news/doge-cites-dei-linkedin-profiles-it-doesnt-like-in-killing-off-hud-contracts.

16. On March 21, 2025, counsel for the defendants in *National Urban League v. Trump*, No. 1:25-cv-00471-TJK (D.D.C.), filed a notice explaining that pursuant to Section 3(c)(ii) of Executive Order 14173, which requires the Office of Management and Budget to "[e]xcise references to DEI and DEIA principles, under whatever name they may appear, from Federal acquisition, contracting, grants, and financial assistance procedures," "[p]rivate parties subject to Government agreements may be required to follow some of the relevant federal procedures, which, at times, are also specified in the agreements' terms and conditions." **Exhibit R-12** is a true and correct copy of the March 21, 2025 notice.

17. Attached as **Exhibit R-13** is a true and correct copy of the transcript of the remarks by now President Donald J. Trump at Turning Point's AmericaFest 2024, as reported by the Singju Post on December 23, 2024 in an article titled "Trump Remarks at Turning Point's AmericaFest 2024 (Transcript)," and which can be found at the following address: https://singjupost.com/trump-remarks-at-turning-points-americafest-2024-transcript/.

18. On April 3, 2025, a letter was published by former Equal Employment Opportunity Commission (EEOC) officials that criticizes the Trump Administration's ongoing effort to dismantle DEI initiatives, specifically through EEOC Acting Chair Andrea Lucas's March 2025

5
SUPPLEMENTAL DECLARATION OF JOSE ABRIGO IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JST

document titled "What You Should Know About DEI-Related Discrimination at Work", which warns employers of potential legal risks associated with diversity, equity, and inclusion programs. The former officials state that the Acting Chair misrepresents well-established civil rights law and creates a chilling effect on lawful, voluntary workplace practices that advance equal opportunity. They reaffirm that employers can legally pursue diversity goals, offer inclusion training, support employee resource groups, and analyze workforce demographics without violating Title VII. The letter stresses that these DEI efforts are not only legal but essential to combat ongoing discrimination, foster workplace fairness, and enhance organizational success. It urges civil rights agencies to support rather than undermine proactive employer actions that promote equality and lawful inclusion efforts. **Exhibit R-14** is a true copy of the letter published by former EEOC officials.

19. On April 15, 2025, a letter from former U.S. Department of Labor officials was circulated which strongly condemns the Trump Administration's efforts to dismantle long-standing federal diversity, equity, inclusion, and accessibility (DEIA) protections. It explains that the Administration revoked Executive Order 11246, which for decades required federal contractors to promote equal opportunity and prevent discrimination. In its place, the Administration issued EO 14173, which not only eliminated proactive civil rights enforcement but also threatened federal contractors with investigations and enforcement actions for continuing voluntary DEIA practices. The letter criticizes these actions as unlawful, unconstitutional, and contrary to Congress's civil rights mandates, noting that the Administration lacks authority to punish past compliance or to compel contractors to abandon lawful efforts. It warns that these efforts are part of a broader strategy to intimidate employers, chill free speech, and dismantle core anti-discrimination protections under the guise of "restoring merit." **Exhibit R-15** is a true copy of the letter published by former Department of Labor officials.

20. On February 5, 2025, the U.S. Attorney General issued a Memorandum for All Department Employees with the subject "Ending Illegal DEI and DEIA Discrimination and

Preferences." The memorandum states that DEI-2 Order "mak[es] clear that policies relating to 'diversity, equity, and inclusion' ('DEI') and 'diversity, equity, inclusion, and accessibility' ('DEIA') 'violate the text and spirit of our longstanding Federal civil-rights laws" and "undermine our national unity.'" **Exhibit R-16** is a true and correct copy of the February 5, 2025 memorandum issued by the Attorney General.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 18, 2025

Respectfully submitted,

_____
Jose Abrigo