# EXHIBIT R-3



**National Institutes of Health**
*Office of Extramural Research*

Date:       February 13, 2025

To:         Institute and Center Chief Grants Management Officers (IC CGMOs)

From:       Michael S. Lauer, MD   *Michael S. Lauer -S* (Digitally signed by Michael S. Lauer -S, Date: 2025.02.13 15:06:52 -05'00')
            Deputy Director for Extramural Research, National Institutes of Health (NIH)

            Michelle G. Bulls   *Michelle G. Bulls -S* (Digitally signed by Michelle G. Bulls -S, Date: 2025.02.13 15:11:19 -05'00')
            NIH Chief Grants Management Officer

Subject:    Supplemental Guidance to Memo Entitled- NIH Review of Agency Priorities Based on the New Administration's Goals

The Office of Extramural Research is issuing supplemental guidance to the memo, dated February 12, 2025, to Institute and Center (IC) Chief Grants Management Officers (CGMOs) and their respective staff to issue hard funding restrictions on awards and within the Payment Management System (PMS)/Program Support Center (PSC) on awards where the program promotes or takes part in diversity, equity, and includsion ("DEI") initiatives or any other initiatives that discriminate on the basis of race, color, religion, sex, national origin, or any other protected characteristics. The restriction requirement applies to new and continuation awards made on or after February 14, 2025. If the sole purpose of the grant, cooperative agreement, other transaction award (including modifications), or supplement supports DEI activities, then the award must be fully restricted. The restrictions will remain in place until the agency conducts an internal review for payment integrity. Such review shall include, but not be limited to a review for fraud, waste, abuse, of all grants, cooperative agreements, and Other Transactions that determines the funding of the activities/program are in the best interest of the government and consistent with current policy priorities.

**Attachments**

1. Memo NIH Review of Agency Priorities Based on the New Administration's Goals, February 12, 2025

2. UPDATE - Temporary Restraining Order in State of New York et al. v. Trump et al., 1:25-cv-00039 (D.R.I.), February 12, 2025

3. Secretarial Directive on DEI Related Funding, February 10, 2025