# EXHIBIT R-8



View all journals       Search       Account

Explore content ⌄     About the journal ⌄     Publish with us ⌄     Subscribe       Sign up for alerts 🔔     RSS feed

nature > news > article

**NEWS** | 26 March 2025

# Exclusive: NIH to cut grants for COVID research, documents reveal

**Studies on climate change and South Africa are also on the latest list of grants to be terminated, according to updated documents obtained by *Nature*.**

By [Max Kozlov](#)

  



The SARS-CoV-2 virus that causes COVID has killed more than 1.2 million people in the US. Credit: Steve Gschmeissner/Science Photo Library

---

You have full access to this article via your institution.

## Related Articles

[Are the Trump team's actions affecting your research? How to contact Nature](#)


[NIH has cut one mRNA-vaccine grant. Will more follow?](#)


['Boggles the mind': US defence department slashes research on emerging threats](#)


['Scientists will not be silenced': thousands protest Trump research cuts](#)


[Exclusive: NIH to terminate hundreds of active research grants](#)


[How Trump 2.0 is reshaping science](#)



The US National Institutes of Health (NIH) and Centers for Disease Control and Prevention (CDC) have begun cancelling billions of dollars in funding on research related to the COVID-19 pandemic.

COVID-19 research funds "were issued for a limited purpose: to ameliorate the effects of the pandemic", according to an internal NIH document that *Nature* has obtained and that provides the agency's staff members with updated guidance on how to terminate these grants. "Now that the pandemic is over, the grant funds are no longer necessary," the document states. It is not clear how many COVID-19 grants will be terminated.

## Subjects

**Funding**    **SARS-CoV-2**    **Government**

**Scientific community**



**RELATED**

**'Boggles the mind': US defence department slashes research on emerging threats**

The crackdown on COVID-19 research comes as the NIH under US President Donald Trump has halted nearly 400 grants in the past month. An earlier version of the documents, obtained by *Nature* on 5 March, directed staff to identify and potentially cancel projects on transgender populations; gender identity; diversity, equity and inclusion (DEI) in the scientific workforce; and environmental justice.

The NIH, which is the world's largest public funder of biomedical research, has awarded grants to nearly 600 ongoing projects that include 'COVID' in the title, worth nearly US$850 million. Together these projects make up nearly 2% of the NIH's $47 billion budget. And the CDC plans to cancel $11.4 billion in funds for pandemic response, NBC News reports.

SARS-CoV-2, the virus that causes COVID-19, has killed more than 7 million people globally, including more than 1.2 million people in the United States, and continues to infect and kill people. Studying the virus, how it infects people and the government's response to the pandemic is also crucial to preventing the next one, say scientists.

Among the terminations at the NIH is a $577 million programme to identify and develop antiviral drugs against the SARS-CoV-2 coronavirus and six other types of viruses with pandemic potential.

"These terminations are clearly shortsighted — we desperately need new treatments against viruses," says Jason McLellan, a structural virologist at the University of Texas, Austin, whose project to develop broad-spectrum treatments that work against multiple types of viruses was part of the programme and terminated on 24 March. "To cancel the entire grant because a small portion involved SARS-CoV-2 is going to be dangerous for future pandemic preparedness."

Neither the NIH nor its parent organization, the US Department of Health and Human Services (HHS), responded to *Nature's* queries about the

## Sign up to Nature Briefing

An essential round-up of science news, opinion and analysis, delivered to your inbox every weekday.

**Email address**

e.g. jo.smith@university.ac.uk

☑ Yes! Sign me up to receive the daily *Nature Briefing* email. I agree my information will be processed in accordance with the *Nature* and Springer Nature Limited Privacy Policy.

Sign up

grant terminations or scientists' concerns about them.

## Updated guidance

The updated guidance document that *Nature* obtained (see Supplementary Information below) was sent on 25 March to NIH staff members who oversee the business side of awarding research grants, called 'grants-management specialists'. This document includes COVID-19 on a list of "research activities that NIH no longer supports", in addition to research on China, DEI, "transgender issues" and vaccine hesitancy. The latest guidance also says that grants related to South Africa and climate change should be terminated.

In addition to these research topics, the document outlines a new category of research that should be terminated: any project on a list sent by the NIH director or the HHS, which is currently helmed by longtime anti-vaccine advocate Robert F. Kennedy, Jr.



RELATED

**NIH has cut one mRNA-vaccine grant. Will more follow?**

Such large-scale grant terminations are unprecedented; the agency typically terminates only a few dozen projects each year in response to serious concerns about research misconduct or fraud — and does so only as a last resort, after taking other actions such as suspension.

Grants-management specialists will be tasked with identifying and terminating projects, because the agency's scientific staff members are considered to be too biased by the NIH's current leadership to make these determinations, says an NIH official who requested anonymity because they weren't authorized to speak to the press.

But some scientists fear that the guidance for NIH employees is too vague and that any research project associated with certain keywords could be on the chopping block without consideration of its merit. "They've been taking a chainsaw to grants and not a surgical laser," says Angela Rasmussen, a virologist at the University of Saskatchewan in Saskatoon, Canada, who studies SARS-CoV-2.

## Long COVID

Under the new directive, it's unclear whether the NIH plans to shut down long COVID research, including its $1.6 billion RECOVER initiative, which aims to find the root causes and treatments for the disease. The Trump administration appears to be deprioritizing long COVID: this week, the HHS will close its Office of Long COVID Research and Practice, which coordinates the US government's response to the disease, according to e-mail correspondence that *Nature* has obtained.

The termination of COVID-19 research is a "real slap in the face of the many patients struggling with the long-term health effects of COVID infections", says Jennifer Nuzzo, an epidemiologist and director of the Pandemic Center at Brown University in Providence, Rhode Island.

Kennedy has vowed to "make America healthy again", in part by overhauling US health agencies to focus on chronic diseases. This "wholesale crackdown" on COVID research is not in the spirit of the campaign, Nuzzo says. "We should be studying how infections cause some of the worst diseases that society endures", she says, adding that research has linked infection with a common herpesvirus called Epstein-Barr to the development of multiple sclerosis.

Akiko Iwasaki, an immunologist at Yale School of Medicine in New Haven, Connecticut, who studies immune responses in people with long COVID and other post-viral conditions, says: "If we don't figure this out now with this pandemic, I'm afraid we will be much less prepared for future pandemics."

## How Trump 2.0 is reshaping science

Explore *Nature*'s coverage of the Trump administration and its impact on science globally.



25 March

### [Trump administration sued over huge funding cuts at Columbia University](#)

Two faculty organizations file suit after university makes concessions to Trump officials.



24 March

### ['Anxiety is palpable': detention of researchers at US border spurs travel worries](#)

Several high-profile incidents in the past month have scientists on edge.



21 March

### ['Boggle US defe department research emergin](#)

Terminated studies on of AI in con extremism

Next

*doi: https://doi.org/10.1038/d41586-025-00954-y*

Reprints and permissions

**SUPPLEMENTARY INFORMATION**

1. Updated NIH guidance

2. Updated NIH appendices

## Latest on:

Funding



### Give grants to female scientists in war zones

CORRESPONDENCE
25 MAR 25

### Trump administration sued over huge funding cuts at Columbia University

NEWS 25 MAR 25

### What CERN does next matters for science and for international cooperation

EDITORIAL 24 MAR 25

SARS-CoV-2

### Four ways COVID changed virology: lessons from the most sequenced virus of all time

NEWS FEATURE
12 MAR 25

### What sparked the COVID pandemic? Mounting evidence points to raccoon dogs

NEWS 21 FEB 25

### Learn COVID pandemic lessons — before it's too late

EDITORIAL 18 FEB 25

Government

### Light pollution threatens fleet of world-class telescopes in Atacama Desert

### 'Science is happening': Israeli and Palestinian scientists

### What's in store for US science as funding bill averts