# EXHIBIT R-12

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Urban League, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 25-cv-471 |

## NOTICE

Defendants provide this notice to clarify a statement made regarding Section 3(c)(ii) of Executive Order 14,173, during the hearing held on March 19, 2025.

Section 3(c)(ii) directs the Director of the Office of Management and Budget to: "Excise references to DEI and DEIA principles, under whatever name they may appear, from Federal acquisition, contracting, grants, and financial assistance procedures to streamline those procedures, improve speed and efficiency, lower costs, and comply with civil-rights laws."

In response to the Court's questions during the hearing, counsel for Defendants conveyed that her understanding at the time of the hearing was that this provision pertains to the Government's internal procedures. She further informed the Court that she will correct the record if she learns otherwise. Following the hearing, counsel learned that changes to the federal procedures listed pursuant to this directive would not be fully internal to the Government. Private parties subject to Government agreements may be required to follow some of the relevant federal procedures, which, at times, are also specified in the agreements' terms and conditions.

Counsel for Defendants apologizes for any confusion caused by her statements during the hearing, which reflected her best understanding at the time of the hearing.

Defendants continue to maintain that Plaintiffs lack standing to challenge this Provision because they have failed to allege any concrete injury stemming from any action taken by Defendants on the basis of this provision. Furthermore, for the reasons outlined in Defendants' Opposition, *see* ECF No. 38, Plaintiffs' challenge to this Provision fails on the merits.

        Respectfully submitted,

        YAAKOV M. ROTH
        Acting Assistant Attorney General
        Civil Division

        JOSEPH E. BORSON
        Assistant Branch Director

        */s/ Pardis Gheibi*
        PARDIS GHEIBI (D.C. Bar No. 90004767)
        Trial Attorney, U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, N.W.
        Washington, D.C. 20005
        Tel.: (202) 305-3246
        Email: pardis.gheibi@usdoj.gov

        *Attorneys for Defendants*

Case 4:25-cv-01824-JST   Document 64-1   Filed 03/12/25   Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I electronically filed this document with the Court by using the CM/ECF system, and that this document was distributed via the Court's CM/ECF system.

*/s/ Pardis Gheibi*

3