| | |
|---|---|
| JENNIFER C. PIZER (SBN 152327)<br>jpizer@lambdalegal.org<br>PELECANOS*<br>pelecanos@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, California 90017-2521<br>Telephone: (213) 382-7600<br><br>JOSE ABRIGO*<br>jabrigo@lambdalegal.org<br>OMAR GONZALEZ-PAGAN*<br>ogonzalez-pagan@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>120 Wall Street, 19th Floor<br>New York, New York 10005-3919<br>Telephone: (212) 809-8585<br><br>CAMILLA B. TAYLOR*<br>ctaylor@lambdalegal.org<br>KENNETH D. UPTON, JR*<br>kupton@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>3656 North Halsted Street<br>Chicago, Illinois 60613-5974<br>Telephone: (312) 663-4413 | KAREN L. LOEWY*<br>kloewy@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>815 16th Street NW, Suite 4140<br>Washington, DC 20006-4101<br>Telephone: (202) 804-6245<br><br>*Counsel for Plaintiffs*<br>**Appearance Pro Hac Vice*<br><br>PARDIS GHEIBI (D.C. Bar No. 90004767)<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 305-3246<br>Pardis.Gheibi@usdoj.gov<br><br>PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney<br>Kenneth W. Brakebill (CABN 196696)<br>Acting Chief, Civil Division<br>CHRISTOPHER F. JEU (CABN 247865)<br>Assistant United States Attorney<br>60 South Market Street, Suite 1200<br>San Jose, California 95113<br>Telephone: (408) 535-5082<br>FAX: (408) 535-5066<br>Christopher.Jeu@usdoj.gov<br><br>*Attorneys for Federal Defendants* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, *et al.*;<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*;<br><br>    *Defendants*. | Case No. 4:25-cv-1824-JST<br><br>**SECOND STIPULATED REQUEST FOR LEAVE TO SUPPLEMENT RECORD IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, the Plaintiffs, with consent of the Defendants, seek leave for Plaintiffs to supplement further the record in support of their pending Motion for Preliminary Injunction (ECF No. 47) with supplemental declarations concerning alleged actions that have occurred after the prior supplemental declarations that were filed on April 7, 2025 (ECF Nos. 56-58). Defendants do not oppose. Plaintiffs further state:

1. The Parties previously discussed but failed to reach an agreement for an interim voluntary stay of any grant and contract termination actions by the government directed at or implicating the Plaintiffs until the hearing on the pending Motion for Preliminary Injunction, currently scheduled for 2:00 p.m. PDT, Thursday, May 22, 2005.

2. In late March and early April 2025, some Plaintiffs began receiving or learning of grant termination notices issued by the government after the Motion for Preliminary Injunction was filed.

3. Prior to the government's deadline to file its opposition to the motion, Defendants' counsel agreed that Plaintiffs could file supplemental declarations on April 7 concerning these notices, and Plaintiffs did so with leave of Court.

4. As of April 18, the motion was fully briefed and awaiting hearing.

5. On April 25, Plaintiffs' Counsel advised Counsel for Defendants that the government has continued to take actions that Plaintiffs believe relate to implementation of the Executive Orders at issue in this case—and are doing so at an ever-increasing rate—and that Plaintiffs expect that the government's conduct will continue throughout the weeks leading up to the hearing.

6. Considering these evolving events, Plaintiffs' Counsel notified Defendants' Counsel that they intend to prepare supplemental declarations to update the record for the Court prior to the hearing and would like to reach an agreement to do so in a fair and orderly manner.

THEREFORE, the Parties have agreed to the following stipulated relief, subject to leave of Court:

Counsel for Plaintiffs may update the record by filing a second set of supplemental

declarations concerning notice and termination events affecting the Plaintiffs that have occurred after the filing of the first supplemental declarations on April 7, 2025.

The second set of supplemental declarations shall be filed on the docket simultaneously no later than 5:00 p.m. PDT on Friday, May 16, 2025.

Plaintiffs will not file any additional argument concerning the declarations.

THE PARTIES SO STIPULATE AND RESPECTFULLY REQUEST that the Court grant Plaintiffs leave to file, on or before Friday, May 16, 2025, a second set of supplemental declarations concerning notice and termination events affecting the Plaintiffs that have occurred after the filing of the first supplemental declarations on April 7, 2025.

DATED: April 30, 2025.                    Respectfully submitted,

  /s/  Kenneth D. Upton, Jr.
KENNETH D. UPTON, JR*
*kupton@lambdalegal.org*
CAMILLA B. TAYLOR*
*ctaylor@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

JENNIFER C. PIZER (SBN 152327)
*jpizer@lambdalegal.org*
PELECANOS*
*pelecanos@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

JOSE ABRIGO*
*jabrigo@lambdalegal.org*
OMAR GONZALEZ-PAGAN*
*ogonzalez-pagan@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

*Counsel for Plaintiffs*

 /s/ Pardis Gheibi
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-3246
Pardis.Gheibi@usdoj.gov

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
Kenneth W. Brakebill (CABN 196696)
Acting Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

*Attorneys for Federal Defendants*

## **ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3). I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: April 30, 2025.          By: */s/ Kenneth D. Upton, Jr.*

KENNETH D. UPTON, JR
Counsel for Plaintiffs.

- 4 -

SECOND STIPULATED REQUEST FOR LEAVE TO SUPPLEMENT RECORD;
[PROPOSED] ORDER; Case No. 4:25-cv-1824-JST