| | |
|---|---|
| JENNIFER C. PIZER (SBN 152327) <br> jpizer@lambdalegal.org <br> PELECANOS* <br> pelecanos@lambdalegal.org <br> LAMBDA LEGAL DEFENSE AND <br> EDUCATION FUND, INC. <br> 800 South Figueroa Street, Suite 1260 <br> Los Angeles, California 90017-2521 <br> Telephone: (213) 382-7600 | CAMILLA B. TAYLOR* <br> ctaylor@lambdalegal.org <br> KENNETH D. UPTON, JR* <br> kupton@lambdalegal.org <br> LAMBDA LEGAL DEFENSE AND <br> EDUCATION FUND, INC. <br> 3656 North Halsted Street <br> Chicago, Illinois 60613-5974 <br> Telephone: (312) 663-4413 |
| JOSE ABRIGO* <br> jabrigo@lambdalegal.org <br> OMAR GONZALEZ-PAGAN* <br> ogonzalez-pagan@lambdalegal.org <br> LAMBDA LEGAL DEFENSE AND <br> EDUCATION FUND, INC. <br> 120 Wall Street, 19th Floor <br> New York, New York 10005-3919 <br> Telephone: (212) 809-8585 | KAREN L. LOEWY* <br> kloewy@lambdalegal.org <br> LAMBDA LEGAL DEFENSE AND <br> EDUCATION FUND, INC. <br> 815 16th Street NW, Suite 4140 <br> Washington, DC 20006-4101 <br> Telephone: (202) 804-6245 <br><br> *Appearance Pro Hac Vice |

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, et al.; <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al. <br><br> *Defendants*. | Case No. 4:25-cv-1824-JTS <br><br> **DECLARATION OF KENNETH D. UPTON, JR. IN SUPPORT OF SECOND STIPULATED REQUEST TO SUPPLEMENT RECORD** |

I, KENNETH D. UPTON, JR., declare as follows.

1. I am Senior Counsel with Lambda Legal Defense and Education Fund, Inc., I am counsel of record for the plaintiffs, and I am authorized to make this declaration in support of the Parties' Stipulated Request for Leave to Supplement the Record. The following statements are within the scope of my personal knowledge and if called upon to do so, I could and would testify competently to the same.

---

DECLARATION OF KENNETH D. UPTON, JR. IN SUPPORT OF SECOND
STIPULATED REQUEST FOR LEAVE TO SUPPLEMENT RECORD
Case No. 4:25-cv-1824-JTS

1. On April 25, 2025, I reached out to Counsel for Defendants to advise them I had learned that the government continues to take actions that we believe relate to implementation of the Executive Orders at issue in the case and is doing so at an ever-increasing rate. These are actions that have taken place since Plaintiffs filed Supplemental Declarations on April 7, 2025, in support of their pending Motion for Preliminary Injunction. Plaintiffs also expect that the government's conduct will continue throughout the weeks leading up to the hearing.

2. I explained that, considering these evolving events, Plaintiffs intend to prepare supplemental declarations to update the record for the Court prior to the hearing set for May 22, 2025, and would like to do so in a fair and orderly manner by filing a set of second supplemental declarations concerning notice and termination events affecting our clients received or learned of after the last supplemental declarations were filed.

3. That same day, Pardis Gheibi, Counsel for Defendants, responded. She agreed to stipulate that Plaintiffs may file a second set of supplemental declarations as long as they are filed by the end of the day on May 16. This would allow Defendants' Counsel time to review the materials, coordinate with their clients, and (potentially) move to file a responsive filing on the docket in time for Plaintiffs' Counsel and the Court to review before the hearing. She further indicated they may not file anything at all but wanted to budget enough time for one.

4. Based on this agreement, the parties submit the attached stipulated order for the Court's approval.

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct.

Executed this 30th day of April 2025, at Chicago, Illinois.

/s/ *Kenneth D. Upton, Jr.*
Kenneth D. Upton, Jr.
*Counsel for Plaintiffs*

DECLARATION OF KENNETH D. UPTON, JR. IN SUPPORT OF SECOND STIPULATED REQUEST FOR LEAVE TO SUPPLEMENT RECORD
Case No. 4:25-cv-1824 -JTS