**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

      Plaintiffs are granted leave to supplement the record in support of their Motion for Preliminary Injunction (ECF No. 47) with additional declarations, to be filed on or before 5:00 p.m. PDT on Friday, May 16, 2025, describing events that have occurred after the Supplemental Declarations were filed on April 7, 2025 (ECF Nos. 56 – 58).

DATED: _____

_____
THE HONORABLE JON S. TIGAR
United States District Judge

STIPULATED REQUEST FOR SECOND LEAVE TO SUPPLEMENT RECORD;
[PROPOSED] ORDER, Case No. 4:25-cv-1824-JST