| | |
|---|---|
| JENNIFER C. PIZER (SBN 152327) | CAMILLA B. TAYLOR* |
| jpizer@lambdalegal.org | ctaylor@lambdalegal.org |
| PELECANOS* | KENNETH D. UPTON, JR* |
| pelecanos@lambdalegal.org | kupton@lambdalegal.org |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. |
| 800 South Figueroa Street, Suite 1260 | 3656 North Halsted Street |
| Los Angeles, California 90017-2521 | Chicago, Illinois 60613-5974 |
| Telephone: (213) 382-7600 | Telephone: (312) 663-4413 |
| | |
| JOSE ABRIGO* | KAREN L. LOEWY* |
| jabrigo@lambdalegal.org | kloewy@lambdalegal.org |
| OMAR GONZALEZ-PAGAN* | LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. |
| ogonzalez-pagan@lambdalegal.org | |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | 815 16th Street NW, Suite 4140 |
| 120 Wall Street, 19th Floor | Washington, DC 20006-4101 |
| New York, New York 10005-3919 | Telephone: (202) 804-6245 |
| Telephone: (212) 809-8585 | |

*Appearance Pro Hac Vice*

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, *et al.*; | Case No. 4:25-cv-1824-JST |
| Plaintiffs, | **AFFIDAVIT OF SERVICE** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*; | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 4 (l), I, Jennifer C. Pizer, hereby declare that Plaintiffs San Francisco AIDS Foundation, GLBT Historical Society, Asian and Pacific Islander Wellness Center d/b/a San Francisco Community Health Center, Los Angeles LGBT Center, Prisma Community Care, Lesbian and Gay Community Services Center, Inc. d/b/a The LGBT Community Center, Bradbury-Sullivan LGBT Community Center, Baltimore Safe Haven

Corporation, and Forge, Inc., caused the following documents to be served via U.S. Certified Mail mailed by Express Network on February 24, 2025, to all Defendants in the above-captioned matter:

- Summons in a Civil Action
- Complaint for Declaratory and Injunctive Relief
- Civil Case Cover Sheet
- Standing Order for All Northern District of California Judges
- Mag. J. Kim Standing Order
- Initial Case Management Order

All documents were certified delivered per the United States Postal Service website[1] as of March 5, 2025. The Proofs of Certified Mailing, Certified Mail Receipts, and delivery confirmation from the United States Postal Service website are attached as Exhibit A.

By subsequently filed stipulation (ECF No. 63), the Defendants' will have until thirty (30) days after the Court's ruling on Plaintiffs' Motion for a Preliminary Injunction to respond to the complaint.

DATED: May 13, 2025.                    Respectfully submitted,

/s/ Jennifer C. Pizer
JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

---

[1] https://www.usps.com/

JOSE ABRIGO*
*jabrigo@lambdalegal.org*
OMAR GONZALEZ-PAGAN*
*ogonzalez-pagan@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

KENNETH D. UPTON, JR*
*kupton@lambdalegal.org*
CAMILLA B. TAYLOR*
*ctaylor@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

KAREN L. LOEWY*
*kloewy@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

PELECANOS*
pelecanos@lambdalegal.org
Boulder County, Colorado
Telephone: (213) 351-6051
c/o Jennifer C. Pizer, local counsel
  LAMBDA LEGAL DEFENSE AND
  EDUCATION FUND, INC.
  800 S. Figueroa St., Ste 1260
  Los Angeles, California 90017-2521

*Counsel for Plaintiffs*

*\*Appearance Pro Hac Vice*

PLAINTIFFS' AFFIDAVIT OF SERVICE,
Case No. 4:25-cv-1824-JST