# Exhibit A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360          Fax No.:<br>*Attorney(s) for:* PLAINTIFF<br>*Reference No.:* NIXPESF-0016010.GE | |

| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc. | |
| DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. | |

| **PROOF OF CERTIFIED MAILING** | CASE No.:<br>3:25-cv-01824 SK |
|---|---|

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT  OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   DONALD J. TRUMP, in his official capacity as President of the United States
   1600 PENNSYLVANIA AVENUE, NW
   WASHINGTON, DC 20500

   (b) [ ] Business    [X] Residence    [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 7021 0950 0001 6960 9494)

6. Person mailing:  CHAD KRUMDIECK

   *EXPRESS NETWORK*
   P.O. Box 861057
   Los Angeles, California 90086
   (213) 975-9850

a. [ ] Not a Registered California Process Server
b. [ ] Registered California Process Server
c. [X] Employee or Independent Contractor
   (1) Registration No.:
   (2) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025



**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI...**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U...**

# USPS Tracking®

FAQs ❯

Tracking Number:

Remove ✕

## 70210950000169609494

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:15 am on March 5, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20500
March 5, 2025, 4:15 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360          Fax No.:<br>*Attorney(s) for:* PLAINTIFF<br>*Reference No.:* NIXPESF-0016011.GE | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc. | |
| DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. | |
| **PROOF OF CERTIFIED MAILING** | CASE No.:<br>**3:25-cv-01824 SK** |

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT  OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   MICHAEL SCHLOSS, in his official capacity as Acting Director of Office of Federal Contracts Compliance Programs
   OFFICE NO. C-3325
   200 CONSTITUTION AVENUE NW
   WASHINGTON, DC 20210

   (b) [X] Business    [ ] Residence    [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 9589 0710 5270 1152 1620 01)

6. Person mailing:  CHAD KRUMDIECK

   *EXPRESS NETWORK*
   P.O. Box 861057
   Los Angeles, California 90086
   (213) 975-9850

   a. [ ] Not a Registered California Process Server
   b. [ ] Registered California Process Server
   c. [X] Employee or Independent Contractor
      (1) Registration No.:
      (2) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025



**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20210

Certified Mail Fee $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage $4.31

Total Postage and $13.26

Sent To Michael Schloss, in his official capacity as Acting
Director of Office of Federal Contracts
Office of Federal Contracts Compliance Programs
Street and Apt. N Office No. C-3325
200 Constitution Avenue NW
City, State, ZIP+4 Washington, DC 20210

PS Form 3800,

STATION SAN FRANCISCO
FEB 21 2025
Postmark Here
02/21/2025
94126

ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI…

ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U…

# USPS Tracking®

FAQs  >

Tracking Number:

**Remove** ✕

## 95890710527011152162001

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:58 am on February 27, 2025 in WASHINGTON, DC 20210.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20210
February 27, 2025, 11:58 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360          Fax No.:<br>*Attorney(s) for:* PLAINTIFF<br>*Reference No.:* NIXPESF-0016012.GE | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc. | |
| DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. | |
| **PROOF OF CERTIFIED MAILING** | CASE No.:<br>**3:25-cv-01824 SK** |

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT  OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   NATIONAL ARCHIVES AND RECORDS ADMINISTRATION
   8601 ADELPHI ROAD
   COLLEGE PARK, MD 20740-6001

   (b) [X] Business     [ ] Residence     [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 9589 0710 5270 1165 4104 10)

6. Person mailing:  CHAD KRUMDIECK

   *EXPRESS NETWORK*
   P.O. Box 861057
   Los Angeles, California 90086
   (213) 975-9850

   a. [ ] Not a Registered California Process Server
   b. [ ] Registered California Process Server
   c. [X] Employee or Independent Contractor
      (1) Registration No.:
      (2) County:

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025



**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

College Park, MD 20740

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage $4.31

Total Postage and $13.28

Sent To National Archives and Records Administration

Street and Apt. N 8601 Adelphi Road

City, State, ZIP+4 College Park, MD 20740-6001

PS Form 3800,

02/21/2025

**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI...**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U...**

# USPS Tracking®

FAQs >

Tracking Number:                                                                                        Remove ✕

## 95890710527011165410410

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:42 am on February 26, 2025 in COLLEGE PARK, MD 20740.

Feedback

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

COLLEGE PARK, MD 20740
February 26, 2025, 10:42 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                                                    ⌄

USPS Tracking Plus®                                                                                      ⌄

Product Information                                                                                      ⌄

See Less ⌃

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360          Fax No.:<br>*Attorney(s) for:* PLAINTIFF<br>*Reference No.:* NIXPESF-0016013.GE | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc. | |
| DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. | |
| **PROOF OF CERTIFIED MAILING** | CASE No.:<br>3:25-cv-01824 SK |

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT  OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   SHELLY C. LOWE, in her official capacity as Chair of the NATIONAL ENDOWMENT FOR THE HUMANITIES
   NATIONAL ENDOWMENT FOR THE HUMANITIES
   400 7TH STREET, SW
   WASHINGTON, DC 20506

   (b) [X] Business     [ ] Residence     [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 9589 0710 5270 0116 6177 17)

6. Person mailing:  CHAD KRUMDIECK

   *EXPRESS NETWORK*
   P.O. Box 861057
   Los Angeles, California 90086
   (213) 975-9850

   a. [ ] Not a Registered California Process Server
   b. [ ] Registered California Process Server
   c. [X] Employee or Independent Contractor
       (1) Registration No.:
       (2) County:

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025



**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20506

OFFICIAL USE

Certified Mail Fee    $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$    $4.31

Total Postage and    Shelly C. Lowe, in her official capacity as Chair
$13.26               of the National Endowment for the
Sent To              Humanities
Street and Apt. No.  National Endowment for the Humanities
                     400 7th Street, SW
City, State, ZIP+4®  Washington, DC 20506

PS Form 3800, Ju

**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI...**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U...**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052700116617717

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:17 am on February 27, 2025 in WASHINGTON, DC 20506.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20506
February 27, 2025, 8:17 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360          Fax No.:<br>*Attorney(s) for:* PLAINTIFF<br>*Reference No.:* NIXPESF-0016014.GE | |

| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc. | |
| DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. | |

| **PROOF OF CERTIFIED MAILING** | CASE No.:<br>3:25-cv-01824 SK |
|---|---|

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT  OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   OFFICE OF FEDERAL CONTRACTS COMPLIANCE PROGRAMS
    UNITED STATES DEPARTMENT OF LABOR
    OFFICE NO. C-3325
    200 CONSTITUTION AVENUE NW
    WASHINGTON, DC 20210

   (b) [X] Business     [ ] Residence    [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 9589 0710 5270 0116 6176 63)

6. Person mailing:  CHAD KRUMDIECK

   *EXPRESS NETWORK*
   P.O. Box 861057
   Los Angeles, California 90086
   (213) 975-9850

   a. [ ] Not a Registered California Process Server
   b. [ ] Registered California Process Server
   c. [X] Employee or Independent Contractor
      (1) Registration No.:
      (2) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20210

OFFICIAL USE

Certified Mail Fee   $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$   $4.31

Total Postage a
$13.22

Sent To

Street and Apt.

City, State, ZIP

Office of Federal Contracts Compliance
Programs
United States Department of Labor
Office No. C-3325
200 Constitution Avenue NW
Washington, DC 20210

02/21/2025

PS Form 3800,

**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI...**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U...**

# USPS Tracking®

FAQs >

Tracking Number:                                                                                    **Remove ✕**

## 9589071052700116617663

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:58 am on February 27, 2025 in WASHINGTON, DC 20210.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20210
February 27, 2025, 11:58 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360          Fax No.:<br>*Attorney(s) for:* PLAINTIFF<br>*Reference No.:* NIXPESF-0016015.GE | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc. | |
| DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. | |
| **PROOF OF CERTIFIED MAILING** | CASE No.:<br>3:25-cv-01824 SK |

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT  OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   OFFICE OF MANAGEMENT AND BUDGET
   725 17TH STREET, NW
   WASHINGTON, DC 20503

   (b) [X] Business     [ ] Residence     [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 9589 0710 5270 0116 6176 70)

6. Person mailing:  CHAD KRUMDIECK

   *EXPRESS NETWORK*
   P.O. Box 861057
   Los Angeles, California 90086
   (213) 975-9850

   a. [ ] Not a Registered California Process Server
   b. [ ] Registered California Process Server
   c. [X] Employee or Independent Contractor
       (1) Registration No.:
       (2) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025



**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI…**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U…**

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 9589071052700116617670

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:15 am on March 5, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
March 5, 2025, 4:15 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                     ⌄

Product Information                                                     ⌄

**See Less ⌃**

Feedback

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360     Fax No.:<br>*Attorney(s) for:* PLAINTIFF<br>*Reference No.:* NIXPESF-0016016.GE | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc.<br><br>DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. | |
| **PROOF OF CERTIFIED MAILING** | CASE No.:<br>3:25-cv-01824 SK |

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT  OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   PAMELA BONDI, in her official capacity as Attorney General of the United States
   U.S. DEPARTMENT OF JUSTICE
   950 PENNSYLVANIA AVENUE NW
   WASHINGTON, DC 20530

   (b) [X] Business   [ ] Residence   [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 9589 0710 5270 0116 6176 87)

6. Person mailing:  CHAD KRUMDIECK

   *EXPRESS NETWORK*
   P.O. Box 861057
   Los Angeles, California 90086
   (213) 975-9850

   a. [ ] Not a Registered California Process Server
   b. [ ] Registered California Process Server
   c. [X] Employee or Independent Contractor
       (1) Registration No.:
       (2) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025



ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI...

ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U...

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052700116617687

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:30 am on February 28, 2025 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:

USPS Tracking Plus®

Feedback

## Delivered
**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
February 28, 2025, 5:30 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                        ⌄

USPS Tracking Plus®                                         ⌄

Product Information                                          ⌄

**See Less** ⌃

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360          Fax No.:<br>*Attorney(s) for:* PLAINTIFF<br>*Reference No.:* NIXPESF-0016017.GE | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc. | |
| DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. | |
| **PROOF OF CERTIFIED MAILING** | CASE No.:<br>3:25-cv-01824 SK |

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT  OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services
   UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES
   HUBERT HUMPHREY BUILDING
   200 INDEPENDENCE AVENUE, S.W.
   WASHINGTON, DC 20201

   (b) [X] Business     [ ] Residence     [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 9589 0710 5270 0116 6176 94)

6. Person mailing:  CHAD KRUMDIECK

   *EXPRESS NETWORK*
   P.O. Box 861057
   Los Angeles, California 90086
   (213) 975-9850

   a. [ ] Not a Registered California Process Server
   b. [ ] Registered California Process Server
   c. [X] Employee or Independent Contractor
       (1) Registration No.:
       (2) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025

PROOF OF CERTIFIED MAILING



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20201

Certified Mail Fee $4.85
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postage $4.31
$
Total Postage and Fees
$13.26

Sent To          Robert F. Kennedy, Jr., in his official capacity as
                 Secretary of Health and Human Services
                 United States Department of Health and Human
                 Services
Street and Apt. No  Hubert Humphrey Building
                 200 Independence Avenue, S.W.
City, State, ZIP+4  Washington, DC 20201

PS Form 3800, January 2023

**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI...**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U...**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 95890710527001166617694

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:26 am on February 27, 2025 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20201
February 27, 2025, 7:26 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360          Fax No.:<br>*Attorney(s) for:* PLAINTIFF<br>*Reference No.:* NIXPESF-0016018.GE | **FOR COURT USE ONLY** |
|---|---|

| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|

| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc. |
|---|
| DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. |

| **PROOF OF CERTIFIED MAILING** | **CASE No.:**<br>3:25-cv-01824 SK |
|---|---|

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget
   OFFICE OF MANAGEMENT AND BUDGET
   EXECUTIVE OFFICE OF THE PRESIDENT
   725 17TH STREET, NW
   WASHINGTON, DC 20503

   (b) [X] Business     [ ] Residence     [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 9589 0710 5270 0116 6177 00)

6. Person mailing:  CHAD KRUMDIECK

   *EXPRESS NETWORK*
   P.O. Box 861057
   Los Angeles, California 90086
   (213) 975-9850

   a. [ ] Not a Registered California Process Server
   b. [ ] Registered California Process Server
   c. [X] Employee or Independent Contractor
      (1) Registration No.:
      (2) County:

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20507

Certified Mail Fee    $4.85

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ ____
☐ Return Receipt (electronic)        $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required            $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage    $4.31

Total Postage and Fees
$13.26

Sent To    Russell Vought, in his official capacity as
          Director of Office of Management and Budget
          Office of Management and Budget
Street and Apt. No.  Executive Office of the President
City, State, ZIP+4   725 17th Street, NW
                     Washington, DC 20503

PS Form 3800,

**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI...**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U...**

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 9589071052700116617700

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:15 am on March 5, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20500
March 5, 2025, 4:15 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Feedback

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360          Fax No.:<br>*Attorney(s) for:* PLAINTIFF<br>*Reference No.:* NIXPESF-0016019.GE | |

| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc. | |
| DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. | |
| **PROOF OF CERTIFIED MAILING** | CASE No.:<br>**3:25-cv-01824 SK** |

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   SHELLY C. LOWE, in her official capacity as Chair of the National Endowment for the Humanities
   NATIONAL ENDOWMENT FOR THE HUMANITIES
   400 7TH STREET, SW
   WASHINGTON, DC 20506

   (b) [X] Business     [ ] Residence     [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 9589 0710 5270 0116 6177 17)

6. Person mailing:  CHAD KRUMDIECK

   *EXPRESS NETWORK*
   P.O. Box 861057
   Los Angeles, California 90086
   (213) 975-9850

   a. [ ] Not a Registered California Process Server
   b. [ ] Registered California Process Server
   c. [X] Employee or Independent Contractor
      (1) Registration No.:
      (2) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025



**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20504

Certified Mail Fee    $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $4.31

Total Postage and    $13.26

Sent To    Shelly C. Lowe, in her official capacity as Chair
of the National Endowment for the
Humanities

Street and Apt. No.    National Endowment for the Humanities
400 7th Street, SW

City, State, ZIP+4    Washington, DC 20506

PS Form 3800, Ja

9589 0710 5270 0116 6177 17

**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI...**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U...**

# USPS Tracking®

FAQs ›

Tracking Number:                                                                                    **Remove ✕**

## 9589071052700116617717

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:17 am on February 27, 2025 in WASHINGTON, DC 20506.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20506
February 27, 2025, 8:17 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates                                                        ⌄

USPS Tracking Plus®                                                          ⌄

Product Information                                                          ⌄

**See Less ︿**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360          Fax No.:<br>*Attorney(s) for:* PLAINTIFF<br>Reference No.: NIXPESF-0016020.GE | |

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc. | |
| DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. | |
| **PROOF OF CERTIFIED MAILING** | CASE No.:<br>3:25-cv-01824 SK |

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT  OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   SCOTT TURNER, in **his** official capacity as Secretary of Housing and Urban Development
   U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
   451 7TH STREET, S.W.
   WASHINGTON, DC 20410

   (b) [ ] Business     [X] Residence     [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 9589 0710 5270 0116 6177 24)

6. Person mailing:  CHAD KRUMDIECK

   *EXPRESS NETWORK*
   P.O. Box 861057
   Los Angeles, California 90086
   (213) 975-9850

   a. [ ] Not a Registered California Process Server
   b. [ ] Registered California Process Server
   c. [X] Employee or Independent Contractor
       (1) Registration No.:
       (2) County:

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025

PROOF OF CERTIFIED MAILING



**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI...**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U...**

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052700116617724

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:06 am on February 27, 2025 in WASHINGTON, DC 20410.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20410
February 27, 2025, 7:06 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360          Fax No.:<br>*Attorney(s) for:* PLAINTIFF<br>*Reference No.:* NIXPESF-0016021.GE | |

| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc. | |
| DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. | |
| **PROOF OF CERTIFIED MAILING** | CASE No.:<br>3:25-cv-01824 SK |

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT  OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
   HUBERT HUMPHREY BUILDING
   200 INDEPENDENCE AVENUE, S.W.
   WASHINGTON, DC 20201

   (b) [X] Business     [ ] Residence     [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No. : 9589 0710 5270 0116 6177 31)

6. Person mailing:  CHAD KRUMDIECK          a. [ ] Not a Registered California Process Server

   *EXPRESS NETWORK*                          b. [ ] Registered California Process Server
   P.O. Box 861057                            c. [X] Employee or Independent Contractor
   Los Angeles, California 90086                 (1) Registration No.:
   (213) 975-9850                                (2) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025



## U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20201

| Certified Mail Fee | $4.85 |
| --- | --- |
| $ | $7.15 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$ $4.31

Total Postage and
$ $13.26

Sent To
United States Department of Health and Human Services

Street and Apt. No.
Hubert Humphrey Building
200 Independence Avenue, S.W.

City, State, ZIP+4®
Washington, DC 20201

PS Form 3800,

9589 0710 5270 0116 6177 31

Postmark Here

02/21/2025

FEB 21 2025

BAY STATION SAN FRANCISCO CA 94126 USPS

**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI...**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U...**

# USPS Tracking®

FAQs >

Tracking Number:                                                                Remove ✕

## 9589071052700116617731

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:26 am on February 27, 2025 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20201
February 27, 2025, 7:26 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                               ⌄

USPS Tracking Plus®                                                                 ⌄

Product Information                                                                 ⌄

See Less ⌃

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360          Fax No.:<br>*Attorney(s) for:* PLAINTIFF<br>*Reference No.:* NIXPESF-0016022.GE | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc. | |
| DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. | |
| **PROOF OF CERTIFIED MAILING** | CASE No.:<br>**3:25-cv-01824 SK** |

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT  OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
   451 7TH STREET, S.W.
   WASHINGTON, DC 20410

   (b) [X] Business     [ ] Residence     [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 9589 0710 5270 0116 6177 48)

6. Person mailing:  CHAD KRUMDIECK
   *EXPRESS NETWORK*
   P.O. Box 861057
   Los Angeles, California 90086
   (213) 975-9850

   a. [ ] Not a Registered California Process Server
   b. [ ] Registered California Process Server
   c. [X] Employee or Independent Contractor
      (1) Registration No.:
      (2) County:

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025



**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL

Certified Mail Fee    $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery    $

Postage    $4.21
$
Total Postage and Fees
$

Sent To    U.S. Department of Housing and Urban Development

Street and Apt. № 451 7th Street, S.W.

City, State, ZIP+4 Washington, DC 20410

PS Form 3800,

9589 0710 5270 0116 6177 48

02/21/2025

**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI...**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U...**

# USPS Tracking®

FAQs >

Tracking Number:                                                                 **Remove ✕**

## 9589071052700116617748

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:06 am on February 27, 2025 in WASHINGTON, DC 20410.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20410
February 27, 2025, 7:06 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

Feedback

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360        Fax No.:<br>*Attorney(s) for:* PLAINTIFF<br>*Reference No.:* NIXPESF-0016023.GE | |

| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc. | |
| DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. | |
| **PROOF OF CERTIFIED MAILING** | CASE No.:<br>3:25-cv-01824 SK |

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   U.S. DEPARTMENT OF JUSTICE
   950 PENNSYLVANIA, NW
   WASHINGTON, DC 20410

   (b) [X] Business     [ ] Residence     [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 9589 0710 5270 0116 6177 55)

6. Person mailing:  CHAD KRUMDIECK                     a. [ ] Not a Registered California Process Server
   *EXPRESS NETWORK*                                   b. [ ] Registered California Process Server
   P.O. Box 861057                                     c. [X] Employee or Independent Contractor
   Los Angeles, California 90086                           (1) Registration No.:
   (213) 975-9850                                          (2) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025

PROOF OF CERTIFIED MAILING



**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI...**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U...**

# USPS Tracking®

FAQs ›

Tracking Number:                                                              Remove ✕

## 9589071052700116617755

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:30 am on February 28, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
February 28, 2025, 5:30 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                              ⌄

---

**USPS Tracking Plus®**                                                ⌄

---

**Product Information**                                                ⌄

---

**See Less** ⌃

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360         Fax No.:<br>*Attorney(s) for:* PLAINTIFF<br>*Reference No.:* NIXPESF-0016024.GE | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc. | |
| DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. | |
| **PROOF OF CERTIFIED MAILING** | CASE No.:<br>3:25-cv-01824 SK |

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   U.S. DEPARTMENT OF LABOR
   200 CONSTITUTION AVENUE NW
   WASHINGTON, DC 20210

   (b) [X] Business    [ ] Residence    [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 9589 0710 5270 0116 6177 62)

6. Person mailing:  CHAD KRUMDIECK

   *EXPRESS NETWORK*
   P.O. Box 861057
   Los Angeles, California 90086
   (213) 975-9850

   a. [ ] Not a Registered California Process Server
   b. [ ] Registered California Process Server
   c. [X] Employee or Independent Contractor
      (1) Registration No.:
      (2) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025



**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Washington, DC 20210

Certified Mail Fee  $4.85

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)        $
- ☐ Return Receipt (electronic)      $  $0.00
- ☐ Certified Mail Restricted Delivery $  $0.00
- ☐ Adult Signature Required          $  $0.00
- ☐ Adult Signature Restricted Delivery $  $0.00

Postage  $4.21

Total Postage and Fees  $13.22

Sent To  U.S. Department of Labor
Street and Apt. N  200 Constitution Avenue NW
City, State, ZIP+4  Washington, DC 20210

PS Form 3800,

**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI...**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U...**

# USPS Tracking®

FAQs ❯

Tracking Number:

**Remove ✕**

## 9589071052700116617762

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:58 am on February 27, 2025 in WASHINGTON, DC 20210.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20210
February 27, 2025, 11:58 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| JENNIFER C. PIZER, ESQ. (SBN 152327) **LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.** 800 South Figueroa Street, Suite 1260 Los Angeles, CA 90017-2521 Tel. No.: (562) 983-5360          Fax No.: *Attorney(s) for:* PLAINTIFF *Reference No.:* NIXPESF-0016025.GE | |

| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc. | |
| DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. | |
| **PROOF OF CERTIFIED MAILING** | CASE No.: **3:25-cv-01824 SK** |

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT  OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   VINCE MICONE, in his official capacity as Acting Secretary of Labor
   UNITED STATES DEPARTMENT OF LABOR
   200 CONSTITUTION AVENUE NW
   WASHINGTON, DC 20210

   (b) [X] Business      [ ] Residence     [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 9589 0710 5270 0116 6177 79)

6. Person mailing:  CHAD KRUMDIECK

   *EXPRESS NETWORK*
   P.O. Box 861057
   Los Angeles, California 90086
   (213) 975-9850

   a. [ ] Not a Registered California Process Server
   b. [ ] Registered California Process Server
   c. [X] Employee or Independent Contractor
       (1) Registration No.:
       (2) County:

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025



**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI…**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U…**

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052700116617779

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:58 am on February 27, 2025 in WASHINGTON, DC 20210.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20210
February 27, 2025, 11:58 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                ⌄

USPS Tracking Plus®                                                  ⌄

Product Information                                                  ⌄

See Less ⌃

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360              Fax No.:<br>*Attorney(s) for:* PLAINTIFF<br>*Reference No.:* NIXPESF-0016026.GE | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|

| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc. |
|---|
| DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. |

| **PROOF OF CERTIFIED MAILING** | CASE No.:<br>3:25-cv-01824 SK |
|---|---|

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT  OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   WILLIAM J. BOSANKO, in his official capacity as Deputy Archivist of the United States
   NATIONAL ARCHIVES AND RECORDS ADMINISTRATION
   **8601 ADELPHI ROAD**
   **COLLEGE PARK, MD 20740-6001**

   (b) [X] Business    [ ] Residence    [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 9589 0710 5270 0116 6177 86)

6. Person mailing:  CHAD KRUMDIECK

   *EXPRESS NETWORK*
   P.O. Box 861057
   Los Angeles, California 90086
   (213) 975-9850

   a. [ ] Not a Registered California Process Server
   b. [ ] Registered California Process Server
   c. [X] Employee or Independent Contractor
       (1) Registration No.:
       (2) County:

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025



**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

College Park, MD 20740

Certified Mail Fee  $4.85
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage  $4.31
$

Total Postage an
$13.26

Sent To         William J. Bosanko, in his official capacity as Deputy
                Archivist of the United States
Street and Apt. N  National Archives and Records Administration
                8601 Adelphi Road
City, State, ZIP+4  College Park, MD 20740-6001

PS Form 3800, January

**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI...**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U...**

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 9589071052700116617786

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 10:42 am on February 26, 2025 in COLLEGE PARK, MD 20740.

Feedback

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

COLLEGE PARK, MD 20740
February 26, 2025, 10:42 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                      ⌄

---

**Product Information**                                                      ⌄

---

See Less ⌃

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360                    Fax No.:<br>*Attorney(s) for:* **PLAINTIFF**<br>*Reference No.:* NIXPESF-0016030.GE | |

<table>
<tr><td colspan="2" align="center">UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td colspan="2">PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc.</td></tr>
<tr><td colspan="2">DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc.</td></tr>
<tr><td align="center"><b>PROOF OF CERTIFIED MAILING</b></td><td>CASE No.:<br>3:25-cv-01824 SK</td></tr>
</table>

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT  OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

    ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services
    UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES
    HUBERT HUMPHREY BUILDING
    200 INDEPENDENCE AVENUE, S.W.
    WASHINGTON, DC 20201

    (b) [ ] Business    [X] Residence    [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 9589 0710 5270 0116 6176 94)

6. Person mailing:  CHAD KRUMDIECK

    *EXPRESS NETWORK*
    P.O. Box 861057
    Los Angeles, California 90086
    (213) 975-9850

    a. [ ] Not a Registered California Process Server
    b. [ ] Registered California Process Server
    c. [X] Employee or Independent Contractor
       (1) Registration No.:
       (2) County:

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025

PROOF OF CERTIFIED MAILING



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20201

| Certified Mail Fee | $4.85 |
|---|---|
| $ | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postmark
Here

Postage
$ $4.31

Total Postage and Fees
$ $13.26

Sent To  Robert F. Kennedy, Jr., in his official capacity as
Secretary of Health and Human Services

Street and Apt. No  United States Department of Health and Human
Services
Hubert Humphrey Building

City, State, ZIP+4  200 Independence Avenue, S.W.
Washington, DC 20201

PS Form 3800, January 2023

**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI...**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U...**

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052700116617694

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:26 am on February 27, 2025 in WASHINGTON, DC 20201.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20201
February 27, 2025, 7:26 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| JENNIFER C. PIZER, ESQ. (SBN 152327)<br>**LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, CA 90017-2521<br>Tel. No.: (562) 983-5360          Fax No.:<br>*Attorney(s) for:* PLAINTIFF<br>*Reference No.:* NIXPESF-0016031.GE | |

| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| PLAINTIFF/PETITIONER:   SAN FRANCISCO AIDS FOUNDATION; etc. | |
| DEFENDANT/RESPONDENT:   DONALD J. TRUMP, etc. | |
| **PROOF OF CERTIFIED MAILING** | CASE No.:<br>3:25-cv-01824 SK |

**At the time of mailing, I was at least 18 years old and not a party to the action.**

1. I mailed the following documents:
   - SUMMONS IN A CIVIL ACTION
   - COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
   - CIVIL CASE COVER SHEET
   - STANDING ORDER FOR ALL NORTHERN DISTRICT OF CALIFORNIA JUDGES
   - MAG. J. KIM STANDING ORDER
   - INITIAL CASE MANAGEMENT ORDER

2. (a) Addressed as follows:

   PAMELA BONDI, in her official capacity as Attorney General of the United States
   UNITED STATES DEPARTMENT OF JUSTICE
   950 PENNSYLVANIA AVENUE NW
   WASHINGTON, DC 20530

   (b) [ ] Business     [X] Residence     [ ] Other

3. On:  02/21/2025

4. Place: San Francisco, CA

5. Type of mailing: U.S. Certified Mail (Receipt No.: 9589 0710 5270 0116 6176 87)

6. Person mailing:  CHAD KRUMDIECK

   *EXPRESS NETWORK*
   P.O. Box 861057
   Los Angeles, California 90086
   (213) 975-9850

   a. [ ] Not a Registered California Process Server
   b. [ ] Registered California Process Server
   c. [X] Employee or Independent Contractor
      (1) Registration No.:
      (2) County:

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 24, 2025

---

PROOF OF CERTIFIED MAILING



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20531

Certified Mail Fee  $4.85

$                                                    $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $
☐ Return Receipt (electronic)         $    $0.00
☐ Certified Mail Restricted Delivery   $    $0.00
☐ Adult Signature Required             $    $0.00
☐ Adult Signature Restricted Delivery  $

Postage      $4.31

$

Total Postage and F      Pamela Bondi, in her official capacity as
$13.26                   Attorney General of the United States
Sent To                 U.S. Department of Justice
Street and Apt. No.,     950 Pennsylvania Avenue NW
City, State, ZIP+4®      Washington, DC 20530

02/21/2025

PS Form 3800, January 2020

**ALERT: USERS ARE CURRENTLY UNABLE TO SUBSCRIBE TO NEW TEXT AND EMAIL TRACKI...**

**ALERT: SEVERE WEATHER AND WINTER STORMS IN THE WESTERN AND NORTH CENTRAL U...**

# USPS Tracking®

FAQs ›

Tracking Number:                                                                    Remove ✕

## 9589071052700116617687

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:30 am on February 28, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
February 28, 2025, 5:30 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

**See Less** ⌃

Feedback