| | |
|---|---|
| JENNIFER C. PIZER (SBN 152327) | CAMILLA B. TAYLOR* |
| jpizer@lambdalegal.org | ctaylor@lambdalegal.org |
| PELECANOS*† | KENNETH D. UPTON, JR* |
| pelecanos@lambdalegal.org | kupton@lambdalegal.org |
| LAMBDA LEGAL DEFENSE AND | LAMBDA LEGAL DEFENSE AND |
| EDUCATION FUND, INC. | EDUCATION FUND, INC. |
| 800 South Figueroa Street, Suite 1260 | 3656 North Halsted Street |
| Los Angeles, California 90017-2521 | Chicago, Illinois 60613-5974 |
| Telephone: (213) 382-7600 | Telephone: (312) 663-4413 |
| | |
| JOSE ABRIGO* | KAREN L. LOEWY* |
| jabrigo@lambdalegal.org | kloewy@lambdalegal.org |
| OMAR GONZALEZ-PAGAN* | LAMBDA LEGAL DEFENSE AND |
| ogonzalez-pagan@lambdalegal.org | EDUCATION FUND, INC. |
| LAMBDA LEGAL DEFENSE AND | 815 16th Street NW, Suite 4140 |
| EDUCATION FUND, INC. | Washington, DC 20006-4101 |
| 120 Wall Street, 19th Floor | Telephone: (202) 804-6245 |
| New York, New York 10005-3919 | |
| Telephone: (212) 809-8585 | *Appearance pro hac vice |
| | †Mailing address only |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

---

SAN FRANCISCO AIDS FOUNDATION; *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,

    *Defendants*.

---

Case No. 4:25-cv-01824-JST

**SUPPLEMENTAL DECLARATION OF IYA DAMMONS, EXECUTIVE DIRECTOR OF BALTIMORE SAFE HAVEN CORP, IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1

SUPPLEMENTAL DECLARATION OF IYA DAMMONS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JST

I, Iya Dammons, hereby state as follows:

1. I am the Founder & Executive Director of Baltimore Safe Haven Corp ("Baltimore Safe Haven" or "BSH"), a nonprofit 501(c)(3) organization based in Baltimore, Maryland. BSH is rooted in its mission to empower transgender, lesbian, gay, bisexual, queer, intersex, and asexual ("TLGBQIA+") individuals in Baltimore who are navigating survival modes by providing inclusive and supportive spaces, resources, and opportunities. Our mission is to foster an environment where every member of the TLGBQIA+ community not only survives but thrives, promoting resilience, dignity, and inclusivity as we collectively work towards a more compassionate and equitable Baltimore.

1. On February 24, 2025, I executed a Declaration (ECF No. 47-1), in support of Plaintiffs' Complaint and Motion for a Preliminary Injunction, filed on March 3, 2025 (ECF No. 47) to prevent Defendant agencies and their leadership from enforcing Executive Order No. 14168 "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" ("Gender Order"), issued January 20, 2025; Executive Order No. 14151 "Ending Radical and Wasteful DEI Programs and Preferencing" ("DEI-1 Order"), issued January 20, 2025; and Executive Order No. 14173 "Ending Illegal Discrimination and Restoring Merit-Based Opportunity" ("DEI-2 Order"), issued January 21, 2025 (collectively, the "Executive Orders"), and related agency directives.

2. Since executing that Declaration on February 24, BSH has faced threats to grant funding, and has censored grant-funded work, as well as BSH's non-federally funded work.

3. I am submitting this supplemental declaration to inform the Court of the developments since February 24, and the negative impacts these Executive Orders and their implementation have had and will continue to have on BSH and the people it serves.

**Community Planning and Development Grants**

4. The Department of Housing and Urban Development (HUD), Office of Community Planning and Development (CPD), awarded the City of Baltimore and sub-awardee Baltimore Safe

Haven grant number MD0502Y3B012301 and grant number MD0528L3B012300 ("Continuum of Care Programs"). The total federal award to the Baltimore Safe Haven was $239,609 and $751,008.50, respectively. This is a non-competitive, annually renewed grant. The current agreements between the City of Baltimore and BSH are attached as **Exhibit A** and **B**.

5. Baltimore Safe Haven sought these CoC funds to address immediate and urgent housing needs for people who are currently homeless or at risk of becoming homeless, emphasizing our experience working with the LGBTQ+ community, and, specifically, the segment of the Black transgender youth and young adult population that has a median income less than $10,000 annually; has recent history with sex work, substance use, or been involved in the juvenile justice system; and faces high incidence of homelessness. The funding supports our transitional housing, rapid rehousing, and rental assistance programs.

6. On February 24, 2025, the very day I executed my original declaration in this case, Baltimore City Mayor's Office of Homeless Services (MOHS) emailed Baltimore Safe Haven with the following message.

> We want to thank each of you for your continued support and patience as we continue to understand the Executive Orders announced on January 27, 2025, and the increasing concerns related to CoC FY24 awards. Right now, we haven't received any additional guidance from HUD regarding awards that began on 1/1/2025, but the City of Baltimore is committed to working with your organizations to ensure clients remain stably housed. We have prioritized working with providers whose CoC FY2024 contracts begin/began between 1/1/2025 and 4/1/2025.

7. MOHS advised that BSH immediately secure a credit line that could support 90 days of operating expenses equivalent to the award in case HUD terminated the funding and to fill out a survey for the state describing the impact on our federal funding.

8. We received a subsequent email from MOHS on March 30, 2025, acknowledging the ongoing uncertainty around HUD CoC awards and sharing that on March 13, 2025, MOHS began receiving grant agreements for programs with early start dates, but the following day, HUD

rescinded those grant agreements because language in the agreement required that "it must be deemed inoperative," and that "HUD is working to revise its CoC agreements to be consistent with Federal law."

9. We have not received any additional information about the status of our HUD funding. We have not heard from MOHS since the email on March 20 and we have not received any conditional awards from them. MOHS has continued to reimburse BSH for our funding requests under this grant, and we have not seen a termination notice, but we know this could change at any time. We also understand that our award with MOHS is conditioned on Baltimore receiving the annual Notice of Awards from HUD, so we have reason to believe the grant funding has not yet been cut off, but its continuation is tenuous.

**Centers for Disease Control and Prevention Grant**

10. The Department of Health and Human Services (HHS), Centers for Disease Control and Prevention (CDC), awarded the Baltimore City Health Department grant number NU62PS924805. Baltimore Safe Haven is a sub-awardee with grant number BALTIMORESAFEHAVEN.SB-24-15046 ("HIV Prevention and Surveillance Program"). This grant began on 08/01/2024 and goes through 05/31/2029. The total federal award to Baltimore Safe Haven was $212,500. The current agreement between the Baltimore City Health Department (BCHD) and BSH is attached as **Exhibit C**.

11. BCHD awarded this funding to BSH under a project entitled "HIV Prevention by and for the TLGBQIA+ Community." It supports BSH's targeted HIV prevention work for the populations and areas we serve.

12. On March 7, 2025, BCHD asked BSH to estimate our HIV Prevention and Surveillance Program expenses for a one-year period through May 2025, following up by email on April 25, 2025. This request for projected expenses is highly unusual, as previously, we were only permitted to seek reimbursements for funds already expended. BCHD claimed that this data would be used "to help determine funding for our subrecipients." We believe that irregular process

relates to threats to our receipt of this federal funding.

**Implications of the threats to BSH's federal funding**

13. For fear of enforcement of the challenged Orders to cut off our federal funding, Baltimore Safe Haven has taken several steps to decrease the visibility of our work's focus on the specific needs of transgender people most specifically, and TLGBQIA+ people more broadly. For example, Baltimore Safe Haven's clinic, which previously was named, "Baltimore Safe Haven Gender Affirming & Sexual Wellness Clinic," now goes by the shortened name "Baltimore Safe Haven Clinic." We have also changed how we refer to gender affirming medical care, using the more general phrasing of "hormone therapy" without explicitly recognizing its purpose as transgender health care, and we have begun emphasizing the clinic's substance abuse and STI services over all others. New flyers for the clinic were created with this shift in language and approach, and we shared them on BSH's social media and sent them to our funding partners, asking that they be distributed broadly.

14. We have begun avoiding using words like "TLGBQIA+," "transgender," "gay," "lesbian," "gender affirming," and other terms related to transgender health care to describe our work in new funding proposals, renewals, and budgets we have provided to funding agencies. I have been playing much less of a public role in the community than I did previously for fear of drawing attention to our work, relying on allies to step up when I otherwise would have.

15. Whereas in the past, we have insisted on providing gender diverse data to our granting agencies, even when they have requested sex-segregated data, we have been second guessing that approach. We are scared to provide any information that will flag our work as the kind the challenged Orders target. We feel tremendous pressure to ensure that we are complying with everything our grant partners ask of us, going above and beyond and being perfect. We are afraid to make any mistakes or speak up to funders, making sure we are not giving them any excuse to abandon us in light of how our work falls within the restrictions imposed by the Executive Orders. We feel like we are walking on eggshells.

16. Censoring these words that are so core to our work and the populations we were founded to serve feels disingenuous to our mission. Even when we do so out of fear and a desire to protect the funding that enables us to keep our doors open and provide critical services, we lose credibility with the community when we fail to keep our commitments to TLGBQIA+ people front and center in everything we do.

17. The uncertainty over whether our federal funding will continue has forced us to make very hard decisions. We are scared to spend any money because we are unsure if it will be reimbursed from our grants. We have laid off staff and are minimizing our expenses. Members of my senior staff and I have taken pay cuts.

18. The stress of having to let people go to save the organization has been tremendous, both personally and organizationally. I have experienced many sleepless nights and tears, and even started therapy. Staff and community members did not understand, and we did not feel we could share the full reasons for these decisions. It has caused serious conflict within the organization and BSH has faced so much backlash on social media, including threats of violence.

19. As a survivor of violence, the threats do not scare me as much as the loss of BSH's federal funding. I am a fighter for the TLGBQIA+ community and have worked incredibly hard to ensure that BSH provides the supportive community and essential, lifesaving resources my community needs, especially Black transgender women navigating survival mode living. The potential loss of federal funding because of the challenged Orders is an existential threat to BSH's ability to keep our doors open and continue providing those services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 16, 2025

Respectfully submitted,

_____
Iya Dammons

7

SUPPLEMENTAL DECLARATION OF IYA DAMMONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JST