

TO: Board of Estimates, Office of Comptroller

FROM: AGC4381 - M-R Office of Homeless Services

DATE: 03/07/2025

Submission #: SB-25-10317

SUBJECT: CoC FY23 Agreement - Baltimore Safe Haven Corp

### ACTION REQUESTED OF BOARD OF ESTIMATES:

The Board is requested to approve a Subrecipient Grant Agreement with Baltimore Safe Haven Corp.

### PERIOD OF CONTRACT/AGREEMENT:

12/01/2024 to 11/30/2025

### AMOUNT AND SOURCE OF FUNDS:

Transaction Amount: $ 751,008.50

| Project Fund | Amount |
|---|---|
| 4000-GRT002325-CCA000618-SC630351 | $ 751,008.50 |

### BACKGROUND/EXPLANATION:

This contract retroactively started on 12/1/2024

The City has received a U.S. Department of Housing and Urban Development (HUD) grant to undertake the Continuum of Care (CoC) Program. As a sub-recipient, Baltimore Safe Haven under grant #MD0528L3B012300 to provide rental assistance and supportive services to thirty (30) individuals and/or families experiencing homelessness in the City of Baltimore. The Provider will offer service(s) under their Rapid Re-Housing Program.

This submission is late due to a delay in receiving CoC FY23 HUD Award.

SMBA&D Participation not required / SMBA&D granted a waiver

| COUNCIL DISTRICT: | Citywide | | |
|---|---|---|---|
| **EMPLOY BALTIMORE:** | **LIVING WAGE:** | **LOCAL HIRING:** | **PREVAILING WAGE:** |
| N/A | N/A | N/A | N/A |

**1% FOR PUBLIC ART:**   N/A.

**ENDORSEMENTS:**

Finance (BBMR) has reviewed and approved for funds.

Law has reviewed and approved for form and legal sufficiency

SMBA&D has reviewed and approved.

Audits has reviewed and has no objection to BOE approval

*[signature]*
Clerk, Board of Estimates    03-05-2025



CITY OF BALTIMORE

Brandon M. Scott, Mayor

Mayor's Office of Homeless Services

Ernestina Simmons, Executive Director
7 E. Redwood Street, 5th Floor
Baltimore, MD  21202

Date: December 4, 2024

Iya Dammons
416 N. Montford Avenue
Baltimore, MD 21224
iya@baltimoresafehaven.org

Subject: FY 2023 Continuum of Care Program Fund Conditional Award Notice
Project: **Baltimore Safe Haven Transitional Housing and RRH**
Grant PIN: **MD0528L3B012300**

Dear Mr. McCarthy,

We are pleased to inform you that U.S. Department of Housing and Urban Development (HUD) has released the competitive funding notice that establishes funding for the City of Baltimore through the FY 2023 Continuum of Care Program Competition. Your proposal for the above stated project will receive a conditional award totaling **$751,008.50 over a one-year grant term (December 1, 2024- November 30, 2025**).

**Please note that all awards are conditional and subject to change after Mayor's Office of Homeless Services (MOHS) receives the grant inventory worksheet from HUD along with final, executed grant agreements.** We are providing a conditional budget below:

| Conditional Budget: | |
|---|---:|
| Leasing | $27,000.00 |
| Rental Assistance | $195,624.00 |
| Support Services | $459,883.00 |
| Operating Costs | $15,000.00 |
| HMIS | $18,705.00 |
| Subrecipient Admin* | $34,796.50 |
| **Total*** | **$751,008.50** |

*Amount is subject to change upon receipt of Grant Inventory Worksheet from HUD

This conditional award is pending approval by HUD and requires a match in the amount of **$189,701.25.** The CoC Program requires a twenty-five (25) percent match of the awarded grant amount minus any funds for leasing. Cash or in-kind resources will satisfy the match requirement. Please use the appropriate match template attached to submit your match commitment documentation. You may review the HUD guidance on CoC match if you have any questions: https://www.hudexchange.info/homelessness-assistance/coc-esg-virtual-binders/coc-match/coc-match-overview/

Additionally, in order to expedite the contracting process, we are requesting you submit an updated budget using the attached template using the conditional budget above.

**Please submit your match documentation on your agency's letterhead and provide an updated budget by ASAP to: Latoya Johnson-Carter, Contracts Administrator, at Latoya.JohnsonCarter@baltimorecity.gov.**

Thank you for your partnership as we work to prevent and end homelessness in Baltimore City. We look forward to working with you.


Sincerely,
Ernestina Simmons
Executive Director


Attachments provided in email:
    Excel Budget Template
    Cash Match Template
    In-Kind Match Template
    In-Kind Service Match Memorandum of Understanding Template