

TO:    Board of Estimates, Office of Comptroller

FROM:    AGC2700 - Health

DATE:    02/21/2025

Submission #:    SB-24-15046

SUBJECT:    Provider Agreement - Baltimore Safe Haven Corp.

## ACTION REQUESTED OF BOARD OF ESTIMATES:

The Board is requested to approve a Provider Agreement with Baltimore Safe Haven Corp.

## PERIOD OF CONTRACT/AGREEMENT:

10/01/2024 to 05/31/2026

## AMOUNT AND SOURCE OF FUNDS:

Transaction Amount: $ 212,500.00

Project #: 4695

| Project Fund | Amount |
| --- | --- |
| 4000-GRT002386-CCA000206-SC630351 | $ 212,500.00 |

## BACKGROUND/EXPLANATION:

The purpose of this agreement is for Baltimore Safe Haven Corp to support efforts to improve the health, wellness, and quality of life for medically underserved communities in Baltimore. The program aims to promote safe sex practices among at-risk patients, encourage the acceptance of HIV screening as a standard component of ongoing medical care, and reduce the prevalence of HIV and AIDS within the Baltimore Medical System (BMS) patient population. ("Project").

This agreement is late because the Baltimore City Health Department (BCHD) received the Notice of Award (NOA) for the PS24-0047 grant on July 16, 2024, just fifteen days before the grant period began on August 1, 2024. Upon receiving the NOA, which outlined the funding awarded to Baltimore City, BCHD initiated the process of issuing a Request for Proposals (RFP) to select and contract with subrecipients for grant implementation. Proposals were received on August 23, 2024, promptly reviewed, and notifications were sent to selected subrecipients on September 20, 2024. BCHD has collaborated with subrecipients to develop and review budgets and other contractual documents for submission to the Board of Estimates (BOE), leading to the submission of these documents at this time. These necessary steps contributed to the delay in processing this contract.

## COUNCIL DISTRICT:

Citywide

| EMPLOY BALTIMORE: | LIVING WAGE: | LOCAL HIRING: | PREVAILING WAGE: |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

## 1% FOR PUBLIC ART:       N/A.

## ENDORSEMENTS:

Finance (BBMR) has reviewed and approved for funds.

Law has reviewed and approved for form and legal sufficiency

SMBA&D has reviewed and approved.

Audits has reviewed and has no objection to BOE approval

*MCAmato*

**Clerk, Board of Estimates**          02-19-2025



TO:    Board of Estimates, Office of Comptroller

FROM:    AGC2700 - Health

DATE:    12/16/2024

Submission #:    SB-24-15046

SUBJECT:    Agreement-Baltimore Safe Haven Corp.


## ACTION REQUESTED OF BOARD OF ESTIMATES:

The Board is requested to approve a Provider Agreement Baltimore Safe Haven Corp..

PERIOD OF                                       10/01/2024 to 05/31/2026
CONTRACT/AGREEMENT:

## AMOUNT AND SOURCE OF FUNDS:

Transaction Amount: $ 212,500.00
Project #: 4695

| Project Fund | Amount |
|---|---|
| 4000-GRT002386-CCA000206-SC630351 | $ 212,500.00 |

## BACKGROUND/EXPLANATION:

The purpose of this Agreement is for the Provider to assist in improving the health, wellness, and quality of life for medically underserved communities in Baltimore. Their overall goals with this program are to 1) increase safe sex practices in the at-risk patient population, 2) increase acceptance of HIV screening as part of ongoing medical care, and 3) decrease the prevalence of HIV and AIDS in the BMS patient population. ("Project").

This agreement is late because BCHD received the Notice of Award (NOA) for the PS24-0047 grant on July 16, 2024, fifteen days before the start of the grant period (August 1, 2024). Upon receipt of the NOA, which notified us of the amount of funding awarded to Baltimore City, we then issued a Request for Proposals (RFP) to select and contract with subrecipients for the implementation of the grant. The proposals were received on August 23, 2024, promptly reviewed, and notifications were sent to selected subrecipients on September 20, 2024. Over the past month, BCHD has worked with subrecipients on the development and review of budgets and other contractual documents for submission to the BOE, hence the submission of these contractual documents at this time. These steps caused further delay in processing of this contract.

SMBA&D Participation not required / SMBA&D granted a waiver

COUNCIL DISTRICT: Citywide

EMPLOY BALTIMORE: | LIVING WAGE: | LOCAL HIRING: | PREVAILING WAGE:

N/A    N/A    N/A    N/A

1% FOR PUBLIC ART: N/A.

ENDORSEMENTS: