JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
PELECANOS*†
pelecanos@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

JOSE ABRIGO*
jabrigo@lambdalegal.org
OMAR GONZALEZ-PAGAN*
ogonzalez-pagan@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

CAMILLA B. TAYLOR*
ctaylor@lambdalegal.org
KENNETH D. UPTON, JR*
kupton@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

* *Appearance pro hac vice*
† *Mailing address only*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

---

SAN FRANCISCO AIDS FOUNDATION; *et al.*,

    *Plaintiffs*,

    v.

DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,

    *Defendants*.

---

Case No. 4:25-cv-01824-JST

**SUPPLEMENTAL DECLARATION OF MICHAEL MUNSON, EXECUTIVE DIRECTOR OF FORGE, IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1

SUPPLEMENTAL DECLARATION OF MICHAEL MUNSON IN SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JST

I, Michael Munson, hereby state as follows:

1. I am the co-founder and Executive Director of FORGE Inc. ("FORGE"), a nonprofit 501(c)(3) organization based in Milwaukee, Wisconsin, which provides training and support to service providers who serve victims of crime, as well as provides direct support and resources to transgender and nonbinary survivors of violence. I have served in this capacity since 1994.

1. On February 24, 2025, I executed a Declaration (ECF No. 47-3), in support of Plaintiffs' Complaint and Motion for a Preliminary Injunction, filed on March 3, 2025 (ECF No. 47) to prevent Defendant agencies and their leadership from enforcing Executive Order No. 14168 "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" ("Gender Order"), issued January 20, 2025; Executive Order No. 14151 "Ending Radical and Wasteful DEI Programs and Preferencing" ("DEI-1 Order"), issued January 20, 2025; and Executive Order No. 14173 "Ending Illegal Discrimination and Restoring Merit-Based Opportunity" ("DEI-2 Order"), issued January 21, 2025 (collectively, the "Executive Orders"), and related agency directives.

2. Since executing that Declaration on February 24, FORGE has experienced ongoing grant terminations and attempts to censor active grants.

3. I am submitting this supplemental declaration to inform the Court of the developments since February 24, and the negative impacts they have had and will continue to have on FORGE and the people it serves. Additionally, **Appendix A** contains a list of FORGE's grants that have been directly impacted by the challenged Orders to date.

**Victims of Crime Grants**

4. **First:** The Office for Victims of Crime (OVC), a subdivision of the U.S. Department of Justice (DOJ), awarded FORGE grant number 15POVC22GK01054NONF ("Transgender Victims of Crime Toolkit"). This grant started 10/01/2022 and had an end date of 09/30/2026. The total federal award to FORGE was $749,908.

5. According to OVC, the purpose of training and technical assistance grants is to

2

improve the overall quality of services delivered to crime victims through the provision of training and technical assistance to providers.

6.  For this grant, FORGE proposed to update the Responding to Transgender Victims of Sexual Assault Toolkit that it first developed for OVC in 2014. This update was necessary to extend the toolkit's scope. Previously, the 2014 toolkit only included information on sexual assault. The updated toolkit will now address all major types of violence and crime that OVC tracks and to which transgender people are subjected, with a particular focus on the experience of transgender women and girls of color. In researching and building out this toolkit, FORGE proposed to host 30 listening sessions for transgender survivors and victim service providers, conduct one-on-one interviews, and briefly survey providers to identify pressing issues, gaps in service, and best practices for addressing those gaps and victim needs. FORGE also hosted an ongoing stakeholders advisory group comprised of members from both victim services and transgender community organizations. Six formal meetings have occurred so far. FORGE combined input from listening sessions, stakeholders, literature reviews, identified best practices, and a review of the existing toolkit into an OVC memorandum that outlined proposed revisions, updates, and additions for the new toolkit. FORGE submitted this memorandum to OVC, and it was approved by the OVC program manager. Currently, 73 segments of the toolkit are drafted, and an additional 25 sections are in the process of internal review and finalization. Expected users of the toolkit are victim service providers, and transgender victims of crimes and violence will be the beneficiaries of improved services.

7.  Key partners for this grant include: Activating Change, American Bar Association's Commission on Domestic & Sexual Violence, Black Trans Advocacy Coalition, CenterLink and HealthLink, End Violence Against Women International, International Association of Forensic Nurses, Just Detention International, Los Angeles LGBT Community Center, Michigan Coalition to End Domestic and Sexual Violence, Montana Coalition Against Domestic and Sexual Violence, National Center for Victims of Crime, National Resource Center on Domestic Violence, Resource Sharing Project (IowaCASA), SAGE, South Carolina Coalition

3

SUPPLEMENTAL DECLARATION OF MICHAEL MUNSON IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JST

Against Domestic Violence and Sexual Assault, SPARC/AEquitas, Trans Latin@ Coalition, Transgender Resource Center of New Mexico, Virginia Commonwealth University Health's Injury and Violence Prevention, and others. These organizations have helped inform the new content for the toolkit.

8. The Transgender Victims of Crime Toolkit grant was terminated on 4/22/25. The Termination Notice is attached as **Exhibit A**. The Termination Notice said the award was being terminated because it "no longer effectuates the program goals or agency priorities."

9. An administrative appeal is due by 05/22/25, the same day as the preliminary injunction hearing in this case. FORGE requested a 60-day extension for filing an appeal through the DOJ administrative appeals process. The DOJ denied the request, attached as **Exhibit B**.

10. By terminating this grant, FORGE and all of our project partners no longer have access to the funding necessary to complete the toolkit. Without completing the toolkit, hundreds of work hours will go to waste, and a vital public resource will be inaccessible. Thousands of victim service providers will not be able to access this set of resources. Transgender victims of crime will continue to face layers of harm because they may not receive culturally responsive care or even any care at all. Ultimately, the termination of this grant impacts the health, wellness, and ability of transgender victims of crime to thrive and continue to contribute to society.

11. Although the toolkit is a federally funded resource, FORGE would have used this valuable resource in much of our non-federally funded work for years to come. For example, after FORGE created the 2014 toolkit and the grant ended, FORGE has used this material for nearly a decade of work since then to train service providers. However, its outdated nature has demanded a new resource for the DOJ, FORGE, and our partners.

12. Also, this was FORGE's largest funding source. As an organization, this termination will severely limit our budget and ability to live out FORGE's mission.

13. **Second:** OVC awarded the International Association of Forensic Nurses (IAFN) grant number 15POVC22GK03590SAFE ("SANE Grant"). The grant award was $1,488,745.

4

1 FORGE was a partner on this grant. This grant had an end date of 09/30/2026. From 12/06/23 until 12/13/24, FORGE was paid $18,489.79 for work creating training materials. FORGE's agreement with IAFN is attached as **Exhibit C**.

14. Medical-forensic examinations are a critical part of any multidisciplinary response to sexual violence. Studies have shown that exams performed by Sexual Assault Nurse Examiners (SANEs) may result in better health outcomes and lead to higher prosecution rates. However, most communities do not have SANEs available, and there are limited resources available to support communities striving to develop SANE programs. IANF proposed to provide comprehensive training and technical assistance to OVC grantees to ensure they have the information, guidance, and support they need to develop, expand, and sustain their SANE programs. IAFN applied for and received this grant, knowing that it would rely on its partners to offer a full range of culturally-specific assistance and to ensure their programs develop, foster, and maintain patient-centered, trauma-informed, and evidence-based SANE programs. FORGE was able to provide culturally specific knowledge about the transgender community, allowing IAFN to meet its goals related to this specific population. The goal for this project is to utilize the expertise and experience of IAFN, its project partners, and OVC to provide proactive, action-driven, flexible, victim-centered, trauma-informed training and technical assistance to the selected SANE programs throughout the US. The primary activities, products and deliverables include: identification of site-specific needs and an associated training and technical assistance recommendation plans; develop and deliver a full day workshop annually prior to the IAFN International Conference of Forensic Nursing Science and Practice tailored to issues of program expansion and sustainability; provide access to IANFs online adult or pediatric SANE training for up to 28 clinicians; provide review of any grantee SANE didactic training program to ensure it adheres to the IAFN SANE education guidelines; provide two, two-day clinical skills laboratories annually for didactically prepared SANEs; provide one SANE-A and SANE-P board certification review course annually; develop gamified simulation training to improve critical thinking skills in developing a trauma-informed response to survivors regardless of age, stage of development, gender or special circumstances;

provide access to IAFNs online Intimate Partner Violence Nurse Examiner (IPVNE) training for programs expanding to IPV for up to 28 clinicians; provide access to monthly echo case review and bi-monthly webinars for SANEs and the multidisciplinary teams they work with; create closed online communities where cross-communication, learning and networking can occur between programs, partners and the IAFN team; house new resources on the existing IAFN safeta.org website; and assist sites in creating sustainability plans.

15. The SANE Grant was terminated on 4/22/25. The Termination Notice is attached as **Exhibit D**. The Termination Notice said the award was being terminated because it "no longer effectuates the program goals or agency priorities."

16. This termination means that SANEs, crime victim advocates, and other allied medical, legal, and criminal justice professionals will lack training and education on effectively providing post-sexual assault care to transgender victims. The work of this grant was especially impactful because it reached rural communities where SANEs and other victim service providers generally receive less overall training and are typically less informed about culturally diverse populations. Additionally, this termination is another hit to FORGE's budget.

17. **Third:** The OVC awarded Futures Without Violence grant number 15POVC21GK00658NONF ("Community Impact Grant"). The grant award was $2,000,000. FORGE was a sub-awardee of this grant, subaward number 3984. The total federal award to FORGE was $113,333. Currently, FORGE has an outstanding invoice for $3,577.

18. The Community Impact Grant was focused on imagining multidisciplinary pathways to assist, care, and thrive. The Community Impact Grant was created to fund an entity to support field-generated, innovative strategies, approaches, and models to support individuals, groups, and communities impacted by hate crimes. The grant also specified that Futures Without Violence would provide technical assistance and capacity-building support to the selected subrecipients.

19. The sub-awardees were selected through a competitive application process. Futures

Without Violence put out a call for proposals, reviewed the applications, and selected the organizations to recommend to OVC for this funding opportunity. The OVC reviewed and approved the selection of FORGE. FORGE was selected because we are an organization that serves the transgender community, which is deeply impacted by hate crimes.

20. Under this grant, Futures Without Violence was hosting a conference for sub-awardees to present their work in Pittsburgh this spring.

21. Futures Without Violence notified FORGE on 04/23/25 that the grant was terminated and that the conference, just weeks away, was cancelled. The communication is attached as **Exhibit E**.

22. As a result of the termination, FORGE cancelled our plane ticket and hotel for the conference. We did not have the opportunity to work with partners to further this important work.

23. **Fourth:** FORGE had applied for a sub-award under a peer organization, Ujima, for an OVC grant under the Culturally Responsive Victim Services Grant Program through the National Center for Culturally Responsive Victim Services.

24. On 04/24/25, FORGE was notified by Ujima that OVC was requiring it to end the request for applications process for sub-awardees. It is unclear, but it appears that the main grant funding for this project was terminated. The communication is attached as **Exhibit F**.

**Bureau of Justice Assistance Grant**

25. **Fifth:** The Bureau of Justice Assistance (BJA), a subdivision of the DOJ, awarded FORGE grant number 15PBJA22GG04854ADVA ("Keeping Ourselves Whole Grant"). This is a three-year grant, which started 10/01/2022 and goes through 09/30/2025. The total federal award to FORGE was $500,000. This was FORGE's second-largest funding source after the Toolkit Grant.

26. The Keeping Ourselves Whole Grant is intended to address hate crimes against the transgender community. It is a national project to address the myriad physical and mental health

effects and service gaps facing transgender people as a result of multiple and pervasive types of anti-trans hate crimes. The project's goal, "support comprehensive community-based approaches to addressing hate crimes that promote community awareness and preparedness, increase victim reporting, and improve prevention efforts and responses to hate crimes," would be met through four major objectives. 1) As part of project planning and to develop data to base further work upon, a national quantitative and qualitative survey will assess the transgender community's experiences and beliefs about hate crimes. 2) A three-year-long law enforcement and transgender advocates facilitated dialogue will address the severe and sensitive rift between the groups, resulting in an action agenda that can guide further healing and promote increased hate crime reporting. 3) A collection and publication of best practices for communities responding to hate crimes in their midst will improve the availability of services and supports for primary and secondary victims. 4) Throughout the project, quarterly training webinars and conference workshops addressing the transgender community, law enforcement, and/or service providers likely to come into contact with transgender hate crime survivors will improve the availability and culturally-competent effectiveness of trauma-informed services, improve the resiliency of transgender primary and secondary hate crime survivors, and promote the reporting of hate crimes.

27. This grant was terminated on 4/22/25. The Termination Notice is attached as **Exhibit G**. The Termination Notice said the award was being terminated because it "no longer effectuates the program goals or agency priorities."

28. An administrative appeal is due by 05/22/25, the same day as the preliminary injunction hearing in this case. FORGE requested a 60-day extension for filing an appeal through the DOJ appeals process. The DOJ denied the request, attached as **Exhibit H**.

29. The consequences of this termination are a loss of direct funding for FORGE and all project partners. Few funded projects have focused on the impact of anti-trans hate violence and the generation of solutions and best practices. Loss of funding means that the research conducted, the collaborations strengthened, the problem-solving to reduce anti-trans hate crimes, and much more will be lost. Since training was a substantial part of this grant, victim service

providers and allied professionals will not have access to information about anti-trans hate crimes and how to effectively serve survivors.

**Office of Violence Against Women Grants**

30. **Sixth:** The Office of Violence Against Women (OVW), a subdivision of the DOJ, awarded the American Bar Association two grants, the "LGBTQ+ Training for Coalitions Project" and the "LGBTQ+ Legal Access Project." FORGE was a project partner on both of these grants. These two awards had start dates of 04/01/25. However, both grants were continuations of previously funded grants to the ABA and FORGE.

31. FORGE was informed by the American Bar Association on 4/10/25 that both grants were terminated. This communication is attached as **Exhibit I**.

32. FORGE had not yet started performance under the new term period of these grants.

33. **Seventh:** The OVW awarded Stalking Prevention, Awareness & Resource Center (SPARC)/ AEquitas grant ("Stalking Grant"). FORGE is a partner on this grant.

34. The Stalking Grant was meant to operate a national resource center to address the crime of stalking. This grant would maintain a national website on addressing the crime of stalking and provide trainings and technical assistance virtually, in-person, and on-site to build the capacity of service providers and civil and criminal justice system practitioners to address stalking. It would also develop and disseminate resource materials and/or publications to expand the capacity and expertise of service organizations and the criminal justice system, as well as develop outreach materials and resources to be shared with OVW grantees and potential grantees for Stalking Awareness Month. Lastly, it would address cyber-stalking and online harm, as well as develop resources and trainings that are inclusive of diverse cultures and communities.

35. As a partner and expert on stalking against members of the transgender community, FORGE was working on deliverables, including tip sheets, under this grant. The OVW had not yet approved these documents.

36. The grant program manager notified SPARC on or around 04/12/25 that FORGE's tip sheets and all other LGBTQ+ related content should not be submitted to OVW. Furthermore, if any materials were submitted with LGBTQ+ content, the materials would be denied.

37. We are unsure how to move forward given these parameters. Although the grant has not been terminated, our ability to participate is limited. FORGE might not be able to censor our speech in a way that would satisfy these requirements because the materials will be denied if we include information about transgender people.

Appendix A

| Agency | Grant | Date | Agency Action |
|---|---|---|---|
| DOJ - OVC | 15POVC22GK01054NONF | 4/22/25 | Terminated |
| DOJ - OVC | 15POVC22GK03590SAFE | 4/22/25 | Terminated |
| DOJ - OVC | 15POVC21GK00658NONF | 4/22/25 | Terminated |
| DOJ - BJA | 15PBJA22GG04854ADVA | 4/22/25 | Terminated |
| DOJ - OVW | ABA Grants | 4/10/25 | Terminated |
| DOJ - OVW | SPARC Stalking Grant | 4/19/25 | Censored |

/
/
/
/
/
/
/

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 16, 2025            Respectfully submitted,

_____
Michael Munson