

I.    Term

This letter outlines the understanding and agreement between the International Association of Forensic Nurses, hereinafter referred to as *IAFN,* and FORGE regarding meeting attendance, training and technical assistance to be provided for IAFN by FORGE under the IAFN's OVC FY2022 Expanding Access to Sexual Assault Forensic Examinations.

| Contractor Name | FORGE, Michael Munson |
| --- | --- |
| Address | P.O. Box 1272, Milwaukee, WI 53201 |
| Phone | 414-559-2123 |
| Email | tgwarrior@forge-forward.org |
| Date(s) | 1/1/2023-9/30/2025 |
| Length | Click or tap here to enter text. |

FORGE agrees to contract with IAFN as a partner on the OVC FY2022 Expanding Access to Sexual Assault Forensic Examinations. A representative of FORGE will complete all necessary and requested forms before services are provided, including, but not limited to a Curriculum Vitae and W-9.

When attending IAFN meetings, providing training or technical assistance in their role as partner on this grant, a representative of FORGE will complete necessary data collection and tracking information as requested for purposes of IAFN grant reporting.

Upon completion of grant-related activities, a representative from FORGE will log detailed activities in the IAFN provided invoice. FORGE may bill the IAFN home office by sending invoice and receipts as frequently as every two weeks, but at least once a month to [acavanagh@forensicnurses.org](mailto:acavanagh@forensicnurses.org).

- IAFN will provide payment of $81.25 per hours worked, not to exceed $650 per day

IAFN will cover all travel expenses (coach airfare roundtrip, or mileage, ground transportation and hotel; meals and incidentals will be reimbursed based on the government per diem rate). All receipts for expenses must be submitted with the invoice except for meals and incidentals. Meals and Incidentals will be reimbursed at the Government Per Diem rate.

6755 Business Parkway, Ste 303
Elkridge, Maryland 21075

e  info@ForensicNurses.org



II.   *Conflict of Interest*

If FORGE contracts separately with a demonstration site:
- They agree to avoid concurrent billing practices;
- They agree to produce timesheets/invoices submitted under the demonstration site grant for IAFN audit purposes.

The above information is agreed to and accepted by:

Partner: *(Signature)*

Date:   3/1/2023

IAFN:   Jennifer Pierce-Weeks CEO (Signature)

Date:   3/14/2023

6755 Business Parkway, Ste 303
Elkridge, Maryland 21075

e  info@ForensicNurses.org