

Jen Pierce-Weeks <jpw@iafn.org>

## Notice of Award Termination
7 messages

**Office of Justice Programs** <OJP_COMMS@public.govdelivery.com>   Tue, Apr 22, 2025 at 4:30 PM
To: jpw@iafn.org



VIA: Electronic Mail

**NOTICE OF TERMINATION**

**Date**:  April 22, 2025

**Subject**:  Termination of Award

Based on a careful review, the award listed immediately below is hereby terminated pursuant to 2 C.F.R. § 200.340(a)(4):

**Award Number**: 15POVC-22-GK-03590-SAFE

As provided, respectively, in the award itself, the Uniform Administrative Requirements, Cost Principles, and Audit Requirements in 2 C.F.R. Part 200, as adopted and supplemented by the Department of Justice in 2 C.F.R. Part 2800, apply to this award.  Specifically, the award document provides notice of the applicability of the termination provisions in § 200.340.

This award is being terminated because it "no longer effectuates the program goals or agency priorities."  2 C.F.R. § 200.340(a)(4).  The Department has changed its priorities with respect to discretionary grant funding to focus on, among other things, more directly supporting certain law enforcement operations, combatting violent crime, protecting American children, and supporting American victims of trafficking and sexual assault, and better coordinating law enforcement efforts at all levels of government.  This award demonstrates that it no longer effectuates Department priorities.

Consistent with this notice of termination, the use of award funds will not be allowed for obligations incurred, or expenditures made, after receipt of this notice, other than pursuant to closeout responsibilities.

**Effective date**:  April 22, 2025

**Portion of the Federal award to be terminated**: All unobligated balances remaining.

**Right to Appeal**: Consistent with 2 C.F.R. § 200.342, you may appeal this termination in writing within 30 calendar days of the date of this notice. Unless the Assistant Attorney General for the Office of Justice Programs grants a waiver, an untimely appeal request may result in denial of the appeal. Any written appeal must be submitted by email to OJP.Appeals@usdoj.gov, addressed to the Assistant Attorney General for the Office of Justice Programs. In the subject line of the email, the name of the award recipient appealing the decision, the award number, and the words "Termination Appeal" must be specified, and the email message itself must contain the following:

1. A copy of the written notice of termination;
2. The date on which the written notice of termination was received;
3. A brief statement of the argument that forms the basis of the appeal, and any disputed factual, legal or other issues;
4. The amount of disallowed costs in dispute, if any;
5. Any other relevant materials.

**Closeout & Continuing Responsibilities**: Please note the following continuing responsibilities related to closeout and other obligations in 2 C.F.R. § 200.340(d): "When the Federal award is terminated in part or its entirety, the Federal agency or pass-through entity and recipient or subrecipient remain responsible for compliance with the requirements in §§ 200.344 [("Closeout")] and 200.345 [("Post-closeout adjustments and continuing responsibilities.")]." Such responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." 2 C.F.R. § 200.344(g). Failure to do so may result in the filing of a report documenting "material failure to comply with the terms and conditions of" this award on SAM.gov and taking other appropriate enforcement actions, which could affect eligibility for future grants. *Id.* § 200.344(i). Finally, duties regarding retention of grant records for at least three years after the submission of a final financial report are hereby noted. *See id.* § 200.334.

(End of Notice)

You received this email because you are a current or previous Department of Justice grant applicant or award recipient. GovDelivery is providing this service on behalf of the Department of Justice and may not use your subscription information for any other purposes. For more information, review the Department of Justice Privacy Policy and the GovDelivery Privacy Policy.

This email was sent to jpw@iafn.org using GovDelivery Communications Cloud on behalf of Department of Justice · Washington, DC

