

**From:** Aaron Polkey <APolkey@futureswithoutviolence.org>
**Sent:** Thursday, April 24, 2025 6:29 AM
**To:** michael munson <tgwarrior@forge-forward.org>; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Notice of Sub-Award Termination

As a follow up, I would like to make clear that the May conference - the Innovation Convening - in Pittsburgh is cancelled. Please cancel all plans, pursue refunds if you can, and submit by April 30 all expenses - including conference related expenses - that you may have incurred prior to April 22.

Because we are locked out of the financial system, we cannot guarantee you that we will be able to reimburse you for conference-related expenses, or for that matter any expenses that we haven't reimbursed to date. But we will try hard to get access and approval.

That's why it's important that you submit to us invoices for expenses (incurred through April 22) by the April 30 deadline. As for conference expenses, even if we are eventually allowed to reimburse, we will only be able to conference expenses made prior to April 22. So - again - please cancel all plans and seek refunds if you can, and do not incur any further expenses beyond April 22.

So sorry about this,

Aaron

---

**From:** Aaron Polkey
**Sent:** Wednesday, April 23, 2025 2:56 PM
**To:** FORGE - michael munson <tgwarrior@forge-forward.org>; tgwarrior@gmail.com

**Subject:** Notice of Sub-Award Termination

Dear FORGE Inc.,

On April 22, 2025, Futures Without Violence (FUTURES) received a Notice of Award Termination from the Office of Justice Programs (OJP) for award number 15POVC-21-GK-00658-NONF.

This termination was effective immediately. Therefore, this email serves as notification that your sub-award # 3984 is also terminated as of April 22, 2025, meaning that no further work should be conducted or expenses incurred.

At this time, FUTURES is unable to draw down any further funds on this award. Therefore, FUTURES' ability to pay any invoices not yet submitted will be contingent on the disbursement of funds by OJP.

If you have expenses related to this project that were incurred during the period of March 1, 2025 – April 22, 2025, please submit an invoice to FUTURES within 5 days (no later than Wednesday, April 30, 2025), and if we are able to receive reimbursement for these expenses from OJP, we will remit payment to you expeditiously.

Thank you for your partnership on this project and we wish you well in your future endeavors.

Aaron Polkey


**Aaron Polkey**

**Senior Program Attorney & Associate Director for Learning & Leadership**

**Futures Without Violence**

apolkey@futureswithoutviolence.org | www.FuturesWithoutViolence.org

Join us on social media: **Facebook** | **Twitter** | **Instagram**