

**From:** sgladney@ujimacommunity.org <sgladney@ujimacommunity.org> **On Behalf Of** The Center
**Sent:** Friday, April 25, 2025 10:22 AM

mmunson <mmunson@forge-forward.org>;







**Subject:** Important Update on the Culturally Responsive Victim Services Grant Program

Apr 24, 2025

Dear Applicant,

Thank you again for your interest in the Culturally Responsive Victim Services Grant Program through the National Center for Culturally Responsive Victim Services (The Center). We are deeply grateful for the time, care, and commitment you put into your application and, more importantly, for the work you do every day to support survivors in your communities.

We're writing to share an important update. We have received confirmation from the Office for Victims of Crime (OVC) that the Culturally Responsive Victim Services Grant Program will not be moving forward. Unfortunately, we must end the current RFA process, and this funding opportunity will not be available. Please understand that this decision is not a reflection of your application, qualifications, or organization. The program's discontinuation is due to factors that are entirely beyond our control and is not based on the incredible value or potential of any applicant.

We know how disappointing this news may be and feel it, too. But as advocates, we also know what it means to keep going in the face of hard news. Our work doesn't stop here. The dedication, vision, and resilience you bring to this movement is powerful and deeply needed.

While this particular opportunity has come to a close, our commitment has not. Ujima, The

National Center on Violence Against Women in the Black Community, and The National Organization of Sisters of Color Ending Sexual Assault (SCESA) remain committed to strengthening the capacity of advocates, organizations, and communities across the country. We will continue to provide training, technical assistance, and resources to help us all navigate forward—together.

These are unprecedented times, but our communities have always found ways to survive, resist, and rise. And we will continue to do just that.

We see you. We stand with you. And we're not done yet.

With deep respect and solidarity,

Ujima & Sisters of Color Ending Sexual Assault (SCESA)