**From:** OJPAppeals (OJP) <OJP.Appeals@usdoj.gov>
**Sent:** Tuesday, May 13, 2025 11:52 AM
**To:** mmunson <mmunson@forge-forward.org>
**Cc:** OJPAppeals (OJP) <OJP.Appeals@usdoj.gov>
**Subject:** RE: FORGE, 15PBJA-22-GG-04854-ADVA, Request for Extension to file Termination Appeal

Good afternoon Mr. Munson,

We are in receipt of your request for an extension of the period to appeal the termination of award # 15PBJA-22-GG-04854-ADVA.  Please be advised that your request is denied.  The end date to submit an appeal remains May 22, 2025.

Thank you,
Office of Justice Programs

**From:** mmunson <mmunson@forge-forward.org>
**Sent:** Friday, May 2, 2025 12:43 PM
**To:** OJPAppeals (OJP) <OJP.Appeals@ojp.usdoj.gov>
**Subject:** [EXTERNAL] FORGE, 15PBJA-22-GG-04854-ADVA, Request for Extension to file Termination Appeal

Re: Request for Extension of Time to File Appeal
Terminated Grant Number: 15PBJA-22-GG-04854-ADVA

Dear Assistant Attorney General for the Office of Justice Programs:

I respectfully submit this letter to request a 60-day extension of time to file the appeal for the termination of 15PBJA-22-GG-04854-ADVA. The current deadline is May 21, 2025, and I am requesting a new deadline of July 20, 2025.

michael munson

ATTACHMENT:  Notice of termination



**michael munson, Executive Director**

mmunson@forge-forward.org | www.forge-forward.org

FORGE | PO Box 1272 | Milwaukee, WI 53201