

**Maricarmen Garza, Chief Counsel**
**1050 Connectiucut Avenue, NW Ste 400**
**Washington, DC 20036**
(240) 931-2611

Dear OVW Grant Consultant/Partner     April 10, 2025

Re: Important Update Regarding Our OVW Grants

Dear Friend and Partner,

We are writing to inform you that, effective today, all of our grants with the Office on Violence Against Women have been terminated. The Department of Justice has concluded that these grants "no longer effectuate the agency priorities."

As we consider our next steps, we must pause all work related to these grants. This means that any work you were performing as a consultant to the Commission must stop immediately. Please submit your final invoice for all work performed through yesterday as soon as possible.

We kindly ask that you confirm receipt of this message. If you have any questions or need further clarification, please don't hesitate to reach out, we are here to support you through this transition.

We are incredibly grateful for your contributions to this work and for your commitment to advancing safety, justice, and dignity for survivors. Thank you for being part of our efforts.

With deep appreciation and continued solidarity,

*[signature]*

Maricarmen Garza
Chief Counsel
ABA Commission on Domestic & Sexual Violence