JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
PELECANOS*†
pelecanos@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

JOSE ABRIGO*
jabrigo@lambdalegal.org
OMAR GONZALEZ-PAGAN*
ogonzalez-pagan@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

CAMILLA B. TAYLOR*
ctaylor@lambdalegal.org
KENNETH D. UPTON, JR*
kupton@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

\* *Appearance pro hac vice*
† *Mailing address only*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

---

SAN FRANCISCO AIDS FOUNDATION;
  *et al.*,

           *Plaintiffs*,

  v.

DONALD J. TRUMP, in his official capacity
  as President of the United States; *et al.*,

           *Defendants*.

---

Case No. 4:25-cv-01824-JST

**SECOND SUPPLEMENTAL DECLARATION OF JOE HOLLENDONER, CHIEF EXECUTIVE OFFICER OF THE LOS ANGELES LGBT CENTER, IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1

I, Joe Hollendoner, hereby state as follows:

1. I am the Chief Executive Officer of the Los Angeles LGBT Center ("LA LGBT Center"), a nonprofit 501(c)(3) organization based in Los Angeles, California, that provides a variety of services to members of the lesbian, gay, bisexual, transgender, and queer ("LGBTQ") communities. I have served in this capacity since 2022. I joined the staff of the LA LGBT Center in 2021.

2. On February 25, 2025, I executed a Declaration (ECF No. 47-5), and on April 7, 2025, I executed a Supplemental Declaration (ECF No. 57), both declarations are in support of Plaintiffs' Complaint and Motion for a Preliminary Injunction, filed on March 3, 2025 (ECF No. 47) to prevent Defendant agencies and their leadership from enforcing Executive Order No. 14168 "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" ("Gender Order"), issued January 20, 2025; Executive Order No. 14151 "Ending Radical and Wasteful DEI Programs and Preferencing" ("DEI-1 Order"), issued January 20, 2025; and Executive Order No. 14173 "Ending Illegal Discrimination and Restoring Merit-Based Opportunity" ("DEI-2 Order"), issued January 21, 2025 (collectively, the "Executive Orders"), and related agency directives.

3. Since executing that Supplemental Declaration on April 7, 2025, when I informed the court about the threats to our OFVPS "DV Resource Center Grant" materials and 2 NIH grant terminations, the termination of our UCLA grant 1R01DA061345-01 ("Race & Place Study") and the termination of our IL Institute of Technology grant 4R00DA055508-03 ("Gender NIH Grant"), the LA LGBT Center has experienced ongoing grant terminations and attempts to censor active grants, as well as the LA LGBT Center's non-federally-grant-funded work.

4. I am submitting this supplemental declaration to inform the Court of the developments since April 7, 2025, and the negative impacts they have had and will continue to have on the LA LGBT Center and the people it serves. Additionally, **Appendix A** contains a list of LA LGBT Center's grants that have been directly impacted by the challenged Orders to date.

2

SECOND SUPPLEMENTAL DECLARATION OF JOE HOLLENDONER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JST

**Centers for Disease Control and Prevention Grant**

5.      The U.S. Department of Health and Human Services (HHS), Centers for Disease Control and Prevention (CDC), awarded the University of Washington contract number 75D30123D15973 75D30124F00002 ("STIIRC Study"). In the University of Washington's 80+ page design plan for the STIIRC Study, it specifically named the LA LGBT Center and our staff as key personnel in the study at its creation. The LA LGBT Center became a sub-awardee of this three-year contract on 09/30/2024. The intended end date was 09/30/2027. The total federal award to the LA LGBT Center was $1,127,455. The Research Subaward Agreement is attached as **Exhibit A**.

6.      As expressed in the University of Washington Contract, **Exhibit B**, the Division of STD Prevention, authorized by the American Rescue Plan Act (2021), created the STIIRC Study because of the immediate need to support innovative research to increase the impact of interventions in sexually transmitted infection (STI) prevention and control.

7.      In 2022, more than 2.5 million Americans were diagnosed with chlamydia, gonorrhea, or syphilis, and syphilis rates have continued to rise as the epidemic grows in people of all genders and sexual orientations. There is an urgent need to rapidly develop, implement, and evaluate innovative strategies to improve STI disease intervention services at a population level. That need includes efforts to improve STI control in all populations, including in populations of Gay, Bisexual, and other Men who have Sex with Men (GBMSM) and transgender women. Addressing that need requires implementation strategies that improve the effectiveness and efficiency of public health interventions designed to detect, mitigate, and prevent onward STI transmission. These strategies need to be implemented and tested in contextually relevant settings, in communities with substantial STI morbidity. They should be shaped by local community context, and evaluated and modified using rigorous implementation science methods. The CDC STIIRC Study was designed, in part, to simultaneously implement and test innovative strategies to prevent and control STIs. In response to STIIRC Request for Task Order 73110 and guided by

the RE-AIM framework, the Coastal STI Impact Consortium proposed a Hybrid Type 3 study to implement and evaluate a two-stage process of Doxy-PEP implementation in 4 high syphilis morbidity areas: New York City, Los Angeles, Pima County, and Columbus, OH. Implementation strategies integrated Doxy-PEP into a wider syndemic approach designed to improve the health of GBMSM and transgender women, and advance health equity—including immunizations, substance use treatment, mental health, primary care, social and behavioral services, and linkage to HIV PrEP and HIV treatment.

8. The LA LGBT Center received notice on 4/23/2025 that the CDC terminated the STIIRC Study on 4/22/2025. The CDC Termination Notice is attached as **Exhibit C**. Unlike our previous grant terminations, this contract termination only states, "the Government is Terminating for Convenience the subject contract."

9. For the LA LGBT Center, the loss of this funding means a significant loss in funding for existing staff. But more importantly, it prevents the LA LGBT Center from collecting patient, provider, and prescription data to optimize STI prevention and treatment and serve as a blueprint for Doxy-PEP use at clinics throughout the U.S. The LA LGBT Center serves as a bellwether for trends in STI epidemiology; the termination of this funding significantly weakens our ability to accurately predict changes in STI infection patterns and to develop methodologically rigorous standards for the use of Doxy-PEP. This ultimately will result in less efficient care and more STIs

**Office of Violence Against Women Grants**

10. The U.S. Department of Justice (DOJ), Office of Violence Against Women (OVW), awarded the LA LGBT Center grant number 15JOVW23GK05467MUMU ("Emerging Issues Grant"). This is a three-year grant, which started 10/01/2023 and goes through 09/30/2026. The total federal award to the LA LGBT Center was $750,000.

11. The Emerging Issues Grant explores new and emerging issues and training and

technical assistance projects addressing the needs and challenges of OVW grantees, subgrantees, and the larger violence against women field. In particular, with the passage of the Violence Against Women Act Reauthorization Act of 2022 (VAWA 2022), OVW sought to identify innovative projects and technical assistance that address the new and revised programs and issues included in VAWA 2022, as well as other emerging issues in the fields of sexual assault, domestic violence, dating violence, and stalking. OVW selected the LA LGBT Center to implement the National LGBTQ Youth Survivor Training and Technical Assistance Project. This project provides training and technical assistance, and develops best practices to improve responses to LGBTQ youth survivors of dating violence, sexual assault, and stalking. During the course of the project period, the LA LGBT Center and its project partners shall: 1) conduct virtual and in-person trainings; 2) develop topic-specific learning modules; 3) present at OVW and non-OVW funded conferences; 4) host roundtable discussions; 5) develop best practice guidelines and other resources as needed; and 6) post resources and trainings on the LA LGBT Center website.

12. On 01/28/25, the LA LGBT Center's grant management specialist first asked us to postpone our webinars and events under this grant funding.

13. A follow-up email on 02/03/25 from the grant management specialist informed the LA LGBT Center that we could move forward sharing our content in some contexts, but that we should "hold off" on our Centering Diverse Voices webinar. In a subsequent meeting, we learned that this was because "the department is flagging content that has the word 'diverse' in it."

14. On 03/04/25, the grant management specialist told LA LGBT Center that we needed to cancel all national webinars for our OVW-funded LGBTQ+ Youth TTA Project, a component of our Emerging Issues Grant. Additionally, the grant management specialist told the LA LGBT Center that we no longer had to be beholden to previously agreed-on metrics of the number of providers reached by this program, since it would not be possible to reach these numbers without hosting national public webinars.

15. On 04/24/25, the LA LGBT Center's grant management specialist provided new

feedback on training materials that were previously submitted and approved. The LA LGBT Center was told that we needed to remove the following terms and topics from this training and any future content under this project. The terms and topics that have been deemed "out of scope" are "BIPOC, inclusivity, historical marginalization, gender affirming care, transitioning, oppression, racism, immigration, and anti-trans legislation." The LA LGBT Center would be unable to proceed with the review of any other training materials until we implement these changes and OVW approves them. Some of the necessary edits were to remove the sections on gender affirming care, remove the slides on transgender people, remove anything that mentions bisexual identity because "general content about the meaning of certain identities is out of scope," and remove any content that discusses the intersection of BIPOC and LGBTQ+ survivors' experiences, including the words racism, historical trauma, oppression, and homophobia, biphobia, or transphobia. Beyond editing this training material, the LA LGBT Center would no longer be allowed to deliver our Foundational Training on Supporting LGBTQ+ Youth Survivors, and our training materials and roundtable discussions now can only include college students because we are no longer allowed to include K-12 students.

16. Our grant management specialist acknowledged that the LA LGBT Center would need to change the grant terms to remove the topic-specific module grant deliverable because it would not be possible to complete the original grant terms under these conditions.

17. The consequences of these grant limitations are significant. First, these restrictions limit the ability of the LA LGBT Center to reach a wide range of providers. This training program has been extremely well attended by the field, averaging between 50-200 providers at each public webinar. In just a year and a half, this project has successfully provided trainings to 986 providers. Without public webinars, this reach is no longer possible, and the LA LGBT Center, especially for programs in smaller and more rural areas that rely on these training opportunities. Additionally, the restrictions on content mean that the LA LGBT Center is not able to provide training and technical assistance that is informed by evidence-based practices, which are effective in promoting

LGBTQ+ survivors' access to services, safety, and well-being. The DOJ censored this content, including essential information on what the unique and specific needs, experiences, and barriers are for LGBTQ+ survivors. Ultimately, the LA LGBT Center is effectively prohibited from providing effective and accurate training and technical assistance to the domestic and sexual violence field, and as such, the field will be less able to ensure that their services are accessible and appropriate for LGBTQ+ survivors seeking support and safety, which has real world consequences, including survivors staying in extremely lethal situations.

18. Further, the LA LGBT Center staff under these programs are fearful that if they say the wrong thing in a training, then their program will be terminated. This fear limits their ability to speak on the topics we train on. It is particularly difficult to distinguish between funded speech and non-federally funded speech when we are in spaces with other federally funded partners. It has made it especially hard to advocate in all spaces because we fear that it will lead to our programs being terminated. And this fear is not irrational, it is supported by the interactions with our grant management specialist. When asked if she thought our grant would be cut, the grant management specialist said she has not been told about any future cuts but due to other DOJ grant program cuts, she expects that OVW will be next and that our program is likely to be cut, alluding to the LGBTQ-specific nature of our work as the reason.

19. Additionally, the LA LGBT Center was also a project partner on three OVW grants awarded to the ABA Commission on Domestic and Sexual Violence. The Expanding Legal Services TTA Project, the LGBTQ+ Training for Coalitions Project, and the LGBTQ+ Legal Access Project.

20. The consequences of these grant terminations mean that the LA LGBT Center is no longer able to ensure that attorneys are receiving LGBTQ-specific and trauma-informed training on how to effectively represent and provide legal advocacy to LGBTQ+ survivors of domestic and sexual violence. Additionally, the LA LGBT Center would not be able to provide training and technical assistance to domestic and sexual violence state coalitions on how to build state-wide

strategies to improve outreach and accessibility to LGBTQ+ survivors accessing critical services including shelter, transitional housing, restraining order support, legal advocacy, therapy, support groups, and more.

21. On 04/10/25, the LA LGBT Center was also informed that the OVW grant terms have changed moving forward. The new Notice of Funding Opportunities includes language describing what activities are "Out-of-Scope Activities." These include "Inculcating or promoting gender ideology as defined in Executive Order 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" and "Promoting or facilitating discriminatory programs or ideology, including illegal DEI and "diversity, equity, inclusion, and accessibility" programs that do not advance the policy of equal dignity and respect, as described in Executive Order 14173, Ending Illegal Discrimination and Restoring Merit-Based Opportunity."

22. In part because of these changes to the OVW terms, the LA LGBT Center decided not to apply for an OVW transitional housing grant that we typically would have pursued. We are concerned that if we agree to these terms prohibiting the promotion of gender and DEI, and then are later found in violation of these terms, the consequences could be a more global ban on receiving federal funding. It is especially alarming because the terms do not limit the prohibition on promoting DEI to "illegal" DEI. The prohibition is "including illegal DEI," which implies that legal DEI is also included.

**Health Resources and Services Administration Grant**

23. Health Resources and Services Administration (HRSA), a subdivision of HHS, awarded the LA LGBT Center grant number H76HA00158-34-00 ("Ryan White Part C Grant"). This grant is for three years from 01/01/2025 through 12/31/2027. The Ryan White Part C grant specifically funds early intervention services, primary health care, and support services in outpatient settings for people with HIV/AIDS. The total federal award to the LA LGBT Center is

8

SECOND SUPPLEMENTAL DECLARATION OF JOE HOLLENDONER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JST

$ 2,366,502.

24.    On 05/08/25, the LA LGBT Center was provided its annual Notice of Award (NOA) for this grant, attached as **Exhibit D**. The NOA included new "Grant Specific Terms." The funding beyond the budget period is contingent upon "a decision that continued funding is in the best interest of the Federal government." The new terms also state that "continued support for this award may be subject to other programmatic considerations to the extent permitted by law, including, but not limited to, Administration priorities and court orders." And finally, the new terms demand that "should additional federal funds not be available and/or shifting priorities affect the programmatic objectives of this award, the recipient will work with HRSA to revise any workplan tasks and budget."

25.    Of additional concern is the new HHS Grants Policy Statement, attached as **Exhibit E**, which has an effective date of 04/16/2025 and claims to apply to new NOAs, like the one we just received for this grant. The HHS Grants Policy Statement claims that "By accepting the grant award, recipients are certifying that: (i) They do not, and will not during the term of this financial assistance award, operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology in violations of Federal anti-discrimination laws." The policy statement immediately follows with, "HHS reserves the right to terminate financial assistance awards and claw back all funds if the recipients, during the term of this award, operate any program in violation of Federal anti-discriminatory laws."

26.    The LA LGBT Center does not operate any programs that violate Federal anti-discrimination laws, so we believe that we can honestly certify, by drawing down funds on this grant, that we are complying with the civil rights assurance. However, we fear that the government might interpret the LA LGBT Center's DEI programming, which operates during the same term as this award but is not funded by HHS, as violating this policy. We are worried about the impact on our non-federally funded speech. This fear is legitimate given the number of terminated programs, threatening letters, guidance, and public statements by this administration, which

indicate that it believes most or all DEI is illegal, even when that is not the case. The LA LGBT Center is not sure if we should cancel non-federally funded DEI work or censor how we discuss diversity.

27. Our Family Violence Prevention and Services Grant, *see below*, is subject to the same new HHS Grants Policy Statement, which is of equal concern to the LA LGBTQ Center.

**Family Violence Prevention and Services Grant**

28. The Office of Family Violence Prevention and Services (OFVPS), a subdivision of HHS, awarded the LA LGBT Center grant number 90EV0535-04-01 ("Institute on Intimate Partner Violence Grant"). This grant began on 09/30/2021 and currently continues through 09/29/2026. The total federal award to the LA LGBT Center is $2,300,000. This grant is a byproduct of the Family Violence Prevention and Services Act (FVPSA).

29. The intent of the Family Violence Prevention and Services LGBTQ Institute on Intimate Partner Violence grant program is to expand the capacity of individuals, organizations, governmental agencies, local communities, tribes, and tribal organizations to identify and respond to the unique and emerging needs of LGBTQ intimate partner violence survivors. The LA LGBT Center engages in training and technical assistance, public awareness, research and knowledge development, and policy development and systems engagement to enhance national, state, and local efforts to prevent and address LGBTQ intimate partner violence. We also participate in ongoing coordination and collaboration with the FVPSA-funded resource centers in the Domestic Violence Resource Network (DVRN), a network of training and technical assistance organizations that coordinates training and technical assistance efforts to improve domestic violence and dating violence prevention and interventions programs nationwide.

30. As a result of the Executive Orders, the LA LGBT Center has seen organizational Domestic Violence and Sexual Assault providers, including partner organizations, remove information related to LGBTQ+ people from publicly available materials and websites. Further,

we have seen a sharp reduction in training attendance since the Executive Orders and have been told by multiple organizations that staff are afraid to attend events supporting LGBTQ+ survivors. The Institute has heard from multiple FVPSA-funded agencies across the field that they have been encouraged by grant administrators to take down any mentions of LGBTQ+ communities from their websites and materials or they may risk losing their funding. This has left the Institute in a precarious position, where it is unclear if simply including their name or mentioning the communities they serve, particularly transgender survivors, may result in funding termination. The LA LGBT Center attempted to get clarity on this by reaching out to the OFVPS on March 25th, 2025, and April 3, 2025, to ask what language or terminology would result in termination, but we have not received a response. This has severely limited the Institute's ability to develop and deliver training deliverables, including the design and implementation of a national LGBTQ+ study on intimate partner violence, training curriculum on best practices for supporting LGBTQ+ survivors, and case studies documenting best practice examples of providing culturally responsive services to LGBTQ+ survivors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 16, 2025

Respectfully submitted,

_____

Joe Hollendoner

Appendix A

| Agency | Grant | Date | Agency Action |
|---|---|---|---|
| HHS - NIH | 1R01DA061345-01 | 3/20/25 | Terminated |
| HHS - NIH | 4R00DA055508-03 | 3/21/25 | Terminated |
| HHS - CDC | 75D30123D15973 | 4/22/25 | Terminated |
| DOJ - OVW | 15JOVW23GK05467MUMU | | Censored |
| DOJ - OVW | ABA grants | 4/10/25 | Terminated |
| HHS - HRSA | H76HA00158-34-01 | | Threats to Funding |
| HHS - FVPS | 90EV0535-04-01 | | Censored |

SECOND SUPPLEMENTAL DECLARATION OF JOE HOLLENDONER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JST