| University of Washington<br>Research Subaward Agreement | |
|---|---|
| Prime Recipient<br>**UNIVERSITY OF WASHINGTON (UW)** | Subrecipient:<br>**Los Angeles LGBT Center** |
| UW Principal Investigator (PI):<br>Julie Dombrowski | Subrecipient Principal Investigator (PI):<br>Bob Bolan |

| Award No:<br>75D30123D15973<br>75D30124F00002 | FAIN:<br>N/A | Awarding Agency:<br>Centers for Disease Control and Prevention (CDC) |
|---|---|---|
| Federal Award Date:<br>9/23/2024 | | Assistance Listing No and Program Title:<br>N/A |

| Project Title:<br>Doxycycline Post-Exposure Prophylaxis Implementation Study | Subaward No.<br>**UWSC16407** | BPO # |
|---|---|---|
| **Subaward Period of Performance:**<br>Start: 9/30/2024    End:  4/22/2025 | **Amount Funded This Action:**<br>**$210,751** | Subject to FFATA<br>☒ Yes ☐ No |
| Estimated Project Period  (if incrementally funded):<br>Start: 9/30/2024         End: 4/22/2025 | Incrementally Estimated Total:<br>$1,127,455 | Is this Award R&D?<br>☒ Yes ☐ No |

### TERMS AND CONDITIONS

The University of Washington, an institution of higher education and an agency of the State of Washington having its principal campus located in Seattle, Washington, hereby awards a cost reimbursable subaward, as described above, to the above-identified subrecipient. NOW, THEREFORE, in consideration of the foregoing and the terms and conditions contained in this agreement ("Subaward Agreement"), UW and Subrecipient do hereby agree as follows:

**1) STATEMENT OF WORK, BUDGET AND PRIME AWARD.** The statement of work ("Statement of Work") and budget ("Budget") for this Subaward Agreement are hereby incorporated as Attachment 5. This Subaward Agreement is subject to the terms and conditions of the Prime Award identified above and included herein as Attachment 1.

**2) INVOICING AND PAYMENT.** UW shall reimburse Subrecipient not more often than monthly but not less than quarterly for actual allowable costs incurred for the performance of the Statement of Work, and in accordance with the Budget incorporated as Attachment 5, provided that:
   a)  The total of such costs does not exceed the estimated cost as set forth in Attachment 5 herein;
   b)  Such costs were allowable by terms of this Subaward Agreement;
   c)  Such costs are incurred in accordance with Subrecipient's established policies and procedures; and
   d)  Subrecipient adheres to the following cost principles, as applicable: (i) 2 C.F.R. § 200, Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, (ii) for hospitals, 45 CFR 74, Appendix E; or (iii) Subrecipient's established policies and procedures.

All invoices shall be submitted using Subrecipient's standard invoice, but at a minimum shall include current and cumulative costs (including cost sharing) listed by budget category, subaward number, purchase order number, and certification as to truth and accuracy of invoice.  A final statement of cumulative costs incurred (including cost share) listed by budget category and marked "FINAL" must be submitted NOT LATER THAN sixty (60) days after subaward end date. No invoices submitted after sixty (60) days from the end of the subaward shall be paid. The final statement of costs shall constitute Subrecipient's final financial report.

Invoices will be submitted to uwashington@ghxinvoicing.com. Neither the University's General Terms and Conditions for vendors, nor the Federal Flowdown Terms and Conditions (for Federal Grant Funded Purchases) found at https://finance.uw.edu/ps/suppliers/terms-conditions apply to subawards.

Questions concerning invoice receipt or payments should be directed to the appropriate party's Financial Contact as indicated in Attachment 3A.

All payments shall be considered provisional and subject to adjustment within the total estimated cost in the event such adjustment is necessary as a result of an adverse audit finding against the Subrecipient. UW reserves the right to reject an invoice that is not consistent with the terms of this Subaward Agreement.

**3) NOTIFICATION.** Any request for negotiation of changes in the terms, conditions, or amounts in this Subaward agreement and any matters requiring UW's prior approval shall be directed to the appropriate party's Administrative Contact in Attachments 3A and 3B. Any such changes made to this Subaward Agreement require the written approval of each party's Authorized Official as shown in Attachments 3A and 3B.

**4) REPORTS.** Reporting requirements shall be fulfilled in accordance with Attachment 4.

**5) PUBLICATIONS.** Subrecipient agrees that all publications that result from work under this Subaward Agreement shall acknowledge that the project was supported by Awarding Agency and reference the Award No. above.

**6) INVENTIONS.** Consistent with U.S. Public Law 96-517, as amended by U.S. Public Law 98-620, title to any invention made or conceived solely by Subrecipient in performing work under this Subaward Agreement shall vest in the Subrecipient ("Subrecipient Invention"). Inventions made or conceived solely by UW shall be owned by UW. Inventions made or conceived jointly by UW and Subrecipient shall be owned by UW and Subrecipient in accordance with U.S. patent and other applicable U.S. laws.  Subrecipient shall promptly notify UW PI (as shown in Attachment 3A) in writing of any such Subrecipient inventions.  Subrecipient hereby grants to UW a royalty-free, non-exclusive license for internal research and educational purposes to any such Subrecipient invention.

**7) TERMINATION.** Either party may terminate this Subaward Agreement upon thirty (30) days' written notice to the other party's Administrative and Authorized Contact as set forth in Attachments 3A and 3B. Upon receipt of such notice of termination, Subrecipient shall use reasonable efforts to limit or terminate any outstanding financial commitments related to the work to be performed under this Subaward Agreement. UW shall reimburse Subrecipient for all reasonable costs incurred by Subrecipient under this Subaward Agreement through the date of termination which are allowable in accordance with all applicable laws, regulations, terms and conditions, including without limitation, all reasonable and necessary non-cancellable financial obligations incurred by Subrecipient to carry out its work under this Subaward Agreement.

**8) USE OF NAME.** Neither party shall use the name of the other party, or the name of any faculty member, employee, or student of the other party, in connection with any product, service, promotion, news release, or other publicity without the prior written permission of the other party and in the case of an individual, the prior written permission of that individual. The parties agree that each party may use factual information regarding the existence and purpose of the relationship that is the subject of this Agreement for legitimate business purposes, to satisfy any reporting and funding obligations, or as required by applicable law or regulation without written permission from the other party. In any such statement, the relationship of the parties shall be accurately and appropriately described.

**9) NOTICE OF DISPUTE, NEGOTIATION AND MEDIATION.** Prior to commencing any legal action, the parties will attempt in good faith to resolve through negotiation any dispute, claim or controversy arising out of or relating to this Subaward Agreement. Either party may initiate such negotiations by providing written notice to the other party specifying that this provision of this Subaward Agreement is being utilized and setting forth the subject of the dispute and the relief requested. The party receiving such notice will respond in writing within ten (10) business days with a statement of its position on and recommended solution to the dispute. If the dispute is not resolved by this exchange of correspondence, then representatives of each party with full settlement authority shall meet at a mutually agreeable time and place within ten (10) business days of the date of the initial notice in order to exchange relevant information and perspectives, and to attempt in good faith to resolve the dispute. If the dispute is not resolved by these negotiations, the matter will be submitted to a mutually agreeable and recognized nonbinding mediation service prior to initiating legal action. The costs of the mediation service shall be shared equally by the parties.

**10) DEBARMENT.** Subrecipient certifies that it is not excluded, debarred, suspended or otherwise ineligible to participate in federal programs. In connection with the performance of their respective obligations under this Agreement, the parties shall not knowingly employ or contract with, whether or not for compensation, any individual, or entity currently listed by a federal agency as excluded, debarred, suspended or otherwise ineligible to participate in federal programs.

**11) NONDISCRIMINATION.** Subrecipient shall not engage in any unlawful discrimination nor will it discriminate against any person because of race, color, religion, national origin, age, handicap, status as a Vietnam era or disabled veteran, sex, or sexual orientation with respect to their employment, personnel, or patient care policies and practices as those matters may relate to the performance of the parties' respective obligations under this Subaward Agreement.

**To the extent required by law or regulation, the Subrecipient and their contractors, subcontractors, and subrecipients shall abide by the requirements of 41 CFR §§ 60-1.4(a), 60-300.5(a) and 60-741.5(a). These regulations prohibit discrimination against qualified individuals based on their status as protected veterans or individuals with disabilities, and prohibit discrimination against all individuals based on their race, color, religion, sex, sexual orientation, gender identity or national origin. Moreover, these regulations require that covered prime contractors, subcontractors, and subrecipients take affirmative action to employ and advance in employment individuals without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, protected veteran status or disability.**

**12) ANTI-TERRORIST COMPLIANCE.** Subrecipient hereby certifies that all funds, including sub-awards by it to lower-tier subrecipients, will be used in compliance with all applicable United States anti-terrorist financing and asset control laws, regulations, rules and executive orders.

**13) CONFORMATION TO APPLICABLE LAWS AND PROFESSIONAL STANDARDS.** Subrecipient certifies that Subrecipient and those persons participating in the conduct of the Statement of Work under this Subaward Agreement will conform to and obey all applicable laws, ordinances, rules, regulations, requirements and orders of all municipal, county, state or federal authorities or agencies and all professional standards applicable to the conduct of the research under this Subaward Agreement.

**14) QUALIFICATIONS, LICENSES, PERMITS.** Upon request by UW, Subrecipient shall provide UW evidence of any licenses, permits, certifications or accreditations required to conduct the Statement of Work under this Subaward Agreement.

**15) LEGAL COMPLIANCE.** The parties intend this Subaward Agreement to comply with all applicable laws, regulations and requirements. The parties further agree this Subaward Agreement shall be applied and interpreted in a manner consistent with full compliance with all such laws, regulations and requirements. If at any time either party has reasonable grounds to believe that this Subaward Agreement, or the work to be performed under it, may not conform to the then-current requirements or interpretations relevant to such matters, both parties agree that they will promptly negotiate in good faith for the purposes of bringing this Subaward Agreement into full compliance with such then-current requirements and interpretations.

**16) EXPORT CONTROLS.** It is understood that the parties are subject to United States laws and regulations controlling the export of technical data and information, computer software, laboratory prototypes and other commodities, and that its obligations hereunder are contingent on compliance with applicable U.S. export laws and regulations (including without limitation the Arms Export Control Act, as amended, and the Export Administration Act of 1979) ("Export-Controlled Materials"). The transfer of any such technology and items and the entering into and provision of such transactions and services that are subject to restrictions may require a license or authorization from the cognizant agency of the United States Government, and/or may require written assurances by the receiving party that it shall not re-export such technology and items to certain foreign destinations and/or to certain recipients without prior approval of the cognizant government agency, and/or may require that the involved individuals and entities will comply with conditions on Transactions and Services. While each party agrees to cooperate in securing any license which the cognizant agency deems necessary in connection with this Agreement, neither party can guarantee or make assurances that such licenses can or will be granted. Each party agrees that it will not provide or make accessible to the other party any Export-Controlled Materials without first notifying the receiving party in writing of the existence and nature of the Export-Controlled Materials and obtaining the prior written agreement of the receiving party, through a duly-authorized representative, for the receiving party to receive such Export-Controlled Materials. All Export-Controlled Materials shall be conspicuously labeled "Export Controlled" together with any applicable Export Control Classification Number.

**17) AUDIT AND ACCESS TO RECORDS.** If Subaward is subject to 2 C.F.R §200, Subrecipient certifies by signing this Subaward Agreement that they comply with the Uniform Guidance, will provide notice of any adverse findings which impact this subaward as required by parts 200.501- 200.521, and will provide access to records as required by parts 200.336, 200.337, and 200.201 as applicable.

In the event Subaward or Subrecipient is not subject to 2 C.F.R. § 200, UW may require Subrecipient to provide UW with Subrecipient's most recent audit report or statement on compliance and on internal controls prepared by an independent

accountant or public auditing firms. In certain cases, Subrecipient may be required to arrange for a limited scope audit verifying Subrecipient's compliance with the requirements for this Subaward Agreement.

In any event, the Subrecipient shall maintain acceptable financial management systems during the term of this Subaward Agreement.  Such systems shall include:
a) accurate, current and complete disclosure of the financial activity of this Subaward Agreement;
b) records that identify the source and application of the UW's funds paid;
c) effective control over and accountability for all funds, property and other assets;
d) comparison of actual outlays with budgeted amounts;
e) consistency with the applicable federal administrative requirements and cost principles, if applicable; and
f) accounting records supported by source documentation.

Subrecipient agrees that the UW shall, until the expiration of three (3) years after final payment under this Subaward Agreement, have access to and right to examine all aspects of the Statement of Work undertaken under this Subaward Agreement, and all books, records, and documents of any kind pertaining to the Subaward Agreement, including any directly pertinent records involving transactions related to this Subaward Agreement for the purpose of making audits, examinations, excerpts and transcriptions, if applicable. It is understood that, unless agreed to in writing by Subrecipient, such examination shall be made during Subrecipient's regularly established business hours. Records related to any audit initiated prior to the expiration of the three-year period shall be retained until the audit findings involving the records have been resolved.

Failure to comply with the terms of this Audit and Access to Records section may lead to termination of this Subaward Agreement.

**18) NO PARTNERSHIP/JOINT VENTURE.** The relationship of the parties under this Subaward Agreement is that of independent contractors and they are not agents, employees, partners or joint ventures of one another. No party has the authority to bind any other party in contract or to incur any debts or obligations on behalf of any other party, and no party (including the UW PI and Subrecipient PI) shall take any action that attempts or purports to bind any other party in contract or to incur any debts or obligations on behalf of any other party, without the affected party's prior written approval.

**19) ENTIRE AGREEMENT AND ORDER OF PRECEDENCE.** This Subaward Agreement constitutes the entire agreement between the parties, and supersedes all prior oral or written agreements, commitments, or understandings concerning the matters provided for herein. This Subaward Agreement consists of the following documents which are hereby incorporated by reference:

a) **UW Research Subaward Agreement**
b) **Attachment 1: Prime Award Terms and Conditions**
c) **Attachment 2: Special Terms & Conditions**
d) **Attachment 3A: Prime Recipient Contacts**
e) **Attachment 3B: Subrecipient Contacts**
f) **Attachment 4: Reporting Requirements**
g) **Attachment 5: Statement of Work and Budget**

In the event of any conflict between the terms and conditions set forth in this Subaward Agreement and the Attachments, the parties agree that the terms and conditions included in Attachment 1: "Prime Award Terms and Conditions" shall take precedence.

**20) AMENDMENT.** This Subaward Agreement may only be modified by a subsequent written agreement executed by the duly-authorized representatives of the parties. The UW PI and Subrecipient PI shall have no authority to amend this Subaward Agreement or to waive any right or obligation arising hereunder.

**21) SEVERABILITY.** If any provision of this Subaward Agreement or of any other agreement, document or writing pursuant to or in connection with this Subaward Agreement, shall be wholly or partially invalid or unenforceable under applicable law, said provision will be ineffective to that extent only, without in any way affecting the remaining parts or provision of said agreement, provided that the remaining provisions continue to effect the purposes of this Subaward Agreement.

**22) WAIVER.** Neither the waiver by any of the parties hereto of a breach of or a default under any of the provisions of this Subaward Agreement, nor the failure of either of the parties, on one or more occasions, to enforce any of the provisions of

this Subaward Agreement or to exercise any right or privilege hereunder will thereafter be construed as a waiver of any subsequent breach or default of a similar nature, or as a waiver of any such provisions, rights or privileges hereunder.

**23) FORCE MAJEURE.** Nonperformance by a party, other than payment of any amounts due hereunder, shall not operate as a default under or breach of the terms of this Agreement to the extent and for so long any such nonperformance is due to: strikes or other labor disputes; prevention or prohibition by law; the loss or injury to products in transit; an Act of God; or war or other cause beyond the control of such party.

**24) ASSIGNMENT AND SUCCESSORS IN INTEREST.** Except as otherwise provided herein, no party may assign, subcontract, or delegate any right or obligation under this Subaward Agreement, in whole or in part, without the express prior written consent of the other party. This Subaward Agreement shall inure to the benefit of and be binding upon each party's successors and assigns.

**25) COUNTERPARTS.** This Subaward Agreement may be executed in any number of counterparts or, if mutually agreeable to the undersigned authorized signatories for the parties, through the exchange by facsimile or other electronic means of duly-signed duplicates hereof, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

**IN WITNESS WHEREOF,** the duly-authorized representatives of the parties have entered into this Subaward Agreement as of the date of the last signature of UW and Subrecipient below.

**University of Washington**

**Los Angeles LGBT Center**

By:_____

By:_____

Print Name:_____

Print Name:_____

Title:_____

Title:_____

Date:_____

Date:_____

| Attachment 1 |
| --- |
| UW ResearchSubaward Agreement |
| Prime Award Terms and Conditions |

The Prime Award Terms and Conditions contained in this Attachment are modified to the extent where applicable as follows:

- "Contract" shall mean "Subaward Agreementt";
- "Contractor" shall mean "Subrecipient";
- "CDC" and "Government" shall mean University of Washington

This Agreement is subject to the following terms and conditions:

## TASK ORDER Terms and Conditions

**Section A – {RESERVED}**

**Section B – {RESERVED}**

**Section C**

**SECTION 1-4 – {RESERVED}**

**SECTION 5 – GOVERNMENT FURNISHED PROPERTY**
The contractor shall furnish all necessary personnel, facilities, supplies and equipment, as appropriate, to accomplish the tasks in this request for task order proposal (RFTOP).

**SECTION 6 – PLACE OF PERFORMANCE AND CONTRACT SUPPORT HOURS**

**SUBSECTION A – PLACE OF PERFORMANCE**
The contractor shall conduct the work in this task order entirely at their own facilities.

**SECTION 7 – TRAVEL**
Travel will be in accordance with / and not to exceed the Federal Travel Regulation rates. Travel costs need to be approved in advance by the COR. The contractor shall be required to provide their travel policy to the Government for review.

Travel does include conferences. **{RESERVED}** If the need for conference travel occurs, the contract will be modified to separately add funding.

**SECTION 8-9 – {RESERVED}**

**SECTION 10 – ADDITIONAL REQUIREMENTS**

**Section 508 Compliance**
Electronic and Information Technology Accessibility

(a) Section 508 of the Rehabilitation Act of 1973 (29 U.S.C. 794d), as amended by the Workforce Investment Act of 1998 and the Architectural and Transportation Barriers Compliance Board Electronic and Information (EIT) Accessibility Standards (36 CFR part 1194), require that when Federal agencies develop, procure, maintain, or use electronic and information technology, Federal employees with disabilities have access to and use of information and data that is comparable to the access and use by Federal employees who are not individuals with disabilities, unless an undue burden would be imposed on the agency. Section 508 also requires that individuals with disabilities, who are members of the public seeking information or services from a Federal agency, have access to and use of information and data

that is comparable to that provided to the public who are not individuals with disabilities, unless an undue burden would be imposed on the agency.

(b) Accordingly, any offeror responding to this solicitation must comply with established HHS EIT accessibility standards. Information about Section 508 is available at http://www.hhs.gov/web/508. The complete text of the Section 508 Final Provisions can be accessed at http://www.access-aboard.gov/sec508/standards.htm.

(c) The Section 508 accessibility standards applicable to this contract are: 1194.

     205 WCAG 2.0 Level A & AA Success Criteria

     302 Functional Performance Criteria

     502 Inoperability with Assistive Technology

     504 Authoring Tools

     602 Support Documentation

     603 Support Services

In order to facilitate the Government's determination whether proposed EIT supplies meet applicable Section 508 accessibility standards, offerors must submit an HHS Section 508 Product Assessment Template, in accordance with its completion instructions. The purpose of the template is to assist HHS acquisition and program officials in determining whether proposed EIT supplies conform to applicable Section 508 accessibility standards. The template allows offerors or developers to self-evaluate their supplies and documentation detail - whether they conform to a specific Section 508 accessibility standard, and any underway remediation efforts addressing conformance issues. Instructions for preparing the HHS Section 508 Evaluation Template are available under Section 508 policy on the HHS Web site http://hhs.gov/web/508.

In order to facilitate the Government's determination whether proposed EIT services meet applicable Section 508 accessibility standards, offerors must provide enough information to assist the Government in determining that the EIT services conform to Section 508 accessibility standards, including any underway remediation efforts addressing conformance issues.

(d) Respondents to this solicitation must identify any exception to Section 508 requirements. If a offeror claims its supplies or services meet applicable Section 508 accessibility standards, and it is later determined by the Government, i.e., after award of a contract or order, that supplies or services delivered do not conform to the accessibility standards, remediation of the supplies or services to the level of conformance specified in the contract will be the responsibility of the Contractor at its expense.

(e) Electronic content must be accessible to HHS acceptance criteria. Checklist for various formats are available at http://508.hhs.gov/, or from the Section 508 Coordinator listed at https://www.hhs.gov/web/section-508/additional-resources/section-508-contacts/index.html. Materials that are final items for delivery should be accompanied by the appropriate checklist, except upon approval of the Contracting Officer or Representative.

**CONTRACT CLAUSES**

The following FAR and DFARS clause citations, where applicable by their terms, are incorporated herein by reference as if set forth in full text. Full text of a clause may be accessed electronically as follows: FAR Clauses at https://www.acquisition.gov/far/ , DFAR Clauses at http://www.hhs.gov/policies/hhsar/subpart352.html.

If any of the clauses are not applicable by their terms they shall be self-deleting unless an alternate applies, in which case the appropriate alternate shall replace the clause. Whenever said clauses include a requirement for the resolution of disputes between the parties in accordance with the "Disputes" clause, the dispute shall be disposed of in accordance with the clause entitled "Notice of Dispute, Negotiation and Mediation" included in the Subaward Agreement. In cases of conflict or inconsistency between the provisions listed in the clause citations below and the paragraphs set forth elsewhere in this Subaward Agreement, the clause citation shall take precedence. Where necessary to derive proper meaning in a subcontract situation from these clauses, "Contractor" means "Subcontractor," "Contracting Officer" means "University of Washington," "Contract" means this Subaward Agreement and "Government" means "University of Washington." However, the words "Government" and "Contracting Officer" do not change: (1) When a right, act, authorization or obligation can be granted or performed only by the Government or the prime contract Contracting Officer or his/her duly authorized representative, (2) when title to property is to be transferred directly to the Government, and (3) in FAR 52.227-14.

**{RESERVED}**

**FAR 52.204-27 Prohibition on a ByteDance Covered Application (Jun 2023)**

(a) Definitions. As used in this clause—

Covered application means the social networking service TikTok or any successor application or service developed or provided by ByteDance Limited or an entity owned by ByteDance Limited.

Information technology, as defined in 40 U.S.C. 11101(6)—

    (1) Means any equipment or interconnected system or subsystem of equipment, used in the automatic acquisition, storage, analysis, evaluation, manipulation, management, movement, control, display, switching, interchange, transmission, or reception of data or information by the executive agency, if the equipment is used by the executive agency directly or is used by a contractor under a contract with the executive agency that requires the use—

        (i) Of that equipment; or

        (ii) Of that equipment to a significant extent in the performance of a service or the furnishing of a product;

    (2) Includes computers, ancillary equipment (including imaging peripherals, input, output, and storage devices necessary for security and surveillance), peripheral equipment designed to be controlled by the central processing unit of a computer, software, firmware and similar procedures, services (including support services), and related resources; but

    (3) Does not include any equipment acquired by a Federal contractor incidental to a Federal contract.

(b) Prohibition. Section 102 of Division R of the Consolidated Appropriations Act, 2023 (Pub. L. 117-328), the No TikTok on Government Devices Act, and its implementing guidance under Office of Management and Budget (OMB) Memorandum M-23-13, dated February 27, 2023, "No TikTok on Government Devices" Implementation Guidance, collectively prohibit the presence or use of a covered application on executive agency information technology, including certain equipment used by Federal contractors. The Contractor is prohibited from having or using a covered application on any information technology owned or managed by the Government, or on any information technology used or provided by the Contractor under this contract, including equipment provided by the Contractor's employees; however, this prohibition does not apply if the Contracting Officer provides written notification to the Contractor that an exception has been granted in accordance with OMB Memorandum M-23-13.

(c) Subcontracts. The Contractor shall insert the substance of this clause, including this paragraph (c), in all subcontracts, including subcontracts for the acquisition of commercial products or commercial services.

(End of clause)


**FAR 52.227-14 Rights in Data-General (May 2014)**

(a) Definitions. As used in this clause - Computer database or "database means" a collection of recorded information in a form capable of, and for the purpose of, being stored in, processed, and operated on by a computer. The term does not include computer software. Computer software-

(1) Means (i) Computer programs that comprise a series of instructions, rules, routines, or statements, regardless of the media in which recorded, that allow or cause a computer to perform a specific operation or series of operations; and (ii) Recorded information comprising source code listings, design details, algorithms, processes, flow charts, formulas, and related material that would enable the computer program to be produced, created, or compiled.

(2) Does not include computer databases or computer software documentation.

Computer software documentation means owner's manuals, user's manuals, installation instructions, operating instructions, and other similar items, regardless of storage medium, that explain the capabilities of the computer software or provide instructions for using the software.

Data means recorded information, regardless of form or the media on which it may be recorded. The term includes technical data and computer software. The term does not include information incidental to contract administration, such as financial, administrative, cost or pricing, or management information.

Form, fit, and function data means data relating to items, components, or processes that are sufficient to enable physical and functional interchangeability, and data identifying source, size, configuration, mating and attachment characteristics, functional characteristics, and performance requirements. For computer software it means data identifying source, functional characteristics, and performance requirements but specifically excludes the source code, algorithms, processes, formulas, and flow charts of the software.

Limited rights means the rights of the Government in limited rights data as set forth in the Limited Rights Notice of paragraph (g)(3) if included in this clause.

Limited rights data means data, other than computer software, that embody trade secrets or are commercial or financial and confidential or privileged, to the extent that such data pertain to items, components, or processes developed at private expense, including minor modifications.

Restricted computer software means computer software developed at private expense and that is a trade secret, is commercial or financial and confidential or privileged, or is copyrighted computer software, including minor modifications of the computer software.

Restricted rights, as used in this clause, means the rights of the Government in restricted computer software, as set forth in a Restricted Rights Notice of paragraph (g) if included in this clause, or as otherwise may be provided in a collateral agreement incorporated in and made part of this contract, including minor modifications of such computer software.

Technical data means recorded information (regardless of the form or method of the recording) of a scientific or technical nature (including computer databases and computer software documentation). This term does not include computer software or financial, administrative, cost or pricing, or management data or other information incidental to contract administration. The term includes

recorded information of a scientific or technical nature that is included in computer databases (See 41 U.S.C. 116).

Unlimited rights means the rights of the Government to use, disclose, reproduce, prepare derivative works, distribute copies to the public, and perform publicly and display publicly, in any manner and for any purpose, and to have or permit others to do so.

(b) Allocation of rights. (1) Except as provided in paragraph (c) of this clause, the Government shall have unlimited rights in-

(i) Data first produced in the performance of this contract;

(ii) Form, fit, and function data delivered under this contract;

(iii) Data delivered under this contract (except for restricted computer software) that constitute manuals or instructional and training material for installation, operation, or routine maintenance and repair of items, components, or processes delivered or furnished for use under this contract; and

(iv) All other data delivered under this contract unless provided otherwise for limited rights data or restricted computer software in accordance with paragraph (g) of this clause.

(2) The Contractor shall have the right to-

(i) Assert copyright in data first produced in the performance of this contract to the extent provided in paragraph (c)(1) of this clause;

(ii) Use, release to others, reproduce, distribute, or publish any data first produced or specifically used by the Contractor in the performance of this contract, unless provided otherwise in paragraph (d) of this clause;

(iii) Substantiate the use of, add, or correct limited rights, restricted rights, or copyright notices and to take other appropriate action, in accordance with paragraphs (e) and (f) of this clause; and

(iv) Protect from unauthorized disclosure and use those data that are limited rights data or restricted computer software to the extent provided in paragraph (g) of this clause.

(c) Copyright- (1) Data first produced in the performance of this contract.

(i) Unless provided otherwise in paragraph (d) of this clause, the Contractor may, without prior approval of the Contracting Officer, assert copyright in scientific and technical articles based on or containing data first produced in the performance of this contract and published in academic, technical or professional journals, symposia proceedings, or similar works. The prior, express written permission of the Contracting Officer is required to assert copyright in all other data first produced in the performance of this contract.

(ii) When authorized to assert copyright to the data, the Contractor shall affix the applicable copyright notices of 17 U.S.C. 401 or 402, and an acknowledgment of Government sponsorship (including contract number).

(iii) For data other than computer software, the Contractor grants to the Government, and others acting on its behalf, a paid-up, nonexclusive, irrevocable, worldwide license in such copyrighted data to reproduce, prepare derivative works, distribute copies to the public, and perform publicly and display publicly by or on behalf of the Government. For computer software, the Contractor grants to the Government, and others acting on its behalf, a paid-up, nonexclusive, irrevocable, worldwide license in such copyrighted computer software to reproduce, prepare derivative works, and perform publicly and

display publicly (but not to distribute copies to the public) by or on behalf of the Government.

(2) Data not first produced in the performance of this contract. The Contractor shall not, without the prior written permission of the Contracting Officer, incorporate in data delivered under this contract any data not first produced in the performance of this contract unless the Contractor-

(i) Identifies the data; and

(ii) Grants to the Government, or acquires on its behalf, a license of the same scope as set forth in paragraph (c)(1) of this clause or, if such data are restricted computer software, the Government shall acquire a copyright license as set forth in paragraph (g)(4) of this clause (if included in this contract) or as otherwise provided in a collateral agreement incorporated in or made part of this contract.

(3) Removal of copyright notices. The Government will not remove any authorized copyright notices placed on data pursuant to this paragraph (c), and will include such notices on all reproductions of the data.

(d) Release, publication, and use of data. The Contractor shall have the right to use, release to others, reproduce, distribute, or publish any data first produced or specifically used by the Contractor in the performance of this contract, except-

(1) As prohibited by Federal law or regulation (e.g., export control or national security laws or regulations);

(2) As expressly set forth in this contract; or

(3) If the Contractor receives or is given access to data necessary for the performance of this contract that contain restrictive markings, the Contractor shall treat the data in accordance with such markings unless specifically authorized otherwise in writing by the Contracting Officer.

(e) Unauthorized marking of data.

(1) Notwithstanding any other provisions of this contract concerning inspection or acceptance, if any data delivered under this contract are marked with the notices specified in paragraph (g)(3) or (g)(4) if included in this clause, and use of the notices is not authorized by this clause, or if the data bears any other restrictive or limiting markings not authorized by this contract, the Contracting Officer may at any time either return the data to the Contractor, or cancel or ignore the markings. However, pursuant to 41 U.S.C. 4703, the following procedures shall apply prior to canceling or ignoring the markings.

(i) The Contracting Officer will make written inquiry to the Contractor affording the Contractor 60 days from receipt of the inquiry to provide written justification to substantiate the propriety of the markings;

(ii) If the Contractor fails to respond or fails to provide written justification to substantiate the propriety of the markings within the 60-day period (or a longer time approved in writing by the Contracting Officer for good cause shown), the Government shall have the right to cancel or ignore the markings at any time after said period and the data will no longer be made subject to any disclosure prohibitions.

(iii) If the Contractor provides written justification to substantiate the propriety of the markings within the period set in paragraph (e)(1)(i) of this clause, the Contracting Officer will consider such written justification and determine whether or not the markings are to

be cancelled or ignored. If the Contracting Officer determines that the markings are authorized, the Contractor will be so notified in writing. If the Contracting Officer determines, with concurrence of the head of the contracting activity, that the markings are not authorized, the Contracting Officer will furnish the Contractor a written determination, which determination will become the final agency decision regarding the appropriateness of the markings unless the Contractor files suit in a court of competent jurisdiction within 90 days of receipt of the Contracting Officer's decision. The Government will continue to abide by the markings under this paragraph (e)(1)(iii) until final resolution of the matter either by the Contracting Officer's determination becoming final (in which instance the Government will thereafter have the right to cancel or ignore the markings at any time and the data will no longer be made subject to any disclosure prohibitions), or by final disposition of the matter by court decision if suit is filed.

(2) The time limits in the procedures set forth in paragraph (e)(1) of this clause may be modified in accordance with agency regulations implementing the Freedom of Information Act ( 5 U.S.C. 552) if necessary to respond to a request thereunder.

(3) Except to the extent the Government's action occurs as the result of final disposition of the matter by a court of competent jurisdiction, the Contractor is not precluded by paragraph (e) of the clause from bringing a claim, in accordance with the Disputes clause of this contract, that may arise as the result of the Government removing or ignoring authorized markings on data delivered under this contract.

(f) Omitted or incorrect markings.

(1) Data delivered to the Government without any restrictive markings shall be deemed to have been furnished with unlimited rights. The Government is not liable for the disclosure, use, or reproduction of such data.

(2) If the unmarked data has not been disclosed without restriction outside the Government, the Contractor may request, within 6 months (or a longer time approved by the Contracting Officer in writing for good cause shown) after delivery of the data, permission to have authorized notices placed on the data at the Contractor's expense. The Contracting Officer may agree to do so if the Contractor-

(i) Identifies the data to which the omitted notice is to be applied;

(ii) Demonstrates that the omission of the notice was inadvertent;

(iii) Establishes that the proposed notice is authorized; and

(iv) Acknowledges that the Government has no liability for the disclosure, use, or reproduction of any data made prior to the addition of the notice or resulting from the omission of the notice.

(3) If data has been marked with an incorrect notice, the Contracting Officer may-

(i) Permit correction of the notice at the Contractor's expense if the Contractor identifies the data and demonstrates that the correct notice is authorized; or

(ii) Correct any incorrect notices.

(g) Protection of limited rights data and restricted computer software.

(1) The Contractor may withhold from delivery qualifying limited rights data or restricted computer software that are not data identified in paragraphs (b)(1)(i), (ii), and (iii) of this clause. As a

condition to this withholding, the Contractor shall- (i) Identify the data being withheld; and (ii) Furnish form, fit, and function data instead.

(2) Limited rights data that are formatted as a computer database for delivery to the Government shall be treated as limited rights data and not restricted computer software.

(3) [Reserved]

(h) Subcontracting. The Contractor shall obtain from its subcontractors all data and rights therein necessary to fulfill the Contractor's obligations to the Government under this contract. If a subcontractor refuses to accept terms affording the Government those rights, the Contractor shall promptly notify the Contracting Officer of the refusal and shall not proceed with the subcontract award without authorization in writing from the Contracting Officer.

(i) Relationship to patents or other rights. Nothing contained in this clause shall imply a license to the Government under any patent or be construed as affecting the scope of any license or other right otherwise granted to the Government.

(End of clause)

**{RESERVED}**

**HHSAR 352.211-3 Paperwork Reduction Act (Dec 2015)**

(a) This contract involves a requirement to collect or record information calling either for answers to identical questions from 10 or more persons other than Federal employees, or information from Federal employees which is outside the scope of their employment, for use by the Federal government or disclosure to third parties; therefore, the Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) shall apply to this contract. No plan, questionnaire, interview guide or other similar device for collecting information (whether repetitive or single time) may be used without the Office of Management and Budget (OMB) first providing clearance. Contractors and the Contracting Officer's Representative shall be guided by the provisions of 5 CFR part 1320, Controlling Paperwork Burdens on the Public, and seek the advice of the HHS operating division or Office of the Secretary Reports Clearance Officer to determine the procedures for acquiring OMB clearance.

(b) The Contractor shall not expend any funds or begin any data collection until the Contracting Officer provides the Contractor with written notification authorizing the expenditure of funds and the collection of data. The Contractor shall allow at least 120 days for OMB clearance. The Contracting Officer will consider excessive delays caused by the Government which arise out of causes beyond the control and without the fault or negligence of the Contractor in accordance with the Excusable Delays or Default clause of this contract.

(End of clause)

**HHSAR 352.237-75 Key Personnel (Dec 2015)**

The key personnel specified in this contract are considered to be essential to work performance. At least 30 days prior to the contractor voluntarily diverting any of the specified individuals to other programs or contracts the Contractor shall notify the Contracting Officer and shall submit a justification for the diversion or replacement and a request to replace the individual. The request must identify the proposed replacement and provide an explanation of how the replacement's skills, experience, and credentials meet or exceed the requirements of the contract (including, when applicable, Human Subjects Testing requirements). If the employee of the contractor is terminated for cause or separates from the contractor voluntarily with less than thirty days notice, the Contractor shall provide the maximum notice practicable under the circumstances. The Contractor shall not divert, replace, or announce any such change to key

personnel without the written consent of the Contracting Officer. The contract will be modified to add or delete key personnel as necessary to reflect the agreement of the parties.

(End of Clause)

**CDCA_H009 Key Personnel (Jan 2021)**
The key personnel cited below are considered essential to the work performed under the contract. Pursuant to the terms of HHSAR Clause 352.237-75, Key Personnel, the Contractor shall not replace or divert any of these individuals without the written consent of the Contracting Officer.

| Personnel | Title | Entity |
|---|---|---|
| **{RESERVED}** | | |
| Robert Bolan, MD | LA Site PI | Los Angeles LGBT Center |
| **{RESERVED}** | | |

**{RESERVED}**

**CDC0_H049 Non-Disclosure Agreement for Contractor and Contractor Employees (Jun 2020)**
(a) The contractor and contractor employees shall prepare and submit Non-Disclosure Agreements (NDA) to the Contracting Officer prior to access of government information or the commencement of work at CDC.

(b) The NDAs, at Exhibit I and II, are required in service contracts where contractor's employees will have access to non-public and procurement-sensitive information while performing functions in support of the Government. The NDA also requires contractor's employees properly identify themselves as employees of a contractor when communicating or interacting with CDC employees, employees of other governmental entities, and members of the public (when communication or interaction relates to the contractor's work with the CDC). The Federal Acquisition Regulation (FAR) 37.114

(c), states "All contractor personnel attending meetings, answering Government telephones, and working in other situations where their contractor status is not obvious to third parties are required to identify themselves as such to avoid creating an impression in the minds of members of the public or Congress that they are Government officials, unless, in the judgment of the agency, no harm can come from failing to identify themselves. They must also ensure that all documents or reports produced by contractors are suitably marked as contractor products or that contractor participation is appropriately disclosed." (c) The contractor shall inform contractor employees of the identification requirements by which they must abide and monitor employee compliance with the identification requirements.

(d) During the contract performance period, the contractor is responsible to ensure that all additional or replacement contractors' employees sign an NDA and it is submitted to the Contracting Officer prior to commencement of their work with the CDC.

(e) Contractor employees in designated positions or functions that have not signed the appropriate NDA shall not have access to any non-public, procurement sensitive information or participate in government meetings where sensitive information may be discussed.

(f) The Contractor shall prepare and maintain a current list of employees working under NDAs and submit to the Contracting Officer upon request during the contract period of performance. The list shall at a minimum include: contract number, employee's name, position, date of hire and NDA requirement.

**EXHIBIT I**
Centers for Disease Control and Prevention (CDC)
Contractor Non-Disclosure Agreement

## I. Non-public Information

**[Name of contractor]** understands that in order to fulfill the responsibilities pursuant to **[contract name and number]** between the Centers for Disease Control and Prevention and **[Name of CDC contractor]** dated **[date]**, employees of **[contractor]** will have access to non-public information, including confidential and privileged information contained in government-owned information technology systems. For purposes of this agreement, confidential information means government information that is not or will not be generally available to the public. Privileged information means information which cannot be disclosed without the prior written consent of the CDC.

In order to properly safeguard non-public information, **[contractor]** agrees to ensure that prior to being granted access to government information or the commencement of work for the CDC, whichever is applicable, all contractor employees will sign a Non-Disclosure Agreement (NDA) provided by the CDC prior to beginning work for the CDC. Contractor agrees to submit to the Contracting Officer the original signed copies of NDAs signed by the contractor's employees in accordance with the instructions provided by the Contracting Officer. Failure to provide signed NDAs in accordance with this agreement and instructions provided by the Contracting Officer could delay or prevent the employee from commencing or continuing work at the CDC until such agreement is signed and returned to the Contracting Officer.

Contractor further agrees that it will not cause or encourage any employee to disclose, publish, divulge, release, or make known in any manner or to any extent, to any individual other than an authorized Government employee any non-public information that the employee may obtain in connection with the performance of the employee's responsibilities to the CDC.

## II. Procurement-Sensitive Information

Contractor further agrees that it will not cause or encourage any employee to disclose, publish, divulge, release, or make known in any manner or to any extent, to any individual, other than an authorized Government employee, any procurement-sensitive information gained while in connection with fulfilling the employee's responsibilities at the CDC. For purposes of this agreement, procurement-sensitive information includes, but is not limited to, all information in Statements of Work (SOW), Procurement Requests (PR), and Requests for Proposal (RFP); Responses to RFPs, including proposals, questions from potential offerors; non-public information regarding procurements; all documents, conversations, discussions, data, correspondence, electronic mail (e-mail), presentations, or any other written or verbal communications relating to, concerning, or affecting proposed or pending solicitations or awards; procurement data; contract information plans; strategies; source selection information and documentation; offerors' identities; technical and cost data; the identity of government personnel involved in the solicitation; the schedule of key technical and procurement events in the award determination process; and any other information that may provide an unfair competitive advantage to a contractor or potential contractor if improperly disclosed to them, or any of their employees.

Contractor understands and agrees that employee access to any procurement-sensitive information may create a conflict of interest which will preclude contractor from becoming a competitor for any acquisition(s) resulting from this information. Therefore, if an employee participates in any discussions relating to procurement-sensitive information, assists in developing any procurement-sensitive information, or otherwise obtains any procurementsensitive information while performing duties at the CDC, contractor understands and agrees that contractor may be excluded from competing for any acquisition(s) resulting from this information.

## III. Identification of Non-Government Employees

Contractor understands that its employees are not agents of the Government. Therefore, unless otherwise directed in writing by the CDC, contractor agrees to assist and monitor employee compliance with the following identification procedures:

**A.** At the beginning of interactions with CDC employees, employees of other governmental entities, and members of the public (when such communication or interaction relates to the contractor's work with the CDC), contractors' employees will identify themselves as an employee of a contractor.

**B.** Contractors' employees will include the following disclosures in all written communications, including outgoing electronic mail (e-mail) messages, in connection with contractual duties to the CDC:

> *Employee's name*
> *Name of contractor*
> *Center or office affiliation*
> *Centers for Disease Control and Prevention*

**C.** At the beginning of telephone conversations or conference calls, contractors' employees will identify themselves as an employee of a contractor.

**D.** Contractors' employees should not wear any CDC logo on clothing, except for a CDC issued security badge while carrying out work for CDC or on CDC premises. The only other exception is when a CDC management official has granted permission to use the CDC logo.

**E.** Contractors' employees will program CDC voice mail message to identify themselves as an employee of a contractor.

I understand that federal laws including, 18 U.S.C. 641 and 18 U.S.C. 2071, provide criminal penalties for, among other things, unlawfully removing, destroying or converting to personal use, or use of another, any public records. Contractor acknowledges that contractor has read and fully understands this agreement.

Name of contractor: _____

Signature of Authorized Representative of Contractor: _____

Date: _____

Copies retained by: Contracting Officer and contractor

**EXHIBIT II**
Centers for Disease Control and Prevention (CDC)
Contractors' Employee Non-Disclosure Agreement

**I. Non-Public Information**

I understand that in order to fulfill my responsibilities as an employee of **[Name of CDC contractor]**, I will have access to non-public information, including confidential and privileged information contained in government-owned information technology systems. For purposes of this agreement, confidential information means government information that is not or will not be generally available to the public. Privileged information means information which cannot be disclosed without the prior written consent of the CDC.

I, **[Name of Employee]**, agree to use non-public information only in performance of my responsibilities to the CDC. I agree further that I will not disclose, publish, divulge, release, or make known in any manner or to any extent, to any individual other than an authorized Government employee, any non-public information that I may obtain in connection with the performance of my responsibilities to the CDC.

**II. Procurement-Sensitive Information**

I further agree that unless I have prior written permission from the CDC, I will not disclose, publish, divulge, release, or make known in any manner or to any extent, to any individual other than an authorized Government employee, any procurement-sensitive information gained in connection with the performance of my responsibilities to the CDC. I specifically agree not to disclose any non-public, procurement-sensitive information to employees of my company or any other organization unless so authorized in writing by the CDC. For purposes of this agreement, procurement-sensitive information includes, but is not limited to, all information in Statements of Work (SOW), Procurement Requests (PR), and Requests for Proposal (RFP); Responses to RFPs, including proposals, questions from potential offerors; non-public information regarding procurements; all documents, conversations, discussions, data, correspondence, electronic mail (e-mail), presentations, or any other written or verbal communications relating to, concerning, or affecting proposed or pending solicitations or awards; procurement data; contract information plans; strategies; source selection information and documentation; offerors' identities; technical and cost data; the identity of government personnel involved in the acquisition; the schedule of key technical and procurement events in the award determination process; and any other information that may provide an unfair competitive advantage to a contractor or potential contractor if improperly disclosed to them, or any of their employees.

I understand and agree that my access to any procurement-sensitive information may create a conflict of interest which will preclude me, my current employer, or a future employer from becoming a competitor for any resulting government acquisition derived from this information. Therefore, if I participate in any discussions relating to procurement-sensitive information, assist in developing any procurement-sensitive information, or otherwise obtain any procurement-sensitive information while performing my duties at the CDC, I understand and agree that I, my current employer, and any future employer(s) may be excluded from competing for any resulting acquisitions.

**III. Special Non-Disclosure Agreement for Contractors with Access to CDC Grants Management and Procurement-Related Information Technology Systems**

In addition to complying with the non-disclosure requirements and safeguards stated above, I understand that my authorization to use CDC's grants management and procurement systems is strictly limited to the access and functions necessary for the performance of my responsibilities to the CDC and which have been approved in advance by the CDC. I understand that I am not authorized to enter procurement requests for any requirements pertaining to contracts or subcontracts held by me or my employer.

**IV. Identification as a Non-Government Employee**

I understand that as an employee of a government contractor, I represent an independent organization and I am not an agent of the Government. Therefore, I agree that unless I have prior written authorization from the CDC, I will, at the beginning of interactions with CDC employees, employees of other governmental entities, members of the public (when such communication or interaction relates to the contractor's work with the CDC), identify myself as an employee of a contractor. I further agree to use the following identification procedures in connection with my work at the CDC:

**A.** I will include the following disclosures in all written communications, including outgoing electronic mail (email) messages:
   *Employee's name*
   *Name of contractor*
   *Center or office affiliation*
   *Centers for Disease Control and Prevention*

**B.** I will identify myself as an employee of a contractor at the beginning of telephone conversations or conference calls;

**C.** I will not wear any CDC logo on clothing, except for a CDC issued security badge while carrying out work for CDC or on CDC premises; the only other exception is when a CDC management official has granted permission to use the CDC logo.

**D.** I will program my CDC voice mail message to identify myself as a contractors' employee.

I understand that federal laws including, 18 U.S.C. 641 and 18 U.S.C. 2071, provide criminal penalties for, among other things, unlawfully removing, destroying or converting to personal use, or use of another, any public records. I acknowledge that I have read and fully understand this agreement.

Name of contractor: _____

Name of Employee: _____

Signature of Employee: _____

Date: _____

Copies retained by: Contracting Officer, contractor, and Contractor Employeee

**FAR 52.204-30 Federal Acquisition Supply Chain Security Act Orders – Prohibition Alt II (Dec 2023)**

(a) Definitions. As used in this clause—

Covered article, as defined in 41 U.S.C. 4713(k), means—

(1) Information technology, as defined in 40 U.S.C. 11101, including cloud computing services of all types;

(2) Telecommunications equipment or telecommunications service, as those terms are defined in section 3 of the Communications Act of 1934 ( 47 U.S.C. 153);

(3) The processing of information on a Federal or non-Federal information system, subject to the requirements of the Controlled Unclassified Information program (see 32 CFR part 2002); or

(4) Hardware, systems, devices, software, or services that include embedded or incidental information technology.

FASCSA order means any of the following orders issued under the Federal Acquisition Supply Chain Security Act (FASCSA) requiring the removal of covered articles from executive agency information systems or the exclusion of one or more named sources or named covered articles from executive agency procurement actions, as described in 41 CFR 201–1.303(d) and (e):

(1) The Secretary of Homeland Security may issue FASCSA orders applicable to civilian agencies, to the extent not covered by paragraph (2) or (3) of this definition. This type of FASCSA order may be referred to as a Department of Homeland Security (DHS) FASCSA order.

(2) The Secretary of Defense may issue FASCSA orders applicable to the Department of Defense (DoD) and national security systems other than sensitive compartmented information systems. This type of FASCSA order may be referred to as a DoD FASCSA order.

(3) The Director of National Intelligence (DNI) may issue FASCSA orders applicable to the intelligence community and sensitive compartmented information systems, to the extent not covered by paragraph (2) of this definition. This type of FASCSA order may be referred to as a DNI FASCSA order.

Intelligence community, as defined by 50 U.S.C. 3003(4), means the following—

(1) The Office of the Director of National Intelligence;

(2) The Central Intelligence Agency;

(3) The National Security Agency;

(4) The Defense Intelligence Agency;

(5) The National Geospatial-Intelligence Agency;

(6) The National Reconnaissance Office;

(7) Other offices within the Department of Defense for the collection of specialized national intelligence through reconnaissance programs;

(8) The intelligence elements of the Army, the Navy, the Air Force, the Marine Corps, the Coast Guard, the Federal Bureau of Investigation, the Drug Enforcement Administration, and the Department of Energy;

(9) The Bureau of Intelligence and Research of the Department of State;

(10) The Office of Intelligence and Analysis of the Department of the Treasury;

(11) The Office of Intelligence and Analysis of the Department of Homeland Security; or

(12) Such other elements of any department or agency as may be designated by the President, or designated jointly by the Director of National Intelligence and the head of the department or agency concerned, as an element of the intelligence community.

National security system, as defined in 44 U.S.C. 3552, means any information system (including any telecommunications system) used or operated by an agency or by a contractor of an agency, or other organization on behalf of an agency—

(1) The function, operation, or use of which involves intelligence activities; involves cryptologic activities related to national security; involves command and control of military forces; involves equipment that is an integral part of a weapon or weapons system; or is critical to the direct fulfillment of military or intelligence missions, but does not include a system that is to be used for routine administrative and business applications (including payroll, finance, logistics, and personnel management applications); or

(2) Is protected at all times by procedures established for information that have been specifically authorized under criteria established by an Executive order or an Act of Congress to be kept classified in the interest of national defense or foreign policy.

Reasonable inquiry means an inquiry designed to uncover any information in the entity's possession about the identity of any covered articles, or any products or services produced or provided by a source. This applies when the covered article or the source is subject to an applicable FASCSA order. A reasonable inquiry excludes the need to include an internal or third-party audit.

Sensitive compartmented information means classified information concerning or derived from intelligence sources, methods, or analytical processes, which is required to be handled within formal access control systems established by the Director of National Intelligence.

Sensitive compartmented information system means a national security system authorized to process or store sensitive compartmented information.

Source means a non-Federal supplier, or potential supplier, of products or services, at any tier.

(b) Prohibition.

(1) Contractors are prohibited from providing or using as part of the performance of the contract any covered article, or any products or services produced or provided by a source, if the covered article or the source is prohibited by any applicable FASCSA orders identified by the checkbox(es) in this paragraph (b)(1).

> Yes X No ☐ DHS FASCSA order
> Yes ☐ No X DoD FASCSA order
> Yes ☐ No X DNI FASCSA order

(2) The Contractor shall search for the phrase "FASCSA order" in the System for Award Management (SAM) at https://www.sam.gov to locate applicable FASCSA orders identified in paragraph (b)(1) of this clause.

(3) The Government may identify in the request for quotation (RFQ) or in the notice of intent to place an order additional FASCSA orders that are not in SAM, but are effective and apply to the order.

(4) A FASCSA order issued after the date of the RFQ or the notice of intent to place an order applies to this contract only if added by an amendment to the RFQ or in the notice of intent to place an order or added by modification to the order (see FAR 4.2304(c)). However, see paragraph (c) of this clause.

(5)(i) If the contractor wishes to ask for a waiver, the Contractor shall disclose the following:

(A) Name of the product or service provided to the Government;

(B) Name of the covered article or source subject to a FASCSA order;

(C) If applicable, name of the vendor, including the Commercial and Government Entity code and unique entity identifier (if known), that supplied the covered article or the product or service to the Offeror;

(D) Brand;

(E) Model number (original equipment manufacturer number, manufacturer part number, or wholesaler number);

(F) Item description;

(G) Reason why the applicable covered article or the product or service is being provided or used;

(ii) Executive agency review of disclosures. The contracting officer will review disclosures provided in paragraph (b)(5)(i) of this clause to determine if any waiver may be sought. A contracting officer may choose not to pursue a waiver for covered articles or sources otherwise covered by a FASCSA order and may instead make award to an offeror that does not require a waiver.

(c) Notice and reporting requirement.

(1) During contract performance, the Contractor shall review SAM.gov at least once every three months, or as advised by the Contracting Officer, to check for covered articles subject to FASCSA order(s), or for products or services produced by a source subject to FASCSA order(s) not currently identified under paragraph (b) of this clause.

(2) If the Contractor identifies a new FASCSA order(s) that could impact their supply chain, then the Contractor shall conduct a reasonable inquiry to identify whether a covered article or product or service produced or provided by a source subject to the FASCSA order(s) was provided to the Government or used during contract performance.

(3)

(i) The Contractor shall submit a report to the contracting office as identified in paragraph (c)(3)(ii) of this clause, if the Contractor identifies, including through any notification by a subcontractor at any tier, that a covered article or product or service produced or provided by a source was provided to the Government or used during contract

performance and is subject to a FASCSA order(s) identified in paragraph (b) of this clause, or a new FASCSA order identified in paragraph (c)(2) of this clause. For indefinite delivery contracts, the Contractor shall report to both the contracting office for the indefinite delivery contract and the contracting office for any affected order.

(ii) If a report is required to be submitted to a contracting office under (c)(3)(i) of this clause, the Contractor shall submit the report as follows:

(A) If a Department of Defense contracting office, the Contractor shall report to the website at https://dibnet.dod.mil.

(B) For all other contracting offices, the Contractor shall report to the Contracting Officer.

(4) The Contractor shall report the following information for each covered article or each product or service produced or provided by a source, where the covered article or source is subject to a FASCSA order, pursuant to paragraph (c)(3)(i) of this clause:

(i) Within 3 business days from the date of such identification or notification:

(A) Contract number;

(B) Order number(s), if applicable;

(C) Name of the product or service provided to the Government or used during performance of the contract;

(D) Name of the covered article or source subject to a FASCSA order;

(E) If applicable, name of the vendor, including the Commercial and Government Entity code and unique entity identifier (if known), that supplied the covered article or the product or service to the Contractor;

(F) Brand;

(G) Model number (original equipment manufacturer number, manufacturer part number, or wholesaler number);

(H) Item description; and

(I) Any readily available information about mitigation actions undertaken or recommended.

(ii) Within 10 business days of submitting the information in paragraph (c)(4)(i) of this clause:

(A) Any further available information about mitigation actions undertaken or recommended.

(B) In addition, the Contractor shall describe the efforts it undertook to prevent submission or use of the covered article or the product or service produced or provided by a source subject to an applicable FASCSA order, and any additional efforts that will be incorporated to prevent future submission or use of the covered article or the product or service produced or provided by a source that is subject to an applicable FASCSA order.

(d) Removal. For Federal Supply Schedules, Governmentwide acquisition contracts, multi-agency contracts or any other procurement instrument intended for use by multiple agencies, upon notification from the Contracting Officer, during the performance of the contract, the Contractor shall promptly make any necessary changes or modifications to remove any product or service produced or provided by a source that is subject to an applicable FASCSA order.

(e) Subcontracts.

> (1) The Contractor shall insert the substance of this clause, including this paragraph (e) and excluding paragraph (c)(1) of this clause, in all subcontracts and other contractual instruments, including subcontracts for the acquisition of commercial products and commercial services.

> (3) The Government may identify in the solicitation additional FASCSA orders that are not in SAM, which are effective and apply to the contract and any subcontracts and other contractual instruments under the contract. The Contractor or higher-tier subcontractor shall notify their subcontractors, and suppliers under other contractual instruments, that the FASCSA orders in the solicitation that are not in SAM apply to the contract and all subcontracts.

(End of clause)

**Master Agreement Terms and Conditions**

**Section A – {RESERVED}**

**Section B – {RESERVED}**

**Section C – {RESERVED}**

**Section D – {RESERVED}**

**Section E –**

**E.1 52.252-2 – Inspection and Acceptance**

**Clauses Incorporated by Reference (Feb 1998)**
This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at the address below:

www.acquisition.gov
(End of Clause)

| FAR SOURCE | TITLE AND DATE |
|---|---|
| 52.246-1 | Contractor Inspection Requirements (Apr 1984) |
| 52.246-4 | Inspection of Services - Fixed-Price (Aug 1996) |
| 52.246-6 | Inspection-Time-and-Material and Labor-Hour (May 2001) |
| 52.246-16 | Responsibility for Supplies (Apr 1984) |

**Section F – Deliveries or Performance**

| FAR SOURCE | TITLE AND DATE |
|---|---|
| 52.242-15 | Stop-Work Order (Aug 1989) |
| 52.242-17 | Government Delay of Work (Apr 1984) |

**Section G**

**G1-6 – {RESERVED}**

**G.7 CDC42.0002 Evaluation of Contractor Performance Utilizing CPARS (Aug 2021)**
In accordance with FAR 42.15, the Centers for Disease Control and Prevention (CDC) will review and evaluate contract performance. FAR 42.1502 and 42.1503 requires agencies to prepare evaluations of contractor performance and submit them to the Contractor Performance Assessment Reporting System (CPARS). The CDC utilizes this web-based system to prepare and report contractor performance evaluations. All information contained in these assessments may be used by the Government, within the limitations of FAR 42.15, for future source selections in accordance with FAR 15.304 where past performance is an evaluation factor.

The CPARS system requires a contractor representative to be assigned so that the contractor has appropriate input into the performance evaluation process. The CPARS contractor representative will be given access to CPARS and will be given the opportunity to concur or not-concur with performance

evaluations before the evaluations are complete. The CPARS contractor representative will also have the opportunity to add comments to performance evaluations.

The assessment is not subject to the Disputes clause of the contract, nor is it subject to appeal beyond the review and comment procedures described in the guides on the CPARS website. Refer to: www.cpars.gov for details and additional information related to CPARS, CPARS user access, how contract performance assessments are conducted, and how Contractors participate. Access and training for all persons responsible for the preparation and review of performance assessments is also available at the CPARS website.

The contractor must provide the CDC contracting office with the name, e-mail address, and phone number of their designated CPARS representative who will be responsible for logging into CPARS and reviewing and commenting on performance evaluations. The contractor must maintain a current representative to serve as the contractor representative in CPARS. It is the contractor's responsibility to notify the CDC contracting office, in writing (letter or email), when their CPARS representative information needs to be changed or updated. Failure to maintain current CPARS contractor representative information will result in the loss of an opportunity to review and comment on performance evaluations.

**G.8 Telework by Contractor (Dec 2008)**
Telework is the movement of contract performance from a CDC facility to a Teleworker's residence or alternate work site. The Contractor's organizational decision to participate in telework is voluntary, and telework shall not increase the contract price. After contract award, telework arrangements shall be mutually agreed to in advance by the Contractor, the Contracting Officer, and the Project Officer. The Contractor shall submit written telework requests to the Contracting Officer in accordance with instructions provided by the Contracting Officer. The Contractor shall ensure the continuity of performance by Teleworkers and the monitoring of Teleworkers' time. CDC staff do not supervise contractor employees and do not approve or monitor contractor employees telework.
Only the Contracting Officer has authority to approve telework arrangements on behalf of CDC.

Teleworkers shall use Government-Furnished Equipment (GFE) that has been properly configured for security by CDC's Information Technology Services Office (ITSO). The Government's inability to provide GFE for telework shall preclude the use of telework but shall not constitute an excusable delay. The Government shall provide maintenance and technical support for GFE used by Teleworkers. A Teleworker's use of GFE and government information shall be for contractual performance only, and shall be protected from unauthorized access, disclosure, sharing, transmission, or loss. Teleworkers shall comply with CDC Policy No. CDCGA-2005-02, "Use of CDC Information Technology Resources" (see http://aops-masiis.cdc.gov/Policy/officialPolicy.aspx?pID=90).

All GFE used for telework shall be removed from and returned to CDC facilities in accordance with CDC Policy CDC-MM-2005-01 "Controls for Government Property and Guidance on Removing Government Property from CDC Facilities" (see http://aops-mas-iis.cdc.gov/Policy/officialPolicy.aspx?pID=480). Prior to removing GFE from CDC facilities, Teleworkers shall obtain written approval from the CDC Property Custodian. Teleworkers shall return all GFE to the CDC Property Custodian when he/she separates from the Contract or ceases to telework. Teleworkers shall exercise due care in transporting and storing non-public information, to ensure it is safeguarded. Controlled unclassified information – formerly called sensitive but unclassified (SBU) information under CDC Policy No. CDC-IS-2005-02, "Controlled Unclassified Information" (see http://aops-masiis.cdc.gov/Policy/officialPolicy.aspx?pID=464) - including personally identifiable information (PII) and Privacy Act information shall be transported and stored only in encrypted form. Nonpublic government information shall not be stored on personally-owned equipment, devices, or storage media. Teleworkers shall comply with additional information security requirements established by CDC's Office of the Chief Information Security Officer (see https://intranet.cdc.gov/ocio/information-systems-security/index.html). Teleworkers shall apply approved safeguards to protect government equipment, records, and non-public information from unauthorized access, disclosure, sharing, transmission, or damage, and shall comply with Privacy Act requirements (Privacy Act of 1974, P.L. 93-579, 5 USC 552a). Violation may result in adverse action, fines, and/or criminal prosecution.

For purposes of accelerated implementation of telework, the Contracting Officer may immediately elect to commence teleworking upon concurrence from the Project Officer and Contractor, with submission of the Contractor's supporting telework request and formal contract modification to follow within 30 calendar days. If the Contracting Officer and Project Officer determine that telework has adversely impacted contract performance, the Contracting Officer may immediately suspend telework arrangements upon written notification to the Contractor

## Section H – Special Contract Requirements

### H.1 HHSAR 352.224-70 Privacy Act (Dec 2015)

This contract requires the Contractor to perform one or more of the following: (a) design; (b) develop; or (c) operate a Federal agency system of records to accomplish an agency function in accordance with the Privacy Act of 1974 (Act) (5 U.S.C. 552a(m)(1)) and applicable agency regulations.

The term system of records means a group of any records under the control of any agency from which information is retrieved by the name of the individual or by some identifying number, symbol, or other identifying particular assigned to the individual. Violations of the Act by the Contractor and/or its employees may result in the imposition of criminal penalties (5 U.S.C. 552a(i)).

The Contractor shall ensure that each of its employees knows the prescribed rules of conduct in 45 CFR part 5b and that each employee is aware that he/she is subject to criminal penalties for violation of the Act to the same extent as Department of Health and Human Services employees. These provisions also apply to all subcontracts the Contractor awards under this contract which require the design, development or operation of the designated system(s) of records (5 U.S.C. 552a(m)(1)). The contract work statement:

> (a) Identifies the system(s) of records and the design, development, or operation work the Contractor is to perform; and
> (b) Specifies the disposition to be made of such records upon completion of contract performance.

(End of clause)

### H.1 HHSAR 352.227-70 Publications and Publicity (Dec 2015)

(a) Unless otherwise specified in this contract, the Government encourages the Contractor to publish the results of its work under this contract. A copy of each article the Contractor submits for publication shall be promptly sent to the Contracting Officer's Technical Representative. The Contractor shall also inform the Contracting Officer's Technical Representative when the article or other publication is published, and furnish a copy of it as finally published.

(b) Unless authorized by the Contracting Officer's Technical Representative, the Contractor shall not display the HHS logo on any publications.

(End of Clause)

### H.3 HHSAR 352.231-70 Salary Rate Limitation (Dec 2015)

(a) The Contractor shall not use contract funds to pay the direct salary of an individual at a rate in excess of the Federal Executive Schedule Level II in effect on the date the funding was obligated.

(b) For purposes of the salary rate limitation, the terms "direct salary," "salary," and "institutional base salary," have the same meaning and are collectively referred to as "direct salary," in this clause. An individual's direct salary is the annual compensation that the Contractor pays for an individual's direct effort (costs) under the contract. Direct salary excludes any income that an individual may be permitted to earn outside of duties to the Contractor. Direct salary also excludes fringe benefits, overhead, and general and administrative expenses (also referred to as indirect costs or facilities and administrative costs). The salary rate limitation does not restrict the salary that an organization may pay an individual working under a Department of Health and Human Services contract or order; it merely limits the portion of that salary that may be paid with contract funds.

(c) The salary rate limitation also applies to individuals under subcontracts.

(d) If this is a multiple-year contract or order, it may be subject to unilateral modification by the Contracting Officer to ensure that an individual is not paid at a rate that exceeds the salary rate limitation provision established in the HHS appropriations act used to fund this contract.

(e) See the salaries and wages pay tables on the Office of Personnel Management website for Federal Executive Schedule salary levels.
(End of clause)

**H.4 HHSAR 352.237-75 Key Personnel (Dec 2015)**
The key personnel specified in this contract are considered to be essential to work performance. At least 30 days prior to the contractor voluntarily diverting any of the specified individuals to other programs or contracts the Contractor shall notify the Contracting Officer and shall submit a justification for the diversion or replacement and a request to replace the individual. The request must identify the proposed replacement and provide an explanation of how the replacement's skills, experience, and credentials meet or exceed the requirements of the contract (including, when applicable, Human Page 4 of 31 Subjects Testing requirements). If the employee of the contractor is terminated for cause or separates from the contractor voluntarily with less than thirty days notice, the Contractor shall provide the maximum notice practicable under the circumstances. The Contractor shall not divert, replace, or announce any such change to key personnel without the written consent of the Contracting Officer. The contract will be modified to add or delete key personnel as necessary to reflect the agreement of the parties.
(End of Clause)

**H.5 HHSAR 352.239-74 Electronic and Information Technology Accessibility (Dec 2015)**
(a) Pursuant to Section 508 of the Rehabilitation Act of 1973 (29 U.S.C. 794d), as amended by the Workforce Investment Act of 1998, all electronic and information technology (EIT) supplies and services developed, acquired, or maintained under this contract or order must comply with the "Architectural and Transportation Barriers Compliance Board Electronic and Information Technology (EIT) Accessibility Standards" set forth by the Architectural and Transportation Barriers Compliance Board (also referred to as the "Access Board") in 36 CFR part 1194. Information about Section 508 is available at http://www.hhs.gov/web/508. The complete text of Section 508 Final Provisions can be accessed at http://www.access-board.gov/guidelines-and-standards/communications-and-it/about-the-section-508-standards.
(b) The Section 508 accessibility standards applicable to this contract or order are identified in the Statement of Work or Specification or Performance Work Statement. The contractor must provide any necessary updates to the submitted HHS Product Assessment Template(s) at the end of each contract or order exceeding the simplified acquisition threshold (see FAR 2.101) when the contract or order duration is one year or less. If it is determined by the Government that EIT supplies and services provided by the Contractor do not conform to the described accessibility standards in the contract, remediation of the supplies or services to the level of conformance specified in the contract will be the responsibility of the Contractor at its own expense.
(c) The Section 508 accessibility standards applicable to this contract are: 1194.
      205 WCAG 2.0 Level A & AA Success Criteria
      302 Functional Performance Criteria
      502 Inoperability with Assistive Technology
      503 Applications
      504 Authoring Tools
      602 Support Documentation
      603 Support Services
(d) In the event of a modification(s) to this contract or order, which adds new EIT supplies or services or revises the type of, or specifications for, supplies or services, the Contracting Officer may require that the contractor submit a completed HHS Section 508 Product Assessment Template and any other additional information necessary to assist the Government in determining that the EIT supplies or services conform to Section 508 accessibility standards. Instructions for documenting accessibility via the HHS Section 508 Product Assessment Template may be found under Section 508 policy on the HHS website: (http://www.hhs.gov/web/508).

If it is determined by the Government that EIT supplies and services provided by the Contractor do not conform to the described accessibility standards in the contract, remediation of the supplies or services to the level of conformance specified in the contract will be the responsibility of the Contractor at its own expense.

(e) If this is an Indefinite Delivery contract, a Blanket Purchase Agreement or a Basic Ordering Agreement, the task/delivery order requests that include EIT supplies or services will define the specifications and accessibility standards for the order. In those cases, the Contractor may be required to provide a completed HHS Section 508 Product Assessment Template and any other additional information necessary to assist the Government in determining that the EIT supplies or services conform to Section 508 accessibility standards. Instructions for documenting accessibility via the HHS Section 508 Product Assessment Template may be found at http://www.hhs.gov/web/508. If it is determined by the Government that EIT supplies and services provided by the Contractor do not conform to the described accessibility standards in the provided documentation, remediation of the supplies or services to the level of conformance specified in the contract will be the responsibility of the Contractor at its own expense.

(End of clause)

### H.6 CDCA_H004 Identification of Data (May 1998)

The Contractor shall identify the technical data delivered to the Government as required by this contract with the number of the contract and the name and address of the Contractor or subcontractor that generated the data.

### H.7 CDCA_H005 Data Subject to Privacy Act Requirements (Jul 2017)

(a) Notification is hereby given that the Contractor and its employees are subject to criminal penalties for violation of the Privacy Act to the same extent as employees of the Government. The Contractor shall assure that each of its employees knows the prescribed rules of conduct and that each is aware that he or she can be subjected to criminal penalty for violation of the Act.

(b) In accordance with HHSAR Clause 352.224-70, Privacy Act, which has been incorporated into this contract, certain data provided to the Contractor under this contract shall be treated confidentially. The type(s) of data subject to this clause are as follows: Data will be identified at a task order level.

(c) Following are the requirements for handling this data and the disposition to be made of this data upon completion of contract performance: The requirements will be identified at a task order level.

(d) The Contracting Officer's Representative (COR) is hereby designated as the official who is responsible for monitoring contractor compliance with the Privacy Act.: Will be identified at a task order level.

### H.8 CDCA_H007 Subcontracting Plan (Jul 1999)

The Contractor's subcontracting plan, as negotiated, submitted in response to Solicitation 75D30122R72168, is hereby incorporated into this contract by reference.

### H.9 CDCA_H018 Minimum Required Insurance (Jul 2017)

In accordance with FAR Clause 52.228-5, Insurance, Work on a Government Installation, and the requirements of FAR section 28.307-2, Liability, the Contractor shall furnish a certificate of insurance of the following types and minimum amounts which shall be obtained and maintained during the entire period of performance of this contract:

(a) Workman's Compensation and Employees Liability Insurance - as specified by applicable statute, but not less than $100,000;

(b) General Liability Insurance - Bodily Injury Liability - $500,000 per occurrence;

(c) Automobile Liability Insurance - $200,000 per person, $500,000 per occurrence bodily injury; $20,000 per occurrence property damage.

### H.10 CDC0_H022 Smoke Free Working Environment (May 2009)

In compliance with Department of Health and Human Services (DHHS) regulations, all contractor personnel performing work within CDC/ATSDR facilities shall observe the CDC/ATSDR smoke-free working environment policy at all times. This policy prohibits smoking in all CDC/ATSDR buildings and in front of buildings which are open to the public. This policy is also applicable to contractor personnel who

do not work full-time within CDC/ATSDR facilities, but are attending meetings within CDC/ATSDR facilities.

**H.11 CDCA_H037 Observance of Legal Holidays and Administrative Leave (Government Facilities Performance) (Jul 2021)**
(a)Holidays
Government personnel observe the following listed days as holidays:
Washington's Birthday
Memorial Day
Juneteenth
Independence Day
Labor Day
Veterans' Day
Thanksgiving Day
Christmas Day
New Year's Day
Columbus Day
Martin Luther King Day

Any other day designated by Federal Statute
Any other day designated by Executive Order
Any other day designated by Presidential proclamation

For purposes of contract performance, the Contractor shall observe the above holidays on the date observed by the Government. Observance of such days shall not be cause for an additional period of performance or entitlement to compensation except as otherwise set forth in the contract. No form of holiday or other premium compensation will be reimbursed; however this does not preclude reimbursement for overtime work authorized in writing by the Contracting Officer.

(b) Unscheduled Facility Closures

In the event Government facilities are closed due to inclement weather, potentially hazardous or unsafe conditions, or other special circumstances, contractor personnel assigned to work within those facilities are automatically dismissed. Notwithstanding the terms herein, the contractor shall comply with any specific contract terms that require a level of ongoing support for critical operations during times of facility closure. The contractor may also continue to provide support under a scheduled telework arrangement in accordance with the terms of the contract if the contract expressly authorizes telework in writing.

(c) Cost Impact

Accounting for costs associated with an unscheduled facility closure is unique to each contract and depends upon a number of factors such as:

      i) Contract type, e.g., Fixed Price, Time and Materials, or Cost Reimbursement.
      ii) Contractor's established management and accounting practices for unproductive time.
      iii) The inclusion and applicability of other contract terms & conditions.
      iv) The ability of the contractor to mitigate costs by reassigning employees to work on other contracts, to work from a different facility, or to work remotely from home in accordance with contract telework provisions.

**H.12 CDCA_H040 Government Property (Jul 2017)**
(a) Government-Furnished Property (GFP). In accordance with the terms of FAR 52.245-1, Government Property, the Government reserves the right to supply the Contractor, as Government-furnished property, any additional supplies, equipment, and materials determined by the Contracting Officer to be necessary and in the best interest of the Government.

(b) Contractor-Acquired Property (CAP). The Contractor must receive written consent from the Contracting Off
icer prior to purchase of any CAP not expressly identified in the contract, and as defined in FAR 52.245-1.
(c) Accountable and Sensitive Government Property. The Government will provide property labels and other identification for contractor-acquired Government property that is considered Accountable as defined in the HHS Logistics Management Manual (LMM)
https://intranet.hhs.gov/abouthhs/manuals/lmm/index.html or considered Sensitive as defined in CDC's Sensitive Items List (http://intranet.cdc.gov/ofr/documents/contracts/Authorized- Prohibited-List.pdf)
(d) The contractor shall be responsible for the control and accountable record keeping of any Government property used in the performance of this contract predominately outside the confines of a Government controlled workspace in accordance with the HHS Contracting Guide found on the OSSAM Government Property and Contractors Property intranet page. (http://intranet.cdc.gov/ossam/property-shipping-receiving/property- management/government-property-contractors/index.html)
(e) The Chief of the Office of Safety, Security and Asset Management (OSSAM), Asset Management Services Office, Centers for Disease Control and Prevention (CDC), is hereby designated as the Property Administrator for this contract. The Contractor shall identify each item of equipment furnished by the Government to the Contractor or acquired by the Contractor using contract funds, with a suitable decal, tag, or other marking, as prescribed by the Property Administrator, and shall follow the guidance set forth in the HHS Contracting Guide.


**H.13 CDCA_H042 Records Management Obligations (Jun 2020)**
A. Applicability
The following applies to all Contractors whose employees create, work with, or otherwise handle Federal records, as defined in Section B, regardless of the medium in which the record exists.
B. Definitions
"Federal record" as defined in 44 U.S.C. § 3301, includes all recorded information, regardless of form or characteristics, made or received by a Federal agency under Federal law or in connection with the transaction of public business and preserved or appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations, or other activities of the United States Government or because of the informational value of data in them.
The term Federal record:
    1. includes Centers for Disease Control and Prevention (CDC) records.
    2. does not include personal materials.
    3. applies to records created, received, or maintained by Contractors pursuant to their CDC contract.
    4. may include deliverables and documentation associated with deliverables.
C. Requirements
    1. Contractor shall comply with all applicable records management laws and regulations, as well as National Archives and Records Administration (NARA) records policies, including but not limited to the Federal Records Act (44 U.S.C. chs. 21, 29, 31, 33), NARA regulations at 36 CFR Chapter XII Subchapter B, and those policies associated with the safeguarding of records covered by the Privacy Act of 1974 (5 U.S.C. 552a). These policies include the preservation of all records, regardless of form or characteristics, mode of transmission, or state of completion.
    2. In accordance with 36 CFR 1222.32, all data created for Government use and delivered to, or falling under the legal control of, the Government are Federal records subject to the provisions of 44 U.S.C. chapters 21, 29, 31, and 33, the Freedom of Information Act (FOIA) (5 U.S.C. 552), as amended, and the Privacy Act of 1974 (5 U.S.C. 552a), as amended and must be managed and scheduled for disposition only as permitted by statute or regulation.
    3. In accordance with 36 CFR 1222.32, Contractor shall maintain all records created for Government use or created in the course of performing the contract and/or delivered to, or under the legal control of the Government and must be managed in accordance with Federal law. Electronic records and associated metadata must be accompanied by sufficient technical documentation to permit understanding and use of the records and data.
    4. CDC and its contractors are responsible for preventing the alienation or unauthorized destruction of records, including all forms of mutilation. Records may not be removed from the

legal custody of CDC or destroyed except for in accordance with the provisions of the agency records schedules and with the written concurrence of the Head of the Contracting Activity. Willful and unlawful destruction, damage or alienation of Federal records is subject to the fines and penalties imposed by 18 U.S.C. 2701. In the event of any unlawful or accidental removal, defacing, alteration, or destruction of records, Contractor must report to the Contracting Officer and the Contracting Officer's Representative. The agency must report promptly to NARA in accordance with 36 CFR 1230.

5. The Contractor shall immediately notify the appropriate Contracting Officer upon discovery of any inadvertent or unauthorized disclosures of information, data, documentary materials, records or equipment. Disclosure of non-public information is limited to authorized personnel with a need-to-know as described in the contract. The Contractor shall ensure that the appropriate personnel, administrative, technical, and physical safeguards are established to ensure the security and confidentiality of this information, data, documentary material, records and/or equipment is properly protected. The Contractor shall not remove material from Government facilities or systems, or facilities or systems operated or maintained on the Government's behalf, without the express written permission of the Head of the Contracting Activity. When information, data, documentary material, records and/or equipment is no longer required, it shall be returned to CDC control or the Contractor must hold it until otherwise directed. Items returned to the Government shall be hand carried, mailed, emailed, or securely electronically transmitted to the Contracting Officer or address prescribed in the contract. Destruction of records is EXPRESSLY PROHIBITED unless in accordance with Paragraph (4).

6. The Contractor is required to obtain the Contracting Officer's approval prior to engaging in any contractual relationship (sub-contractor) in support of this contract requiring the disclosure of information, documentary material and/or records generated under, or relating to, contracts. The Contractor (and any sub-contractor) is required to abide by Government and CDC guidance for protecting sensitive, proprietary information, classified, and controlled unclassified information.

7. The Contractor shall only use Government IT equipment for purposes specifically tied to or authorized by the contract and in accordance with CDC policy.

8. The Contractor shall not create or maintain any records containing any non-public CDC information that are not specifically tied to or authorized by the contract.

9. The Contractor shall not retain, use, sell, or disseminate copies of any deliverable that contains information covered by the Privacy Act of 1974 or that which is generally protected from public disclosure by an exemption to the Freedom of Information Act.

10. Training. All Contractor employees assigned to this contract who create, work with, or otherwise handle records are required to take CDC-provided records management training. The Contractor is responsible for confirming training has been completed according to agency policies, including initial training and any annual or refresher training.

D. Flowdown of requirements to subcontractors

1. The Contractor shall incorporate the entire substance of the terms and conditions herein, including this paragraph, in all subcontracts under this contract, and must require written subcontractor acknowledgment of same.

2. Violation by a subcontractor of any provision set forth herein will be attributed to the Contractor.

## H.14 CDC0_H046 Agency Ombudsman (Feb 2018)

CDC is committed to ensuring fair opportunity for all offerors submitting proposals for competitive task/delivery orders issued against existing Indefinite Delivery Indefinite Quantity contracts in accordance Page 10 of 31 with FAR 16.505. Offerors/Contractors may protest task/delivery order awards of anyamount on the grounds that the order increases the scope, period, or maximum value of the contract under which the order was issued. These complaints may be lodged at the agency level or protested with the General Accountability Office (GAO).

Additionally, in accordance with 41 U.S.C. 253(j), protests of task/delivery orders valued in excess of $10,000,000.00 should be filed directly with the GAO in accordance with FAR 33.104.

In accordance with FAR 16.505(b)(5), CDC has designated an agency Task/Delivery Order Ombudsman who is responsible for reviewing the complaints from contractors on the task/delivery order process. The

Ombudsman's responsibility is to review complaints and ensure that all contractors are afforded a fair opportunity to be considered, consistent with procedures in the contract. The Contract Ombudsman is independent of the contracting office. The process for handling complaints under the Ombudsman is as follows:

   (a)  The written complaint must include all the information required for agency protests in FAR 33.103 and must be sent to: Centers for Disease Control and Prevention Attn: Sherry Smallwood, Agency Ombudsman 1600, Clifton Rd, NE Bldg. 16, Mailstop-C12 Atlanta, GA 30329 Telephone: 404-639-7291 Email: svs9@cdc.gov

   Complaints must be submitted to the Agency Ombudsman no later than 10 days after the basis of the protest is known or should have been known, whichever is earlier.

   (b) The Ombudsman will contact the complainant by phone, to assure full understanding of the issues raised in the protest. This contact will be made within 2 business days of the receipt of the protests by the Ombudsman. Since there is only one individual serving as the agency Task/Delivery Order Ombudsman, there may be protests received when the Ombudsman is in a travel or leave status. In that instance, the Ombudsman will begin action on the complaint immediately upon return to the office.

## H.15 – {RESERVED}

## EXHIBIT I-II – {RESERVED}

## H.16 CDC 37.0001 Non-Personal Services (Jun 2020)

(a) Personal services shall not be performed under this contract. Although the Government may provide sporadic or occasional instructions within the scope of the contract, the Contractor is responsible for control and supervision of its employees. If the Contractor (including its employees) believes any Government action or communication has been given that would create a personal services relationship between the Government and any Contractor employee, the Contractor shall promptly notify the Contracting Officer of this communication or action.

(b) The contractor shall comply with, and ensure their employees and subcontractors comply with, CDC Policy titled "Contractor Identification and Safeguarding of Non-Public Information". No Contractor employee shall hold him or herself out to be a Government employee, agent, or representative. No Contractor employee shall state orally or in writing at any time that he or she is acting on behalf of the Government. In all communications with third parties in connection with this contract, Contractor employees shall identify themselves as Contractor employees and specify the name of the company for which they work. The contractor is limited to performing the services identified in the contract statement of work and shall not interpret any communication with anyone as a permissible change in contract scope or as authorization to perform work not described in the contract. All contract changes will be incorporated by a modification signed by the Contracting Officer.

(c) The Contractor shall ensure that all of its employees and subcontractor employees working on this contract are informed of the terms and conditions herein. The Contractor agrees that this is a nonpersonal services contract; and that for all the purposes of the contract, the Contractor is not, nor shall it hold itself out to be an agent or partner of, or joint venture with, the Government. The Contractor shall notify its employees that they shall neither supervise nor accept supervision from Government employees. The substance of the terms herein shall be included in all subcontracts at any tier.

(d) The terms and conditions above do not limit the Government's rights under other terms of the contract, including those related to the Government's right to inspect and accept or reject the services performed under this contract.

## H.17 CDC100_0006 Certificates of Confidentiality (Nov 2018)

Section 301(d) of the Public Health Service (PHS) Act, as amended by Section 2012 of the 21st Century Cures Act, P.L. 114-255 (42 U.S.C. 241(d)), states that the Secretary shall issue Certificates of

Confidentiality (Certificates) to persons engaged in biomedical, behavioral, clinical, or other research activities in which identifiable, sensitive information is collected. Consistent with the statute, research commenced or ongoing after December 13, 2016, and in which identifiable, sensitive information is collected, as defined by Section 301(d), is deemed issued a Certificate.

Consistent with the statute, CDC considers research in which identifiable, sensitive information is collected or used, to include:

- Human subjects research as defined in the Federal Policy for the Protection of Human Subjects (45 CFR Part 46), including exempt research except for human subjects research that is determined to be exempt from all or some of the requirements of 45 CFR 46 if the information obtained is recorded in such a manner that human subjects cannot be identified or the identity of the human subjects cannot readily be ascertained, directly or through identifiers linked to the subjects;
- Research involving the collection or use of biospecimens that are identifiable to an individual or for which there is at least a very small risk that some combination of the biospecimen, a request for the biospecimen, and other available data sources could be used to deduce the identity of an individual;
- Research that involves the generation of individual level, human genomic data from biospecimens, or the use of such data, regardless of whether the data is recorded in such a manner that human subjects can be identified or the identity of the human subjects can readily be ascertained as defined in the Federal Policy for the Protection of Human Subjects (45 CFR Part 46); or
- Any other research that involves information about an individual for which there is at least a very small risk, as determined by current scientific practices or statistical methods, that some combination of the information, a request for the information, and other available data sources could be used to deduce the identity of an individual, as defined in subsection 301(d) of the Public Health Service Act.

    For research covered by a Certificate and consistent with the statute, Contractor shall not:
- Disclose or provide, in any Federal, State, or local civil, criminal, administrative, legislative, or other proceeding, the name of such individual or any such information, document, or biospecimen that contains identifiable, sensitive information about the individual and that was created or compiled for purposes of the research, unless such disclosure or use is made with the consent of the individual to whom the information, document, or biospecimen pertains; or
- Disclose or provide to any other person not connected with the research the name of such an individual or any information, document, or biospecimen that contains identifiable, sensitive information about such an individual and that was created or compiled for purposes of the research.

    Consistent with the statute, disclosure is permitted only in the below circumstances:
- Required by Federal, State, or local laws (e.g., as required by the Federal Food, Drug, and Cosmetic Act, or state laws requiring the reporting of communicable diseases to State and local health departments), excluding instances of disclosure in any Federal, State, or local civil, criminal, administrative, legislative, or other proceeding;
- Necessary for the medical treatment of the individual to whom the information, document, or biospecimen pertains and made with the consent of such individual;
- Made with the consent of the individual to whom the information, document, or biospecimen pertains; or
- Made for the purposes of other scientific research that is in compliance with applicable Federal regulations governing the protection of human subjects in research.

Contractor shall keep records of when such disclosures are made and, upon request by CDC, shall make such information available to CDC. Contractor shall comply with FAR Part 31, Contract Cost Principles and Procedures, as applicable, and maintain effective internal controls that provide reasonable assurance that the contract is managed in compliance with Federal statutes and regulations. Contractors conducting

research covered by a Certificate shall ensure that any company/institution/individual not funded by CDC who receives a copy of identifiable, sensitive information protected by a Certificate is aware of the requirements of subsection 301(d) of the Public Health Service Act with respect to such information. The Contractor will secure an agreement with such company/institution/individual to ensure compliance with the requirements of the Certificate. In addition, Contractor shall ensure that all its employees and subcontractor employees working on this contract are informed of the substance of the abovementioned requirements and agree to comply with subsection 301(d) of the Public Health Service Act.

**H.18 Organizational Conflicts of Interest (CoI)**
**(a) Purpose.** The purpose of this section is to ensure that the contractor and its subcontractors:
> (1) Are not biased because of their financial, contractual, organizational, or other interests which relate to the work under this contract/blanket purchase agreement/order/call (hereafter referred to as contract);
> (2) Do not obtain any unfair competitive advantage over other parties by virtue of their performance of this contract; and
> (3) Does not have impaired judgement and objectivity because the substance of the contractor's performance has the potential to affect other interests of the contractor.

**(b) Scope.** This section applies to performance or participation by the contractor, its parents, affiliates, divisions and subsidiaries, and successors in interest (hereinafter collectively referred to as "contractor") in the performance of this contract as a prime contractor, subcontractor, co-sponsor, joint venture, consultant, or in any similar capacity.

**(c) Warrant and Disclosure.** The warrant and disclosure requirements apply to both the contractor and all subcontractors. The contractor warrants that, to the best of the contractor's knowledge and belief, there are no relevant facts or circumstances which would give rise to an conflict of interest, as defined in FAR Subpart 9.5, and that the contractor has disclosed all relevant information regarding any actual or potential conflicts. The contractor agrees it shall make an immediate and full disclosure, in writing, to the Contracting Officer of any potential or actual organizational conflict of interest or the existence of any facts that may cause a reasonably prudent person to question the contractor's impartiality because of the appearance or existence of bias or an unfair competitive advantage. Such disclosure shall include a description of the actions the contractor has taken or proposes to take in order to avoid, neutralize, or mitigate any resulting conflict of interest. Page 20 of 31

**(d) Remedies.** The Contracting Officer may terminate this contract, in whole or in part, or take any other lawful action deemed necessary to avoid, neutralize or mitigate an actual, apparent, or potential conflict of interest. If the contractor fails to disclose facts pertaining to the existence of actual, apparent, or potential conflicts of interest, or otherwise misrepresents relevant information to the Contracting Officer, the Government may terminate the contract for default or cause; suspend or debar the contractor from Government contracting; or, pursue such other remedies as may be permitted at law or equity.

**(e) Subcontracts.** The contractor shall include a language substantially similar to this language, including paragraphs (f) and (g), in any subcontract or consultant agreement.

**(f) Prime Contractor Responsibilities.** The Contractor shall determine in writing whether any relevant information disclosed by a subcontractor comprises an actual, apparent, or potential conflict of interest. The prime contractor shall identify and avoid, neutralize, or mitigate any subcontractor conflict of interest prior to award of the subcontract to the satisfaction of the Contracting Officer. If the subcontractor's organizational conflict cannot be avoided, neutralized, or mitigated, the prime contractor must obtain the written approval of the Contracting Officer prior to entering into the subcontract. If the contractor becomes aware of a subcontractor's actual, apparent, or potential conflict of interest after award, the prime contractor agrees that the prime contractor may be required to eliminate the subcontractor from its team, at the contractor's own risk.

**(g) Waiver.** The contractor may seek a waiver from the Head of the Contracting Activity by submitting such waiver request to the Contracting Officer, including a full written description of the requested waiver and the reasons in support

**H.19 – {RESERVED}**
**H.20 – {RESERVED}**
**H.21 – {RESERVED}**
**H.22 – {RESERVED}**
**H.23 – {RESERVED}**
**H.24 – {RESERVED}**

**H.25 CDC100_0003 Public Access To CDC Funded Digital Public Health Data (Nov 2018) Public Health Data**
Definition: Public Health data means digitally recorded factual material commonly accepted in the scientific community as a basis for public health findings, conclusions, and implementation

When CDC is funding, in whole or in part, via a contract as defined in FAR 2.101, with respect to public health data, a CDC-approved Data Management Plan (DMP) – a plan for digital data management, sharing, and preservation is required prior to commencing any related services or work. For contracts where public health data collection or generation activities may become necessary during the period of performance (e.g. via contract modification), a DMP will be required to be submitted and evaluated during the period of performance. The DMP is a deliverable and a living document that should be updated throughout the life cycle of data. A final DMP is required at the end of the contract performance that Page 21 of 31 shows where the data are deposited and how they are being made accessible or justification provided for not doing so.

**Data Management Plan**
A DMP for each collection and/or generation of public health data should include the following information:
- A description of the public health data to be collected or generated in the contract period of performance;
- Standards to be used for the collected or generated public health data;
- Mechanisms for or limitations to providing access to and sharing of the data (include a description of provisions for the protection of privacy, confidentiality, security, intellectual property, or other rights) or justification for why data cannot be made accessible. This section should address access to identifiable and de-identified data (see below for additional information about access);
- Statement of the use of data standards that ensure all released data have appropriate documentation that describes the method of collection, what the data represent, and potential limitations for use; and
- Plans for archiving and long-term preservation of the data, or explanation of why long-term preservation and access are not justified. This section should address archiving and preservation of identifiable and de- identified data (see below for additional information regarding archiving).

**Examples of Data Management Plan Templates and Tools:**

University of California: https://www.cdlib.org/services/uc3/dmpt.html

**Access to and Archiving of the Data**
To the extent that is feasible, contractors should make public health data accessible. Rights in Data clauses (FAR 52.227-14 Rights in Data – General, 52.227-16, Additional Data Requirements, FAR 52.227-17 Rights in Data – Special Works, or FAR 52.227-18 Rights in Data-Existing Works), may be applicable and incorporated into contracts, depending on the Statement of Work involved. The data rights clauses give the government "unlimited rights" in data first produced (when funded by government solely) in the performance of a contract.

"Unlimited rights" is an unlimited license to use, disclose or reproduce the data; it does not give the government ownership of the data. Unlimited rights in data would allow the government to archive and make public non-proprietary data first produced in contract performance.

Contracts that do not include terms for submittal of public health data to CDC, are expected to plan and prepare for providing access to, and archiving/long-term preservation of, collected and/or generated data within the contract period of performance, as set forth below. The final version of a collected and/or generated data set intended for release or sharing should be made available within thirty (30) months after the end of the data collection or generation, except surveillance data, which should be made accessible within a year of the end of a collection cycle. For public use de-identified (removal of sensitive identifiable or potentially identifiable information) datasets, an accompanying data dictionary, and other documentation relevant to use of the data set should be deposited in a sustainable repository to provide access to the data. Data that cannot be de-identified can be provided as restricted data upon request under a data-use agreement or onsite controlled use.

For data underlying a scientific publication, the contractor shall make the data available coincident with publication of the paper, at a minimum a machine-readable version of the data tables shown in the paper, unless the data set is already available via a release or sharing mechanism. In addition, contractors should ensure the quality of data they make accessible and seek to provide the data in a machine readable and nonproprietary format.

Contractors who fail to release public health data in a timely fashion may be subject to procedures normally used to address failure to comply with the terms and conditions of the contract and may be grounds for the Contracting Officer to terminate the contract for default. Irrespective of whether the data are made accessible or not, Public health data of value should be preserved long-term.

A final DMP is required at the end of the contract performance. The final DMP will indicate the location of the deposited data and the manner of access granted to the data. There needs to be an adequate justification for not making data accessible and this justification must be documented in the DMP and approved by the Contracting Officer's Representative.

Additional information is available at https://www.hhs.gov/open/publicaccess/index.html.

**Section I - Contract Clauses**

The following FAR and HHSAR clause citations, where applicable by their terms, are incorporated herein by reference as if set forth in full text. Full text of a clause may be accessed electronically as follows: FAR Clauses at https://www.acquisition.gov/far/ , HHSAR Clauses at https://www.acquisition.gov/hhsar.

If any of the clauses are not applicable by their terms they shall be self-deleting unless an alternate applies, in which case the appropriate alternate shall replace the clause. Whenever said clauses include a requirement for the resolution of disputes between the parties in accordance with the "Disputes" clause, the dispute shall be disposed of in accordance with the clause entitled "Notice of Dispute, Negotiation and Mediation" included in the Subaward Agreement. In cases of conflict or inconsistency between the provisions listed in the clause citations below and the paragraphs set forth elsewhere in this Subaward Agreement, the clause citation shall take precedence. Where necessary to derive proper meaning in a subcontract situation from these clauses, "Contractor" means "Subcontractor," "Contracting Officer" means "University of Washington," "Contract" means this Subaward Agreement and "Government" means "University of Washington." However, the words "Government" and "Contracting Officer" do not change: (1) When a right, act, authorization or obligation can be granted or performed only by the Government or the prime contract Contracting Officer or his/her duly authorized representative, (2) when title to property is to be transferred directly to the Government, and (3) in FAR 52.227-1, 52.227-2, 52.227-11, 52.227-14, and 52.227-17.

**Section I-1 - Clauses Incorporated By Reference**

**I-1.1 CLAUSES INCORPORATED BY REFERENCE FAR 52.252-2 (FEB 1998)**
This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at the address below:

www.acquisition.gov

 (End of Clause)

**I-1.2 a) The following general clauses are applicable to all contract types (FFP and T&M)**

| NUMBER | TITLE | DATE |
|---|---|---|
| 52.202-1 | Definitions | Jun 2020 |
| 52.203-3 | Gratuities | Apr 1984 |
| 52.203-5 | Covenant Against Contingent Fees | May 2014 |
| 52.203-6 | Restrictions on Subcontractor Sales to the Government | Jun 2020 |
| 52.203-7 | Anti-Kickback Procedures | Jun 2020 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | May 2014 |
| 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity | May 2014 |
| 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions | Jun 2020 |
| 52.203-13 | Contractor Code of Business Ethics and Conduct | Nov 2021 |

| 52.203-14 | Display of Hotline Poster(s) | Nov 2021 |
|---|---|---|
| 52.203-15 | Whistleblower Protections Under the American Recovery and Reinvestment Act of 2009 | June 2010 |
| 52.203-16 | Preventing Personal Conflicts of Interest | Jun 2020 |
| 52.203-17 | Contractor Employee Whistleblower Rights and Requirement to Inform Employees of Whistleblower Rights | Jun 2020 |
| 52.203-19 | Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements | Jan 2017 |
| 52.204-2 | Security Requirements | Mar 2021 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | May 2011 |
| 52.204-9 | Personal Identity Verification of Contractor Personnel | Jan 2011 |
| 52.204-10 | Reporting Executive Compensation and First-Tier Subcontract Awards | Jun 2020 |
| 52.204-13 | System for Award Management Maintenance | Oct 2018 |
| 52.204-15 | Service Contract Reporting Requirements for Indefinite-Delivery Contracts | Oct 2016 |
| 52.204-18 | Commercial and Government Entity Code Maintenance | Aug 2020 |
|  |  |  |
| 52.204-23 | Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities | Nov 2021 |
| 52.204-25 | Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment | Nov 2021 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment | Nov 2021 |
| 52.209-10 | Prohibition on Contracting with Inverted Domestic Corporation | Nov 2015 |
| 52.210-1 | Market Research | Nov 2021 |
| 52.211-11 | Liquidated Damages – Supplies, Services, or Research and Development | Sept 2000 |
| 52.215-2 | Audit and Records – Negotiation | Jun 2020 |
| 52.215-8 | Order of Precedence – Uniform Contract Format | Oct 1997 |
| 52.215-11 | Price Reduction for Defective Cost or Pricing Data – Modifications | Jun 2020 |
| 52.215-13 | Subcontractor Cost or Pricing Data – Modifications | Jun 2020 |
| 52.215-14 | Integrity of Unit Prices | Nov 2021 |
| 52.215-21 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data – Modifications – Alternate IV | Nov 2021 |
| 52.216-7 | Allowable Cost and Payment | Aug 2018 |
| 52.219-8 | Utilization of Small Business Concerns | Oct 2022 |
| 52.219-9 | Small Business Subcontracting Plan - Alternate II (Nov 2016) | Oct 2022 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | Oct 2022 |
| 52.219-28 | Post Award Small Business Program Representation | Oct 2022 |
| 52.222-3 | Convict Labor | Jun 2003 |
| 52.222-21 | Prohibition of Segregated Facilities | Apr 2015 |
| 52.222-26 | Equal Opportunity | Sep 2016 |
| 52.222-35 | Equal Opportunity for Veterans | Jun 2020 |
| 52.222-36 | Affirmative Action for Workers with Disabilities | Jun 2020 |
| 52.222-37 | Employment Reports Veterans | Jun 2020 |

| 52.222-38 | Compliance with Veterans' Employment Reporting Requirements | Feb 2016 |
|-----------|----------------------------------------------------------------|----------|
| 52.222-40 | Notification of Employee Rights Under the National Labor Relations Act | Dec 2010 |
| 52.222-50 | Combating Trafficking in Persons | Nov 2021 |
| 52.222-54 | Employment Eligibility Verification | Oct 2022 |
| 52.223-6 | Drug-Free Workplace | May 2001 |
| 52.223-18 | Encouraging Contractor Policies to Ban Text Messaging While Driving | Jun 2020 |
| 52.224-1 | Privacy Act Notification | Apr 1984 |
| 52.224-2 | Privacy Act | Apr 1984 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | Feb 2021 |
| 52.226-1 | Utilization of Indian Organizations and Indian-Owned Economic Enterprises | Jun 2000 |
| 52.227-1 | Authorization and Consent – Alternate I | Jun 2020 |
| 52.227-2 | Notice and Assistance Regarding Patent and Copyright Infringement | Jun 2020 |
| 52.227-11 | Patent Rights-Ownership by The Contractor | May 2014 |
| 52.227-14 | Rights in Data – General | May 2014 |
| 52.232-17 | Interest | May 2014 |
| 52.232-18 | Availability of Funds | Apr 1984 |
| 52.232-19 | Availability of Funds for the Next Fiscal Year | Apr 1984 |
| 52.232-23 | Assignment of Claims | May 2014 |
| 52.232-25 | Prompt payment | Jan 2017 |
| 52.232-32 | Performance-Based Payments | Apr 2012 |
| 52.232-33 | Payment by Electronic Funds Transfer – System for Award Management | Oct 2018 |
| 52.232-39 | Unenforceability of Unauthorized Obligations | Jun 2013 |
| 52.232-40 | Providing Accelerated Payments to Small Business Subcontractors | Nov 2021 |
| 52.233-1 | Disputes | May 2014 |
| 52.233-2 | Service of Protest | Sep 2006 |
| 52.233-3 | Protest after Award | Aug 1996 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | Oct 2004 |
| 52.239-1 | Privacy or Security Safeguards | Aug 1996 |
| 52.242-13 | Bankruptcy | Jul 1995 |
| 52.243-7 | Notification of Changes | Jan 2017 |
| 52.244-2 | Subcontracts | Jun 2020 |
| 52.244-5 | Competition in Subcontracting | Dec 1996 |
| 52.244-6 | Subcontracts for Commercial Products and Commercial Services | Dec 2022 |
| 52.245-1 | Government Property | Sep 2021 |
| 52.246-25 | Limitation of Liability - Services | Feb 1997 |
| 52.253-1 | Computer Generated Forms | Jan 1991 |

## I-1.3 DEPARTMENT OF HEALTH AND HUMAN SERVICES ACQUISITION REGULATIONS (HHSAR)

| NUMBER | TITLE | DATE |
|--------|-------|------|
| 352.215-70 | Late Proposals and Revisions | Dec 2015 |
| 352.224-71 | Confidential Information | Dec 2015 |
| 352.233-71 | Litigation and Claims | Dec 2015 |
| 352.270-4(b) | Protection of Human Subjects | Dec 2015 |
| 352.270-6 | Restriction on Use of Human Subjects | Dec 2015 |
| 352.270-11 | Protection of Human Subjects—Research Involving Human Subjects Committee (RIHSC) Approval of Research Protocols Required | Dec 2015 |
| 352.270-12 | Needle Exchange | Dec 2015 |
| 352.270-13 | Continued Ban on Funding Abortion and Continued Ban on Funding of Human Embryo Research | Dec 2015 |

## Section I-2 - Clauses Incorporated In Full Text

**I-2.1 FAR 52.204-19 Incorporation by Reference of Representations and Certifications (Dec 2014)**
The Contractor's representations and certifications, including those completed electronically via the System for Award Management (SAM), are incorporated by reference into the contract.
(End of Clause)

**I-2.2 FAR 52.209-9 Updates of Publicly Available Information Regarding Responsibility Matters (Oct 2018)**

    (a) The Contractor shall update the information in the Federal Awardee Performance and Integrity Information System (FAPIIS) on a semi-annual basis, throughout the life of the contract, by posting the required information in the System for Award Management via https://www.sam.gov.

    (b) As required by section 3010 of the Supplemental Appropriations Act, 2010 (Pub. L. 111-212), all information posted in FAPIIS on or after April 15, 2011, except past performance reviews, will be publicly available. FAPIIS consist of two segments—

        (1) The non-public segment, into which Government officials and the Contractor post information, which can only be viewed by—

            (i) Government personnel and authorized users performing business on behalf of the Government; or

            (ii) The Contractor, when viewing data on itself; and

        (2) The publicly-available segment, to which all data in the non-public segment of FAPIIS is automatically transferred after a waiting period of 14 calendar days, except for--

            (i) Past performance reviews required by subpart 42.15;

            (ii) Information that
was entered prior to April 15, 2011; or

            (iii) Information that
is withdrawn during the 14-calendar-day waiting period by the Government official who posted it in accordance with paragraph (c)(1) of this clause.

    (c) The Contractor will receive notification when the Government posts new information to the Contractor's record.

        (1) If the Contractor asserts in writing within 7 calendar days, to the Government official who posted the information, that some of the information posted to the non-public segment of FAPIIS is covered by a disclosure exemption under the Freedom of Information Act, the Government official who posted the information must within 7 calendar days remove the posting from FAPIIS and resolve the issue in accordance with agency Freedom of Information procedures, prior to reposting the releasable information. The contractor must cite 52.209-9 and request removal within 7 calendar days of the posting to FAPIIS.

        (2) The Contractor will also have an opportunity to post comments regarding information that has been posted by the Government. The comments will be retained as long as the associated information is retained, i.e., for a total period of 6 years. Contractor comments will remain a part of the record unless the Contractor revises them.

        (3) As required by section 3010 of Pub. L. 111-212, all information posted in FAPIIS on or after April 15, 2011, except past performance reviews, will be publicly available.

    (d) Public requests for system information posted prior to April 15, 2011, will be handled under Freedom of Information Act procedures, including, where appropriate, procedures promulgated under E.O. 12600.
(End of clause)

**I-2.3 – {RESERVED}**
**I-2.4 – {RESERVED}**
**I-2.5 – {RESERVED}**

**I-2.6 FAR 52.215-19 Notification of Ownership Changes (Oct 1997)**
(a) The Contractor shall make the following notifications in writing:
    (1) When the Contractor becomes aware that a change in its ownership has
    occurred, or is certain to occur, that could result in changes in the valuation of its
    capitalized assets in the accounting records, the Contractor shall notify the
    Administrative Contracting Officer (ACO) within 30 days.
    (2) The Contractor shall also notify the ACO within 30 days whenever changes to
    asset valuations or any other cost changes have occurred or are certain to occur
    as a result of a change in ownership.
(b) The Contractor shall-
    (1) Maintain current, accurate, and complete inventory records of assets and their
    costs;
    (2) Provide the ACO or designated representative ready access to the records upon
    request;
    (3) Ensure that all individual and grouped assets, their capitalized values,
    accumulated depreciation or amortization, and remaining useful lives are
    identified accurately before and after each of the Contractor's ownership
    changes; and
    (4) Retain and continue to maintain depreciation and amortization schedules based
    on the asset records maintained before each Contractor ownership change.
(c) The Contractor shall include the substance of this clause in all subcontracts under this
contract that meet the applicability requirement of FAR 15.408(k).
(End of Clause)


**I-2.7 – {RESERVED}**
**I-2.8 – {RESERVED}**
**I-2.9 – {RESERVED}**


**I-2.10 FAR 52.252-4 Alterations in Contract (Apr 1984)** Portions of this contract are altered as follows:
**NONE**
(End of Clause)


**I-2.11 FAR 52.227-17 Rights in Data – Special Works (Dec 2007)**
(a) *Definitions*. As used in this clause—
"Data" means recorded information, regardless of form or the media on which it may be recorded. The
term includes technical data and computer software. The term does not include information incidental to
contract administration, such as financial, administrative, cost or pricing, or management information.
"Unlimited rights" means the rights of the Government to use, disclose, reproduce, prepare derivative
works, distribute copies to the public, and perform publicly and display publicly, in any manner and for any
purpose, and to have or permit others to do so.
(b) Allocation of Rights.
    (1) The Government shall have—
        (i) Unlimited rights in all data delivered under this contract, and in all data first produced
        in the performance of this contract, except as provided in paragraph (c) of this clause.
        (ii) The right to limit
        assertion of copyright in data first produced in the performance of this contract, and to
        obtain assignment of copyright in that data, in accordance with paragraph (c)(1) of this
        clause.
        (iii) The right to limit the release and use of certain data in accordance with paragraph (d)
        of this clause.
    (2) The Contractor shall have, to the extent permission is granted in accordance with
    paragraph (c)(1) of this clause, the right to assert claim to copyright subsisting in
    data first produced in the performance of this contract.
(c) Copyright—
    (1) Data first produced in the performance of this contract.
        (i) The Contractor shall not assert or authorize others to assert any claim to copyright

subsisting in any data first produced in the performance of this contract without prior written permission of the Contracting Officer. When copyright is asserted, the Contractor shall affix the appropriate copyright notice of 17 U.S.C. 401 or 402 and acknowledgment of Government sponsorship (including contract number) to the data when delivered to the Government, as well as when the data are published or deposited for registration as a published work in the U.S. Copyright Office. The Contractor grants to the Government, and others acting on its behalf, a paid-up, nonexclusive, irrevocable, worldwide license for all delivered data to reproduce, prepare derivative works, distribute copies to the public, and perform publicly and display publicly, by or on behalf of the Government. (ii) If the Government desires to obtain copyright in data first produced in the performance of this contract and permission has not been granted as set forth in paragraph (c)(1)(i) of this clause, the Contracting Officer shall direct the Contractor to assign (with or without registration), or obtain the assignment of, the copyright to the Government or its designated assignee.

(2) *Data not first produced in the performance of this contract.* The Contractor shall not, without prior written permission of the Contracting Officer, incorporate in data delivered under this contract any data not first produced in the performance of this contract and that contain the copyright notice of 17 U.S.C. 401 or 402, unless the Contractor identifies such data and grants to the Government, or acquires on its behalf, a license of the same scope as set forth in paragraph (c)(1) of this clause.

(d) *Release and use restrictions.* Except as otherwise specifically provided for in this contract, the Contractor shall not use, release, reproduce, distribute, or publish any data first produced in the performance of this contract, nor authorize others to do so, without written permission of the Contracting Officer.

(e) *Indemnity.* The Contractor shall indemnify the Government and its officers, agents, and employees acting for the Government against any liability, including costs and expenses, incurred as the result of the violation of trade secrets, copyrights, or right of privacy or publicity, arising out of the creation, delivery, publication, or use of any data furnished under this contract; or any libelous or other unlawful matter contained in such data. The provisions of this paragraph do not apply unless the Government provides notice to the Contractor as soon as practicable of any claim or suit, affords the Contractor an opportunity under applicable laws, rules, or regulations to participate in the defense of the claim or suit, and obtains the Contractor's consent to the settlement of any claim or suit other than as required by final decree of a court of competent jurisdiction; and these provisions do not apply to material furnished to the Contractor by the Government and incorporated in data to which this clause applies. (End of clause)

**I-2.12 HHSAR 352.203-70 Anti-Lobbying (Dec 2015)**
Pursuant to the HHS annual appropriations acts, except for normal and recognized executive-legislative relationships, the Contractor shall not use any HHS contract funds for:

(a) Publicity or propaganda purposes;

(b) The preparation, distribution, or use of any kit, pamphlet, booklet, publication, electronic communication, radio, television, or video presentation designed to support or defeat the enactment of legislation before the Congress or any State or local legislature or legislative body, except in presentation to the Congress or any state or local legislature itself; or designed to support or defeat any proposed or pending regulation, administrative action, or order issued by the executive branch of any state or local government, except in presentation to the executive branch of any state or local government itself; or

(c) Payment of salary or expenses of the Contractor, or any agent acting for the Contractor, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before the Congress or any state government, state legislature or local legislature or legislative body, other than for normal and recognized executive-legislative relationships or participation by an agency or officer of a state, local, or tribal government in policymaking and administrative processes

within the executive branch of that government.
(d) The prohibitions in subsections (a), (b), and (c) above shall include any activity to advocate or promote any proposed, pending, or future federal, state, or local tax increase, or any proposed, pending, or future requirement for, or restriction on, any legal consumer product, including its sale or marketing, including, but not limited to, the advocacy or promotion of gun control.
(End of clause)

**I-2.13 HHSAR 352.208-70 Printing and Duplication (Dec 2015)**
(a) Unless otherwise specified in this contract, no printing by the Contractor or any subcontractor is authorized under this contract. All printing required must be performed by the Government Printing Office except as authorized by the Contracting Officer. The Contractor shall submit camera-ready copies to the Contracting Officer's Representative (COR). The terms "printing" and "duplicating/copying" are defined in the Government Printing and Binding Regulations of the Joint Committee on Printing.
(b) If necessary for performance of the contract, the Contractor may duplicate or copy less than 5,000 production units of only one page, or less than 25,000 production units in aggregate of multiple pages for the use of a department or agency. A production unit is defined as one sheet, size 8.5 x 11 inches, one side only, and one color. The pages may not exceed a maximum image size of 103/4by 141/4inches. This page limit applies to each printing requirement and not for all printing requirements under the entire contract.
(c) Approval for all printing, as well as duplicating/copying in excess of the stated limits, shall be obtained from the COR who will consult with the designated publishing services office and provide direction to the contractor. The cost of any unauthorized printing or duplicating/copying under this contract will be considered an unallowable cost for which the Contractor will not be reimbursed.
(End of clause)

**I-2.14 HHSAR 352.222-70 Contractor Cooperation in Equal Employment Opportunity Investigations (Dec 2015)**
(a) In addition to complying with the clause at FAR 52.222-26, Equal Opportunity, the Contractor shall, in good faith, cooperate with the Department of Health and Human Services (Agency) in investigations of Equal Employment Opportunity (EEO) complaints processed pursuant to 29 CFR part 1614. For purposes of this clause, the following definitions apply:
    (1) Complaint means a formal or informal complaint that has been lodged with Agency management, Agency EEO officials, the Equal Employment Opportunity Commission (EEOC), or a court of competent jurisdiction.
    (2) Contractor employee means all current Contractor employees who work or worked under this contract. The term also includes current employees of subcontractors who work or worked under this contract. In the case of Contractor and subcontractor employees, who worked under this contract, but who are no longer employed by the Contractor or subcontractor, or who have been assigned to another entity within the Contractor's or subcontractor's organization, the Contractor shall provide the Agency with that employee's last known mailing address, email address, and telephone number, if that employee has been identified as a witness in an EEO complaint or investigation.
    (3) Good faith cooperation cited in paragraph (a) includes, but is not limited to, making Contractor employees available for:
        (i) Formal and informal interviews by EEO counselors or other Agency officials processing EEO complaints;
        (ii) Formal or informal interviews by EEO investigators charged with investigating complaints of unlawful discrimination filed by Federal employees;
        (iii) Reviewing and signing appropriate affidavits or declarations summarizing statements provided by such Contractor employees during the course of EEO investigations;
        (iv) Producing documents requested by EEO counselors, EEO investigators, Agency employees, or the EEOC in connection with a pending EEO complaint; and
        (v) Preparing for and providing testimony in depositions or in hearings before the MSPB, EEOC and U.S. District Court.
(b) The Contractor shall include the provisions of this clause in all subcontract solicitations

and subcontracts awarded at any tier under this contract.

(c) Failure on the part of the Contractor or its subcontractors to comply with the terms of this clause may be grounds for the Contracting Officer to terminate this contract for default.

(End of Clause)

**Section J – {RESERVED}**

<div style="border:1px solid black">

**Attachment 2**
**UW Research Subaward Agreement**
**Special Terms and Conditions**

</div>

**1) Subrecipient Insurance and Proof of Coverage.** Subrecipient agrees to maintain during the term of this Agreement comprehensive general liability and professional insurance coverage with limits of not less than $1 million per occurrence and $3 million annual aggregate (or an equivalent program of self-insurance satisfactory to UW). Upon UW's request, Subrecipient will provide UW proof of insurance or loss coverage required under the terms of this Agreement. In addition, Subrecipient agrees to notify UW in writing in the event of a material modification or change in such coverage.

**2) Governing Law, Jurisdiction and Venue.** This Subaward shall be governed by and enforced according to the laws of the State of Washington and the United States, without giving effect to its or any other jurisdiction's choice of law provisions. The Superior Court of Washington for King County shall have exclusive jurisdiction and venue of all disputes arising under this Agreement, except that in any case where the courts of the United States shall have exclusive jurisdiction over the subject matter of the dispute, the United States District Court for the Western District of Washington, Seattle division, shall have exclusive jurisdiction and venue.

**3) Responsibility.** Each Party shall be responsible for its negligent acts or omissions and the negligent acts or omission of its employees, officers, or director's, to the extent allowed by law.

**4) Limitation of Damages.** In no event shall either party be liable to the other party for any claims by the other party for indirect, incidental, consequential, special, punitive, or exemplary damages, including lost profits, arising or alleged to arise from this Agreement, its breach, or the transactions contemplated herein, however caused, under any theory of liability.

**5) Copyrights.** Subrecipient ___ grants / _X_ shall grant (check one) to UW an irrevocable, royalty-free, non-transferable, non-exclusive right and license to use, reproduce, make derivative works, display, and perform publicly any copyrights or copyrighted material (including any computer software and its documentation and/or databases) first developed and delivered under this Subaward Agreement solely for the purpose of and only to the extent required to meet UW's obligations under UW's Prime Award.

**6) Data Rights.** Subrecipient grants to UW the right to use data created by Subrecipient in the performance of this Subaward Agreement solely for the purpose of and only to the extent required to meet UW's obligations under UW's Prime Award.

**7) Automatic Carry Forward:** [___] Yes  [X] No
(If No, Carry Forward requests must be sent to UW's Administrative and Principal Investigator contact, as shown in Attachment 3A).

**8) Promoting Objectivity in Research:** Subrecipient certifies that it has implemented and is in compliance with a financial conflict of interest policy that complies with 42 CFR Part 50 Subpart F, as may be amended from time to time. Subrecipient shall report any financial conflict of interest to UW's Administrative Contact, as designated on Attachment 3A. At UW's request, Subrecipient will provide information about how it identified, managed, reduced or eliminated conflicts of interest. UW shall provide Subrecipient with a copy of notifications sent to the funding agency that involved Subrecipient Investigator under this Agreement.

9) **Human Subjects Protections:** Subrecipient will comply with all applicable regulations, laws, and policies regarding human subjects protections.  Subrecipient shall provide UW copies of IRB approval letter. No obligations may be made against Federal funds for any research involving human subjects prior to IRB approval.

**Attachment 3A**

Research Subaward Agreement

Subaward Number: _____

| Pass-through Entity Contacts |
|---|

## Pass-through Entity

Name:

Address:

City:                                          State: _____      Zip Code: _____

## Pass-through Entity's Administrative Contact

Name:

Address:

City:                                          State: _____      Zip Code: _____

Telephone:                                    Fax:

E-mail: _____

## Pass-through Entity's Principal Investigator

Name:

Address:

City:                                          State: _____      Zip Code: _____

Telephone:                                    Fax:

E-mail:

## Pass-through Entity's Financial Contact

Name:

Address:

City:                                          State: _____      Zip Code: _____

Telephone:                                    Fax:

E-mail:

## Pass-through Entity's Authorized Official

Name:

Address:

City:                                          State: _____      Zip Code: _____

Telephone:                                    Fax:

E-mail:

FDP Version 02.20.2015

**Attachment 3B**

Subaward Number:

Research Subaward Agreement

**Subrecipient Contacts**

## Subrecipient Place of Performance

Name:

Address:

City:                                                                    State:            Zip Code + 4:
                                                                                          (Look up)

EIN No.:                          Institution Type:

Is Subrecipient currently registered in SAM.gov?          Yes          No

DUNS No.:              UEI (Unique Entity Identifier):                  Congressional District:        Congressional District:

## Subrecipient Administrative Contact

Name:

Address:

City:                                                                    State:            Zip Code:

Telephone:                                                    Fax:

E-mail:

## Subrecipient Principal Investigator (PI)

Name:

Address:

City:                                                                    State:            Zip Code + 4:

Telephone:                                                    Fax:

E-mail:

## Subrecipient Financial Contact

Name:

Address:

City:                                                                    State:            Zip Code:

Telephone:                                                    Fax:

E-mail:

## Subrecipient Authorized Official

Name:

Address:

City:                                                                    State:            Zip Code:

Telephone:                                                    Fax:

E-mail:

## Attachment 3B Page 2
Research Subaward Agreement
### Highest Compensated Officers

Subaward Number:

## Subrecipient

Name:

PI:

Is Subrecipient exempt from reporting compensation? _____ Yes _____ No

Subrecipient is **not** exempt from reporting executive compensation if:
1)    The Subrecipient received 80 percent or more of its annual gross revenues in Federal awards in the preceding fiscal year; **and**
2)    The Subrecipient received $25,000,000 or more in annual gross revenues from Federal awards; **and**
3)    The public does not have access to this information about the compensation of the senior executives of the entity through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C.§§78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. See FFATA § 2(b)(1) Internal Revenue Code of 1986.

## Highest Compensated Officers

Officer 1 Name

Officer 1 Compensation

Officer 2 Name

Officer 2 Compensation

Officer 3 Name

Officer 3 Compensation

Officer 4 Name

Officer 4 Compensation

Officer 5 Name

Officer 5 Compensation

---

**Attachment 4**
Research Subaward Agreement
Reporting Requirements

---

Prime Recipient will check all that apply that the Subrecipient will agree to:

☐ A Final technical/progress report will be submitted to the Prime Recipient's
identified in Attachment 3 within                    days after the end of the period of performance.

☐ Monthly technical/progress reports will be submitted to the Prime Recipient's
identified in Attachment 3, within                    days of the end of the month.

☐ Quarterly technical/progress reports will be submitted within thirty (30) days after the end of each project quarter
to the Prime Recipient's                         identified in Attachment 3.

☐ Technical/progress reports on the project as may be required by Prime Recipient's
in order that Prime Recipient may be able to satisfy its reporting obligations to the Awarding Agency.

☐ Annual technical /progress reports will be submitted within                    days prior to the end of each project
period to the Prime  Recipient's                         identified in Attachment 3.  Such report shall also
include a detailed budget for the next budget period, updated Other Support for key personnel, certification of
appropriate education in the conduct of human subject research of any new key personnel, and annual IRB or
IACUC approval, if applicable.

☐ In accordance with 37 CFR 401.14, Subrecipient agrees to notify UW's                         identified in
Attachment 3A within                    days after Subrecipient's inventor discloses invention(s) in writing to
Subrecipient's personnel responsible for patent matters.  The Subrecipient will submit a final invention report
using Awarding Agency specific forms to the UW's                         identified in Attachment 3A within
60 days of the end of the period of performance so that it may be included with the UW's final
invention report to the Awarding Agency.   A negative report         is         is not required.

A Certification of Completion, in accordance with 2 CFR 200.201(b)(3), will be submitted within                    days
after the end of the project period to the Prime  Recipient's                         identified in
Attachment 3 (for Fixed Price subawards only.)

Property Inventory Report; frequency, type, and submission instructions listed here and only to be used
when required by UW Award

---

Other Special Reporting Requirements

**ATTACHMENT 5**
Research Subaward Agreement
**STATEMENT OF WORK**

**If award is FFATA eligible and SOW exceeds 4000 characters, include a *Subrecipient Federal Award Project Description***

**Statement of Work:**

1. Use local and regional data to expand syphilis POCT in the communities that are historically underserved and experience greater rates of STI/HIV infections.

2. Engage a STI/HIV syndemic collaborative community action group to help guide the implementation of syphilis POCT and to facilitate collaboration between healthcare providers, public health staff, and community partners.

3. Continue to build syndemic approach to HIV/STI prevention.

4. Provide robust data collection and reporting of defined metrics to University of Washington for the STI IRC projects.

**ATTACHMENT 5**

Cost Reimbursement Research Subaward Agreement

**Budget**

|  |  |
|---|---|
| Direct Costs | $179,127 |

Indirect Cost Rate (IDC) of 19.90%    ☐ TDC    ☐ MTDC    ☒ Other

| Indirect Costs | $31,624 |
|---|---|

De Minimis rate applied? ☐    (Check if YES)

| TOTAL COSTS | $210,751 |
|---|---|

| | |
|---|---|
| Salaries | $128,101 |
| Employee Benefits | $30,816 |
| Allocated Facility Costs | $15,810 |
| Incentives | $900 |
| Technology & Supplies | $3,500 |
| Other Direct Costs | $0 |
| Total Direct Costs | $179,127 |
| Indirect Cost 19.9%* | $31,624 |
| **GRAND TOTAL** | **$210,751** |

*Indirect costs at 19.9% in accordance with Subrecipients negotiated rate agreement dated 10/8/2024. Indirect costs are those that have been incurred for common or joint objectives and cannot be readily identified with a particular final cost objective. The Center's Negotiated Indirect Cost Rate Agreement (NICRA) allows a 19.90% rate applied to total personnel costs (salaries + benefits). Indirect costs do not include facilities costs but are attributed to salaries and other costs related to the Center's administrative departments that directly support the Legal Department, including Executive Office, Human Resources, Finance, Information Technology Services, and Volunteer Resources.