# ORDER FOR SUPPLIES OR SERVICES

| | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 30 |

**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. *(If any)* | 6. SHIP TO: | | |
|---|---|---|---|---|
| 09/23/2024 | 75D30123D15973 | a. NAME OF CONSIGNEE | | |
| **3. ORDER NO.** | **4. REQUISITION/REFERENCE NO.** | CDC (NCHHSTP/DSTDP) | | |
| 75D30124F00002 | 000HCKC1-2024-90161 | b. STREET ADDRESS | | |

**5. ISSUING OFFICE** *(Address correspondence to)*
Centers for Disease Control and Prevention (CDC)
Office of Acquisition Services (OAS)
2900 Woodcock Blvd, MS TCU-4
Atlanta, GA 30341-4004

12 Corporate Square

| c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|
| Atlanta | GA | 30329-1909 |

**7. TO:**

f. SHIP VIA

**a. NAME OF CONTRACTOR**
UNIVERSITY OF WASHINGTON

UEI: HD1WMN6945W6

**8. TYPE OF ORDER**

**b. COMPANY NAME**

☐ a. PURCHASE
REFERENCE YOUR:

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

☐ b. DELIVERY

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**c. STREET ADDRESS**
4333 BROOKLYN AVE NE

| d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|
| SEATTLE | WA | 98195- |

| 9. ACCOUNTING AND APPROPRIATION DATA | 10. REQUISITIONING OFFICE |
|---|---|
| See Section B | HCKC1 |

**11. BUSINESS CLASSIFICATION** *(Check appropriate box(es))*

☐ a. SMALL   ☒ b. OTHER THAN SMALL   ☐ c. DISADVANTAGED   ☐ d. WOMEN-OWNED

| 12. F.O.B. POINT | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)* | 16. DISCOUNT TERMS |
|---|---|---|---|
| Destination | | 09/29/2025 | Net 30 Days |
| **13. PLACE OF** | | | |
| a. INSPECTION | b. ACCEPTANCE | | |

## 17. SCHEDULE *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | **Contracting Officer Representative:** Tricia Martin; 404-536-0138; plh6@cdc.gov | | | | | |
| | **Contracting Officer/Specialist:** Stephanie Reid; 412-386-6817; Qsi5@cdc.gov Mark Wirtz; 770-488-3893; Mag8@cdc.gov | | | | | |
| | **Contractor POC:** Matthew Golden; 206-744-6829 golden@uw.edu | | | | | |

| | 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | | |
|---|---|---|---|---|---|
| *SEE BILLING INSTRUCTIONS ON REVERSE* | **21. MAIL INVOICE TO:** | | | $1,199,756.00 ◄ | **17(h) TOT.** *(Cont. pages)* |
| | a. NAME Centers for Disease Control and Prevention (FMO) | | | | |
| | b. STREET ADDRESS *(or P.O. Box)* PO Box 15580 404-718-8100 | | | | **17(i) GRAND TOTAL** |
| | c. CITY Atlanta | d. STATE GA | e. ZIP CODE 303330080 | $6,992,715.00 | |

| 22.  UNITED STATES OF AMERICA *(Signature)* ► | 23. NAME *(Typed)* Stephanie Reid |
|---|---|
| | TITLE: CONTRACTING/ORDERING OFFICER |

NSN 7540-01-152-8083
PREVIOUS EDITION NOT USABLE

**OPTIONAL FORM 347** (REV. 6/95)
Prescribed by GSA/FAR 48 CFR 53.213(e)

## SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS

**Base Period Items:**

| ITEM | SUPPLIES / SERVICES | QTY / UNIT | UNIT PRICE | EXTENDED PRICE |
|------|---------------------|------------|------------|----------------|
| 0001 | Doxy PEP Study Service Includes Performance Work Statement (PWS) Tasks 1-4<br><br>FFP<br>Severable Service<br><br>Period of Performance:<br>30 SEP 2024 - 29 SEP 2025 | 12 Months | $97,647.16 | $1,171,766.00 |
| | Line(s) Of Accounting:<br>9390FDW 2513 2024  75-24-0120<br>1000551101 **$1,171,766.00** | | | |
| 0002 | Base Travel<br>Travel shall be reimbursed at actual cost only and performed in accordance with the Federal Travel Regulations. In accordance with the PWS<br><br>FFP<br>Severable<br><br>Period of Performance:<br>30 SEP 2024 - 29 SEP 2025 | 1 Lot | $27,990.00 | $27,990.00 NTE |
| | Line(s) Of Accounting:<br>9390FDW 2102 2024  75-24-0120<br>1000551101 **$27,990.00** | | | |

Total Base Value: $1,199,756.00

**Option Period 1 Items:**

| ITEM | SUPPLIES / SERVICES | QTY / UNIT | UNIT PRICE | EXTENDED PRICE |
|------|---------------------|------------|------------|----------------|
| 1001 | Option 1 Doxy PEP Study Service Includes Performance Work Statement (PWS) Task 5 and first stage of Task 6<br><br>FFP<br>Severable Service<br><br>Period of Performance:<br>30 SEP 2025- 29 SEP 2026 | 12 Months | $239,162.25 | $2,869,947.00 |
| 1002 | Option 1 Travel<br>Travel shall be reimbursed at actual cost only and performed in accordance with the Federal Travel Regulations. In accordance with the PWS<br><br>FFP<br>Severable<br><br>Period of Performance:<br>30 SEP 2025 - 29 SEP 2026 | 1 Lot | $27,990.00 | $27,990.00 NTE |

Total Option Period 1 Value: $2,897,937.00

**Option Period 2 Items:**

| ITEM | SUPPLIES / SERVICES | QTY / UNIT | UNIT PRICE | EXTENDED PRICE |
|------|---------------------|-----------|-----------|----------------|
| 2001 | Option 2 Doxy PEP Study Service Includes Performance Work Statement (PWS) Task 6 second stage and Task 7<br><br>FFP<br>Severable Service<br><br>Period of Performance:<br>30 SEP 2026 - 29 SEP 2027 | 12 Months | $238,919.33 | $2,867,032.00 |
| 2002 | Option 2 Travel<br>Travel shall be reimbursed at actual cost only and performed in accordance with the Federal Travel Regulations. In accordance with the PWS<br><br>FFP<br>Severable<br><br>Period of Performance:<br>30 SEP 2026 - 29 SEP 2027 | 1 Lot | $27,990.00 | $27,990.00 NTE |

Total Option Period 2 Value: $2,895,022.00
Total Task Order Value: $6,992,715.00

"The Services contemplated under this contract are considered to be an "Other Function" as defined by the Office of Federal Procurement Policy in OFPP letter 11-01 and by HHS in Acquisition Policy Memorandum 2012-01"

**B.1 Schedule for Performance-Based Payments**
CLINs 0001, 1001, 2001 Monthly Payments:
- Amount: $97,647.16 (Base Period)
      $239,162.25 (Option Period 1, CLIN 1001)
      $238,919.33 (Option Period 2, CLIN 2001)
- Authorization: Payments are made in arrears, contingent upon receipt of monthly progress and enrollment reports.

Option Periods:
- Invoicing: Follow the same procedures as the base period.
- Payments: 12 equal payments totaling the extended price for the period.

Travel Expenses:
- Invoicing: Actual costs, invoiced in arrears.

**B.2  Type of Contract**
This is a firm-fixed-price task order.

**B.3  Type of Service**
The services provided under this order are determined to be severable in nature.

**SECTION C - PERFORMANCE WORK STATEMENT**

**Title:** DOXYCYCLINE POST-EXPOSURE PROPHYLAXIS IMPLEMENTATION STUDY

**Period of performance of this contract is:** SEPTEMBER 30, 2024, to SEPTEMBER 29, 2027
**Base Period:** SEPTEMBER 30, 2024, to SEPTEMBER 29, 2025
**Option Period 1:** SEPTEMBER 30, 2025, to SEPTEMBER 29, 2026
**Option Period 2:** SEPTEMBER 30, 2026, to SEPTEMBER 29, 2027

**SECTION 1 – BACKGROUND**

The Division of STD Prevention (DSTDP) has an immediate need to support innovative research to increase the impact of interventions in sexually transmitted infection (STI) prevention and control. DSTDP's approach to innovations includes the construction of the STI Impact Research Consortium (STIIRC). The purpose of the STIIRC is to increase the impact of disease intervention services and health equity through testing innovative strategies and tool and implementing effective approaches at population scale.

These approaches include selection, implementation, and testing of interventions to increase impact through improving the efficacy, effectiveness and efficiency of public health disease intervention services pertaining to the detection, mitigation, and prevention of onward transmission of STI. Moreover, interventions should be tested in contextually relevant settings aimed at preventing STI associated with substantial community morbidity. Therefore, implementation science should guide the most effective mix of interventions implemented with the most effective methods within intervention settings, considering other community prevention and control efforts and the broader context of community or population norms and behaviors.

Research conducted via this task order is intended to evaluate the impact of STI prevention combination packages in the framework of a hybrid type 3 implementation study with clinical and implementation science components.[1, 2] (See Section 9 for references.)

Authority to conduct this research derives from the American Rescue Plan Act (2021).

**SECTION 2 – PURPOSE/OBJECTIVE**

The Division of STD Prevention, of the National Center for HIV, Viral Hepatitis, STD, and TB Prevention (DSTDP/NCHHSTP) in the Centers for Disease Control and Prevention has a requirement to conduct a **Hybrid Type 3 Study** to support the purpose of the STIIRC in increasing health equity and STI prevention impact via population-focused implementation science. Hybrid Type 3 studies assess effects of an implementation strategy for an intervention with demonstrated efficacy while collecting clinical outcomes associated with the implementation approach.[1, 2] CDC will consider proposals that fall under the definitions of Hybrid Type 3 designs.

The primary objectives for this task order are to:
- Implement provision and assure use of doxycycline post-exposure prophylaxis (doxy PEP) for gay, bisexual and other men who have sex with men (GBMSM) as a STI prevention measure
- Assess eligibility for, and provide as indicated, vaccination (e.g., Mpox, Hepatitis B, MenACWY).

The primary outcomes are:
- Greater provision of high-quality STI/HIV prevention services in priority populations reached with high-quality STI/HIV prevention services
  - Increased use of doxy PEP in GBMSM and TGW, particularly among people with HIV, people prescribed or eligible for HIV PrEP, and/or people attending STI clinics.
- Increased overall doxy PEP provision in priority areas
- Reduced STI (absolute numbers or incidence rate) in priority populations
- Cost-effectiveness estimates for implementation strategies

A more detailed description of outcomes may be found in Section 3, Table 1.

**Task Areas**
This RFTOP addresses the following Task Areas in the STIIRC IDIQ:

1. *Service delivery research: prevention content.* Research, including clinical trials, to develop, test and implement interventions that include efficacious STI prevention content, including STI treatment options, vaccination, biomedical and socio-behavioral interventions, and management of comorbid factors.

2. *Service delivery research: prevention methods.* Research to develop, test and implement interventions to increase access to, and efficient use of, STI services, including home testing, specimen collection and other "out of clinic" models, express visit models, telehealth models, and collaborative networks at different levels of clinical and prevention capacity.

3. *Diagnostics research.* Research into new STD diagnostic approaches to develop, test and implement diagnostic tools that increase the proportion of infected persons tested and diagnosed; clinical trials of new diagnostic tools and methods; implementation research to increase use of efficacious and effective diagnostic tools.

**SECTION 3 – SCOPE OF WORK**
The scope of this task order is to design and conduct a Hybrid Type 3 study to implement doxycycline post-exposure prophylaxis (Doxy PEP) in gay, bisexual, and other men who have sex with men (GBMSM), a population for which there exists recommendations in the use of Doxy PEP on the basis of demonstrated efficacy of the Doxy PEP in STI prevention.[3, 4, 5]

Implementation settings will be located in the District of Columbia (DC) and in states identified by HHS as high-priority locations for syphilis prevention, these are: Arizona, Arkansas, California, Florida, Georgia, Louisiana, Mississippi, New Mexico, New York, Ohio, Oklahoma, South Dakota, and Texas.  The contractor shall propose implementation sites within **4 – 7** of these locations, providing evidence that these sites are in high STI/HIV prevalence or incidence settings for each proposed choice. Populations of particular interest are GBMSM living with HIV, GBMSM on or eligible for HIV PrEP, and GBMSM attending STD (or equivalent) clinics.

Interventions will encompass a syndemic approach and be integrated into comprehensive sexual health services appropriate to the care situation and include linkage to other pertinent services such as substance use treatment, mental health, primary or pregnancy prevention care, and social/behavioral services. These approaches include selection, implementation, and piloting of interventions to increase impact through improved efficacy and effectiveness of public health disease intervention services pertaining to the detection, mitigation, and prevention of onward transmission of HIV/STI.  Implementation approaches would also use doxy PEP/vaccination, and any other encounters to facilitate entry and retention for HIV PrEP and ART. The contractor shall propose a research plan to operationalize these approaches and evaluate outcomes that shall include (but do not have to be limited to) the outcomes described in Table 1 and incorporate the staged approach described in the paragraphs immediately following. In other respects, the contractor may propose any research approach that meets Hybrid 3 criteria.[1, 2]

The contractor should include a two-staged approach to allow rapid uptake in settings where conditions permit rapid implementation, while working to implement community-driven approaches that may require more time to implement in a second stage. This staged approach will allow sites that can more easily incorporate doxy PEP and vaccination interventions to begin screening and implementing rapidly and subsequently expand to settings that allow for sufficient intervention coverage to achieve population impact and equity. The contractor should therefore construct a community action board (Task 3) to enable community-driven approaches for successful implementation research in Stage 2 and at a minimum provide input into Stage 1. Subsequently, the contractor, working with CDC investigators and the STIIRC data coordinating center, will finalize research protocols (Task 4) and initiate data collection for the studies (Tasks 5 and 6). Elements of formative data collection the contractors proposes that do not require individual-level data collection (e.g., area-level social determinnts, STI rates) may begin prior to formal finalization of resaaerch protocols with approval from CDC.

Table 2 (Section 9) provides details on the staged approach, measurable outcomes, and timelines across the project. Stage 1 will focus on implementation in settings with the capacity and infrastructure for rapid implementation and with services already used by the priority populations, which may include SAMHSA substance use treatment and/or harm reduction programs and HRSA-associated clinics and sites. The goal is to achieve a rapid increase in coverage and uptake, measurable within the first year, along with measurement of cost data to enable cost-effectiveness estimates.

Stage 2 will focus on expanding coverage through community-driven input to expand uptake by implementing in sites and collaborating with partners beyond those identified for Stage 1. "Community action groups" specific to implementation locations will serve as a means of organizing and synthesizing recommendations that reflect community input and are science-based. Thus, the basic approach is to collaboratively design, implement, and evaluate prevention approaches incorporating doxy PEP, and vaccination. Across Stages 1 and 2, data collection shall include cost data for cost-effectiveness analyses and resource allocation models. The contractor shall assure the dissemination of findings to the relevant communities (Task 7) and in scientific outlets (Task 8).

**Table 1**

| Primary Process and Outcome Measures | Associated EHE Core Indicators |
|---|---|
| **Process measures applicable to all populations**<br>o Number and proportion of eligible persons offered and accepting HIV/STI testing (and treated or linked to care as indicated)<br>o Number and proportion of eligible persons with HIV ascertained for HIV care and (re)linked as needed<br>o Number and proportion of eligible persons ascertained for social services and (re)linked as indicated<br>o Cost data for each step of implementation strategy, including materials, labor and separating research from programmatic costs of intervention | Knowledge of Status<br><br>HIV and STI Diagnoses<br><br>Linkage to Care<br><br>PrEP Coverage<br><br>HIV Incidence<br><br>Viral Suppression |
| **Doxy PEP process measures**<br>o Number of clinics and other settings offering doxy PEP<br>▪ Estimated proportion of eligible population with access to doxy PEP via all settings<br>o Doxy PEP medications and prescriptions dispensed<br>▪ Estimated proportion of eligible population reached with doxy PEP<br>o STI-related vaccinations provided (e.g., Mpox, MenB4BC, hepatitis)<br>▪ Estimated proportion of eligible population receiving vaccinations<br>o | |
| **Structural process measures**<br>o Estimated proportion of eligible service providers offering doxy PEP in each jurisdiction (measures service coverage)<br>o Estimated proportion of non-clinical service organizations engaged in and sustaining effectively implemented prevention services (associated with both doxy PEP and POCT implementation) | |
| **Morbidity outcomes**<br>o Reduced syphilis rates in areas where doxy PEP is offered in each jurisdiction<br>▪ Reduced rates of gonorrhea and chlamydial infection<br>▪ Measure joint effects on rates in jurisdictions implementing | |

| | |
|---|---|
| POCT as well as doxy PEP | |
| **Structural Outcomes**<br>• Increased community engagement, partnership, and ownership in HIV/STI prevention models<br>• Increased capacity in HIV workforce, including in organizations with racially and ethnically diverse composition<br>• Effectiveness of a Community Action Board in facilitating community-driven implementation research | |
| **Implementation Practice Outcomes**<br>• Guidance, toolkits, implementation algorithms, communication models, policy analyses and similar documents that enable:<br>  o  Sustained practice in implementation sites<br>  o  Scalability and portability beyond implementation sites<br>  o  Cost data and cost-effectiveness analyses<br>  o  Resource allocation models | Knowledge of Status<br>Diagnoses<br>Linkage to Care<br>PrEP Coverage |

**SECTION 4 – TASKS TO BE PERFORMED**
Tasks 4 through 7 shall be performed in collaboration or coordination with the STIIRC Data Coordination Centers (DCC) consistent with their roles and responsibilities specified in TO 0001 under the STIIRC IDIQ.

**Task 1:** Organize and conduct a meeting with the CDC Contracting Officer's Representative (COR), Contracting Officer (CO) and other relevant CDC staff as designated by CDC. Contractor shall provide an agenda and a meeting report.
**Task 2:** Maintain consistent communication with CDC COR and other CDC staff as designated by CDC via weekly meetings (Teams or Zoom).  Contractor shall provide agendas and meeting summaries.
**Task 3:** Form a Community Action Board (CAB) to provide input into research goals and approaches. CDC shall review and approve the final membership and organizational structure of CABs.
1. The CAB shall include, although need not be limited to, community members from populations that constitute the focus of prevention research efforts and from organizations that provide or facilitate services for such populations.
2. The CAB shall meet on a regular basis as determined by the contractor, but not less frequently than quarterly (4x year).
3. *If the contractor has (a) established a CAB as a requirement from another task order issued under the STIIRC IDIQ or (b) has access to an existing CAB operated in the intervention catchment areas, that CAB may be used to fulfill the requirements in this RFTOP if that CAB meets Task 3, part 1 requirements for this RFTOP.*

**Task 4:** Finalize design of a Hybrid 3 implementation study or studies per the parameters named in the Scope of Work (Section 3), to include selection and plans to implement Doxy PEP, formative research to guide selection, methodological and statistical approaches, power calculations as appropriate, and management of regulatory requirements. Sub-elements of Task 4 are expected to occur in parallel. Draft plans shall be delivered to CDC for review and approval.
1. Consult with STIIRC DCC as per their requirements in Tasks 3 – 5 in TO 0001 of the STIIRC IDIQ. Consultation *may* include:
    a. Methodological approaches, including protocol development
    b. Statistical considerations
    c. Data safety monitoring
    d. Data management plans
2. Design formative research approach, including qualitative, quantitative and mixed methods approaches as needed. Contractor shall have broad scope for formative approaches but shall include assessment of area-level social determinants as well as community or focus population behaviors, norms and attitudes related

to intervention goals.
3. Design trial condition intervention content and implementation strategies according to principles for the Hybrid 3 study.
4. Design evaluation plan for interventions and their impact on focus population(s) morbidity and quality of service delivery.
5. Assure IRB, OMB and other regulatory requirements are met.
6. Design a cost collection plan to permit cost-effectiveness analyses.
7. Coordinate design and data elements with any other STIIRC contractors awarded a contract such that an appropriate pool of common data elements is collected at all sites where Doxy PEP is implemented. CDC notes contractors may also propose data elements specific to the distinct conditions at each implementation site.

**Task 5:** Conduct formative research per the design and approaches finalized in Task 4. Contractor shall use formative data to inform trial conduct throughout the implementation phase of the trial.

**Task 6:** Implement Hybrid 3 study. Sub-elements of Task 6 may occur in parallel.
1. Implement randomization scheme and initiate interventions according to research protocols established in Task 4.
   a. Measure, monthly, enrollment (individual-level designs) or number of focus population members exposed to intervention (cluster-randomized designs)
   b. Monitor trial progress through process and preliminary outcome measurement as appropriate to trial design
2. Initiate and continue implementation strategies according to research protocols established in Task 4.
3. Coordinate with DCC on research study coordination across implementation sites, including coordination with other contractors implementing doxy PEP.
4. Coordinate with the DCC on quality assurance approaches.
5. Collaborate with DCC on data management approaches, including the transmission of data to the DCC pursuant to the DCC's responsibilities outlined in TO 0001.
6. Provide trial progress reports, including enrollment numbers as appropriate, to CDC on a schedule to be determined by CDC (but not more frequently than monthly and not less frequently than quarterly).

**Task 7:** Prepare a plan to share results, implications for the health and health equity of the focus population, and any proposals for community or policy action with the focus population and the communities in which they live.
1. Contractor may discharge this responsibility via the CAB if the contractor can demonstrate the dissemination goal of Task 7 is met in this fashion.

**Task 8:** Participate in the preparation of conference abstracts and manuscripts for peer review based on findings from the Hybrid 3 study; specifically lead a minimum of 2 abstracts, 2 manuscripts and participate in preparation of all others.
1. Contractor shall have the option to lead the overall summary paper for any study comprising data from implementation sites operated by that contractor; that is, contractor may provide the lead author for this paper.  If an overall summary paper addresses data from more than one contractor, CDC will facilitate a meeting to establish lead authorship and other authorship roles.
2. CDC expects to co-author all conference abstracts and papers unless CDC specifies otherwise.

## SECTION 5 – GOVERNMENT FURNISHED PROPERTY

The contractor shall furnish all necessary personnel, facilities, supplies and equipment, as appropriate, to accomplish the tasks in this request for task order proposal (RFTOP).

## SECTION 6 – PLACE OF PERFORMANCE AND CONTRACT SUPPORT HOURS

### SUBSECTION A – PLACE OF PERFORMANCE

The contractor shall conduct the work in this task order entirely at their own facilities.

## SECTION 7 – TRAVEL

Travel will be in accordance with / and not to exceed the Federal Travel Regulation rates. Travel costs need to be approved in advance by the COR. The contractor shall be required to provide their travel policy to the Government for review.

Travel does include conferences. Conference Approval Management Systems (CAMS) approval is required in advance of any travel for conferences. If the need for conference travel occurs, the contract will be modified to separately add funding.


**SECTION 8 – DELIVERABLES/REPORTING SCHEDULE**

| Task | Deliverable | Quantity/Format | Due Date | Deliver To |
|------|-------------|-----------------|----------|------------|
| Task 2 | Meeting agendas and summaries. | 1 Word document or email for agendas<br><br>1 Word document for summaries | 24 hours before each scheduled meeting.<br><br>72 hours after each scheduled meeting | CDC COR |
| Task 3 | List of members and charter with roles and responsibilities<br><br>Meeting agendas and minutes | 1 Word document<br><br><br><br>At least 4 Word documents | 24 hours before first CAB meeting<br><br>2 weeks after each meeting | CDC COR |
| Task 4 | DCC Consultation meetings outcomes (agenda and minutes)<br><br>Protocols for trial methods and analysis plans<br><br>Protocols for formative research<br><br>IRB approvals<br><br>OMB packages | 1 Microsoft Word document<br><br>At least 1 Microsoft Word document<br><br>At least 1 Microsoft Word document<br><br>Record of approval (format open)<br><br>Complete documents (format TBD by OMB) | 72 hours after each scheduled meeting<br><br>72 hours after protocols finalized<br><br>72 hours after protocols finalized<br><br>72 hours after receipt of IRB approvals<br><br>72 hours after submission documents finalized | CDC COR |

75D30123D159733  75D30124F000022
Page 10 of 30

| Task | Deliverable | Quantity/Format | Due Date | Deliver To |
|------|-------------|-----------------|----------|------------|
| Task 5 | Progress reports | 1 Microsoft Word document | Monthly | CDC COR |
| | Enrollment reports for individual-level collections | 1 Microsoft Word document | Monthly | |
| | Interim datasets | At least 1 data file | Every 6 months after first data collection | |
| | Final datasets | At least 1 data file | 90 days after final data collection | |
| Task 6 | Enrollment reports | 1 Word document | Monthly | CDC COR |
| | Progress reports (to include data safety monitoring outcomes as appropriate) | 1 Word document | Monthly | |
| | Interim datasets | At least 1 file (R or SAS format) | Every 6 months after first data collection | |
| | Final datasets | At least 1 file (R or SAS format) | 90 days after final data collection | |
| Task 7 | Research community dissemination plan | 1 Word document | 1 week before community dissemination meeting | CDC COR |
| | Community Dissemination Meeting report | 1 Word document, slide set, or audio recording | 4 weeks after meeting | |
| Task 8 | 2 manuscripts for peer-reviewed journals | 2 manuscripts ready for CDC clearance | 120 days post final data collection | CDC COR |
| | 2 abstracts for peer-reviewed conference presentations or posters | 2 abstracts ready for CDC clearance | 120 days post final data collection | |

**SUBSECTION A – PERFORMANCE MATRIX**

| PERFORMANCE OBJECTIVE | STANDARD | PERFORMANCE THRESHOLD ACCEPTABLE QUALITY LEVELS (AQLs) | METHOD OF SURVEILLANCE |
|-----------------------|----------|--------------------------------------------------------|------------------------|
| Overall Contract Management | Contractor maintains high level of quality assurance, reliability, and | COR receives no more than 2 valid complaints per 12 months. | COR & Contracting Officer monitoring; deliverables; and reports |

| PERFORMANCE OBJECTIVE | STANDARD | PERFORMANCE THRESHOLD ACCEPTABLE QUALITY LEVELS (AQLs) | METHOD OF SURVEILLANCE |
|---|---|---|---|
| | completeness of tasks/activities | | |
| Contract Management and Responsiveness | Contractor responds to questions/ concerns from COR and Contracting Officer within a reasonable time | Response time is within a range of an hour up to one day depending on the urgency and complexity. | COR & Contracting Officer monitoring |
| Task 3: The contractor shall constitute a CAB with a charter and regular meeting times. | Written copy of charter and schedule of meeting dates, times and record of discussions. | Meetings are held on regular schedule (no more than one missed meeting per year) | COR & Contracting Officer monitoring; deliverables |
| Task 4: The contractor shall provide protocols, IRB decisions and OMB packages | Complete versions of finalized protocols and OMB packages, records of IRB decisions | Documents are complete and late (> 72 hours) no more than 10% of due dates | COR & Contracting Officer monitoring; deliverables |
| Task 5: The contractor shall provide data files covering all research conducted. | Complete datasets and codebooks in appropriate formats | Datasets are 100% complete with evidence of all quality assurance checks. Codebooks are complete with all variables identified correctly and completely. | COR & Contracting Officer monitoring; deliverables |
| Task 6: The contractor shall provide data files covering all research conducted. | Complete datasets and codebooks in appropriate formats | Datasets are 100% complete with evidence of all quality assurance checks. Codebooks are complete with all variables identified correctly and completely. | COR & Contracting Officer monitoring; deliverables |
| Task 7: The contractor shall provide the community in which the intervention was conducted a summary of results and implications for community action. | Provision of results in a format and standard comprehensible to community members | Meeting(s) record | COR & Contracting Officer monitoring; deliverables |
| Task 8: The contractor shall lead development of 2 manuscripts and 2 conference abstracts. | 2 complete manuscripts formatted for journal submission; 2 conference abstracts formatted for submission. | CDC clears manuscripts and abstracts. | COR & Contracting Officer monitoring; deliverables |

**SECTION 9 – REFERENCE MATERIALS**

1.  Curran GM, et al.  Effectiveness-implementation hybrid designs: Combining elements of clinical effectiveness and implementation research to enhance public health impact. *Med Care* 2012; 50(3): 217–226. Effectiveness-implementation Hybrid Designs - PMC (nih.gov)
2.  Landes SJ, et al. An introduction to effectiveness-implementation hybrid designs. *Psychiatry Res* 2019; 280: 112513. An Introduction to Effectiveness-Implementation Hybrid Designs - PMC (nih.gov).

3.  Luetkemeyer AF, et al. Postexposure doxycycline to prevent bacterial sexually transmitted infections. *New Eng J Med* 2023;388: 1296-1306. Postexposure Doxycycline to Prevent Bacterial Sexually Transmitted Infections - PubMed (nih.gov).
4.  Molina J-M, et al. Post-exposure prophylaxis with doxycycline to prevent sexually transmitted infections in men who have sex with men: an open-label randomised substudy of the ANRS IPERGAY trial. *Lancet Infect Dis* 2018;18: 308-317. Post-exposure prophylaxis with doxycycline to prevent sexually transmitted infections in men who have sex with men: an open-label randomised substudy of the ANRS IPERGAY trial - PubMed (nih.gov)
5.   Bachmann LH, Barbee LA, Chan P, et al. CDC Clinical Guidelines on the Use of Doxycycline Postexposure Prophylaxis for Bacterial Sexually Transmitted Infection Prevention, United States, 2024. MMWR Recomm Rep 2024;73(No. RR-2):1–8. http://dx.doi.org/10.15585/mmwr.rr7302a1

**Table 2: Detailed list of project goals with timeline dated from award date.**

| Project Goals and Timeline | Major Activities | Major Outcomes |
|---|---|---|
| Months 1 – 4 Prepare for Stage 1 implementation | • Conduct area and population-level analyses to establish case for appropriate intervention sites and expanded coverage.<br>• Finalize selection of Stage 1 implementation partners that are ready to implement doxy PEP strategies.<br>• Draft protocols, workflows, and work with existing partners to understand capacity to provide services, including cost of services:<br>  ○ Doxy PEP: filling prescriptions, integration with existing prevention services | • Baseline analysis for STI rates, prevention service provision and usage in priority populations.<br>• Identification of clinics/setting that can implement interventions quickly by assessing service availability and HIV/STI service uptake.<br>• Identification of implementation protocols and tools. |
| **BEGIN STAGE 1 IMPLEMENTATION** | | |
| Months 6 – 15 Conduct Stage 1 implementation study to first endpoint analysis | Conduct data-informed implementation activities (e.g., RE-AIM, CFIR) to integrate doxy PEP into existing prevention and increase their use in the relevant populations. | Activity and data briefs to include:<br>• Priority population demographics (e.g., SOGI, HIV status, PrEP status)<br>• Implementation methods, effects on service availability and uptake, record of changes to implementation and effects (iterative process)<br>• Doxy PEP eligibility and uptake numbers<br>• POCT eligibility, screening, identification, and uptake numbers<br>• Numerator data on EHE indicators.<br>• Interim and preliminary analyses as needed, including cost-effectiveness analyses. |
| Months 3 - 7 Grow community engagement and involvement for Stage 1 feedback and Stage 2 design | Form Community Action Groups to provide input into research (Stage 1), and central points for management and assurance of a community-driven approach to implementation in Stage 2. | Established Community Action Model with data on engagement and involvement in design and operationalization of Stage 2. |
| Months 5 – 12 Prepare for Stage 2 | • Conduct formative activities through or in close cooperation with local organizations engaged with HIV/STI | • Expansion of HIV workforce capacity through network of providers. |

| implementation (doxy PEP) | prevention and care, e.g.:<br>○ Doxy PEP: CBOs, clinics, including STI clinics, other healthcare facilities, jails, pharmacies.<br>• Develop partnerships in conjunction with community expertise (populations and providers). | |
|---|---|---|
| **BEGIN STAGE 2 IMPLEMENTATION: Month 15** | | |
| Months 15 – 30 Conduct Stage 2 implementation study to endpoint analysis | Conduct data-informed implementation activities (e.g., RE-AIM, CFIR) to expand use of doxy PEP and to identify effective implementation approaches that are scalable and demonstrate impact on STI rates and EHE indicators. | Activity and data briefs to include:<br>• Priority population demographics (e.g., SOGI, HIV status, PrEP status)<br>• Implementation approaches and impact including effects on service availability and uptake, record of any changes to implementation and effects on Doxy PEP/POCT eligibility and uptake numbers<br>• Numerator data on EHE indicators.<br>• Proportion of expanded network engaged in implementation and contributions to coverage.<br>• Interim and preliminary analyses as needed, including cost-effectiveness analyses. |
| Months 16 - 18 **Evaluate Stage 1 process and outcomes** | Conduct primary outcome analysis for Stage 1 settings. | Primary outcomes include:<br>• Coverage, identification, and uptake (proportion of eligible populations in Stage 1 settings)<br>• STI outcomes<br>• EHE indicator information<br>• Cost effectiveness of implementation strategies. |
| Months 31 – 35 **Evaluate Stage 2 process and outcomes: doxy PEP** | Conduct primary outcome analyses for Stage 2 settings. May incorporate Stage 1 findings as baseline for Stage 2.<br><br>Analyses for each intervention conducted separately. Conjoint analyses possible if methodologically sound. | **IMPACT ANALYSES:** Primary outcomes include:<br>• Coverage, identification, and uptake (e.g., proportion of eligible populations for doxy PEP across the 14 jurisdictions)<br>• STI outcomes<br>• EHE indicator information<br>• Additional measures on prevention and health equity impact<br>• Cost-effectiveness of implementation strategies |
| Months 31 – 36 Evaluate Stage 2 process and outcomes: Workforce and community | Conduct process and outcome analysis for effectiveness of:<br>• Community action models.<br>• HIV workforce capacity expansion | • Effectiveness of community action models in facilitating prevention and equity impact<br>• Evaluation of state of HIV workforce capacity, to include MCAPP-eligible entities.<br>• Service effects and process analyses |
| Months 31 – 36 Facilitate sustainability, scale-up to other | Create and finalize program implementation toolkits, instructional materials/manuals, and communications/marketing materials in appropriate languages. | • Suite of program-relevant tools for easy adaptation and implementation in new settings and jurisdictions. |

| | | |
|---|---|---|
| jurisdictions | | |
| Months 36 – 48 Complete analyses and disseminate scientific findings | Write manuscripts for publication in scientific journals, prepare abstracts for presentation at scientific and other conferences. | • Manuscripts ready for publication<br>• Abstracts ready for submission to conferences |

## SECTION 10 – ADDITIONAL REQUIREMENTS

**Section 508 Compliance**

**Electronic and Information Technology Accessibility**

(a)     Section 508 of the Rehabilitation Act of 1973 (29 U.S.C. 794d), as amended by the Workforce Investment Act of 1998 and the Architectural and Transportation Barriers Compliance Board Electronic and Information (EIT) Accessibility Standards (36 CFR part 1194), require that when Federal agencies develop, procure, maintain, or use electronic and information technology, Federal employees with disabilities have access to and use of information and data that is comparable to the access and use by Federal employees who are not individuals with disabilities, unless an undue burden would be imposed on the agency. Section 508 also requires that individuals with disabilities, who are members of the public seeking information or services from a Federal agency, have access to and use of information and data that is comparable to that provided to the public who are not individuals with disabilities, unless an undue burden would be imposed on the agency.

(b)     Accordingly, any offeror responding to this solicitation must comply with established HHS EIT accessibility standards. Information about Section 508 is available at http://www.hhs.gov/web/508. The complete text of the Section 508 Final Provisions can be accessed at http://www.access-aboard.gov/sec508/standards.htm.

(c)     The Section 508 accessibility standards applicable to this contract are: 1194.

205 WCAG 2.0 Level A & AA Success Criteria

302 Functional Performance Criteria

502 Inoperability with Assistive Technology

504 Authoring Tools

602 Support Documentation

603 Support Services

In order to facilitate the Government's determination whether proposed EIT supplies meet applicable Section 508 accessibility standards, offerors must submit an HHS Section 508 Product Assessment Template, in accordance with its completion instructions. The purpose of the template is to assist HHS acquisition and program officials in determining whether proposed EIT supplies conform to applicable Section 508 accessibility standards. The template allows offerors or developers to self-evaluate their supplies and documentation detail - whether they conform to a specific Section 508 accessibility standard, and any underway remediation efforts addressing conformance issues. Instructions for preparing the HHS Section 508 Evaluation Template are available under Section 508 policy on the HHS Web site http://hhs.gov/web/508.

In order to facilitate the Government's determination whether proposed EIT services meet applicable Section 508 accessibility standards, offerors must provide enough information to assist the Government in determining that the EIT services conform to Section 508 accessibility standards, including any underway remediation efforts addressing conformance issues.

(d)     Respondents to this solicitation must identify any exception to Section 508 requirements. If a offeror claims its supplies or services meet applicable Section 508 accessibility standards, and it is later determined by the Government, i.e., after award of a contract or order, that supplies or services delivered do not conform to the accessibility standards, remediation of the supplies or services to the level of conformance specified in the contract will be the responsibility of the Contractor at its expense.

(e)     Electronic content must be accessible to HHS acceptance criteria.  Checklist for various formats are available at http://508.hhs.gov/, or from the Section 508 Coordinator listed at https://www.hhs.gov/web/section-508/additional-resources/section-508-contacts/index.html. Materials that are final items for delivery should be accompanied by the appropriate checklist, except upon approval of the Contracting Officer or Representative.

**CONTRACT CLAUSES**

*The clauses under the Indefinite Delivery/Indefinite Quantity contract are applicable to this Request for Task Order Proposal (RFTOP) under the STI IMPACT RESEARCH CONSORTIUM for the National Center for HIV, Viral Hepatitis, STD, and TB Prevention (NCHHSTP).*

*See the STIIRC IDIQ contract Clauses.*


**FAR 52.204-27 Prohibition on a ByteDance Covered Application (Jun 2023)**

(a) Definitions. As used in this clause—

Covered application means the social networking service TikTok or any successor application or service developed or provided by ByteDance Limited or an entity owned by ByteDance Limited.

Information technology, as defined in 40 U.S.C. 11101(6)—

(1)    Means any equipment or interconnected system or subsystem of equipment, used in the automatic acquisition, storage, analysis, evaluation, manipulation, management, movement, control, display, switching, interchange, transmission, or reception of data or information by the executive agency, if the equipment is used by the executive agency directly or is used by a contractor under a contract with the executive agency that requires the use—

(i) Of that equipment; or

(ii) Of that equipment to a significant extent in the performance of a service or the furnishing of a product;

(2)    Includes computers, ancillary equipment (including imaging peripherals, input, output, and storage devices necessary for security and surveillance), peripheral equipment designed to be controlled by the central processing unit of a computer, software, firmware and similar procedures, services (including support services), and related resources; but

(3) Does not include any equipment acquired by a Federal contractor incidental to a Federal contract.

(b)    Prohibition. Section 102 of Division R of the Consolidated Appropriations Act, 2023 (Pub. L. 117-328), the No TikTok on Government Devices Act, and its implementing guidance under Office of Management and Budget (OMB) Memorandum M-23-13, dated February 27, 2023, "No TikTok on Government Devices" Implementation Guidance, collectively prohibit the presence or use of a covered application on executive agency information technology, including certain equipment used by Federal contractors. The Contractor is prohibited from having or using a covered application on any information technology owned or managed by the Government, or on any information technology used or provided by the Contractor under this contract, including equipment provided by the Contractor's employees; however, this prohibition does not apply if the Contracting Officer provides written notification to the Contractor that an exception has been granted in accordance with OMB Memorandum M-23-13.

(c)    Subcontracts. The Contractor shall insert the substance of this clause, including this paragraph (c), in all subcontracts, including subcontracts for the acquisition of commercial products or commercial services.
(End of clause)

**FAR 52.227-14 Rights in Data-General (May 2014)**

(a) Definitions. As used in this clause-

Computer database or "database means" a collection of recorded information in a form capable of, and for the purpose of, being stored in, processed, and operated on by a computer. The term does not include computer software.

Computer software-

(1)     Means (i) Computer programs that comprise a series of instructions, rules, routines, or statements, regardless of the media in which recorded, that allow or cause a computer to perform a specific operation or series of operations; and
(ii) Recorded information comprising source code listings, design details, algorithms, processes, flow charts, formulas, and related material that would enable the computer program to be produced, created, or compiled.

(2) Does not include computer databases or computer software documentation.

Computer software documentation means owner's manuals, user's manuals, installation instructions, operating instructions, and other similar items, regardless of storage medium, that explain the capabilities of the computer software or provide instructions for using the software.

Data means recorded information, regardless of form or the media on which it may be recorded. The term includes technical data and computer software. The term does not include information incidental to contract administration, such as financial, administrative, cost or pricing, or management information.

Form, fit, and function data means data relating to items, components, or processes that are sufficient to enable physical and functional interchangeability, and data identifying source, size, configuration, mating and attachment characteristics, functional characteristics, and performance requirements. For computer software it means data identifying source, functional characteristics, and performance requirements but specifically excludes the source code, algorithms, processes, formulas, and flow charts of the software.

Limited rights means the rights of the Government in limited rights data as set forth in the Limited Rights Notice of paragraph (g)(3) if included in this clause.

Limited rights data means data, other than computer software, that embody trade secrets or are commercial or financial and confidential or privileged, to the extent that such data pertain to items, components, or processes developed at private expense, including minor modifications.

Restricted computer software means computer software developed at private expense and that is a trade secret, is commercial or financial and confidential or privileged, or is copyrighted computer software, including minor modifications of the computer software.

Restricted rights, as used in this clause, means the rights of the Government in restricted computer software, as set forth in a Restricted Rights Notice of paragraph (g) if included in this clause, or as otherwise may be provided in a collateral agreement incorporated in and made part of this contract, including minor modifications of such computer software.

Technical data means recorded information (regardless of the form or method of the recording) of a scientific or technical nature (including computer databases and computer software documentation). This term does not include computer software or financial, administrative, cost or pricing, or management data or other information incidental to contract administration. The term includes recorded information of a scientific or technical nature that is included in computer databases (See 41 U.S.C. 116).

Unlimited rights means the rights of the Government to use, disclose, reproduce, prepare derivative works, distribute copies to the public, and perform publicly and display publicly, in any manner and for any purpose, and to have or permit others to do so.

(b)      Allocation of rights. (1) Except as provided in paragraph (c) of this clause, the Government shall have unlimited rights in-

(i) Data first produced in the performance of this contract;

(ii) Form, fit, and function data delivered under this contract;

(iii)      Data delivered under this contract (except for restricted computer software) that constitute manuals or instructional and training material for installation, operation, or routine maintenance and repair of items, components, or processes delivered or furnished for use under this contract; and

(iv)      All other data delivered under this contract unless provided otherwise for limited rights data or restricted computer software in accordance with paragraph (g) of this clause.

(2) The Contractor shall have the right to-

(i)      Assert copyright in data first produced in the performance of this contract to the extent provided in paragraph (c)(1) of this clause;

(ii)      Use, release to others, reproduce, distribute, or publish any data first produced or specifically used by the Contractor in the performance of this contract, unless provided otherwise in paragraph (d) of this clause;

(iii)      Substantiate the use of, add, or correct limited rights, restricted rights, or copyright notices and to take other appropriate action, in accordance with paragraphs (e) and (f) of this clause; and

(iv)      Protect from unauthorized disclosure and use those data that are limited rights data or restricted computer software to the extent provided in paragraph (g) of this clause.

(c)      Copyright- (1) Data first produced in the performance of this contract. (i) Unless provided otherwise in paragraph (d) of this clause, the Contractor may, without prior approval of the Contracting Officer, assert copyright in scientific and technical articles based on or containing data first produced in the performance of this contract and published in academic, technical or professional journals, symposia proceedings, or similar works. The prior, express written permission of the Contracting Officer is required to assert copyright in all other data first produced in the performance of this contract.
(ii) When authorized to assert copyright to the data, the Contractor shall affix the applicable copyright notices of 17 U.S.C. 401 or 402, and an acknowledgment of Government sponsorship (including contract number).

(iii)      For data other than computer software, the Contractor grants to the Government, and others acting on its behalf, a paid-up, nonexclusive, irrevocable, worldwide license in such copyrighted data to reproduce, prepare derivative works, distribute copies to the public, and perform publicly and display publicly by or on behalf of the Government. For computer software, the Contractor grants to the Government, and others acting on its behalf, a paid-up, nonexclusive, irrevocable, worldwide license in such copyrighted computer software to reproduce, prepare derivative works, and perform publicly and display publicly (but not to distribute copies to the public) by or on behalf of the Government.

(2)      Data not first produced in the performance of this contract. The Contractor shall not, without the prior written permission of the Contracting Officer, incorporate in data delivered under this contract any data not first produced in the performance of this contract unless the Contractor-

(i) Identifies the data; and

(ii)      Grants to the Government, or acquires on its behalf, a license of the same scope as set forth in paragraph (c)(1) of this clause or, if such data are restricted computer software, the Government shall acquire a copyright license as set forth in paragraph (g)(4) of this clause (if included in this contract) or as otherwise provided in a collateral agreement incorporated in or made part of this contract.

(3) Removal of copyright notices. The Government will not remove any authorized copyright notices placed on data pursuant to this paragraph (c), and will include such notices on all reproductions of the data.

(d)    Release, publication, and use of data. The Contractor shall have the right to use, release to others, reproduce, distribute, or publish any data first produced or specifically used by the Contractor in the performance of this contract, except-

(1) As prohibited by Federal law or regulation (e.g., export control or national security laws or regulations);

(2) As expressly set forth in this contract; or

(3)    If the Contractor receives or is given access to data necessary for the performance of this contract that contain restrictive markings, the Contractor shall treat the data in accordance with such markings unless specifically authorized otherwise in writing by the Contracting Officer.

(e)    Unauthorized marking of data. (1) Notwithstanding any other provisions of this contract concerning inspection or acceptance, if any data delivered under this contract are marked with the notices specified in paragraph (g)(3) or (g)

(4)    if included in this clause, and use of the notices is not authorized by this clause, or if the data bears any other restrictive or limiting markings not authorized by this contract, the Contracting Officer may at any time either return the data to the Contractor, or cancel or ignore the markings. However, pursuant to 41 U.S.C. 4703, the following procedures shall apply prior to canceling or ignoring the markings.

(i)    The Contracting Officer will make written inquiry to the Contractor affording the Contractor 60 days from receipt of the inquiry to provide written justification to substantiate the propriety of the markings;

(ii)    If the Contractor fails to respond or fails to provide written justification to substantiate the propriety of the markings within the 60-day period (or a longer time approved in writing by the Contracting Officer for good cause shown), the Government shall have the right to cancel or ignore the markings at any time after said period and the data will no longer be made subject to any disclosure prohibitions.

(iii) If the Contractor provides written justification to substantiate the propriety of the markings within the period set in paragraph (e)(1)(i) of this clause, the Contracting Officer will consider such written justification and determine whether or not the markings are to be cancelled or ignored. If the Contracting Officer determines that the markings are authorized, the Contractor will be so notified in writing. If the Contracting Officer determines, with concurrence of the head of the contracting activity, that the markings are not authorized, the Contracting Officer will furnish the Contractor a written determination, which determination will become the final agency decision regarding the appropriateness of the markings unless the Contractor files suit in a court of competent jurisdiction within 90 days of receipt of the Contracting Officer's decision. The Government will continue to abide by the markings under this paragraph (e)(1)(iii) until final resolution of the matter either by the Contracting Officer's determination becoming final (in which instance the Government will thereafter have the right to cancel or ignore the markings at any time and the data will no longer be made subject to any disclosure prohibitions), or by final disposition of the matter by court decision if suit is filed.

(2)    The time limits in the procedures set forth in paragraph (e)(1) of this clause may be modified in accordance with agency regulations implementing the Freedom of Information Act ( 5 U.S.C. 552) if necessary to respond to a request thereunder.

(3) Except to the extent the Government's action occurs as the result of final disposition of the matter by a court of competent jurisdiction, the Contractor is not precluded by paragraph (e) of the clause from bringing a claim, in accordance with the Disputes clause of this contract, that may arise as the result of the Government removing or ignoring authorized markings on data delivered under this contract.

(f)    Omitted or incorrect markings. (1) Data delivered to the Government without any restrictive markings shall be deemed to have been furnished with unlimited rights. The Government is not liable for the disclosure, use, or reproduction of such data.

(2)    If the unmarked data has not been disclosed without restriction outside the Government, the Contractor may request, within 6 months (or a longer time approved by the Contracting Officer in writing for good cause shown) after delivery of the data, permission to have authorized notices placed on the data at the Contractor's expense. The Contracting Officer may agree to do so if the Contractor-

(i) Identifies the data to which the omitted notice is to be applied;

(ii) Demonstrates that the omission of the notice was inadvertent;

(iii) Establishes that the proposed notice is authorized; and

(iv)     Acknowledges that the Government has no liability for the disclosure, use, or reproduction of any data made prior to the addition of the notice or resulting from the omission of the notice.

(3) If data has been marked with an incorrect notice, the Contracting Officer may-

(i) Permit correction of the notice at the Contractor's expense if the Contractor identifies the data and demonstrates that the correct notice is authorized; or

(ii) Correct any incorrect notices.

(g)     Protection of limited rights data and restricted computer software. (1) The Contractor may withhold from delivery qualifying limited rights data or restricted computer software that are not data identified in paragraphs (b)(1)(i), (ii), and (iii) of this clause. As a condition to this withholding, the Contractor shall-
(i) Identify the data being withheld; and

(ii) Furnish form, fit, and function data instead.

(2)     Limited rights data that are formatted as a computer database for delivery to the Government shall be treated as limited rights data and not restricted computer software.

(3) [Reserved]

(h)     Subcontracting. The Contractor shall obtain from its subcontractors all data and rights therein necessary to fulfill the Contractor's obligations to the Government under this contract. If a subcontractor refuses to accept terms affording the Government those rights, the Contractor shall promptly notify the Contracting Officer of the refusal and shall not proceed with the subcontract award without authorization in writing from the Contracting Officer.

(i)     Relationship to patents or other rights. Nothing contained in this clause shall imply a license to the Government under any patent or be construed as affecting the scope of any license or other right otherwise granted to the Government.

(End of clause)

### FAR 52.217-8 Option to Extend Services (Nov 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 10 days prior to contract ending.

(End of clause)

### FAR 52.217-9 Option to Extend the Term of the Contract (Mar 2000)

(a)     The Government may extend the term of this contract by written notice to the Contractor within 30 days; provided, that the Government gives the Contractor a preliminary written notice of its intent to extend at least 30 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c)    The total duration of this contract, including the exercise of any options under this clause, shall not exceed 48 months.

(End of Clause)

## HHSAR 352.211-3 Paperwork Reduction Act (Dec 2015)

(a)    This contract involves a requirement to collect or record information calling either for answers to identical questions from 10 or more persons other than Federal employees, or information from Federal employees which is outside the scope of their employment, for use by the Federal government or disclosure to third parties; therefore, the Paperwork Reduction Act of 1995 (44 U.S.C. 3501 et seq.) shall apply to this contract. No plan, questionnaire, interview guide or other similar device for collecting information (whether repetitive or single time) may be used without the Office of Management and Budget (OMB) first providing clearance. Contractors and the Contracting Officer's Representative shall be guided by the provisions of 5 CFR part 1320, Controlling Paperwork Burdens on the Public, and seek the advice of the HHS operating division or Office of the Secretary Reports Clearance Officer to determine the procedures for acquiring OMB clearance.

(b) The Contractor shall not expend any funds or begin any data collection until the Contracting Officer provides the Contractor with written notification authorizing the expenditure of funds and the collection of data. The Contractor shall allow at least 120 days for OMB clearance. The Contracting Officer will consider excessive delays caused by the Government which arise out of causes beyond the control and without the fault or negligence of the Contractor in accordance with the Excusable Delays or Default clause of this contract.
(End of clause)

## HHSAR 352.237-75 Key Personnel (Dec 2015)

The key personnel specified in this contract are considered to be essential to work performance. At least 30 days prior to the contractor voluntarily diverting any of the specified individuals to other programs or contracts the Contractor shall notify the Contracting Officer and shall submit a justification for the diversion or replacement and a request to replace the individual. The request must identify the proposed replacement and provide an explanation of how the replacement's skills, experience, and credentials meet or exceed the requirements of the contract (including, when applicable, Human Subjects Testing requirements). If the employee of the contractor is terminated for cause or separates from the contractor voluntarily with less than thirty days notice, the Contractor shall provide the maximum notice practicable under the circumstances. The Contractor shall not divert, replace, or announce any such change to key personnel without the written consent of the Contracting Officer. The contract will be modified to add or delete key personnel as necessary to reflect the agreement of the parties.

(End of Clause)

## CDCA_H009 Key Personnel  (Jan 2021)
The key personnel cited below are considered essential to the work performed under the contract. Pursuant to the terms of HHSAR Clause 352.237-75, Key Personnel, the Contractor shall not replace or divert any of these individuals without the written consent of the Contracting Officer.

| Personnel | Title | Entity |
|---|---|---|
| Matthew Golden, MD, MPH | PI | University of Washington |
| Chase Cannon, MD, MPH | Protocol chair | University of Washington |
| Kristin Beima-Sofie, PhD | Co-I | University of Washington |
| Arianna Means, PhD, MPH | Co-I | University of Washington |
| Monisha Sharma, PhD | Co-I | University of Washington |
| Robert Bolan, MD | LA Site PI | Los Angeles LGBT Center |
| Preeti Pathela, DrPH, MPH | NYC Site PI | NY City Dept. of Health and Mental Hygiene |
| Stephanie Cohen, MD, MPH | Consultant | San Francisco Department of Public Health |
| Oliver Bacon, MD, MPH | Consultant | San Francisco Department of Public Health |

| Theresa Cullen, MD | AZ Site PI | Clinical and public health |
|---|---|---|
| Rebecca Cohen, MD, MPH | LACDPH, Site PI | Clinical and public health |
| Siri Chirumamilla, MD, MPH | LACDPH, Co-I | Clinical and public health |
| Shobita Rajagopalan, MD MPH | LA County, Co-I | Clinical and public health |
| Audrey South, PhD | Columbus, OH, Co-I | Public health, health policy |

**HHSAR 352.232-71: Electronic Submission of Payment Requests (Feb 2022)**
*(a) Definitions.* As used in this clause—

(1) " *Payment request"* means a bill, voucher, invoice, or request for contract financing payment with associated supporting documentation. The payment request must comply with the requirements identified in FAR 32.905(b), "Content of Invoices" and the applicable Payment clause included in this contract.

(b)    Except as provided in paragraph (c) of this clause, the Contractor shall submit payment requests electronically using the Department of Treasury Invoice Processing Platform (IPP) or successor system. Information regarding IPP, including IPP Customer Support contact information, is available at *www.ipp.gov* or any successor site.

(c)    The Contractor may submit payment requests using other than IPP only when the Contracting Officer authorizes alternate procedures in writing in accordance with HHS procedures.

(d)    If alternate payment procedures are authorized, the Contractor shall include a copy of the Contracting Officer's written authorization with each payment request.

(End of clause)

**CDC0_H049 Non-Disclosure Agreement for Contractor and Contractor Employees (Jun 2020)**
(a)  The contractor and contractor employees shall prepare and submit Non-Disclosure Agreements (NDA) to the Contracting Officer prior to access of government information or the commencement of work at CDC.

(b)  The NDAs, at Exhibit I and II, are required in service contracts where contractor's employees will have access to non-public and procurement-sensitive information while performing functions in support of the Government. The NDA also requires contractor's employees properly identify themselves as employees of a contractor when communicating or interacting with CDC employees, employees of other governmental entities, and members of the public (when communication or interaction relates to the contractor's work with the CDC). The Federal Acquisition Regulation (FAR) 37.114 (c), states "All contractor personnel attending meetings, answering Government telephones, and working in other situations where their contractor status is not obvious to third parties are required to identify themselves as such to avoid creating an impression in the minds of members of the public or Congress that they are Government officials, unless, in the judgment of the agency, no harm can come from failing to identify themselves. They must also ensure that all documents or reports produced by contractors are suitably marked as contractor products or that contractor participation is appropriately disclosed."

(c)  The contractor shall inform contractor employees of the identification requirements by which they must abide and monitor employee compliance with the identification requirements.

(d)  During the contract performance period, the contractor is responsible to ensure that all additional or replacement contractors' employees sign an NDA and it is submitted to the Contracting Officer prior to commencement of their work with the CDC.

(e)  Contractor employees in designated positions or functions that have not signed the appropriate NDA shall not have access to any non-public, procurement sensitive information or participate in government meetings where sensitive information may be discussed.

(f)  The Contractor shall prepare and maintain a current list of employees working under NDAs and submit to the Contracting Officer upon request during the contract period of performance.  The list shall at a minimum include: contract number, employee's name, position, date of hire and NDA requirement.

**EXHIBIT I**
Centers for Disease Control and Prevention (CDC)
Contractor Non-Disclosure Agreement

## I. Non-public Information

**[Name of contractor]** understands that in order to fulfill the responsibilities pursuant to **[contract name and number]** between the Centers for Disease Control and Prevention and **[Name of CDC contractor] dated [date],** employees of **[contractor]** will have access to non-public information, including confidential and privileged information contained in government-owned information technology systems. For purposes of this agreement, confidential information means government information that is not or will not be generally available to the public. Privileged information means information which cannot be disclosed without the prior written consent of the CDC.

In order to properly safeguard non-public information, **[contractor]** agrees to ensure that prior to being granted access to government information or the commencement of work for the CDC, whichever is applicable, all contractor employees will sign a Non-Disclosure Agreement (NDA) provided by the CDC prior to beginning work for the CDC. Contractor agrees to submit to the Contracting Officer the original signed copies of NDAs signed by the contractor's employees in accordance with the instructions provided by the Contracting Officer. Failure to provide signed NDAs in accordance with this agreement and instructions provided by the Contracting Officer could delay or prevent the employee from commencing or continuing work at the CDC until such agreement is signed and returned to the Contracting Officer.

Contractor further agrees that it will not cause or encourage any employee to disclose, publish, divulge, release, or make known in any manner or to any extent, to any individual other than an authorized Government employee any non-public information that the employee may obtain in connection with the performance of the employee's responsibilities to the CDC.

## II. Procurement-Sensitive Information

Contractor further agrees that it will not cause or encourage any employee to disclose, publish, divulge, release, or make known in any manner or to any extent, to any individual, other than an authorized Government employee, any procurement-sensitive information gained while in connection with fulfilling the employee's responsibilities at the CDC. For purposes of this agreement, procurement-sensitive information includes, but is not limited to, all information in Statements of Work (SOW), Procurement Requests (PR), and Requests for Proposal (RFP); Responses to RFPs, including proposals, questions from potential offerors; non-public information regarding procurements; all documents, conversations, discussions, data, correspondence, electronic mail (e-mail), presentations, or any other written or verbal communications relating to, concerning, or affecting proposed or pending solicitations or awards; procurement data; contract information plans; strategies; source selection information and documentation; offerors' identities; technical and cost data; the identity of government personnel involved in the solicitation; the schedule of key technical and procurement events in the award determination process; and any other information that may provide an unfair competitive advantage to a contractor or potential contractor if improperly disclosed to them, or any of their employees.

Contractor understands and agrees that employee access to any procurement-sensitive information may create a conflict of interest which will preclude contractor from becoming a competitor for any acquisition(s) resulting from this information. Therefore, if an employee participates in any discussions relating to procurement-sensitive information, assists in developing any procurement-sensitive information, or otherwise obtains any procurement-sensitive information while performing duties at the CDC, contractor understands and agrees that contractor may be excluded from competing for any acquisition(s) resulting from this information.

## III.   Identification of Non-Government Employees

Contractor understands that its employees are not agents of the Government. Therefore, unless otherwise directed in writing by the CDC, contractor agrees to assist and monitor employee compliance with the following identification procedures:

**A.** At the beginning of interactions with CDC employees, employees of other governmental entities, and members of the public (when such communication or interaction relates to the contractor's work with the CDC), contractors' employees will identify themselves as an employee of a contractor.

**B.** Contractors' employees will include the following disclosures in all written communications, including outgoing electronic mail (e-mail) messages, in connection with contractual duties to the CDC:

> *Employee's name*
> *Name of contractor*
> *Center or office affiliation*
> Centers for Disease Control and Prevention

**C.** At the beginning of telephone conversations or conference calls, contractors' employees will identify themselves as an employee of a contractor.

**D.** Contractors' employees should not wear any CDC logo on clothing, except for a CDC issued security badge while carrying out work for CDC or on CDC premises. The only other exception is when a CDC management official has granted permission to use the CDC logo.

**E.** Contractors' employees will program CDC voice mail message to identify themselves as an employee of a contractor.

I understand that federal laws including, 18 U.S.C. 641 and 18 U.S.C. 2071, provide criminal penalties for, among other things, unlawfully removing, destroying or converting to personal use, or use of another, any public records. Contractor acknowledges that contractor has read and fully understands this agreement.

Name of contractor: _____

Signature of Authorized Representative of Contractor:_____

Date:_____

Copies retained by: Contracting Officer and contractor

75D30123D159733  75D30124F000022
Page 25 of 30

**EXHIBIT II**

Centers for Disease Control and Prevention (CDC)
Contractors' Employee Non-Disclosure Agreement

### I.  Non-Public Information

I understand that in order to fulfill my responsibilities as an employee of **[Name of CDC contractor],** I will have access to non-public information, including confidential and privileged information contained in government-owned information technology systems. For purposes of this agreement, confidential information means government information that is not or will not be generally available to the public. Privileged information means information which cannot be disclosed without the prior written consent of the CDC.

I, **[Name of Employee],** agree to use non-public information only in performance of my responsibilities to the CDC. I agree further that I will not disclose, publish, divulge, release, or make known in any manner or to any extent, to any individual other than an authorized Government employee, any non-public information that I may obtain in connection with the performance of my responsibilities to the CDC.

### II. Procurement-Sensitive Information

I further agree that unless I have prior written permission from the CDC, I will not disclose, publish, divulge, release, or make known in any manner or to any extent, to any individual other than an authorized Government employee, any procurement-sensitive information gained in connection with the performance of my responsibilities to the CDC. I specifically agree not to disclose any non-public, procurement-sensitive information to employees of my company or any other organization unless so authorized in writing by the CDC. For purposes of this agreement, procurement-sensitive information includes, but is not limited to, all information in Statements of Work (SOW), Procurement Requests (PR), and Requests for Proposal (RFP); Responses to RFPs, including proposals, questions from potential offerors; non-public information regarding procurements; all documents, conversations, discussions, data, correspondence, electronic mail (e-mail), presentations, or any other written or verbal communications relating to, concerning, or affecting proposed or pending solicitations or awards; procurement data; contract information plans; strategies; source selection information and documentation; offerors' identities; technical and cost data; the identity of government personnel involved in the acquisition; the schedule of key technical and procurement events in the award determination process; and any other information that may provide an unfair competitive advantage to a contractor or potential contractor if improperly disclosed to them, or any of their employees.

I understand and agree that my access to any procurement-sensitive information may create a conflict of interest which will preclude me, my current employer, or a future employer from becoming a competitor for any resulting government acquisition derived from this information. Therefore, if I participate in any discussions relating to procurement-sensitive information, assist in developing any procurement-sensitive information, or otherwise obtain any procurement-sensitive information while performing my duties at the CDC, I understand and agree that I, my current employer, and any future employer(s) may be excluded from competing for any resulting acquisitions.

### III.  Special Non-Disclosure Agreement for Contractors with Access to CDC Grants Management and Procurement-Related Information Technology Systems

In addition to complying with the non-disclosure requirements and safeguards stated above, I understand that my authorization to use CDC's grants management and procurement systems is strictly limited to the access and functions necessary for the performance of my responsibilities to the CDC and which have been approved in advance by the CDC. I understand that I am not authorized to enter procurement requests for any requirements pertaining to contracts or subcontracts held by me or my employer.

### IV.  Identification as a Non-Government Employee

I understand that as an employee of a government contractor, I represent an independent organization and I am not an agent of the Government. Therefore, I agree that unless I have prior written authorization from the CDC, I will, at the beginning of interactions with CDC employees, employees of other governmental entities, members of the public (when such communication or interaction relates to the contractor's work with the CDC), identify myself as an employee of a contractor. I further agree to use the following identification procedures in connection with my work at the CDC:

**A.**    I will include the following disclosures in all written communications, including outgoing electronic mail (e-mail) messages:

> *Employee's name*
> *Name of contractor*
> *Center or office affiliation*
> Centers for Disease Control and Prevention

**B.**    I will identify myself as an employee of a contractor at the beginning of telephone conversations or conference calls;

**C.**    I will not wear any CDC logo on clothing, except for a CDC issued security badge while carrying out work for CDC or on CDC premises; the only other exception is when a CDC management official has granted permission to use the CDC logo.

**D.** I will program my CDC voice mail message to identify myself as a contractors' employee.

I understand that federal laws including, 18 U.S.C. 641 and 18 U.S.C. 2071, provide criminal penalties for, among other things, unlawfully removing, destroying or converting to personal use, or use of another, any public records. I acknowledge that I have read and fully understand this agreement.

Name of contractor: _____

Name of Employee: _____

Signature of Employee: _____

Date: _____

Copies retained by: Contracting Officer, contractor, and Contractor Employee

**FAR 52.204-30 Federal Acquisition Supply Chain Security Act Orders – Prohibition Alt II (Dec 2023)**

(a) Definitions. As used in this clause—

Covered article, as defined in 41 U.S.C. 4713(k), means—

(1) Information technology, as defined in 40 U.S.C. 11101, including cloud computing services of all types;

(2)     Telecommunications equipment or telecommunications service, as those terms are defined in section 3 of the Communications Act of 1934 ( 47 U.S.C. 153);

(3)     The processing of information on a Federal or non-Federal information system, subject to the requirements of the Controlled Unclassified Information program (see 32 CFR part 2002); or

(4) Hardware, systems, devices, software, or services that include embedded or incidental information technology.

FASCSA order means any of the following orders issued under the Federal Acquisition Supply Chain Security Act (FASCSA) requiring the removal of covered articles from executive agency information systems or the exclusion of one or more named sources or named covered articles from executive agency procurement actions, as described in 41 CFR 201–1.303(d) and (e):

(1) The Secretary of Homeland Security may issue FASCSA orders applicable to civilian agencies, to the extent not covered by paragraph (2) or (3) of this definition. This type of FASCSA order may be referred to as a Department of Homeland Security (DHS) FASCSA order.

(2)     The Secretary of Defense may issue FASCSA orders applicable to the Department of Defense (DoD) and national security systems other than sensitive compartmented information systems. This type of FASCSA order may be referred to as a DoD FASCSA order.

(3)     The Director of National Intelligence (DNI) may issue FASCSA orders applicable to the intelligence community and sensitive compartmented information systems, to the extent not covered by paragraph (2) of this definition. This type of FASCSA order may be referred to as a DNI FASCSA order.

Intelligence community, as defined by 50 U.S.C. 3003(4), means the following—

(1) The Office of the Director of National Intelligence;

(2) The Central Intelligence Agency;

(3) The National Security Agency;

(4) The Defense Intelligence Agency;

(5) The National Geospatial-Intelligence Agency;

(6) The National Reconnaissance Office;

(7)     Other offices within the Department of Defense for the collection of specialized national intelligence through reconnaissance programs;

(8)     The intelligence elements of the Army, the Navy, the Air Force, the Marine Corps, the Coast Guard, the Federal Bureau of Investigation, the Drug Enforcement Administration, and the Department of Energy;

(9) The Bureau of Intelligence and Research of the Department of State;

(10) The Office of Intelligence and Analysis of the Department of the Treasury;

75D30123D159733  75D30124F000022
Page 28 of 30

(11) The Office of Intelligence and Analysis of the Department of Homeland Security; or

(12)     Such other elements of any department or agency as may be designated by the President, or designated jointly by the Director of National Intelligence and the head of the department or agency concerned, as an element of the intelligence community.

National security system, as defined in 44 U.S.C. 3552, means any information system (including any telecommunications system) used or operated by an agency or by a contractor of an agency, or other organization on behalf of an agency—

(1)     The function, operation, or use of which involves intelligence activities; involves cryptologic activities related to national security; involves command and control of military forces; involves equipment that is an integral part of a weapon or weapons system; or is critical to the direct fulfillment of military or intelligence missions, but does not include a system that is to be used for routine administrative and business applications (including payroll, finance, logistics, and personnel management applications); or

(2)     Is protected at all times by procedures established for information that have been specifically authorized under criteria established by an Executive order or an Act of Congress to be kept classified in the interest of national defense or foreign policy.

Reasonable inquiry means an inquiry designed to uncover any information in the entity's possession about the identity of any covered articles, or any products or services produced or provided by a source. This applies when the covered article or the source is subject to an applicable FASCSA order. A reasonable inquiry excludes the need to include an internal or third-party audit.

Sensitive compartmented information means classified information concerning or derived from intelligence sources, methods, or analytical processes, which is required to be handled within formal access control systems established by the Director of National Intelligence.

Sensitive compartmented information system means a national security system authorized to process or store sensitive compartmented information.

Source means a non-Federal supplier, or potential supplier, of products or services, at any tier.

(b) Prohibition. (1) Contractors are prohibited from providing or using as part of the performance of the contract any covered article, or any products or services produced or provided by a source, if the covered article or the source is prohibited by any applicable FASCSA orders identified by the checkbox(es) in this paragraph (b)(1).

Yes X     No ☐     DHS FASCSA order

Yes ☐     No X     DoD FASCSA order

Yes ☐     No X     DNI FASCSA order

(2)     The Contractor shall search for the phrase "FASCSA order" in the System for Award Management (SAM) at https://www.sam.gov to locate applicable FASCSA orders identified in paragraph (b)(1) of this clause.

(3)     The Government may identify in the request for quotation (RFQ) or in the notice of intent to place an order additional FASCSA orders that are not in SAM, but are effective and apply to the order.

(4)     A FASCSA order issued after the date of the RFQ or the notice of intent to place an order applies to this contract only if added by an amendment to the RFQ or in the notice of intent to place an order or added by modification to the order (see FAR 4.2304(c)). However, see paragraph (c) of this clause.

(5)(i) If the contractor wishes to ask for a waiver, the Contractor shall disclose the
following:

(A) Name of the product or service provided to the Government;

(B) Name of the covered article or source subject to a FASCSA order;

(C)    If applicable, name of the vendor, including the Commercial and Government Entity code and unique entity
identifier (if known), that supplied the covered article or the product or service to the Offeror;

(D) Brand;

(E) Model number (original equipment manufacturer number, manufacturer part number, or wholesaler number);

(F) Item description;

(G) Reason why the applicable covered article or the product or service is being provided or used;

(ii) Executive agency review of disclosures. The contracting officer will review disclosures provided in paragraph
(b)(5)(i) of this clause to determine if any waiver may be sought. A contracting officer may choose not to pursue a
waiver for covered articles or sources otherwise covered by a FASCSA order and may instead make award to an
offeror that does not require a waiver.
(c) Notice and reporting requirement.

(1)    During contract performance, the Contractor shall review SAM.gov at least once every three months, or as
advised by the Contracting Officer, to check for covered articles subject to FASCSA order(s), or for products or
services produced by a source subject to FASCSA order(s) not currently identified under paragraph (b) of this
clause.

(2) If the Contractor identifies a new FASCSA order(s) that could impact their supply chain, then the Contractor
shall conduct a reasonable inquiry to identify whether a covered article or product or service produced or provided
by a source subject to the FASCSA order(s) was provided to the Government or used during contract performance.

(3)

(i)    The Contractor shall submit a report to the contracting office as identified in paragraph (c)(3)(ii) of this clause, if
the Contractor identifies, including through any notification by a subcontractor at any tier, that a covered article or
product or service produced or provided by a source was provided to the Government or used during contract
performance and is subject to a FASCSA order(s) identified in paragraph (b) of this clause, or a new FASCSA order
identified in paragraph (c)(2) of this clause. For indefinite delivery contracts, the Contractor shall report to both the
contracting office for the indefinite delivery contract and the contracting office for any affected order.

(ii)    If a report is required to be submitted to a contracting office under (c)(3)(i) of this clause, the Contractor shall
submit the report as follows:

(A)    If a Department of Defense contracting office, the Contractor shall report to the website at
https://dibnet.dod.mil.

(B) For all other contracting offices, the Contractor shall report to the Contracting Officer.

(4)    The Contractor shall report the following information for each covered article or each product or service
produced or provided by a source, where the covered article or source is subject to a FASCSA order, pursuant to
paragraph (c)(3)(i) of this clause:

(i) Within 3 business days from the date of such identification or notification:

(A) Contract number;

(B) Order number(s), if applicable;

(C) Name of the product or service provided to the Government or used during performance of the contract;

(D) Name of the covered article or source subject to a FASCSA order;

(E)     If applicable, name of the vendor, including the Commercial and Government Entity code and unique entity identifier (if known), that supplied the covered article or the product or service to the Contractor;

(F) Brand;

(G) Model number (original equipment manufacturer number, manufacturer part number, or wholesaler number);

(H) Item description; and

(I) Any readily available information about mitigation actions undertaken or recommended.

(ii) Within 10 business days of submitting the information in paragraph (c)(4)(i) of this clause:

(A) Any further available information about mitigation actions undertaken or recommended.

(B)     In addition, the Contractor shall describe the efforts it undertook to prevent submission or use of the covered article or the product or service produced or provided by a source subject to an applicable FASCSA order, and any additional efforts that will be incorporated to prevent future submission or use of the covered article or the product or service produced or provided by a source that is subject to an applicable FASCSA order.

(d)     Removal. For Federal Supply Schedules, Governmentwide acquisition contracts, multi-agency contracts or any other procurement instrument intended for use by multiple agencies, upon notification from the Contracting Officer, during the performance of the contract, the Contractor shall promptly make any necessary changes or modifications to remove any product or service produced or provided by a source that is subject to an applicable FASCSA order.

(e) Subcontracts.

(1)     The Contractor shall insert the substance of this clause, including this paragraph (e) and excluding paragraph (c)(1) of this clause, in all subcontracts and other contractual instruments, including subcontracts for the acquisition of commercial products and commercial services.

(2)     The Government may identify in the solicitation additional FASCSA orders that are not in SAM, which are effective and apply to the contract and any subcontracts and other contractual instruments under the contract. The Contractor or higher-tier subcontractor shall notify their subcontractors, and suppliers under other contractual instruments, that the FASCSA orders in the solicitation that are not in SAM apply to the contract and all subcontracts.

(End of clause)