**From:** CDC Contracts
**To:** Office Of Sponsored Programs
**Subject:** Notice of Termination for Convenience
**Date:** Tuesday, April 22, 2025 8:52:43 PM

**NOTICE OF TERMINATION FOR CONVENIENCE — 75D30123D15973 75D30124F00002**

UNIVERSITY OF WASHINGTON

SUBJECT: Notice Of Termination For Convenience Contract No. 75D30123D15973 75D30124F00002

Dear Carol:

This email is to notify you that the Government is Terminating for Convenience the subject contract. In accordance with the terms and conditions of the contract, your company shall immediately stop work.

If you have questions or comments, please respond to email: contracts@cdc.gov.

Sincerely,

David Serwitz
Contracting Officer

Office of Acquisition Services

Case 4:25-cv-01824-JST   Document 74-3   Filed 05/16/25   Page 2 of 2