JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
PELECANOS*†
pelecanos@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

JOSE ABRIGO*
jabrigo@lambdalegal.org
OMAR GONZALEZ-PAGAN*
ogonzalez-pagan@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

CAMILLA B. TAYLOR*
ctaylor@lambdalegal.org
KENNETH D. UPTON, JR*
kupton@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

* *Appearance pro hac vice*
† *Mailing address only*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

---------------------------------------------------------- x
:
SAN FRANCISCO AIDS FOUNDATION; :
*et al.*, :
: Case No. 4:25-cv-01824-JST
Plaintiffs, :
:
v. :
: **SUPPLEMENTAL DECLARATION OF**
: **JEFFREY KLEIN, CHIEF**
: **OPERATING OFFICER OF THE NEW**
DONALD J. TRUMP, in his official capacity : **YORK LGBT CENTER, IN SUPPORT**
as President of the United States; *et al.*, : **OF PLAINTIFFS' MOTION FOR**
: **PRELIMINARY INJUNCTION**
Defendants. :
:
---------------------------------------------------------- x

1

I, Jeffrey Klein, hereby state as follows:

1. I am the Chief Operating Officer for Plaintiff The Lesbian and Gay Community Services Center, Inc. d/b/a The LGBT Community Center ("NY LGBT Center"). The NY LGBT Center is a not-for-profit 501(c)(3) organization based in New York, NY. We were established in 1983 at the height of the AIDS crisis to provide a safe and affirming place for LGBTQ+ New Yorkers to respond to the urgent threats facing the community. Over the last 40 years, the NY LGBT Center has grown to meet the changing needs of New York's LGBTQ+ community, including providing culturally responsive services to crime victims and survivors from historically underserved, marginalized, and disproportionately impacted LGBTQ+ communities.

2. On February 24, 2025, I executed a Declaration (ECF No. 47-7) in support of Plaintiffs' Complaint and Motion for a Preliminary Injunction, filed on March 3, 2025 (ECF No. 47) to prevent Defendant agencies and their leadership from enforcing Executive Order No. 14168 "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" ("Gender Order"), issued January 20, 2025; Executive Order No. 14151 "Ending Radical and Wasteful DEI Programs and Preferencing" ("DEI-1 Order"), issued January 20, 2025; and Executive Order No. 14173 "Ending Illegal Discrimination and Restoring Merit-Based Opportunity" ("DEI-2 Order"), issued January 21, 2025 (collectively, the "Executive Orders"), and related agency directives.

<u>Department of Justice Grant Termination</u>

3. Since executing that Declaration on February 24, 2025, I learned that Defendant Department of Justice ("DOJ") has terminated one of our Federal Grants, Award Number 15POVC-24-GK-03050-NONF. I am submitting this supplemental declaration to inform the Court of these recent developments and the negative impacts they have had and will continue to have on NY LGBT Center and the people it serves. The Notice of Funding Opportunity from DOJ is attached as **Exhibit A**.

4. On September 27, 2024, the U.S. Department of Justice Office of Justice Programs

(OJP), Office for Victims of Crime (OVC), awarded The NY LGBT Center grant number 15POVC-24-GK-03050-NONF under the FY24 Meeting the Basic Needs of Underserved Crime Victims funding program. The total federal award was $200,000, intended to run from October 1, 2024, through September 30, 2026. The award letter from the Department of Justice is attached as **Exhibit B.**

6. 5. This grant specifically supports The NY LGBT Center's project, "Meeting the Basic Needs of Underserved LGBTQ+ Crime Victims," designed to provide wraparound, trauma-informed, victim-centered, and culturally responsive services.

6. These services include transportation assistance such as metro cards for survivors to attend medical, legal, or housing appointments; food assistance through grocery gift cards and emergency food pantries; clothing provisions for individuals escaping abusive situations or other crises; health education; access to mental health services including crisis counseling; legal services including assistance with filing claims through the New York State Office of Victim Services; and assistance with immigration-related legal needs.

7. The NY LGBT Center's services are provided in a linguistically and culturally appropriate manner, with translation and interpretation services available in over 200 languages, including American Sign Language.

8. The NY LGBT Center has observed a significant increase in service utilization from assisting 27 survivors in 2021 to 336 unique individuals annually through the end of 2024, the dramatic rise in service demand demonstrates substantial unmet needs among LGBTQ+ crime victims in New York City.

9. The NY LGBT Center employs highly qualified staff, including multilingual case managers and intake specialists experienced in providing trauma-informed, culturally competent services, and has made substantial investments in meeting the DOJ's objectives and compliance requirements. Terminating the grant mid-term significantly disrupts our ability to provide essential services, leaving vulnerable crime victims without critical support.

10. The loss of this grant funding would result in terminating or furloughing the employee hired specifically under this grant. Additionally, The NY LGBT Center would no longer be able to provide essential food or clothing assistance to victims of domestic violence seeking support, severely impacting our operational capabilities and leaving vulnerable LGBTQ+ crime victims without critical resources. Without this funding, transportation support, crisis intervention, and culturally specific legal assistance would also be severely curtailed.

11. The termination letter states that the award has been terminated because it ""no longer effectuates the program goals or agency priorities." A copy of the termination letter is attached as **Exhibit C.**

12. We do not understand the rationale behind the termination and this grant falls within the statutory mandate under 34 U.S.C. § 10112(a) and 34 U.S.C.A. § 12291(a)(8), which require the DOJ's Office of Justice Programs (OJP) to prioritize funding for culturally specific services targeting racial and ethnic minority groups, explicitly including LGBTQ+ communities historically impacted by inequality and victimization.

13. By terminating this grant, OJP directly contravenes its mandate to address barriers faced by culturally specific organizations and undermines the federally recognized need to support underserved, marginalized communities through culturally competent and responsive victim services.

Substance Abuse and Mental Health Services Administration (SAMSHA) Grants

14. As outlined in my prior declaration (ECF No. 47-7 ¶¶ 14, 22-25) The NY LGBT Center receives substantial funding from the Substance Abuse and Mental Health Services Administration (SAMHSA) to support a wide range of behavioral health and substance use programs tailored to meet the specific needs of LGBTQ+ communities in New York City.

15. This funding is critical to addressing the intersecting challenges of substance use, mental health, and HIV risk that disproportionately affect LGBTQ+ individuals, particularly youth, people of color, and transgender and gender nonconforming communities. Through

multiple SAMHSA grants, The NY LGBT Center provides vital services such as counseling, outreach, education, HIV prevention, and capacity building for affirming care. These programs not only provide direct support to clients but also strengthen the broader network of service providers through specialized training and technical assistance to ensure culturally competent care for LGBTQ+ populations.

16. A core requirement of these grants is that The NY LGBT Center periodically report to SAMHSA on how the funds are being used to serve our communities. However, SAMHSA has now advised us that we should not use certain terms or risk grant termination. They include:

    a. Diversity, Equity, Inclusion, Cultural Competence, Culturally-informed, DEI;

    b. He/She/They/Them, Inclusivity, Nonbinary / Non binary / Non-binary, Transgender, LGBTQ, LGBTQ+.

17. We were also instructed by the agency that in order to request reimbursement for payment under this grant, we must include in the payment justification that states, "We also certify that the costs do not violate the Executive Orders Ending Radical and Wasteful Government DEI Programs and Preferencing and Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."

18. This directive makes it functionally impossible for the NY LGBT Center to comply with its reporting obligations while accurately describing the populations it serves and the services it provides. The NY LGBT Center's programming is explicitly designed to address the health and social disparities experienced by LGBTQ+ people, especially transgender and nonbinary individuals and LGBTQ+ people of color.

19. Without the ability to describe its work in these terms, The NY LGBT Center cannot truthfully report on its activities, which places it at risk of noncompliance with grant conditions. At the same time, complying with these restrictions would force The NY LGBT Center to erase the identities of the very people it exists to serve. This contradiction creates an unresolvable conflict: The NY LGBT Center cannot meet the federal directives without

1  abandoning the purpose and integrity of its services, nor can it continue to meet its grant
2  obligations without risking termination for using prohibited language. The ambiguity and
3  overreach of these restrictions make compliance not only unclear but fundamentally impossible.
4  ///
5  ///
6  ///
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27
28

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 15, 2025                         Respectfully submitted,

*/s/ Jeffrey Klein*
Jeffrey Klein