**U.S. Department of Justice**
Office of Justice Programs
Office for Victims of Crime

OMB No. 1121-0329
Approval Expires 02/28/2027

# OVC FY24 Meeting the Basic Needs of Crime Victims in Underserved Communities

## Funding Opportunity #: O-OVC-2024-172164

| Grant amount: Up to $200,000 | Project length: 24 months |
| --- | --- |

Is your organization a Nonprofit organization? (Your nonprofit may, but does not have to, have 501(c)(3) status with the IRS, to be eligible. Institutions of higher education, even if nonprofit, are not eligible.)

Or, is your organization a Native American Tribal organization? (Federally recognized Tribal governments are not eligible.)

Can your organization use grant funding to provide for the basic needs of crime victims, such as transportation, temporary and transitional housing, clothing, food, and other items necessary for their well-being, healing, or safety?

Does your organization have experience providing direct services to crime victims in communities that have been historically marginalized, adversely affected by inequality, and disproportionately impacted by crime, violence, and victimization?

***If yes, you are eligible for funding.***

Deadline to submit SF-424 and SF-LLL in Grants.gov: **July 29, 2024, by 8:59 p.m. Eastern Time**
Deadline to submit application in JustGrants: **August 1, 2024, by 8:59 p.m. Eastern Time**

OVC will hold a webinar on June 18, 2024, and June 20, 2024, at 3:00 p.m. ET to review this opportunity and answer questions from participants. Register for the webinars at https://ovc.ojp.gov/funding/funding-webinars.

This funding opportunity is testing a new design and approach, and we'd love to have your feedback. Please send thoughts and questions to MBNCV@usdoj.gov.

This funding opportunity includes:

- Simple, clear language
- An option to submit your Project Plan through a questionnaire, a video submission, or an oral presentation.

# BEFORE YOU BEGIN AN APPLICATION

**Make sure your organization is eligible.** Your organization is eligible if you are:

☐ A Native American Tribal organization (other than Federally recognized Tribal governments)

☐ A nonprofit, whether or not you have 501(c)(3) status with the IRS (institutions of higher education, even if nonprofit, are not eligible)

**If you believe you are a good candidate for this grant, start or confirm your SAM.gov and GRANTS.gov registration now.**

Register in SAM.gov or make sure your registration is up to date. Begin as soon as possible. **It can take over two weeks to register, and you will not be able to submit your application until you have finished the registration process.** The SAM Entity Registration page also includes a video that walks you through the registration process. If you need help, you can call 866-606-8220 or live chat with the Federal Service Desk.

Get a Unique Entity Identifier (UEI). You get your UEI when you register in SAM.gov.

Register in Grants.gov. See how to register in Grants.gov.

# THEN DO THIS

Read over this funding opportunity carefully before beginning the application.

Make sure that you understand OVC's purpose and priorities for this funding opportunity and what grantees will be expected to do.

Review the requirements of the award to make sure you can meet them if you get a grant.

Email MBNCV@usdoj.gov as soon as possible, but no later than the Grants.gov deadline of July 29, 2024, to let us know how you plan to submit your Project Plan.

Find the application package by going to Grants.gov and searching for opportunity number O-OVC-2024-172164.

Put together your full application as described in this funding opportunity. Applications must be submitted to DOJ electronically through a two-step process that begins in Grants.gov and is completed in JustGrants.

**Step 1: By July 29, 2024, at 8:59 p.m. ET,** the applicant must register for this opportunity in Grants.gov at https://grants.gov/register and submit the required Application for Federal Assistance standard form (SF-424) and a Disclosure of Lobbying Activities (SF-LLL). **You should register in Grants.gov even if you are not certain you will apply just to be sure you won't miss this important deadline.**

**Step 2: By August 1, 2024, at 8:59 p.m. ET,** the applicant must submit the **full application,** including attachments, in JustGrants at JustGrants.usdoj.gov.

# Contents

**What is this funding opportunity about?**
*(Basic Information)* ..................................... 4

**Who can apply?** *(Eligibility)* .................................... 5

**What will grantees do***? (Program Description)* ..... 5

**When are applications due?**
*(Submission Requirements and Deadlines)* ........... 6

**Specific information about this
funding opportunity** .................................. 6

**How can you can learn more about
this funding opportunity** ......................... 7

**How to prepare your Project Plan**......................... 8

**Guidelines for the three Project Plan
submission formats** .............................. 11

**How to apply—the two-step application
process** *(Application Contents and Format)* ......... 12

**How will OJP review your proposal?**
*(Application Review Information)*............................ 17

**How will you know if you are selected
to receive a grant?** *(Award Notices)*.................... 19

**What happens if you miss the
submission deadline?** ........................... 20

**Other important funding information**................. 21

**Award requirements** *(if you receive
a grant) (Post-Award Requirements
and Administration)* ................................. 22

## Where can you learn more about this funding opportunity?

OVC will hold a webinar on June 18, 2024, and June 20, 2024, at 3:00 ET to review this opportunity and answer questions from participants. Register for the webinars at https://ovc.ojp.gov/funding/funding-webinars.



For questions about the requirements of this funding opportunity, or to give us feedback, please contact the Office for Victims of Crime, by email at MBNCV@usdoj.gov.

When preparing and submitting an application, the following resources may aid prospective applicants:

1. Grants.gov "How to Apply for Grants"
2. OJP "How To Apply" section in the Application Resource Guide
3. JustGrants Application Submission Training

For assistance with submitting the Application for Federal Assistance standard form (SF-424) and a Disclosure of Lobbying Activities (SF-LLL) in Grants.gov, see Grants.gov "How to Apply for Grants" or contact the Grants.gov Customer Support Hotline at 800-518-4726, 606-545-5035, Grants.gov Customer Support, or support@grants.gov. The Grants.gov Support Hotline is open 24 hours a day, 7 days a week, except on federal holidays.

For assistance with submitting the application in JustGrants, visit JustGrants Application Submission Training or contact the JustGrants Service Desk at 833-872-5175 or JustGrants.Support@usdoj.gov. The JustGrants Service Desk operates from 7:00 a.m. to 9:00 p.m. ET Monday–Friday and from 9:00 a.m. to 5:00 p.m. ET on Saturday, Sunday, and federal holidays.

# What is this funding opportunity about?
## *(Basic Information)*

The U.S. Department of Justice (DOJ), Office of Justice Programs (OJP), Office for Victims of Crime (OVC) is seeking applications from organizations that provide culturally responsive services to crime victims and survivors from communities that have been historically underserved, marginalized, adversely affected by inequality, and disproportionately impacted by crime, violence, and victimization. These victims often face barriers that prevent them from accessing critical services. Such barriers can isolate these victims and contribute to distrust of the government and government systems. Unaddressed needs can lead to long-term physical, emotional, social, and financial problems for survivors. Survivors from underserved communities are more inclined to seek services from organizations rooted in their communities that understand and are skilled at addressing the challenges specific to their communities. Through this funding opportunity, OVC will support services for victims by organizations that understand the complex, multilayered, culturally specific challenges that crime victims from these communities face when attempting to access assistance and services.[1]

For example, your organization could use this grant to address these services related to crime victimization:

- a shortage of rental units that provide temporary or transitional housing for victims;

- inadequate funding for food (e.g., grocery gift cards, setting up/stocking a free food pantry);

- lack of funds for bus fare, subway or metro fare, ride-sharing expenses, and other transportation-related services;

- a need for clothing for adults, infants, children, or teens;

- covering expenses for job-readiness such as appropriate work attire, or fees for apprenticeship programs or skill building courses;

- additional staff or staff time to provide and oversee these services; or

- other challenges related to meeting the basic needs of underserved victims.

Cash transfers are not an allowable expense under this program. Special consideration will be given to organizations that have not received OVC funding since 2020.

<span style="color:red">**Intake Specialist- ask Ryan but maybe Josey's role (maybe part-time)**
**$12,000 for Food**
**$5,000 for clothing**
**$8,000 metro cards**
**Interpretor $5,000**
**10% indirect**</span>

---

[1] Due to the high rates of victimization reported in certain communities, specifically communities with Native Hawaiian, American Indian/Alaska Native, Black, and Latino populations, organizations serving victims in these communities are encouraged to apply. Consideration of the unique needs of LGBTQI+ individuals is encouraged.

# Who can apply? *(Eligibility)*

- Native American Tribal organizations (other than federally recognized Tribal governments)

- Nonprofits having a 501(c)(3) status with the IRS, other than institutions of higher education

- Nonprofits that do not have a 501(c)(3) status with the IRS, other than institutions of higher education

# What will grantees do? *(Program Description)*

The goal of this program is to increase the availability and accessibility of basic services and assistance to crime victims and survivors from communities that have been historically underserved, marginalized, adversely affected by inequality, and disproportionately impacted by crime, violence, and victimization.

Grantees will have the opportunity to work with OVC's Financial Management Resource Center (FMRC), National Center for Culturally Responsive Victim Services, and other OVC technical assistance providers to build their capacity to manage their grant, develop programmatic and financial policies and procedures, complete the required financial and grants management training, develop formal agreements with project partners (if needed), and build organizational and programmatic capacity as necessary to support the implementation of the project, to include learning how to collect data necessary to assess project impact.

Once those programmatic and financial policies and procedures are in place and project staff have completed the training, grantees will be able to use this funding to deliver culturally relevant victim services and supports for crime victims in underserved communities and collect data to measure project impact and inform improvements in the delivery of services to victims of crime.

If your organization receives a grant, you will be expected to produce these products during the 24-month project period:

1. Programmatic and financial policies and procedures that describe how the organization delivers crime victim services.

2. Four financial reports and two progress reports each year that document how grant funds are being spent and that describe the progress of the project.

3. A final report that describes the whole project, including what services were offered and most used, who was served, areas of success, challenges faced, and lessons learned.

# When are applications due?
## *(Submission Requirements and Deadlines)*

## Before you apply:

Email MBNCV@usdoj.gov as soon as possible, but no later than the Grants.gov deadline of July 29, 2024, to let OVC know how you plan to submit your Project Plan (via JustGrants questionnaire, video submission, or oral presentation) to receive detailed instructions for next steps. If you do not contact OVC prior to the Grants.gov deadline, then the project plan must be submitted via the questionnaire in JustGrants.

Applications must be submitted to DOJ electronically through a two-step process that begins in Grants.gov and is completed in JustGrants.

**Step 1:** By 8:59 p.m. ET on July 29, 2024, you must register for this opportunity in Grants.gov at https://grants.gov/register and submit the required Application for Federal Assistance standard form (SF-424) and a Disclosure of Lobbying Activities (SF-LLL).

**Step 2:** By 8:59 p.m. ET on August 1, 2024, you must submit your complete application in JustGrants at JustGrants.usdoj.gov.

You will receive emails when your materials are successfully submitted in Grants.gov and JustGrants and you should save all emails and other confirmations received from SAM.gov, Grants.gov, and JustGrants systems.

The full application must be submitted in JustGrants by 8:59 p.m. ET on August 1, 2024. Failure to begin the SAM.gov, Grants.gov, or JustGrants registration and application process in sufficient time (i.e., waiting until the due dates identified in this solicitation for those systems to begin the application steps) is not an acceptable reason to request an extension to the deadline.

# Specific information about this funding opportunity

**Solicitation Short Title:** OVC FY 2024 UNDERSERVED
**Assistance Listing Number:** 16.582
**Grants.gov Opportunity Number:** O-OVC-2024-172164
**Solicitation Release Date:** May 31, 2024
**Statutory Authority:** 34 U.S.C. § 20103(c)(1)(A)
**Anticipated Number of Grants:** 25
**Size of Grants:** Up to $200,000
**Project Start Date:** 10/01/2024
**Project Length:** 24 months

OVC may choose to fund applications submitted under this FY 2024 solicitation in future fiscal years, dependent on, among other considerations, the merit of the applications and the availability of

appropriations. Additionally, OJP may provide additional funding in future years to awards made under this funding opportunity through continuation awards. OJP will consider, among other factors, OJP's strategic priorities, a recipient's overall management of the award, and the progress of the work funded under the award, when making continuation award decisions.

An application includes three required parts:

1. SF-424 and SF-LLL (submitted in Grants.gov)

2. Project Plan

3. Budget Web-Based Form, which includes the budget details and the budget narrative (submitted in JustGrants)

If OJP determines that your application does not include these three parts, it will not be considered for funding.

# How can you learn more about this funding opportunity?

OVC will hold a webinar on June 18, 2024, and June 20, 2024, at 3:00 p.m. ET to review this opportunity and answer questions from participants. Register for the webinars https://ovc.ojp.gov/funding/funding-webinars. You can submit questions in advance to MBNCV@usdoj.gov with the subject "Questions for Webinar." The session will be recorded and available https://ovc.ojp.gov/funding/funding-webinars.

For questions about the requirements of this funding opportunity, or to give us feedback, please contact OVC by email at MBNCV@usdoj.gov.

When preparing and submitting an application, the following resources may aid prospective applicants:

1. Grants.gov "How to Apply for Grants"

2. OJP "How To Apply" section in the Application Resource Guide

3. JustGrants Application Submission Training

For assistance with submitting the Application for Federal Assistance standard form (SF-424) and a Disclosure of Lobbying Activities (SF-LLL) in Grants.gov, see Grants.gov "How to Apply for Grants" or contact the Grants.gov Customer Support Hotline at 800-518-4726, 606-545-5035, Grants.gov Customer Support, or support@grants.gov. The Grants.gov Support Hotline is open 24 hours a day, 7 days a week, except on federal holidays.

For assistance with submitting the application in JustGrants, visit JustGrants Application Submission Training or contact the JustGrants Service Desk at 833-872-5175 or JustGrants.Support@usdoj.gov. The JustGrants Service Desk operates from 7:00 a.m. to 9:00 p.m. ET Monday–Friday and from 9:00 a.m. to 5:00 p.m. ET on Saturday, Sunday, and federal holidays.

DOJ Grants Financial Guide serves as the primary reference manual to assist award recipients in fulfilling their fiduciary responsibility to safeguard grant funds and to ensure funds are used for the purposes for which they were awarded. It compiles a variety of laws, rules and regulations that affect the financial and administrative management of DOJ awards. This guide serves as a starting point for all award recipients and subrecipients of DOJ grants and cooperative agreements in ensuring the effective day-to-day management of awards.

JustGrants Resources Website is an entryway into information about JustGrants and the grants management system itself. Through this portal both award recipients and applicants can access training resource and user support options, find frequently asked questions, and sign up for the JustGrants Update e-newsletter.

JustGrants Application Submission Training page offers helpful information and resources on the application process. This training page includes e-learning videos, reference guides, checklists, and other resources to help applicants complete an application.

Weekly Training Webinars are advertised here and provide opportunities for users to receive topic-specific training, direct technical assistance, and support on JustGrants system functionality.

# How to prepare your Project Plan

Instead of submitting the written project narrative and abstract required in other OJP funding opportunities, applicants will submit a Project Plan. You have three options for submitting your Project Plan:

1. Provide written answers to a questionnaire in JustGrants, or

2. Submit a video of your team describing your Project Plan, or

3. Present your Project Plan to OVC during a live oral presentation via video meeting.

Applicants should let OVC know which format they will use to submit the Project Plan by emailing MBNCV@ usdoj.gov as soon as possible, but no later than the Grants.gov deadline of July 29, 2024.

Regardless of the format you choose to use, your Project Plan should answer these questions:

| QUESTIONS |
|---|
| INTRODUCTION—ABOUT YOUR ORGANIZATION |
| How will you submit your Project Plan? |
| If you plan to submit your project plan by doing a live oral presentation, who should we contact to schedule your presentation (name, phone numbers and email)? |

## QUESTIONS

Is your organization a population specific organization that serves communities that have been historically underserved, marginalized, adversely affected by inequality, and disproportionately impacted by crime, violence, and victimization?

In about 200 words, describe your organization: What is your organization's mission, what does your organization do, who does your organization serve, and why is your organization applying for these funds?

### WHAT NEED WILL YOUR PROJECT MEET?

What is the goal of the proposed project? What do you want to happen during the project period?

Why is the project you proposed needed?

### HOW WILL YOU PROVIDE VICTIM SERVICES?

Where geographically will the services to victims be provided for this project?
List state, city, neighborhood (if applicable)

What populations do you expect to receive victim services through your proposed project: e.g., race/ethnicity, language (if other than English), age, gender/sexual identity, economic status, education, employment status, barriers to access (such as physical or mental health challenges), or other relevant characteristics.

What services to victims will your project provide?
List type(s) of services you propose to provide (for example, transportation, childcare, housing, food, etc.).

How will the victim services you provide be culturally relevant or responsive? Will services be provided in any languages other than English?

How will the victim services you provide be trauma-informed?

How do crime victims typically find your organization in order to access your services?

### HOW WILL YOUR PROJECT BE MANAGED AND STAFFED?

Who will lead and manage your project? What experience and background do they have that would allow them to manage the project effectively and according to the terms of the grant award?

Who will provide the services to victims in your project? What is their experience and background in providing victim services?

How is your organization and your staff connected to the community you plan to serve?

Do any of your project staff have lived experience relevant to the work they will do on this project?

## QUESTIONS

What training and supervision will the organization provide to project staff to ensure that they are providing high quality services to victims?

---

Will your organization work with or partner with other organizations as part of your proposed project?

---

If YES, list partner organization(s) and say whether you have or will create a formal agreement with them to partner on this project (if you don't have formal agreements in place now, the Technical Assistance provider will help you with that if an award is made). For example:

*County Rape Crisis Response Center – yes, Memorandum of Understanding signed by both organizations*

*City Domestic Violence Shelter – yes, Letter of Agreement*

*Local church Food Bank – no formal agreement*

---

Will you share funds with a partner organization(s) that will be working on the project if you receive a grant?

### PROJECT TIMELINE

The next section asks for a timeline for when your primary project activities will happen, and which staff will be involved. You do not have to list every project activity, only activities that are important for you to meet project goals (goals are what you intend to achieve through this project, so activities are what you plan to do to reach a particular goal). Please follow this example for each quarter (3-month period):

**Quarter 1:**

1. *Create program policies on confidentiality and financial management of grant funds – Project Director*

2. *Work with OVC's training and technical assistance provider to build capacity and finalize project plans – All Project Staff*

3. *Take training on trauma-informed victim services – 2 Victim Service Providers*

4. *Complete training on data collection and analysis. – Project Director*

---

What activities will take place in the first quarter of your project? [Jan–March 2025]

Which staff will be responsible for those activities?

---

What activities will take place in the second quarter of your project? [April–May 2025]

Which staff will be responsible for those activities?

---

What activities will take place in the third quarter of your project? [July–Sept. 2025]

Which staff will be responsible for those activities?

---

What activities will take place in the fourth quarter of your project? [Oct–Dec. 2025]

Which staff will be responsible for those activities?

---

| QUESTIONS |
|---|
| What activities will take place in the fifth quarter of your project? [Jan−March, 2026]<br>Which staff will be responsible for those activities? |
| What activities will take place in the sixth quarter of your project? [April−June, 2026]<br>Which staff will be responsible for those activities? |
| What activities will take place in the seventh quarter of your project? [July−Sept. 2026]<br>Which staff will be responsible for those activities? |
| What activities will take place in the final quarter of your project? [Oct−Dec 2026]<br>Which staff will be responsible for those activities? |

# Guidelines for the three Project Plan submission formats

No matter which submission method you choose (JustGrants questionnaire, video, oral presentation) your Project Plan should address each question above. Applicants must respond clearly to each prompt in the Project Plan but may be creative in doing so.

All submissions should be in English. The use of interpreters (arranged for by the Applicant) is acceptable if necessary for video submissions or oral presentations. OJP may consider noncompliance with the format and length restrictions described here in its peer review and final award decisions.

### Project Plan Questionnaire in JustGrants

To reduce the burden of writing a traditional project narrative, OVC has created a questionnaire in JustGrants. If you choose this option, you will respond to the Project Plan questions directly in JustGrants. The questions require a yes or no or brief written response. One or two sentences, or bulleted lists, are sufficient as responses. There is a word limit for some responses, which is indicated in the questionnaire. You may type out your responses to the questionnaire outside of JustGrants (for example, in a Word document) and then cut and paste your responses into JustGrants.

### Project Plan Video Submission

If you choose to submit a video for your project plan, notify OVC by sending an email to MBNCV@usdoj.gov as soon as possible, but no later than July 29, 2024. Use the Project Plan questions above to determine what you say in your video. Make sure that you answer each of the Project Plan questions. While the video should be clear, well-lit, and audible, OVC is not expecting highly produced videos. Your video can be one in which your project staff are filmed on a phone as they sit around a conference room responding to the Project Plan questions. Please ensure that the sound quality of the video is clear and loud enough so that it can be heard, however.

Videos must be in MP4, MOV, AVI or WMV format. They should be no longer than 30 minutes in length and no larger than 4GB. When you email MBNCV@usdoj.gov to let us know you plan to submit a video,

you will be given instructions and technical assistance. Videos must be submitted following those instructions no later than the JustGrants deadline of 8:59 p.m. ET on August 1, 2024. OVC will create a transcription of your video for internal review and record retention purposes.

**Project Plan Oral Presentation**

If you choose the oral presentation option, notify OVC by sending an email to MBNCV@usdoj.gov as soon as possible, but no later than July 29, 2024. OVC will reach out to your designated Point of Contact within 5 business days of receiving the email at MBNCV@usdoj.gov to schedule your presentation. All presentations will be scheduled as quickly as possible after the email is received by OVC. If you do not make your oral presentation at your scheduled and agreed to time (negotiated with OVC), your application will not be considered for funding.

Your oral presentation will be conducted via Microsoft Teams (MS Teams), at a time agreed to by the applicant and OVC (you will have a range of time slots to select from). You will be given technical instructions, and an opportunity to practice using the MS Teams web app with OVC staff before your presentation begins. You do not need to own MS Teams software to participate.

Oral presentations should communicate the strengths of your organization, staff, and the community or populations intended to be served through the project. You will have up to 30 minutes for your oral presentation. OVC will record and produce a transcription of your oral presentation for internal review and record retention purposes.

# How to apply—the two-step application process
## *(Application Contents and Format)*

## Application Step 1

After registering with SAM.gov, submit the SF-424 and SF-LLL in Grants.gov.

- The SF-424 is a required standard form used as a cover sheet for submission of pre-applications, applications, and related information. In Section 8F of the SF-424, include the name and contact information of the individual who will complete the application in JustGrants and the SF-LLL in Grants.gov.

- Intergovernmental Review: This funding opportunity is not subject to Executive Order (E.O.) 12372. In completing the SF-424, an applicant should answer question 19 by selecting "Program is not covered by E.O. 12372."

Within 48 hours after the SF-424 and SF-LLL submission in Grants.gov, you will receive four (4) Grants.gov email notifications:

- A submission receipt.

- A validation receipt.

- A grantor agency retrieval receipt.

- An agency tracking number assignment.

If no Grants.gov receipt and validation email is received, or if error notifications are received:

- Contact the Grants.gov Customer Support Hotline at 800-518-4726, 606-545-5035, Grants.gov customer support, or support@grants.gov regarding technical difficulties.

Within 24 hours after receipt of confirmation emails from Grants.gov, the individual in Section 8F of the SF-424 will receive an email from JustGrants with login instructions.

# Application Step 2

The "Application Resource Guide" provides detailed instructions on each requirement below.

Submit the following information in JustGrants:

- **Entity and User Verification (First Time Applicant)**
  If your organization is using JustGrants for the first time, once the application is received from Grants.gov, DOJ will send an email (from DIAMD-NoReply@usdoj.gov) to the individual listed in Section 8F of the SF-424 with instructions on how to create a JustGrants account. This email should arrive within 24 hours after this individual receives confirmation from Grants.gov of their SF-424 and SF-LLL submissions. Register the Entity Administrator (the person who manages who can access JustGrants on behalf of the applicant), the Application Submitter, and Authorized Representative for the applicant with JustGrants as early as possible and (recommended) not later than 48–72 hours before the JustGrants deadline. Once registered in JustGrants, the Application Submitter will receive a link in an email to complete the rest of the application in JustGrants.

- **Standard Applicant information (SF-424 information from Grants.gov)**
  The "Standard Applicant Information" section of the JustGrants application is pre-populated with the SF-424 data submitted in Grants.gov. The applicant will need to review the Standard Applicant Information in JustGrants and make edits as needed. The applicant will need to add ZIP codes for areas affected by the project; confirm their Authorized Representative; and verify and confirm the organization's unique entity identifier, legal name, and address.

The following application elements should be submitted in the web-based forms in JustGrants.

## Data Requested With Application

- **Financial Management and System of Internal Controls Questionnaire (including Applicant Disclosure of High Risk Status)**
  The Financial Management and System of Internal Controls Questionnaire helps OJP assess the financial management and internal control systems, and the associated potential risks of an applicant as part of the pre-award risk assessment process. Every OJP applicant (other than an individual applying in their personal capacity, not representing an applicant organization) is required to complete the web-based questionnaire form in JustGrants.

- **Brief Applicant Entity Questionnaire**
The Office of Justice Programs (OJP) is collecting the following information to help assess its efforts to attract a broader range of applicants. These questions apply to the applicant entity and its work and scope only, and not to the specific project(s) being proposed within the application. Responses to the questions will not be considered in the application review process. The questions included in the questionnaire are available in the Standard Forms & Instructions: Brief Applicant Entity Questionnaire.

- **Project Plan**
Directions for creating your Project Plan are discussed above.

  All applicants will answer the following questions in JustGrants as part of their Project Plan submission:

  – How will you submit your Project Plan?

  – If you plan to submit your project plan by doing a live oral presentation, who should we contact to schedule the presentation (name, phone numbers and email)?

  – Is your organization a population specific organization that serves communities that have been historically underserved, marginalized, adversely affected by inequality, and disproportionately impacted by crime, violence, and victimization? If so, which population(s) are served by your organization?

  – In about 200 words, describe your organization: What is your organization's mission, what does your organization do, why is your organization applying for these funds?

  Applicants that choose to submit their Project Plan using the JustGrants questionnaire format will complete additional short answer questions in JustGrants.

  Applicants that choose to submit their Project Plan as a video (and email OVC at MBNCV@usdoj.gov no later than July 29, 2024) will receive submission instructions from OVC.

  Applicants that choose to submit their Project Plan as a live oral presentation via MS Teams (and email OVC at MBNCV@usdoj.gov no later than July 29, 2024) will be contacted by OVC to schedule their presentations.

- **Budget and Associated Documentation**

  – Budget Detail Narrative and web-based form*

  – Indirect Cost Rate Agreement (if applicable)

  – Additional Application Components

- **Funding Restrictions**
All **recipients** and subrecipients (including any for-profit organization) must forgo any profit or management fee.

- **Budget Detail and Narrative Web-Based Form**
The applicant will complete the JustGrants web-based budget form, which includes both detailed calculations and budget narrative sections. Additional information about how to complete the budget form in JustGrants is available in the Complete the Application in JustGrants: Budget training.

- **Prior Approval, Planning, and Reporting of Conference/Meeting/Training Costs**

  OJP strongly encourages every applicant that proposes to use award funds for any conference-, meeting-, or training-related activity (or similar event) to review carefully—before submitting an application—the Application Resource Guide for information on prior approval, planning, and reporting of conference/meeting/training costs.

- **Costs Associated With Language Assistance (if applicable)**

  If an applicant proposes a program or activity that would deliver services or benefits to individuals, the costs of taking reasonable steps to provide meaningful access to those services or benefits for individuals with limited English proficiency may be allowable.

- **Budget/Financial Attachments**

  - **Indirect Cost Rate Agreement (if applicable)**

    Indirect costs are costs of an organization that are not readily assignable to a particular project but are necessary to the operation of the organization and the performance of the project. Examples of costs usually treated as indirect include those incurred for facility operation and maintenance, depreciation, and administrative salaries. The requirements for the development and submission of indirect cost proposals and cost allocation plans are listed in Appendices III – VII of 2 C.F.R. Part 200. A non-federal applicant should follow the guidelines applicable to its type of organization. If applicable, an applicant with a current federally approved indirect cost rate agreement will upload it as an attachment in JustGrants. See the DOJ Grants Financial Guide for additional information on Indirect Cost Rate Agreement.

  - **Consultant Rate (if applicable)**

    Costs for consultant services require prior approval from OJP. If the proposed project expects to fund consultant services, compensation for individual consultant services is to be reasonable and consistent with that paid for similar services in the marketplace. See the DOJ Grants Financial Guide for information on the consultant rates, which require prior approval from OJP.

  - **Limitation on Use of Award Funds for Employee Compensation for Awards Over $250,000; Waiver (if applicable)**

    If an applicant proposes to hire employees with Federal award funds, for any award of more than $250,000 made under a funding opportunity, an award recipient may not use federal funds to pay total cash compensation (salary plus cash bonuses) to any employee of the recipient at a rate that exceeds 110 percent of the maximum annual salary payable to a member of the federal government's Senior Executive Service (SES) at an agency with a Certified SES Performance Appraisal System for that year. See the Application Resource Guide for information on the "Limitation on Use of Award Funds for Employee Compensation for Awards over $250,000; Waiver."

  - **Disclosure of Process Related to Executive Compensation (if applicable)**

    This notice of funding opportunity expressly modifies the Application Resource Guide by not incorporating its "Disclosure of Process Related to Executive Compensation Provisions. Applicants to this funding opportunity are not required to provide this disclosure.

## Additional Application Components

- Tribal Authorizing Resolution--If your project will serve a Tribal community, you must submit a Tribal authorizing resolution documenting Tribal government support for your project.

- A description of the background and experience of project staff who will be responsible for leading and directing the project and providing victim services, e.g., a list of qualifications and prior experience, a resume).

## Disclosures and Assurances

- Disclosure of Lobbying Activities

- The SF-LLL attachment that was completed and submitted in Grants.gov is attached to this section automatically for the applicant.

- Applicant Disclosure of Duplication in Cost Items: To ensure funding coordination across grant making agencies, and to avoid unnecessary or inappropriate duplication among grant awards, the applicant will disclose if it has any pending applications for federal funding, including pending applications for subawards of federal funds. Complete the JustGrants web-based Applicant Disclosure of Duplication in Cost Items form.

- DOJ Certified Standard Assurances: Review and accept the DOJ Certified Standard Assurances in JustGrants.

- DOJ Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; Drug-Free Workplace Requirements; Law Enforcement and Community Policing

- Review and accept in JustGrants the DOJ Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; Drug-Free Workplace Requirements; Law Enforcement and Community Policing.

- Applicant Disclosure and Justification – DOJ High-Risk Grantees: If applicable, submit the DOJ High-Risk Disclosure and Justification as an attachment in JustGrants. A DOJ High-Risk Grantee is an award recipient that has received a DOJ High-Risk designation based on a documented history of unsatisfactory performance; financial instability; management system or other internal control deficiencies; noncompliance with award terms and conditions on prior awards or is otherwise not responsible.

## Review, Certify, and Submit Application in JustGrants

- Any validation errors will immediately display on screen after submission.

- Correct validation errors, if necessary, and then return to the "Certify and Submit" screen to submit the application. Access the Application Submission Validation Errors Quick Reference Guide for step-by-step instructions to resolve errors prior to submission.

- Once the application is submitted and validated, a confirmation message will appear at the top of the page. Users will also receive a notification in the "bell" alerts confirming submission.

- If no JustGrants application submission confirmation email or validation is received, or if error notification is received—

    – Contact the JustGrants Service Desk at 833-872-5175 or JustGrants.Support@usdoj.gov regarding technical difficulties. See the Application Resource Guide for additional information.

# How will OJP review your proposal?
## *(Application Review Information)*

## Basic Minimum Requirements Review Criteria

OJP screens applications to ensure they meet the basic minimum requirements prior to conducting the peer review. Although specific requirements may vary, the following are requirements for all OJP solicitations:

- The application must be submitted by an eligible type of applicant (see Eligibility section).

- The application must request funding of $200,000 or less.

- The proposed project must address the requirements of the solicitation and align with the goal of this funding opportunity, which is to increase the accessibility of services to meet the basic needs of victims from communities that have been historically underserved, marginalized, adversely affected by inequality, and disproportionately impacted by crime, violence, and victimization.

- The application must include all items necessary to meet the basic minimum requirements. For this funding opportunity, the SF-424 and SF-LLL (submitted in Grants.gov), Project Plan (submitted in one of three formats), and the Budget Web-Based Form and the budget narrative (submitted in JustGrants) are required.

## Merit Review Criteria

Applications that meet the basic minimum requirements will be evaluated by peer reviewers on how the Project Plan (and other application attachments) address the following criteria:

- Need the Project Will Meet 12%

    – What is the goal of the proposed project?

    – Why is the proposed project needed?

- Plan for Providing Victim Services 42%

  – Where geographically will services be provided?

  – Who will receive services through this project?

  – What services to victims will be provided?

  – How will the victim services provided be culturally responsive and trauma informed?

  – How will persons be identified to receive services and made aware of available services?

- Project Staff and Management 30%

  – Who will lead and manage your project, and what is their experience and background in providing victim services?

  – Who will provide the services to victims, and what is their experience and background in providing victim services?

  – How are your organization and staff connected to the community you will serve?

  – What training and supervision will staff receive?

- Project Timeline 16%

  – What activities will take place in each quarter (3-month period) of your project?

  – Who will be responsible for those activities?

  – How are the activities connected to the overall goals of the project?

The Project Budget will also be reviewed to ensure it reflects the resources needed to implement the Project Plan and that costs are reasonable, allocable, and necessary for project activities. Grantees cannot begin their project activities until OJP approves the project budget. Grantees who need assistance bringing their budgets into compliance will receive technical assistance post-award.

## Other Review Criteria/Factors

Other important considerations for OJP include geographic diversity, strategic priorities (specifically including, but not limited to, those priority areas already mentioned, if applicable), available funding, past performance, and the extent to which the Budget web-based form accurately explains project costs that are reasonable, necessary, and otherwise allowable under federal law and applicable federal cost principles. Costs are allowable when they are reasonable, allocable to, and necessary for the performance of the federal award, and when they comply with the funding statute and agency requirements (to include the conditions of the award), including the cost principles set out in the Uniform Requirements 2 C.F.R. Part 200, Subpart E.

## Risk Criteria/Factors

Pursuant to the Part 200 Uniform Requirements, before award decisions are made, OJP also reviews information related to the degree of risk posed by the applicant. Among other things to help assess whether an applicant with one or more prior federal awards has a satisfactory record of performance, integrity, and business ethics, OJP checks whether the applicant is listed in SAM.gov as excluded from receiving a federal award.

In addition, if OJP anticipates that an award will exceed $250,000 in federal funds, OJP also must review and consider any information about the applicant that appears in the non-public segment of the integrity and performance system accessible through SAM.gov.

Important note on Responsibility/Qualification Data (formerly FAPIIS): An applicant may review and comment on any information about its organization that currently appears in SAM.gov and was entered by a federal awarding agency. OJP will consider such comments by the applicant, in addition to the other information in SAM.gov, in its assessment of the risk posed by the applicant.

## Review Process

Applications submitted under this solicitation that meet the basic minimum requirements will be evaluated for technical merit by a peer review panel(s) in accordance with OJP peer review policy and procedures using the review criteria listed above. Absent explicit statutory authorization or written delegation of authority to the contrary, all final award decisions will be made by the Assistant Attorney General, who may consider not only peer review ratings and Office for Victims of Crime recommendations, but also other factors as indicated in this funding opportunity.

# How will you know if you are selected to receive a grant? *(Award Notices)*

Generally, award notifications are made by the end of the current federal fiscal year, September 30 via email through the JustGrants system to the person listed in JustGrants as the organization's Authorized Representative.

# What happens if you miss the submission deadline?

OJP very rarely grants extensions to the submission deadline.

OJP will only consider requests to submit an application after the deadline when the applicant can document that a technical issue with a government system prevented submission of the application on time. If an applicant misses a deadline due to unforeseen technical issues with SAM.gov, Grants.gov, or JustGrants, the applicant may request a waiver to submit an application after the deadline. However, the waiver request will not be considered unless it includes documentation of attempts to receive technical assistance to resolve the issue prior to the application deadline. A tracking number is the most typical documentation and is generated when the applicant contacts the applicable service desks to report technical difficulties. Tracking numbers are generated automatically when an applicant emails the applicable service desks, and for this reason, long call wait times for support do not relieve the applicant of the responsibility of getting a tracking number.

An applicant experiencing technical difficulties must contact the associated service desk indicated below to report the technical issue and receive a tracking number:

- SAM.gov: contact the SAM.gov Help Desk (Federal Service Desk), Monday–Friday from 8:00 a.m. to 8:00 p.m. ET at 866-606-8220.

- Grants.gov: contact the Grants.gov Customer Support Hotline, 24 hours a day, 7 days a week, except on federal holidays, at 800-518-4726, 606-545-5035, or support@grants.gov.

- JustGrants: contact the JustGrants Service Desk at JustGrants.Support@usdoj.gov or 833-872-5175, Monday–Friday from 7:00 a.m. to 9:00 p.m. ET and Saturday, Sunday, and federal holidays from 9:00 a.m. to 5:00 p.m. ET.

If an applicant has technical issues with SAM.gov or Grants.gov, the applicant must contact the OJP Response Center at grants@ncjrs.gov within **24 hours of the Grants.gov deadline** to request approval to submit after the deadline.

If an applicant has technical issues with JustGrants that prevent application submission by the deadline, the applicant must contact the OJP Response Center at grants@ncjrs.gov within **24 hours of the JustGrants** deadline to request approval to submit after the deadline.

Waiver requests sent to the OJP Response Center must—

- describe the technical difficulties experienced (provide screenshots if applicable);

- include a timeline of the applicant's submission efforts (e.g., date and time the error occurred, date and time of actions taken to resolve the issue and resubmit; and date and time support representatives responded);

- include an attachment of the complete grant application and all the required documentation and materials;

- include the applicant's Unique Entity Identifier (UEI); and

- include any SAM.gov, Grants.gov, and JustGrants Service Desk tracking numbers documenting the technical issue.

OJP will review each waiver request and the required supporting documentation and notify the applicant whether the request for late submission has been approved or denied. An applicant that does not provide documentation of a technical issue (including all information listed above), or that does not submit a waiver request within the required time period, will be denied. For more details on the waiver process, OJP encourages applicants to review the "Experiencing Unforeseen Technical Issues" section in the Application Resource Guide.

# Other important funding information

This funding opportunity, and awards under this funding opportunity, are subject to the availability of funding and to any changes or additional requirements that may be imposed by the agency or by law. In addition, nothing in this solicitation is intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

OJP expects to make awards under this funding opportunity as grants. See the "Administrative, National Policy, and Other Legal Requirements" section of the Application Resource Guide for a brief discussion of important statutes, regulations, and award conditions that apply to many (or in some cases, all) OJP grants.

This funding opportunity does not require a match.

This solicitation (notice of funding opportunity) incorporates guidance provided in the OJP Grant Application Resource Guide (Application Resource Guide), which provides additional information for applicants to prepare and submit applications to OJP for funding. **If this solicitation requires something different from any guidance provided in the Application Resource Guide, the difference will be noted in this solicitation and the applicant is to follow the guidelines in this solicitation, rather than the guidance in the Application Resource Guide that is in conflict.**

Pursuant to the Part 200 Uniform Requirements, before award decisions are made, OJP reviews information related to the degree of risk posed by the applicant. Among other things to help assess whether an applicant with one or more prior federal awards has a satisfactory record of performance, integrity, and business ethics, OJP checks whether the applicant is listed in SAM.gov as excluded from receiving a federal award.

Freedom of Information and Privacy Act (5 U.S.C. §§ 552 and 552a)

- See the Application Resource Guide for information on the Freedom of Information and Privacy Act (5 U.S.C. §§ 552 and 552a).

# Award requirements *(if you receive a grant)* *(Post-Award Requirements and Administration)*

## Information Regarding Potential Evaluation of Programs and Activities

OJP may conduct or support an evaluation of the projects and activities funded under this solicitation. For additional information on what should be included in the application, see the Application Resource Guide section entitled "Information Regarding Potential Evaluation of Programs and Activities."

## Administrative, National Policy, and Other Legal Requirements

If selected for funding, in addition to implementing the funded project consistent with the OJP-approved application, the recipient must comply with all award conditions and all applicable requirements of federal statutes and regulations, including the applicable requirements referred to in the assurances and certifications executed in connection with award acceptance. For additional information on these legal requirements, see the "Administrative, National Policy, and Other Legal Requirements" section in the Application Resource Guide.

## Civil Rights Compliance

If a successful applicant accepts funding from OJP—as a recipient of OJP funding—that award recipient must comply with certain federal civil rights laws that prohibit it from discriminating on the basis of race, color, national origin, sex, religion, or disability in how the recipient delivers its program's services or benefits and in its employment practices. The civil rights laws that may be applicable to the award include Title VI of the Civil Rights Act of 1964 (Title VI), the nondiscrimination provisions of the Omnibus Crime Control and Safe Streets Act of 1968 (Safe Streets Act), and Section 504 of the Rehabilitation Act of 1973. These and other federal civil rights laws are discussed in greater detail here: "Overview of Legal Requirements Generally Applicable to OJP Grants and Cooperative Agreements - FY 2024 Awards" under the "Civil Rights Requirements" section, and additional resources are available from the OJP Office for Civil Rights.

Part of complying with civil rights laws that prohibit national origin discrimination includes recipients taking reasonable steps to ensure that people who are limited in their English proficiency (LEP) because of their national origin have meaningful access to a recipient's program and activity. An LEP person is one whose first language is not English and who has a limited ability to read, write, speak, or understand English. To help recipients meet this obligation to serve LEP persons, DOJ has published a number of resources, including a language access assessment and planning tool, which are available at https://www.lep.gov/ language-access-planning. Additional resources are available at https://www.ojp.gov/program/civil-rights-office/limited-english-proficient-lep. If the award recipient proposes a program or activity that would deliver services or benefits to LEP individuals, the recipient may use grant funds to support the costs of taking reasonable steps (e.g., interpretation or translation services) to provide meaningful access. Similarly,

recipients are responsible for ensuring that their programs and activities are readily accessible to qualified individuals with disabilities. Applicants for OJP funding must allocate grant funds or explain how other available resources will be used to ensure meaningful and full access to their programs. For example, grant funds can be used to support American Sign Language (ASL) interpreter services for deaf or hard of hearing individuals or the purchase of adaptive equipment for individuals with mobility or cognitive disabilities. For resources, see https://www.ada.gov or contact OJP.

## Financial Management and System of Internal Controls

Award recipients and subrecipients (including recipients or subrecipients that are pass-through entities) must, as described in the Part 200 Uniform Requirements as set out at 2 C.F.R. 200.303, comply with standards for financial and program management. Technical assistance will be available to grantees to help them comply with these standards.

## Information Technology Security Clauses

An application in response to this solicitation may require inclusion of information related to information technology security.

## General Information About Post-Award Reporting Requirements and Data Collection

In addition to the deliverables described in the "What will grantees do" section, all award recipients under this solicitation will be required to submit certain reports and data.

Required reports. Award recipients must submit quarterly financial reports, quarterly and semiannual performance reports, final financial and performance reports, and, if applicable, an annual audit report in accordance with the Part 200 Uniform Requirements or specific award conditions. Future awards and fund drawdowns may be withheld if reports are delinquent (in appropriate cases, OJP may require additional reports).

## Performance Measures

OVC will require grant recipients to submit quarterly performance measure data in OVC's online Performance Measurement Tool (PMT) and separately submit a semiannual performance report in JustGrants. A list of resources and trainings can be found at https://ovc.ojp.gov/funding/performance-measures/transforming-victim-services. OVC will provide further guidance and technical assistance on the post-award submission process after awards are made.