JENNIFER C. PIZER (SBN 152327)
*jpizer@lambdalegal.org*
PELECANOS*†
*pelecanos@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

JOSE ABRIGO*
*jabrigo@lambdalegal.org*
OMAR GONZALEZ-PAGAN*
*ogonzalez-pagan@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

CAMILLA B. TAYLOR*
*ctaylor@lambdalegal.org*
KENNETH D. UPTON, JR*
*kupton@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

KAREN L. LOEWY*
*kloewy@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

* *Appearance pro hac vice*
† *Mailing address only*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

---

SAN FRANCISCO AIDS FOUNDATION; *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,

    *Defendants*.

Case No. 4:25-cv-01824-JST

**SUPPLEMENTAL DECLARATION OF JESSYCA LEACH, CHIEF EXECUTIVE OFFICER OF PRISMA COMMUNITY CARE, IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

1

SUPPLEMENTAL DECLARATION OF JESSYCA LEACH IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JST

I, Jessyca Leach, hereby state as follows:

1. I am the Chief Executive Officer of Prisma Community Care, a nonprofit 501(c)(3) organization and health and wellness clinic based in Phoenix, Arizona. As one of Phoenix's largest and longest standing 2SLGBTQIA+ health centers, we offer affirming and inclusive services to promote well-being and advance health equity for diverse communities, particularly people of color, 2SLGBTQIA+ individuals, and those affected by HIV. Our commission is to offer compassionate care to all who seek it. Prisma Community Care was previously known as Southwest Center for HIV/AIDS, Inc. and adopted its new name on January 1, 2025.

2. On February 25, 2025, I executed a Declaration (ECF No. 47-8), in support of Plaintiffs' Complaint and Motion for a Preliminary Injunction, filed on March 3, 2025 (ECF No. 47) to prevent Defendant agencies and their leadership from enforcing Executive Order No. 14168 "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" ("Gender Order"), issued January 20, 2025; Executive Order No. 14151 "Ending Radical and Wasteful DEI Programs and Preferencing" ("DEI-1 Order"), issued January 20, 2025; and Executive Order No. 14173 "Ending Illegal Discrimination and Restoring Merit-Based Opportunity" ("DEI-2 Order"), issued January 21, 2025 (collectively, the "Executive Orders"), and related agency directives.

3. Since executing that Declaration on February 25, PRISMA has experienced threats of termination for our federal funding and changed conditions for ongoing federally funded grants.

4. I am submitting this supplemental declaration to inform the Court of the developments since February 25, and the negative impacts they have had and will continue to have on PRISMA and the people it serves.

**Centers for Disease Control Grants**

5. Prisma Community Care currently receives funding from Health and Human Services' (HHS) Centers for Disease Control and Prevention (CDC), administered through the Arizona Department of Health Services (AZDHS) under the CDC HIV Surveillance and

Prevention Programs for Health Departments grant number CDC-PS-24-0047. This is a five-year grant with an end date of 05/2029. Prisma Community Care is a subrecipient under grant number RFGA2024-003-04 ("PrEP & nPEP Patient Navigation Program") and grant number RFGA2024-006-001 ("Condom Distribution Program"). Grant Award Offers are attached as **Exhibit A** and **B**.

6. In the Notice of Funding Opportunity, the CDC states that this grant is for the integration of core prevention, surveillance, and Ending the HIV Epidemic (EHE) funding resources, allowing each jurisdiction to align resources to better match the geographic burden of HIV infections within their jurisdictions, to maximize the impact of federal HIV prevention funding, and to improve HIV data collection and use for public health action.

7. Prisma Community Care's PrEP & nPEP Navigation Program provides critical linkage to Pre-Exposure Prophylaxis (PrEP) and Post-Exposure Prophylaxis (nPEP), HIV prevention medications that significantly reduce the risk of HIV infection. Our program employs Clinical Program Navigators to provide comprehensive navigation, linkage to care, and adherence support.

8. Prisma Community Care also administers a statewide mail-order Condom Distribution Program, which ensures free and discreet condom access to populations at high risk for HIV across Arizona.

9. These two grants fund approximately four full-time employees (FTEs).

10. On May 13, 2025, AZDHS informed Prisma Community Care that they had not received the Notices of Award from the CDC for three of our four grants. Notices of Awards are provided annually, even though the grant term is multi-year. These grants have been ongoing and are not newly awarded. It is highly unusual not to receive the Notices of Awards on time.

11. AZDHS told us that if these notices are not received by May 31, 2025, Prisma Community Care would be issued a stop-work order, forcing the immediate cessation of these critical programs.

12. AZDHS noted that the CDC accepted the most recent renewal application without technical review. However, AZDHS cautioned that CDC funding decisions are being made by

"higher-ups at HHS, or outside of the agency completely."

13. Prisma Community Care has consistently complied with all administrative, financial, and programmatic requirements and has not been informed of any deficiencies or compliance issues that would justify non-issuance of the Notice of Awards. We have received no communication from the CDC regarding these grants.

14. Should our federal funding cease, Prisma Community Care will be required to find new funding, through different federal grants or private grants, for the four FTE positions, or risk having to terminate these employees. The probability of being awarded new federal funding at this time seems low. And because so many organizations have lost their federal funding, the competition for limited private funding resources has become increasingly difficult.

15. Additionally, the non-issuance of our Notices of Awards for these grants will disrupt essential navigation services, reduce patient adherence to HIV prevention regimens, and potentially terminate the statewide mail-order condom program entirely. Prisma Community Care currently procures condoms through the State of Arizona and cannot maintain this service without stable funding.

16. Losing these grants directly undermines Prisma Community Care's ability to achieve public health objectives, exacerbates barriers to HIV prevention for underserved communities, and compromises the stability and continuity of the essential healthcare services that we provide.

**Substance Abuse and Mental Health Services Administration Grant**

17. On May 15, 2025, Prisma Community Care received notice from the Substance Abuse and Mental Health Services Administration (SAMHSA), a subdivision of HHS, that, effective immediately, the Disparities Impact Statement will no longer be a part of the reporting requirements for grantees.

18. In 2011, HHS released its *Action Plan to Reduce Racial and Ethnic Health Disparities*. This plan outlined goals and actions HHS agencies, including SAMHSA, would need

to take to reduce health disparities among racial and ethnic minorities. Agencies have been required to continuously assess the impact of their policies and programs on health disparities. The number one priority in this action plan was to "assess and heighten the impact of all HHS policies, programs, processes, and resource decisions to reduce health disparities." To accomplish this goal, SAMHSA created the Disparities Impact Statement.

19. Since then, SAMHSA funded grants have required the grantee to develop a health disparities impact statement consisting of three parts: (1) identify subpopulations vulnerable to disparities (e.g., racial, ethnic and sexual minority groups) and how they will be engaged in infrastructure activities (e.g., training, collaborations and partnerships, outreach, etc.); (2) propose a quality improvement plan to decrease the differences in access to, use and outcomes of these infrastructure activities among these subpopulations; and (3) the quality improvement plan should include an alignment with the National Standards for Culturally and Linguistically Appropriate Services in Health and Health Care.

20. A Disparities Impact Statement is crucial because it helps policymakers and health organizations understand and address the unequal impact of policies or programs on different population groups. By analyzing how a policy or program may disproportionately affect certain demographics, such as racial and ethnic minorities, people with disabilities, or LGBTQ+ individuals, a Disparities Impact Statement helps ensure that interventions are equitable and effective for all. It's also specific to our organization, so if we are not to report back to SAMHSA based on the Disparities Impact Statement we submitted, then policymakers won't be able to understand the unique issues our clients face when it comes to substance use and HIV risk.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 16, 2025                                Respectfully submitted,


_____
Jessyca Leach

---

6
SUPPLEMENTAL DECLARATION OF JESSYCA LEACH IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JST