

**ATTACHMENT A**
**OFFER & ACCEPTANCE**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-003**
**PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

## GRANT OFFER AND ACCEPTANCE

The Undersigned hereby applies and agrees to furnish the materials, service(s) or construction in compliance with all the terms, conditions, specifications, any amendments in the Request and any written exceptions in the Application.

Applicant's Arizona Transaction (Sales) Privilege Tax License Number:

Applicant's Federal Employer Identification Number:

Applicant's UEI Number:

Southwest Center for HIV/AIDS
_____
Applicant's Name

1101 N Central Ave. Suite 200
_____
Street Address

Phoenix, AZ 85004
_____
City          State          Zip Code

Telephone Number: 602-307-5330
E-Mail Address: jleach@swcenter.org

Jessyca Leach
_____
Name of Person Authorized to Sign Application

Executive Director
_____
Title of Authorized Person

_____  10/18/2023
Signature of Authorized Person          Date

Facsimile Number: 602-307-5021

## ACCEPTANCE OF APPLICATION AND GRANT AWARD
### *(For State of Arizona Use Only)*

Your Application is hereby accepted as described in the Notice of Award. Grantee is now bound to perform based upon the RFGA and Grantee's Application, as accepted by the State.

This Grant shall henceforth be referred to as Grant No. RFGA2024-003_ 04

The effective date of the Grant is Effective upon signature.

Grantee is hereby cautioned not to commence any billable work or provide any material or service under this Grant until Grantee receives an executed Purchase Order, Grant release document, or written notice to proceed, if applicable.

**State of Arizona, Arizona Department of Health Services**

Awarded this 21st day of March 2024

Gina Corwin
Digitally signed by Gina Corwin
Date: 2024.03.21 08:41:22 -07'00'
_____
ADHS Chief Procurement Officer



| | SCOPE OF SERVICES<br><br>**REQUEST FOR GRANT APPLICATION<br>RFGA NO. 2024-003**<br>**PrEP & nPEP Patient Navigation** | **ARIZONA DEPARTMENT OF<br>HEALTH SERVICES**<br>150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |
|---|---|---|

## 1. BACKGROUND.

1.1.    The mission of the Arizona Department of Health Services, Office of HIV & Hepatitis C Services (OHHS), and Human Immunodeficiency Virus (HIV) Prevention Program is to meet the HIV prevention public health needs within the state of Arizona through collaboration with diverse community partners and individuals. OHHS has the responsibility for administering Integrated HIV Surveillance and Prevention Programs for Health Departments funds (CDC PS 18-1802) provided by the U.S. Centers for Disease Control and Prevention (CDC). OHHS contracts with Public Health Departments statewide to conduct CDC-required high-impact HIV prevention strategies and activities, including:

1.1.1.    Data Collection, analysis, and dissemination,

1.1.2.    Identification of individuals,

1.1.3.    Responding to HIV transmission clusters and outbreaks,

1.1.4.    Providing comprehensive prevention services for people living with HIV,

1.1.5.    Providing comprehensive prevention services for HIV-negative individuals at-risk for HIV infection,

1.1.6.    Perinatal prevention and surveillance,

1.1.7.    Community-level HIV prevention activities,

1.1.8.    Integrated prevention and care planning,

1.1.9.    Structural strategies to support/facilitate HIV surveillance and prevention,

1.1.10.    Data-driven monitoring and evaluation, and

1.1.11.    Capacity building and technical assistance.

1.2.    Federal funding is provided via a cooperative agreement that terminates on May 31, 2024. Each grant year begins on January 1st and ends on December 31st.

## 2. AWARD INFORMATION.

2.1.    The Grantee has the discretion to determine how the award amount is utilized and should provide a detailed outline of costs using Attachment G – Budget Workbook. The Grantee must adhere to the funding restrictions as outlined in this RFGA;

2.2.    This RFGA is supported by funding through a cooperative agreement with the CDC HIV Surveillance and Prevention Programs for Health Departments (CDC-PS-18-1802) under the Catalog of Federal Domestic Assistance 93.940;

2.3.    Approximately $2,000,000.00 shall be available each Grant year for a five (5) year grant period (Upon award through June 2027). Budgets and work plans will be reviewed annually and may be decreased based on:

2.3.1.    Changes to CDC funding allocation,

2.3.2.    Changes to CDC caps on clinical services, and

2.3.3.    Failure to meet the goals and activities outlined in this RFGA.



**SCOPE OF SERVICES**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-003**
**PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

2.4.    ADHS has the option to award as needed;

2.5.    The funds are awarded to ADHS and awarded to sub-grantees through the RFGA process; and

2.6.    ADHS has the right to partially award based on the needs and areas being served.

**3.    FUNDING OPPORTUNITY ELIGIBILITY.**

3.1.    To be eligible for funding each of the following shall be met:

3.1.1.    Ability to provide behavioral interventions to persons at risk of HIV to prevent the transmission of HIV,

3.1.2.    Ability to ensure that funding shall only be used for program purposes,

3.1.3.    Must not be a Federally Qualified Health Care Center already receiving direct funds for PrEP activities from the Health Resources & Services Administration (HRSA) Bureau of Primary Health Care (BHPC), and

3.1.4.    A not-for-profit organization and include:

3.1.4.1.    State or local governments,

3.1.4.2.    Tribal entities,

3.1.4.3.    Not-for-profit organization with a 501(c)3 tax exempt status, and

3.1.4.4.    Federally Qualified Health Centers.

**4.    FUNDING RESTRICTIONS.**

4.1.    Funding is limited and ADHS has the option to award as needed not to exceed $2,000,000.00 collectively;

4.2.    Funds shall only be used for allowable program purposes (see Attachment G – Budget Workbook); and

4.3.    Funds shall not be used for:

4.3.1.    Research,

4.3.2.    Furniture,

4.3.3.    Publicity or propaganda for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body, and

4.3.4.    The salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or executive order proposed or pending before any legislative body.

**5.    PROGRAM IMPLEMENTATION.**

5.1.    Program Goal

To establish Pre-Exposure Prophylaxis/ Pre-Exposure Prophylaxis (PrEP/nPEP) Navigation Services program that provides HIV negative individuals at-risk of acquiring HIV with assistance obtaining access to, and engaging in PrEP/nPEP, or other HIV prevention interventions including:



**SCOPE OF SERVICES**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-003**
**PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

---

5.1.1.    Increase the number of HIV negative individuals who are at-risk for acquiring HIV, who utilize PrEP as an on-going HIV prevention intervention,

5.1.2.    Increase the number of HIV negative individuals who are at-risk for acquiring HIV, who utilize nPEP as an emergency HIV prevention intervention,

5.1.3.    Increase the number of HIV negative individuals who are at-risk for acquiring HIV, who utilize condoms, risk reduction and harm reduction strategies, and other HIV prevention strategies, including HIV treatment as prevention ("undetectable = untransmittable"),

5.1.4.    Decrease the number of individuals in Arizona who acquire HIV, and

5.1.5.    Establish a PrEP and nPEP navigation program that targets individuals at-risk for acquiring HIV using diverse.

**6.    AREAS OF SERVICE.**

State of Arizona.

**7.    TARGET POPULATION.**

Person at high risk of acquiring HIV.

**8.    SCOPE OF SERVICES.**

The Office of HIV Prevention has prioritized access to PrEP within target populations, for individuals at risk for acquiring HIV:

8.1    PrEP is the preemptive use of drugs to prevent disease in people who have not yet been exposed to the disease- causing agent,

8.2    PrEP is an optional treatment which may be taken by people who are HIV negative and at-risk for acquiring HIV through sexual activity or injecting drugs,

8.3    CDC states that "PrEP is a powerful HIV Prevention tool and can be combined with condoms and other prevention methods to provide even greater protection than when used alone",

8.4    Post-exposure prophylaxis (nPEP) is a method to prevent HIV infection after recent possible exposure to the virus,

8.5    nPEP should be used only in emergencies and must be started within seventy-two (72) hours after recent possible exposure to HIV,

8.6    The HIV Prevention Program seeks to partner with Grantees to establish PrEP/nPEP Navigation Services, to:

8.6.1    Provide quality and comprehensive HIV/Sexually Transmissible Disease (HIV/STD) health education,

8.6.2    Assist individuals at-risk for acquiring HIV to evaluate their readiness and ability to obtain pre-exposure or post-exposure prophylaxis,

8.6.3    As requested, provide referrals to PrEP/nPEP prescribers, and/or assist with making initial PrEP/nPEP appointments, filling prescriptions, etc.,



| SCOPE OF SERVICES<br><br>**REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-003**<br>**PrEP & nPEP Patient Navigation** | **ARIZONA DEPARTMENT OF HEALTH SERVICES**<br>150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |
|---|---|

8.6.4    Provide monitoring and adherence support to individuals who initiate PrEP/nPEP, and

8.6.5    Provide individuals who are not ready to engage in PrEP/nPEP with education and referrals to HIV prevention services, and care and support services.

8.7    As of May 2023, the drugs approved by the Food & Drug Administration (FDA) and recommended for HIV PrEP are emtricitabine and tenofovir disoproxil fumarate, emtricitabine and tenofovir alafenamide, and cabotegravir extended-release injectable suspension. It is expected that additional PrEP drugs will become available during the term of the contract funded by this solicitation. Grantees will be required to adapt service delivery to support evaluation and navigation to all forms of HIV PrEP available to consumers, as they become available,

8.8    Develop and implement an annual strategy for providing PrEP/nPEP Navigation Services, including goals, objectives and activities. The plan should scale the nature and the volume of resources necessary to deliver PrEP/nPEP Navigation Services to target populations in the Grantee's Planning Region,

8.9    Develop and implement processes to make PrEP/nPEP Navigation Services available as part of HIV/STD testing services, and/or walk-in or scheduled appointments,

8.10    Entities awarded for PrEP/nPEP Navigation Services that have onsite HIV/STD testing shall establish an internal process to refer clients to receive a PrEP/nPEP education and readiness assessment based on testing outcomes (HIV negative/STD Negative, or HIV negative/STD Positive),

8.11    Entities awarded for PrEP/nPEP Navigation Services that do not have onsite HIV/STD testing shall establish a process to accept external referrals for PrEP/nPEP education and readiness assessments.

8.12    PrEP Navigation Services

8.12.1    Evaluate and individual's readiness to use PrEP as an HIV prevention strategy:

8.12.1.1    Provide basic HIV education, and HIV testing education;

8.12.1.2    Provide basic PrEP education, including incorporating PrEP into a personal HIV prevention strategy;

8.12.1.3    Discuss PrEP medical and treatment adherence needs;

8.12.1.4    Discuss other HIV and STD prevention methods such as condom use, risk reduction, harm reduction, nPEP and HIV treatment as prevention ("undetectable = untransmittable"); and

8.12.1.5    Allowing the individual to determine their readiness to engage in PrEP as an HIV prevention strategy.

8.12.2    For individuals who indicate they are ready to use PrEP and have health insurance:

8.12.2.1    Assist the individual to evaluate current medical and prescription coverage, to estimate out-of-pocket and other costs associated with PrEP use;

8.12.2.2    Assist the individual to apply and enroll in health care programs, other health insurance, and cost assistance programs offered by pharmaceutical manufacturers, private foundations, and/or other entities,

8.12.2.3    Assist the individual to identify a PrEP prescriber,



**SCOPE OF SERVICES**

**REQUEST FOR GRANT APPLICATION
RFGA NO. 2024-003
PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF
HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

8.12.2.4  As requested, assist the individual to make an initial appointment with their chosen PrEP prescriber,

8.12.2.5  As requested, assist the individual with appointment reminders and other needs to attend their initial and follow up PrEP medical appointments, as feasible,

8.12.2.6  Contact the individual after they have attended their initial and follow-up PrEP medical appointments to determine if the individual received and filled a prescription for PrEP,

8.12.2.7  As requested, assist the individual with a minimum of three (3) months PrEP engagement and treatment adherence support (reminders, phone/text, check-ins, etc.); and

8.12.2.8  As requested, provide referrals to other HIV prevention services, and other care and supportive services as identified.

8.12.3  For individuals who indicate they are ready to use PrEP and do not have health insurance:

8.12.3.1  Assist the individual and evaluate to estimate out-of-pocket and other costs associated with PrEP use; and

8.12.3.2  Assist the individual to apply and enroll in health care programs, health insurance, and/or cost assistance programs offered by pharmaceutical manufacturers, private foundations, and/or other entities.

8.12.4  If the individual can pay their expected PrEP costs, or is able to secure insurance and/or payment assistance:

8.12.4.1  Assist the individual to identify a PrEP prescriber;

8.12.4.2  As requested, assist the individual to make an initial appointment with their chosen PrEP prescriber;

8.12.4.3  As requested, assist the individual with appointment reminders and other needs to attend their initial and follow-up PrEP medical appointments, as feasible;

8.12.4.4  Contact the individual after they have attended their initial and follow-up PrEP medical appointments to determine if the individual received and filled a prescription for PrEP;

8.12.4.5  As requested, assist the individual with a minimum of three (3) months PrEP engagement and treatment adherence support (reminders, phone/text, check-ins, etc.); and

8.12.4.6  As requested, provide referrals to other HIV prevention services, and other care and supportive services as identified.

8.12.5  For individuals who indicate they are not ready to use PrEP, or who have financial or other barrier to obtaining PrEP, as requested, provide referrals to other HIV prevention services, and other care and supportive services.

8.13  nPEP Navigation Services

8.13.1  Evaluate an individual's readiness to use nPEP as an emergency HIV prevention strategy:

8.13.1.1  Assess the individual's potential exposure to HIV (type of possible exposure, timeframe since presumed exposure, etc.),



| | SCOPE OF SERVICES<br><br>**REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-003**<br>**PrEP & nPEP Patient Navigation** | **ARIZONA DEPARTMENT OF HEALTH SERVICES**<br>150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |
|---|---|---|

8.13.2   Provide education about nPEP as an emergency HIV prevention option:

    8.13.2.1   Provide basic HIV education, and HIV testing education;

    8.13.2.2   Accurately and simply describe nPEP;

    8.13.2.3   Describe the role of nPEP as an emergency HIV prevention strategy;

    8.13.2.4   Describe approaches and aspects of adherence to nPEP;

    8.13.2.5   Discuss other HIV prevention methods such as pre-exposure prophylaxis, condom use, risk reduction, harm reduction, non-occupational post-exposure prophylaxis (nPEP), and HIV treatment as prevention ("undetectable = untransmittable"); and

    8.13.2.6   Assist individuals to evaluate their readiness to use nPEP as an emergency HIV prevention strategy.

8.13.3   For individuals who indicate they are ready to use nPEP and have health insurance:

    8.13.3.1   Assist the individual to evaluate current medical and prescription coverage, to estimate out-of-pocket and other costs associated with nPEP use;

    8.13.3.2   Assist the individual to apply and enroll in cost assistance programs offered by pharmaceutical manufacturers, private foundations, and/or other entities;

    8.13.3.3   Assist the individual to identify a nPEP prescriber;

    8.13.3.4   As requested, assist the individual to make an appointment with their chosen nPEP prescriber;

    8.13.3.5   As requested, assist the individual with appointment reminders and other needs to attend their initial and follow up nPEP medical appointments, as feasible;

    8.13.3.6   Contact the individual after they have attended their nPEP medical appointment to determine if the individual received and filled a prescription for nPEP;

    8.13.3.7   As requested, assist the individual with up to three (3) months nPEP engagement and treatment adherence support (reminders, phone/text, check-ins, etc.); and

    8.13.3.8   As requested, provide referrals to other HIV prevention services, and other care and supportive services as identified.

8.13.4   For individuals who indicate they are ready to use nPEP and do not have health insurance:

    8.13.4.1   Assist the individual to evaluate and estimate out-of-pocket and other costs associated with nPEP use; and

    8.13.4.2   Assist the individual to apply and enroll in health care programs, health insurance, and/or cost assistance programs offered by pharmaceutical manufacturers, private foundations, and/or other entities.

8.13.5   For individuals who can pay their expected nPEP costs, or is able to secure insurance and/or payment assistance:



| | **SCOPE OF SERVICES** | **ARIZONA DEPARTMENT OF HEALTH SERVICES** |
|---|---|---|
| | **REQUEST FOR GRANT APPLICATION RFGA NO. 2024-003 PrEP & nPEP Patient Navigation** | 150 N. 18th Avenue, Suite 530 Phoenix, Arizona 85007 |

8.13.5.1    Assist the individual to identify a nPEP prescriber;

8.13.5.2    As requested, assist the individual to make an appointment with their chosen nPEP prescriber;

8.13.5.3    As requested, assist the individual with appointment reminders and other needs to attend their initial and follow-up nPEP medical appointments, as feasible;

8.13.5.4    Contact the individual after they have attended their nPEP medical appointment to determine if the individual received and filled a prescription for nPEP;

8.13.5.5    As requested, assist the individual with up to one (1) month nPEP engagement and treatment adherence support (reminders, phone/text, check-ins, etc.); and

8.13.5.6    As requested, provide referrals to other HIV prevention services, and other care and supportive services as identified.

8.13.6    For individuals who indicate they are:

8.13.6.1    Not ready to use nPEP, or

8.13.6.2    Have not accessed nPEP within the required timeframe for effectiveness, or

8.13.6.3    Have a financial or other barrier to obtaining PrEP, as requested, provide referrals to HIV testing providers, other HIV prevention services, and other care and supportive services.

8.13.7    Develop and implement education and awareness strategies that increase consumer awareness of the availability and normalize PrEP/nPEP use among HIV positive individuals and individuals at-risk for acquiring HIV. Strategies should address individual, organizational, and community-level needs related to PrEP/nPEP, HIV/STD transmission and prevention, sexual health, negotiation skills, and other HIV/STD-related content,

8.13.8    Establish Memorandums of Understanding (MOU) with local health jurisdictions throughout Arizona, and an extensive network of community service providers, including medical care providers, HIV service organizations, and other community-based organizations, community health clinics, private medical providers medical case managers, Ryan White Programs, and the AIDS Drug Assistance Program,

8.13.9    Annually gather information from program participants and partners regarding the delivery of PrEP/nPEP Navigation Services programming. Assessment methodologies will be collaboratively developed with the HIV Prevention Program, and

8.13.10    Conduct ongoing program evaluation, and completed quantitative and qualitative programmatic reporting.

## 9.    DELIVERABLES.

The Grantee shall provide:

9.1.    Evaluation:

9.1.1.    For PrEP Navigation Services:

9.1.1.1.    Number of individuals referred for a PrEP readiness assessment, detailed by referral source,



**SCOPE OF SERVICES**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-003**
**PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

9.1.1.2.  At least fifty percent (50%) of all individuals monthly identify as ready to use PrEP,  receive a PrEP prescription within sixty (60) days of the initial prescription,

9.1.1.3.  Consumer satisfaction assessment results, and

9.1.1.4.  Qualitative report regarding program performance is due by the tenth (10th) of each month or the next business day.

9.1.2.  For nPEP Navigation Services:

9.1.2.1.  Number of individuals referred for a nPEP readiness assessment, detailed by referral source,

9.1.2.2.  Number of individuals who identified as ready to use nPEP who received a nPEP prescription within seventy-two (72) hours of exposure,

9.1.2.3.  Consumer satisfaction assessment results, and

9.1.2.4.  Qualitative report regarding program performance is due by the tenth (10th) of each month or the next business day.

9.1.3.  Annually, the grantee shall gather information from providers, consumers, and partners to assess the effectiveness of its PrEP/nPEP Navigation Services Program. The results of the assessment should be used to inform quality improvement efforts, service delivery, service planning, and evaluation. Assessment activities will be developed and implemented in collaboration with the HIV Prevention Program. The report is due annually thirty days after the end of the contract period.

9.2.  Reporting:

Each month contracted, the grantee shall be required to collect and report quantitative and qualitative data related to program demographics, utilization and performance. A standardized reporting form will be provided by the HIV Prevention Program. The report will be due by the 10th of every month for the previous month. Reporting may include:

9.2.1.  For PrEP Navigation Services:

9.2.1.1.  Number of individuals referred for a PrEP readiness assessment, detailed by referral source, and insured/uninsured status,

9.2.1.2.  Number of individuals who identified as ready to use PrEP that received a PrEP prescription, by insured/uninsured status,

9.2.1.3.  Number of insured/uninsured individuals who accessed cost assistance programs, by type of program, and

9.2.1.4.  Qualitative report regarding program performance is due by the tenth (10th) of each month or the next business day.

9.2.2.  For nPrEP Navigation Services:

9.2.2.1.  Number of individuals referred for a nPEP readiness assessment, detailed by referral source, and insured/uninsured status,



**SCOPE OF SERVICES**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-003**
**PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

9.2.2.2.    Number of individuals who identified as ready to use nPEP that received a nPEP prescription, by insured/uninsured status,

9.2.2.3.    Number of insured/uninsured individuals who accessed cost assistance programs, by type of program, and

9.2.2.4.    Qualitative report regarding program performance is due by the tenth (10th) of each month or the next business day.

9.2.3.    Each month contracted, the grantee shall be required to collect and report quantitative and qualitative data related to program demographics, utilization and performance. The report will be due by the 10th of every month for the previous month. A standardized reporting form will be provided by the HIV Prevention Program.

9.2.3.1.    The Grantee shall agree to allow the HIV Prevention Program to share program performance data/metric with the public, as part of online programmatic dashboards, presentations, reports, etc. When performance data is shared, information that may identify the Grantee will not be displayed,

9.2.3.2.    The Grantee shall be required to participate in performance review and quality improvement meetings with the HIV Prevention Program, either in-person or via teleconference/web-based conference. The meeting schedule will be collaboratively developed with the HIV Prevention Program,

9.2.3.3.    During the project, the Grantee may be requested to present on their activities, either in-person or via teleconference/web-based conference, and

9.2.3.4.    At the thirty (30) days from the conclusion of the project, the Grantee will be required to provide a written summary report of the entire scope and performance of the project. The HIV Prevention Program and the Grantee will develop an agreed-upon format and content for the report.

9.2.4.    A comprehensive program report will be required two (2) times each year,

9.2.4.1.    August 15th – for activities conducted between January 1st to June 30th,

9.2.4.2.    February 15th the following year – for activities conducted between July 1st to December 31st,

9.2.4.3.    Each report will detail:

9.2.4.3.1.    An overview of programmatic activity that occurred during the reporting period, including substantial changes, work/staffing, successes, challenges, and anticipated changes for the next reporting period,

9.2.5.    A cumulative reporting of quantitative and qualitative data will be required two (2) times each year,

9.2.5.1.    Other reporting metrics as defined by programmatic necessity and/or CDC guidance.

9.2.6.    Provide a valid Certificate of Liability Insurance (COI) within ten (10) days of notice of Contract Award that meets the written specifications in the Special Terms and Conditions. COI shall be renewed annually and automatically sent to the ADHS Procurement Office. ADHS will not be able to issue a Purchase Order for the commencement and continuation of services without a current



**SCOPE OF SERVICES**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-003**
**PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

and valid COI on file with the Procurement Office. CERs are due by the tenth (10th) of each month for the previous month.

**10. APPROVALS.**

10.1.  For any and all instances during the full term of the Grant, the following activities or elements used by the Grantee shall require written approval from the HIV Prevention Program:

10.1.1.  Adaptation or changes to the intervention,

10.1.2.  Changes to objectives and activities,

10.1.3.  Submission of any print, digital or audio materials intended for use as part of contracted programming,

10.1.4.  Purchasing or leasing software systems, and/or software subscriptions,

10.1.5.  Reallocations of funding,

10.1.6.  Use of subGrantees. Approval requests shall require written notification to ADHS and be included in the budget and subGrantee agreement,

10.1.7.  Changes in program staffing, including new hires,

10.1.8.  Purchase and provision of incentives, access cards, vouchers, or third-party payment products,

10.1.9.  Purchase and provision of transportation services,

10.1.10.  In-state travel requiring an overnight stay,

10.1.11.  Changes Out-of-state travel, and

10.1.12.  Changes Use of refreshments in any aspect of the program.

**11. REQUIREMENTS.**

The Grantee shall:

11.1.  Be able to fully implement the program within thirty (30) days of notice of grant award;

11.2.  Goals will be based upon:

11.2.1.  The service delivery model of the selected intervention(s),

11.2.2.  The scalability of the intervention(s),

11.2.3.  The target population(s) that will be recruited for participation in the intervention(s),

11.2.4.  ADHS established PrEP and nPEP standards of care, and

11.2.5.  Consumer satisfaction with the PrEP/nPEP programming.



| | SCOPE OF SERVICES<br><br>**REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-003**<br>**PrEP & nPEP Patient Navigation** | **ARIZONA DEPARTMENT OF HEALTH SERVICES**<br>150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |
|---|---|---|

11.3.    Data Collection and Reporting:

11.3.1.    Each month, the Grantee shall be required to collect and report quantitative and qualitative data related to program demographics, utilization and performance. A standardized reporting form will be provided by the HIV Prevention Program,

11.3.2.    The Grantee shall agree to allow the HIV Prevention Program to share program performance data/metrics with the public, as part of online programmatic dashboards, presentations, reports, etc. When performance data is shared, information that may identify the Grantee will not be displayed,

11.3.3.    The Grantee shall be required to participate in performance review and quality improvement meetings with the HIV Prevention Program, either in-person or via teleconference/web-based conference. The meeting schedule will be collaboratively developed with the HIV Prevention Program,

11.3.4.    During the project, the Grantee may be requested to present on their activities, either in-person or via teleconference/web-based conference, and

11.3.5.    At the conclusion of the project, the Grantee shall be required to provide a written summary report of the entire scope and performance of the project. The HIV Prevention Program and the Grantee will develop an agreed-upon format and content for the report.

11.4.    Staffing:

11.4.1.    Designate a Project Manager who shall serve as the primary contact for the HIV Prevention Program,

11.4.2.    The Project Manager shall be responsible for all aspects of:

11.4.2.1.  Project design,

11.4.2.2.  Staffing, implementation,

11.4.2.3.  Fiscal management,

11.4.2.4.  Monitoring, reporting, and

11.4.2.5.  Evaluation.

11.4.3.    The Project Manager shall represent the Grantee as requested by the HIV Prevention Program, including but not limited to:

11.4.3.1.  Grantee Meetings,

11.4.3.2.  Calls,

11.4.3.3.  CDC site visits,

11.4.3.4.  HIV Statewide Advisory Group meetings, and

11.4.3.5.  Quality assurance reviews.



**SCOPE OF SERVICES**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-003**
**PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

---

11.4.4.  Assign specific individuals to staff condom distribution programming. The HIV Prevention Program will be notified of any changes to staffing prior to the changes occurring,

11.4.5.  Develop and implement an annual training plan for all staff assigned to PrEP/nPEP Navigation Services programming, in collaboration with the HIV Prevention Program,

11.4.6.  Develop and implement a plan to ensure coverage of program staffing due to:

11.4.6.1.  Resignations,

11.4.6.2.  Terminations,

11.4.6.3.  Extended leave of absences exceeding thirty (30) calendar days,

11.4.6.4.  Reduction in time assigned to programmatic effort, and etc., and

11.4.6.5.  Ensure all staff that are utilized for coverage/substitution have equal ability and qualifications as the staff member they are covering/replacing.

11.4.7.  Assign one (1) program representative to attend the annual HIV Symposium/Grantee Meeting, and other required Grantee meetings and trainings that may occur as deemed by the HIV Prevention Program, CDC or HRSA, such as:

11.4.7.1.  Grantee Expenditure Report (CER)/billing submission training,

11.4.7.2.  Plain language/data visualization training,

11.4.7.3.  Materials review training,

11.4.7.4.  Quality improvement training, and

11.4.7.5.  Cultural competency/humility training.

Required trainings will be scheduled with as much advance notice as possible.

11.5.  Programmatic Reporting:

11.5.1.  Develop and implement processes to collect data required by the HIV Prevention Program for programmatic reporting and monitoring, and

11.5.2.  The Develop and implement policies and procedures specific to the provision of PrEP/nPEP navigation Services, and review and update these policies annually.

11.6.  Security and Confidentiality:

11.6.1.  Ensure that all staff receive and sign security and confidentiality agreements upon hiring and renew these agreements annually.

11.7.  Fiscal Accountability:

11.7.1.  Develop and implement an annual budget for all aspects of providing PrEP/nPEP Navigation Services,



**SCOPE OF SERVICES**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-003**
**PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

11.7.2.  Ensure that all equipment purchases obtained with HIV Prevention Program funding, including but not limited to computers, tablets, mobile phones, furniture, or appliances shall be documented annually, approved by the HIV Prevention Program, tagged as Arizona Department of Health Services property, and returned to the HIV Prevention Program upon program termination, and

11.7.3.  Ensure that travel costs and travel reimbursements do not exceed those detailed in the State of Arizona travel policies, https://gao.az.gov/sites/default/files/2023-03/5095%20Reimbursement%20Rates%20%20230109a.pdf

11.8.  Quality Improvement and Assurance:

11.8.1.  Develop and implement a quality improvement/quality assurance plan, in collaboration with the HIV Prevention Program, and

11.8.2.  Participate in annual quality improvement and quality assurance activities/reviews, and other quality activities required by the HIV Prevention Program.

11.9.  General Oversight:

11.9.1.  Develop and implement a plan to ensure that Year one (1) project start-up and implementation of services to clients takes no longer than Ninety (90) calendar days from the award of funding,

11.9.2.  Participate in performance review and quality improvement meetings with the HIV Prevention Program, either in-person or via teleconference/web-based conference. The HIV Prevention Program and Grantees will develop an agreed-upon meeting schedule,

11.9.3.  Participate in all required monitoring and site visits by the HIV Prevention program and provide requested documentation for subrecipient monitoring,

11.9.4.  Complete quality improvement projects or undertake corrective action to remedy any findings identified in a monitoring or site visit process,

11.9.5.  Draft written documents using plain language and graphic formats for ease of understanding,

11.9.6.  Submit all materials that are intended for use by the program, regardless of format (print, digital, recording, etc.), to the HIV Prevention Program's Materials Review Committee for approval, and

11.9.7.  Provide programming according to Culturally and Linguistically Appropriate Services (CLAS) guidelines.

## 12. STATE PROVIDED ITEMS.

ADHS will provide:

12.1.  Provide access to and operate the MEDSIS database to the approved participating staff:

12.1.1.  The necessary secure method will be granted by ADHS Information Technology Services (ITS) for the MEDSIS database and applicable datasets, and

12.1.2.  Technical assistance and support for data entry and data exports,

12.2.  Provide any other information relevant to training and technical assistance; and

12.3.  All templates and Exhibits One (1) – Two (2) referenced in this Grant Application. These documents can be



| SCOPE OF SERVICES | ARIZONA DEPARTMENT OF HEALTH SERVICES |
|---|---|
| **REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-003**<br>**PrEP & nPEP Patient Navigation** | 150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |

accessed through e-Civis after contract award;

12.3.1.    EXHIBIT One (1):  2 CFR 200.332, and

12.3.2.    EXHIBIT Two (2):  Grantee's Expenditure Report (CER).

**13. NOTICES, CORRESPONDENCE, REPORTS AND INVOICES.**

13.1. Notices, Correspondence, CERs, and Reports from the Grantee to the ADHS shall be sent to:

Arizona Department of Health Services
Office of HIV & Hepatitis C Services
Attn: Eduardo Moreira Orantes
HIV Prevention Program Manager
150 North 18th Avenue, Suite 280
Phoenix, AZ 85007
Telephone: 480-698-5233
Email: eduardo.moreira-orantes@azdhs.gov

13.2. Invoices shall be sent to: invoices@azdhs.gov

13.3. Grantee's CERs shall be submitted no later than the close of business on the fifteenth (15th) business day of each month, following the month of service. The Grantee Manager, or Designee, shall approve the invoice. Approved invoices shall be paid by ADHS within thirty (30) days of receipt.

13.4. AUTOMATED CLEARING HOUSE. ADHS may pay invoices for some or all Orders through an Automated Clearing House (ACH). In order to receive payments in this manner, the Grantee must complete an ACH Vendor Authorization Form (form GAO-618) within thirty (30) days after the effective date of the Contract. The form is available online at: https://gao.az.gov/publications/forms

13.4.1.  ACH Vendor Authorization Form shall be emailed to Vendor.Payautomation@azdoa.gov.



| | TERMS AND CONDITIONS | ARIZONA DEPARTMENT OF HEALTH SERVICES |
|---|---|---|
| | **REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-003**<br>**PrEP & nPEP Patient Navigation** | 150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |

1.    **DEFINITION OF TERMS.** As used in this Grant, the terms listed below are defined as follows:

1.1   *"Attachment"* means any document attached to the Grant and incorporated into the Grant.

1.2   *"ADHS"* means Arizona Department of Health Services.

1.3   *"Budget Term"* means the period of time for which the grant budget has been created and during which funds should be expended.

1.4   *"Change Order"* means a written order that is signed by a Procurement Officer and that directs the Grantee to make changes authorized by the Terms and Conditions of the Grant.

1.5   *"Cost Reimbursement"* means a Grant under which a Grantee is reimbursed for already incurred costs, which are reasonable, allowable and allocable in accordance with the Grant terms and approved by ADHS.

1.6   *"Days"* means calendar days unless otherwise specified.

1.7   *"Fixed Price"* establishes a set price per unit of service.  The set price shall be based on costs, which are reasonable, allowable and allocable.

1.8   *"Grant"* means the combination of the Terms and Conditions, the Specifications and Statement or Scope of Services, Attachments, Referenced Documents, any Grant Amendments and any terms applied by law.

1.9   *"Grant Amendment"* means a written document signed by the Procurement Officer and the Grantee that is issued for the purpose of making changes in the Grant.

1.10  *"Grantee"* means any person who has a Grant with the Arizona Department of Health Services.

1.11  *"Gratuity"* means a payment, loan, subscription, advance, deposit of money, services, or anything of more than nominal value, present or promised, unless consideration of substantially equal or greater value is received.

1.12  *"Materials"* unless otherwise stated herein, means all property, including but not limited to equipment, supplies, printing, insurance and leases of property.

1.13  *"Procurement Officer"* means the person duly authorized by the State to enter into and administer Contracts and make written determinations with respect to the Contract.

1.14  *"Purchase Order"* means a written document that is signed by a Procurement Officer, that requests a vendor to deliver described goods or services at a specific price and that, on delivery and acceptance of the goods or services by ADHS, becomes an obligation of the State.

1.15  *"Services"* means the furnishing of labor, time or effort by a Grantee or Subgrantee.

1.16  *"Subgrant"* means any grant express or implied, between the Grantee and another party or between a subgrant and another party delegating or assigning, in whole or in part, the making or furnishing of any material or any service required for the performance of this Grant.

1.17  *"State"* means the State of Arizona and/or the ADHS.  For purposes of this Grant, the term "State" shall not include the Grantee.

|  | **TERMS AND CONDITIONS**<br><br>**REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-003**<br>**PrEP & nPEP Patient Navigation** | **ARIZONA DEPARTMENT OF HEALTH SERVICES**<br>150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |
|---|---|---|

**2.    GRANT TYPE.**  Payment shall be made on a Cost Reimbursement basis.

**3.    GRANT INTERPRETATION.**

3.1.    <u>Arizona Law</u>. The law of Arizona applies to this Grant including, where applicable, the Uniform Commercial Code as adopted by the State of Arizona.

3.2.    <u>Implied Contract Terms</u>. Each provision of law and any terms required by law to be in this Grant are a part of this Contract as if fully stated in it.

3.3.    <u>Grant Order of Precedence</u>. In the event of a conflict in the provisions of the Grant, as accepted by the State and as they may be amended, the following shall prevail in the order set forth below:

3.3.1.    Terms and Conditions;

3.3.2.    Statement or Scope of Services;

3.3.3.    Attachments; and

3.3.4.    Referenced Documents.

3.4.    <u>Relationship of Parties</u>. The Grantee under this Grant is an independent Grantee. Neither party to this Grant shall be deemed to be the employee or agent of the other party to the Grant.

3.5.    <u>Severability</u>. The provisions of this Grant are severable. Any term or condition deemed illegal or invalid shall not affect any other term or condition of the Grant.

3.6.    <u>No Parole Evidence</u>. This Contract is intended by the parties as a final and complete expression of their agreement. No course of prior dealings between the parties and no usage of the trade shall supplement or explain any terms used in this document.

3.7.    <u>No Waiver</u>. Either party's failure to insist on strict performance of any term or condition of the Contract shall not be deemed a waiver of that term or condition even if the party accepting or acquiescing in the nonconforming performance knows of the nature of the performance and fails to object to it.

3.8.    <u>Headings</u>. Headings are for organizational purposes only and shall not be interpreted as having legal significance or meaning.

**4.    GRANT ADMINISTRATION AND OPERATION.**

4.1.    <u>Term</u>. The initial terms of this Grant shall commence upon final signature by the State Government Administrator, and shall remain in effect for five (5) years unless terminated, canceled, or extended as otherwise provided herein.

4.2.    <u>Contract Renewal</u>. This Grant shall not bind, nor purport to bind, the State for any contractual commitment in excess of the original Grant period. The term of the Grant shall not exceed five (5) years. However, if the original Grant period is for less than five (5) years, Grant period together with the renewal periods does not exceed five (5) years. If the State exercises such rights, all terms, conditions and provisions of the original Grant shall remain the same and apply during the renewal period with the exception of price and Scope of Services, which may be renegotiated.



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION
RFGA NO. 2024-003
PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF
HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

4.3. <u>New Budget Term.</u>  If a budget term has been completed in a multi-term Grant, the parties may agree to change the amount and type of funding to accommodate new circumstances in the next budget term. Any increase or decrease in funding at the time of the new budget term shall coincide with a change in the Scope of Services or change in cost of services as approved by the Arizona Department of Health Services.

4.4. <u>Non-Discrimination</u>. The Grantee shall comply with State Executive Order Nos. 2023-09, 2023-01, 2009-09, and any and all other applicable Federal and State laws, rules and regulations, including the Americans with Disabilities Act. Grantee shall include these provisions in contracts with SubGrantees when required by Federal or State law.

4.5. <u>Records and Audit.</u>  Under A.R.S. § 35-214 and A.R.S. § 35-215, the Grantee shall retain and shall contractually require each subgrantee to retain all data and other records ("records") relating to the acquisition and performance of the Grant for a period of five (5) years after the completion of the Grant. All records shall be subject to inspection and audit by the State and where applicable the Federal Government at reasonable times.  Upon request, the Grantee shall produce a legible copy of any or all such records.

4.6. <u>Financial Management.</u>  For all contracts, the practices, procedures, and standards specified in and required by the Arizona Department of Health Service's Guidance for Federal Grant Award Management Manual shall be used by the Grantee in the management of Grant funds and by the State when performing a Grant audit.  Funds collected by the Grantee in the form of fees, donations and/or charges for the delivery of these Grant services shall be accounted for in a separate fund.

    4.6.1. *Federal Funding*. Grantees receiving federal funds under this Grant shall comply with the certified finance and compliance audit provisions of the Office of Management and Budget and related Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, if applicable.  The federal financial assistance information shall be stated in a Change Order or Purchase Order.

    4.6.2. *State Funding*.  Grantees receiving state funds under this Grant shall comply with the certified compliance provisions of A.R.S. § 35-181.03.

4.7. <u>Inspection and Testing.</u>  The Grantee agrees to permit access, at reasonable times, to its facilities.

4.8. <u>Notices</u>.  Notices to the Grantee required by this Grant shall be made by the State to the person indicated on the signature page by the Grantee, unless otherwise stated in the Grant.  Notices to the State required by the Grant shall be made by the Grantee to an ADHS Procurement Officer, unless otherwise stated in the Grant.  An authorized ADHS Procurement Officer and an authorized Grantee representative may change their respective person to whom notice shall be given by written notice, and an amendment to the Grant shall not be necessary.

4.9. <u>Advertising and Promotion of Contract</u>.  The Grantee shall not advertise or publish information for commercial benefit concerning this Grant without the prior written approval of an ADHS Procurement Officer.

4.10. <u>Property of the State</u>.

    4.10.1. *Equipment*.  Except as provided below or otherwise agreed to by the parties, the title to any and all equipment acquired through the expenditure of funds received from the State shall remain the property of the State by and through the ADHS and, as such, shall remain under the sole direction, management and control of the ADHS.  When this Grant is terminated, the disposition of all such property shall be determined by the ADHS.  For Fixed Price contracts,



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-003**
**PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF
HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

when the Grantee provides the services/materials required by the Grant, any and all equipment purchased by the Grantee remains the property of the Grantee.  All purchases of equipment need to be reported to the ADHS Office of Inventory Control.

4.10.2.  *Title and Rights to Materials.*  As used in this section, the term "Materials" means all products created or produced by the Grantee under this Grant, including, but not limited to: written and electronic information, recordings, reports, research, research findings, conclusions, abstracts, results, software, data and any other intellectual property or deliverables created, prepared, or received by the Grantee in performance of this Grant.  Grantee acknowledges that all Materials are the property of the State by and through the ADHS and, as such, shall remain under the sole direction, management and control of the ADHS.  The Grantee is not entitled to a patent or copyright on these Materials and may not transfer a patent or copyright on them to any other person or entity.  To the extent any copyright in any Materials may originally vest in the Grantee, the Grantee hereby irrevocably transfers to the ADHS, for and on behalf of the State, all copyright ownership.   The ADHS shall have full, complete and exclusive rights to reproduce, duplicate, adapt, distribute, display, disclose, publish, release and otherwise use all Materials.  The Grantee shall not use or release these Materials without the prior written consent of the ADHS.  When this Grant is terminated, the disposition of all such Materials shall be determined by the ADHS.  Further, the Grantee agrees to give recognition to the ADHS for its support of any program when releasing or publishing program Materials.

4.10.3.  *Notwithstanding the above, if the Grantee is a State agency, the following shall apply instead:* It is the intention of ADHS and Grantee that all material and intellectual property developed under this Agreement be used and controlled in ways to produce the greatest  benefit to the parties to this Grant and the citizens of the State of Arizona.  As used in this paragraph, "Material" means all written and electronic information, recordings, reports, findings, research information, abstracts, results, software, data, discoveries, inventions, procedures and processes of services developed by the Grantee and any other materials created, prepared or received by the Grantee and subGrantees in performance of this Agreement.  "Material" as used herein shall not include any pre-existing data, information, materials, discoveries, inventions or any form of intellectual property invented, created, developed or devised by Grantee (or its employees, subGrantees or agents) prior to the commencement of the services funded by this Agreement or that may result from Grantee's involvement in other service activities that are not funded by the Agreement.

4.10.4.  Title and exclusive copyright to all Material shall vest in the State of Arizona, subject to any rights reserved on behalf of the federal government.  As State agencies and instrumentalities, both ADHS and Grantee shall have full, complete, perpetual, irrevocable and non-transferable rights to reproduce, duplicate, adapt, make derivative works, distribute, display, disclose, publish and otherwise use any and all Material.  The Grantee's right to use Material shall include the following rights:   the right to use the Material in connection with its internal, non-profit research and educational activities, the right to present at academic or professional meetings or symposia and the right to publish in journals, theses, dissertations or otherwise of Grantee's own choosing.  Grantee agrees to provide ADHS with a right of review prior to any publication or public presentation of the Material, and ADHS shall be entitled to request the removal of its confidential information or any other content the disclosure of which would be contrary to the best interest of the State of Arizona.  Neither party shall release confidential information to the public without the prior expressly written permission of the other, unless required by the State public records statutes or other law, including a court order.  Each party agrees to give recognition to the other party in all public presentations or publications of any Material, when releasing or publishing them.



| | TERMS AND CONDITIONS | ARIZONA DEPARTMENT OF HEALTH SERVICES |
| :---: | :---: | :---: |
| | **REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-003**<br>**PrEP & nPEP Patient Navigation** | 150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |

4.10.5.   In addition, ADHS and Grantee agree that any and all Material shall be made freely available to the public to the extent it is in the best interest of the State.  However, if either party wants to license or assign an intellectual property interest in the material to a third-party for monetary compensation, ADHS and Grantee agree to convene to determine the relevant issues of title, copyright, patent and distribution of revenue.  In the event of a controversy as to whether the Material is being used for monetary compensation or in a way that interferes with the best interest of the state or ADHS, then the Arizona Department of Administration shall make the final decision.   Notwithstanding the above, "monetary compensation' does not include compensation paid to an individual creator for traditional publications in academia (the copyrights to which are Employee-Excluded Works under ABOR Intellectual Property Policy Section 6-908C.4.), an honorarium or other reimbursement of expenses for an academic or professional presentation, or an unprofitable distribution of Material.

4.11.   <u>E-Verify Requirements</u>   In accordance with A.R.S. § 41-4401, Grantee warrants compliance with all Federal immigration laws and regulations relating to employees and warrants its compliance with Section A.R.S. § 23-214, Subsection A.

4.12.   <u>Federal Immigration and Nationality Act</u>   The Grantee shall comply with all federal, state and local immigration laws and regulations relating to the immigration status of their employees during the term of the Grant. Further, the Grantee shall flow down this requirement to all subgrantees utilized during the term of the Grant. The State shall retain the right to perform random audits of Grantee and subGrantee records or to inspect papers of any employee thereof to ensure compliance. Should the State determine that the Grantee and/or any subgrantees be found noncompliant, the State may pursue all remedies allowed by law, including, but not limited to; suspension of work, termination of the Grant for default and suspension and/or debarment of the Grantee.

## 5.    COSTS AND PAYMENTS

5.1.   <u>Payments</u>.  Payments shall comply with the requirements of A.R.S. Titles 35 and 41, net thirty (30) days. Upon receipt and acceptance of goods or services, the Grantee shall submit a complete and accurate Grantee's Expenditure Report for payment from the State within thirty (30) days.

5.2.   <u>Recoupment of Contract Payments</u>.

5.2.1.   *Unearned Advanced Funds.*  Any unearned State funds that have been advanced to the Grantee and remain in its possession at the end of each budget term, or at the time of termination of the Grant, shall be refunded to the ADHS within forty-five (45) days of the end of a budget term or of the time of termination.

5.2.2.   *Contracted Services.*  In a fixed price Grant, if the number of services provided is less than the number of services for which the Grantee received compensation, funds to be returned to the ADHS shall be determined by the Grant price.  Where the price is determined by cost per unit of service or material, the funds to be returned shall be determined by multiplying the unit of service cost by the number of services the Grantee did not provide during the Grant term.  Where the price for a deliverable is fixed, but the deliverable has not been completed, the Grantee shall be paid a pro rata portion of the completed deliverable.  In a cost reimbursement contract, the ADHS shall pay for any costs that the Grantee can document as having been paid by the Grantee and approved by ADHS.  In addition, the Grantee will be paid its reasonable actual costs for work in progress as determined by Generally Accepted Accounting Principles up to the date of Grant termination.

5.2.3.   *Refunds.*  Within forty-five (45) days after the end of each budget term or of the time of termination of the Grant, the Grantee shall refund the greater of:  i) the amount refundable



| | |
|---|---|
| **TERMS AND CONDITIONS**<br><br>**REQUEST FOR GRANT APPLICATION<br>RFGA NO. 2024-003<br>PrEP & nPEP Patient Navigation** | **ARIZONA DEPARTMENT OF<br>HEALTH SERVICES**<br>150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |

in accordance with paragraph 4.2.1, Unearned Advanced Funds; or ii) the amount refundable in accordance with paragraph 5.2.2, Contracted Services.

5.2.4.   *Unacceptable Expenditures*.  The Grantee agrees to reimburse the ADHS for all Grant funds expended, which are determined by the ADHS not to have been disbursed by the Grantee in accordance with the terms of this Grant or within the Federal Awarding Agency's award terms and conditions.  The Grantee shall reimburse ADHS within forty-five (45) days of the determination of unacceptability.

5.3.   <u>Unit Costs/Rates or Fees</u>.  Unit costs/rates or fees shall be based on costs, which are determined by ADHS to be reasonable, allowable and allocable.

5.4.   <u>Applicable Taxes</u>.

5.4.1.   *State and Local Transaction Privilege Taxes*.  The State of Arizona is subject to all applicable state and local transaction privilege taxes.  Transaction privilege taxes apply to the sale and are the responsibility of the seller to remit.  Failure to collect taxes from the buyer does not relieve the seller from its obligation to remit taxes.

5.4.2.   *Tax Indemnification*.  The Grantee and all subgrantees shall pay all federal, state and local taxes applicable to its operation and any persons employed by the Grantee.  Grantee shall require all subgrantees to hold the State harmless from any responsibility for taxes, damages and interest, if applicable, contributions required under Federal, and/or state and local laws and regulations and any other costs, including transaction privilege taxes, unemployment compensation insurance, Social Security and Worker's Compensation.

5.4.3.   *I.R.S. W9 Form*.  In order to receive payment under any resulting Grant, the Grantee shall have a current I.R.S. W9 Form on file with the State of Arizona.

5.5.   <u>Availability of Funds for the Next Fiscal Year</u>.  Funds may not be presently available for performance under this Grant beyond the first year of the budget term or Grant term.  The State may reduce payments or terminate this Grant without further recourse, obligation or penalty in the event that insufficient funds are appropriated in the subsequent budget term.  The State shall not be liable for any purchases or Subgrants entered into by the Grantee in anticipation of such funding. The Procurement Officer shall have the discretion in determining the availability of funds.

5.6.   <u>Availability of Funds for the Current Grant Term.</u>  Should the State Legislature enter back into session and decrease the appropriations through line item or general fund reductions, or for any other reason these goods or services are not funded as determined by ADHS, the following actions may be taken by ADHS:

5.6.1.   Accept a decrease in price offered by the Grantee;

5.6.2.   Reduce the number of goods or units of service and reduce the payments accordingly;

5.6.3.   Offer reductions in funding as an alternative to Grant termination; or

5.6.4.   Cancel the Grant.

**6.   CONTRACT CHANGES**

6.1.   <u>Amendments, Purchase Orders and Change Orders</u>.  This Grant is issued under the authority of the Procurement Officer who signed this Grant.  The Grant may be modified only through a Grant



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION
RFGA NO. 2024-003
PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF
HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

Amendment, Purchase Order and/or Change Order within the scope of the Grant, unless the change is administrative or otherwise permitted by the Special Terms and Conditions. Changes to the Grant, including the addition of work or materials, the revision of payment terms, or the substitution of work or materials, directed by an unauthorized State employee or made unilaterally by the Grantee are violations of the Grant and of applicable law. Such changes, including unauthorized Grant Amendments, Purchase Orders and/or Change Orders, shall be void and without effect, and the Grant shall not be entitled to any claim under this Grant based on those changes.

6.2. <u>Subgrants</u>. The Grantee shall not enter into any subcontract under this Grant without the advance written approval of the Procurement Officer. The subcontract shall incorporate by reference all material and applicable terms and conditions of this Grant.

6.3. <u>Assignments and Delegation</u>. The Grantee shall not assign any right nor delegate any duty under this Grant without the prior written approval of the Procurement Officer. The State shall not unreasonably withhold approval.

**7. RISK AND LIABILITY**

7.1. <u>Risk of Loss</u>. The Grantee shall bear all loss of conforming material covered under this Grant until received and accepted by authorized personnel at the location designated in the Purchase Order, Change Order or Grant. Mere receipt does not constitute final acceptance. The risk of loss for nonconforming materials shall remain with the Grantee regardless of receipt.

7.2. <u>Force Majeure</u>.

7.2.1. *Liability and Definition*. Except for payment of sums due, neither party shall be liable to the other nor deemed in default under this Grant if and to the extent that such party's performance of this Grant is prevented by reason of force majeure. The term "*force majeure*" means an occurrence that is beyond the control of the party affected and occurs without its fault or negligence. Without limiting the foregoing, force majeure includes acts of God; acts of the public enemy; acts of terrorism; war; riots; strikes; mobilization; labor disputes; civil disorders; fire; flood; lockouts; injunctions-interventions not caused by or resulting from the act or failure to act of the parties; failures or refusals to act by government authority not caused by or resulting from the act or failure to act of the parties; and other similar occurrences beyond the control of the party declaring force majeure, which such party is unable to prevent by exercising reasonable diligence.

7.2.2. *Exclusions*. Force Majeure shall not include the following occurrences:

7.2.2.1. Late delivery of Materials caused by congestion at a manufacturer's plant or elsewhere, or an oversold condition of the market;

7.2.2.2. Late performance by a subGrantee unless the delay arises out of a force majeure occurrence in accordance with this force majeure term and condition; or

7.2.2.3. Inability of either the Grantee or any subgrantee to acquire or maintain any required insurance, bonds, licenses or permits.

7.2.3. *Notice*. If either party is delayed at any time in the progress of the work by force majeure, the delayed party shall notify the other party in writing of such delay, as soon as is practicable and no later than the following working day of the commencement thereof, and shall specify the causes of such delay in such notice. Such notice shall be delivered or mailed certified-return receipt and shall make a specific reference to this article, thereby invoking its provisions. The



| **TERMS AND CONDITIONS** | **ARIZONA DEPARTMENT OF HEALTH SERVICES** |
|---|---|
| **REQUEST FOR GRANT APPLICATION RFGA NO. 2024-003 PrEP & nPEP Patient Navigation** | 150 N. 18th Avenue, Suite 530 Phoenix, Arizona 85007 |

delayed party shall cause such delay to cease as soon as practicable and shall notify the other party in writing when it has done so. The time of completion shall be extended by Grant Amendment for a period of time equal to the time that the results or effects of such delay prevent the delayed party from performing in accordance with this Grant.

    7.2.4.  *Default*. Any delay or failure in performance by either party hereto shall not constitute default hereunder or give rise to any claim for damages or loss of anticipated profits if, and to the extent that, such delay or failure is caused by force majeure.

7.3.  <u>Third Party Antitrust Violations</u>. The Grantee assigns to the State any claim for overcharges resulting from antitrust violations to the extent that those violations concern materials or services supplied by third parties to the Grantee for or toward the fulfillment of this Grant.

**8.**  **DESCRIPTION OF MATERIALS** The following provisions shall apply to Materials only:

8.1.  <u>Liens</u>. The Grantee agrees that the Materials supplied under this Grant are free of liens. In the event the Materials are not free of liens, Grantee shall pay to remove the lien and any associated damages or replace the Materials with Materials free of liens.

8.2.  <u>Quality</u>. Unless otherwise modified elsewhere in these terms and conditions, the Grantee agrees that, for one (1) year after acceptance by the State of the Materials, they shall be:

    8.2.1.  Of a quality to pass without objection in the Grant description;

    8.2.2.  Fit for the intended purposes for which the Materials are used;

    8.2.3.  Within the variations permitted by the Grant and are of even kind, quantity, and quality within each unit and among all units;

    8.2.4.  Adequately contained, packaged and marked as the Grant may require; and

    8.2.5.  Conform to the written promises or affirmations of fact made by the Grantee.

8.3.  <u>Inspection/Testing</u>. Subparagraphs 8.1 through 8.2 of this paragraph are not affected by inspection or testing of or payment for the Materials by the State.

8.4.  <u>Compliance With Applicable Laws</u>. The Materials and services supplied under this Grant shall comply with all applicable federal, state and local laws, and the Grantee shall maintain all applicable license and permit requirements.

8.5.  <u>Survival of Rights and Obligations After Grant Expiration and Termination.</u>

    8.5.1.  *Grantee's Representations*. All representations and warranties made by the Grantee under this Grant in paragraphs 7 and 8 shall survive the expiration or termination hereof. In addition, the parties hereto acknowledge that pursuant to A.R.S. § 12.510, except as provided in A.R.S. § 12-529, the State is not subject to or barred by any limitations of actions prescribed in A.R.S. Title 12, Chapter 5.

    8.5.2.  *Purchase Orders and Change Orders*. Unless otherwise directed in writing by the Procurement Officer, the Grantee shall fully perform and shall be obligated to comply with all Purchase Orders and Change Orders received by the Grantee prior to the expiration or termination hereof, including, without limitation, all Purchase Orders and Change Orders received prior to but not fully performed and satisfied at the expiration or termination of this Grant.



| TERMS AND CONDITIONS<br><br>**REQUEST FOR GRANT APPLICATION<br>RFGA NO. 2024-003<br>PrEP & nPEP Patient Navigation** | **ARIZONA DEPARTMENT OF HEALTH SERVICES**<br>150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |
|---|---|

### 9. STATE'S CONTRACTUAL REMEDIES

9.1.  Right to Assurance.  If the State, in good faith, has reason to believe that the Grantee does not intend to, or is unable to, perform or continue performing under this Grant, the Procurement Officer may demand in writing that the Grantee give a written assurance of intent to perform.  Failure by the Grantee to provide written assurance within the number of Days specified in the demand may, at the State's option, be the basis for terminating the Grant.

9.2.  Stop Work Order.

    9.2.1.  *Terms*.  The State may, at any time, by written order to the Grantee, require the Grantee to stop all or any part of the work called for by this Grant for a period up to ninety (90) Days after the order is delivered to the Grantee, and for any further period to which the parties may agree. The order shall be specifically identified as a stop work order issued under this clause.  Upon receipt of the order, the Grantee shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage.

    9.2.2.  *Cancellation or Expiration*.  If a stop work order issued under this clause is canceled or the period of the order or any extension expires, the Grantee shall resume work. The Procurement Officer shall make an equitable adjustment in the delivery schedule or Grant price, or both, and the Grant shall be amended in writing accordingly.

9.3.  Non-exclusive Remedies.  The rights and remedies of ADHS under this Grant are not exclusive, and ADHS is entitled to all rights and remedies available to it, including those under the Arizona Uniform Commercial Code and Arizona common law.

9.4.  Right of Offset.  The State shall be entitled to offset against any sums due the Grantee in any Grant with the State or damages assessed by the State because of the Grantee's non-conforming performance or failure to perform this Grant.  The right to offset may include, but is not limited to, a deduction from an unpaid balance and a collection against the bid and/or performance bonds.  Any offset taken for damages assessed by the State shall represent a fair and reasonable amount for the actual damages and shall not be a penalty for non-performance.

### 10. GRANT TERMINATION

10.1.  Cancellation for Conflict of Interest.  Pursuant to A.R.S. § 38-511, the State may cancel this Grant within three (3) years after Grant execution without penalty or further obligation if any person significantly involved in initiating, negotiating, securing, drafting or creating the Grant t on behalf of the State is, or becomes at any time while the Grant or an extension of the Grant is in effect, an employee of or a consultant to any other party to this Grant with respect to the subject matter of the Grant.  The cancellation shall be effective when the Grantee receives written notice of the cancellation, unless the notice specifies a later time.  If the Grantee is a political subdivision of the State, it may also cancel this Grant as provided in A.R.S. § 38-511.

10.2.  Gratuities.  The State may, by written notice, terminate this Grant, in whole or in part, if the State determines that employment or a Gratuity was offered or made by the Grantee or a representative of the Grantee to any officer or employee of the State for the purpose of influencing the outcome of the procurement, securing the Grant or an Amendment to the Grant, or receiving favorable treatment concerning the Grant, including the making of any determination or decision about Grant performance. The State, in addition to any other rights or remedies, shall be entitled to recover exemplary damages in the amount of three (3) times the value of the Gratuity offered by the Grantee.



| | |
|---|---|
| **TERMS AND CONDITIONS**<br><br>**REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-003**<br>**PrEP & nPEP Patient Navigation** | **ARIZONA DEPARTMENT OF HEALTH SERVICES**<br>150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |

10.3.  <u>Suspension or Debarment.</u>  The State may, by written notice to the Grantee, immediately terminate this Grant if the State determines that the Grantee or its subgrantee has been debarred, suspended or otherwise lawfully prohibited from participating in any public procurement activity, including but not limited to, being disapproved as a subgrantee of any public procurement unit or other governmental body.

10.4.  <u>Termination Without Cause.</u>

    10.4.1.  Both the State and the Grantee may terminate this Grant at any time with thirty (30) days' notice in writing specifying the termination date.  Such notices shall be given by personal delivery or by certified mail, return receipt requested.

    10.4.2.  If the Grantee terminates this Grant, any monies prepaid by the State, for which no service or benefit was received by the State, shall be refunded to the State within five (5) days of the termination notice.  In addition, if the Grantee terminates the Grant, the Grantee shall indemnify the State for any sanctions imposed by the funding source as a result of the Grantee's failure to complete the Grant.

    10.4.3.  If the State terminates this Grant pursuant to this Section, the State shall pay the Grantee the Grant price for all Services and Materials completed up to the date of termination.  In a fixed price Grant, the State shall pay the amount owed for the Services or Materials by multiplying the unit of service or item cost by the number of unpaid service units or items.  In a cost reimbursement contract, the ADHS shall pay for any costs that the Grantee can document as having been paid by the Grantee and approved by ADHS.  In addition, the Grantee will be paid its reasonable actual costs for work in progress as determined by GAAP up to the date of termination.  Upon such termination, the Grantee shall deliver to the ADHS all deliverables completed.  ADHS may require Grantee to negotiate the terms of any remaining deliverables still due.

10.5.  <u>Mutual Termination.</u>  This Grant may be terminated by mutual written agreement of the parties specifying the termination date and the terms for disposition of property and, as necessary, submission of required deliverables and payment therein.

10.6.  <u>Termination for Default</u>.  The State reserves the right to terminate the Grant in whole or in part due to the failure of the Grantee to comply with any material obligation, term or condition of the Grant, to acquire and maintain all required insurance policies, bonds, licenses and permits, or to make satisfactory progress in performing the Grant.  In the event the ADHS terminates the Grant in whole or in part as provided in this paragraph, the ADHS may procure, upon such terms and in such manner as deemed appropriate, Services or Materials, similar to those terminated, and Grantee shall be liable to the ADHS for any excess costs incurred by the ADHS in obtaining such similar Services or Materials.

10.7.  <u>Continuation of Performance Through Termination</u>.  Upon receipt of the notice of termination and until the effective date of the notice of termination, the Grantee shall perform work consistent with the requirements of the Grant and, if applicable, in accordance with a written transition plan approved by the ADHS.  If the Grantee terminated in part, the Grantee shall continue to perform the Grant to the extent not terminated.  After receiving the notice of termination, the Grantee shall immediately notify all subgrantees, in writing, to stop work on the effective date of termination, and on the effective date of termination, the Grantee and subGrantees shall stop all work.

10.8.  <u>Disposition of Property</u>.  Upon termination of this Grant t, all property of the State, as defined herein, shall be delivered to the ADHS upon demand.



| **TERMS AND CONDITIONS**<br><br>**REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-003**<br>**PrEP & nPEP Patient Navigation** | **ARIZONA DEPARTMENT OF HEALTH SERVICES**<br>150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |

**11.    ARBITRATION**

Pursuant to A.R.S. § 12-1518, disputes under this Grant t shall be resolved through the use of arbitration when the case or lawsuit is subject to mandatory arbitration pursuant to rules adopted under A.R.S. § 12 -133.

**12.    COMMUNICATION**

12.1.    <u>Program Report</u>.  When reports are required by the Grant, the Grantee shall provide them in the format approved by ADHS; and

12.2.    <u>Information and Coordination</u>.  The State will provide information to the Grantee pertaining to activities that affect the Grantee's delivery of services, and the Grantee shall be responsible for coordinating their activities with the State's in such a manner as not to conflict or unnecessarily duplicate the State's activities.  As the work of the Grantee progresses, advice and information on matters covered by the Grant shall be made available by the Grantee to the State throughout the effective period of the Grant.

**13.    CLIENT GRIEVANCES**

If applicable, the Grantee and its subgrantees shall use a procedure through which clients may present grievances about the operation of the program that result in the denial, suspension or reduction of services provided pursuant to this Grant and which is acceptable to and approved by the State.

**14.    SOVEREIGN IMMUNITY**

Pursuant to A.R.S. § 41-621(O), the obtaining of insurance by the State shall not be a waiver of any sovereign immunity defense in the event of suit.

**15.    ADMINISTRATIVE CHANGES**

The Procurement Officer, or authorized designee, reserves the right to correct any obvious clerical, typographical or grammatical errors, as well as errors in party contact information (collectively, "Administrative Changes"), prior to or after the final execution of a Grant or Grant Amendment.  Administrative Changes subject to permissible corrections include: misspellings, grammar errors, incorrect addresses, incorrect Grant Amendment numbers, pagination and citation errors, mistakes in the labeling of the rate as either extended or unit, and calendar date errors that are illogical due to typographical error.  The Procurement Office shall subsequently send to the Grantee notice of corrections to administrative errors in a written confirmation letter with a copy of the corrected Administrative Change attached.

**16.    SURVIVAL OF TERMS AFTER TERMINATION OR CANCELLATION OF CONTRACT**

All applicable Grant terms shall survive and apply after Grant termination or cancellation to the extent necessary for Grantee to complete and for the ADHS to receive and accept any final deliverables that are due after the date of the termination or cancellation.

**17.    HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY AT OF 1996 (HIPAA)**

17.1.    The Grantee warrants that it is familiar with the requirements of HIPAA, as amended by the Health Information Technology for Economic and Clinical Health Act (HITECH Act) of 2009, and accompanying regulations and will comply with all applicable HIPAA requirements in the course of this Grant.  Grantee warrants that it will cooperate with the Arizona Department of Health Services (ADHS) in the course of performance of the Grant so that both ADHS and Grantee will be in compliance with HIPAA, including cooperation and coordination with the Arizona Department of Administration-Arizona Strategic Enterprise Technology (ADOA-ASET) Office, the ADOA-ASET Arizona State Chief



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-003**
**PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

---

Information Security Officer and HIPAA Coordinator and other compliance officials required by HIPAA and its regulations.  Grantee will sign any documents that are reasonably necessary to keep ADHS and Grantee in compliance with HIPAA, including, but not limited to, business associate agreements.

17.2. If requested by the ADHS Procurement Office, Grantee agrees to sign a "Pledge To Protect Confidential Information" and to abide by the statements addressing the creation, use and disclosure of confidential information, including information designated as protected health information and all other confidential or sensitive information as defined in policy.  In addition, if requested, Grantee agrees to attend or participate in HIPAA training offered by ADHS or to provide written verification that the Grantee has attended or participated in job related HIPAA training that is: (1) intended to make the Grantee proficient in HIPAA for purposes of performing the services required and (2) presented by a HIPAA Privacy Officer or other person or program knowledgeable and experienced in HIPAA and who has been approved by the ADOA-ASET Arizona State Chief Information Security Officer and HIPAA Coordinator.

**18.    UNIQUE ENTITY IDENTIFIER (UEI) REQUIREMENT**

Pursuant to 2 CFR 25.100 et seq., no entity (defined as a Governmental organization, which is a State, local government, or Indian tribe; foreign public entity; domestic or foreign nonprofit organization; domestic or foreign for-profit organization; or Federal agency, but only as a sub-recipient under an award or sub-award to a non-Federal entity) may receive a sub-award from ADHS unless the entity provides its Unique Entity Identifier Number to ADHS. The number can be created in SAM.gov.  If already registered the UEI has been assigned and can be viewed in SAM.gov.

**19.    The Federal Funding Accountability and Transparency Act (FFATA or Transparency Act - P.L.109-282, as amended by section 6202(a) of P.L. 110-252), found at** https://www.fsrs.gov/

If applicable, the subrecipient or sub-awardee is required to abide by the Federal Funding Accountability and Transparency Act (FFATA or Transparency Act – P.L. 109-282, as amended by section 6202(a) of P.L. 110-252), found at https://www.fsrs.gov/. The associated Grant Reporting Certification Form and completion instructions will be sent to the subrecipient from ADHS Program(s) responsible for the specific contract. The subrecipient or sub-awardee must return the completed form to ADHS Program(s) by the 15th of the month following that in which the award was received. Failure to complete a required Grant Reporting Certification Form may result in loss of funding.

**20.    2 CFR §200.216 PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT**

Recipients and sub-recipients are prohibited from obligating or expending loan or grant funds to:

20.1.  Procure or obtain;

20.2.  Extend or renew a contract to procure or obtain; or

20.3.  Enter in a contract (or extend or renew a contract) to procure or obtain equipment, services, or systems that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. As described in Public Law 115-232, section 889, covered telecommunications equipment is telecommunications equipment produced by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities).

20.3.1.  For the purpose of public safety, security of government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-003**
**PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

---

telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities):

20.3.1.1.  Telecommunications or video surveillance services provided by such entities or using such equipment.

20.3.1.2.  Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of the National Intelligence or the Director of the Federal Bureau of Investigation, reasonable believes to be an entity owned or controlled by, or otherwise connected to, the government of a covered foreign country.

21.  **CONTRACTING; PROCUREMENT; INVESTMENT; PROHIBITIONS**

21.1.  A public entity may not enter into a contract with a company to acquire or dispose of services, supplies, information **technology** or construction unless the contract includes a written certification that the company is not currently engaged in, and agrees for the duration of the contract to not engage in, a boycott of Israel.

21.2.  A **public** entity may not adopt a procurement, investment or other policy that has the effect of inducing or requiring a person or company to boycott Israel.

21.3.  Grantee hereby certifies that it is not currently engaged in, and will not for the duration of this Grant engage in, a boycott of Israel as defined by A.R.S. § 35-393.01. Violation of this certification by Grantee may result in action by the State up to and including termination of this Grant.

22.  **TECHNOLOGY REPLACEMENT**

In any event where product is discontinued, no longer available or technically inferior to newly developed product, the Grantee shall provide an equivalent replacement model at no additional cost and shall honor the original contract terms

23.  **AUTHORIZATION FOR PROVISION OF SERVICES**

Authorization for purchase of services under this Grant shall be made only upon ADHS issuance of a Purchase Order that is signed by an authorized agent.  The Purchase Order will indicate the Grant number and the dollar amount of the funds authorized.  The Grantee shall only be authorized to perform services up to the amount of the Purchase Order.  ADHS shall not have any legal obligation to pay for services in excess of the amount indicated on the Purchase Order.  No further obligation for payment shall exist on behalf of ADHS unless 2) the Purchase Order is changed or modified with an official ADHS Procurement Change Order, and/or an additional Purchase Order is issued for purchase of services under this Grant.

24.  **KEY PERSONNEL**

It is essential the Grantee provide an adequate staff of experienced personnel, capable of and devoted to the successful accomplishment of work performed under this Grant.  The Grantee must assign specific individuals to key positions of responsibility.  If any of the assigned Key/Essential Personnel does not satisfactorily perform the assigned duties, the Grantee shall withdraw such Key/Essential Personnel immediately upon ADHS' notification and shall replace the withdrawn Key/Essential Personnel with other Key/Essential Personnel at no additional cost to ADHS.



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-003**
**PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

---

**25.    INFORMATION DISCLOSURE**

The Grantee shall establish and maintain procedures and controls that are acceptable to the State for the purpose of assuring that no information contained in its records or obtained from the State or from others in carrying out its functions under the Grant shall be used or disclosed by it, its agents, officers, or employees, except as required to efficiently perform duties under the Grant.  Persons requesting such information should be referred to the State.  The Grantee also agrees that any information pertaining to individual persons shall not be divulged other than to employees or officers of Grantee as needed for the performance of duties under the Grant, unless otherwise agreed to in writing by the State.

**26.    GRANT RESTRICTIONS**

Grantees will provide a copy of all printed or broadcast media or any other educational materials developed using funds awarded under this Grant to the ADHS Program Manager for approval.  Media and/or printed educational materials will adhere to the required wording as follows: "Funded in part by the Bureau of Infectious Disease Services as made available through the Arizona Department of Health Services" or add ADHS logo.

**27.    ARIZONA SUBSTITUTE/IRS W-9 FORM.**

In order to receive payment, the Grantee shall have a current Arizona Substitute W-9 Form on file with the State of Arizona, unless not required by law.

**28.    OFFSHORE PERFORMANCE OF WORK PROHIBITED.**

Any services that are described in the specifications or scope of services that directly serve the State of Arizona or its clients and involve access to secure or sensitive data or personal client data shall be performed within the defined territories of the United States.  Unless specifically stated otherwise in the specifications, this paragraph does not apply to indirect or 'overhead' services, redundant back-up services or services that are incidental to the performance of the Grant.  This provision applies to work performed by subGrantees at all tiers.

**29.    PURCHASE ORDERS.**

The Grantee shall, in accordance with all terms and conditions of the Grant, fully perform and shall be obligated to comply with all Purchase Orders received by the Grantee prior to the expiration or termination hereof, unless otherwise directed in writing by the ADHS Administrator, including, without limitation, all Purchase Orders received prior to but not fully performed and satisfied at the expiration or termination of this Grant.

**30.    PANDEMIC CONTRACTUAL PERFORMANCE.**

30.1.   The State shall require a written plan that illustrates how the Grantee shall perform up to contractual standards in the event of a pandemic.  The State may require a copy of the plan at any time prior or post award of a Grant.  At a minimum, the pandemic performance plan shall include:

30.1.1.   Key succession and performance planning if there is a sudden significant decrease in Grantee's workforce.

30.1.2.   Alternative methods to ensure there are products in the supply chain.

30.1.3.   An up-to-date list of company contacts and organizational chart.



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-003**
**PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

30.2.    In the event of a pandemic, as declared the Governor of Arizona, U.S. Government or the World Health Organization, which makes performance of any term under this Grant impossible or impracticable, the State shall have the following rights:

30.2.1.    After the official declaration of a pandemic, the State may temporarily void the Grant(s) in whole or specific sections, if the Grantee cannot perform to the standards agreed upon in the initial terms.

30.2.2.    The State shall not incur any liability if a pandemic is declared and emergency procurements are authorized by the Director as per A.R.S. 41-2537 of the Arizona Procurement Code.

30.2.3.    Once the pandemic is officially declared over and/or the Grantee can demonstrate the ability to perform, the State, at is sole discretion, may reinstate the temporarily voided Grant(s).

30.3.    The State, at any time, may request to see a copy of the written plan from the Grantee.  The Grantee shall produce the written plan within seventy-two (72) hours of the request

**31.    INDEMNIFICATION CLAUSE**

31.1.    To the fullest extent permitted by law, Grantee shall defend, indemnify, and hold harmless the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees (hereinafter referred to as "Indemnitee") from and against any and all claims, actions, liabilities, damages, losses, or expenses (including court costs, attorneys' fees, and costs of claim processing, investigation and litigation) (hereinafter referred to as "Claims") for bodily injury or personal injury (including death), or loss or damage to tangible or intangible property caused, or alleged to be caused, in whole or in part, by the negligent or willful acts or omissions of Grantee or any of its owners, officers, directors, agents, employees or subGrantees. This indemnity includes any claim or amount arising out of, or recovered under, the Workers' Compensation Law or arising out of the failure of such Grantee to conform to any federal, state, or local law, statute, ordinance, rule, regulation, or court decree. It is the specific intention of the parties that the Indemnitee shall, in all instances, except for Claims arising solely from the negligent or willful acts or omissions of the Indemnitee, be indemnified by Grantee from and against any and all claims. It is agreed that Grantee will be responsible for primary loss investigation, defense, and judgment costs where this indemnification is applicable. In consideration of the award of this contract, the Grantee agrees to waive all rights of subrogation against the State of Arizona, its officers, officials, agents, and employees for losses arising from the work performed by the Grantee for the State of Arizona.

31.2.    This indemnity shall not apply if the Grantee or sub-Grantee(s) is/are an agency, board, commission or university of the State of Arizona.

**32.    INSURANCE REQUIREMENTS**

32.1.    Grantee and subgrantees shall procure and maintain, until all of their obligations have been discharged, including any warranty periods under this Grant, insurance against claims for injury to persons or damage to property arising from, or in connection with, the performance of the work hereunder by the Grantee, its agents, representatives, employees or subGrantees.

32.2.    The Insurance Requirements herein are minimum requirements for this Grant and in no way limit the indemnity covenants contained in this Grant. The State of Arizona in no way warrants that the minimum limits contained herein are sufficient to protect the Grantee from liabilities that arise out of the performance of the work under this Grant by the Grantee, its agents, representatives, employees or subGrantees, and the Grantee is free to purchase additional insurance.



| **TERMS AND CONDITIONS** **REQUEST FOR GRANT APPLICATION** **RFGA NO. 2024-003** **PrEP & nPEP Patient Navigation** | **ARIZONA DEPARTMENT OF HEALTH SERVICES** 150 N. 18th Avenue, Suite 530 Phoenix, Arizona 85007 |
|---|---|

32.3. **MINIMUM SCOPE AND LIMITS OF INSURANCE**:  Reference Exhibit E – Insurance Requirements.

**33.    CIVIL RIGHTS ASSURANCE STATEMENT.**

The Grantee and Subgrantee are subject to Title VI of the Civil Rights Act of 1964, Section 504 of Rehabilitation Act of 1973, Title II of the Americans with Disabilities Act of 1990, the Age Discrimination Act of 1975, Title IX of the Education Amendment of 1972, and offers all persons the opportunity to participate in programs or activities regardless or race, color, national origin, age, sex, or disability. Further, it is agreed that no individual will be turned away from or otherwise denied access to or benefit from any program or activity that is directly associated with a program of the RECIPIENT on the basis of race, color, national origin, age, sex (in educational activities) or disability.

**34.    AMERICANS WITH DISABILITIES ACT OF 1990.**

34.1    The Grantee shall comply with the Americans with Disabilities Act of 1990 (Public Law 101-336) and the Arizona Disability Act of 1992 (A.R.S § 41-1492 et. seq.), which prohibits discrimination of the basis of physical or mental disabilities in delivering contract services or in the employment, or advancement in employment of qualified individuals.

34.2    Persons with a disability may request a reasonable accommodation, such as a sign language interpreter, by contracting the Contract Manager for the Grant. Request should be made as early as possible to allow time to arrange the accommodation.

**35.    FEDERAL FUNDING.**

Funding for these services is contingent upon the availability of federal government funding. No commitment of any kind is made by the State concerning this Grant unless there are monies provided by a federal grant. The Grantee should take this fact into consideration.

35.1.    For the purposes of this Grant, a capital expenditure means expenditures to acquire capital assets, as defined in 2 C.F.R. 200.12, or expenditures to make additions, improvements, modifications, replacements, rearrangements, reinstallations, renovations, or alterations to capital assets that materially increase their value or useful life, with a cost of $250 or greater.

35.2.    Grantee agrees to maintain property records for equipment purchased with grant funds and perform a physical inventory and reconciliation with property records at least every.  Grantee agrees that funds will not be used for the construction of new facilities.

35.3.    Grantee agrees to follow equipment disposition policies as determined by the Federal Awarding Agency at Award Completion or as depicted in the State of Arizona Accounting Manual. Grantee also agrees to follow the directives in ADHS Property and Procedure Policy FIN 111.

35.4.    Charges to Federal awards for salaries and wages must be based on records that accurately reflect the work performed. These records must: Be supported by a system of internal control which provides reasonable assurance that the charges are accurate, allowable, and properly allocated; Be incorporated into the official records of the non-Federal entity; Reasonably reflect the total activity for which the employee is compensated by the non-Federal entity, not exceeding one hundred percent (100%) of compensated activities (for IHE, this per the IHE's definition of IBS); Encompass both federally assisted and all other activities compensated by the non-Federal entity on an integrated basis, but may include the use of subsidiary records as defined in the non-Federal entity's written policy; Comply with the established accounting policies and practices of the non-Federal entity (See paragraph above for treatment of incidental work for IHEs) and Support the distribution of the employee's salary or wages



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION
RFGA NO. 2024-003
PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

among specific activities or cost objectives if the employee works on more than one (1) Federal award; a Federal award and non-Federal award; an indirect cost activity and a direct cost activity; two (2) or more indirect activities which are allocated using different allocation bases; or an unallowable activity and a direct or indirect cost activity. Budget estimates (i.e., estimates determined before the services are performed) alone do not qualify as support for charges to Federal awards, but may be used for interim accounting purposes only.

35.5.    Grantee understands that financial reports are required as an accounting of expenditures for either reimbursement or ADHS-approved advance payments.

35.6.    The final request for reimbursement of grant funds must be received by the ADHS no later than sixty (60) days after the last day of the award period.

35.7.    All goods and services must be received or have reasonable expectations thereof and placed in service by Grantee by the expiration of this award.

35.8.    Grantee agrees that all encumbered funds must be expended and that goods and services must be paid by GRANTEE within sixty (60) days of the expiration of this award unless funding guidelines permit funds to be used at a future date.

35.9.    Grantee agrees to remit all unexpended grant funds to the ADHS within thirty (30) days of written request from the ADHS.

35.10.   Grantee agrees to account for interest earned on federal grant funds and shall manage interest income in accordance with the Cash Management Improvement Act of 1990 and as indicated in the State of Arizona Accounting Manual (SAAM) located at the following website. https://gao.az.gov/publications/saam Interest earned in excess of allowable limits must be remitted to the ADHS within thirty (30) days after receipt of a written request from the ADHS.

35.11.   Grantee agrees not to use grant funds for food and/or beverage unless explicitly approved in writing by the ADHS.

35.12.   Grantee agrees to comply with all applicable laws, regulations, policies and guidance (including specific cost limits, prior approvals and reporting requirements, where applicable) governing the use of grant funds for expenses related to conferences, meetings, trainings, and other events, including the provision of food and/or beverages at such events, and costs of attendance at such events unless explicitly approved in writing by the ADHS.

35.13.   No funds shall be used to supplant federal, state, county or local funds that would otherwise be made available for such purposes.  Supplanting means the deliberate reduction of state or local funds because of the existence of any grant funds.

35.14.   Grantee agrees that grant funds are not to be expended for any indirect costs that may be incurred by Grantee for administering these funds unless explicitly approved in writing by the ADHS.  This may include, but is not limited to, costs for services such as accounting, payroll, data processing, purchasing, personnel, and building use which may have been incurred by the Grantee.

35.15.   Grantee will comply with the audit requirements of *OMB* Office of Management and Budget's (OMB) Uniform Administrative Requirements, Cost Principles and Audit Requirement for Federal Awards and provide the ADHS with the Single Audit Report and any findings within ninety (90) days of receipt of such finding(s). If the report contains no findings, the Grantee must provide notification that the audit



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-003**
**PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

was completed. All completed Single Audits should be uploaded in the format specified to the Federal Audit Clearinghouse no later than nine months after the entity's fiscal year-end at the attached **Link**: https://harvester.census.gov/facweb/default.aspx/.

35.16.   Grantee certifies that it will comply with *OMB Circulars A-102 and 2 CFR, Part 215 Uniform Administrative Requirements for Grants and Cooperative Agreements* as codified in (1) 28 CFR, Part 66.32 or (2) 28 CFR, Part 70.34 and *Cost Principles (1) 2 CFR, Part 225, (2) 2 CFR, Part 220 or (3) 2 CFR, Part 230*, the OJP Financial Guide. OMB A-102 is obsolete, these references can likely be removed in their entirety as they simply reference Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards located at 2 CFR 200.

35.17.   Grantee understands and agrees that misuse of award funds may result in a range of penalties, including suspension of current and future funds, suspension or debarment from federal grants, recoupment of monies provided under an award, and civil and/or criminal penalties.

35.18.   Grantee agrees not to do business with any individual, agency, company or corporation listed in the Excluded Parties Listing Service.
**Link:** *System for Award Management* https://www.sam.gov/portal/public/SAM/

35.19.   Grantee agrees to ensure that, no later than the due date of the Grantee's first financial report after the award is made, Grantee and any subgrantees have a valid DUNS profile and active registration with the System for Award Management (SAM) database.

35.20.   GRANTEE certifies that it presently has no financial interest and shall not acquire any financial interest, direct or indirect, which would conflict in any manner or degree with the performance of services required under this Agreement.

35.21.   Compliance with 41 U.S.C. 4712 (including prohibitions on reprisal; notice to employees) Grantee must comply with, and is subject to, all applicable provisions of 41 U.S.C. 4712, including all applicable provisions that prohibit, under specified circumstances, discrimination against an employee as reprisal for the employee's disclosure of information related to gross mismanagement of a federal grant, a gross waste of federal funds, an abuse of authority relating to a federal grant, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a federal grant.

35.22.   GRANTEE certifies to comply with the Drug-Free Workplace Act of 1988, and implemented in 28 CFR Part 83, Subpart F, for grantees, as defined in 28 CFR, Part 83 Sections 83.620 and 83.650.

35.23.   Pursuant to A.R.S. § 35-181.03, A. through C. any nonprofit corporation that receives at least $250,000, but less than $750,000 in state assistance in any fiscal year shall file audited financial statements prepared in accordance with federal single audit regulations or financial statement prepared in accordance with generally accepted accounting principles and audited by an independent certified public accountant and provide those evaluation to the ADHS Office of Auditing upon completion at Audit@azdhs.gov. Each nonprofit corporation receiving $250,000 or less in state assistance in any fiscal year shall comply with contract requirements concerning financial and compliance audits contained in the Grant governing such programs. https://www.azleg.gov/viewdocument/?docName=https://www.azleg.gov/ars/35/00181-03.htm



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-003**
**PrEP & nPEP Patient Navigation**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

36. **FRAUD, WASTE, AND ABUSE**

   36.1.    ADHS requires all employees to abide by the State's Personnel System Rules, R2-5A-501; Standards of Conduct which includes maintaining high standards of honesty, integrity, and impartiality, free from personal considerations and/or favoritism, and Code of Conduct for individuals engaged in Accounting, Financial and Budgeting Activities which depicts the moral, ethical, legal and professional aspects of personal conduct. ADHS requires the same conduct of its consultants, vendors, Grantees, subrecipients, or persons doing business with the agency.

   36.2.    Any State employee, consultant, vendor, Grantee or subrecipient or person doing business with the Agency who receives a report of improper activity must report the information within one (1) business day. **Note:** Federal Award policy denotes awardees must disclose, in a timely manner, in writing to ADHS all violations of Federal Criminal Law, involving fraud, bribery, or gratuity violations potentially affecting Federal Awards.

   36.3.    Anyone suspecting Fraud, Waste, or Abuse related to ADHS activities are required to report Fraud, Waste, or abuse through any of the following reporting channels:

      36.3.1.    ADHS Ethics Action Hotline at (602) 542-2347,

      36.3.2.    ADHS Ethics Action Email at reportethics@azdhs.gov ,or

      36.3.3.    General Accounting Office (GAO) Fraud Reporting Email at reportfraud@azdoa.gov to report Fraud, Waste, or Abuse incidents.

37. **NEW PRODUCTS/SERVICES LANGUAGE**

   The State, at its sole discretion may allow new products or services identified by the Grantee or ADHS to be incorporated. The request may be submitted at any time during the Grant period. The requested products or services shall align with the current Scope of Services and Price List.

38. **PROTECTION OF STATE CYBERSECURITY INTERESTS**

   The Grantee shall comply with State Executive Order No. 2023-10, which includes, but is not limited to, a prohibition against (a) downloading and installing of TikTok on all State-owned and State-leased information technology; and (b) accessing TikTok through State information technology.

39. **COMMENTS WELCOME**

   The ADHS Procurement Office periodically reviews the Uniform Terms and Conditions and welcomes any comments you may have. Please submit your comments to: ADHS Procurement Administrator, Arizona Department of Health Services, 150 North 18th Avenue, Suite 280, Phoenix, Arizona 85007.

Created by and for individuals at risk or living with HIV, The Southwest Center for HIV/AIDS (SWC) is the largest HIV-testing non-governmental agency in the state of Arizona. With HIV treatment and prevention at the core of our services, SWC has become a center of healthcare excellence by creating a culturally reactive mental and physical health clinic supporting historically marginalized individuals, especially the LGBTQIA2s+ and BIPOC communities.

Our mission is to provide affirming and inclusive services to promote well-being and advance health equity for diverse communities and all those seeking compassionate care - especially people of color, LGBTQIA2S+ and Queer individuals, and those affected by HIV. Our vision is a just and equitable world where who we are is embraced in all spaces - especially in barrier-free access to health and wellness - leading each of us to live a full, rich, and authentic life. Each year, SWC serves over 30,000 Arizonans of all ages, races, ethnicities, and genders who are at risk for or living with HIV.

SWC offers a status-neutral approach to delivering whole-person care. Our facility is in downtown Phoenix at the Parsons Center for Health and Wellness. In this space, SWC brings quality community healthcare providers together under one roof, along with our vitamin shop, shared community conference and educational space, and a youth and family resource center.

Our services include:

_Health Clinic:_ SWC is committed to providing high-quality, affordable, affirming, and inclusive physical and mental healthcare to all – especially people of color, LGBTQIA2S+ and Queer individuals, and those affected by HIV.

_HIV/STI Testing:_ SWC provides testing at no cost to the patient through three strategies: our HIV/STI clinic, community outreach, and the Gender-Affirming Program (GAP). Prevention Specialists walk individuals through the testing process with empathy, confidentiality, and no judgment. We offer testing at our clinic Monday through Friday by walk-in and appointment. SWC also offers outreach testing throughout Maricopa County as part of its community engagement activities. Before the COVID-19 pandemic, SWC's Outreach Team participated in ~200 events yearly and provided HIV/STI testing at dozens of local bars, venues, and events. Following the pandemic, our outreach efforts were renewed to better participate in events and venues representing the needs and identities of our communities. We now participate in about five (5) to seven (7) events per month and have completed more than 100 no-cost testing sessions in the last year. The GAP serves transgender individuals of color ages 13-34. By SWC's GAP staff, the program provides a space for the prioritized community to feel comfortable discussing any questions or concerns.

_PrEP/PEP Navigation:_ SWC Clinical Program Navigators refer more than 9,000 clients for PrEP (pre-exposure prophylaxis) and/or PEP (post-exposure prophylaxis) internally at SWC. SWC has one of the most comprehensive PrEP/nPEP Navigation programs in the Southwestern US and partners with several community agencies and patient assistance programs to reduce barriers to care.

_Sexual and Reproductive Health Services:_ SWC offers high-quality, confidential, low- to no-cost sexual and reproductive services to everyone regardless of income, insurance status, gender identity, sexuality, or immigration status. These services include contraception, sexually transmitted infection (STI) services, pregnancy testing, counseling and resources, cervical and breast cancer screenings, preconception health, and basic infertility services.

_Gender-Affirming Program (GAP):_ SWC provides individualized care and support to gender-expansive people in reaching their transformative goals by navigating agency services and providing referrals to our resource network and community partners.

_Mental Health:_ SWC's Mental Health department includes licensed therapists who offer individual, group, and family counseling. Services include addiction counseling, Eye Movement Desensitization and Reprocessing (EMDR), Trauma Informed Care (TIC), Cognitive Behavior Therapy, Dialectical Behavior Therapy, Motivational Interviewing, and Support Groups.

_Medical and Non-Medical Case Management:_ SWC Case Managers help people obtain and sustain the medical care and other core support services they need to live long, healthy lives. We connect clients to various healthcare services (including primary care, behavioral health, and dental). Additional services include connection to medication and health care coverage and resources for housing, disability application, education, job attainment, food security, insurance applications, and transportation.

_Nutrition:_ SWC provides a range of nutrition services including Nutrition Assessments (one-on-one comprehensive nutritional assessment with a registered dietitian, body composition testing, education on healthy food choices and recommendations for nutritional supplements), an on-site Vitamin and Herb Shop (high-quality, affordable vitamins,

minerals, and supplements), and Food Voucher Program (currently $50 food vouchers to low-income, HIV-positive clients who meet certain medical/nutritional needs).

*Outreach:* SWC's Outreach team seeks to eliminate stigma around HIV while educating the community on safer sex, PrEP, U=U, HIV, and more. Outreach also includes The TEA Phoenix (Teaching, Empowering, and taking Action), SWC's Mpowerment project serving Queer persons of color 18-29 years old in the Phoenix community.

*Nice Package Initiative:* SWC provides free condoms delivered directly to individuals and organizations in the entire state of Arizona and Southern Nevada. In 2022, Nice Package distributed 1.8 million condoms to the community.

SWC deeply understands the people and communities it serves and has established a strong positive presence. We strive to meet clients where they are - physically, emotionally, and mentally.

SWC has received multiple multi-year federal direct or pass-through awards since its inception in 1990. Within the past seven (7) years, SWC has received direct, multi-year awards from the CDC totaling $4 million and CDC and Ryan White Part B (RWPB) pass-through multi-year funding from ADHS totaling $5.4 million. Ryan White Part A (RWPA) also funds the SWC, awarding SWC $6.1 million in direct multi-year contracts. SWC recently received a five (5) year award from the Substance Abuse Mental Health Services Administration (SAMHSA), totaling $2.5 million. SWC has no findings on its external audits regarding managing federal funding, and all audits conducted by the funding agencies have also been clean. For PrEP/nPEP-specific funding, SWC has received $393,294 in pass-through funding from ADHS within the last five (5) years.

Pre-exposure prophylaxis (PrEP) is one of the six Ending the HIV Epidemic in the U.S. (EHE) indicators. Only 8% of Black people who could benefit from PrEP were prescribed PrEP in 2019, compared to 23% of those who could benefit from PrEP (CDC, HIV Surveillance Supplemental Report, 2021). Due to the high prevalence of HIV in Maricopa County (329 for every 100,000 people in 2021), Phoenix joined the Fast-Track Cities Initiative in 2016, which works towards ending HIV/AIDS as a public health threat by 2030 by building upon, strengthening, and leveraging existing HIV-related programs and resources. Less than 6,500 individuals in Maricopa County are actively using PrEP. About 50% of those currently on PrEP in Maricopa County are white individuals, but the usage for communities of color is much lower, who are at least 8 times more likely to be diagnosed with HIV. Non-occupational post-exposure prophylaxis (nPEP) is an emergency contraception that prevents HIV infection within 72 hours of exposure. All individuals prescribed nPEP by SWC are offered information about receiving a PrEP prescription to ensure complete care and protection. Only about 20% of those individuals transition to a PrEP prescription due to misconceptions about obtaining and paying for their prescription, perceived risk of acquiring HIV, and internal and external stigma. By offering PrEP/nPEP Navigation Services, SWC will be able to bridge the gap of care for vulnerable communities by offering education, hands-on navigation sessions with warm hand-offs to internal and external PrEP/nPEP providers, and consistent communication with individuals receiving PrEP/nPEP services. In the first half of 2023, SWC has contributed to approximately 14% of PrEP prescriptions in Maricopa County. SWC has identified that its efforts should focus on linking the BIPOC community to PrEP.

Launched in February 2017, the PrEP/nPEP Navigation program has sought to identify and engage those at risk of HIV infection and connect them with PrEP/nPEP. In the PrEP/nPEP navigation sessions, risk behaviors are discussed, education and harm reduction services are offered, treatment as prevention (TasP) is discussed, and connection to preventative care is conducted with a warm handoff to an internal provider. Since its genesis, SWC's PrEP/nPEP Navigation program has become one of the most successful PrEP/nPEP Navigation programs in the Southwestern United States. Today, the PrEP/nPEP navigation team is actively working with more than 300 patients who need patient assistance programs, and the Southwest Center is seeing more than 550 patients on PrEP. Currently, SWC's PrEP/nPEP Navigation program is housed with the Prevention team, where Prevention Specialists are tasked with providing patients with no-cost HIV/STI testing and navigation services. With this funding, the Navigation program will build a team focused on patient navigation services. This team will consist of three (3) Clinical Program Navigators, two funded by this opportunity and one supported by a private grant, and a Clinical Program Manager, supported by a private grant, who will emphasize the linkage and access to care portion of all SWC Clinical Programs, including PrEP/nPEP, No-Cost HIV/STI Testing, and Primary Care. The caseload will be 80 patients per Navigator per year and will increase by a minimum of ten (10) annually thereafter. They will work closely with six (6) Prevention Specialists whose primary function will be conducting no-cost HIV, chlamydia, gonorrhea, syphilis, and hepatitis C testing and providing test results five (5) days a week. This will provide patients with specialized and focused care. Navigators and Specialists will be cross-trained to ensure continuity of care if there is a vacancy or need for coverage. By establishing a team solely dedicated to Navigation services, Navigators

will focus their efforts in PrEP/nPEP client care and communication, which will lead to a decrease in patients lost to follow-up care and an increase in medication adherence.

In 2022, SWC provided over 6,000 HIV tests to the public, with approximately 98% of patients having PrEP/nPEP conversations with the Navigators. During these conversations, the Navigators briefly explain PrEP/nPEP, utilizing treatment as prevention, how the team will support the patient, and how PrEP/nPEP can be easily accessed at SWC. The Navigators then provide a warm handoff to an internal SWC provider the same day, if not the next day. Over 75% of SWC's PrEP/nPEP patients utilize our navigation services. The Navigators spend a combined 60 hours per week focusing on navigating patients who express interest or meet the risk criteria to be considered for a PrEP prescription. The Navigation team will allocate 120 hours weekly for PrEP/nPEP services, linkage to care, and navigation support. The team will also expand their patient panels to include insured and underinsured patients to offer support and education, especially if the individual loses insurance benefits and identifies obstacles to maintaining care.

Patients are more likely to fall off PrEP Services within the first 90 days of their journey. To mitigate the chances of this happening, when a patient enrolls in the SWC program, the Navigators will contact them weekly, ensuring there are no barriers during the enrollment and insurance verification process. They confirm they've received their first prescription, can pay their lab bills, or are connected to appropriate assistance. Once the patient feels settled on their own, Navigators will connect with them at least every 90 days for up to a year to assist in reducing or eliminating barriers to receiving medication, ensure medication adherence, and re-enroll patients who have stopped taking PrEP, if needed. Currently, each team member has an average of 80 patients on their caseload yearly, about six (6) to ten (10) patients per month. A patient is discharged from the program if, after a year, they decide they can self-manage their PrEP care or after four (4) failed contact attempts within a month. If, after a year, a patient does not feel ready to self-manage, the Navigator will continue to check in with the patient until they feel secure. Even once a patient is discharged, the Navigation team keeps their file active and readily available in case the patient needs navigation services in the future. Each patient working with PrEP Navigation receives their PrEP Care at a fraction of the cost; Navigation Services can save an uninsured patient up to $25,000.00 in annual medical expenses. nPEP patients are contacted the day after they should have picked up their medication to ensure they received and took it. Then, the patient is contacted to confirm they have been tested for HIV, and their result was negative. The Navigators then work with that patient to transition them into PrEP care to ensure continuity of care.

SWC currently offers navigation services and does not anticipate any barriers to implementing PrEP/nPEP navigation services under this grant contract. However, SWC understands that patients may have barriers to accessing care. Patients have, and continue to face, transportation issues; being under or uninsured; the inability to pay for prescriptions, appointments, and/or labs; and the ability to be seen by a provider quickly.

At the beginning of 2023, SWC implemented a TelePrEP program available to all patients in the state of Arizona to help alleviate transportation concerns. Patients may call to go through PrEP navigation and can schedule a TeleHealth appointment with a SWC provider. In these appointments, the provider covers how PrEP works and what is expected of the patient, including follow-ups every 90 days, regular labs, and medication adherence. SWC partners with Sonora Quest Laboratories, allowing patients to go to a facility near them, have their blood drawn, and have results returned to their SWC provider. This TelePrEP program minimizes the transportation barrier some patients may face when requiring PrEP services.

Many patients face being under or uninsured and cannot afford PrEP or nPEP. SWC offers services to the community, regardless of their ability to pay. SWC's navigators are trained as AHCCCS Assisters, who can help patients complete applications during an interactive interview. Information is verified, and an eligibility decision is made quickly. If a patient is not eligible, navigators can assist the patient with the medication assistance program application from PrEP Drug Manufacturers, which helps cover prescription costs. SWC also partners with the Southern Arizona AIDS Foundation (SAAF) to offer the PrEP Lab Assistance Program. This program assists patients with diagnostic lab costs, and navigators at SWC submit patients' bills to SAAF for payment to the laboratory directly.

SWC has also dedicated one (1) full-time provider for patients who test HIV-positive, are interested in PrEP/nPEP, and/or have STI symptoms to receive treatment. Having a dedicated provider allows patients to be seen on the same day and minimizes the barrier of returning to see a provider. This also allows patients to receive the care they are requesting right as they are requesting it, which increases the probability of the patient maintaining care. As shown in the Stages of Change Model, many individuals only stay in the Action Stage for a short period of time; this is when individuals are open to receiving care and are also likely to seek support from others.

SWC's PrEP/nPEP navigation program allows patients to move into and stay in the Maintenance Stage by providing education, immediate hands-on navigation sessions with warm hand-offs to internal and external PrEP/nPEP providers within five (5) days, and consistent communication with individuals receiving PrEP/nPEP services. By having patients stay in the Maintenance Stage, new HIV infections will decrease, health outcomes will increase, and HIV stigma will be reduced.

To ensure all patients are retained in the program, Navigators contact newly enrolled patients at least once a week to ensure they have received their prescription, understand how to navigate lab services, and have a scheduled follow-up appointment with their provider. Due to the requirements of some patient assistance programs, Navigators may be in touch more frequently to assist with navigating the process. Once the patient has returned for their first follow-up appointment, Navigators move to connect at least every 90 days. If the patient has questions or the Navigator needs more information from the patient for a patient assistance program, they will be in contact more often. Each check-in includes a conversation regarding access to medication, the ability to pay for their PrEP care, and ensuring medication adherence. If patients express barriers to care, the Navigators are trained to offer a variety of options to the patient to minimize that barrier.

SWC interacts with many different populations while conducting services within the clinic located in Central Phoenix and during outreach events with different partnering agencies and venues. The Navigation team is comprised of individuals who reflect the community it serves. By having this representation, SWC can build trust with vulnerable communities, such as gender-expansive individuals, Black, Indigenous, and other communities of color, and women of color. Navigators have the most up-to-date resources and information to inform potential patients about PrEP/nPEP properly. The Navigation team completes training courses annually to educate themselves on upcoming medications, PrEP/nPEP trends, and motivational interviewing.

The Navigation team incorporates ongoing and event-based PrEP into the navigation program by educating the patient regarding both options. SWC providers prescribe both types of PrEP intervention and discuss with the patient which would be better for them before deciding. While Navigators cannot provide anything other than information to the patient as they are not prescribers, they can help patients understand options and what questions to ask their provider, including any concerns about missed dosages or transitioning between event-based and ongoing PrEP. Providers at SWC are educated and confident in these prescribing methods.

In February 2023, SWC implemented a TelePrEP program available to Arizona residents. If a patient is interested in PrEP/nPEP and cannot make it to the clinic, they can call a Navigator to help them navigate the process and schedule a virtual follow-up with a SWC provider. The Navigator will touch base with them every week until they can be self-managed and then every 90 days thereafter. SWC has a partnership with Sonora Quest Labs, which allows patients to get lab work completed at the closest Sonora Quest to them. Results are then sent back to their provider at SWC.

The TelePrEP program SWC implements offers multiple ways a patient can engage in PrEP/nPEP care. TelePrEP allows a patient to meet with a Navigation Navigator to go through the navigation process, meet with a SWC provider to discuss PrEP/nPEP options, receive laboratory services at a Sonora Quest nearest them, pick up their prescription at their preferred pharmacy, follow up with their provider, and connect with their Navigator again and continuously, all without having to enter SWC's clinic. Navigators also provide navigation sessions at outreach events and can meet the patients at a convenient location of their choosing.

To decrease barriers to care for underserved populations, SWC offers the TelePrEP program, where patients can contact a Navigator via telephone, email, or video chat to conduct a navigation session. Once finished, the Navigator will schedule a virtual appointment with a SWC provider that same day or within 24-48 hours. All continuing care, like follow-up appointments and check-ins with their Navigator, can be done virtually. Labs can be conducted at a Sonora Quest nearest the patient, and results can be returned to the provider. SWC can also provide bus passes to a patient to ensure they attend a follow-up appointment. Navigators also understand that certain insurance providers cover transportation to and from medical appointments. Navigators can assist patients in scheduling the transportation pick up and drop off if needed.

SWC utilizes multiple social media platforms, including Instagram, Facebook, Grindr, and other LGBTQIA+ dating and social applications, to promote PrEP/nPEP navigation services. Since 2020, SWC's Facebook has seen a 500% increase in reach and a 51% increase in visits. SWC's Instagram has also seen an increase in reach (1,200%) and visits (310%) since 2020. SWC's marketing team creates and runs marketing campaigns targeting different

communities to inform them of the PrEP/nPEP navigation program at SWC. All PrEP/nPEP social media messaging includes how to access navigation services.

SWC's marketing team creates PrEP/nPEP campaigns, raising awareness of the advantages of PrEP/nPEP navigation services by targeting different underserved populations, such as the Black, transgender and gender non-conforming, Latinx, and indigenous communities. SWC also creates marketing materials in English and Spanish to provide information during outreach events or other community engagement venues. These materials are distributed at community events such as Pride, National HIV Testing Day, Pride on the Block, Rainbows, Dia de los Muertos, Queer Agenda, AIDS Walk, etc. SWC also conducts HIV testing and outreach at local venues where many underserved populations frequent, such as Westward Ho, Social Spin, Brick Road Coffee, Central Arizona Shelter Services, etc. SWC also partners with many organizations, bars, and local government agencies to table or test at events such as the City of Phoenix, Town of Guadalupe, Chicanos Por La Causa, Kobalt, Downtown Phoenix Inc., Arizona State University, the Greater Phoenix Equality Chamber of Commerce, etc.

SWC offers multiple options for our patients to communicate with staff, including text messaging, a convenient way to stay connected and keep them informed. The SWC patient portal is a secure, convenient, and easy way for patients to access their health information and communicate with their providers, receive reminders, manage appointments, access test results, review provider notes, send notes to providers, view medications, and request refills. All communications and services provided to patients are documented in the patient portal chart. Navigators contact patients on their caseload for at least one (1) year after entering the program. They will contact the patients at least every week after their navigation intake until the patient feels like they can self-manage. After that, the Navigators contact the patients at least every 90 days to ensure there are no barriers the patient faces. SWC's electronic medical record (EMR) system allows patients to communicate with the Navigators and providers via the patient portal. Patients are also given the Navigator's direct office phone number, e-mail, and the general PrEP navigation program e-mail for multiple ways to contact and communicate with SWC's staff.

SWC's EMR system has case management modules the Navigators utilize, identifying which patients are on which Navigators' caseload and the patient's assistance programs and resources. Integrating these modules with the patient's medical records ensures quality of care making all information available to the patient's care team, decreasing barriers for the patient and provider.

SWC offers multiple options for our patients to communicate with staff, including Microsoft Teams (HIPAA Compliant) video options and text messaging. Our Healow Patient Portal is a secure, convenient, and easy way for patients to access their health information and communicate with their providers, receive reminders, manage appointments, access test results, review provider notes, send notes to providers, view medications, and request refills. Offered for free, Healow's tools streamline communication with patients to schedule appointments and review labs. The Healow Patient Portal provides space to log phone conversations and notes. It monitors all patient-related updates, making creating patient record templates easier and copying and forwarding previous clinical notes. The benefits of a Patient Portal include access to all personal health information in one place from all providers. For example, a navigation patient may have a team of providers or see Navigators regularly; each provider can post results and reminders in the Patient Portal. TeleVisits for navigation patients are offered through a HIPAA-compliant application called Doxy.me, which allows patients to use their smartphone, laptop, or PC for a secure connection to their provider remotely for non-emergency and follow-up care.

SWC is a HEAplus partner organization through AHCCCS, and all Prevention and Navigation team members are AHCCCS assisters, allowing Navigators to help the patient apply for and enroll in state Medicaid. The Navigation team will ensure existing members maintain AHCCCS assister certification, and new members will complete certification within 30 days of their start date. SWC will, regardless of the award, become a certified application counselor designated organization to assist in enrolling eligible patients.

SWC offers same-day PrEP/nPEP appointments. If a same-day appointment is unavailable or not convenient for a patient, an appointment will be made within the first 24 hours for nPEP patients and 48 hours for PrEP patients. Once a provider sees a patient, they can receive the prescription the same day. SWC has partnerships with Genoa Pharmacy, housed in the same building as SWC, and Community Walgreens, less than one (1) mile from SWC. This allows patients to pick up their prescriptions quickly, usually on demand after their appointment. In addition, partnerships with PrEP medication manufacturers have made sample packs available to providers, which can be used to get patients started on PrEP immediately while the Navigator is working to enroll them in patient and lab assistance programs. Suppose SWC cannot see an nPEP patient within the proper timeframe. In that case, SWC has

taken pride in collaborating with other community providers to ensure that patients are linked to care quickly – putting patients before bottom-line figures and community over competition.

Navigators conduct a biopsychosocial assessment during each initial intake session to better understand the patient's needs. Having candid conversations with the patients also assists with assessing the patient's needs more relaxedly. Once the Navigator completes the assessment, they will work with the patient to create a care plan tailored to their needs to ensure medical adherence and retention in care. The Navigator may identify patient's needs and refer them to helpful services. Some services the patient may be referred to are behavioral health, medical case management, substance use treatment, primary care services, and more. If SWC does not offer a service the patient needs or wants, the Navigators will ensure the patient is referred to the proper external organization. During follow-up sessions, Navigators conduct a shortened check-in assessment to ensure patients receive the care they want and need. Once a patient is enrolled in services, the Navigator will contact them a few days after their initial provider appointment to ensure they can get their prescription. If there is any issue, the Navigator will assist the patient in addressing any barriers. Then, the Navigator will contact the patient one week before their next provider appointment to answer any questions and address any barriers the patient may be experiencing. After that next appointment, the Navigator will contact the patient to ensure they attended and let them know they are available if the patient experiences any issues. Once the patient is comfortable and consistently attends appointments, the Navigator will contact the patient at least every 90 days, one week before a patient's PrEP appointment. Navigators will contact their patients for approximately 12 to 18 months until they are considered self-managed and can complete their primary responsibilities without direct guidance from their assigned Navigator. The client will still be considered active in the program. The Navigator will still be available for the clients to submit lab bills, ensure prescriptions can be completed on time and complete program renewals for patient assistance programs.

SWC has an interactive partnership for the last year and a half with SAAF and the ADHS Lab Support program with more than 300 enrolled patients. SWC and SAAF meet regularly to ensure continuity of care for all patients receiving support from the program. SWC will continue to work with SAAF and the ADHS Lab Support program to ensure patients are enrolled and receive lab assistance.

SWC is working on an initiative with Spectrum Medical to provide a mobile PrEP clinic, integrating navigation and provider services and providing them to the community, meeting people where they are. Phoenix Children's Hospital (PCH) and Dr. Vinny Chulani refer patients aging out of their PrEP program to SWC for seamless and quality care. SWC also closely works with Community Walgreens, SAAF, Gilead, ViiV, and others to ensure patients know available resources, even if the SWC cannot be the patient's provider. The SWC Prevention and Navigation team's leadership is also involved in the Maricopa County PrEP Coalition and the Ending the HIV Epidemic (EHE) Fast Track Cities Committee.

The Navigation team works closely with SWC's Medical Assistants (MAs) to ensure the insurance and appeal denials are taken care of quickly to minimize gaps in care. The Navigators also work closely with the MAs, providers, and client care coordinators to obtain prior authorizations for PrEP/nPEP services when necessary. The Navigators are designated time each week to call PrEP/nPEP patients on their caseload, address insurance issues, and submit proper paperwork to patient assistance programs. When the team becomes solely dedicated to Navigation, these processes will be more streamlined, expedited, and completed efficiently.

The Navigation team has experience with ViiVConnect, Advancing Access, and Ready Set PrEP. SWC ensures that all members of the Navigation team are trained in patient assistance programs by having a representative from the medication manufacturer provide training to the team, having representatives from Community Walgreens train the staff, and/or the Navigation team's leadership will train the team in how to assist patients with enrollment. During each navigation session, Navigators are trained to ensure the patient has exhausted all avenues of patient assistance programming before informing them that they will have out-of-pocket costs. Navigators will assist each eligible patient in applying for and enrolling in patient assistance programs.

SWC currently partners with Sonoran Prevention Works and Shot in the Dark to receive Harm Reduction training, syringe exchange information, Naloxone/Narcan, and provide Hepatitis C testing. SWC has also recently implemented a substance use intensive outpatient program (IOP) for those at risk for or who are infected with HIV. PrEP/nPEP navigation services will flag whether patients can participate in an IOP, especially gay and bisexual men

and transgender women who use drugs. If the patients want to participate in the IOP or individual counseling, the Navigators will provide an internal referral to SWC's behavioral health department.

SWC has built a strong partnership with Yavapai County and has since received referrals for HIV/STI testing, PrEP/nPEP navigation, and PrEP care access. SWC has also participated in a pride event hosted by the Hualapai Tribe, which has resulted in other partnering events. SWC will continue to strengthen this relationship to continue to be a trusted organization and partner with the indigenous community. SWC plans to also partner with Native Health and Phoenix Indian Medical Center to create a more robust referral system.

SWC primarily serves the LGBTQIA+ community by offering inclusive and integrated care. SWC's marketing team creates campaigns for Black, Latinx, and LGBTQIA+ communities. Many staff at SWC are also part of one or more of these communities, allowing patients to feel represented by the providers offering services. Conducting outreach within spaces or events where Black, Latinx, and LGBTQIA+ individuals frequent and providing information specific to these communities will create trust with potential patients.

SWC's Navigation team has two (2) Spanish-speaking members and one (1) ASL-fluent member. SWC also has front desk staff, providers, MAs, and other staff who speak Spanish to assist with other portions of the patient's care. SWC works with CyraCom International, which provides live interpretation services and will translate written and marketing materials in Spanish and over 200 other languages. This translation service will also train the staff in medical terminology translation, allowing for PrEP/nPEP-related medical care in Spanish. SWC will also utilize CyraCom International for translation services between non-Spanish and Spanish speakers. CyraCom International provides translation services for over 200 languages, including languages only a few people speak. If CyraCom does not offer a language, SWC will work with the patient to identify a person they trust to help with translation during an appointment.

Each Navigator will conduct at least seven (7) navigation sessions per month, averaging out to 84 navigation sessions per year per Navigator. Of these 84 navigation sessions, 75% will receive a prescription, 60% will stay on PrEP after three (3) months, 50% will stay on PrEP after six (6) months, and 45% will stay on PrEP after nine (9) months. SWC will also conduct 20 nPEP navigation sessions per year. Of those 20 patients, 10 will move from nPEP patients to PrEP patients. Not only will SWC ensure the deliverables of the grant are met or exceeded, but we also want to ensure that the populations of focus are receiving the care they need. SWC will evaluate the program's effectiveness by monitoring the patient demographics, including gender identity, zip code, sexual orientation, and race/ethnicity. If the trend is that there are fewer patients within the populations of focus, SWC will conduct more outreach in different communities and events to increase program participation. SWC will continually evaluate how to engage the populations of focus. Patients have a few ways to access nPEP services. SWC manages an nPEP hotline during normal business hours, Monday-Friday, allowing patients to call, ask questions, and schedule an immediate nPEP intake and appointment. Patients can also walk into our clinic, request, and receive immediate nPEP care. Lastly, patients may access nPEP services by coming to the no-cost HIV/STI clinic and having discussions with Prevention Specialists about their options with nPEP. All SWC providers have availability on their schedule every day to ensure time to see any nPEP patients. If SWC cannot see the patient in the appropriate amount of time (within 72 hours of exposure), we actively work with the network of community providers to ensure that an external provider can see this patient. A Navigator will coordinate care to the patient if they are to receive care outside of SWC. SWC also works with external providers to receive nPEP referrals for same-day nPEP services, if available.

SWC consistently keeps a finger on the market's pulse to ensure it offers competitive wages and benefits above prevailing wages and benefits for similar positions in our area. SWC also conducts bi-annual employee satisfaction surveys to allow feedback from the staff regarding wages, benefits, workplace culture, and the pros and cons of working at the agency. Cost of living increases are provided yearly, and if not covered by a grant, the agency will cover the cost from the general operations budget. Employee raises are merit-based and are contingent on whether the employee has met their annual goals at the end of the calendar year. Employee raises are also provided if the employee is promoted.

The core competencies of the PrEP/nPEP navigation services include trauma-informed care, cultural humility, harm reduction, anti-racism, LGBTQIA+ community/culture, BIPOC community/culture, HIV/STI testing, PrEP/nPEP

basics, and motivational interviewing. SWC is creating a comprehensive new hire orientation to include all core competency training and an ongoing training schedule to ensure the Navigation team is consistently updated on new trends and practices.

SWC will partner with ADHS to train the Navigation team in motivational interviewing annually. The team's leadership will conduct quarterly motivational interviewing coaching sessions and role-play potential scenarios with the Navigator. Leadership will also observe the Navigators conducting a PrEP/nPEP navigation session to ensure they utilize motivational interviewing properly.

SWC partners with Matthew Bennett, author and educator who specializes in patient-centered approaches, to annually provide trauma-informed care training for all staff. Mr. Bennett is an external resource who has developed research-based solutions to improve the health of staff and organizations. SWC's Client Experience Coach is working on creating program metrics to ensure trauma-informed care practices are integrated into the PrEP/nPEP navigation program. SWC will hire a Peer Support Specialist to assist with treating substance use patients, funded by SAMHSA. The Navigators will be able to refer patients to the substance use program and utilize the Peer Support Specialist as part of the patient's care team.

The Navigation team is educated annually on maneuvering in situations involving sexual assault. The Navigation team is also trained in de-escalation, crisis intervention, and motivational interviewing. Once the situation is de-escalated, a Navigator will alert the behavioral health staff, and an available counselor or therapist will meet with the client one-on-one. Chel'sea Ryan, Director of Mental and Social Wellness, has a limited caseload and is available for crisis counseling patients. SWC also has created partnerships with community partners, including A New Leaf, REACH, UMOM, and Chrysalis. With these resources available, Navigators can warmly hand off the patients to someone from these organizations. SWC plans to partner with the Sexual Violence Center to train and educate the staff on supporting LGBTQIA+ survivors of sexual assault.

SWC partners with Sonoran Prevention Works to provide harm reduction training for all staff. This training provides staff with a history of harm reduction, proven interventions, and risk reduction principles, approaches to drug use and sex work that go beyond abstinence, communication skills, and how to apply learned skills in daily work. SWC's Client Experience Coach is working on creating program metrics to ensure harm-reduction practices are integrated into the PrEP/nPEP navigation program.

SWC internally provides cultural humility training annually to all staff. This training provides staff with an understanding of how one's background can impact how we offer care to patients of different backgrounds and how to recognize implicit biases and avoid microaggressions. SWC's Client Experience Coach is working on creating program metrics to ensure cultural humility practices are integrated into the PrEP/nPEP navigation program.

| DETAILED BUDGET AND JUSTIFICATION | | |
|---|---|---|
| **Applicant:** Southwest Center for HIV/AIDS | | |
| **Contractor #:** New Solicitation | | |
| **Funding:** HIV PREVENTION PrEP/nPEP | | |
| **Fiscal Year:** | | |

| Category | Subtotal | Proposed Budget |
|---|---|---|
| A. Personnel Services | | $119,600 |
| B. Employee Related Expenses | | $31,095 |
| C. Professional and Outside Services | | $5,000 |
| D. Travel | | $11,005 |
| In-State | $1,045 | |
| Out-of-State | $9,960 | |
| E. Occupancy | | $0 |
| F. Other Operating | | $24,743 |
| G. Capital Outlay (Equipment) | | $1,520 |
| H. Indirect Rate and Costs | | $0 |
| K. Total Amount Requested | | $192,963 |