## ATTACHMENT A
## OFFER & ACCEPTANCE

### REQUEST FOR GRANT APPLICATION
### RFGA NO. 2024-006
### Ending the Epidemic, Condom Distribution

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

## GRANT OFFER AND ACCEPTANCE

The Undersigned hereby applies and agrees to furnish the materials, service(s) or construction in compliance with all the terms, conditions, specifications, any amendments in the Request and any written exceptions in the Application.

Applicant's Arizona Transaction (Sales) Privilege Tax License Number: 21032550

Applicant's Federal Employer Identification Number: 86-0695862

Applicant's UEI Number: ZSLPNKML2EM9

Southwest Center for HIV/AIDS
_____
Applicant's Name

1101 N. Central Ave. Suite 200
_____
Street Address

Phoenix, AZ 85004
_____
City          State          Zip Code

Jessyca Leach
_____
Name of Person Authorized to Sign Application

Executive Director
_____
Title of Authorized Person

_____  2024.3.15
Signature of Authorized Person    Date

Telephone Number:
E-Mail Address:

Facsimile Number:

## ACCEPTANCE OF APPLICATION AND GRANT AWARD
### *(For State of Arizona Use Only)*

Your Application is hereby accepted as described in the Notice of Award. Sub-recipient is now bound to perform based upon the RFGA and Sub-recipient's Application, as accepted by the State.

This Grant shall henceforth be referred to as Grant No. RFGA2024-006-001

The effective date of the Grant is **June 1, 2024**.

Sub-recipient is hereby cautioned not to commence any billable work or provide any material or service under this Grant until Sub-recipient receives an executed Purchase Order, Grant release document, or written notice to proceed, if applicable.

### State of Arizona, Arizona Department of Health Services

Awarded this __5th__ day of __April_____ 2024

_____
Gina Corwin
Digitally signed by Gina Corwin
Date: 2024.04.05 14:56:24 -07'00'
ADHS Procurement Officer



| | |
|---|---|
| **SCOPE OF SERVICES**<br><br>**REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-006**<br>**Ending the Epidemic, Condom Distribution** | **ARIZONA DEPARTMENT OF HEALTH SERVICES**<br>150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |

**1.    BACKGROUND**

1.1.    The mission of the Arizona Department of Health Services (ADHS), Office of HIV & Hepatitis C Services (OHHS), Human Immunodeficiency Virus (HIV) Prevention Program is to meet the HIV prevention public health needs within the State of Arizona through collaboration with diverse community partners and individuals;

1.2.    The OHHS has the responsibility for administering Integrated HIV Surveillance and Prevention Programs for Health Departments funds (CDC PS 18-1802) provided by the U.S. Centers for Disease Control and Prevention (CDC). The OHHS contracts with Public Health Departments and organizations statewide to conduct CDC-required high-impact HIV prevention strategies and activities, including:

1.2.1.    Data collection, analysis and dissemination,

1.2.2.    Identification of individuals experiencing risk for or living with HIV,

1.2.3.    Responding to HIV transmission clusters and outbreaks,

1.2.4.    Providing comprehensive prevention services for people living with HIV,

1.2.5.    Providing comprehensive prevention services for HIV negative individuals experiencing risk for HIV infection,

1.2.6.    Perinatal HIV prevention and surveillance,

1.2.7.    Community-level HIV prevention activities,

1.2.8.    Integrated prevention and care planning,

1.2.9.    Structural strategies to support/facilitate HIV surveillance and prevention,

1.2.10.   Data-driven monitoring and evaluation, and

1.2.11.   Capacity building and technical assistance.

1.3.    Federal funding is provided via a cooperative agreement that terminates on May 31, 2024. ADHS expects CDC will issue a new five (5) year cooperative agreement that will replace the cooperative agreement ending May 31, 2024 so that services funded under this RFGA can continue through 2028.

**2.    AWARD INFORMATION**

2.1.    The Sub-recipient has the discretion to determine how the award amount is utilized and should provide a detailed outline of costs using Attachment G – Budget Workbook. The Sub-recipient shall adhere to the funding restrictions as outlined in this RFGA;

2.2.    This RFGA is supported by funding through a cooperative agreement with the CDC HIV Surveillance and Prevention Programs for Health Departments (CDC-PS-18-1802) under the Catalog of Federal Domestic Assistance 93.940;

2.3.    A total of approximately $300,000.00 will be available each Grant year for a maximum of five (5) years. Budgets and workplans will be reviewed annually and may be decreased based on:

2.3.1.    Changes to CDC funding allocation,



| | |
|---|---|
| **SCOPE OF SERVICES**<br><br>**REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-006**<br>**Ending the Epidemic, Condom Distribution** | **ARIZONA DEPARTMENT OF HEALTH SERVICES**<br>150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |

2.3.2.    Changes to CDC caps on clinical services, and

2.3.3.    Failure to meet the goals and activities outlined in this RFGA.

2.4.    ADHS anticipates on awarding one (1) grant award to the Sub-recipient able to serve the entire state of Arizona; and

2.5.    The funds are awarded to ADHS and awarded to Sub-recipient through the RFGA process.

**3.    FUNDING OPPORTUNITY ELIGIBILITY**

3.1.    To be eligible for funding each of the following shall be met:

3.1.1.    Ability to market and advertise condom distribution services;

3.1.2.    Ability to purchase, package and mail condoms, lubricants, educational materials, holders, and condom related incentives to persons experiencing risk of HIV to prevent the transmission of HIV;

3.1.3.    Ability to set up and manage a website and ordering system for persons to order the above supplies; and

3.1.4.    Ability to ensure that funding shall only be used for program purposes.

3.2.    Eligible entities shall be a not-for-profit organization and include:

3.2.1.    State or local governments;

3.2.2.    Tribal entities;

3.2.3.    Not-for-profit organization with a 501(c)3 tax exempt status; and

3.2.4.    Federally Qualified Health Centers.

3.3.    The Sub-recipient shall be eligible to participate in the 340B Drug Pricing Program under this funding opportunity, however Sub-recipient shall seek prior approval from the Office Chief of the Office of HIV & Hepatitis C Services prior to registering as a covered entity. The Office Chief will have to approve all patient definitions, protocols, and reallocation of revenue generated by participation in the 340B Drug Pricing Program. HIV positive patients are excluded from participating in a 340B program under this grant. HIV positive patients would need to apply for the Acquired Immunodeficiency Syndrome (AIDS) Drug Assistance Program for assistance with HIV medications. See the Health Resources & Services Administration (HRSA) website for more information on the 340B Drug Pricing Program: https://www.hrsa.gov/opa/index.html. Failure to obtain preapproval and applying for 340B status without prior ADHS approval will result in the termination of this grant.

**4.    FUNDING RESTRICTIONS**

4.1.    Funding is limited to one (1) award not to exceed $300,000.00, annually;

4.2.    Funds shall only be used for allowable program purposes (see Attachment G – Budget Workbook); and

4.3.    Funds shall not be used for:

4.3.1.    Research,

|  | **SCOPE OF SERVICES**<br><br>**REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-006**<br>**Ending the Epidemic, Condom Distribution** | **ARIZONA DEPARTMENT OF HEALTH SERVICES**<br>150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |

4.3.2.  Furniture,

4.3.3.  HIV medications,

4.3.4.  Publicity or propaganda for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body, or

4.3.5.  The salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or executive order proposed or pending before any legislative body.

5.  **PROGRAM IMPLEMENTATION**

The Sub-recipient shall establish a condom distribution program that serves people with HIV and individuals experiencing risk for acquiring HIV using diverse strategies to ensure accessibility, acceptability, and availability of condoms to consumers and providers by meeting the following goals:

5.1.  Increase the number of free internal and external condoms distributed to key populations statewide using multiple scalable approaches;

5.2.  Increase geographic diversity of free condom distribution locations, and the diversity of the types of locations that distribute condoms;

5.3.  Increase correct and consistent condom use among people with HIV and individuals experiencing risk for acquiring HIV;

5.4.  Increase normalization of condom use as an HIV prevention intervention among key populations, and the broader community;

5.5.  Decrease barriers to accessing free condoms at distribution locations;

5.6.  Provide education and technical assistance regarding correct condom use, storage and program participation, as needed; and

5.7.  Decrease the number of individuals who acquire HIV.

6.  **AREAS OF SERVICE**

State of Arizona.

7.  **TARGET**

Persons experiencing risk for acquiring HIV.

8.  **KEY POPULATIONS**

8.1.  Priority Populations:

8.1.1.  Gay, bisexual and other men who have sex with men (MSM), especially of color;

8.1.2.  Young person's ages thirteen (13) through thirty-four (34), especially of color;

8.1.3.  Gender expansive persons; and



**SCOPE OF SERVICES**

**REQUEST FOR GRANT APPLICATION
RFGA NO. 2024-006
Ending the Epidemic, Condom Distribution**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

8.1.4.   People who use or have used substances.

8.2.   Groups of Interest:

8.2.1.   Persons experiencing housing instability or homelessness;

8.2.2.   Persons with a history of incarceration;

8.2.3.   Tribal populations;

8.2.4.   Persons of color;

8.2.5.   Persons of childbearing age or experiencing pregnancy;

8.2.6.   Persons who do not speak English;

8.2.7.   Persons aging with HIV ages fifty (50) years and older;

8.2.8.   Persons experiencing mental health challenges; and

8.2.9.   Persons living in rural and frontier areas.

**9.    SCOPE OF SERVICES**

9.1.   The HIV Prevention Program has prioritized distribution of free condoms to people with HIV and individuals experiencing risk for acquiring HIV (key populations), as a structural, community-level HIV prevention intervention.

9.2.   The HIV Prevention Program seeks to partner with a Sub-recipient to create and implement a condom distribution program:

9.2.1.   Free Condom Distribution to Consumers: Establish free condom distribution and associated supplies to consumers as a structural intervention, utilizing a variety of strategies including, at minimum, a mail order program to ensure:

9.2.1.1.   Availability: Free condoms are available in an environment where key populations are found throughout the State (people can't use condoms if they are not available),

9.2.1.2.   Accessibility: Ensure unrestricted access to condoms that are available to key populations (even if condoms are available in the environment, people may not acquire them because of barriers), and

9.2.1.3.   Acceptability: Increase condom use by working to change norms of the key populations (if community norms do not support condom use or the type of condoms is not acceptable, people may not use them).

9.3.   Program Evaluation: The Sub-recipient condom distribution program will be evaluated by the HIV Prevention Program on the following:

9.3.1.   Activities Reports. These monthly reports will be utilized to determine the effectiveness of the condom distribution program, to ensure that key populations are receiving services, and to establish quality improvement processes and program changes. Consumer Condom Distribution monthly reports include, at minimum:



| | SCOPE OF SERVICES | ARIZONA DEPARTMENT OF HEALTH SERVICES |
|---|---|---|
| | **REQUEST FOR GRANT APPLICATION RFGA NO. 2024-006 Ending the Epidemic, Condom Distribution** | 150 N. 18th Avenue, Suite 530 Phoenix, Arizona 85007 |

9.3.1.1.  Number of requests received,

9.3.1.2.  Number of requests filled, and

9.3.1.3.  Number and types of supplies distributed.

9.3.2.  Progress on condom distribution goals;

9.3.3.  Order processing and delivery performance metrics; and

9.3.4.  A comprehensive program report shall be required two (2) times each year. Reporting dates will be in alignment with the reporting requirements in the current and future CDC cooperative agreements to include:

9.3.4.1.  Consumer satisfaction assessment results;

9.3.4.2.  Each report shall detail an overview of programmatic activity that occurred during the reporting period, including substantial changes to work/staffing, successes, challenges, and anticipated changes for the next reporting period;

9.3.4.3.  Cumulative reporting of quantitative and qualitative data, and

9.3.4.4.  Other reporting metrics as defined by programmatic necessity and/or CDC guidance.

## 10.    REQUIREMENTS

The Sub-recipient shall:

10.1.  Be able to fully implement the program within ninety (90) days of notice of Grant award;

10.2.  Perform goals based upon:

10.2.1.  The scalability of the intervention(s),

10.2.2.  Provide Data Collection and Reporting:

10.2.2.1.  Each month, the Sub-recipient will be required to collect and report quantitative and qualitative data related to program demographics, utilization and performance. A standardized reporting form will be provided by the HIV Prevention Program, this will be included in the monthly report deliverable,

10.2.2.2.  The Sub-recipient shall agree to allow the HIV Prevention Program to share program performance data/metrics with the public, as part of online programmatic dashboards (Sub-recipient name will not be displayed),

10.2.2.3.  The Sub-recipient shall be required to participate in performance review as needed and quality improvement meetings with ADHS, either in-person or via teleconference/web-based conference. The meeting schedule shall be collaboratively developed with ADHS, on a quarterly basis or as needed,

10.2.2.4.  During the project, the Sub-recipient may be requested to present on their activities, either in-person or via teleconference/web-based conference, and



| | SCOPE OF SERVICES | ARIZONA DEPARTMENT OF HEALTH SERVICES |
|---|---|---|
| | **REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-006**<br>**Ending the Epidemic, Condom Distribution** | 150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |

1.2.1.1    At the conclusion of the project, the Sub-recipient shall be required to provide a written summary report of the entire scope and performance of the project. The HIV Prevention Program and the Sub-recipient will develop an agreed-upon format and content for the report.

10.3.    Provide a valid Certificate of Liability Insurance (COI) within ten (10) days of notice of Grant Award that meets the written specifications in the Terms and Conditions. COI shall be renewed annually and automatically sent to the ADHS Procurement Office. ADHS will not be able to issue a Purchase Order for the commencement and continuation of services without a current and valid COI on file.

## 11.    TASKS

The Sub-recipient shall:

11.1.    Develop and implement an annual strategy for condom distribution to consumers, including goals, objectives and activities. The strategy shall address individual, organizational, and community- level needs, and scale the nature and the volume of resources necessary to deliver condom distribution services to key populations as determined by ADHS,

11.2.    Distribute free condoms with a variety of characteristics to make condom use more acceptable to people with HIV and individuals experiencing risk for acquiring HIV. Examples: Color, size, lubrication, brand, internal and external condoms, etc.,

11.3.    Develop and implement strategies for storing, safeguarding, and distributing condoms and condom-related supplies (lubricant, educational materials, shipping materials, etc.),

11.4.    Develop and implement a mail-order distribution strategy for consumers to receive free condoms. The strategy shall include qualification criteria, pre-distribution data collection, other data collection, internet-based ordering and alternative ordering methods (for example, phone or in-person ordering), delivery/pick up options, internet listings of condom distribution locations, email confirmations and notifications, post-test surveys (as feasible), and other data collection. Strategies shall be scalable to address the size of key populations and new/emerging needs,

11.5.    Develop and implement education and awareness strategies that increase consumer awareness of the availability of free condoms and of condom benefits, and normalize condom use among people with HIV and individuals experiencing risk for acquiring HIV. Strategies shall address individual, organizational, and community-level needs related to correct condom use, HIV/Sexually Transmitted Infection (STI) transmission and prevention, sexual health, negotiation skills, and other HIV/STI-related content,

11.6.    Gather information annually from program participants and staff to assess participant satisfaction, and the quality and effectiveness of its programming. The results of the assessment shall be used to inform quality improvement efforts, service delivery, service planning, and evaluation. Assessment activities shall be developed and implemented in collaboration with the HIV Prevention Program, and

11.7.    Conduct ongoing program evaluation, and complete quantitative and qualitative programmatic reporting.

## 12.    STATE PROVIDED ITEMS

ADHS will provide:

12.1.    Condoms, lubricants, and supplies at no cost to the Sub-recipient;

12.2.    Information relevant to training and technical assistance; and



| SCOPE OF SERVICES | **ARIZONA DEPARTMENT OF HEALTH SERVICES** |
|---|---|
| **REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-006**<br>**Ending the Epidemic, Condom Distribution** | 150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |

12.3.    Reporting templates for monthly activity reports, CER's and program report.

**13.    APPROVALS**

For any and all instances during the term of the Grant, the following activities or elements used by the Sub-recipient shall require written approval from the HIV Prevention Program:

13.1.    Adaptation or changes to the intervention,

13.2.    Changes to objectives and activities,

13.3.    Submission of any print, digital or audio materials intended for use as part of contracted programming,

13.4.    Purchasing or leasing software systems, and/or software subscriptions,

13.5.    Reallocations of funding,

13.6.    Use of subcontractors. Approval requests shall require written notification to ADHS and be included in the budget and subcontractor agreement,

13.7.    Purchase and provision of incentives, access cards, vouchers, or third-party payment products,

13.8.    Purchase and provision of transportation services,

13.9.    In-state travel requiring an overnight stay,

13.10.    Out-of-state travel, and

13.11.    Use of refreshments in any aspect of the program.

**14.    DELIVERABLES**

The Sub-recipient shall submit:

14.1.    Monthly activity reports to ADHS on the fifteenth (15th) of each month for prior month activities;

14.2.    Monthly Contractors Expenditure Reports (CER's) to ADHS on the fifteenth (15th) of each month for prior month services; and

14.3.    A comprehensive program report two (2) times each year. Reporting dates will be in alignment with the reporting requirements in the current and future CDC cooperative agreements and provided upon Grant award.

**15.    NOTICES, CORRESPONDENCE, REPORTS AND CER's**

15.1.    Notices, Correspondence, Reports, and CERs from the Sub-recipient to the ADHS shall be sent to:

Arizona Department of Health Services
Bureau of Infectious Disease Services
Office of HIV & Hepatitis C Services



**SCOPE OF SERVICES**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-006**
**Ending the Epidemic, Condom Distribution**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

Attn: Isabel Evans
Ending the Epidemics Program Manager
150 North 18th Avenue, Suite 280
Phoenix, AZ 85007
Telephone: 480-271-4704 | Email: Isabel.Evans@azdhs.gov

15.2.    Monthly CER's shall be carbon copied (CC) sent to: invoices@azdhs.gov

15.3.    Automated Clearing House.

15.3.1.    ADHS may pay invoices for some or all Orders through an Automated Clearing House (ACH). In order to receive payments in this manner, the Sub-recipient must complete an ACH Vendor Authorization Form (form GAO-618) within thirty (30) days after the effective date of the Contract. The form is available online at: https://gao.az.gov/sites/default/files/GAO-618%20ACH%20Authorization%20Form%20101019.pdf.

15.3.2.    ACH Vendor Authorization Form shall be emailed to Vendor.Payautomation@azdoa.gov.



| **TERMS AND CONDITIONS**<br><br>**REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-006**<br>**Ending the Epidemic, Condom Distribution** | **ARIZONA DEPARTMENT OF HEALTH SERVICES**<br>150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |
| --- | --- |

**1.    DEFINITION OF TERMS.**  As used in this Grant, the terms listed below are defined as follows:

1.1    *"Attachment"* means any document attached to the Grant and incorporated into the Grant.

1.2    *"ADHS"* means Arizona Department of Health Services.

1.3    *"Budget Term"* means the period of time for which the contract budget has been created and during which funds should be expended.

1.4    *"Change Order"* means a written order that is signed by a Procurement Officer and that directs the Sub-recipient to make changes authorized by the Terms and Conditions of the Grant.

1.5    *"Cost Reimbursement"* means a Grant under which a Sub-recipient is reimbursed for already incurred costs, which are reasonable, allowable and allocable in accordance with the Grant terms and approved by ADHS.

1.6    *"Days"* means calendar days unless otherwise specified.

1.7    *"Fixed Price"* establishes a set price per unit of service.  The set price shall be based on costs, which are reasonable, allowable and allocable.

1.8    *"Grant"* means the combination of the Terms and Conditions, the Specifications and Statement or Scope of Work, Attachments, Referenced Documents, any Grant Amendments and any terms applied by law.

1.9    *"Grant Amendment"* means a written document signed by the Procurement Officer and the Sub-recipient that is issued for the purpose of making changes in the Grant.

1.10    *"Gratuity"* means a payment, loan, subscription, advance, deposit of money, services, or anything of more than nominal value, present or promised, unless consideration of substantially equal or greater value is received.

1.11    *"Materials"* unless otherwise stated herein, means all property, including but not limited to equipment, supplies, printing, insurance and leases of property.

1.12    *"Procurement Officer"* means the person duly authorized by the State to enter into and administer Contracts and make written determinations with respect to the Contract.

1.13    *"Purchase Order"* means a written document that is signed by a Procurement Officer, that requests a vendor to deliver described goods or services at a specific price and that, on delivery and acceptance of the goods or services by ADHS, becomes an obligation of the State.

1.14    *"Services"* means the furnishing of labor, time or effort by a Sub-recipient or Subcontractor.

1.15    *"Subgrant"* means any grant express or implied, between the Sub-recipient and another party or between a subcontractor and another party delegating or assigning, in whole or in part, the making or furnishing of any material or any service required for the performance of this Grant.

1.16    *"Sub-recipient"* means any person who has a Grant with the Arizona Department of Health Services.

1.17    *"State"* means the State of Arizona and/or the ADHS, the Grantee.  For purposes of this Grant, the term "State" shall not include the Sub-recipient.



| | TERMS AND CONDITIONS | ARIZONA DEPARTMENT OF HEALTH SERVICES |
|---|---|---|
| | **REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-006**<br>Ending the Epidemic, Condom Distribution | 150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |

**2.      GRANT TYPE.** Payment shall be made on a **Cost Reimbursement** basis.

**3.      GRANT INTERPRETATION.**

3.1      <u>Arizona Law</u>. The law of Arizona applies to this Grant including, where applicable, the Uniform Commercial Code as adopted by the State of Arizona.

3.2      <u>Implied Contract Terms</u>. Each provision of law and any terms required by law to be in this Grant are a part of this Contract as if fully stated in it.

3.3      <u>Grant Order of Precedence</u>. In the event of a conflict in the provisions of the Grant, as accepted by the State and as they may be amended, the following shall prevail in the order set forth below:

3.3.1    Terms and Conditions;

3.3.2    Statement or Scope of Work;

3.3.3    Attachments; and

3.3.4    Referenced Documents.

3.4      <u>Relationship of Parties</u>. The Sub-recipient under this Grant is an independent Sub-recipient. Neither party to this Grant shall be deemed to be the employee or agent of the other party to the Grant.

3.5      <u>Severability</u>. The provisions of this Grant are severable. Any term or condition deemed illegal or invalid shall not affect any other term or condition of the Grant.

3.6      <u>No Parole Evidence</u>. This Contract is intended by the parties as a final and complete expression of their agreement. No course of prior dealings between the parties and no usage of the trade shall supplement or explain any terms used in this document.

3.7      <u>No Waiver</u>. Either party's failure to insist on strict performance of any term or condition of the Contract shall not be deemed a waiver of that term or condition even if the party accepting or acquiescing in the nonconforming performance knows of the nature of the performance and fails to object to it.

3.8      <u>Headings</u>. Headings are for organizational purposes only and shall not be interpreted as having legal significance or meaning.

**4.      GRANT ADMINISTRATION AND OPERATION.**

4.1      <u>Term</u>. The initial terms of this Grant shall commence upon final signature by the State Government Administrator, and shall remain in effect for five (5) years unless terminated, canceled, or extended as otherwise provided herein.

4.2      <u>Contract Renewal</u>. This Grant shall not bind, nor purport to bind, the State for any contractual commitment in excess of the original Grant period. The term of the Grant shall not exceed five (5) years. However, if the original Grant period is for less than five (5) years, Grant period together with the renewal periods does not exceed five (5) years. If the State exercises such rights, all terms, conditions and provisions of the original Grant shall remain the same and apply during the renewal period with the exception of price and Scope of Work, which may be renegotiated.

4.3      <u>New Budget Term.</u> If a budget term has been completed in a multi-term Grant, the parties may agree to change the amount and type of funding to accommodate new circumstances in the next budget term. Any increase or decrease in funding at the time of the new budget term shall coincide with a change in the Scope of Work or change in cost of services as approved by the Arizona Department of Health



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-006**
**Ending the Epidemic, Condom Distribution**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

Services.

4.4 <u>Non-Discrimination.</u>  The Sub-recipient shall comply with State Executive Order No. 2023-1, 2009-09 and all other applicable Federal and State laws, rules and regulations, including the Americans with Disabilities Act.

4.5 <u>Records and Audit.</u>  Under A.R.S. § 35-214 and A.R.S. § 35-215, the Sub-recipient shall retain and shall contractually require each subcontractor to retain all data and other records ("records") relating to the acquisition and performance of the Grant for a period of five (5) years after the completion of the Grant.  All records shall be subject to inspection and audit by the State and where applicable the Federal Government at reasonable times.  Upon request, the Sub-recipient shall produce a legible copy of any or all such records.

4.6 <u>Financial Management.</u>  For all contracts, the practices, procedures, and standards specified in and required by the Arizona Department of Health Service's Guidance for Federal Grant Award Management Manual shall be used by the Sub-recipient in the management of Grant funds and by the State when performing a Grant audit.  Funds collected by the Sub-recipient in the form of fees, donations and/or charges for the delivery of these Grant services shall be accounted for in a separate fund.

    4.6.1 *Federal Funding.* Sub-recipients receiving federal funds under this Grant shall comply with the certified finance and compliance audit provisions of the Office of Management and Budget and related Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, if applicable.  The federal financial assistance information shall be stated in a Change Order or Purchase Order.

    4.6.2 *State Funding.*  Sub-recipients receiving state funds under this Grant shall comply with the certified compliance provisions of A.R.S. § 35-181.03.

4.7 <u>Inspection and Testing</u>.  The Sub-recipient agrees to permit access, at reasonable times, to its facilities.

4.8 <u>Notices</u>.  Notices to the Sub-recipient required by this Grant shall be made by the State to the person indicated on the signature page by the Sub-recipient, unless otherwise stated in the Grant.  Notices to the State required by the Grant shall be made by the Sub-recipient to an ADHS Procurement Officer, unless otherwise stated in the Grant.  An authorized ADHS Procurement Officer and an authorized Sub-recipient representative may change their respective person to whom notice shall be given by written notice, and an amendment to the Grant shall not be necessary.

4.9 <u>Advertising and Promotion of Contract</u>.  The Sub-recipient shall not advertise or publish information for commercial benefit concerning this Grant without the prior written approval of an ADHS Procurement Officer.

4.10 <u>Property of the State</u>.

    4.10.1 *Equipment.*  Except as provided below or otherwise agreed to by the parties, the title to any and all equipment acquired through the expenditure of funds received from the State shall remain the property of the State by and through the ADHS and, as such, shall remain under the sole direction, management and control of the ADHS.  When this Grant is terminated, the disposition of all such property shall be determined by the ADHS.  For Fixed Price contracts, when the Sub-recipient provides the services/materials required by the Grant, any and all equipment purchased by the Sub-recipient remains the property of the Sub-recipient.  All purchases of equipment need to be reported to the ADHS Office of Inventory Control.

    4.10.2 *Title and Rights to Materials.*  As used in this section, the term "Materials" means all products or produced by the Sub-recipient under this Grant, including, but not limited to: written



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-006**
**Ending the Epidemic, Condom Distribution**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

and electronic information, recordings, reports, research, research findings, conclusions, abstracts, results, software, data and any other intellectual property or deliverables created, prepared, or received by the Sub-recipient in performance of this Grant.  Sub-recipient acknowledges that all Materials are the property of the State by and through the ADHS and, as such, shall remain under the sole direction, management and control of the ADHS.  The Sub-recipient is not entitled to a patent or copyright on these Materials and may not transfer a patent or copyright on them to any other person or entity.  To the extent any copyright in any Materials may originally vest in the Sub-recipient, the Sub-recipient hereby irrevocably transfers to the ADHS, for and on behalf of the State, all copyright ownership.  The ADHS shall have full, complete and exclusive rights to reproduce, duplicate, adapt, distribute, display, disclose, publish, release and otherwise use all Materials.  The Sub-recipient shall not use or release these Materials without the prior written consent of the ADHS.  When this Grant is terminated, the disposition of all such Materials shall be determined by the ADHS.  Further, the Sub-recipient agrees to give recognition to the ADHS for its support of any program when releasing or publishing program Materials.

4.10.3   *Notwithstanding the above, if the Sub-recipient is a State agency, the following shall apply instead:*  It is the intention of ADHS and Sub-recipient that all material and intellectual property developed under this Agreement be used and controlled in ways to produce the greatest benefit to the parties to this Grant and the citizens of the State of Arizona.  As used in this paragraph, "Material" means all written and electronic information, recordings, reports, findings, research information, abstracts, results, software, data, discoveries, inventions, procedures and processes of services developed by the Sub-recipient and any other materials created, prepared or received by the Sub-recipient and subcontractors in performance of this Agreement.   "Material" as used herein shall not include any pre-existing data, information, materials, discoveries, inventions or any form of intellectual property invented, created, developed or devised by Sub-recipient (or its employees, subcontractors or agents) prior to the commencement of the services funded by this Agreement or that may result from Sub-recipient's involvement in other service activities that are not funded by the Agreement.

4.10.4   Title and exclusive copyright to all Material shall vest in the State of Arizona, subject to any rights reserved on behalf of the federal government.  As State agencies and instrumentalities, both ADHS and Sub-recipient shall have full, complete, perpetual, irrevocable and non-transferable rights to reproduce, duplicate, adapt, make derivative works, distribute, display, disclose, publish and otherwise use any and all Material.  The Sub-recipient's right to use Material shall include the following rights:   the right to use the Material in connection with its internal, non-profit research and educational activities, the right to present at academic or professional meetings or symposia and the right to publish in journals, theses, dissertations or otherwise of Sub-recipient's own choosing.  Sub-recipient agrees to provide ADHS with a right of review prior to any publication or public presentation of the Material, and ADHS shall be entitled to request the removal of its confidential information or any other content the disclosure of which would be contrary to the best interest of the State of Arizona.  Neither party shall release confidential information to the public without the prior expressly written permission of the other, unless required by the State public records statutes or other law, including a court order.  Each party agrees to give recognition to the other party in all public presentations or publications of any Material, when releasing or publishing them.

4.10.5   In addition, ADHS and Sub-recipient agree that any and all Material shall be made freely available to the public to the extent it is in the best interest of the State.  However, if either party wants to license or assign an intellectual property interest in the material to a third-party for monetary compensation, ADHS and Sub-recipient agree to convene to determine the relevant issues of title, copyright, patent and distribution of revenue.  In the event of a controversy as to whether the Material is being used for monetary compensation or in a way that interferes with the best interest of the state or ADHS, then the Arizona Department of Administration shall make the final decision.  Notwithstanding the above, "monetary compensation' does not include



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-006**
**Ending the Epidemic, Condom Distribution**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

---

compensation paid to an individual creator for traditional publications in academia (the copyrights to which are Employee-Excluded Works under ABOR Intellectual Property Policy Section 6-908C.4.), an honorarium or other reimbursement of expenses for an academic or professional presentation, or an unprofitable distribution of Material.

4.11    <u>E-Verify Requirements.</u>  In accordance with A.R.S. § 41-4401, Sub-recipient warrants compliance with all Federal immigration laws and regulations relating to employees and warrants its compliance with Section A.R.S. § 23-214, Subsection A.

4.12    <u>Federal Immigration and Nationality Act.</u>  The Sub-recipient shall comply with all federal, state and local immigration laws and regulations relating to the immigration status of their employees during the term of the Grant. Further, the Sub-recipient shall flow down this requirement to all subcontractors utilized during the term of the Grant. The State shall retain the right to perform random audits of Sub-recipient and subcontractor records or to inspect papers of any employee thereof to ensure compliance. Should the State determine that the Sub-recipient and/or any subcontractors be found noncompliant, the State may pursue all remedies allowed by law, including, but not limited to; suspension of work, termination of the Grant for default and suspension and/or debarment of the Sub-recipient.

**5.    COSTS AND PAYMENTS.**

5.1    <u>Payments</u>.  Payments shall comply with the requirements of A.R.S. Titles 35 and 41, net thirty (30) days. Upon receipt and acceptance of goods or services, the Sub-recipient shall submit a complete and accurate Sub-recipient's Expenditure Report for payment from the State within thirty (30) days.

5.2    <u>Recoupment of Contract Payments.</u>

5.2.1    *Unearned Advanced Funds.*  Any unearned State funds that have been advanced to the Sub-recipient and remain in its possession at the end of each budget term, or at the time of termination of the Grant, shall be refunded to the ADHS within forty-five (45) days of the end of of a budget term or of the time of termination.

5.2.2    *Contracted Services.*  In a fixed price Grant, if the number of services provided is less than the number of services for which the Sub-recipient received compensation, funds to be returned to the ADHS shall be determined by the Grant price.  Where the price is determined by cost per unit of service or material, the funds to be returned shall be determined by multiplying the unit of service cost by the number of services the Sub-recipient did not provide during the Grant term.  Where the price for a deliverable is fixed, but the deliverable has not been completed, the Sub-recipient shall be paid a pro rata portion of the completed deliverable.  In a cost reimbursement contract, the ADHS shall pay for any costs that the Sub-recipient can document as having been paid by the Sub-recipient and approved by ADHS.  In addition, the Sub-recipient will be paid its reasonable actual costs for work in progress as determined by Generally Accepted Accounting Principles up to the date of Grant termination.

5.2.3    *Refunds.*  Within forty-five (45) days after the end of each budget term or of the time of termination of the Grant, the Sub-recipient shall refund the greater of: i) the amount refundable in accordance with paragraph 4.2.1, Unearned Advanced Funds; or ii) the amount refundable in accordance with paragraph 5.2.2, Contracted Services.

5.2.4    *Unacceptable Expenditures.*  The Sub-recipient agrees to reimburse the ADHS for all Grant funds expended, which are determined by the ADHS not to have been disbursed by the Sub-recipient in accordance with the terms of this Grant or within the Federal Awarding Agency's award terms and conditions.  The Sub-recipient shall reimburse ADHS within forty-five (45) days of the determination of unacceptability.



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-006**
**Ending the Epidemic, Condom Distribution**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

5.3    <u>Unit Costs/Rates or Fees</u>.  Unit costs/rates or fees shall be based on costs, which are determined by ADHS to be reasonable, allowable and allocable.

5.4    <u>Applicable Taxes</u>.

    5.4.1    *State and Local Transaction Privilege Taxes*.  The State of Arizona is subject to all applicable state and local transaction privilege taxes.  Transaction privilege taxes apply to the sale and are the responsibility of the seller to remit.  Failure to collect taxes from the buyer does not relieve the seller from its obligation to remit taxes.

    5.4.2    *Tax Indemnification*.  The Sub-recipient and all subcontractors shall pay all federal, state and local taxes applicable to its operation and any persons employed by the Sub-recipient.  Sub-recipient shall require all subcontractors to hold the State harmless from any responsibility for taxes, damages and interest, if applicable, contributions required under Federal, and/or state and local laws and regulations and any other costs, including transaction privilege taxes, unemployment compensation insurance, Social Security and Worker's Compensation.

    5.4.3    *I.R.S. W9 Form*.  In order to receive payment under any resulting Grant, the Sub-recipient shall have a current I.R.S. W9 Form on file with the State of Arizona.

5.5    <u>Availability of Funds for the Next Fiscal Year</u>.  Funds may not be presently available for performance under this Grant beyond the first year of the budget term or Grant term.  The State may reduce payments or terminate this Grant without further recourse, obligation or penalty in the event that insufficient funds are appropriated in the subsequent budget term.  The State shall not be liable for any purchases or Subgrants entered into by the Sub-recipient in anticipation of such funding. The Procurement Officer shall have the discretion in determining the availability of funds.

5.6    <u>Availability of Funds for the Current Grant Term.</u> Should the State Legislature enter back into session and decrease the appropriations through line item or general fund reductions, or for any other reason these goods or services are not funded as determined by ADHS, the following actions may be taken by ADHS:

    5.6.1    Accept a decrease in price offered by the Sub-recipient;

    5.6.2    Reduce the number of goods or units of service and reduce the payments accordingly;

    5.6.3    Offer reductions in funding as an alternative to Grant termination; or

    5.6.4    Cancel the Grant.

**6.    CONTRACT CHANGES.**

6.1    <u>Amendments, Purchase Orders and Change Orders</u>.  This Grant is issued under the authority of the Procurement Officer who signed this Grant.  The Grant may be modified only through a Grant Amendment, Purchase Order and/or Change Order within the scope of the Grant, unless the change is administrative or otherwise permitted by the Special Terms and Conditions.  Changes to the Grant, including the addition of work or materials, the revision of payment terms, or the substitution of work or materials, directed by an unauthorized State employee or made unilaterally by the Grant are violations of the Grant and of applicable law.  Such changes, including unauthorized Grant Amendments, Purchase Orders and/or Change Orders, shall be void and without effect, and the Grant shall not be entitled to any claim under this Grant based on those changes.

6.2    <u>Subgrants</u>.  The Sub-recipient shall not enter into any subcontract under this Grant without the advance written approval of the Procurement Officer.  The subcontract shall incorporate by reference all material and applicable terms and conditions of this Grant.



| | TERMS AND CONDITIONS | ARIZONA DEPARTMENT OF |
|---|---|---|
| | **REQUEST FOR GRANT APPLICATION** | **HEALTH SERVICES** |
| | **RFGA NO. 2024-006** | 150 N. 18th Avenue, Suite 530 |
| | **Ending the Epidemic, Condom Distribution** | Phoenix, Arizona 85007 |

6.3     <u>Assignments and Delegation.</u>  The Sub-recipient shall not assign any right nor delegate any duty under this Grant without the prior written approval of the Procurement Officer.  The State shall not unreasonably withhold approval.

## 7.     RISK AND LIABILITY.

7.1     <u>Risk of Loss</u>.  The Sub-recipient shall bear all loss of conforming material covered under this Grant until received and accepted by authorized personnel at the location designated in the Purchase Order, Change Order or Grant.  Mere receipt does not constitute final acceptance.  The risk of loss for nonconforming materials shall remain with the Sub-recipient regardless of receipt.

7.2     <u>Force Majeure</u>**.**

7.2.1   *Liability and Definition.*  Except for payment of sums due, neither party shall be liable to the other nor deemed in default under this Grant if and to the extent that such party's performance of this Grant is prevented by reason of force majeure.  The term "*force majeure*" means an occurrence that is beyond the control of the party affected and occurs without its fault or negligence.  Without limiting the foregoing, force majeure includes acts of God; acts of the public enemy; acts of terrorism; war; riots; strikes; mobilization; labor disputes; civil disorders; fire; flood; lockouts; injunctions-interventions not caused by or resulting from the act or failure to act of the parties; failures or refusals to act by government authority not caused by or resulting from the act or failure to act of the parties; and other similar occurrences beyond the control of the party declaring force majeure, which such party is unable to prevent by exercising reasonable diligence.

7.2.2   *Exclusions.*  Force Majeure shall not include the following occurrences:

7.2.2.1   Late delivery of Materials caused by congestion at a manufacturer's plant or elsewhere, or an oversold condition of the market;

7.2.2.2   Late performance by a subcontractor unless the delay arises out of a force majeure occurrence in accordance with this force majeure term and condition; or

7.2.2.3   Inability of either the Sub-recipient or any subcontractor to acquire or maintain any required insurance, bonds, licenses or permits.

7.2.3   *Notice.*  If either party is delayed at any time in the progress of the work by force majeure, the delayed party shall notify the other party in writing of such delay, as soon as is practicable and no later than the following working day of the commencement thereof, and shall specify the causes of such delay in such notice.  Such notice shall be delivered or mailed certified-return receipt and shall make a specific reference to this article, thereby invoking its provisions.  The delayed party shall cause such delay to cease as soon as practicable and shall notify the other party in writing when it has done so.  The time of completion shall be extended by Grant Amendment for a period of time equal to the time that the results or effects of such delay prevent the delayed party from performing in accordance with this Grant.

7.2.4   *Default.*  Any delay or failure in performance by either party hereto shall not constitute default hereunder or give rise to any claim for damages or loss of anticipated profits if, and to the extent that, such delay or failure is caused by force majeure.

7.3     <u>Third Party Antitrust Violations</u>.  The Sub-recipient assigns to the State any claim for overcharges resulting from antitrust violations to the extent that those violations concern materials or services supplied by third parties to the Sub-recipient for or toward the fulfillment of this Grant.



| | **TERMS AND CONDITIONS** | **ARIZONA DEPARTMENT OF HEALTH SERVICES** |
|---|---|---|
| | **REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-006**<br>**Ending the Epidemic, Condom Distribution** | 150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |

**8.    DESCRIPTION OF MATERIALS.** The following provisions shall apply to Materials only:

8.1    Liens. The Sub-recipient agrees that the Materials supplied under this Grant are free of liens.  In the event the Materials are not free of liens, Sub-recipient shall pay to remove the lien and any associated damages or replace the Materials with Materials free of liens.

8.2    Quality. Unless otherwise modified elsewhere in these terms and conditions, the Sub-recipient agrees that, for one (1) year after acceptance by the State of the Materials, they shall be:

8.2.1    Of a quality to pass without objection in the Grant description;

8.2.2    Fit for the intended purposes for which the Materials are used;

8.2.3    Within the variations permitted by the Grant and are of even kind, quantity, and quality within each unit and among all units;

8.2.4    Adequately contained, packaged and marked as the Grant may require; and

8.2.5    Conform to the written promises or affirmations of fact made by the Sub-recipient.

8.3    Inspection/Testing.  Subparagraphs 8.1 through 8.2 of these paragraphs are not affected by inspection or testing of or payment for the Materials by the State.

8.4    Compliance With Applicable Laws.  The Materials and services supplied under this Grant shall comply with all applicable federal, state and local laws, and the Sub-recipient shall maintain all applicable license and permit requirements.

8.5    Survival of Rights and Obligations After Grant Expiration and Termination.

8.5.1    *Sub-recipient's Representations*.  All representations and warranties made by the Sub-recipient under this Grant in paragraphs 7 and 8 shall survive the expiration or termination hereof.  In addition, the parties hereto acknowledge that pursuant to A.R.S. § 12.510, except as provided in A.R.S. § 12-529, the State is not subject to or barred by any limitations of actions prescribed in A.R.S. Title 12, Chapter 5.

8.5.2    *Purchase Orders and Change Orders.* Unless otherwise directed in writing by the Procurement Officer, the Sub-recipient shall fully perform and shall be obligated to comply with all Purchase Orders and Change Orders received by the Sub-recipient prior to the expiration or termination hereof, including, without limitation, all Purchase Orders and Change Orders received prior to but not fully performed and satisfied at the expiration or termination of this Grant.

**9.    STATE'S CONTRACTUAL REMEDIES.**

9.1    Right to Assurance.  If the State, in good faith, has reason to believe that the Sub-recipient does not intend to, or is unable to, perform or continue performing under this Grant, the Procurement Officer may demand in writing that the Sub-recipient give a written assurance of intent to perform.  Failure by the Sub-recipient to provide written assurance within the number of Days specified in the demand may, at the State's option, be the basis for terminating the Grant.

9.2    Stop Work Order.

9.2.1    *Terms.*  The State may, at any time, by written order to the Sub-recipient, require the Sub-recipient to stop all or any part of the work called for by this Grant for a period up to ninety (90) Days after the order is delivered to the Sub-recipient, and for any further period to which the parties may agree.  The order shall be specifically identified as a stop work order issued under



| | **TERMS AND CONDITIONS** | **ARIZONA DEPARTMENT OF HEALTH SERVICES** |
|---|---|---|
| | **REQUEST FOR GRANT APPLICATION RFGA NO. 2024-006** Ending the Epidemic, Condom Distribution | 150 N. 18th Avenue, Suite 530 Phoenix, Arizona 85007 |

this clause. Upon receipt of the order, the Sub-recipient shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage.

9.2.2   *Cancellation or Expiration.*  If a stop work order issued under this clause is canceled or the period of the order or any extension expires, the Sub-recipient shall resume work. The Procurement Officer shall make an equitable adjustment in the delivery schedule or Grant price, or both, and the Grant shall be amended in writing accordingly.

9.3   <u>Non-exclusive Remedies</u>.  The rights and remedies of ADHS under this Grant are not exclusive, and ADHS is entitled to all rights and remedies available to it, including those under the Arizona Uniform Commercial Code and Arizona common law.

9.4   <u>Right of Offset</u>.  The State shall be entitled to offset against any sums due the Sub-recipient in any Grant with the State or damages assessed by the State because of the Sub-recipient's non-conforming performance or failure to perform this Grant.  The right to offset may include, but is not limited to, a deduction from an unpaid balance and a collection against the bid and/or performance bonds.  Any offset taken for damages assessed by the State shall represent a fair and reasonable amount for the actual damages and shall not be a penalty for non-performance.

## 10.   **GRANT TERMINATION.**

10.1   <u>Cancellation for Conflict of Interest</u>.  Pursuant to A.R.S. § 38-511, the State may cancel this Grant within three (3) years after Grant execution without penalty or further obligation if any person significantly involved in initiating, negotiating, securing, drafting or creating the Grant t on behalf of the State is, or becomes at any time while the Grant or an extension of the Grant is in effect, an employee of or a consultant to any other party to this Grant with respect to the subject matter of the Grant.  The cancellation shall be effective when the Sub-recipient receives written notice of the cancellation, unless the notice specifies a later time.  If the Sub-recipient is a political subdivision of the State, it may also cancel this Grant as provided in A.R.S. § 38-511.

10.2   <u>Gratuities</u>.  The State may, by written notice, terminate this Grant, in whole or in part, if the State determines that employment or a Gratuity was offered or made by the Sub-recipient or a representative of the Sub-recipient to any officer or employee of the State for the purpose of influencing the outcome of the procurement, securing the Grant or an Amendment to the Grant, or receiving favorable treatment concerning the Grant, including the making of any determination or decision about Grant performance. The State, in addition to any other rights or remedies, shall be entitled to recover exemplary damages in the amount of three times the value of the Gratuity offered by the Sub-recipient.

10.3   <u>Suspension or Debarment.</u>  The State may, by written notice to the Sub-recipient, immediately terminate this Grant if the State determines that the Sub-recipient or its subcontractor has been debarred, suspended or otherwise lawfully prohibited from participating in any public procurement activity, including but not limited to, being disapproved as a subcontractor of any public procurement unit or other governmental body.

10.4   <u>Termination Without Cause.</u>

10.4.1   Both the State and the Sub-recipient may terminate this Grant at any time with thirty (30) day notice in writing specifying the termination date.  Such notices shall be given by personal delivery or by certified mail, return receipt requested.

10.4.2   If the Sub-recipient terminates this Grant, any monies prepaid by the State, for which no service or benefit was received by the State, shall be refunded to the State within five (5) days of the termination notice.  In addition, if the Sub-recipient terminates the Grant, the Sub-recipient shall indemnify the State for any sanctions imposed by the funding source as a result of the Sub-



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-006**
**Ending the Epidemic, Condom Distribution**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

recipient's failure to complete the Grant.

10.4.3   If the State terminates this Grant pursuant to this Section, the State shall pay the Sub-recipient the Grant price for all Services and Materials completed up to the date of termination.  In a fixed price Grant, the State shall pay the amount owed for the Services or Materials by multiplying the unit of service or item cost by the number of unpaid service units or items. In a cost reimbursement contract, the ADHS shall pay for any costs that the Sub-recipient can document as having been paid by the Sub-recipient and approved by ADHS.  In addition, the Sub-recipient will be paid its reasonable actual costs for work in progress as determined by GAAP up to the date of termination.  Upon such termination, the Sub-recipient shall deliver to the ADHS all deliverables completed.  ADHS may require Sub-recipient to negotiate the terms of any remaining deliverables still due.

10.5   <u>Mutual Termination.</u>  This Grant may be terminated by mutual written agreement of the parties specifying the termination date and the terms for disposition of property and, as necessary, submission of required deliverables and payment therein.

10.6   <u>Termination for Default</u>.  The State reserves the right to terminate the Grant in whole or in part due to the failure of the Sub-recipient to comply with any material obligation, term or condition of the Grant, to acquire and maintain all required insurance policies, bonds, licenses and permits, or to make satisfactory progress in performing the Grant.  In the event the ADHS terminates the Grant in whole or in part as provided in this paragraph, the ADHS may procure, upon such terms and in such manner as deemed appropriate, Services or Materials, similar to those terminated, and Sub-recipient shall be liable to the ADHS for any excess costs incurred by the ADHS in obtaining such similar Services or Materials.

10.7   <u>Continuation of Performance Through Termination</u>.  Upon receipt of the notice of termination and until the effective date of the notice of termination, the Sub-recipient shall perform work consistent with the requirements of the Grant and, if applicable, in accordance with a written transition plan approved by the ADHS.  If the Sub-recipient terminated in part, the Sub-recipient shall continue to perform the Grant to the extent not terminated.  After receiving the notice of termination, the Sub-recipient shall immediately notify all subcontractors, in writing, to stop work on the effective date of termination, and on the effective date of termination, the Sub-recipient and subcontractors shall stop all work.

10.8   <u>Disposition of Property</u>.  Upon termination of this Grant t, all property of the State, as defined herein, shall be delivered to the ADHS upon demand.

## 11.   ARBITRATION.

Pursuant to A.R.S. § 12-1518, disputes under this Grant t shall be resolved through the use of arbitration when the case or lawsuit is subject to mandatory arbitration pursuant to rules adopted under A.R.S. § 12 -133.

## 12.   COMMUNICATION.

12.1   <u>Program Report</u>.  When reports are required by the Grant, the Sub-recipient shall provide them in the format approved by ADHS.

12.2   <u>Information and Coordination</u>.  The State will provide information to the Sub-recipient pertaining to activities that affect the Sub-recipient's delivery of services, and the Sub-recipient shall be responsible for coordinating their activities with the State's in such a manner as not to conflict or unnecessarily duplicate the State's activities.  As the work of the Sub-recipient progresses, advice and information on matters covered by the Grant shall be made available by the Sub-recipient to the State throughout the effective period of the Grant.



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION
RFGA NO. 2024-006
Ending the Epidemic, Condom Distribution**

**ARIZONA DEPARTMENT OF
HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

**13.    CLIENT GRIEVANCES.**

If applicable, the Sub-recipient and its subcontractors shall use a procedure through which clients may present grievances about the operation of the program that result in the denial, suspension or reduction of services provided pursuant to this Grant and which is acceptable to and approved by the State.

**14.    SOVEREIGN IMMUNITY.**

Pursuant to A.R.S. § 41-621(O), the obtaining of insurance by the State shall not be a waiver of any sovereign immunity defense in the event of suit.

**15.    ADMINISTRATIVE CHANGES.**

The Procurement Officer, or authorized designee, reserves the right to correct any obvious clerical, typographical or grammatical errors, as well as errors in party contact information (collectively, "Administrative Changes"), prior to or after the final execution of a Grant or Grant Amendment.  Administrative Changes subject to permissible corrections include: misspellings, grammar errors, incorrect addresses, incorrect Grant Amendment numbers, pagination and citation errors, mistakes in the labeling of the rate as either extended or unit, and calendar date errors that are illogical due to typographical error.  The Procurement Office shall subsequently send to the Sub-recipient notice of corrections to administrative errors in a written confirmation letter with a copy of the corrected Administrative Change attached.

**16.    SURVIVAL OF TERMS AFTER TERMINATION OR CANCELLATION OF CONTRACT.**

All applicable Grant terms shall survive and apply after Grant termination or cancellation to the extent necessary for Sub-recipient to complete and for the ADHS to receive and accept any final deliverables that are due after the date of the termination or cancellation.

**17.    HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY AT OF 1996 (HIPAA).**

17.1    The Sub-recipient warrants that it is familiar with the requirements of HIPAA, as amended by the Health Information Technology for Economic and Clinical Health Act (HITECH Act) of 2009, and accompanying regulations and will comply with all applicable HIPAA requirements in the course of this Grant.  Sub-recipient warrants that it will cooperate with the Arizona Department of Health Services (ADHS) in the course of performance of the Grant so that both ADHS and Sub-recipient will be in compliance with HIPAA, including cooperation and coordination with the Arizona Department of Administration-Arizona Strategic Enterprise Technology (ADOA-ASET) Office, the ADOA-ASET Arizona State Chief Information Security Officer and HIPAA Coordinator and other compliance officials required by HIPAA and its regulations.  Sub-recipient will sign any documents that are reasonably necessary to keep ADHS and Sub-recipient in compliance with HIPAA, including, but not limited to, business associate agreements.

17.2    If requested by the ADHS Procurement Office, Sub-recipient agrees to sign a "Pledge to Protect Confidential Information" and to abide by the statements addressing the creation, use and disclosure of confidential information, including information designated as protected health information and all other confidential or sensitive information as defined in policy.  In addition, if requested, Sub-recipient agrees to attend or participate in HIPAA training provided by ADHS or to provide written verification that the Sub-recipient has attended or participated in job related HIPAA training that is: (1) intended to make the Sub-recipient proficient in HIPAA for purposes of performing the services required and (2) presented by a HIPAA Privacy Officer or other person or program knowledgeable and experienced in HIPAA and who has been approved by the ADOA-ASET Arizona State Chief Information Security Officer and HIPAA Coordinator.

|  | **TERMS AND CONDITIONS**<br><br>**REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-006**<br>**Ending the Epidemic, Condom Distribution** | **ARIZONA DEPARTMENT OF HEALTH SERVICES**<br>150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |
| --- | --- | --- |

**18.    UNIQUE ENTITY IDENTIFIER (UEI) REQUIREMENT.**

Pursuant to 2 CFR 25.100 et seq., no entity (defined as a Governmental organization, which is a State, local government, or Indian tribe; foreign public entity; domestic or foreign nonprofit organization; domestic or foreign for-profit organization; or Federal agency, but only as a sub-recipient under an award or sub-award to a non-Federal entity) may receive a sub-award from ADHS unless the entity provides its Unique Entity Identifier Number to ADHS. The number can be created in SAM.gov. If already registered the UEI has been assigned and can be viewed in SAM.gov.

**19.    The Federal Funding Accountability and Transparency Act (FFATA or Transparency Act - P.L.109-282, as amended by section 6202(a) of P.L. 110-252), found at** https://www.fsrs.gov/

If applicable, the subrecipient or sub-awardee is required to abide by the Federal Funding Accountability and Transparency Act (FFATA or Transparency Act – P.L. 109-282, as amended by section 6202(a) of P.L. 110-252), found at https://www.fsrs.gov/. The associated Grant Reporting Certification Form and completion instructions will be sent to the subrecipient from ADHS Program(s) responsible for the specific contract. The subrecipient or sub-awardee must return the completed form to ADHS Program(s) by the 15th of the month following that in which the award was received. Failure to complete a required Grant Reporting Certification Form may result in loss of funding.

**20.    2 CFR §200.216 PROHIBITION ON CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT.**

20.1    Recipients and sub-recipients are prohibited from obligating or expending loan or grant funds to:

20.1.1    Procure or obtain;

20.1.2    Extend or renew a contract to procure or obtain; or

20.1.3    Enter in a contract (or extend or renew a contract) to procure or obtain equipment, services, or systems that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. As described in Public Law 115-232, section 889, covered telecommunications equipment is telecommunications equipment produced by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities).

20.1.4    For the purpose of public safety, security of government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities).

20.1.5    Telecommunications or video surveillance services provided by such entities or using such equipment.

20.1.6    Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of the National Intelligence or the Director of the Federal Bureau of Investigation, reasonable believes to be an entity owned or controlled by, or otherwise connected to, the government of a covered foreign country.

**21.    CONTRACTING; PROCUREMENT; INVESTMENT; PROHIBITIONS.**

21.1    A public entity may not enter into a contract with a company to acquire or dispose of services, supplies, information **technology** or construction unless the contract includes a written certification that the



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-006**
**Ending the Epidemic, Condom Distribution**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

company is not currently engaged in, and agrees for the duration of the contract to not engage in, a boycott of Israel.

21.2    A public entity may not adopt a procurement, investment or other policy that has the effect of inducing or requiring a person or company to boycott Israel.

21.3    Sub-recipient hereby certifies that it is not currently engaged in, and will not for the duration of this Grant engage in, a boycott of Israel as defined by A.R.S. § 35-393.01. Violation of this certification by Sub-recipient may result in action by the State up to and including termination of this Grant.

**22.    TECHNOLOGY REPLACEMENT.**

In any event where product is discontinued, no longer available or technically inferior to newly developed product, the Sub-recipient shall provide an equivalent replacement model at no additional cost and shall honor the original contract terms

**23.    AUTHORIZATION FOR PROVISION OF SERVICES.**

Authorization for purchase of services under this Grant shall be made only upon ADHS issuance of a Purchase Order that is signed by an authorized agent. The Purchase Order will indicate the Grant number and the dollar amount of the funds authorized. The Sub-recipient shall only be authorized to perform services up to the amount of the Purchase Order. ADHS shall not have any legal obligation to pay for services in excess of the amount indicated on the Purchase Order. No further obligation for payment shall exist on behalf of ADHS unless 2) the Purchase Order is changed or modified with an official ADHS Procurement Change Order, and/or an additional Purchase Order is issued for purchase of services under this Grant.

**24.    KEY PERSONNEL.**

It is essential the Sub-recipient provide an adequate staff of experienced personnel, capable of and devoted to the successful accomplishment of work performed under this Grant. The Sub-recipient must assign specific individuals to key positions of responsibility. If any of the assigned Key/Essential Personnel does not satisfactorily perform the assigned duties, the Sub-recipient shall withdraw such Key/Essential Personnel immediately upon ADHS' notification and shall replace the withdrawn Key/Essential Personnel with other Key/Essential Personnel at no additional cost to ADHS.

**25.    INFORMATION DISCLOSURE.**

The Sub-recipient shall establish and maintain procedures and controls that are acceptable to the State for the purpose of assuring that no information contained in its records or obtained from the State or from others in carrying out its functions under the Grant shall be used or disclosed by it, its agents, officers, or employees, except as required to efficiently perform duties under the Grant. Persons requesting such information should be referred to the State. The Sub-recipient also agrees that any information pertaining to individual persons shall not be divulged other than to employees or officers of Sub-recipient as needed for the performance of duties under the Grant, unless otherwise agreed to in writing by the State.

**26.    GRANT RESTRICTIONS.**

Sub-recipients will provide a copy of all printed or broadcast media or any other educational materials developed using funds awarded under this Grant to the ADHS Office of HIV & Hepatitis C Service (OHHS) Materials Review Committee for approval. Media and/or printed educational materials will adhere to the required wording as follows: "Funded in part by the Bureau of Infectious Disease Services as made available through the Arizona Department of Health Services" or add ADHS logo.



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION
RFGA NO. 2024-006
Ending the Epidemic, Condom Distribution**

**ARIZONA DEPARTMENT OF
HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

---

**27.    ARIZONA SUBSTITUTE/IRS W-9 FORM.**

In order to receive payment, the Sub-recipient shall have a current Arizona Substitute W-9 Form on file with the State of Arizona, unless not required by law.

**28.    OFFSHORE PERFORMANCE OF WORK PROHIBITED.**

Any services that are described in the specifications or scope of work that directly serve the State of Arizona or its clients and involve access to secure or sensitive data or personal client data shall be performed within the defined territories of the United States. Unless specifically stated otherwise in the specifications, this paragraph does not apply to indirect or 'overhead' services, redundant back-up services or services that are incidental to the performance of the Grant. This provision applies to work performed by subcontractors at all tiers.

**29.    PURCHASE ORDERS.**

The Sub-recipient shall, in accordance with all terms and conditions of the Grant, fully perform and shall be obligated to comply with all Purchase Orders received by the Sub-recipient prior to the expiration or termination hereof, unless otherwise directed in writing by the ADHS Administrator, including, without limitation, all Purchase Orders received prior to but not fully performed and satisfied at the expiration or termination of this Grant.

**30.    PANDEMIC CONTRACTUAL PERFORMANCE.**

30.1    The State shall require a written plan that illustrates how the Sub-recipient shall perform up to contractual standards in the event of a pandemic. The State may require a copy of the plan at any time prior or post award of a Grant. At a minimum, the pandemic performance plan shall include:

30.1.1    Key succession and performance planning if there is a sudden significant decrease in Sub-recipient's workforce.

30.1.2    Alternative methods to ensure there are products in the supply chain.

30.1.3    An up-to-date list of company contacts and organizational chart.

30.2    In the event of a pandemic, as declared the Governor of Arizona, U.S. Government or the World Health Organization, which makes performance of any term under this Grant impossible or impracticable, the State shall have the following rights:

30.2.1    After the official declaration of a pandemic, the State may temporarily void the Grant(s) in whole or specific sections, if the Sub-recipient cannot perform to the standards agreed upon in the initial terms.

30.2.2    The State shall not incur any liability if a pandemic is declared and emergency procurements are authorized by the Director as per A.R.S. 41-2537 of the Arizona Procurement Code.

30.2.3    Once the pandemic is officially declared over and/or the Sub-recipient can demonstrate the ability to perform, the State, at is sole discretion, may reinstate the temporarily voided Grant(s).

30.3    The State, at any time, may request to see a copy of the written plan from the Sub-recipient. The Sub-recipient shall produce the written plan within seventy-two (72) hours of the request

**31.    INDEMNIFICATION CLAUSE.**

31.1    To the fullest extent permitted by law, Sub-recipient shall defend, indemnify, and hold harmless the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials,



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-006**
**Ending the Epidemic, Condom Distribution**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

---

agents, and employees (hereinafter referred to as "Indemnitee") from and against any and all claims, actions, liabilities, damages, losses, or expenses (including court costs, attorneys' fees, and costs of claim processing, investigation and litigation) (hereinafter referred to as "Claims") for bodily injury or personal injury (including death), or loss or damage to tangible or intangible property caused, or alleged to be caused, in whole or in part, by the negligent or willful acts or omissions of Sub-recipient or any of its owners, officers, directors, agents, employees or subcontractors. This indemnity shall not include any claim or amount arising out of, or recovered under, the Workers' Compensation Law or arising out of the failure of such Sub-recipient to conform to any federal, state, or local law, statute, ordinance, rule, regulation, or court decree. It is the specific intention of the parties that the Indemnitee shall, in all instances, except for Claims arising solely from the negligent or willful acts or omissions of the Indemnitee, be indemnified by Sub-recipient from and against any and all claims. It is agreed that Sub-recipient will be responsible for primary loss investigation, defense, and judgment costs where this indemnification is applicable. In consideration of the award of this grant, the Sub-recipient agrees to waive all rights of subrogation against the State of Arizona, its officers, officials, agents, and employees for losses arising from the work performed by the Sub-recipient for the State of Arizona.

31.2    This indemnity shall not apply if the Sub-recipient or subcontractor(s) is/are an agency, board, commission or university of the State of Arizona.

**32.    INSURANCE REQUIREMENTS.**

32.1    Sub-recipient and subcontractors shall procure and maintain, until all of their obligations have been discharged, including any warranty periods under this Grant, insurance against claims for injury to persons or damage to property arising from, or in connection with, the performance of the work hereunder by the Sub-recipient, its agents, representatives, employees or subcontractors.

32.2    The Insurance Requirements herein are minimum requirements for this Grant and in no way limit the indemnity covenants contained in this Grant. The State of Arizona in no way warrants that the minimum limits contained herein are sufficient to protect the Sub-recipient from liabilities that arise out of the performance of the work under this Grant by the Sub-recipient, its agents, representatives, employees or subcontractors, and the Sub-recipient is free to purchase additional insurance.

**33.    <u>MINIMUM SCOPE AND LIMITS OF INSURANCE</u>:**

Sub-recipient shall provide coverage with limits of liability not less than those stated below.

33.1    **Commercial General Liability – Occurrence Form**

Policy shall include bodily injury, property damage, personal and advertising injury and broad form contractual liability coverage.

| 33.1.1 | General Aggregate | $2,000,000.00 |
|---|---|---|
| 33.1.2 | Products – Completed Operations Aggregate | $1,000,000.00 |
| 33.1.3 | Personal and Advertising Injury | $1,000,000.00 |
| 33.1.4 | Damage to Rented Premises | $    50,000.00 |
| 33.1.5 | Each Occurrence | $1,000,000.00 |

33.1.5.1    The policy shall be endorsed, as required by this written agreement, to include the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees as additional insureds with respect to liability arising out of the activities performed by or on behalf of the Sub-



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-006**
**Ending the Epidemic, Condom Distribution**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

recipient.

33.1.5.2    Policy shall contain a waiver of subrogation endorsement, as required by this written agreement, in favor of the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees for losses arising from work performed by or on behalf of the Sub-recipient.

**33.2    Worker's Compensation and Employers' Liability**

33.2.1    Workers' Compensation                                                                Statutory

Employers' Liability

33.2.2    Each Accident                                                                              $1,000,000.00

33.2.3    Disease – Each Employee                                                         $1,000,000.00

33.2.4    Disease – Policy Limit                                                               $1,000,000.00

33.2.4.1    Policy shall contain a waiver of subrogation endorsement, as required by this written agreement, in favor of the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees for losses arising from work performed by or on behalf of the Sub-recipient.

33.2.4.2    This requirement shall not apply to each Sub-recipient or subcontractor that is exempt under A.R.S. § 23-901, and when such Sub-recipient or subcontractor executes the appropriate waiver form (Sole Proprietor or Independent Contractor).

**33.3    Business Automobile Liability**

33.3.1    Bodily Injury and Property Damage for any owned, hired, and/or non-owned automobiles used in the performance of this Grant.

33.3.1.1    Combined Single Limit (CSL)                                            $1,000,000.00

33.3.1.2    Policy shall be endorsed, as required by this written agreement, to include the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, and employees as additional insureds with respect to liability arising out of the activities performed by, or on behalf of, the Sub-recipient involving automobiles owned, hired and/or non-owned by the Sub-recipient.

33.3.1.3    Policy shall contain a waiver of subrogation endorsement as required by this written agreement in favor of the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, and employees for losses arising from work performed by or on behalf of the Sub-recipient.

**33.4    ADDITIONAL INSURANCE REQUIREMENTS:**

The policies shall include, or be endorsed to include, as required by this written agreement, the following provisions:

33.4.1    The Sub-recipient's policies, as applicable, shall stipulate that the insurance afforded the Sub-recipient shall be primary and that any insurance carried by the Department, its agents, officials, employees or the State of Arizona shall be excess and not contributory insurance, as



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-006**
**Ending the Epidemic, Condom Distribution**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

provided by A.R.S. § 41-621 (E).

33.4.2  Insurance provided by the Sub-recipient shall not limit the Sub-recipient's liability assumed under the indemnification provisions of this Grant.

33.5  **NOTICE OF CANCELLATION:**

Applicable to all insurance policies required within the Insurance Requirements of this Grant, Sub-recipient's insurance shall not be permitted to expire, be suspended, be canceled, or be materially changed for any reason without thirty (30) days prior written notice to the State of Arizona. Within two (2) business days of receipt, Sub-recipient must provide notice to the State of Arizona if they receive notice of a policy that has been or will be suspended, canceled, materially changed for any reason, has expired, or will be expiring. Such notice shall be sent directly to the **Arizona Department of Health Services, 150 North 18th Avenue, Suite 530, Phoenix, Arizona 85007** and shall be mailed, emailed, hand delivered or sent by facsimile transmission to the Office of Procurement, the address as stated above.

33.6  **ACCEPTABILITY OF INSURERS:**

Sub-recipient's insurance shall be placed with companies licensed in the State of Arizona or hold approved non-admitted status on the Arizona Department of Insurance List of Qualified Unauthorized Insurers. Insurers shall have an "A.M. Best" rating of not less than A- VII. The State of Arizona in no way warrants that the above-required minimum insurer rating is sufficient to protect the Sub-recipient from potential insurer insolvency.

33.7  **VERIFICATION OF COVERAGE:**

33.7.1  Sub-recipient shall furnish the State of Arizona with certificates of insurance (valid ACORD form or equivalent approved by the State of Arizona) as required by this Grant. An authorized representative of the insurer shall sign the certificates.

33.7.2  All such certificates of insurance and policy endorsements must be received by the State before work commences. The State's receipt of any certificates of insurance or policy endorsements that do not comply with this written agreement shall not waive or otherwise affect the requirements of this Grant.

33.7.3  Each insurance policy required by this Grant must be in effect at, or prior to, commencement of work under this Grant. Failure to maintain the insurance policies as required by this Grant, or to provide evidence of renewal, is a material breach of Grant.

33.7.4  All certificates required by this Grant shall be sent directly to The Arizona Department of Health Services, 150 North 18th Avenue, Suite 530, Phoenix, Arizona 85007, Fax: 602-542-1741. The State of Arizona project/contract number and project description shall be noted on the certificate of insurance. The State of Arizona reserves the right to require complete copies of all insurance policies required by this Grant at any time. DO NOT SEND CERTIFICATES OF INSURANCE TO THE STATE OF ARIZONA'S RISK MANAGEMENT SECTION.

33.8  **SUB-CONTRACTORS:**

Sub-recipient's certificate(s) shall include all subcontractors as insureds under its policies or Sub-recipient shall be responsible for ensuring and/or verifying that all subcontractors have valid and collectable insurance as evidenced by the certificates of insurance and endorsements for each subcontractor. All coverages for subcontractors shall be subject to the minimum Insurance Requirements identified above. The Department reserves the right to require, at any time throughout the life of the Grant, proof from the Sub-recipient that its subcontractors have the required coverage.



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-006**
**Ending the Epidemic, Condom Distribution**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

33.9    **APPROVAL AND MODIFICATIONS:**

The Contracting Agency, in consultation with State Risk, reserves the right to review or make modifications to the insurance limits, required coverages, or endorsements throughout the life of this Grant, as deemed necessary. Such action will not require a formal Grant amendment but may be made by administrative action.

33.10    **EXCEPTIONS:**

In the event the Sub-recipient or subcontractor(s) is/are a public entity, then the Insurance Requirements shall not apply. Such public entity shall provide a certificate of self-insurance. If the Sub-recipient or subcontractor(s) is/are a State of Arizona agency, board, commission, or university, none of the above shall apply.

**34.    CIVIL RIGHTS ASSURANCE STATEMENT.**

The Sub-recipient and subcontractor are subject to Title VI of the Civil Rights Act of 1964, Section 504 of Rehabilitation Act of 1973, Title II of the Americans with Disabilities Act of 1990, the Age Discrimination Act of 1975, Title IX of the Education Amendment of 1972, and offers all persons the opportunity to participate in programs or activities regardless of race, color, national origin, age, sex, or disability. Further, it is agreed that no individual will be turned away from or otherwise denied access to or benefit from any program or activity that is directly associated with a program of the RECIPIENT on the basis of race, color, national origin, age, sex (in educational activities) or disability.

**35.    AMERICANS WITH DISABILITIES ACT OF 1990.**

35.1    The Sub-recipient shall comply with the Americans with Disabilities Act of 1990 (Public Law 101-336) and the Arizona Disability Act of 1992 (A.R.S § 41-1492 et. seq.), which prohibits discrimination of the basis of physical or mental disabilities in delivering contract services or in the employment, or advancement in employment of qualified individuals.

35.2    Persons with a disability may request a reasonable accommodation, such as a sign language interpreter, by contracting the Contract Manager for the Grant. Request should be made as early as possible to allow time to arrange the accommodation.

**36.    FEDERAL FUNDING.**

Funding for these services is contingent upon the availability of federal government funding. No commitment of any kind is made by the State concerning this Grant unless there are monies provided by a federal grant. The Sub-recipient should take this fact into consideration.

36.1    For the purposes of this Grant, a capital expenditure means expenditures to acquire capital assets, as defined in 2 C.F.R. 200.12, or expenditures to make additions, improvements, modifications, replacements, rearrangements, reinstallations, renovations, or alterations to capital assets that materially increase their value or useful life, with a cost of two hundred fifty dollars ($250) or greater.

36.2    Sub-recipient agrees to maintain property records for equipment purchased with grant funds and perform a physical inventory and reconciliation with property records at least every.  Sub-recipient agrees that funds will not be used for the construction of new facilities.

36.3    Sub-recipient agrees to follow equipment disposition policies as determined by the Federal Awarding Agency at Award Completion or as depicted in the State of Arizona Accounting Manual. Sub-recipient also agrees to follow the directives in ADHS Property and Procedure Policy FIN 111.



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-006**
**Ending the Epidemic, Condom Distribution**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

36.4    Charges to Federal awards for salaries and wages must be based on records that accurately reflect the work performed. These records must: Be supported by a system of internal control which provides reasonable assurance that the charges are accurate, allowable, and properly allocated; Be incorporated into the official records of the non-Federal entity; Reasonably reflect the total activity for which the employee is compensated by the non-Federal entity, not exceeding 100% of compensated activities (for IHE, this per the IHE's definition of IBS); Encompass both federally assisted and all other activities compensated by the non-Federal entity on an integrated basis, but may include the use of subsidiary records as defined in the non-Federal entity's written policy; Comply with the established accounting policies and practices of the non-Federal entity (See paragraph above for treatment of incidental work for IHEs) and Support the distribution of the employee's salary or wages among specific activities or cost objectives if the employee works on more than one (1) Federal award; a Federal award and non-Federal award; an indirect cost activity and a direct cost activity; two (2) or more indirect activities which are allocated using different allocation bases; or an unallowable activity and a direct or indirect cost activity. Budget estimates (i.e., estimates determined before the services are performed) alone do not qualify as support for charges to Federal awards, but may be used for interim accounting purposes only.

36.5    Sub-recipient understands that financial reports are required as an accounting of expenditures for either reimbursement or ADHS-approved advance payments.

36.6    The final request for reimbursement of grant funds must be received by the ADHS no later than sixty (60) days after the last day of the award period.

36.7    All goods and services must be received or have reasonable expectations thereof and placed in service by Sub-recipient by the expiration of this award.

36.8    Sub-recipient agrees that all encumbered funds must be expended and that goods and services must be paid by Sub-recipient within sixty (60) days of the expiration of this award unless funding guidelines permit funds to be used at a future date.

36.9    Sub-recipient agrees to remit all unexpended grant funds to the ADHS within thirty (30) days of written request from the ADHS.

36.10   Sub-recipient agrees to account for interest earned on federal grant funds and shall manage interest income in accordance with the Cash Management Improvement Act of 1990 and as indicated in the State of Arizona Accounting Manual (SAAM) located at the following website. https://gao.az.gov/publications/saam Interest earned in excess of allowable limits must be remitted to the ADHS within thirty (30) days after receipt of a written request from the ADHS.

36.11   Sub-recipient agrees not to use grant funds for food and/or beverage unless explicitly approved in writing by the ADHS.

36.12   Sub-recipient agrees to comply with all applicable laws, regulations, policies and guidance (including specific cost limits, prior approvals and reporting requirements, where applicable) governing the use of grant funds for expenses related to conferences, meetings, trainings, and other events, including the provision of food and/or beverages at such events, and costs of attendance at such events unless explicitly approved in writing by the ADHS.

36.13   No funds shall be used to supplant federal, state, county or local funds that would otherwise be made available for such purposes.  Supplanting means the deliberate reduction of state or local funds because of the existence of any grant funds.

36.14   Sub-recipient agrees that grant funds are not to be expended for any indirect costs that may be incurred by Sub-recipient for administering these funds unless explicitly approved in writing by the ADHS.  This may include, but is not limited to, costs for services such as accounting, payroll, data processing,



**TERMS AND CONDITIONS**

**REQUEST FOR GRANT APPLICATION**
**RFGA NO. 2024-006**
**Ending the Epidemic, Condom Distribution**

**ARIZONA DEPARTMENT OF HEALTH SERVICES**
150 N. 18th Avenue, Suite 530
Phoenix, Arizona 85007

purchasing, personnel, and building use which may have been incurred by the Sub-recipient.

36.15    Sub-recipient will comply with the audit requirements of *OMB* Office of Management and Budget's (OMB) Uniform Administrative Requirements, Cost Principles and Audit Requirement for Federal Awards and provide the ADHS with the Single Audit Report and any findings within ninety (90) days of receipt of such finding(s). If the report contains no findings, the Sub-recipient must provide notification that the audit was completed. All completed Single Audits should be uploaded in the format specified to the Federal Audit Clearinghouse no later than nine (9) months after the entity's fiscal year-end at the attached **Link**: https://harvester.census.gov/facweb/default.aspx/.

36.16    Sub-recipient certifies that it will comply with *OMB Circulars A-102 and 2 CFR, Part 215 Uniform Administrative Requirements for Grants and Cooperative Agreements* as codified in (1) 28 CFR, Part 66.32 or (2) 28 CFR, Part 70.34 and *Cost Principles (1) 2 CFR, Part 225, (2) 2 CFR, Part 220 or (3) 2 CFR, Part 230,* the OJP Financial Guide. OMB A-102 is obsolete, these references can likely be removed in their entirety as they simply reference Uniform Administrative Requirements, Cost Principles and Audit Requirements for Federal Awards located at 2 CFR 200.

36.17    Sub-recipient understands and agrees that misuse of award funds may result in a range of penalties, including suspension of current and future funds, suspension or debarment from federal grants, recoupment of monies provided under an award, and civil and/or criminal penalties.

36.18    Sub-recipient agrees not to do business with any individual, agency, company or corporation listed in the Excluded Parties Listing Service. **Link:** *System for Award Management* https://www.sam.gov/portal/public/SAM/

36.19    Sub-recipient agrees to ensure that, no later than the due date of the Sub-recipient's first financial report after the award is made, Sub-recipient and any subcontractors have a valid UEI profile and active registration with the System for Award Management (SAM) database.

36.20    Sub-recipient certifies that it presently has no financial interest and shall not acquire any financial interest, direct or indirect, which would conflict in any manner or degree with the performance of services required under this Agreement.

36.21    Compliance with 41 U.S.C. 4712 (including prohibitions on reprisal; notice to employees) Sub-recipient must comply with, and is subject to, all applicable provisions of 41 U.S.C. 4712, including all applicable provisions that prohibit, under specified circumstances, discrimination against an employee as reprisal for the employee's disclosure of information related to gross mismanagement of a federal grant, a gross waste of federal funds, an abuse of authority relating to a federal grant, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a federal grant.

36.22    Sub-recipient certifies to comply with the Drug-Free Workplace Act of 1988, and implemented in 28 CFR Part 83, Subpart F, for Sub-recipients, as defined in 28 CFR, Part 83 Sections 83.620 and 83.650.

36.23    Pursuant to A.R.S. § 35-181.03, A. through C. any nonprofit corporation that receives at least $250,000, but less than $750,000 in state assistance in any fiscal year shall file audited financial statements prepared in accordance with federal single audit regulations or financial statement prepared in accordance with generally accepted accounting principles and audited by an independent certified public accountant and provide those evaluation to the ADHS Office of Auditing upon completion at Audit@azdhs.gov.  Each nonprofit corporation receiving $250,000 or less in state assistance in any fiscal year shall comply with contract requirements concerning financial and compliance audits contained in the Grant governing such programs. https://www.azleg.gov/viewdocument/?docName=https://www.azleg.gov/ars/35/00181-03.htm



| | **TERMS AND CONDITIONS**<br><br>**REQUEST FOR GRANT APPLICATION**<br>**RFGA NO. 2024-006**<br>**Ending the Epidemic, Condom Distribution** | **ARIZONA DEPARTMENT OF HEALTH SERVICES**<br>150 N. 18th Avenue, Suite 530<br>Phoenix, Arizona 85007 |
|---|---|---|

**37.    FRAUD, WASTE, AND ABUSE.**

37.1    ADHS requires all employees to abide by the State's Personnel System Rules, R2-5A-501; Standards of Conduct which includes maintaining high standards of honesty, integrity, and impartiality, free from personal considerations and/or favoritism, and Code of Conduct for individuals engaged in Accounting, Financial and Budgeting Activities which depicts the moral, ethical, legal and professional aspects of personal conduct. ADHS requires the same conduct of its consultants, vendors, Sub-recipients, subrecipients, or persons doing business with the agency.

37.2    Any State employee, consultant, vendor, Sub-recipient or subrecipient or person doing business with the Agency who receives a report of improper activity must report the information within one (1) business day. **Note:** Federal Award policy denotes awardees must disclose, in a timely manner, in writing to ADHS all violations of Federal Criminal Law, involving fraud, bribery, or gratuity violations potentially affecting Federal Awards.

37.3    Anyone suspecting Fraud, Waste, or Abuse related to ADHS activities are required to report Fraud, Waste, or abuse through any of the following reporting channels:

37.3.1    ADHS Ethics Action Hotline at (602) 542-2347,

37.3.2    ADHS Ethics Action Email at reportethics@azdhs.gov ,or

37.3.3    General Accounting Office (GAO) Fraud Reporting Email at reportfraud@azdoa.gov to report Fraud, Waste, or Abuse incidents.

**38.    NEW PRODUCTS/SERVICES LANGUAGE.**

The State, at its sole discretion may allow new products or services identified by the Sub-recipient or ADHS to be incorporated.  The request may be submitted at any time during the Grant period.  The requested products or services shall align with the current Scope of Services and Price List.

**39.    PROTECTION OF STATE CYBERSECURITY INTERESTS**

The Sub-recipient shall comply with State Executive Order No. 2023-10, which includes, but is not limited to, a prohibition against (a) downloading and installing of TikTok on all State-owned and State-leased information technology; and (b) accessing TikTok through State information technology.

**40.    COMMENTS WELCOME.**

The ADHS Procurement Office periodically reviews the Uniform Terms and Conditions and welcomes any comments you may have. Please submit your comments to: ADHS Procurement Administrator, Arizona Department of Health Services, 150 North 18th Avenue, Suite 280, Phoenix, Arizona 85007.

Southwest Center
Nice Package Condom Program
RFGA2024-006 Ending the Epidemic, Condom Distribution

Created by and for individuals at risk or living with HIV, The Southwest Center for HIV/AIDS (SWC) is the largest HIV-testing non-governmental agency in the state of Arizona. With HIV treatment and prevention at the core of our services, SWC has become a center of healthcare excellence by creating a culturally reactive mental and physical health clinic supporting historically marginalized individuals, especially the LGBTQIA2S+ and BIPOC communities.

Our mission is to provide affirming and inclusive services to promote well-being and advance health equity for diverse communities and all those seeking compassionate care - especially people of color, LGBTQIA2S+ and Queer individuals, and those affected by HIV. Our vision is a just and equitable world where who we are is embraced in all spaces - especially in barrier-free access to health and wellness - leading each of us to live a full, rich, and authentic life. Each year, SWC serves over 30,000 Arizonans of all ages, races, ethnicities, and genders who are at risk for or living with HIV.

SWC offers a status-neutral approach to delivering whole-person care. Our facility is in downtown Phoenix at the Parsons Center for Health and Wellness. In this space, SWC brings quality community healthcare providers together under one roof, along with our vitamin shop, shared community conference and educational space, and a youth and family resource center.

Our services include:

*Health Clinic:* SWC is committed to providing high-quality, affordable, affirming, and inclusive physical and mental healthcare to all – especially people of color, LGBTQIA2S+ and Queer individuals, and those affected by HIV.

*HIV/STI Testing:* SWC provides testing at no cost to the patient through three strategies: our HIV/STI clinic, community outreach, and the Gender-Affirming Program (GAP). Prevention Specialists walk individuals through the testing process with empathy, confidentiality, and no judgment. We offer testing at our clinic Monday through Friday by walk-in and appointment. SWC also offers outreach testing throughout Maricopa County as part of its community engagement activities. Before the COVID-19 pandemic, SWC's Outreach Team participated in ~200 events yearly and provided HIV/STI testing at dozens of local bars, venues, and events. Following the pandemic, our outreach efforts were renewed to better participate in events and venues representing the needs and identities of our communities. We now participate in about five (5) to seven (7) events per month and have completed more than 100 no-cost testing sessions in the last year. The GAP serves transgender individuals of color ages 13-34. By SWC's GAP staff, the program provides a space for the prioritized community to feel comfortable discussing any questions or concerns.

*PrEP/PEP Navigation:* SWC Clinical Program Navigators refer more than 9,000 clients for PrEP (pre-exposure prophylaxis) and/or PEP (post-exposure prophylaxis) internally at SWC. SWC has one of the most comprehensive PrEP/nPEP Navigation programs in the Southwestern US and partners with several community agencies and patient assistance programs to reduce barriers to care.

Southwest Center
Nice Package Condom Program
RFGA2024-006 Ending the Epidemic, Condom Distribution

*Sexual and Reproductive Health Services:* SWC offers high-quality, confidential, low- to no-cost sexual and reproductive services to everyone regardless of income, insurance status, gender identity, sexuality, or immigration status. These services include contraception, sexually transmitted infection (STI) services, pregnancy testing, counseling and resources, cervical and breast cancer screenings, preconception health, and basic infertility services.

*Gender-Affirming Program (GAP):* SWC provides individualized care and support to gender-expansive people in reaching their transformative goals by navigating agency services and providing referrals to our resource network and community partners.

*Mental Health:* SWC's Mental Health department includes licensed therapists who offer individual, group, and family counseling. Services include addiction counseling, Eye Movement Desensitization and Reprocessing (EMDR), Trauma Informed Care (TIC), Cognitive Behavior Therapy, Dialectical Behavior Therapy, Motivational Interviewing, and Support Groups.

*Medical and Non-Medical Case Management:* SWC Case Managers help people obtain and sustain the medical care and other core support services they need to live long, healthy lives. We connect clients to various healthcare services (including primary care, behavioral health, and dental). Additional services include connection to medication and health care coverage and resources for housing, disability application, education, job attainment, food security, insurance applications, and transportation.

*Nutrition:* SWC provides a range of nutrition services, including Nutrition Assessments (one-on-one comprehensive nutritional assessment with a registered dietitian, body composition testing, education on healthy food choices, and recommendations for nutritional supplements), an on-site Vitamin and Herb Shop (high-quality, affordable vitamins, minerals, and supplements), and Food Voucher Program (currently $50 food vouchers to low-income, HIV-positive clients who meet certain medical/nutritional needs).

*Outreach:* SWC's Outreach team seeks to eliminate stigma around HIV while educating the community on safer sex, PrEP, U=U, HIV, and more. Outreach also provides HIV, STI, and HCV testing at select venues and events.

*Nice Package Initiative:* SWC provides free condoms delivered directly to individuals and organizations to the entire state of Arizona and Southern Nevada. In 2022, Nice Package distributed 1.8 million condoms to the community.

SWC deeply understands the people and communities it serves and has established a strong positive presence. We strive to meet clients where they are - physically, emotionally, and mentally.

SWC has received multiple multi-year federal direct or pass-through awards since its inception in 1990. Within the past seven (7) years, SWC has received direct, multi-year awards from the CDC totaling $4 million and CDC and Ryan White Part B (RWPB) pass-through multi-year funding from ADHS totaling $5.4 million. Ryan White Part A (RWPA) also funds the SWC, awarding SWC $6.1 million in direct multi-year contracts. SWC recently received a five (5) year

award from the Substance Abuse Mental Health Services Administration (SAMHSA), totaling $2.5 million. SWC has no findings on its external audits regarding managing federal funding, and all audits conducted by the funding agencies have also been clean. For condom distribution-specific funding, SWC has received $309,937.10 per year in pass-through funding from ADHS within the last six (6) years.

Condom distribution in Arizona is just one tool in the HIV prevention tool belt. Condoms are an effective barrier method that helps reduce the transmission of not only HIV but also other STIs like gonorrhea, chlamydia, and syphilis. Condom programs, like SWC's Nice Package, include educational components that provide information on the importance of safer sex practices. This includes information on proper condom use, the importance of regular STI testing, and communication about sexual health within relationships. Nice Package helps ensure that condoms are accessible to a wide range of individuals, including those who may face barriers to obtaining them, such as financial constraints or lack of access to healthcare services. Providing access to condoms empowers individuals to take responsibility for their sexual health. It allows them to make informed decisions about protecting themselves and their partners from the potential risks associated with unprotected sex. Overall, condom distribution is a proactive approach to promoting public health, reducing the spread of STIs, and preventing unintended pregnancies. It contributes to a comprehensive sexual health strategy emphasizing education, accessibility, and empowerment.

As the current condom provider for the state of Arizona and Southern Nevada, Nice Package has experienced programmatic barriers such as, limited quantity of certain items from the distributor, limited staff to provide a comprehensive program, and bulk distribution partners having difficulty receiving their orders. With this new funding opportunity, SWC and Nice Package will utilize the current e-commerce system to monitor and manage condom inventory more completely. This way, there will not be a large gap in the inventory available for the program. Nice Package will also implement a more organized ordering process through the e-commerce site for mail-order and bulk distribution programs by updating the settings, creating a separate page for bulk orders, and allowing consumers to create a profile that can be saved and utilized for future orders. Nice Package will also be hiring a program manager solely focused on overseeing, monitoring, and evaluating the condom distribution program. This will ensure the program will have consistent support, one main contact for the program, and the ability to provide an efficient and effective comprehensive program. Lastly, ensuring there is an updated ordering process and system for bulk distributors and detailed expectations for the bulk distributors will allow partners to receive their orders in a timely and organized manner.

SWC has been the sole provider of no-cost condoms, lube, and other safer sex supplies for the past six (6) years for the state of Arizona and Southern Nevada. SWC's Nice Package provides condoms, lube, and other supplies through three main components. The first is mail-order, where a consumer orders a package of 10-12 safer sex supplies through our Nice Package website at no cost to them. That package is discreetly mailed to the consumer in a non-labeled, plain envelope with minimal information on the return address. The second is partner bulk distribution, where

organizations in Arizona can contact Nice Package and order condoms and other safe sex supplies to provide to their patients, communities, and clients. The final is the dispenser network, where organizations and businesses were given dispensers to fill with bulk-ordered condoms to provide to communities for free. Nice Package also participates in local events to distribute condoms and other supplies, such as Pride, Rainbows, Gay Rodeo, First Fridays, Project Connect, Two-Spirit Powwow, and other events. Through these three components, Nice Package has distributed almost two million condoms in the past year. Since COVID-19, Nice Package has seen a significant increase in the need for condoms and other safe sex supplies, at the least tripling the demand for this program.

SWC currently manages individual ordering through the e-commerce site SquareSpace. Moving forward, SWC will offer individual and bulk ordering for partnering agencies and inventory management through SquareSpace, allowing for a streamlined approach to organizing the program. SWC will also partner with OHHS in ordering inventory through Global Protection Corp, the current distributor used for all condoms and safe sex supplies. SWC proposes that the ordering process occurs every quarter to manage the expectations from bulk distributors. This will offer a streamlined and organized process and require planning, organization, and inventory management from all partner agencies and SWC. SWC also proposes that the program manager order directly with Global Protection, and then they will send the invoice to OHHS for payment. This way, OHHS will not have to be in constant contact with SWC and Global Protection if items are out of stock, an emergency order is needed, etc.

The Nice Package website is currently functioning and receiving orders. SWC will update the website to include bulk distribution ordering and the inventory system on the back end, including the newly rebranded name and logo. SWC will conduct a slow rebranding process to allow current consumers to understand the transition and what to expect. SWC will also update the website to ensure it is ADA-compliant, including semantic HTML, alternative text for images, keyboard accessibility, color contrast, readable text, clear instructions for forms and inputs, and other potential upgrades.

Nice Package will launch at least four (4) awareness campaigns each year to ensure that underserved communities understand the importance of condoms and other safe sex supplies, how to use them, and how to have those conversations with their partners. The program also recognizes and respects cultural diversity within the community and ensures that partnering agencies are also diverse and represent different underserved key populations such as Chicanos Por La Causa, one-n-ten, Social Spin, Brick Road Coffee, and others. These partnering agencies provide access to diverse communities who are at a higher risk for HIV infection and do not have access to or lack trust in medical personnel. The program will also continue to use and establish new accessible distribution sites for condoms in areas the community frequents, such as schools, places of worship, coffee shops, local businesses, and other unconventional distribution sites. Nice Package will also offer different educational materials and workshops offered at partnering agencies, businesses, places of worship, etc.

To prepare for shortages of condoms and safe sex supplies, Nice Package will closely monitor internal inventory and keep in contact with partnering agencies to ensure there is minimal to no gaps in supply. If there happens to be a gap in supply, SWC will work with OHHS to find a solution.

SWC currently partners with Sonoran Prevention Works on advertising different services offered at both agencies, such as syringe access, HIV/Hep C testing, substance use services, etc., and Nice Package currently provides bulk condoms and safe sex supplies to Sonoran Prevention Works, Terros Health, CPLC, SAAF, and other harm reduction agencies. The program will maintain and expand its partnership with these agencies and begin working with other harm reduction service programs. SWC has built a strong partnership with Yavapai County and has provided condoms and other safe sex supplies to the county. SWC has also participated in a pride event hosted by the Hualapai Tribe, which has resulted in other partnering events. SWC partners with Native Health and Phoenix Indian Medical Center for events and condom distribution. SWC will continue to strengthen this relationship, be a trusted organization, and partner with the indigenous community. Nice Package currently partners with CPLC, Ebony House, SAAF, one-n-ten, Phoenix Pride, and other agencies that serve Black, Latinx, and LGBTQIA2S+ communities. Nice Package will continue partnering with and working with other agencies that serve underserved communities. Awareness campaigns and marketing strategies will also be utilized to target underserved communities.

The program manager will work closely with the Senior Grants and Contracts Manager to monitor and evaluate the condoms program monthly. Some performance metrics will be Partnership effectiveness, reach and accessibility, condom distribution points, zip code usage, and increased health outcomes for underserved populations. SWC may update these as the program continues and trends change.

Evaluation strategies will include Pre and Post campaign surveys, Consumer Engagement Group focus groups, and cost-effectiveness. SWC may update these as the program continues and trends change.

SWC ensures competitive wages with annual market reviews for each position hosted within the facility. Additionally, the organization also evaluates the cost of living and provides raises with the intention of employee retention. The performance also offers staff the opportunity to be provided with an increased wage. Reducing turnover and improving retention involves a balance of competitive wages and benefits, positive culture, and structure. The Southwest Center aims to achieve high scores in culture with appreciation cards, promoting kindness and self-care, and more. Additionally, creating structure within the policies and procedures so employees have the needed guidance and expectations will positively impact employee retention.

| Condom Distribution | | |
|---|---|---|
| **Southwest Center for HIV/AIDS** | | |
| | | |
| | | |
| | | |
| **Cost Reimbursement Line Item Budget** | | |
| | | |
| **Account Classification** | **Total Budget** | |
| Personnel | $100,000.00 | |
| ERE | $26,000.00 | |
| Professional & Outside Services | $0.00 | |
| Travel | $6,254.00 | |
| Occupancy | $0.00 | |
| Other Operating | $135,146.00 | |
| Capital Outlay | $2,600.00 | |
| Indirect | $30,000.00 | |
| | | |
| **TOTALS** | **$300,000.00** | |
| | | |
| With prior written approval from the Program Manager, the contractor is authorized to transfer up to a maximum of 10% of the total budget amount between line items.  Transfers of funds are only allowed between funded line items.  Transfers exceeding 10% or to a non-funded line item shall require an amendment. | | |
| | | |
| | | |