JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
PELECANOS*†
pelecanos@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

JOSE ABRIGO*
jabrigo@lambdalegal.org
OMAR GONZALEZ-PAGAN*
ogonzalez-pagan@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

CAMILLA B. TAYLOR*
ctaylor@lambdalegal.org
KENNETH D. UPTON, JR*
kupton@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

*  *Appearance pro hac vice*
†  *Mailing address only*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

------------------------------------------------------- x

SAN FRANCISCO AIDS FOUNDATION; *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,

    *Defendants*.

------------------------------------------------------- x

Case No. 4:25-cv-01824-JST

**SECOND SUPPLEMENTAL DECLARATION OF TYLER TERMEER, CHIEF EXECUTIVE OFFICER OF SAN FRANCISCO AIDS FOUNDATION, IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Dr. Tyler TerMeer, hereby state as follows:

1. I am the Chief Executive Officer of San Francisco AIDS Foundation ("SFAF"), a nonprofit 501(c)(3) organization based in San Francisco, California. SFAF works to promote health, wellness, and social justice for communities affected by HIV through advocacy, education, and direct services. I have served in this capacity since February 14, 2022.

2. On February 24, 2025, I executed a Declaration (ECF No. 47-9) in support of Plaintiffs' Complaint and Motion for a Preliminary Injunction, filed on March 3, 2025 (ECF No. 47). On April 7, 2025 I executed a supplemental declaration (ECF No. 58) in further support of the same to prevent Defendant agencies and their leadership from enforcing Executive Order No. 14168 "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" ("Gender Order"), issued January 20, 2025; Executive order No. 14151 "Ending Radical and Wasteful DEI Programs and Preferencing" ("DEI-1 Order"), issued January 20, 2025; and Executive Order No. 14173 "Ending Illegal Discrimination and Restoring Merit-Based Opportunity" ("DEI-2 Order"), issued January 21, 2025 (collectively, the "Executive Orders"), and related agency directives.

3. Since executing that Declaration on April 7, 2025, Defendant Centers for Disease Control and Prevention ("CDC"), has taken further action to enforce the Executive Orders. I am submitting this supplemental declaration to inform the Court of these recent developments and the negative impacts they have had and will continue to have on SFAF and the people that it serves.

4. On September 13, 2023, the CDC, a component of the U.S. Department of Health and Human Services, awarded SFAF a five-year cooperative agreement under the Enhancing STI and Sexual Health Clinic Infrastructure (ESSHCI) program, CDC-RFA-PS-23-0011. The award supports critical sexual health and STI prevention services for the San Francisco Bay Area. The initial budget period was from September 30, 2023, through September 29, 2024, with $500,000 in funding obligated. The award was then restructured and from September 30, 2024, through September 29, 2025, and SFAF was funded for $200,000 a year. The period of performance runs

through September 29, 2028. In summary, the funding awarded is $200,000 for four years, from September 2024 to September 2028. The Notice of Award for the CDC Grant is attached as **Exhibit A**. The Notice of Renewed Award is attached as **Exhibit B.**

5. The ESSHCI grant enables SFAF to expand and enhance STI and comprehensive sexual health services, including increasing clinic capacity, improving client experiences, addressing health disparities, and deploying alternative service models such as telehealth and co-location in syringe services programs. The project specifically targets communities disproportionately affected by sexual health disparities, including LGBTQ+ individuals, people of color, transgender and nonbinary people, and people who use drugs.

6. On or about April 22, 2025, SFAF received a communication from the CDC on their grant portal stating that, to comply with Executive Order No. 14168 ("Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government") SFAF must immediately terminate all programs, personnel, activities, or contracts promoting or inculcating gender ideology that are supported by the ESSHCI award. The notice requires "complete and permanent termination" of these efforts and prohibits incurring any further costs for such activities. A copy of the Notice from the Grants Portal is attached as **Exbibit C.**

7. On or about April 22, 2025, SFAF received a second communication from the CDC on their grant portal stating that, to comply with Executive Order No. 14151 ("Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Rescissions of Harmful Executive Orders and Action") SFAF must immediately terminate all programs, personnel, activities, or contracts promoting diversity, equity and inclusion that are supported by the ESSHCI award. The notice requires "complete and permanent termination" of these efforts and prohibits incurring any further costs for such activities. A copy of the Notice from the Grants Portal is attached as **Exbibit D.**

8. Both notices defines these prohibited activities expansively, including any "vestige, remnant, or re-named piece" of DEI or gender-related programs, regardless of the program's

3

SECOND SUPPLEMENTAL DECLARATION OF TYLER TERMEER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, CASE NO. 4:25-cv-01824-JST

location or the citizenship of its employees. *Id.*

9. Compliance with this directive would be virtually impossible for SFAF under the terms of the ESSHCI cooperative agreement. SFAF's grant-supported activities inherently involve serving and supporting LGBTQ+ communities, transgender individuals, and people of color, addressing the specific health disparities they face.

10. We are unsure how to modify these programs, personnel, or activities without fundamentally undermining the grant's purpose and violating the terms of the Notice of Award, which mandates addressing sexual health disparities and supporting disproportionately impacted communities.

11. Moreover, we believe compliance would likely violate federal statutory protections against discrimination. Section 1557 of the Affordable Care Act, codified at 42 U.S.C. § 18116(a), prohibits discrimination on the basis of race, color, national origin, sex, age, or disability under any health program receiving federal financial assistance. The Executive Orders' enforcement would require SFAF to discriminate on the basis of sex (including gender identity) and other protected grounds in violation of this statute.

///

///

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 15, 2025

Respectfully submitted,

_____
Dr. Tyler TerMeer