# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

### Notice of Award

Award# 5 NH25PS005225-02-00
FAIN# NH25PS005225
Federal Award Date: 08/22/2024

## Recipient Information

1. **Recipient Name**
   SFAF

2. **Congressional District of Recipient**
   11

3. **Payment System Identifier (ID)**

4. **Employer Identification Number (EIN)**
   942927405

5. **Data Universal Numbering System (DUNS)**
   109280990

6. **Recipient's Unique Entity Identifier (UEI)**

7. **Project Director or Principal Investigator**
   Mr. Jorge Roman
   Director of Clinical Services

   

8. **Authorized Official**
   Javier Saucedo
   Director Program Strategy & Administration

   

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Mr. Ryan Springer
   Grants Management Specialist (GMS)

   

10. **Program Official Contact Information**
    Melissa Boyette
    Program Officer
    NCHHSTP

    

## Federal Award Information

11. **Award Number**
    5 NH25PS005225-02-00
12. **Unique Federal Award Identification Number (FAIN)**
    NH25PS005225
13. **Statutory Authority**
    This program is authorized under Sections 317 and 318 of the Public Health Service Act, as amended [42 U.S.C. Sections 247b and 247c]
14. **Federal Award Project Title**
    SFAF - CDC Enhancing STI and Sexual Health Clinic Infrastructure (ESSHCI) PS-23-0011

15. **Assistance Listing Number**
    93.977
16. **Assistance Listing Program Title**
    Preventive Health Services_Sexually Transmitted Diseases Control Grants

17. **Award Action Type**
    Non-Competing Continuation
18. **Is the Award R&D?**
    No

## Summary Federal Award Financial Information

| 19. Budget Period Start Date 09/30/2024 - End Date 09/29/2025 | |
|---|---|
| 20. Total Amount of Federal Funds Obligated by this Action | $200,000.00 |
|     20a. Direct Cost Amount | $200,000.00 |
|     20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $0.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $200,000.00 |
| 26. Period of Performance Start Date 09/30/2023 - End Date 09/29/2028 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $1,200,000.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS

29. **Grants Management Officer – Signature**
    Terrian Dixon
    Grants Management Officer

30. **Remarks**

Non-Competing Continuation: Financial Assistance in the amount of $200,000.00

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 5 NH25PS005225-02-00
FAIN# NH25PS005225
Federal Award Date: 08/22/2024

| Recipient Information | | |
|---|---|---|
| **Recipient Name** SFAF [redacted] | | |

**Congressional District of Recipient**
11

**Payment Account Number and Type**
1942927405A1

**Employer Identification Number (EIN) Data**
942927405

**Universal Numbering System (DUNS)**
109280990

**Recipient's Unique Entity Identifier (UEI)**
[redacted]

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

| 33. Approved Budget (Excludes Direct Assistance) | |
|---|---|
| I. Financial Assistance from the Federal Awarding Agency Only | |
| II. Total project costs including grant funds and all other financial participation | |
| a. Salaries and Wages | $0.00 |
| b. Fringe Benefits | $0.00 |
| c. Total Personnel Costs | $0.00 |
| d. Equipment | $0.00 |
| e. Supplies | $0.00 |
| f. Travel | $0.00 |
| g. Construction | $0.00 |
| h. Other | $200,000.00 |
| i. Contractual | $0.00 |
| j. TOTAL DIRECT COSTS | $200,000.00 |
| k. INDIRECT COSTS | $0.00 |
| l. TOTAL APPROVED BUDGET | $200,000.00 |
| m. Federal Share | $200,000.00 |
| n. Non-Federal Share | $0.00 |

**34. Accounting Classification Codes**

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 3-9390F49 | 23NH25PS005225 | PS | 410Q | 93.977 | $0.00 | 75-23-0950 |
| 4-9390F49 | 23NH25PS005225 | PS | 410Q | 93.977 | $200,000.00 | 75-24-0950 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Centers for Disease Control and Prevention

Notice of Award

Award# 5 NH25PS005225-02-00
FAIN# NH25PS005225
Federal Award Date: 08/22/2024

## Direct Assistance

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---:|---:|---:|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

## AWARD ATTACHMENTS

| SFAF | 5 NH25PS005225-02-00 |

1. Terms & Conditions - NCC

## AWARD INFORMATION

**Incorporation:** In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number **CDC-RFA-PS-23-0011, entitled "Enhancing STI and Sexual Health Clinic Infrastructure (ESSHCI)",** and application dated July 8, 2024, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Total Approved Funding is included in Summary Federal Award Financial Information on page 1 of the NOA.** All future year funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third-party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**This award has been fully funded for Budget Year 02.**

**Financial Assistance Mechanism:** Cooperative Agreement

**Budget Revision Requirement:** By **October 30, 2024**, the recipient must submit a revised budget with a narrative justification. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

- Please adjust budget to reflect approved funding amount.

**Technical Review:** Within *5 days* of this Notice of Award's (NOA) issue date, the Technical Review will be accessible to the recipient in **GrantSolutions → Grant Notes**. Contact the assigned Program Officer indicated in the NOA with any questions regarding this document or any follow up requirements and timelines set forth therein.

**Substantial Involvement by CDC:** This is a cooperative agreement and CDC will have substantial programmatic involvement after the award is made. Substantial involvement is in addition to all post-award monitoring, technical assistance, and performance reviews undertaken in the normal course of stewardship of federal funds.

CDC program staff will assist, coordinate, or participate in carrying out effort under the award, and recipients agree to the responsibilities therein, as detailed in the NOFO.

- Making subject matter experts available, including scientific leadership, program planning, evaluation, and senior leadership to foster strategic discussions on the best approaches to achieve program goals,
- Conducting an in-person or virtual kick-off meeting with DSTDP leadership and staff at the beginning of the five-year period of performance,
- Sharing scientific and policy reports, research publications, education media campaign updates, and other work,
- Providing data and expert opinion to inform project activities,

- Providing guidance and set standards on data collection, use, and submission requirements,
- Coordinating to improve the quality and effectiveness of the proposed program, including revising the work plan, evaluation strategy, products and services, and other elements,
- Fostering ongoing opportunities for networking, communication, coordination, and collaboration,
- Monitoring program performance using multiple approaches, such as standardized review of performance, recipient feedback and other data reports, to support program development, implementation, evaluation, and improvement,
- Facilitating program collaboration with other CDC programs and HHS offices to enhance and improve integration of services, and
- Collecting and disseminating information, best practices, lessons learned, and evaluation results (e.g., through conferences, guidance, material development, webinars, data sharing publications, other social media, participation in meetings, committees, and working groups related to the cooperative agreement).

**Program Income**: Any program income generated under this grant or cooperative agreement will be used in accordance with the Addition alternative.

- <u>Addition alternative:</u> Under this alternative, program income is added to the funds committed to the project/program and is used to further eligible project/program objectives.

Note: The disposition of program income must have written prior approval from the GMO.

**Indirect Costs**:

Indirect costs are approved based on the negotiated indirect cost rate agreement dated August 4, 2023, which calculates indirect costs as follows, a Predetermined is approved at a rate of 35.00% of the base, which includes, direct salaries and wages excluding all fringe benefits. The effective dates of this indirect cost rate are from July 1, 2021 to June 30, 2025.

## FUNDING RESTRICTIONS AND LIMITATIONS

**Notice of Funding Opportunity (NOFO) Restrictions**: Restrictions that must be considered while planning the programs and writing the budget are:
- Recipients may not use funds for research.
- Recipients may not use funds for clinical care except as allowed by law.
- Recipients may use funds only for reasonable program purposes, including personnel, travel, supplies, and services.
- Generally, recipients may not use funds to purchase furniture or equipment. Any such proposed spending must be clearly identified in the budget.
- Reimbursement of pre-award costs generally is not allowed unless the CDC provides written approval to the recipient.
- Other than for normal and recognized executive-legislative relationships, no funds may be used for:
    - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of 49 of 74 legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
- The direct and primary recipient in a cooperative agreement program must perform a

- substantial role in carrying out project outcomes and not merely serve as a conduit for an award to another party or provider who is ineligible.
- CDC funds may be used for laboratory costs to screen or monitor PrEP per CDC Guidelines for uninsured or underinsured people receiving PrEP in not-for-profit or governmental clinics.
- CDC funds may be used for mobile units and other novel engagement strategies.
- CDC funds cannot be used to cover the costs of antiretroviral medication, including PrEP.
- Federal funds used for the purchase of supplies or equipment related to injection drug use must comply with current federal law.
- Recipients may not use funds to purchase family planning medications.
- Recipients may use funds to screen, diagnose, or treat STIs in persons who are uninsured and underinsured.
- Funds cannot be used to purchase medication for treatment of hepatitis C.

## REPORTING REQUIREMENTS

**Performance Progress and Monitoring:** Performance information collection initiated under this grant/cooperative agreement has been approved by the Office of Management and Budget under **OMB Number 0920-1132**, **"Performance Progress and Monitoring Report,"** 03/31/2026. The components of the PPMR are available for download at: https://www.cdc.gov/grants/already-have-grant/Reporting.html.

## PROGRAM OR FUNDING GENERAL REQUIREMENTS

**HIV Program Review Panel Requirement:** All written materials, audiovisual materials, pictorials, questionnaires, survey instruments, websites, educational curricula, and other relevant program materials must be reviewed and approved by an established program review panel. A list of reviewed materials and approval dates must be submitted to the CDC Grants Management Specialist identified in the CDC Roles and Responsibilities section of this NoA.

**Prior Approval:** All requests, which require prior approval, must bear the signature of the authorized organization representative. The recipient must submit these requests by ==May 31, 2025==. Additionally, any requests involving funding issues must include an itemized budget and a narrative justification of the request.

The following types of requests require prior approval:

- Lift funding restriction
- Significant redirection of funds (i.e., cumulative changes of 25% of total award)
- Change in scope
- Implement a new activity or enter into a sub-award that is not specified in the approved budget
- Apply for supplemental funds
- Change in key personnel
- Extensions to period of performance

Instructions for prior approval requests can be found at: CDC Prior Approvals for Non-research Awards

Additional information on the electronic grants administration system CDC non-research awards utilize, Grants Solutions, can be found at: https://www.cdc.gov/grants/grantsolutions/index.html.

## PAYMENT INFORMATION

The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified beginning on the bottom of **Page 2** of the Notice of Award must be known in order to draw down funds.

## CDC Staff Contacts Information is listed on page 1 of the NoA

**Grants Management Specialist:** The GMS is the federal staff member responsible for the day-to-day management of grants and cooperative agreements. The GMS is the primary contact of recipients for business and administrative matters pertinent to grant awards.

**The GMS contact information is located on page 1, item #9.**

**Program/Project Officer:** The PO is the federal official responsible for monitoring the programmatic, scientific, and/or technical aspects of grants and cooperative agreements, as well as contributing to the effort of the award under cooperative agreements.

**The PO contact information is located on page 1, item #10.**

**Grants Management Officer:** The GMO is the federal official responsible for the business and other non-programmatic aspects of grant awards. The GMO is the only official authorized to obligate federal funds and is responsible for signing the NoA, including revisions to the NoA that change the terms and conditions. The GMO serves as the counterpart to the business officer of the recipient organization.