**From:** Stephanie Rivera
**Sent:** Tuesday, April 22, 2025 10:17 AM
**To:** Ben Hice <​​​​​​​​​​​​​​​​>; Peter Parisot <​​​​​​​​​​​​​​​​​​>; Tyler TerMeer <​​​​​​​​​​​​​​​​>
**Cc:** Tracey Packer <​​​​​​​​​​​​​​​​​​>; Jason Bena <​​​​​​​​​​​​​​​​>
**Subject:** Grant Language received this morning

Dear Recipient:

This Centers for Disease Control and Prevention (CDC) award is funded in whole or in part with United States Government foreign assistance funds.

To implement Executive Orders entitled Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Rescissions of Harmful Executive Orders and Action, you must immediately terminate, to the maximum extent, all programs, personnel, activities, or contracts promoting "diversity, equity, and inclusion" (DEI) at every level and activity, regardless of your location or the citizenship of employees or contractors, that are supported with funds from this award. Any vestige, remnant, or re- named piece of any DEI programs funded by the U.S. government under this award are immediately, completely, and permanently terminated.

No additional costs must be incurred that would be used to support any DEI programs, personnel, or activities. If you are a global recipient and have previously received this notification regarding DEI activities, please follow those instructions accordingly