# Jamie Farnsworth

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Thursday, June 12, 2025 2:22 PM |
| **To:** | Jamie Farnsworth |
| **Subject:** | Pay.gov Payment Confirmation: NDCA (California Northern) Civil and Criminal Bonds and Other Payments |

You don't often get email from notification@pay.gov. Learn why this is important

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact CAND Finance at (415) 522-4621 or CAND_Finance@cand.uscourts.gov.

Application Name: NDCA (California Northern) Civil and Criminal Bonds and Other Payments
Pay.gov Tracking ID: 27OSDN0G
Agency Tracking ID: 77070904132
Transaction Type: Sale
Transaction Date: 06/12/2025 05:21:51 PM EDT
Account Holder Name: Kenneth Upton
Transaction Amount: $1,000.00
Card Type: AmericanExpress
Card Number: ************1004

Defendant or Party Name: San Francisco AIDS Foundation, et al.
Case Number: DCAN425CV001824-
Payer's Name: Kenneth Upton, Lambda Legal Defense and Education Fund, Inc.
Payer's Address, City, State, Zip: 3656 North Halsted Street, Chicago, IL, 60613
Payer's Telephone: (312) 663-4413
Payer's Email: kupton@lambdalegal.org
Type of Payment: Civil Bond

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service