JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
PELECANOS*
pelecanos@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

JOSE ABRIGO*
jabrigo@lambdalegal.org
OMAR GONZALEZ-PAGAN*
ogonzalez-pagan@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

CAMILLA B. TAYLOR*
ctaylor@lambdalegal.org
KENNETH D. UPTON, JR*
kupton@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

*Counsel for Plaintiffs*
**Appearance Pro Hac Vice*

PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-3246
Pardis.Gheibi@usdoj.gov

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
Kenneth W. Brakebill (CABN 196696)
Acting Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, *et al.*;<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*<br><br>Defendants. | Case No. 4:25-cv-1824-JST<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the Parties hereby stipulate as follows:

WHEREAS, on February 20, 2025, Plaintiffs filed the Complaint. Dkt. No. 1;

WHEREAS, on March 3, 2025, Plaintiffs filed a Motion for Preliminary Injunction. Dkt. No. 47;

WHEREAS, on June 9, 2025, the Court the Order Granting in Part and Denying in Part Plaintiffs' Motion for Preliminary Injunction. Dkt. No. 81;

WHEREAS, on June 10, 2025, the Court continued the Case Management Conference to June 24, 2025. Dkt. No. 83;

WHEREAS, on June 13, 2025, the Court issued a Preliminary Injunction Order, which requires compliance within five (5) business days. Dkt. No. 87;

WHEREAS, the Court's Preliminary Injunction Order identifies approximately twenty-three (23) grant awards that are subject to the Court's Preliminary Injunction Order;

WHEREAS, the Parties have been working cooperatively and in good faith regarding compliance with the Court's Preliminary Injunction Order;

WHEREAS, Plaintiffs are in process of collecting information regarding the subject grant awards, to facilitate compliance with the Court's Order;

WHEREAS, the Parties are also working cooperatively and in good faith regarding additional next steps in this litigation, which may include an appeal;

WHEREAS, it would conserve judicial and Party resources to continue the Case Management Conference approximately three (3) weeks, to enable them to focus on compliance and to continue their discussions about next steps;

NOW THEREFORE, the Parties STIPULATE and JOINTLY REQUEST that the Court continue the Initial Case Management Conference set for June 24, 2025, at 9:30 a.m. by three (3) weeks (*i.e.*, to July 15, 2025) days or a date TBD by the Court, and extend the related Case Management Statement deadlines by a corresponding time period.

1  DATED: June 17, 2025                    Respectfully submitted,

2                                          /s/ Kenneth D. Upton, Jr.
                                           JENNIFER C. PIZER (SBN 152327)
3                                          *jpizer@lambdalegal.org*
                                           LAMBDA LEGAL DEFENSE AND
4                                          EDUCATION FUND, INC.
                                           800 South Figueroa Street, Suite 1260
5                                          Los Angeles, California 90017-2521
                                           Telephone: (213) 382-7600
6
                                           KENNETH D. UPTON, JR*
7                                          *kupton@lambdalegal.org*
                                           CAMILLA B. TAYLOR*
8                                          *ctaylor@lambdalegal.org*
                                           LAMBDA LEGAL DEFENSE AND
9                                          EDUCATION FUND, INC.
                                           3656 North Halsted Street
10                                         Chicago, Illinois 60613-5974
                                           Telephone: (312) 663-4413
11
                                           JOSE ABRIGO*
12                                         *jabrigo@lambdalegal.org*
                                           OMAR GONZALEZ-PAGAN*
13                                         *ogonzalez-pagan@lambdalegal.org*
                                           LAMBDA LEGAL DEFENSE AND
14                                         EDUCATION FUND, INC.
                                           120 Wall Street, 19th Floor
15                                         New York, New York 10005-3919
                                           Telephone: (212) 809-8585
16
                                           KAREN L. LOEWY*
17                                         *kloewy@lambdalegal.org*
                                           LAMBDA LEGAL DEFENSE AND
18                                         EDUCATION FUND, INC.
                                           815 16th Street NW, Suite 4140
19                                         Washington, DC 20006-4101
                                           Telephone: (202) 804-6245
20
                                           PELECANOS*
21                                         *pelecanos@lambdalegal.org*
                                           Boulder County, Colorado
22                                         Telephone: (213) 351-6051
                                           c/o Jennifer C. Pizer, local counsel
23                                         LAMBDA LEGAL DEFENSE AND
                                           EDUCATION FUND, INC.
24                                         800 S. Figueroa St., Ste 1260
                                           Los Angeles, California 90017-2521
25
                                           *Counsel for Plaintiffs*
26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
25-CV-01824-JST                            3

|   |   |
|---|---|
| 1 | */s/ Christopher F. Jeu* |
|   | CRAIG H. MISSAKIAN (CABN 125202) |
| 2 | United States Attorney |

Kenneth W. Brakebill (CABN 196696)
Acting Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-3246
Pardis.Gheibi@usdoj.gov

*Attorneys for Federal Defendants*

### **ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3). I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: June 17, 2025          By: */s/ Christopher F. Jeu*

CHRISTOPHER F. JEU
Counsel for Federal Defendants