PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-3246
Pardis.Gheibi@usdoj.gov

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
Kenneth W. Brakebill (CABN 196696)
Acting Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, *et al.*;<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*<br><br>Defendants. | Case No. 4:25-cv-1824-JST<br><br>**DECLARATION OF CHRISTOPHER F. JEU** |

I, CHRISTOPHER F. JEU, declare as follows:

I am the Assistant United States Attorney assigned to the above-captioned action.

1. This declaration is made pursuant to Civil Local Rule 6-2 and in Support of the Stipulated Request to Continue the Case Management Conference. *See* Dkt. No. 83.

2. Pursuant to Local Rule 6-2(a)(1), the reason for the requested enlargement of time is that it would be more efficient for the Court and the Parties to conduct the Case Management Conference

1  after the Parties have had further time to work on compliance with the Court's Preliminary Injunction
2  Order, Dkt. No. 87, and to discuss next steps, which may include appeal.  The Parties have been working
3  cooperatively and in good faith, including regarding compliance.

4      3.      Under the current case schedule, the Case Management Conference is currently
5  scheduled for June 24, 2025.  *See* Dkt. No. 83.

6      4.      Pursuant to Local Rule 6-2(a)(2), following are the time modifications in the case:

- March 2025:  Order Granting Stipulated Extension of Motion for Preliminary Injunction Briefing Schedule.  *See* Dkt. No. 51;
- June 2025:  Order Continuing Case Management Conference.  *See* Dkt. No. 83.

5.  Pursuant to Local Rule 6-2(a)(3), under the requested extension, other than extending the dates for the Case Management Conference and related projects, *e.g.*, the Case Management Statement, the requested time modification would not have an effect on the case schedule.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 17, 2025, in Santa Clara County, California.

                                          Respectfully submitted,

                                          */s/ Christopher F. Jeu*
                                          CHRISTOPHER F. JEU