# [PROPOSED] ORDER

Based on the Stipulated Request of the Parties, and GOOD CAUSE APPEARING THEREFORE, the schedule for the Case Management Conference is continued as follows:

| Date | Event |
|---|---|
| Seven (7) days in advance of the Initial Case Management Conference | Case Management Statement |
| July 15, 2025, 2:00 p.m. or a date/time TBD by the Court | CASE MANAGEMENT CONFERENCE (CMC) (Zoom) Oakland Courthouse, Courtroom 6 – 2nd Floor 1301 Clay Street, Oakland, CA 94612 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE