| | |
|---|---|
| JENNIFER C. PIZER (SBN 152327) <br> *jpizer@lambdalegal.org* <br> PELECANOS* <br> pelecanos@lambdalegal.org <br> LAMBDA LEGAL DEFENSE AND <br> EDUCATION FUND, INC. <br> 800 South Figueroa Street, Suite 1260 <br> Los Angeles, California 90017-2521 <br> Telephone: (213) 382-7600 <br><br> JOSE ABRIGO* <br> *jabrigo@lambdalegal.org* <br> OMAR GONZALEZ-PAGAN* <br> *ogonzalez-pagan@lambdalegal.org* <br> LAMBDA LEGAL DEFENSE AND <br> EDUCATION FUND, INC. <br> 120 Wall Street, 19th Floor <br> New York, New York 10005-3919 <br> Telephone: (212) 809-8585 <br><br> CAMILLA B. TAYLOR* <br> *ctaylor@lambdalegal.org* <br> KENNETH D. UPTON, JR* <br> *kupton@lambdalegal.org* <br> LAMBDA LEGAL DEFENSE AND <br> EDUCATION FUND, INC. <br> 3656 North Halsted Street <br> Chicago, Illinois 60613-5974 <br> Telephone: (312) 663-4413 | KAREN L. LOEWY* <br> *kloewy@lambdalegal.org* <br> LAMBDA LEGAL DEFENSE AND <br> EDUCATION FUND, INC. <br> 815 16th Street NW, Suite 4140 <br> Washington, DC 20006-4101 <br> Telephone: (202) 804-6245 <br><br> *Counsel for Plaintiffs* <br> *\*Appearance Pro Hac Vice* <br><br> PARDIS GHEIBI (D.C. Bar No. 90004767) <br> Trial Attorney, U.S. Department of Justice <br> Civil Division, Federal Programs Branch <br> 1100 L Street, N.W. <br> Washington, D.C. 20005 <br> Telephone: (202) 305-3246 <br> Pardis.Gheibi@usdoj.gov <br><br> CRAIG H. MISSAKIAN (CABN 125202) <br> United States Attorney <br> Kenneth W. Brakebill (CABN 196696) <br> Acting Chief, Civil Division <br> CHRISTOPHER F. JEU (CABN 247865) <br> Assistant United States Attorney <br> 60 South Market Street, Suite 1200 <br> San Jose, California 95113 <br> Telephone: (408) 535-5082 <br> FAX: (408) 535-5066 <br> Christopher.Jeu@usdoj.gov <br><br> *Attorneys for Federal Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, *et al.;* <br><br>       Plaintiffs, <br><br>   v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.* <br><br>       Defendants. | Case No. 4:25-cv-1824-JST <br><br><br><br> **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** <br> **[PROPOSED] ORDER** |

1   Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the Parties hereby stipulate as follows:

2   WHEREAS, on February 20, 2025, Plaintiffs filed the Complaint. Dkt. No. 1;

3   WHEREAS, on March 3, 2025, Plaintiffs filed a Motion for Preliminary Injunction.
4   Dkt. No. 47;

5   WHEREAS, on June 9, 2025, the Court the Order Granting in Part and Denying in Part
6   Plaintiffs' Motion for Preliminary Injunction. Dkt. No. 81;

7   WHEREAS, on June 10, 2025, the Court continued the Case Management Conference to
8   June 24, 2025. Dkt. No. 83;

9   WHEREAS, on June 13, 2025, the Court issued a Preliminary Injunction Order, which requires
10  compliance within five (5) business days. Dkt. No. 87;

11  WHEREAS, the Court's Preliminary Injunction Order identifies approximately twenty-three (23)
12  grant awards that are subject to the Court's Preliminary Injunction Order;

13  WHEREAS, the Parties have been working cooperatively and in good faith regarding
14  compliance with the Court's Preliminary Injunction Order;

15  WHEREAS, Plaintiffs are in process of collecting information regarding the subject grant
16  awards, to facilitate compliance with the Court's Order;

17  WHEREAS, the Parties are also working cooperatively and in good faith regarding additional
18  next steps in this litigation, which may include an appeal;

19  WHEREAS, it would conserve judicial and Party resources to continue the Case Management
20  Conference approximately three (3) weeks, to enable them to focus on compliance and to continue their
21  discussions about next steps;

22  NOW THEREFORE, the Parties STIPULATE and JOINTLY REQUEST that the Court continue
23  the Initial Case Management Conference set for June 24, 2025, at 9:30 a.m. by three (3) weeks (*i.e.*, to
24  July 15, 2025) days or a date TBD by the Court, and extend the related Case Management Statement
25  deadlines by a corresponding time period.

| | |
|---|---|
| 1  DATED: June 17, 2025 | Respectfully submitted, |
| 2 | */s/ Kenneth D. Upton, Jr.* |
|   | JENNIFER C. PIZER (SBN 152327) |
| 3 | *jpizer@lambdalegal.org* |
|   | LAMBDA LEGAL DEFENSE AND |
| 4 | EDUCATION FUND, INC. |
|   | 800 South Figueroa Street, Suite 1260 |
| 5 | Los Angeles, California 90017-2521 |
|   | Telephone: (213) 382-7600 |

KENNETH D. UPTON, JR*
*kupton@lambdalegal.org*
CAMILLA B. TAYLOR*
*ctaylor@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

JOSE ABRIGO*
*jabrigo@lambdalegal.org*
OMAR GONZALEZ-PAGAN*
*ogonzalez-pagan@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

KAREN L. LOEWY*
*kloewy@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

PELECANOS*
*pelecanos@lambdalegal.org*
Boulder County, Colorado
Telephone: (213) 351-6051
c/o Jennifer C. Pizer, local counsel
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 S. Figueroa St., Ste 1260
Los Angeles, California 90017-2521

*Counsel for Plaintiffs*

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
25-CV-01824-JST                    3

| | |
|---|---|
| | */s/ Christopher F. Jeu* |
| | CRAIG H. MISSAKIAN (CABN 125202) |
| | United States Attorney |
| | |
| | Kenneth W. Brakebill (CABN 196696) |
| | Acting Chief, Civil Division |
| | CHRISTOPHER F. JEU (CABN 247865) |
| | Assistant United States Attorney |
| | 60 South Market Street, Suite 1200 |
| | San Jose, California 95113 |
| | Telephone: (408) 535-5082 |
| | FAX: (408) 535-5066 |
| | Christopher.Jeu@usdoj.gov |
| | |
| | PARDIS GHEIBI (D.C. Bar No. 90004767) |
| | Trial Attorney, U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street, N.W. |
| | Washington, D.C. 20005 |
| | Telephone: (202) 305-3246 |
| | Pardis.Gheibi@usdoj.gov |
| | |
| | *Attorneys for Federal Defendants* |

## **ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3). I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: June 17, 2025         By:*/s/ Christopher F. Jeu*

                                            CHRISTOPHER F. JEU
                                            Counsel for Federal Defendants

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
25-CV-01824-JST                                            4

**[PROPOSED] ORDER**

Based on the Stipulated Request of the Parties, and GOOD CAUSE APPEARING THEREFORE, the schedule for the Case Management Conference is continued as follows:

| Date | Event |
|---|---|
| Seven (7) days in advance of the Initial Case Management Conference  July 8, 2025 | Case Management Statement |
| July 15, 2025, ~~2:00 p.m. or a date/time TBD by the Court~~ 9:30 AM | CASE MANAGEMENT CONFERENCE (CMC) (Zoom) Oakland Courthouse, Courtroom 6 – 2nd Floor 1301 Clay Street, Oakland, CA 94612 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: June 18, 2025

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
25-CV-01824-JST                             5