| | |
|---|---|
| JENNIFER C. PIZER (SBN 152327) | KAREN L. LOEWY* |
| jpizer@lambdalegal.org | kloewy@lambdalegal.org |
| PELECANOS* | LAMBDA LEGAL DEFENSE AND |
| pelecanos@lambdalegal.org | EDUCATION FUND, INC. |
| LAMBDA LEGAL DEFENSE AND | 815 16th Street NW, Suite 4140 |
| EDUCATION FUND, INC. | Washington, DC 20006-4101 |
| 800 South Figueroa Street, Suite 1260 | Telephone: (202) 804-6245 |
| Los Angeles, California 90017-2521 | |
| Telephone: (213) 382-7600 | *Counsel for Plaintiffs* |
| | *Appearance Pro Hac Vice |
| JOSE ABRIGO* | |
| jabrigo@lambdalegal.org | PARDIS GHEIBI (D.C. Bar No. 90004767) |
| OMAR GONZALEZ-PAGAN* | Trial Attorney, U.S. Department of Justice |
| ogonzalez-pagan@lambdalegal.org | Civil Division, Federal Programs Branch |
| LAMBDA LEGAL DEFENSE AND | 1100 L Street, N.W. |
| EDUCATION FUND, INC. | Washington, D.C. 20005 |
| 120 Wall Street, 19th Floor | Tel.: (202) 305-3246 |
| New York, New York 10005-3919 | Email: pardis.gheibi@usdoj.gov |
| Telephone: (212) 809-8585 | |
| | CRAIG H. MISSAKIAN (CABN 125202) |
| CAMILLA B. TAYLOR* | United States Attorney |
| ctaylor@lambdalegal.org | KENNETH W. BRAKEBILL (CABN 196696) |
| KENNETH D. UPTON, JR* | Acting Chief, Civil Division |
| kupton@lambdalegal.org | CHRISTOPHER F. JEU (CABN 247865) |
| LAMBDA LEGAL DEFENSE AND | Assistant United States Attorney |
| EDUCATION FUND, INC. | 60 South Market Street, Suite 1200 |
| 3656 North Halsted Street | San Jose, California 95113 |
| Chicago, Illinois 60613-5974 | Telephone: (408) 535-5082 |
| Telephone: (312) 663-4413 | FAX: (408) 535-5066 |
| | Christopher.Jeu@usdoj.gov |
| | |
| | *Attorneys for Federal Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, *et al.*;, | ) Case No. 25-cv-1824-JST |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **STIPULATED REQUEST FOR EXTENSION OF** |
| | ) **TIME TO COMPLY WITH PRELIMINARY** |
| DONALD J. TRUMP, in his official capacity as | ) **INJUNCTION ORDER (DKT. NO. 87)** |
| President of the United States, *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

STIPULATED REQUEST FOR EXTENSION OF TIME; [PROPOSED] ORDER
Case No. 25-cv-1824-JST

1

Pursuant to Civil Local Rule 6-2(a), the Parties, through their counsel, respectfully request that the Court extend the date for Defendants to comply with the Court's Preliminary Injunction Order, Dkt. No. 87.

1. WHEREAS, Plaintiffs filed the Complaint on February 20, 2025. *See* Dkt. No. 1.

2. WHEREAS, on March 3, 2025, Plaintiffs filed a Motion for Preliminary Injunction. *See* Dkt. No. 47.

3. WHEREAS, on June 9, 2025, the Court issued an Order Granting in Part and Denying in Part Plaintiffs' Motion for Preliminary Injunction. Dkt. No. 81.

4. WHEREAS, on June 13, 2025, the Court issued a Preliminary Injunction Order, which ordered compliance within five (5) business days. Dkt. No. 87.

5. WHEREAS, the Parties have been working diligently and cooperatively on compliance with the Court's Preliminary Injunction Order, including the reinstatement provision. For instance, Federal Defendants have reinstated a substantial number of contracts or grant awards identified by the Court. In addition, Plaintiffs have been working in good faith to provide Federal Defendants additional information to identify additional affected grants.

6. WHEREAS, it would be mutually beneficial for the Parties to have additional time to continue working on compliance beyond the current deadline of June 23, 2025.

7. WHEREAS, the Parties have agreed to a reasonable extension of the compliance deadline to allow Federal Defendants additional time to restore the terminated grants, such agreement does not waive Plaintiffs' right to seek emergency relief from the Court in the event of any unreasonable delay in restoration, particularly given Plaintiffs' allegations of significant and ongoing harm resulting from the terminations.

8. WHEREAS, the Parties request leave to file a Joint Status Report by July 2, 2025, regarding the status of compliance with the Court's Preliminary Injunction Order.

9. WHEREAS, with respect to Sections 2(k) and 2(t) of the Court's Preliminary Injunction Order, *see* Dkt. 87, Plaintiffs confirm that one or more Plaintiffs no longer intend to pursue these

1  funding opportunities further.  As such, the Parties agree that no additional action is required from
2  Federal Defendants to comply with these provisions.
3      NOW THEREFORE, under Civil Local Rule 6-2(a), the Parties respectfully request that the
4  Court continue the date for compliance with the Court's Preliminary Injunction Order, and that it set a
5  deadline of July 2, 2025 for the Parties to file a Joint Status Report regarding compliance.

Dated: June  23, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*/s/ Christopher F. Jeu*
CHRISTOPHER F. JEU
*Attorneys for Federal Defendants*

|   |   |
|---|---|
| 1 | /s/ Jose Abrigo |
| | JENNIFER C. PIZER (SBN 152327) |
| 2 | jpizer@lambdalegal.org |
| | LAMBDA LEGAL DEFENSE AND |
| 3 | EDUCATION FUND, INC. |
| | 800 South Figueroa Street, Suite 1260 |
| 4 | Los Angeles, California 90017-2521 |
| | Telephone: (213) 382-7600 |

/s/ Jose Abrigo
JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

CAMILLA B. TAYLOR*
ctaylor@lambdalegal.org
KENNETH D. UPTON, JR.*
kupton@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

JOSE ABRIGO*
jabrigo@lambdalegal.org
OMAR GONZALEZ-PAGAN*
ogonzalez-pagan@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

PELECANOS*
pelecanos@lambdalegal.org
Boulder County, Colorado
Telephone: (213) 351-6051
c/o Jennifer C. Pizer, local counsel
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 S. Figueroa St., Ste 1260
Los Angeles, California 90017-2521

*Counsel for All Plaintiffs*

\* Appearance pro hac vice