1  PARDIS GHEIBI (D.C. Bar No. 90004767)
   Trial Attorney, U.S. Department of Justice
2  Civil Division, Federal Programs Branch
   1100 L Street, N.W.
3  Washington, D.C. 20005
   Telephone: (202) 305-3246
4  Pardis.Gheibi@usdoj.gov

5  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
6  Kenneth W. Brakebill (CABN 196696)
   Acting Chief, Civil Division
7  CHRISTOPHER F. JEU (CABN 247865)
   Assistant United States Attorney
8  60 South Market Street, Suite 1200
   San Jose, California 95113
9  Telephone: (408) 535-5082
   FAX: (408) 535-5066
10 Christopher.Jeu@usdoj.gov

11 *Attorneys for Federal Defendants*

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                       OAKLAND DIVISION

15 SAN FRANCISCO AIDS FOUNDATION,    )  Case No. 4:25-cv-1824-JST
   *et al.;*                         )
16                                   )
                                     )
17       Plaintiffs,                 )
                                     )  **DECLARATION OF**
18    v.                             )  **CHRISTOPHER F. JEU**
                                     )
19 DONALD J. TRUMP, in his official capacity as )
   President of the United States, *et al.*    )
20                                   )
         Defendants.                 )
21 _____   )

22       I, CHRISTOPHER F. JEU, declare as follows:

23       I am the Assistant United States Attorney assigned to the above-captioned action.

24       1.      This declaration is made pursuant to Civil Local Rule 6-2 and in Support of the

25 Stipulated Request for Extension of Time to Comply with the Preliminary Injunction Order. *See*

26 Dkt. No. 87.

27       2.      Pursuant to Local Rule 6-2(a)(1), the reason for the requested enlargement of time is that

28

DECLARATION
23-CV-04512-TSH                          1

1  the Parties have been working diligently and cooperatively on compliance with the Court's Preliminary
2  Injunction Order.  For example, Federal Defendants have reinstated a substantial number of contracts or
3  grant awards identified by the Court.  Moreover, Plaintiffs have been working in good faith to provide
4  Federal Defendants additional information to identify additional affected grants.  Accordingly, it would
5  be mutually beneficial for the Parties to have additional time to continue working on compliance with
6  the Court's Preliminary Injunction Order.

7     3.   Under the current case schedule, the deadline for compliance with the Court's
8  Preliminary Injunction Order is currently set for June 23, 2025.  *See* Dkt. No. 87.

9     4.   Pursuant to Local Rule 6-2(a)(2), following are the time modifications in the case:
10     - March 2025:  Order Granting Stipulated Extension of Motion for Preliminary Injunction
11       Briefing Schedule.  *See* Dkt. No. 51;
12     - June 2025:  Order Continuing Case Management Conference.  *See* Dkt. No. 83.
13     - June 2025:  Order Continuing Case Management Conference.  *See* Dkt. No. 89.

14     5.   Pursuant to Local Rule 6-2(a)(3), under the requested extension, other than extending the
15  schedule for compliance with the Court's Preliminary Injunction Order and setting a date for a Joint
16  Status Report, the requested time modification would not have an effect on the case schedule.

17  I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 23,
18  2025, in Santa Clara County, California.

Respectfully submitted,

*/s/ Christopher F. Jeu*
CHRISTOPHER F. JEU