# [PROPOSED] ORDER

Based on the Stipulated Request of the Parties, and GOOD CAUSE APPEARING THEREFORE, the schedule relating to the Preliminary Injunction Order, is extended as follows:

| Date | Event |
| --- | --- |
| July 2, 2025 | Joint Status Report re: Compliance |
| Date TBD by the Court after the filing of the Joint Status Report | Compliance with the Court's Preliminary Injunction Order. *See* Dkt. No. 87. |

PURSUANT TO STIPULATION IT IS SO ORDERED.

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE