1    JENNIFER C. PIZER (SBN 152327)          KAREN L. LOEWY*
     *jpizer@lambdalegal.org*                *kloewy@lambdalegal.org*
2    PELECANOS*                              LAMBDA LEGAL DEFENSE AND
     *pelecanos@lambdalegal.org*             EDUCATION FUND, INC.
3    LAMBDA LEGAL DEFENSE AND                815 16th Street NW, Suite 4140
     EDUCATION FUND, INC.                    Washington, DC 20006-4101
4    800 South Figueroa Street, Suite 1260   Telephone: (202) 804-6245
5    Los Angeles, California 90017-2521
     Telephone: (213) 382-7600               *Counsel for Plaintiffs*
6                                            *Appearance Pro Hac Vice
7    JOSE ABRIGO*
     *jabrigo@lambdalegal.org*               PARDIS GHEIBI (D.C. Bar No. 90004767)
8    OMAR GONZALEZ-PAGAN*                     Trial Attorney, U.S. Department of Justice
     *ogonzalez-pagan@lambdalegal.org*       Civil Division, Federal Programs Branch
9    LAMBDA LEGAL DEFENSE AND                1100 L Street, N.W.
     EDUCATION FUND, INC.                    Washington, D.C. 20005
10   120 Wall Street, 19th Floor             Tel.: (202) 305-3246
     New York, New York 10005-3919           Email: pardis.gheibi@usdoj.gov
11   Telephone: (212) 809-8585
12                                           CRAIG H. MISSAKIAN (CABN 125202)
     CAMILLA B. TAYLOR*                      United States Attorney
13   *ctaylor@lambdalegal.org*               KENNETH W. BRAKEBILL (CABN 196696)
     KENNETH D. UPTON, JR*                   Acting Chief, Civil Division
14   *kupton@lambdalegal.org*                CHRISTOPHER F. JEU (CABN 247865)
     LAMBDA LEGAL DEFENSE AND                Assistant United States Attorney
15   EDUCATION FUND, INC.                    60 South Market Street, Suite 1200
     3656 North Halsted Street               San Jose, California 95113
16   Chicago, Illinois 60613-5974            Telephone: (408) 535-5082
     Telephone: (312) 663-4413               FAX: (408) 535-5066
17                                           Christopher.Jeu@usdoj.gov
18                                           *Attorneys for Federal Defendants*

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                          OAKLAND DIVISION

22   SAN FRANCISCO AIDS               ) Case No. 25-cv-1824-JST
     FOUNDATION, *et al.;*            )
23                                    )
                        Plaintiffs,   )
24        v.                          )
                                      ) **JOINT STATUS REPORT RE:**
25   DONALD J. TRUMP, in his official capacity as ) **PRELIMINARY INJUNCTION ORDER**
     President of the United States, *et al.,*  ) **COMPLIANCE**
26                                    )
                                      )
27                        Defendants. )
                                      )
28 _____)

Pursuant to the Court's Orders, Dkt. Nos. 87 and 91, the Parties, through their counsel, respectfully submit the following Joint Status Report regarding Compliance with the Court's Preliminary Injunction Order, Dkt. No. 87.

The Parties have been working cooperatively and diligently regarding compliance issues. First, Defendants have reinstated all (or practically all) of Plaintiffs' grants or subgrants identified in the Court's Preliminary Injunction Order. Second, in the course of Plaintiffs' ongoing grant activities, Plaintiffs may encounter situations in which they may believe there may be non-compliance with the Court's Preliminary Injunction Order. In such contexts, Plaintiffs can raise in writing the issue with Defense Counsel; and the Parties agree to continue working cooperatively on compliance.

## I.  Compliance With Reinstatement Provisions of the Court's Preliminary Injunction Order.

The Parties respectfully submit the status report regarding the awards identified in the Court's Preliminary Injunction Order, Section II.

| PI# | PI info (Dkt. No. 87) | Status |
|---|---|---|
| a. | Gay Lesbian Bisexual Transgender Historical Society – Federal Award ID Number PG-300781-24 ($10,000) | Reinstated. |
| b. | San Francisco AIDS Foundation – Federal Award ID Number 1R0 1AI181732-01A1 ($52,822) | Reinstated. |
| c. | San Francisco Aids Foundation – Federal Award ID Numbers B09SM085337 & B08TI083929 ($125,000) | Reinstated. |
| d. | San Francisco AIDS Foundation – Federal Award ID Number CDC-RFA-PS-23-0011 ($800,000) | This CDC award has not been terminated. No action needed. |
| e. | LA LGBT Center – Federal Award ID Number 1R01DA061345-01 ($2,068,560) | Reinstated. |
| f. | LA LGBT Center – Federal Award ID Number 4R00DA055508-03 ($12,536) | Reinstated. |
| g. | LA LGBT Center – Federal Award ID Number 75D30123D15973 | CDC contract. CDC has coordinated with the prime awardee, the University of Washington, regarding this contract. The Parties will discuss whether further action is needed. |

| PI# | PI info (Dkt. No. 87) | Status |
|---|---|---|
| h. | 75D30124F00002, subaward No. UWSC16407 ($1,127,455) | Reinstated. |
| i. | LA LGBT Center – Federal Award ID Number 15JOVW23GK05467MUMU ($750,000) | Plaintiffs are not seeking further action. |
| j. | LA LGBT Center – Office of Violence Against Women's grants for the "the Expanding Legal Services TTA Project," "LGBTQ+ Training for Coalitions Project" and the "LGBTQ+ Legal Access Project" to ABA and LA LGBT Center Inc. | Plaintiffs confirmed that funding has been restored to the prime awardee, the American Bar Association, and that they received the associated subgrants.  No action needed. |
| k. | LA LGBT Center – Office of Violence Against Women Transitional Housing Grant that LA LGBT Center would have applied for except for its prohibition on the promotion of gender and DEI | Plaintiff LA LGBT Center confirmed that the application deadline has passed, and that it does not intend to pursue this funding opportunity further.  No action needed. |
| l. | LA LGBT Center – Federal Award ID Number H76HA00158-34-00 ($2,366,502) | Plaintiffs are not seeking further action. |
| m. | LA LGBT Center – Federal Award ID Number 90EV0535-04-01 ($2,300,00) | Plaintiffs are not seeking further action. |
| n. | NY LGBT Center – Federal Award ID Number 15POVC-24-GK-03050-NONF ($200,000) | Reinstated. |
| o. | NY LGBT Center – Funding from Substance Abuse and Mental Health Services Administration which is advising NY LGBT Center to exclude reference to DEI, transgender, diversity, inclusion, cultural competence, culturally-informed, he/She/They/Them, inclusivity, nonbinary, LGBTQ, LGBTQ+ in reporting | Plaintiffs are not seeking further action. |
| p. | Prisma Community Care – Federal Award ID Number CDC-PS-24-0047, subgrant numbers RFGA2024-003-04 ($2,000,000) and RFGA2024-006-001($300,000) (funding threatened) | CDC award to the Arizona Department of Health, of which Plaintiff Prisma is a sub-awardee, was issued. |
| q. | FORGE Inc. – Federal Award ID Number 15POVC-22-GK-01054-NONF ($749,908) | Reinstated. |
| r. | FORGE Inc. – Federal Award ID Number 15POVC22GK03590SAFE | Reinstated. |

| PI# | PI info (Dkt. No. 87) | Status |
|---|---|---|
| s. | FORGE Inc. – Federal Award ID Number 15POVC21GK00658NONF, subaward number 3984 ($113,333) | Reinstated. |
| t. | FORGE Inc. – Application process terminated for Culturally Responsive Victim Services Grant Program through the National Center for Culturally Responsive Victim Services | Plaintiff FORGE has confirmed it does not intend to pursue this subgrant.  No action needed. |
| u. | FORGE Inc. – Federal Award ID Number 15PBJA22GG04854ADVA ($500,000) | Reinstated. |
| v. | FORGE Inc. – Office of Violence Against Women's grants for the "LGBTQ+ Training for Coalitions Project" and the "LGBTQ+ Legal Access Project" to ABA and FORGE Inc. | Plaintiffs confirmed that funding has been restored to the prime awardee, the American Bar Association, and that they received the associated subgrants.  No action needed. |
| w. | FORGE Inc. – Office of Violence Against Women Stalking Prevention, Awareness & Resource Center/Aequitas grant's program manager's instruction that no LGBTQ+ related content should be submitted to the Office of Violence Against Women. | The Parties are coordinating regarding potentially affected grants. |

## II.  Next Steps

a.    The Parties have been working cooperatively to address further compliance issues. The Parties have been discussing Plaintiffs' additional grant activities that may warrant further action.

b.    Rather than requiring Defendants to proactively reach out to the potential agencies to ensure compliance, Plaintiffs will proceed with their grant activities.  If Plaintiffs encounter a rejection or pushback pursuant to the Executive Orders, Plaintiffs agree to inform counsel for Defendants in writing.

c.    In addition, Plaintiffs' counsel will provide their clients with general language they can use in communications with agencies to reference the Preliminary Injunction and encourage agency officials to seek internal guidance from their supervisors.  If adverse action continues despite this, Plaintiffs will raise the issue with counsel for Defendants.

1        d.    The Parties will continue discussing enforcement actions taken by Defendants against

2    any Plaintiff in connection with the challenged Executive Orders.  This includes, but is not limited to,

3    contract or grant terminations, suspensions, modifications, denials, or communications requiring the

4    removal or alteration of program content. Defendants agree to review the identified actions and, where

5    necessary, take appropriate steps to cease, reverse, or remedy those actions in accordance with the

6    Preliminary Injunction.

7        Dated: July 2, 2025

8                                  Respectfully submitted,

9

10                                 YAAKOV M. ROTH
                              Acting Assistant Attorney General

11                                 Civil Division

12                                 JOSEPH E. BORSON
                              Assistant Branch Director

13

14                                 CRAIG H. MISSAKIAN (CABN 125202)
                              United States Attorney

15                                 KENNETH W. BRAKEBILL (CABN 196696)
                              Acting Chief, Civil Division

16                                 CHRISTOPHER F. JEU (CABN 247865)
                              Assistant United States Attorney

17                                 60 South Market Street, Suite 1200
                              San Jose, California 95113

18                                 Telephone: (408) 535-5082
                              FAX: (408) 535-5066

19                                 Christopher.Jeu@usdoj.gov

20                                 PARDIS GHEIBI (D.C. Bar No. 90004767)
                              Trial Attorney, U.S. Department of Justice

21                                 Civil Division, Federal Programs Branch
                              1100 L Street, N.W.

22                                 Washington, D.C. 20005

23                                 Tel.: (202) 305-3246
                              Email: pardis.gheibi@usdoj.gov

24

25                                 */s/ Christopher F. Jeu*
                              CHRISTOPHER F. JEU

26                                 *Attorneys for Federal Defendants*

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Jose Abrigo*
JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, California 90017-2521
Telephone: (213) 382-7600

CAMILLA B. TAYLOR*
ctaylor@lambdalegal.org
KENNETH D. UPTON, JR.*
kupton@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3656 North Halsted Street
Chicago, Illinois 60613-5974
Telephone: (312) 663-4413

JOSE ABRIGO*
jabrigo@lambdalegal.org
OMAR GONZALEZ-PAGAN*
ogonzalez-pagan@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005-3919
Telephone: (212) 809-8585

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

PELECANOS*
pelecanos@lambdalegal.org
Boulder County, Colorado
Telephone: (213) 351-6051
c/o Jennifer C. Pizer, local counsel
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 S. Figueroa St., Ste 1260
Los Angeles, California 90017-2521

*Counsel for All Plaintiffs*

* Appearance pro hac vice

1

## <u>ATTESTATION</u>

2      In compliance with Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of

3  this document from each of the other signatories.

4      Dated: July 2, 2025

5

6                                             */s/ Christopher F. Jeu*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28