| | |
|---|---|
| JENNIFER C. PIZER (SBN 152327)<br>jpizer@lambdalegal.org<br>PELECANOS* **<br>pelecanos@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>800 South Figueroa Street, Suite 1260<br>Los Angeles, California 90017-2521<br>Telephone: (213) 382-7600<br><br>JOSE ABRIGO*<br>jabrigo@lambdalegal.org<br>OMAR GONZALEZ-PAGAN*<br>ogonzalez-pagan@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>120 Wall Street, 19th Floor<br>New York, New York 10005-3919<br>Telephone: (212) 809-8585<br><br>CAMILLA B. TAYLOR*<br>ctaylor@lambdalegal.org<br>KENNETH D. UPTON, JR*<br>kupton@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>3656 North Halsted Street<br>Chicago, Illinois 60613-5974<br>Telephone: (312) 663-4413 | KAREN L. LOEWY*<br>kloewy@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>815 16th Street NW, Suite 4140<br>Washington, DC 20006-4101<br>Telephone: (202) 804-6245<br><br>*Counsel for Plaintiffs*<br>**Appearance Pro Hac Vice*<br>***Address for mailing purposes only*<br><br>PARDIS GHEIBI (D.C. Bar No. 90004767)<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 305-3246<br>Pardis.Gheibi@usdoj.gov<br><br>CRAIG H. MISSAKIAN (CABN 125202)United States Attorney<br>Kenneth W. Brakebill (CABN 196696)<br>Acting Chief, Civil Division<br>CHRISTOPHER F. JEU (CABN 247865)<br>Assistant United States Attorney<br>60 South Market Street, Suite 1200<br>San Jose, California 95113<br>Telephone: (408) 535-5082<br>FAX: (408) 535-5066<br>Christopher.Jeu@usdoj.gov<br><br>*Attorneys for Federal Defendants* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, *et al.*;<br><br>　　　　　　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*;<br><br>　　　　　　　　　　　　*Defendants*. | Case No. 4:25-cv-1824-JST<br><br>**STIPULATED REQUEST FOR A CONTINUANCE OF CERTAIN PROCEEDINGS UNTIL AUGUST 28, 2025; [PROPOSED] ORDER** |

STIPULATED REQUEST FOR A CONTINUANCE OF CERTAIN PROCEEDINGS UNTIL AUGUST 28, 2025; [PROPOSED] ORDER; Case No. 4:25-cv-1824-JST

Pursuant to Civil Local Rules 6-2 and 7-12, the Plaintiffs and Federal Defendants (collectively, "Parties") hereby stipulate to and request a limited continuance of certain of proceedings in the District Court until August 28, 2025. As reasons therefore, the parties state as follows:

1. On June 9, 2025, the Court granted in part and denied in part the Plaintiffs' Motion for a Preliminary Injunction (ECF No. 81). The Preliminary Injunction Order was issued on June 13, 2025 (ECF No. 87).

2. Pursuant to FRAP 4(a)(1)(B), the deadline for a notice of appeal of the Preliminary Injunction Order is August 12, 2025.

3. The parties are conferring regarding the next steps in the litigation and potential developments that may affect the course of proceedings following the Court's Preliminary Injunction Order.

4. The following deadlines and events were previously entered:

   a. Defendants' deadline to answer or file a responsive motion to Plaintiffs' Complaint was extended until 30 days after the Court's ruling of Plaintiffs' Motion for a Preliminary Injunction, now due July 9, 2025.

   b. On June 10, 2025, the Court continued the Case Management Conference to June 24, 2025. At the stipulated request of the parties, the Case Management Conference was subsequently continued again to July 15, 2025.

   c. No discovery deadlines have been established by the Court.

5. The parties' shared understanding is that the Preliminary Injunction remains in full force and effect such that Plaintiffs can continue to operate and serve their communities during this period.

6. Given that any decisions as to whether to appeal the preliminary injunction may affect how the parties propose to proceed in further district court proceedings in this case, the parties agree that a limited continuance of certain proceedings until August 28, 2025, which is two weeks after the deadline for a notice of appeal is due, would best serve the interests of conserving the

- 2 -

parties' and court's resources, as well as the administration of the case.

    NOW, THEREFORE, the Parties stipulate and agree as follows, subject to leave of Court:

    1.    Any further proceedings in the District Court and any pending deadlines shall be continued until August 28, 2025.

    THE PARTIES SO STIPULATE AND RESPECTFULLY REQUEST that the Court continue further proceedings in the District Court as set forth in this stipulation.

DATED: July 7, 2025.                        Respectfully submitted,

                                                      /s/ Jose Abrigo
                                                      JOSE ABRIGO*
                                                      *jabrigo@lambdalegal.org*
                                                      OMAR GONZALEZ-PAGAN*
                                                      *ogonzalez-pagan@lambdalegal.org*
                                                      LAMBDA LEGAL DEFENSE AND
                                                      EDUCATION FUND, INC.
                                                      120 Wall Street, 19th Floor
                                                      New York, New York 10005-3919
                                                      Telephone: (212) 809-8585

                                                      KENNETH D. UPTON, JR*
                                                      *kupton@lambdalegal.org*
                                                      CAMILLA B. TAYLOR*
                                                      *ctaylor@lambdalegal.org*
                                                      LAMBDA LEGAL DEFENSE AND
                                                      EDUCATION FUND, INC.
                                                      3656 North Halsted Street
                                                      Chicago, Illinois 60613-5974
                                                      Telephone: (312) 663-4413

                                                      JENNIFER C. PIZER (SBN 152327)
                                                      *jpizer@lambdalegal.org*
                                                      PELECANOS* **
                                                      *pelecanos@lambdalegal.org*
                                                      LAMBDA LEGAL DEFENSE AND
                                                      EDUCATION FUND, INC.
                                                      800 South Figueroa Street, Suite 1260
                                                      Los Angeles, California 90017-2521
                                                      Telephone: (213) 382-7600

- 3 -

STIPULATED REQUEST FOR A CONTINUANCE OF CERTAIN PROCEEDINGS UNTIL AUGUST 28, 2025; [PROPOSED] ORDER; Case No. 4:25-cv-1824-JST

KAREN L. LOEWY*
*kloewy@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

*Counsel for Plaintiffs*
*\*Appearance Pro Hac Vice*
*\*\*Address for mailing purposes only*

- 4 -

STIPULATED REQUEST FOR A CONTINUANCE OF CERTAIN
PROCEEDINGS UNTIL AUGUST 28, 2025; [PROPOSED] ORDER; Case No.
4:25-cv-1824-JST

PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-3246
Pardis.Gheibi@usdoj.gov

*/s/  Christopher F. Jeu*
CRAIG H. MISSAKIAN (CABN 125202) Acting United States Attorney
Kenneth W. Brakebill (CABN 196696)
Acting Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

*Attorneys for Federal Defendants*

## ATTESTATION

In compliance with Civil L.R. 5-1(i)(3). I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: July 7, 2025.                          By: */s/ Jose Abrigo.*

                                              Jose Abrigo
                                              Counsel for Plaintiffs.

- 5 -

STIPULATED REQUEST FOR A CONTINUANCE OF CERTAIN PROCEEDINGS UNTIL AUGUST 28, 2025; [PROPOSED] ORDER; Case No. 4:25-cv-1824-JST