# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Any further proceedings in the District Court and any pending deadlines shall be continued until August 28, 2025.

DATED: _____

_____
THE HONORABLE JON S. TIGAR
United States District Judge

---

[PROPOSED] ORDER CONTINUANING CERTAIN PROCEEDINGS UNTIL
AUGUST 28, 2025
Case No. 4:25-cv-1824-JST