United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO A.I.D.S. FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 25-cv-01824-JST<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATED REQUEST TO MODIFY CASE SCHEDULE**<br><br>Re: ECF No. 93 |

The parties' stipulated request to modify the case schedule, ECF No. 93, is GRANTED IN PART AND DENIED IN PART.  The case management conference scheduled for July 15, 2025 is CONTINUED to September 3, 2025 at 9:30 a.m.  An updated case management statement is due August 27, 2025.  In that statement, the parties shall propose a schedule for all remaining case deadlines, including a deadline for Defendants' response to Plaintiffs' complaint, and shall also address the other topics set forth in the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement, available at https://cand.uscourts.gov/wp-content/uploads/judges/Standing_Order_All_Judges-11-30-2023.pdf.

**IT IS SO ORDERED.**

Dated:  July 7, 2025

_____
JON S. TIGAR
United States District Judge