PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
YAAKOV M. ROTH
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, *et al.,*<br><br>          Plaintiffs,<br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.,*<br><br>Defendants. | Case No. 25-cv-1824-JST<br><br>DEFENDANTS' NOTICE OF APPEAL |

FED. DEFS.' NOTICE OF APPEAL
CASE NO. 25-CV-01824 JST

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for

the Ninth Circuit from this Court's Memorandum Opinion and Order. *See* ECF Nos. 81 & 87.

Respectfully submitted,


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director


PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov



*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov



*Attorneys for Defendants*

FED. DEFS.' NOTICE OF APPEAL
CASE NO. 25-CV-01824 JST