

Office of the Clerk
### United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court



**FILED**

AUG 7 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:              25-4988
Originating Case Number:    4:25-cv-01824-JST

Short Title:                San Francisco AIDS Foundation, et al. v. Trump, et al.

Dear Appellant/Counsel

Your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant(s) to comply with the time schedule order will result in dismissal of the appeal.**

**Please read the enclosure materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:            25-4988
Originating Case Number:  4:25-cv-01824-JST

Case Title:               San Francisco AIDS Foundation, et al. v. Trump, et al.

**Tuesday, August 12, 2025**

| | |
|---|---|
| Donald J. Trump | Mediation Questionnaire due |
| DOJ - United States Department of Justice | Mediation Questionnaire due |
| Pamela Bondi | Mediation Questionnaire due |
| United States Department of Labor | Mediation Questionnaire due |
| Vince Micone | Mediation Questionnaire due |
| Office of Federal Contract Compliance Programs | Mediation Questionnaire due |
| Michael Schloss | Mediation Questionnaire due |
| United States Office of Management and Budget | Mediation Questionnaire due |
| Russell Vought | Mediation Questionnaire due |
| United States Department of Health and Human Services | Mediation Questionnaire due |
| Robert F. Kennedy, Jr. | Mediation Questionnaire due |
| United States Department of Housing and Urban Development | Mediation Questionnaire due |
| Scott Turner | Mediation Questionnaire due |
| National Archives & Records Administration | Mediation Questionnaire due |
| William Bosanko | Mediation Questionnaire due |
| National Endowment for the Humanities | Mediation Questionnaire due |
| Shelly C. Lowe | Mediation Questionnaire due |

**Thursday, September 4, 2025**

| | |
|---|---|
| Donald J. Trump | Preliminary Injunction Opening Brief Due |
| DOJ - United States Department of Justice | Preliminary Injunction Opening Brief Due |
| Pamela Bondi | Preliminary Injunction Opening Brief Due |
| United States Department of Labor | Preliminary Injunction Opening Brief Due |
| Vince Micone | Preliminary Injunction Opening Brief Due |
| Office of Federal Contract Compliance Programs | Preliminary Injunction Opening Brief Due |
| Michael Schloss | Preliminary Injunction Opening Brief Due |
| United States Office of Management and Budget | Preliminary Injunction Opening Brief Due |
| Russell Vought | Preliminary Injunction Opening Brief Due |
| United States Department of Health and Human Services | Preliminary Injunction Opening Brief Due |
| Robert F. Kennedy, Jr. | Preliminary Injunction Opening Brief Due |
| United States Department of Housing and Urban Development | Preliminary Injunction Opening Brief Due |
| Scott Turner | Preliminary Injunction Opening Brief Due |
| National Archives & Records Administration | Preliminary Injunction Opening Brief Due |
| William Bosanko | Preliminary Injunction Opening Brief Due |
| National Endowment for the Humanities | Preliminary Injunction Opening Brief Due |
| Shelly C. Lowe | Preliminary Injunction Opening Brief Due |

**Thursday, October 2, 2025**

| | |
|---|---|
| San Francisco AIDS Foundation | Preliminary Injunction Answering Brief Due |
| Gay Lesbian Bisexual Transgender Historical Society | Preliminary Injunction Answering Brief Due |
| Asian and Pacific Islander Wellness Center, Inc. | Preliminary Injunction Answering Brief Due |
| Los Angeles LGBT Center | Preliminary Injunction Answering Brief Due |
| Lesbian and Gay Community Services Center, Inc. | Preliminary Injunction Answering Brief Due |
| Bradbury-Sullivan LGBT Community Center | Preliminary Injunction Answering Brief Due |
| Baltimore Safe Haven Corp. | Preliminary Injunction Answering Brief Due |
| Forge, Inc. | Preliminary Injunction Answering Brief Due |
| Prisma Community Care | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**