1   JENNIFER C. PIZER (SBN 152327)
    jpizer@lambdalegal.org
2   PELECANOS*†
    pelecanos@lambdalegal.org
3   LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
4   800 South Figueroa Street, Suite 1260
    Los Angeles, California 90017-2521
5   Telephone: (213) 382-7600

6   JOSE ABRIGO*
    jabrigo@lambdalegal.org
7   OMAR GONZALEZ-PAGAN*
    ogonzalez-pagan@lambdalegal.org
8   LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
9   120 Wall Street, 19th Floor
    New York, New York 10005-3919
10  Telephone: (212) 809-8585

11  CAMILLA B. TAYLOR*
    ctaylor@lambdalegal.org
12  KENNETH D. UPTON, JR*
    kupton@lambdalegal.org
13  LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
14  3656 North Halsted Street
    Chicago, Illinois 60613-5974
15  Telephone: (312) 663-4413

KAREN L. LOEWY*
kloewy@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

Counsel for Plaintiffs
*Appearance Pro Hac Vice
† Mailing Address Only

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN
196696)
Acting Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3721
Facsimile: (510) 637-3724
michael.keough@usdoj.gov

Attorneys for Federal Defendants

16

17

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

20  SAN FRANCISCO AIDS FOUNDATION,
      et al.;

21                                    Plaintiffs,

22

23      v.

    DONALD J. TRUMP, in his official capacity as
24    President of the United States, et al.;

25                                    Defendants.

26

Case No. 4:25-cv-1824-JST

**STIPULATED REQUEST TO STAY
REMAINDER OF PROCEEDINGS
PENDING APPEAL OF
PRELIMINARY INJUNCTION;
[PROPOSED] ORDER**

27

28

STIPULATED REQUEST TO STAY REMAINDER OF PROCEEDINGS
PENDING APPEAL OF PRELIMINARY INJUNCTION; [PROPOSED] ORDER;
Case No. 4:25-cv-1824-JST

Pursuant to Civil Local Rules 6-2 and 7-12, the Plaintiffs and Federal Defendants stipulate to and request a stay of the remainder of proceedings in the District Court pending appeal of the preliminary injunction:

WHEREAS on June 9, 2025, the Court granted in part and denied in part the Plaintiffs' Motion for a Preliminary Injunction (ECF No. 81) and the Preliminary Injunction Order was filed on June 13, 2025 (ECF No. 87); and

WHEREAS the parties file a Joint Status Report RE Compliance on July 2, 2025 (ECF No. 92) demonstrating substantial good faith compliance with the Preliminary Injunction Order; and

WHEREAS Federal Defendants appealed the Preliminary Injunction Order on August 17, 2025 (ECF No. 95); and

WHEREAS upon filing the Notice of Appeal, the district court retains jurisdiction to act on matters not involved in the appeal unless an order is entered staying the remainder of the proceedings; and

WHEREAS the parties believe the appeal of the Preliminary Injunction Order will result in appellate guidance that will allow the parties to more efficiently tailor their discovery plan and could narrow the remaining issues before the District Court;

NOW, THEREFORE, the Parties stipulate as agree follows, subject to leave of Court:

Any further proceedings in the District Court shall be stayed and any pending deadlines vacated until resolution of the appeal so long as the preliminary injunction remains in force and effect.

THE PARTIES SO STIPULATE AND RESPECTFULLY REQUEST that the Court stay further proceedings in the District Court in accordance with their stipulation.

/

/

/

1 DATED: August 25, 2025.     Respectfully submitted,

2

3               /s/  Kenneth D. Upton, Jr.
               KENNETH D. UPTON, JR*

4               *kupton@lambdalegal.org*
               CAMILLA B. TAYLOR*

5               *ctaylor@lambdalegal.org*
               LAMBDA LEGAL DEFENSE AND

6               EDUCATION FUND, INC.
               3656 North Halsted Street

7               Chicago, Illinois 60613-5974
               Telephone: (312) 663-4413

8

9               JENNIFER C. PIZER (SBN 152327)
               *jpizer@lambdalegal.org*

10              PELECANOS*†
               pelecanos@lambdalegal.org

11              LAMBDA LEGAL DEFENSE AND
               EDUCATION FUND, INC.

12              800 South Figueroa Street, Suite 1260
               Los Angeles, California 90017-2521

13              Telephone: (213) 382-7600

14              JOSE ABRIGO*
               *jabrigo@lambdalegal.org*

15              OMAR GONZALEZ-PAGAN*
               *ogonzalez-pagan@lambdalegal.org*

16              LAMBDA LEGAL DEFENSE AND
               EDUCATION FUND, INC.

17              120 Wall Street, 19th Floor
               New York, New York 10005-3919

18              Telephone: (212) 809-8585

19              KAREN L. LOEWY*
               *kloewy@lambdalegal.org*

20              LAMBDA LEGAL DEFENSE AND
               EDUCATION FUND, INC.

21              815 16th Street NW, Suite 4140
               Washington, DC 20006-4101

22              Telephone: (202) 804-6245

23              *Counsel for Plaintiffs*
               *Appearance Pro Hac Vice*

24              † *Mailing Address Only*

25

26

27

28                - 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Michael Keough
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3721
Facsimile:  (510) 637-3724
michael.keough@usdoj.gov


*Attorneys for Federal Defendants*


## **ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3). I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: August 25, 2025.                    By: */s/ Kenneth D. Upton, Jr.*

KENNETH D. UPTON, JR
Counsel for Plaintiffs.

- 4 -