| | |
|---|---|
| JENNIFER C. PIZER (SBN 152327) | CAMILLA B. TAYLOR* |
| jpizer@lambdalegal.org | ctaylor@lambdalegal.org |
| PELECANOS*† | KENNETH D. UPTON, JR* |
| pelecanos@lambdalegal.org | kupton@lambdalegal.org |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. |
| 800 South Figueroa Street, Suite 1260 | 3656 North Halsted Street |
| Los Angeles, California 90017-2521 | Chicago, Illinois 60613-5974 |
| Telephone: (213) 382-7600 | Telephone: (312) 663-4413 |
| | |
| JOSE ABRIGO* | KAREN L. LOEWY* |
| jabrigo@lambdalegal.org | kloewy@lambdalegal.org |
| OMAR GONZALEZ-PAGAN* | LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. |
| ogonzalez-pagan@lambdalegal.org | 815 16th Street NW, Suite 4140 |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | Washington, DC 20006-4101 |
| 120 Wall Street, 19th Floor | Telephone: (202) 804-6245 |
| New York, New York 10005-3919 | |
| Telephone: (212) 809-8585 | *Appearance Pro Hac Vice |
| | † Mailing Address Only |

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO AIDS FOUNDATION, et al.;<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.<br><br>*Defendants*. | Case No. 4:25-cv-1824-JST<br><br>**DECLARATION OF KENNETH D. UPTON, JR. IN SUPPORT OF STIPULATED REQUEST TO STAY REMAINDER OF PROCEEDINGS PENDING APPEAL OF PRELIMINARY INJUNCTION** |

I, KENNETH D. UPTON, JR., declare as follows.

1. I am Senior Counsel with Lambda Legal Defense and Education Fund, Inc., I am counsel of record for the plaintiffs, and I am authorized to make this declaration in support of the Parties' Stipulated Request for Stay of Remainder of Proceedings Pending Appeal of Preliminary

Injunction. The following statements are within the scope of my personal knowledge and if called upon to do so, I could and would testify competently to the same.

1. On June 9, 2025, the Court granted in part and denied in part the Plaintiffs' Motion for a Preliminary Injunction (ECF No. 81). The Preliminary Injunction Order was filed on June 13, 2025 (ECF No. 87). The parties file a Joint Status Report RE Compliance on July 2, 2025 (ECF No. 92).

2. On August 9, 2025, Federal Defendants filed a Notice of Appeal to the Ninth Circuit. (ECF No. 95) The district court will retain jurisdiction to act on matters not involved in the appeal unless an order is entered staying the remainder of the proceedings.

2. The parties have conferred regarding the course of this litigation and, in the interest of efficiency and judicial economy, parties propose that the remainder of the district court proceedings be stayed until all appeals of the preliminary injunction order are resolved and full jurisdiction is returned to the district court. The following deadlines and events were previously entered:

   a. Federal Defendants answer or responsive motion to Plaintiffs' Complaint was extended until 30 days after the Court's ruling of Plaintiffs' Motion for a Preliminary Injunction, now due July 9, 2025.

   b. On June 10, 2025, the Court continued the Case Management Conference to June 24, 2025. At the stipulated request of the parties, the Case Management Conference was subsequently continued again to July 15, 2025.

   c. On July 7, 2025, the Court issued an Order granting in part and denying in part the Parties' stipulated request to modify the case schedule. The case management conference was continued until September 3, 2025, and the revised case management statement now due August 27, 2025.

   d. No discovery deadlines have been established by the Court.

3. The parties believe the appeal of the Preliminary Injunction Order will result in

- 2 -

DECLARATION OF KENNETH D. UPTON, JR. IN SUPPORT OF STIPULATED REQUEST TO STAY REMAINDER OF PROCEEDINGS PENDING APPEAL OF PRELIMINARY INJUNCTION; Case No. 4:25-cv-1824-JST

appellate guidance that will allow the parties to more efficiently tailor their discovery plan and could narrow the remaining issues before the District Court. Having the Preliminary Injunction remain in full force and effect also ensures Plaintiffs can continue to operate and serve their communities pending the appeal.

4. Based on this agreement, the parties submit the accompanying stipulated order for the Court's approval.

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct.

Executed this 25 day of August 2025, at Chicago, Illinois.

/s/ *Kenneth D. Upton, Jr.*
Kenneth D. Upton, Jr.
*Counsel for Plaintiffs*

- 3 -

DECLARATION OF KENNETH D. UPTON, JR. IN SUPPORT OF STIPULATED REQUEST TO STAY REMAINDER OF PROCEEDINGS PENDING APPEAL OF PRELIMINARY INJUNCTION; Case No. 4:25-cv-1824-JST