**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. Any further proceedings in the District Court shall be and are hereby stayed and any pending deadlines vacated until resolution of the appeal so long as the preliminary injunction remains in force and effect.

DATED: _____

_____
THE HONORABLE JON S. TIGAR
United States District Judge

[PROPOSED] ORDER STAYING THE REMAINDER OF PROCEEDINGS
PENDING APPEAL OF PRELIMINARY INJUNCTION
Case No. 4:25-cv-1824-JST