1   JENNIFER C. PIZER (SBN 152327)
    *jpizer@lambdalegal.org*
2   PELECANOS*†
    pelecanos@lambdalegal.org
3   LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
4   800 South Figueroa Street, Suite 1260
    Los Angeles, California 90017-2521
5   Telephone: (213) 382-7600

6   JOSE ABRIGO*
    *jabrigo@lambdalegal.org*
7   OMAR GONZALEZ-PAGAN*
    *ogonzalez-pagan@lambdalegal.org*
8   LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
9   120 Wall Street, 19th Floor
    New York, New York 10005-3919
10  Telephone: (212) 809-8585

11  CAMILLA B. TAYLOR*
    *ctaylor@lambdalegal.org*
12  KENNETH D. UPTON, JR*
    *kupton@lambdalegal.org*
13  LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
14  3656 North Halsted Street
    Chicago, Illinois 60613-5974
15  Telephone: (312) 663-4413

KAREN L. LOEWY*
*kloewy@lambdalegal.org*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006-4101
Telephone: (202) 804-6245

*Counsel for Plaintiffs*
*\*Appearance Pro Hac Vice*
† *Mailing Address Only*

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN
196696)
Acting Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3721
Facsimile: (510) 637-3724
michael.keough@usdoj.gov

*Attorneys for Federal Defendants*

16

17

18              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
19                    **OAKLAND DIVISION**

20  SAN FRANCISCO AIDS FOUNDATION,          Case No. 4:25-cv-1824-JST
        *et al.*;
21                                          **STIPULATED REQUEST TO STAY**
                            *Plaintiffs*,   **REMAINDER OF PROCEEDINGS**
22                                          **PENDING APPEAL OF**
                                            **PRELIMINARY INJUNCTION;**
23      v.                                  ~~**[PROPOSED]**~~ **ORDER**

    DONALD J. TRUMP, in his official capacity as
24      President of the United States, *et al.;*

25                            *Defendants*.

26

27

28
    _____
    STIPULATED REQUEST TO STAY REMAINDER OF PROCEEDINGS
    PENDING APPEAL OF PRELIMINARY INJUNCTION; ~~[PROPOSED]~~ ORDER;
    Case No. 4:25-cv-1824-JST

Pursuant to Civil Local Rules 6-2 and 7-12, the Plaintiffs and Federal Defendants stipulate to and request a stay of the remainder of proceedings in the District Court pending appeal of the preliminary injunction:

WHEREAS on June 9, 2025, the Court granted in part and denied in part the Plaintiffs' Motion for a Preliminary Injunction (ECF No. 81) and the Preliminary Injunction Order was filed on June 13, 2025 (ECF No. 87); and

WHEREAS the parties file a Joint Status Report RE Compliance on July 2, 2025 (ECF No. 92) demonstrating substantial good faith compliance with the Preliminary Injunction Order; and

WHEREAS Federal Defendants appealed the Preliminary Injunction Order on August 17, 2025 (ECF No. 95); and

WHEREAS upon filing the Notice of Appeal, the district court retains jurisdiction to act on matters not involved in the appeal unless an order is entered staying the remainder of the proceedings; and

WHEREAS the parties believe the appeal of the Preliminary Injunction Order will result in appellate guidance that will allow the parties to more efficiently tailor their discovery plan and could narrow the remaining issues before the District Court;

NOW, THEREFORE, the Parties stipulate as agree follows, subject to leave of Court:

Any further proceedings in the District Court shall be stayed and any pending deadlines vacated until resolution of the appeal so long as the preliminary injunction remains in force and effect.

THE PARTIES SO STIPULATE AND RESPECTFULLY REQUEST that the Court stay further proceedings in the District Court in accordance with their stipulation.

/

/

/

STIPULATED REQUEST TO STAY REMAINDER OF PROCEEDINGS
PENDING APPEAL OF PRELIMINARY INJUNCTION; [PROPOSED] ORDER;
Case No. 4:25-cv-1824-JST

DATED: August 25, 2025.                    Respectfully submitted,

                                            */s/  Kenneth D. Upton, Jr.*
                                            KENNETH D. UPTON, JR*
                                            *kupton@lambdalegal.org*
                                            CAMILLA B. TAYLOR*
                                            *ctaylor@lambdalegal.org*
                                            LAMBDA LEGAL DEFENSE AND
                                            EDUCATION FUND, INC.
                                            3656 North Halsted Street
                                            Chicago, Illinois 60613-5974
                                            Telephone: (312) 663-4413

                                            JENNIFER C. PIZER (SBN 152327)
                                            *jpizer@lambdalegal.org*
                                            PELECANOS*†
                                            pelecanos@lambdalegal.org
                                            LAMBDA LEGAL DEFENSE AND
                                            EDUCATION FUND, INC.
                                            800 South Figueroa Street, Suite 1260
                                            Los Angeles, California 90017-2521
                                            Telephone: (213) 382-7600

                                            JOSE ABRIGO*
                                            *jabrigo@lambdalegal.org*
                                            OMAR GONZALEZ-PAGAN*
                                            *ogonzalez-pagan@lambdalegal.org*
                                            LAMBDA LEGAL DEFENSE AND
                                            EDUCATION FUND, INC.
                                            120 Wall Street, 19th Floor
                                            New York, New York 10005-3919
                                            Telephone: (212) 809-8585

                                            KAREN L. LOEWY*
                                            *kloewy@lambdalegal.org*
                                            LAMBDA LEGAL DEFENSE AND
                                            EDUCATION FUND, INC.
                                            815 16th Street NW, Suite 4140
                                            Washington, DC 20006-4101
                                            Telephone: (202) 804-6245

                                            *Counsel for Plaintiffs*
                                            *\*Appearance Pro Hac Vice*
                                            *† Mailing Address Only*

- 3 -

STIPULATED REQUEST TO STAY REMAINDER OF PROCEEDINGS
PENDING APPEAL OF PRELIMINARY INJUNCTION; [PROPOSED] ORDER;
Case No. 4:25-cv-1824-JST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Michael Keough
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3721
Facsimile:  (510) 637-3724
michael.keough@usdoj.gov


*Attorneys for Federal Defendants*


## **ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3). I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: August 25, 2025.                    By: */s/ Kenneth D. Upton, Jr.*

KENNETH D. UPTON, JR
Counsel for Plaintiffs.

- 4 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

      1.     Any further proceedings in the District Court shall be and are hereby stayed and any pending deadlines vacated until resolution of the appeal so long as the preliminary injunction remains in force and effect.

DATED:  August 26, 2025

 

 

_____

THE HONORABLE JON S. TIGAR
United States District Judge